No. 98-720C
(Chief Judge Damich)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# DEFENDANT'S MOTION FOR DISCOVERY SANCTIONS

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DAVID HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

Patricia L. Disert
Lori Polin Jones
Office of the General Counsel
U.S. Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250

September 11, 2003

# TABLE OF CONTENTS


**Page(s)**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . ii

DEFENDANT'S MOTION FOR DISCOVERY SANCTIONS . . . . . . . . . . 1

INTRODUCTION . . . . . . . . . . . . . . . . . . . . 1

BACKGROUND . . . . . . . . . . . . . . . . . . . . 2

ARGUMENT . . . . . . . . . . . . . . . . . . . . 3

I. Standard Of Review . . . . . . . . . . . . . . . . . . . . 3

II. Precision Pine Has Violated The Court's July 15, 2003 Order . . . . . . . . 4

A. Precision Pine's Objections To The United States' Interrogatories Are Without Merit . . . . . . . . . . . . . . . . . . . . 4

1. The Court Has Ruled Upon And Rejected Precision Pine's Objections That The United States' Interrogatories Are Overly Broad and Unduly Burdensome . . . . . . . . . . . . 4

2. Precision Pine Waived The Other Objections It Now Asserts . . . . 6

B. Precision Pine's Interrogatory Answers Abuse The Option Afforded By RCFC 33(d) . . . . . . . . . . . . . . . . . . . . 7

1. The Option Of Producing Business Records In Lieu Of A Narrative Interrogatory Answer Is Strictly Limited . . . . . . . . . . 7

2. Precision Pine Has "Dumped" Approximately 185 Boxes Of Documents Upon The United States Without Regard To The Requirements Of RCFC 33(d) . . . . . . . . . . . . . 8

3. Precision Pine Has Deliberately Impeded The United States' Concerted Effort To Review And Copy The Documents That Precision Pine Offered To "Make Available" . . . . . . . . 11

C. Precision Pine's Answers To Numerous Other Interrogatories Are Incomplete Or Non-Responsive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

1. Precision Pine’s Non-Responsive Answer To Interrogatory No. 27 Is A Deliberate Attempt To Withhold Essential Information That Warrants Strong Sanctions Pursuant To RCFC 37(b) . . . . . . . . . 14

2. Precision Pine’s Answer To Interrogatory No. 9 Is Evasive And Incomplete . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

3. Precision Pine’s Answer To Interrogatory No. 12 Is Non-Responsive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

4. Precision Pine’s Answer To Interrogatory No. 22 Is Incomplete 19

5. Precision Pine’s Answer To Interrogatory No. 34 Is Incomplete 20

6. Precision Pine’s Answer To Interrogatory No. 35 Is Incomplete 21

7. Precision Pine’s Answer To Interrogatory No. 36 Is Incomplete 22

8. Precision Pine’s Answer To Interrogatory No. 37 Is Non-Responsive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

9. Precision Pine’s Answer To Interrogatory No. 41 Is Incomplete 24

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

# TABLE OF AUTHORITIES

## FEDERAL CASES

Alaska Pulp Corp. v. United States,
41 Fed. Cl. 611 (1998) . . . . . . . . . . 3, 16

Capacchione v. Charlotte-Mecklenburg Schools,
182 F.R.D. 486 (W.D.N.C. 1998) . . . . . . . . . . 8

Cochran Consulting Inc., v. Uwatee USA Inc.,
102 F.3d 1224, 1231-32 (Fed. Cir. 1996) . . . . . . . . . . 4

Colorado v. Schmidt-Tiago Construction Co.,
108 F.R.D. 731 (D. Colo. 1985) . . . . . . . . . . 8

Govas v. Chalmers,
965 F.2d 298, 301-02 (7th Cir. 1992) . . . . . . . . . . 10

Inssurance Corp. of Ireland v. Compagnie des Bauxites de Guineee,
456 U.S. 694, 707 (1982) . . . . . . . . . . 3

Morris v. United States,
37 Fed. Cl. 207, 213 (1997) . . . . . . . . . . 4

Oleson v. Kmart Corp.,
175 F.R.D. 650, 654 (D. Kan. 1997) . . . . . . . . . . 10

S.E.C. v. Cymaticolor Corp.,
106 F.R.D. 545 (S.D.N.Y. 1985) . . . . . . . . . . 5

S.E.C. v. Elfindepan,
206 F.R.D. 574 (M.D.N.C. 2002) . . . . . . . . . . 7, 8, 15