## REQUESTS FOR PRODUCTION OF DOCUMENTS

**DOCUMENT REQUEST NO. 1:**

All documents identified in your responses to the defendant's first set of interrogatories regarding damages, above.

**RESPONSE:**

Pursuant to RCFC 34(b), Precision Pine states that all responsive documents are either already in the government's possession or are available for inspection at the Washington, D.C. offices of Saltman & Stevens, P.C. and the former corporate headquarters of Precision Pine & Timber, Inc. in Heber, AZ.

**DOCUMENT REQUEST NO. 2:**

All documents to which you referred or upon which you relied in preparing your responses to the defendant's first set of interrogatories regarding damages, above.

**RESPONSE:**

Pursuant to RCFC 34(b), Precision Pine states that all responsive documents are either already in the government's possession or available for inspection at the Washington, D.C. offices of Saltman & Stevens and the former corporate headquarters of Precision Pine & Timber, Inc. in Heber, AZ.

**DOCUMENT REQUEST NO. 3:**

All documents in which any oral or other non-written communications, identified in your responses to the defendant's first set of interrogatories regarding damages, above, were allegedly recorded, referred to, or otherwise reduced to writing.

**RESPONSE:**

None.

**DOCUMENT REQUEST NO. 4:**

Produce all audited and unaudited financial statements (e.g., balance sheets, income statements, cash flow statements) for Precision Pine, with all accompanying notes, schedules, data and supporting documents, whether monthly, quarterly, annual, or otherwise, for the fiscal year ending March 31, 1992 though the fiscal year ending March 31, 2000.

**RESPONSE:**

Annual financial statements as prepared by Precision Pine's accountants have been produced to the government. Additional financial statements and supporting documents for Precision Pine are located in Financial Records, Boxes 1-10 and, pursuant to RCFC 36(b), are available for inspection at the former corporate headquarters of Precision Pine & Timber, Inc. in Heber, AZ.

**DOCUMENT REQUEST NO. 5:**

For the fiscal year ending March 31, 1992 though the fiscal year ending March 31, 2000, produce the statement of income for Precision Pine in the form provided by document VIII-1 to VIII-8 of Precision Pine's February 26, 2003 damages binders.

**RESPONSE:**

The "statements of income" for Precision Pine for the requested years are located in the 10 boxes labeled "financial records" which are currently available for inspection at the former corporate headquarters of Precision Pine in Heber, AZ.

**DOCUMENT REQUEST NO. 6:**

To the extent that contracts, agreements or other arrangements identified in response interrogatory no. 6 are not between Precision Pine and the United States Forest Service, produce all such contracts, agreements or arrangements, including any amendments or modifications thereto, and all other documents relating to such contracts, agreements or other arrangements.

**RESPONSE:**

Responsive documents are contained in eleven boxes labeled "Timber Sale Contracts" which are currently available for inspection at the former corporate headquarters of Precision Pine in Heber, AZ.

**DOCUMENT REQUEST NO. 7:**

Produce all documents relating to logging or timber harvesting by Precision Pine in connection with the contracts, agreements and other arrangements identified in response to interrogatory no. 6, including, but not limited to, all documents that identify the volume of timber or other material harvested, the species and size class of timber or other material harvested, the volume of each species and size class of timber or other material harvested, or the mill to which the harvested timber or other material was shipped for processing.

**RESPONSE:**

Objection. Upon review of the materials related to the numerous contracts by which Precision Pine's logged timber for its operations from June 24, 1991 to August 1, 2000, it became clear that the sought after information is both overly broad and unduly burdensome. Indeed, the request arguably calls for the production of every piece of paper related to every one of Precision Pine contracts for nearly a decade, from contracting to arrival of the timber at the mill site. Moreover, the great majority of the responsive information relates to Forest Service timber sale contracts and is therefore ascertainable from documents which are already in the possession of defendant. Without waiving these objections, pursuant to RCFC 34(b), Precision Pine states that information responsive to this interrogatory is contained in its timber sale contract files, which Precision Pine will make available for inspection. Such files which relate to the contracts that are the subject of this litigation are currently available for inspection and will be produced at a mutually agreed upon time at the Washington, D.C. offices of Saltman & Stevens, P.C.

The remaining contract files are contained in 11 numbered boxes labeled: "Timber Sale Contracts." Additional responsive information is located in two boxes of TSSAs as well as seven boxes of labeled "Logging and Hauling Records." All of these boxes are currently available for inspection and will be produced at a mutually agreed upon time at the former corporate headquarters of Precision Pine in Heber, AZ.

**DOCUMENT REQUEST NO. 8:**

Produce all contracts, invoices, receipts, cost, accounting or management reports, or other documents relating to the cost of logging or timber harvesting, by or on behalf of Precision Pine in connection with the contracts, agreements or other arrangements identified in response to interrogatory no. 6.

**RESPONSE:**

See response to interrogatory no. 7. Additional cost data may be found in the ten boxes labeled "Financial Records."

**DOCUMENT REQUEST NO. 9:**

Produce all contracts, invoices, receipts, cost, accounting or management reports, or other documents relating to the cost of hauling timber, lumber, or other material or products, by or on behalf of Precision Pine, between August 1993 and December 1998, whether in connection with timber harvesting, transportation between the mills at issue, in connection with the sale of products, or otherwise.

**RESPONSE:**

See responses to Document Requests Nos. 7 and 8.

**DOCUMENT REQUEST NO. 10:**

Produce all contracts, invoices, cost, accounting or management reports, or other documents that relate to Precision Pine's logging costs, hauling costs, transportation costs, slash costs, and rock replacement costs, as those terms are used in Precision Pine's February 26, 2003 damages calculations.

**RESPONSE:**

See responses to Document Requests Nos. 7, 8, and 9.

**DOCUMENT REQUEST NO. 11:**

Produce all documents that show volume of each product produced by the mills at issue between August 1993 and December 1998.

**RESPONSE:**

Responsive information is either already in the government's possession or contained in the production records for each mill. These documents are available for inspection at the Washington, D.C. offices of Saltman & Stevens at a mutually agreeable time.

**DOCUMENT REQUEST NO. 12:**

Produce all contracts, invoices, receipts, cost, accounting or management reports, or other documents relating to sales of timber, lumber, roundwood, by-products (i.e., chips, grindings, shavings, and bark) or other material between August 1993 and December 1998.

**RESPONSE:**

Objection. This document request essentially seeks the production of every piece of paper in Precision Pine's possession related to its sales over more than a five-year period. Much of the relevant information sought has already been produced to defendant in the more than 1500 pages of supporting materials produced in support of Precision Pine's damage calculations. Without waiving this objection, Precision Pine further states that, pursuant to RCFC 34(b), the materials responsive to this request are ready for inspection at the Washington, D.C. offices of Saltman & Stevens and the former corporate headquarters of Precision Pine at a mutually agreeable time.

**DOCUMENT REQUEST NO. 13:**

Produce all contracts, invoices or other documents relating to sales of any products between August 1993 and December 1998 for which Precision Pine seeks the recovery of lost profits in this action.

**RESPONSE:**

See the response to Document Request No. 12.

**DOCUMENT REQUEST NO. 14:**

Produce Precision Pine's "cost comparison reports" - the report produced with Precision Pine's February 26, 2003 damages calculation as document no. VI. (a)-4 for each month from June 1991 to July 2000.

**RESPONSE:**

Such reports as have been located will be produced along with Precision Pine's mill production records at a mutually agreeable time at the Washington D.C. offices of Saltman & Stevens, P.C.

**DOCUMENT REQUEST NO. 15:**

Produce all "goal" reports - the report produced with Precision Pine's February 26, 2003 damages calculation as document no. VI (a)-23 for each month from June 1991 to July 2000.

**RESPONSE:**

Such reports as have been located will be produced along with Precision Pine's mill production records at a mutually agreeable time at the Washington D.C. offices of Saltman & Stevens, P.C.

**DOCUMENT REQUEST NO. 16:**

Produce all documents relating to Precision Pine's plan and schedule for harvesting the contracts, agreements and other arrangements identified in response to interrogatory no. 6.

**RESPONSE:**

Objection. The great majority of the responsive information relates to Forest Service timber sale contracts and is therefore ascertainable from documents which are already in the possession of defendant. Without waiving this objection, pursuant to RCFC 34(b), Precision Pine states that information responsive to this interrogatory is contained in its timber sale contract files, which Precision Pine will make available for inspection. Such files which relate to the contracts that are the subject of this litigation are currently available for inspection and will be produced at a mutually agreed upon time at the Washington, D.C. offices of Saltman & Stevens, P.C.

The remaining contract files are contained in 11 numbered boxes labeled: "Timber Sale Contracts" which are currently available for inspection and will be produced at a mutually agreed upon time at the former corporate headquarters of Precision Pine in Heber, AZ.

**DOCUMENT REQUEST NO. 17:**

Produce all invoices, receipts, cost, accounting or management reports, or other documents that show costs for labor, fuel, repairs or other costs for the mills at issue between August 1993 and December 1998.

**RESPONSE:**

Line items for such costs are shown on the financials statements already produced to the government. Additionally, responsive material is contained in the supporting documents already produced to the government in Precision Pine's as back-up to its damage calculations. Pursuant

to RCFC 34(b), additional financial data related to such costs at the mills can be located in the 10 boxes labeled "Financial Records" which are currently available for inspection and will be produced at a mutually agreed upon time at the former corporate headquarters of Precision Pine in Heber, AZ.

**DOCUMENT REQUEST NO. 18:**

Produce all depreciation schedules for each of the mills at issue and for any other facility or equipment for which Precision Pine seeks to recover depreciation costs.

**RESPONSE:**

There are no depreciation schedules for the "mills," *per se*. Depreciation schedules for mill equipment are contained in the 10 boxes labeled "Financial Records" which are currently available for inspection and will be produced at a mutually agreed upon time at the former corporate headquarters of Precision Pine in Heber, AZ.

**DOCUMENT REQUEST NO. 19:**

Produce all documents that show the volume, size class and species of timber used as input at each of the mills at issue.

**RESPONSE:**

Objection as no time period is specified. Precision Pine states that the information sought with respect to the contracts that are at issue in this case are contained in TSSAs that are already in defendant's possession. These TSSAs are also contained in Precision Pine's contract files for

the contract at issue in this case which are available for inspection at a mutually agreeable time at the Washington, D.C. law offices of Saltman & Stevens in Washington, D.C.

The mill to which each of these sales would have gone had there been no breach by the Forest Service is set forth in the damage binder at page C-0071.

**DOCUMENT REQUEST NO. 20:**

Produce all documents that show the quantity of by-products (i.e., chips, grindings, bark or shavings) produced by each of the mills at issue.

**RESPONSE:**

Precision Pine states that the information it relied upon in calculating the quantity of by-products produced had already been produced to the government in Precision Pine's damage calculations binder. (See also the response to interrogatory no. 38). Originals of these and other materials relating to the quantity of by-products produced are available for inspection at a mutually agreeable time at the Washington, D.C. law offices of Saltman & Stevens in Washington, D.C.

**DOCUMENT REQUEST NO. 21:**

Produce all documents related to the sale, assignment or transfer of any contract, agreement or other arrangement identified in response to interrogatory no. 6.

**RESPONSE:**

Objection. The great majority of the responsive information relates to Forest Service timber sale contracts, all sales, transfers and assignments of which are subject to Forest Service approval and, therefore, such documents are already in the possession of defendant. Without waiving these objections, pursuant to RCFC 34(b), Precision Pine states that information responsive to this interrogatory is also contained in its timber sale contract files, which Precision Pine will make available for inspection. Such files which relate to the contracts that are the subject of this litigation are currently available for inspection and will be produced at a mutually agreed upon time at the Washington, D.C. offices of Saltman & Stevens. The remaining contract files are contained in 11 numbered boxes labeled: "Timber Sale Contracts." These contract files are currently available for inspection and will be produced at the former corporate headquarters of Precision Pine in Heber, AZ at a mutually agreeable time.

**DOCUMENT REQUEST NO. 22:**

Produce all documents that constitute or relate to business plans; scheduling plans or plans for harvesting that were proposed, considered, approved, rejected or implemented by Precision Pine.

**RESPONSE:**

Objection. No time period or harvest of any specific set of timber sales is identified. Without waiving this objection, Precision Pine states that the information sought with respect to the harvesting of contracts that are at issue in this case was provided to the defendant during the course of contract operations and is set forth in the damage binder previously produced to the

defendant. Precision Pine further states that information responsive to this interrogatory is contained in its timber sale contract files, which Precision Pine will make available for inspection at a mutually agreed upon time at the Washington, D.C. offices of Saltman & Stevens.

**DOCUMENT REQUEST NO. 23:**

Produce all documents that quantify any backlog in processing, or inventory of timber and lumber possessed by Precision Pine, such as: timber harvested, but not sawed; timber sawed, but not planed; and finished lumber on hand.

**RESPONSE:**

Objection. No time period is specified. Without waiving this objection, pursuant to RCFC 34(b), documents regarding inventories are contained in 10 numbered boxes labeled: "Financial Records." These records are currently available for inspection and will be produced at the former corporate headquarters of Precision Pine in Heber, AZ at a mutually agreeable time.

**DOCUMENT REQUEST NO. 24:**

Produce all documents that are responsive to defendant's informal requests for production of documents that have not previously been produced.

**RESPONSE:**

All such responsive materials are available for inspection at the Washington, D.C. offices of Saltman & Stevens, and the former corporate headquarters of Precision Pine in Heber, AZ.

**DOCUMENT REQUEST NO. 25:**

Produce all documents supporting or relating to the "overrun factor" used in Precision Pine's February 26, 2003 damages binders.

**RESPONSE:**

See the response to interrogatory no. 40, supra. The Forest Service's appraisals utilizing an overrun factor typically in excess of 1.30 are already in the possession of defendant. Additional documents supporting Precision Pine's overrun factor of 1.25 are available for inspection at the Washington, D.C. law offices of Saltman & Stevens and the former corporate headquarters of Precision Pine in Heber, AZ.

**DOCUMENT REQUEST NO. 26:**

Produce all documents or other evidence that Precision Pine will use or rely upon to support the claim for damages contained in its February 26, 2003 damages binders.

**RESPONSE:**

To the extent that this request seeks production of evidence to be used at trial, Precision Pine states that no final decision has been made as to what evidence will be used at trial. Precision Pine further states that much of the evidence upon which Precision Pine will likely rely

is contained in the binders of documents supporting the damage calculations, which have already been produced to the government. Additional responsive documents are available for inspection at the Washington, D.C. law offices of Saltman & Stevens and the former corporate headquarters of Precision Pine in Heber, AZ.

**DOCUMENT REQUEST NO. 27:**

Produce all documents or other evidence that Precision Pine will use or rely upon to support its claim for damages at trial in this action.

**RESPONSE:**

No final decision has been made as to what evidence to offer at trial. The documents already provided to defendant as well as those documents identified in response to the foregoing interrogatories and requests for production are likely sources of documentary evidence to be offered at trial. See response to Document Request No. 26.

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
David J. Craig
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Date: August 25, 2003