**BOXES IN STORAGE AT PRECISION PINE'S FORMER CORPORATE HEADQUARTERS**

**Box No.**

1 - PLHI - "Bank Statements 10/92 – 3/94"

2 - PLHI - "General Ledger, etc. financial data, Show Low 4/97 – 3/98"
General Ledger, Pine Top 4/97 – 3/98

3 - PLHI - "General Ledger, etc. financial Springerville 5/97 – 3/98"

4 - PLHI - "General Ledger, etc. Heber 4/97 – 3/98"
(Also has March inventory file and contractor account balance statements)

5 - PLHI - "General Ledger, etc. Snowflake 4/97 – 3/98"
(Also has account balance statements)

6 - PLHI - General Ledger, etc. Heber 4/96 – 3/97
PLHI - General Ledger, etc. Snowflake 4/96 – 3/97
PLHI - General Ledger, etc. Show Low 4/96 – 3/97
PLHI - General Ledger, etc. Pine Top 4/96 – 3/97
(Also has Depreciation Detail; PLHI consolidated balance sheet; sales journal.)

7 - PLHI - Check Registers Pine Top 5/95 – 3/96
Journal Entries Pine Top 5/95 – 3/96

PLHI - Last Day of the Month Report Consolidated 6/95 – 12/95
PLHI - Last Day of the Month Report Consolidated 1/96 – 3/96

PLHI - Check Registers Show Low 5/95 – 3/96
Journal Entries Show Low 5/95 - 3/96

PLHI - Month End Reports Consolidated 4/30/96 – 5/30/96
Computerized Payroll Manuals

8 - Box Top labeled "Mel Check This" a.k.a. "Checkers" contains:
- Employee Rules
- Employee Hourly Records
- Safety Plans
- PLHI General Journal Register 4/96 – 7/97

9 - PLHI - Deposit Slips and Bank Statements 4/96 – 3/97
(Check Stubs)

EXHIBIT 1

**Box No.**

10 - "PLHI - Pine Top/Show Low"
PLHI - General Ledger Pine Top 5/95 – 3/96
PLHI - General Ledger Show Low 5/95 – 3/96

11 - "RAG / RMR / RTX" 8/97 – 1/98 (a.k.a. TRIAD Reports)
→ Report on Tax Code
→ Monthly Recap of Sales
→ Account Receivable Aging Report

12 - "PLHI Heber/SF 3/31/96"
PLHI - Heber Balance Sheets General Financial 4/95 – 3/96
PLHI - Snow Flake Balance Sheets 4/95 – 3/96 (Monthly)

13 - PLHI PLH S/F PFMI 4/94 – 3/95
PLHI - General Ledger, etc. Heber 4/94 – 3/95
PLHI - General Ledger, etc. Snow Flake 4/94 – 3/95

14 - "TRIAD Reports 3/97 – 8/97"
(see Box 11 for description)

15 - "PLHI Bank Statements 4/95 – 1/ 96"

16 - "Payroll - PLHI SMI, TRRI, PFMI, PLHI 1994"

17 - "Payroll PLHI, TRRI, PFMI 1995"

18 - "Bank Statements 1998-1999" (Monthly)

19 - "TRRI 2000 Bank Statements" (Monthly)

20 - "Mountain States Check Register 1/9/96"
- Employee Benefit Payments (Medical)

21 - "TRRI Bank Statements 1/93 – 12/93" (Monthly)

22 - "PLHI Bank Statements 4/98 – 3/99"

23 - "PPTI Bank Statements 3/31/95 – 4/1/94"

24 - "PLHI Bank Statements 4/97 – 3/98

**Box No.**

25 - "Bank Statements"
- PLHI 2/96 – 3/96
- TRRI 1/95 – 12/95
- PFMI 4/95 – 3/96

26 - "Check Stubs PLHI"
Show Low
Snow Flake
Heber
Pine Top
SV
– 4/1/97 – 3/31/98

27 - "PLHI RQR RMR RTX - 2/28/98 – 10/31/98
RTX → Report on Tax Code
RMR → Monthly Recap of Sales
(status of credit accounts)

28 - "PLHI Check Stubs 4/1/97 – 3/31/98"
Show Low
SV
Snow Flake
Pine Top
Heber

29 - "Bank Statements"
- PLHI 2/96 – 3/96
- BMW 6/95 – 12/95
- TRRI 1/95 – 12/95
- PFMI 4/95 – 3/96

30 - "Accounts Payable 1998-2000 M-Silver"
PPTI

31 - "Accounts Payable 1/1/96 – 12/31/97" PPTI (Letters B&C)

32 - "Accounts Payable 1/1/96 – 12/31/97" PPTI

33 - "Accounts Payable 1/1/96 – 12/31/97" PPTI (Letters C-I)

<u>**Box No.**</u>

34 - "1998 TRRI" (Large Banker Box) contains variety of files, including:
- Pellet deliveries 1998
- Deliveries to hardware stores 1998
- Stone Chip payments 1998
- Horse Bedding Customers
- A/R
- File for each piece of equipment

35 - "1996 Accounts Receivables/Drivers Pay" (Large Banker Box)
- Pellet Deliveries 1996
- BMW
- Deposits 1996
- Shavings
- (much like box 34)

36 - Unlabelled Box (Large Banker Box)
1998
Accounts Payable
Folder for each piece of equipment
Taxes, Fuel costs

37 - "1996" (Large Banker Box)
Insurance
Accounts Payable

38 - "TRRI '98 – Lumber/Shavings, etc."
contains individual load tickets

39 - "'97 PPT Tickets/TRRI"
Individual load tickets for lumber hauled by TRRI from sawmills to planer

40 - "TRRI 2000-2001"
- Payroll Taxes
- Employee Time Records
- Deposits
- Diesel

41 - "1995 – TRRI"
- Accounts Payable
- 1993 Check Register
- Tax Information

42 - "TRRI Daily Hauling Reports 1996"

**Box No.**

43 - "TRRI Employee Files"

44 - "Bank Statements 1994 TRRI"
PFMI 4/94 – 3/95
PLHI 4/94 – 3/95

45 - "PPT Jun 93 – Dec 93 Bank Statements"

46 - "PLHI BMW Bank Statements '99-'00"

47 - "1995 TRRI"
- Insurance
- TRRI Deposits
- PPT Billing
- EQ List 1990

48 - "Accounts Payable 1995 TRRI"

49 - "PFMI – Company Sold April 24, 1995"
Miscellaneous documents from end of company

50 - "Bank Statements PPT 4/95 – 1/96"
(also has some PLHI and PFMI)

51 - "1997 Daily Haul Reports TRRI"
(same thing as Box 42)

52 - "TRRI – Load Tickets 1995 Rough Green Lumber"

53 - "Bank Statements / Check Stubs PFMI"
1/93, 4/93 – 1/94, 4/94" (small box)

54 - "PPT 2/96 & 3/96 Bank Statements" (small box)

55 - "PLHI Bank Statements and Check Stubs"
1/92 – 4/92, 7/92 – 9/92

56 - "Lumber Tickets July – November 1993"

**Box No.**

57 - "PPT Accounts Payable '94"
"PLHI Employee Tax"
- Also has 1990 Heber Tax Info
- PLHI – List of Employees 1990
- PLHI Quarterly Tax Reports 1991
- PLHI Quarterly Tax Reports 1992
- PLHI Corporate Benefits
- PLHI Quarterly Tax Reports 1989

58 - "PPTI – 1990-1992 (1/1/90 – 12/31/92)"
PLHI – 1992
Payroll Journals
- Payroll

59 - "PPTI – 1993 Payroll Journals (1/1/93 – 12/31/93)"
Payroll Journals
- Payroll Journal Records

60 - "Franco-Hillyard (4/1/93 – 12/31/95)"
- Accounts Payable Folders

61 - "A/P Smith – T 1998-2000"
U-Wershaw 1996-2000
- Accounts Payable Folders

62 - "PP&T Payables prior to 1/1/96 – 12/31/97 Q-S"
- Accounts Payable Folders

63 - "4/1/93 – 12/31/95 King Bearing – Mzzz"
- Accounts Payable Folders

64 - "1993-1994 PPTI – AP"
Sales Tax 1989-1994
PR deduct remittances
- Accounts Payable Ledgers/State Sales Taxes/PP deductions and deliveries

65 - "4/1/93 – 12/31/95 AP It & J Trucking to Kennedy Hydraulics"
- Accounts Payable Folders

66 - "4/1/93 – 12/31/95 Accounts Payable Precision Pine – State Fund"
- Accounts Payable Folders

**Box No.**

67 - "PPTI & TRRI 1997 Payroll"
- Payroll Journals, Check Registers, Reports, etc.

68 - "1996 PPTI & TRRI Payroll Records"
- Payroll Journals, Reports, etc.

69 - "PPTI FY 3/31/98 Bank Statements"
- Bank Statements

70 - "Accounts Payable West – ZZ 1996-2000"
Terminated Sales
Sales Tax & Income Tax (Personal)
- Accounts Payable Folders, TSSA's (removed), Tax Info

71 - "Check Stubs"
PFMI 4/94 – 10/95
TRRI 1/94 – 12/95
PLHI 4/94 – 3/96
PPTI 1/91 – 3/98
BMW 1/96 – 12/97
- Check Stubs

72 - "Accounts Payable Company Thru LZ"
Also Citizen Telephone 1999-2000
- Accounts Payable Folders

73 - "A/P A-Colonial 1999-2000"
- Accounts Payable Folders

74 - "PPTI Payroll Records 1995"
- Payroll reports, Journals, Registers

75 - "W-2s and Quarterly P/R Reports Beginning thru 1991"
- Non-Responsive – W-2 & Earnings from (date and pertaining only to taxes)

76 - "4/1/93 – 12/31/95 Accounts Payable N-Precision Lumber"
- Accounts Payable Folders

77 - "PFMI – PLHI – TRRI 1/1/92 – 12/31/93"
PLHI – 1992
Payroll Journals 1993
PPTI Timesheets
- Payroll Journals, Registers, etc., Mill Timesheets

**Box No.**

78 - "BAA-CI2 4/1/93 – 12/31/95"
- Accounts Payable Folders

79 - "Corporate Minutes Book"
- Miscellaneous
- Unemployment INS Handbook, Hardware Store Tax Info
- Unemployment Info, Corporate Minutes and Investment/Stock Info

80 - "PPTI Payroll 1994 (12/31/94)"
- Payroll Journals, Registers, etc.

81 - "Accounts Payable Registers & Journals 1995-1997"
- Accounts Payable ledgers, Check Registers, Federal Census Report Sales Realization Reports (mostly pre-1991)

82 - "TRRI Daily Haul Reports 99" (small box)
- Daily Haul Report Tickets

83 - "Rough Green Lumber shipped - Heber to Winslow thru 5/31/99"
- PPTI lumber shipped tickets and mill downtime sheets

84 - "Heber Production Shipping and downtime thru 10/31/98"
- PP&T Lumber shipping tickets and mill downtime sheets

85 - "Lumber Tickets & Mills Logs"
- PP&T Lumber shipping tickets and mill downtime sheets

86 - "Journal Entries for Financial Statements (3/31/97)"
- PLHI Ledger & Balance Sheets

87 - "3/31/97 Bank Statements PPT"
- Bank Statements

88 - "PPT 3/92 – 12/92"
Bank Statements
Deposit Slips 4/92 – 3/93
- Bank Statements, Deposit Slips and Deposit Ledgers

89 - "PPT payables prior to A-Be"
1/1/96 – 12/31/97
- Accounts Payable Folders

**Box No.**

90 - "April '96 – March '97"
PLHI Showlow/Pine Top
Check Stubs/Bank Statements

91 - "Old Bank Statements"
Start up times on PLHI Showlow/Pine Top
- Bank Statements, Property Tax Notices, Paid Loan Papers

92 - "Box No" P-1
- Personnel Files

93 - "Payroll Quarterly Reports"
W-2 and 1099 1992-1993
- PLHI, PFMI, PPTI Payroll, 1099's and support

94 - "AP Co-Franco 4/1/93 – 12/31/95"
- Accounts Payable Folders

95 - "4/1/93 – 12/31/95 Aaa – Azzz"
- Accounts Payable Folders

96 - "PP&T Accounts Payable J-P"
Inc. all insurance CO's 1/1/96 – 12/31/97
- Accounts Payable Folders

97 - "BMW & PLHI – 1997"
Payroll records

98 - "PPTI"
Payroll 1998-1999
Accounts Payable 1998-1999
- Accounts Payable Registers, List of Vendors, Tax Forms, State of Federal Payroll Reports & Journals and Miscellaneous Employee Records

99 - "PPTI Bank Statements April 1998-October 2000"
- Bank Statements

100 - ""Box No" P-4"
- Personnel Files

101 - ""Box No" P-3"
- Personnel Files

**Box No.**

102 - "Miscellaneous, Correspondence, Contract Documents, Duplicate Financials"
- TEA's Miscellaneous Equipment files
- Bond Coverage Reports
- Book Accountability Sheets

103 - ""Box No" P-2"
- Personnel Files

104 - "Frontier State Bank"
Statements for 11/00 and 11/09
6/89 thru 12/90
Check stubs for 1987-1990

105 - "1991 Bank Statements for PLH, PLS, TRRI, PPMI"
- Bank Statements

106 - "Payroll 1996"
BMW & PLHI

107 - "TRRI – PFMI 4/90 – 12/90"
PPT 6/91 – 2/92
- Bank Statements

108 - ""Box No" P-5"
- Personnel Files

109 - "4/1/93 – 12/31/95 AP Stone Cont. #2 thru 0222
- Accounts Payable Folders

110 - "PLHI Ex Employee P-2"
- Personnel Files & Company

111 - "PLHI – Ex Employee Files"
- Personnel Files & Company

112 - "Bank Statements April 86- Jan 87"
12/90 – 6/91

113 - ""Box No" P-6"
- Personnel Files

114 - "PLH H Inventory Sheets"
- Inventory – PLH up to Dec 91

**Box No.**

115 - "ACC Pay 2001"
- Non-Responsive date
- TRRI Accounts Payable

116 - "TRRI ACC Rec 99"
Deposits, Paid Cash Invoice, Paid Posted Invoice, PR Pellets, Atchley, Arkoy, Lee Trucking, Forest Energy, Fatco, etc.
- Accounts Receivable as listed

117 - "TRRI Accounts Payable 99"
- Accounts Payable & Ledger

118 - "TRRI A/R 99"
- Accounts Receivable

119 - "TRRI '99"
- Accounting Ledgers, Repair Orders, Taxes, WAPCO Billing, etc.

120 - "TRRI 1999"
- Tax Forms, Permits, Drug tests, A/R ledger, etc.

121 - "Check Stubs/Bank Statements"
TRRI 1/1/90 – 12/31/97
- Check Stubs/Bank Statements

122 - "Tickets"
Lumber Shavings, etc.
PPT Billing

123 - "TRRI"
Drivers Daily Hauling Reports 1994-1995
- Hauling Reports & Truck Logs

124 - "TRRI 2001 Accounts Receivables"

125 - "Hardware Store Billings TRRI 1995"
PPT Billings
Diesel Reports 1993/1992/1994/1995
Fuel Purchased 1995

126 - "LN Tenney Insurance"
- Insurance, Accounts Payable Folders, Accounts Payable Ledgers

**Box No.**

127 - "TRRI '98"
Shipping Logs, Repairs/Parts
Truck Registration
- Shipping Logs
- Truck Registration
- Repair accounts, Parts
- PPT Balance Transfer ledger

128 - "'97 TRRI Documents"
- Pellet Deliveries, A/R/ shaving stuff

129 - "TRRI 1997"
- Truck Files, Personnel Files, Taxes, Paid Invoices

130 - "Accounts Payable 1996"
Diesel Reports
- TRRI, Truck Reports, Payroll, Accounts Payable, Fuel Reports

131 - "Miscellaneous Invoice, Duplicate PLHI, Financials, etc."
- Invoices
- C Drive Back Up
- Duplicate PLHI Financials
- TRRI Registrations
- Miscellaneous File

132 - "TRRI Invoices to '94"
- Invoices to Hardware Store
- Other Invoices

133 - "Trip Sheets 1990-1991
- TRRI Miscellaneous, Trip logs, other files

134 - "TRRI 2000"
- TRRI – Miscellaneous 2000 (since 1994)
- Miscellaneous – Fuels, Invoices, Accounts, etc., haul tickets

135 - "Old Part & Equipment Info"
- Equipment Blue prints (seems to be from Duke City, includes old stone contracts)

136 - 1995 TRRI
- Trucks, Invoices
- Drug Testing, Truck Expenses, etc.

**Box No.**

137 - "PFMI 1/92 – 12/92"
TRRI 1/92 – 12/92
PLHI S/F – 1/92 – 6/92
Bank Statements

138 - "TRRI Haul Tickets 1993"

139 - "Log Tickets "
1993 Log tickets

140 - "Smith Moulding"
Paid Invoices 9/95 – 8/98
- Sept. '95- Aug. '98

141 - "Haul Tickets 1999"

142 - "Tax Year '96-'97"
- PLHI Financials 1996-1997

143 - "PPT Bank Statements '94"

144 - "Haul Reports '95"
- TRRI

145 - "TRRI Personnel Files"

146 - "Financials for PLHI"

147 - "PLHI, RDS & RDI '97"

| | | Brookbank | Jersey Horse | Ma[illegible]aco | Salt | Hay | Kettle | OD Ridge | Monument | Mud | Saginaw | U Bar | Total breached volume |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | volume affected by suspension | 1714 | 1701 | 2378 | 2119 | 3155 | 1658 | 2625 | 730.5 | 3099.5 | 1134 | 3195 | 23500 |
| | percentage of total breached volume | 7.29% | 7.24% | 10.12% | 9.01% | 13.42% | 7.05% | 11.17% | 3.11% | 13.18% | 4.82% | 13.59% | |
| company wide expenses | percentage of total volume in claims | [illegible].47% | [illegible].42% | 7.[illegible]% | 7.80% | 10.43% | [illegible].48% | [illegible].86% | 2.41% | 10.25% | [illegible].73% | 10.86% | |
| cost of maintaining key employees | | $2,404 | $2,386 | $3,336 | $2,972 | $4,425 | $2,326 | $3,682 | $1,025 | $4,348 | $1,591 | $4,481 | |
| Attorneys fees incurred in preparation of claims | | $6,738 | $6,687 | $9,348 | $8,330 | $0 | $6,518 | $10,319 | $2,872 | $12,185 | $4,458 | $12,560 | |
| Increased cost of unemployment insurance | | $10,744 | $10,662 | $14,906 | $13,282 | $19,776 | $10,393 | $16,454 | $4,579 | $19,428 | $7,108 | $20,027 | |
| Out of pocket costs to financial institutions through Jan 31, 2003 | | $39,535 | $39,235 | $54,851 | $48,877 | $72,773 | $38,244 | $60,548 | $16,850 | $71,493 | $26,157 | $73,696 | |
| Unamortized Depreciation on Winslow Sales office | | $653 | $648 | $907 | $808 | $1,203 | $632 | $1,001 | $278 | $1,182 | $432 | $1,218 | |
| Claim Preparation cost (client) | | $2,040 | $2,025 | $2,831 | $2,522 | $0 | $1,974 | $3,125 | $870 | $3,689 | $1,350 | $3,803 | |
| C6.01 Attorneys fees / expenses to from 11/ 1/97 to 7/30/01 | | $21,157 | $20,998 | $29,353 | $26,156 | $0 | $20,465 | $32,402 | $9,017 | $38,259 | $13,996 | $39,437 | |
| C6.01 Attorneys fees / expenses to 7/31//01 to 7/31/03 | | $26,254 | $26,055 | $36,425 | $32,458 | $0 | $25,397 | $40,209 | $11,190 | $47,477 | $17,370 | $48,940 | |
| | | $109,526 | $108,695 | $151,956 | $135,406 | $98,178 | $105,947 | $167,739 | $46,679 | $198,060 | $72,463 | $204,163 | |
| Specific mill expenses | pellet mill | $15,075 | $14,961 | $20,915 | $18,637 | $27,749 | $14,583 | $23,088 | $6,425 | $27,261 | $9,974 | $28,101 | |
| | Winslow planer | $67,550 | $67,038 | $93,719 | $83,512 | $124,341 | $65,343 | $103,454 | $28,790 | $122,154 | $44,692 | $125,918 | |
| | Winslow sawmill | | | | | | | | $61,271 | $259,974 | $95,115 | $267,984 | |
| | Eager sawmill | | | | | $198,859 | $104,503 | $165,453 | | | | | |
| | Heber sawmill | $101,276 | $100,506 | $140,510 | $125,206 | | | | | | | | |
| | total | $293,427 | $291,201 | $407,100 | $362,761 | $449,127 | $290,377 | $459,734 | $143,166 | $607,449 | $222,245 | $626,166 | |

EXHIBIT 2

| | | | | | Hay | Kettle | OD Ridge | |
|---|---|---|---|---|---|---|---|---|
| Summary of costs at Eagar | | | | | | | | |
| | | | Sale volume | | 3155 | 1658 | 2625 | 7438 |
| | | | % of total volume suspended at the mill | | 42.4% | 22.3% | 35.3% | |
| 1 cost of maintaining key employees | $48,806 | | | | $20,702.22 | $10,879.33 | $17,224.51 | |
| 2 security | $2,707 | | | | $1,148.05 | $603.32 | $955.19 | |
| 3 idle equipment cost | $33,456 | | | | $14,190.98 | $7,457.57 | $11,807.07 | |
| 4 unamortized and increased costs of production | $383,847 | | | | $162,817.55 | $85,563.07 | $135,466.26 | |
| | $468,815 | | | | $198,859 | $104,503 | $165,453 | |

Summary of damages at Winslow Sawmill

| | | | | Monument | Mud | Saginaw | U Bar | Total |
|---|---|---|---|---|---|---|---|---|
| | | | volume affected by suspension | 730.5 | 3099.5 | 1134 | 3195 | 8159 |
| | | | percentage of total volume affected by suspension at Winslow | 8.95% | 37.99% | 13.90% | 39.16% | |
| 1 | cost of maintaining key employees | $3,511.94 | | $314.43 | $1,334.14 | $488.12 | $1,375.25 | |
| 2 | unamortized and increased cost of production | $680,831.71 | | $60,956.93 | $258,639.28 | $94,627.18 | $266,608.32 | |
| | | $684,343.65 | | $61,271.45 | $259,973.80 | $95,115.44 | $267,983.96 | |

| Summary | of Heber costs | | | Brookbank | Jersey Horse | Manaco | Salt | |
|---|---|---|---|---|---|---|---|---|
| | | | | 1714 | 1701 | 2378 | 2119 | 7912 |
| | | | | 21.7% | 21.5% | 30.1% | 26.8% | |
| 1 | cost of maintaining key employees | $50,990 | | $11,046.08 | $10,962.30 | $15,325.31 | $13,656.16 | |
| | | | | | | | | |
| 2 | idle equipment cost | $74,881 | | $16,221.66 | $16,098.62 | $22,505.89 | $20,054.66 | |
| | | | | | | | | |
| 3 | unamortized and increased cost of production | $163,509 | | $35,421.39 | $35,152.74 | $49,143.57 | $43,791.09 | |
| | | | | | | | | |
| 4 | Idle Equipment (TTRI) | $178,120 | | $38,586.57 | $38,293.91 | $53,534.93 | $47,704.17 | |
| | | $467,499 | | $101,276 | $100,508 | $140,510 | $125,206 | |

| Umamortized and Increased Cost of Production at Winslow Planer | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 8/24/95 thru 4/15/97 | planner | | | | | |
| anticipated production | 55,900 | | | | | |
| | | | | | | |
| actual production | 25,028 | | | | | |
| | | | | | | |
| difference | 30,872 | | | | | |
| | 0.552 | | | | | |
| Percentage at which the facility ran | 44.8% | | | | | |
| | | | | | | |
| Actual cost of 'labor, fuel, repairs, supplies and utilitities at planer | $1,815,258 | | | | | |
| actual production at planner | 25,028 | mbf | | | | |
| actual per m cost | $72.53 | per mbf | | | | |
| | | | | | | |
| anticipated cost | $50.00 | per mbf | | | | |
| difference | $22.53 | | | | | |
| volume processed | 25,028 | | | | | |
| | | | $563,853 | | | |
| | | | $563,853 | | | |
| | | overhead | $228,924 | | | |
| | | | $792,777 | | | |
| **Property Taxes** | | | | | | |
| | $21,259 | | | | | |
| unamortized portion | 55.2% | | $11,741 | | | |
| | | | | | | |
| **Depreciation** | $68,380 | | | | | |
| unamortized portion | 55.2% | | $37,764 | | | |
| | | | $842,282 | | | |
| | | profit | $84,228 | | | |
| | | | $926,510 | | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August 2003, I caused to be served via hand delivery a copy of the foregoing PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS REGARDING DAMAGES on David A. Harrington, Esq., counsel for defendant The United States, U.S. Department of Justice, Commercial Litigation Branch, Civil Division, Attn: Classification Unit, 8th Floor, 1100 L Street, N.W., Washington, D.C. 20530.

Richard W. Goeken