# PRECISION PINE & TIMBER, INC.
## GOALS
## JUNE, 1994

| PRODUCTION: | Work Days | Hrs Per Day | Total Hours | Bd.Ft. Per Hour | Goal | Actual | Forecast Next Month |
|---|---|---|---|---|---|---|---|
| Heber | 22 | 8.0 | 176 | 5,000 | 850,000 | 866,313 | 840,000 |
| Round Valley | 22 | 9.0 | 185 | 3,500 | 647,500 | 526,086 | 600,000 |
| Winslow | 22 | 9.0 | 198 | 6,000 | 1,200,000 | 1,259,023 | 870,000 |
| Williams | - | - | - | - | - | - | - |
| TOTAL GREEN LUMBER: | | | | | 2,697,500 | 2,651,422 | 2,310,000 |

| SALES: | Goal | Actual | Forecast Next Month |
|---|---|---|---|
| Heber\Snowflake Volume | 1,600,000 | 1,451,000 | 1,400,000 |
| Price ($/MBF) | $575 | $568 | $550 |
| Dollar Sales | $920,000 | $824,338 | $770,000 |
| Winslow Volume | 1,100,000 | 1,467,530 | 1,000,000 |
| Price ($/MBF) | $500 | $533 | $520 |
| Dollar Sales | $550,000 | $781,498 | $520,000 |
| Total Lumber Sales | $1,470,000 | $1,605,836 | $1,290,000 |
| Pellet Mill Production (tons) | 500 | 489 | 570 |
| Pellet Mill Sales (tons) | 80 | 78 | 150 |
| Price ($/ton) | $80 | $80 | $80 |
| Dollar Sales | $6,400 | $6,240 | $12,000 |

UPTIME GOALS:

| | |
|---|---|
| Heber-- | 95% |
| Winslow-- | 97% |
| Williams-- | |
| Round Valley- | 82% |

MAINTENANCE OR CAPITOL IMPROVEMENT GOALS:

| | |
|---|---|
| Heber | 1) Possible Combination Edger. |
| Snowflake | 1) Move to Heber--On Hold. |
| Pellet Plant | 1) Building addition |
| Winslow | 1) |
| Round Valley | 1) Resaw. |