# In the United States Court of Federal Claims

No. 98-720 C

(Filed September 15, 2003)

| | |
|---|---|
| ********************************** | |
| | * |
| **PRECISION PINE & TIMBER, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

Defendant's Motion for Expedited Consideration of its Motion for Discovery Sanctions is hereby GRANTED. Therefore, Plaintiff is ORDERED to file its response to Defendant's Motion for Discovery Sanctions by 4:00 pm, September 16, 2003.

It is further ORDERED that the parties shall appear for a hearing before the Court on September 18, 2003 at 3:00 pm. Parties shall be prepared to discuss Defendant's Motion for Discovery Sanctions and shall bring all documents that may assist the Court in resolving this issue.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge