## Rick Goeken

**From:** Rick Goeken
**Sent:** Thursday, September 04, 2003 2:23 PM
**To:** 'David Harrington Esq. (david.harrington@usdoj.gov)'
**Subject:** Precision Pine & Timber, Inc. v. United States

David:

Following-up on my voicemail message to you of this a.m, please be advised that we would like to take the depositions of the following persons:

William K Broyles
David P. Harris
Robert J. Leaverton
Susan N. Lee
Robert O. Wagenfehr
Paul Fink
Jeff Hogg

As you and I have previously discussed, the depositions will be conducted in the Forest Service's Regional Office in Albuquerque. Accordingly, it seems to me that that the pacing items are the availability of Messrs. Leaverton, Broyles and, perhaps, Wagenfehr, as the other deponents work in the Regional Office. If you will advise me as to the availability of these three individuals for deposition on Tuesday, September 9, 2003, I am optimistic that we can arrive at a mutually agreeable schedule for completing these depositions.

Additionally, please give me a call to discuss pick-up of documents that the government selected during its review at our offices last week.

Thanks,

Rick

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, NW Suite M110
Washington, D.C. 20006
Ph: (202) 452-2140 Fax: (202) 775-8217

This electronic message transmission contains information from the law firm of Saltman & Stevens, P.C. which may be confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (202)452-2140 or by electronic mail at the above address.