## Rick Goeken

**From:** David J. Craig
**Sent:** Friday, August 29, 2003 6:39 PM
**To:** 'david.harrington@usdoj.gov'
**Subject:** Precision Pine v. United States, No. 98-720C

David,

I tried to reach you at your office at 5:30, however there seemed to be no voicemail for me to leave a message on. Therefore I am writing in response to our conversation earlier today.

As far as the copying is concerned, using the Forest Service's copier seems like a possibility. Our two requirements are that 1) we be able to maintain control over the copying; and 2) for every copy that the government makes, we will make an additional copy for ourselves. Mike Jones from our office will arrive in Heber on Thursday morning to oversee the copying. Please contact Rick Goeken on Tuesday morning to work out any additional details.

I believe Rick has already provided directions to Precision Pine's former corporate headquarters, aka the Red Barn, where the document review will take place. However, I will attempt to add my limited recollection. It's not terribly difficult to find, although your people may pass by it on their first attempt. It is on the right side of the road as you enter Heber coming from Payson. It's a red building, set back slightly from the road. I believe there's a sign that says Red Barn Plaza, and there will probably be a couple U-hauls in front. It is before the Rim Café (also on the right); so if you reach that, you've gone too far.

As far as contacting me, I will be staying at the Sawmill Inn in Heber, so you may call me or leave a message for me there. I will be at the document review site at 9 AM Wednesday morning. If your reviewers are unable to begin at this time, please contact me or Rick Goeken as soon as possible.

I would also like to remind you that, as we discussed, Precision Pine still requires contact information for the two contracting officers who were not included on your list of contracting officers: John Hart and Robert Wagenfehr. Please provide this information to Rick Goeken as soon as possible.

Thanks.
Dave

David J. Craig
SALTMAN & STEVENS, P.C.
1801 K Street, NW Suite M110
Washington, D.C. 20006
Ph: (202) 452-2140 Fax: (202) 775-8217