| II. Increased Logging and Hauling Costs | | | | | | | |
|---|---|---|---|---|---|---|---|
| | mbf | ant. milling site | act. milling site | increased haul cost | increased logging cost | Total | |
| **Hay** | | | | | | | |
| 1996 | 391.18 | Eagar | Winslow | $74.80 | | $29,260.26 | |
| 1997 | 1765.56 | Eagar | Winslow | $74.80 | | $132,063.89 | |
| 1998 | 998.32 | Eagar | Heber | $52.25 | $10 | $62,145.42 | |
| | | | | | | | |
| **O.D. Ridge** | | | | | | | |
| 1996 | 54.28 | Eagar | Winslow | $74.80 | | $4,060.14 | |
| 1997 | 457.00 | Eagar | Heber | $52.25 | $10 | $28,448.25 | |
| 1998 | 800.10 | Eagar | Heber | $52.25 | $10 | $49,806.23 | |
| | | | | | | | |
| **Brewer** | | | | | | | |
| 1996 | 38.42 | Heber | Winslow | $45.65 | | $1,753.87 | |
| 1997 | 38.00 | Heber | Winslow | $45.65 | | $1,734.70 | |
| | | | | | | | |
| **Delgado** | | | | | | | |
| 1997 | 11.40 | Heber | Winslow | $45.65 | | $520.41 | |
| | | | | | | | |
| **Highway Salvage** | | | | | | | |
| 1998 | 55.00 | Heber | Winslow | $52.25 | | $2,873.75 | |
| | | | | | | $312,666.92 | |
| | | | | | | $31,266.69 | Overhead |
| | | | | | | $343,933.62 | |
| | | | | | | $34,393.36 | Profit |
| | | | | | | $378,326.98 | |

| | | | | |
|---|---|---|---|---|
| **INCREASED HAULING COST CALCULATION** | | | | |
| | | | | |
| **Haul to Winslow Sawmill (Instead of Eagar)** | | | | |
| | 136 | Additional miles (one way) | | |
| | x 2 | | | |
| | 272 | Addtional Miles (round trip) | | |
| | x $1.10 | Cost/mile | | |
| | $299.20 | Additional Cost/Truck Load | | |
| | 4 | Avg. MBF/load | | |
| | $74.80 | Total Increased Hauling Cost/MBF | | |
| | | | | |
| **Haul to Heber Sawmill (Instead of Eagar)** | | | | |
| | 95 | Additional miles (one way) | | |
| | x 2 | | | |
| | 190 | Addtional Miles (round trip) | | |
| | x $1.10 | Cost/mile | | |
| | $209.00 | Additional Cost/Truck Load | | |
| | 4 | Avg. MBF/load | | |
| | $52.25 | Total Increased Hauling Cost/MBF | | |
| | | | | |
| **Haul to Winslow Sawmill (Instead of Heber)** | | | | |
| | 83 | Additional miles (one way) | | |
| | x 2 | | | |
| | 166 | Addtional Miles (round trip) | | |
| | x $1.10 | Cost/mile | | |
| | $182.60 | Additional Cost/Truck Load | | |
| | 4 | Avg. MBF/load | | |
| | $45.65 | Total Increased Hauling Cost/MBF | | |
| | | | | |