**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | |
| v. | ) | No. 98-720C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT 1 TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SANCTIONS**

For the reasons set forth below, Precision Pine moves this Court for leave to file Exhibit 1 separately from the pleading to which it relates. As Precision Pine attempted to file its first electronic pleading, it became apparent that Exhibit 1 was a larger file than the Court allows. Precision Pine realized it would have to divide this Exhibit into two parts, a process that would take some time. In an effort to submit its Response to Defendant's Motion for Sanctions by the expedited 4:00 p.m. deadline set by this Court, Precision Pine proceeded to submit its Response and Exhibits 2-5. Counsel for Precision Pine then called the Clerk's Office at the Court of Federal Claims for instructions on how to proceed with submitting Exhibit 1, and was advised that filing the instant Motion for Leave would be the appropriate procedure.

For these reasons, plaintiff respectfully requests that this Motion for Leave to File Exhibit 1 to Plaintiff's Response to Defendant's Motion for Sanctions be granted, and that the Court include Exhibit 1 in its consideration of Plaintiff's Response. Exhibit 1 is attached hereto in two parts designated Exhibits 1A and 1B.

Respectfully submitted,

s/ Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Attorneys for Plaintiff

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2150

Dated: September 16, 2003