# In the United States Court of Federal Claims

No. 98-720 C

(Filed September 17, 2003)

**********************************

**PRECISION PINE & TIMBER, INC.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

**********************************

**ORDER**

Plaintiff's Motion for Leave to File Exhibit 1 to Plaintiff's Response to Defendant's Motion for Sanctions, filed September 16, 2003, is hereby GRANTED. Therefore, the Clerk will file Exhibit 1 with the rest of Plaintiff's Response to Defendant's Motion for Sanctions and Cross-Motion for Fees and Expenses Pursuant to RCFC 37(a)(4)(b), filed September 16, 2003.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge