# In the United States Court of Federal Claims

No. 98-720 C

(Filed September 17, 2003)

| | |
|---|---|
| ********************************** | |
| | * |
| **PRECISION PINE & TIMBER, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

When the Clerk's Office received Plaintiff's filing of its response to defendant's motion for sanctions, filed on September 16, 2003, the following deficiency was noted: Plaintiff did not docket its cross-motion for fees and expenses.

Plaintiff is therefore ORDERED to docket its Cross-Motion for Fees and Expenses Pursuant to RCFC 37(a)(4)(B). The corrected filing shall be accepted by my leave if received on or before September 18, 2003, at 1:00 pm.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge