# In the United States Court of Federal Claims

No. 98-720 C

(Filed September 17, 2003)

***********************************

**PRECISION PINE & TIMBER, INC.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

***********************************

**ORDER**

The parties are hereby ORDERED to appear for a hearing on Defendant's Motion for Discovery Sanctions and Plaintiff's Response to Defendant's Motion for Sanctions and Cross-motion for Fees and Expenses Pursuant to RCFC 37(a)(4)(B) on October 1, 2003, at 3:00 pm. This hearing will be held in place of the hearing originally scheduled for September 18, 2003, at 3:00 pm, which is now canceled.

It is further ORDERED that expert reports are due on October 8, 2003.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge