# In the United States Court of Federal Claims

No. 98-720 C

(Filed October 8, 2003)

| | |
|---|---|
| ********************************** | |
| | * |
| **PRECISION PINE & TIMBER, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**OPINION**

Plaintiff's Unopposed Motion for a One Day Enlargement of Time to Complete Revised Discovery Requests is hereby GRANTED.

Plaintiff is therefore ORDERED to answer interrogatories 9-13, 18-22, 27-28, 34-37, and 41, in accordance with the requirements of the October 2, 2003, Order of this Court. Plaintiff is further Ordered to serve its responses on Defendant by hand delivery on or before October 14, 2003, at 10:00 am.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge