# In the United States Court of Federal Claims

No. 98-720 C

(Filed October 9, 2003)

*********************************

| | |
|---|---|
| | * |
| **PRECISION PINE & TIMBER, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |

*********************************

## ORDER

It is hereby ORDERED that the Court will hold a status conference on October 20, 2003, at 10:00 am Eastern Time. All parties shall appear by telephone. Parties shall be prepared to discuss (1) compliance to date with the Court's Orders regarding Defendant's Motion for Sanctions, and (2) a deadline for Plaintiff's compliance with the Court's October 9, 2003, Opinion regarding the use of RCFC 33(d). Counsel shall call the judicial assistant of Chief Judge Damich, Ms. Carolyn Palmer-Miller, at (202) 219-1433 and provide the number where he or she can be reached. Counsel shall provide this information one business day before the conference.

It is further ORDERED that Defendant shall submit a status report on or before October 16, 2003. The status report shall inform the Court of the level of compliance Plaintiff has exhibited regarding the Court's Orders dated October 2, 2003, and October 8, 2003. Counsel shall provide, via facsimile or e-mail to damich_chambers@ao.uscourts.gov, a copy of the status report to Chambers the day the report is filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge