**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-720C (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

**INTRODUCTORY STATEMENT:**

Precision Pine reserves the right to supplement its revised answers as well as the factual assertions and/or the mathematical calculations upon which they are based in light of newly discovered evidence, a determination that a mathematical/clerical error has been made, and/or based on the review of this information by expert, if any.

Additionally, to the extent that defendant has remaining questions about the information provided and/or Plaintiff's damage calculations, Plaintiff's counsel (1) reiterates the offer it made to defendant's counsel over a year ago to sit down with defendant and explain any aspect of Plaintiff's claim or the calculations therefore regarding which defendant has a question and (2) hereby expands that offer to also include an offer to assist defendant in locating information in Precision Pine's files which defendant feels is relevant to its defense. Plaintiff's counsel is willing to provide the above-noted assistance at its offices, at Precision Pine's headquarters in Heber, Arizona or both.

## INTERROGATORY NO. 9

With respect to each contract, agreement or arrangement identified in response to Interrogatory No. 6, describe in detail Precision Pine's plan for operating each mill at issue and harvesting remaining timber and other material as of August 24, 1995, including, but not limited to, the months in which Precision Pine anticipated to harvest and, for each month in which harvesting was anticipated, the species and size class of timber or other material that Precision Pine expected to harvest, the volume of each species and size class of timber or other material that Precision Pine expected to harvest, and the mill at which Precision Pine expected to process the timber or other material that it harvested.

## SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 9

Each uncompleted contract that Precision Pine held on the date of the suspension is set forth on the table below. In that table, Precision Pine has indicated for each such sale the anticipated harvest by species by month, and the mill to which the timber from the sale would have been delivered (i.e., where it would have been processed into rough cut/green lumber.) (Precision Pine does not maintain records as to the volume of timber by size class and the recollections of relevant officials of Precision Pine are insufficient to provide an answer in this regard.) All of the rough cut/green lumber produced at the various plants indicated would, in turn, also have been transported to the Winslow planer and made into finished lumber products.

Anticipated Quantity of Wood per contract (in MBF (log scale))

| | | | | 1995 | | | 1995 | | | | 1996 | | | | 1996 | | | | 1996 | | | | 1996 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 3rd Quarter | | total for 3rd Q '95 | 4th Quarter | | | total for 4th Q '95 | 1st Quarter | | | total for 1st Q '96 | Second Quarter | | | total for 2nd Q '96 | Third Quarter | | | total for 3rd Q '96 | Fourth Quarter | | | total for 4th Q '96 |
| | Sale | mill to which sale was planned to go | Species | Aug | Sep | | Oct | Nov | Dec | | Jan | Feb | Mar | | Apr | May | Jun | | Jul | Aug | Sep | | Oct | Nov | Dec | |
| | Brann | Winslow | PP | | | | | | | | | | | | | | | | | | | | 304.5 | 304.5 | 304.5 | 913.5 |
| | Hutch-Boond. | Winslow | PP | | 2236.0 | 2236.0 | | | | | | | | | | | | | | | | | | | | |
| | Monument | Winslow | PP | | | | | | | | | | | | | | | | | | | | 365.3 | 365.3 | | 730.5 |
| | Mud | Winslow | PP | | | | 1033.2 | 1033.2 | 1033.2 | 3099.5 | | | | | | | | | | | | | | | | |
| | Saginaw-Kenn. | Winslow | PP | | | | | | | | | | | | | | | | 378.0 | 378.0 | 378.0 | 1134.0 | | | | |
| | U-Bar | Winslow | PP | | | | | | | | 917.0 | 917.0 | | 1834.0 | | | | | | | | | | | | |
| | | | DF&O | | | | | | | | 680.5 | 680.5 | | 1361.0 | | | | | | | | | | | | |
| | Hualapai | Winslow | PP | | | | | | | | | | | | 226.0 | 226.0 | 226.0 | 678.0 | | | | | | | | |
| | Park | Winslow | PP | | | | | | | | | | | | | | | | | 471.0 | 471.0 | 942.0 | | | | |
| | McGaffey Parcel | Winslow | PP | | | | | | | | | | | | | 864.0 | | 864.0 | | | | | | | | |
| | Barber | Winslow | PP | | | | | | | | | | | | 800.0 | | 800.0 | 1600.0 | 575.0 | 325.0 | 250 | 1150.0 | | | | |
| | | **Total for Winslow** | | **0.0** | **2236.0** | 2236.0 | **1033.2** | **1033.2** | **1033.2** | 3099.5 | **1597.5** | **1597.5** | **0.0** | 3195.0 | **1026.0** | **1090.0** | **1026.0** | 3142.0 | **953.0** | **1174.0** | **1099.0** | 3226.0 | **669.8** | **669.8** | **304.5** | 1644.0 |
| * | Brookbank | Heber | PP | 342.5 | | 342.5 | | | | | | | | | | 544.8 | 544.8 | 1089.5 | | | | | | | | |
| * | Jersey Horse | Heber | PP | 352.0 | | 352.0 | 323.0 | 161.5 | | 484.5 | 143.0 | 143.0 | | 286.0 | | | | | 179.5 | 179.5 | 179.5 | 538.5 | | | | |
| | Manaco | Heber | PP | | 2224.0 | 2224.0 | | | | | | | | | | | | | | | 258.0 | 258.0 | | | | |
| | Salt | Heber | PP | | 688.0 | 688.0 | | | | | | | | | | | | | 385.5 | 385.5 | 771.0 | 1542.0 | | | | |
| | St. Joe | Heber | PP | | | | | | | | | | | | | | | | | | 343.0 | 343.0 | 1559.5 | 1559.5 | | 3119.0 |
| | | **Total for Heber** | | **694.5** | **2912.0** | 3606.5 | **323.0** | **161.5** | **0.0** | 484.5 | **143.0** | **143.0** | **0.0** | 286.0 | **0.0** | **544.8** | **544.8** | 1089.5 | **565.0** | **565.0** | **1551.5** | 2681.5 | **1559.5** | **1559.5** | **0.0** | 3119.0 |
| | Hay | Eagar | PP | | 404.1 | 404.1 | | 757.6 | 757.6 | 1515.2 | 314.5 | | | 314.5 | | 744.1 | | 744.1 | | | | | | | | |
| | | | DF&O | | 24.1 | 24.1 | | 45.1 | 45.1 | 90.2 | 18.7 | | | 18.7 | | 44.3 | | 44.3 | | | | | | | | |
| | Kettle | Eagar | PP 9"+ Weighted Average | | | | | | | | | 277.5 | | 277.5 | | | 631.0 | 631.0 | 300.0 | 766.7 | 766.7 | 1833.5 | | | | |
| | O.D. Ridge | Eagar | PP | | | | 859.0 | | | 859.0 | | | | | | 329.5 | 329.5 | 659.0 | 403.0 | | | 403.0 | | | | |
| | | | DF&O | | | | 222.7 | | | 222.7 | | | | | | 76.7 | 76.7 | 153.3 | 94.0 | | | 94.0 | | | | |
| | | | Spruce | | | | 111.3 | | | 111.3 | | | | | | 38.3 | 38.3 | 76.7 | 47.0 | | | 47.0 | | | | |
| | Ramah | Eagar | PP | | | | | | | | | 423.5 | 423.5 | 847.0 | | | | | | | | | | | | |
| | Campbell | Eagar | PP | | | | | | | | | 600.0 | 600.0 | 1200.0 | | | | | | | | | 840.0 | 840.0 | | 1680.0 |
| | | **Total for Eagar** | | **0.0** | **428.1** | 428.1 | **1193.0** | **802.7** | **802.7** | 2798.4 | **333.2** | **1301.0** | **1023.5** | 2657.7 | **0.0** | **1232.8** | **1075.5** | 2308.3 | **844.0** | **766.7** | **766.7** | 2377.5 | **840.0** | **840.0** | | 1680.0 |
| * | operations in progress at time of suspension | | | | | | | | | | | | | | | | | | | | | | | | | |

INTERROGATORY NO. 11

Describe in detail the reason for each difference between the "plan of operation" (see, e.g., Brookbank Contract § CT6.3) that Precision Pine submitted to the Government pursuant to each of the contracts at issue, and the plan for harvesting timber and other material pursuant to the contracts at issue set forth in response to Interrogatory No. 9, including, but not limited to, the date on which Precision Pine decided to change its plan of operations, the reason that Precision Pine decided to change the planned operations, the identity of each person proposing, approving or otherwise involved in the decision to make the change in planned operations, and the date on which Precision Pine provided the Government a revision of its plan of operations reflecting the change in planned operations, or, to the extent that Precision Pine failed to provide the Government with a revision of its plan of operations, explain in detail the reasons for this failure.

SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 11

Differences between the plan of operations submitted to Forest Service pursuant to § C(T)6.3 of the contracts at issue and the table set out in Supplemental Answer to Interrogatory No. 9 with respect to the following sales are as follows:

**Hutch-Boondock**

Based on a review of Precision Pine's files and discussions with officials of the company, it does not appear that a "plan of operations" pursuant to § C(T)6.3 was ever filed with respect to this sale. As such, an explanation of any difference between it and the table set out in Supplemental Answer to Interrogatory No. 9 is simply not possible. To the extent that such a

plan of operations exists and is in the Government's possession, if the Government will provide it to Plaintiff, Plaintiff will provide a supplemental answer to this interrogatory forthwith.

**Saginaw-Kennedy**

Based on a review of Precision Pine's files and discussions with officials of the company, it does not appear that a "plan of operations" pursuant to § C(T)6.3 was ever filed with respect to this sale. As such, an explanation of any difference between it and the table set out in Supplemental Answer to Interrogatory No. 9 is simply not possible. To the extent that such a plan of operations exists and is in the Government's possession, if the Government will provide it to Plaintiff, Plaintiff will provide a supplemental answer to this interrogatory forthwith.

**Mud**

Based on a review of Precision Pine's files and discussions with officials of the company, it does not appear that a "plan of operations" pursuant to § C(T)6.3was ever filed with respect to this sale. As such, an explanation of any difference between it and the table set out in Supplemental Answer to Interrogatory No. 9 is simply not possible. To the extent that such a plan of operations exists and is in the Government's possession, if the Government will provide it to Plaintiff, Plaintiff will provide a supplemental answer to this interrogatory forthwith.

**U-Bar**

Based on a review of Precision Pine's files and discussions with officials of the company, it does not appear that a "plan of operations" pursuant to § C(T)6.3 was ever filed with respect to this sale. As such, an explanation of any difference between it and the table set out in

Supplemental Answer to Interrogatory No. 9 is simply not possible. To the extent that such a plan of operations exists and is in the Government's possession, if the Government will provide it to Plaintiff, Plaintiff will provide a supplemental answer to this interrogatory forthwith.

**Brann**

NONE

**Brookbank**

Based on a review of Precision Pine's files and discussions with officials of the company, it does not appear that a "plan of operations" pursuant to § C(T)6.3 was ever filed with respect to this sale. As such, an explanation of any difference between it and the table set out in Supplemental Answer to Interrogatory No. 9 is simply not possible. To the extent that such a plan of operations exists and is in the Government's possession, if the Government will provide it to Plaintiff, Plaintiff will provide a supplemental answer to this interrogatory forthwith.

**Jersey Horse**

Based on a review of Precision Pine's files and discussions with officials of the company, it does not appear that a "plan of operations" pursuant to § C(T)6.3 was ever filed with respect to this sale. As such, an explanation of any difference between it and the table set out in Supplemental Answer to Interrogatory No. 9 is simply not possible. To the extent that such a plan of operations exists and is in the Government's possession, if the Government will provide it to Plaintiff, Plaintiff will provide a supplemental answer to this interrogatory forthwith.

**Manaco**

Precision Pine did not remove timber from the sale in the spring and summer of 1995 as indicated in the plan of operations. The reasons for this were delays in road reconstruction, time spent waiting for the Forest Service to approve of a waiver of road reconstruction restrictions and operating restrictions imposed by the Forest Service as a precaution against fire.

The extent that here was a decision to change the plan of operations, the persons proposing, approving or otherwise involved in that decision were John Smith and/or Loren Porter and/or Lewis Tenney.

Plaintiff is unaware of the precise date of any such "decision" to make a change except that it appears from the documents in Plaintiff's contract file that any such "decision" would likely have been made in May of 1995. At that time delays in completing road reconstruction were being encountered and shortly thereafter Precision Pine had to wait for the Forest Service to approve continuing road construction activity during a period when such construction was restricted.

Except for a document dated May 10, 1995 from Precision Pine to the Forest Service Representative (a copy of which is already in the Forest Service's possession), there does not appear to be any record of this change ever being communicated to the Forest Service in writing and Plaintiff does not recall if this change was ever communicated orally, although, the Forest Service was at all times fully aware of the delays that Precision Pine was experiencing. Likewise,

the Forest Service was also fully aware of the operating restrictions that it imposed on Precision Pine on June 23, 1995.

**Salt**

Precision Pine did not remove timber from the sale in the spring and summer of 1995 as indicated on the plan of operations. The only thing that relevant officials of the company recall may have impacted the decision not to harvest at that time were operating restrictions imposed by the Forest Service as a precaution against fire.

To the extent that here was a decision to change the plan of operations, the persons proposing, approving or otherwise involved in that decision were Loren Porter and/or Lewis Tenney.

Plaintiff is unaware of the precise date of any such "decision" to make a change or that it was communicated to the Forest Service.

The Forest Service was, of course, fully aware of the operating restrictions that it imposed on Precision Pine on June 23, 1995.

**St. Joe**

Based on a review of Precision Pine's files and discussions with officials of the company, it does not appear that a "plan of operations" pursuant to § C(T)6.3 was ever filed with respect to this sale. As such, an explanation of any difference between it and the table set out in

Supplemental Answer to Interrogatory No. 9 is simply not possible. To the extent that such a plan of operations exists and is in the Government's possession, if the Government will provide it to Plaintiff, Plaintiff will provide a supplemental answer to this interrogatory forthwith.

**Hay**

Based on a review of Precision Pine's files and discussions with officials of the company, it does not appear that a "plan of operations" pursuant to § C(T)6.3 was ever filed with respect to this sale. As such, an explanation of any difference between it and the table set out in Supplemental Answer to Interrogatory No. 9 is simply not possible. To the extent that such a plan of operations exists and is in the Government's possession, if the Government will provide it to Plaintiff, Plaintiff will provide a supplemental answer to this interrogatory forthwith.

**Kettle**

Based on a review of Precision Pine's files and discussions with officials of the company, it does not appear that a "plan of operations" pursuant to § C(T)6.3 was ever filed with respect to this sale. As such, an explanation of any difference between it and the table set out in Supplemental Answer to Interrogatory No. 9 is simply not possible. To the extent that such a plan of operations exists and is in the Government's possession, if the Government will provide it to Plaintiff, Plaintiff will provide a supplemental answer to this interrogatory forthwith.

**O.D. Ridge**

Based on a review of Precision Pine's files and discussions with officials of the company, it does not appear that a "plan of operations" pursuant to § C(T)6.3was ever filed with respect to

this sale. As such, an explanation of any difference between it and the table set out in Supplemental Answer to Interrogatory No. 9 is simply not possible. To the extent that such a plan of operations exists and is in the Government's possession, if the Government will provide it to Plaintiff, Plaintiff will provide a supplemental answer to this interrogatory forthwith.

**INTERROGATORY NO. 13**

Describe in detail the status of timber harvesting on each of the contracts at issue as of August 24, 1995, including, but not limited to, the volume of each species and size class of timber or other material that had been cut, and that remained to be cut, on each payment unit of the contract.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 13**

**Hutch-Boondock**

As of August 24, 1995, no Ponderosa Pine sawlogs or roundwood had been removed from the sale. The volume of sawlogs that remained to be cut was 2236 MBF of Ponderosa Pine while 1645 CCF of roundwood remained. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**Saginaw-Kennedy**

As of August 24, 1995, no Ponderosa Pine sawlogs or roundwood had been removed from the sale. The volume of sawlogs that remained to be cut was 1134 MBF of Ponderosa Pine while 1658 CCF of roundwood remained. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**Mud**

As of August 24, 1995, no Ponderosa Pine sawlogs or roundwood had been removed from the sale. The volume of sawlogs that remained to be cut was 3099.5 MBF of Ponderosa Pine while 2744 CCF of roundwood remained. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**U-Bar**

Based on the Forest Service's Timber Sale Statement of Account for the sale, as of August 24, 1995, 5,053.96 MBF of Ponderosa Pine sawlogs and 500 cords of roundwood had been removed from the sale. As of the date of the suspension, harvesting had occurred in Payment Units 4, 5, 6, 12, 13, 14, 15, and 16. The volume of sawlogs that remained to be cut was 1834 MBF of Ponderosa Pine and 1361 MBF of Douglas-fir while 48 cords of topwood also remained. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**Brookbank**

Based on the Forest Service's Timber Sale Statement of Account for the sale, as of August 24, 1995, 3,363.42 MBF of Ponderosa Pine sawlogs and 1,290.4 MBF of roundwood had been removed from the sale. As of the date of the suspension, harvesting had occurred in Payment Units 1, 5, and 6 and active operations were ongoing in Units 1, 5, and 6. The volume of sawlogs that remained to be cut was 1432 MBF of Ponderosa Pine while 5767.72 CCF of

roundwood remained. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**Jersey Horse**

Based on the Forest Service's Timber Sale Statement of Account for the sale, as of August 24, 1995, 246 MBF of Ponderosa Pine sawlogs and 0 MBF of roundwood had been removed from the sale. As of the date of the suspension, harvesting operations were ongoing in Unit 1. The volume of sawlogs that remained to be cut was 1661 MBF of Ponderosa Pine. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**Manaco**

Based on the Forest Service's Timber Sale Statement of Account for the sale, as of August 24, 1995, 1,304.8 MBF of Ponderosa Pine sawlogs and 544 MBF of roundwood had been removed from the sale. As of the date of the suspension, harvesting had occurred in Payment Units 7 and 10. The volume of sawlogs that remained to be cut was 2482 MBF of Ponderosa Pine while 1620 CCF of roundwood remained. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**Salt**

As of August 24, 1995, no Ponderosa Pine sawlogs or roundwood had been removed from the sale. The volume of sawlogs that remained to be cut was 2230 MBF of Ponderosa Pine while 1835 CCF of roundwood remained. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**St. Joe**

Based on the Forest Service's Timber Sale Statement of Account for the sale, as of August 24, 1995, 4,839.42 MBF of Ponderosa Pine sawlogs and 0 MBF of roundwood had been removed from the sale. As of the date of the suspension, harvesting had occurred in Payment Units 1, 2, 5, 11, 12 and 13. The volume of sawlogs that remained to be cut was 3462 MBF of Ponderosa Pine. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**Hay**

Based on the Forest Service's Timber Sale Statement of Account for the sale, as of August 24, 1995, 6,267.32 MBF of Douglas Fir and Ponderosa Pine sawlogs and 0 MBF of roundwood had been removed from the sale. As of the date of the suspension, harvesting had occurred in Units 7, 18, 22, 26-30, 32, 34, and 37-39. The volume of sawlogs that remained to be cut was 2977.9 MBF of Ponderosa Pine and 177.2 MBF of Douglas-fir and other species. Precision Pine has no additional or better information than this as to the status of timber

harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by unit. Moreover, this was a scaled sale that was not sold by payment unit.

**Kettle**

As of August 24, 1995, no Ponderosa Pine sawlogs or roundwood had been removed from the sale. The volume of sawlogs that remained to be cut was 2742 MBF of Ponderosa Pine while 3958 CCF of Roundwood remained. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**O.D. Ridge**

Based on the Forest Service's Timber Sale Statement of Account for the sale, as of August 24, 1995, 2,535.15 MBF of Douglas-fir, Englemann-Spruce, and Ponderosa Pine sawlogs and 0 MBF of roundwood had been removed from the sale. As of the date of the suspension, harvesting had occurred in Payment Units 4, 5 and 6. The volume of sawlogs that remained to be cut was 1921 MBF of Ponderosa Pine and 470 MBF of Douglas-fir and other species.. Precision Pine has no additional or better information than this as to the status of timber harvesting on the sale, i.e., Precision Pine does not keep records by species and size class by payment unit.

**INTERROGATORY NO. 20**

For each sawmill that Precision Pine bought, sold, opened or closed between June 1991 and July 2000, identify that date on which the mill was bought, sold, opened or closed.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 20**

**Winslow Sawmill**

The Winslow Sawmill was purchased on or about December 23, 1991 and was destroyed by a fire on or about September 16, 1998, and remained closed thereafter.

The following are periods of time when this mill was not operating for at least several days. This list includes any such period of time that Lorin Porter recollects or that was indicated from a review of mill production records. This list does not include holidays, maintenance, single day log shortages, or stoppages dues to equipment breakdowns of very limited duration. Any major, temporary shut down caused by Forest Service suspensions is included in this list:

April 11 – April 15, 1994
July 2 – July 8, 1994
March 11 – April 14, 1995
July 20 – 27, 1995
Dec. 4 – Dec.8, 1995
March 12, 1996 – April 15, 1996
June 28 – July 5, 1996
Dec. 10 – Dec. 16, 1996
Feb. 21, – April 1, 1997
Oct. 1997 – Down for two weeks to a month, exact dates unknown.

**Winslow Planer**

The Winslow Planer was purchased on or about December 23, 1991. According to the best recollection of Lorin Porter, it was closed permanently around the fall of 1999. Mr. Porter

does not recall any exact dates that this planer shut down, however, he believes that the planer generally ran on a schedule similar to the Winslow sawmill, but two weeks later. Therefore, it is possible that if the Winslow sawmill did not operate for several days, the planer may not have operated for several days two weeks later. There are no production records.

**Snowflake Planer**

The Snowflake Planer, which was purchased prior to the time period specified in this interrogatory, was closed permanently in the spring of 1995. Lorin Porter does not recall the exact date.

**Williams Sawmill**

The Williams Sawmill was purchased in October 1992. According to the best recollection of Lorin Porter, it was closed permanently in October 1994. The equipment from the mill was sold in an auction shortly thereafter.

**Show Low Sawmill**

The Show Low Sawmill was purchased prior to the date specified in the interrogatory. It was never run, and therefore, it was never actually opened or closed.

**Payson Sawmill**

The Payson Sawmill was purchased on or about June 1, 1993. The mill was never operated, therefore, it was never opened or closed.

**Eagar Sawmill**

To the best recollection of Lorin Porter, the Eager Sawmill was opened in October 1993 and closed permanently on or about August 1, 1997.

The following are periods of time when this mill was not operating for at least several days. This list includes any such period of time that Lorin Porter recollects or that was indicated from a review of mill production records. This list does not include holidays, maintenance, single day log shortages, or stoppages due to equipment breakdowns of very limited duration. Any major, temporary shut down caused by Forest Service suspensions is included in this list:

December 1, 1995 – February 17, 1997
March 28 – all but 2 days of April 1997

**Heber Sawmill**

The Heber Sawmill was purchased prior to the period specified in the interrogatory.

The following are periods of time when this mill was not operating for at least several days. This list includes any such period of time that Lorin Porter recollects or that was indicated from a review of mill production records. This list does not include holidays, maintenance, single day log shortages, or stoppages due to equipment breakdowns of very limited duration. Any major, temporary shut down caused by Forest Service suspensions is included in this list:

Feb 4 – Feb. 11, 1994
Unknown date in March or early April 1995 – April 11, 1995
Sept. 19, 1995 – Nov. 26, 1995
June 19, 1996 – Oct. 20, 1997
Feb. 19, 1998 – April 24, 1998
June 24, 1998 – Sept 21, 1998

Jan. 18, 1999 – unknown date
Jan. 26, 2000 – unknown date

**Heber Planer**

To the best recollection of Lorin Porter, the Heber Planer was opened sometime in the fall of 1999.

**Clay Springs Mill**

The Clay Springs Mill was purchased prior to the time period specified in the interrogatory. According to the best recollection of Lorin Porter, it was closed permanently in the early nineties. He does not recollect the exact date, but it was probably before the date specified in this interrogatory.

**Winslow Pellet Mill**

The Winslow Pellet Mill was opened sometime prior to March 1992. Lorin Porter does not recollect the exact date.

**INTERROGATORY NO. 27**

For each product for which Precision Pine seeks the recovery of lost profits (i.e., "lost market opportunity" damages), identify the price at which Precision Pine contends that it could have sold the product in each month between August 1993 and December 1998.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 27**

**Lumber Products – Ponderosa Pine**

Precision Pine could have sold and/or did sell Ponderosa Pine lumber products, monthly for each month between August 1993 and December 1998, at the prices listed on the Lumber Sales Price chart for Ponderosa Pine, attached hereto as Chart 1.

**Lumber Products – Douglas-fir**

Precision Pine could have sold and/or did sell Douglas-fir lumber products, monthly for each month between August 1993 and December 1998, at the prices listed on the Lumber Sales Price chart for Douglas-fir, attached hereto as Chart 2.

**Lumber Products – Spruce**

Precision Pine could have sold and/or did sell Spruce lumber products, monthly for each month between January 1995 and December 1998, at the prices listed on the Lumber Sales Price chart for Spruce, attached hereto as Chart 3. (As explained in response to Interrogatory No. 28, the source of pricing information for this product was not available prior to January 1995.)

**Chips**

Precision Pine could have sold and/or did sell chips at the following prices during the listed months:

August 1993 – April 1, 1994.......................$19.00/ton
April 1, 1994 – April 22, 1996...............$18.25/ton
($15.00 for the few truck shipments from Winslow)
April 22, 1996 – July 1, 1996................$17.00/ton
July 1, 1996 – December 13, 1996..........$14.40/ton
December 13, 1996 – February 12, 1998...$12.50/ton
February 12, 1998 – December 1998........$0

**Shavings**

Precision Pine could have sold and/or did sell shavings at $9.50 per ton in every month between August 1993 and December 1998.

**Bark**

Precision Pine could have sold and/or did sell bark at $20.58 per ton in every month between August 1993 and December 1998.

**Grindings**

Precision Pine could have sold and/or did sell grindings at $5.00 per ton in every month between August 1993 and December 1998.

CHART 1

| Lumber Sales Price Chart for Ponderosa Pine | Aug. '93 | Sept. '93 | Oct. '93 | Nov. '93 | Dec '93 | Jan '94 | Feb. '94 | Mar '94 | Apr '94 | May '94 |
|---|---|---|---|---|---|---|---|---|---|---|
| Moulding & Better | 1667 | 1918 | 1757 | 1964 | 2053 | 2046 | 2103 | 1801 | 1754 | 1481 |
| 5/4 #1 Shop | 1096 | 1100 | 1053 | 1103 | 816 | 776 | 1204 | 855 | 1165 | 923 |
| 5/4 #2 Shop | 987 | 990 | 834 | 993 | 924 | 1029 | 1091 | 966 | 1068 | 946 |
| 5/4 #3 Shop | 618 | 626 | 652 | 654 | 699 | 774 | 790 | 795 | 769 | 655 |
| Paragraph 99 Redress | 414 | 418 | 454 | 462 | 487 | 537 | 542 | 551 | 534 | 490 |
| 5/4 x RWL Radius Edge | | | 209 | 425 | 423 | 425 | 425 | 425 | 457 | 425 |
| #2, #3, #4, & Better | 469 | | 465 | 440 | 475 | 512 | 502 | 498 | 449 | 421 |
| #3 Common Utility | | 380 | 351 | 395 | | 537 | 536 | 515 | 479 | 435 |
| #4 Common Economy | 322 | 327 | 191 | 190 | 189 | 208 | | 210 | 150 | 208 |
| #5 Common | 188 | 153 | 178 | | | | | | | |
| Rough | 160 | 149 | 184 | 183 | | 158 | 186 | 164 | 137 | 187 |
| Timbers | | | 372 | 323 | | | 395 | 400 | 400 | |
| Misc. Shop Outs | 223 | 232 | 225 | 220 | 225 | 224 | 245 | 277 | | 339 |

[redacted]

| | June '94 | Jul '94 | Aug '94 | Sept '94 | Oct '94 | Nov '94 | Dec '94 | Jan '95 | Feb. '95 | Mar '95 |
|---|---|---|---|---|---|---|---|---|---|---|
| Moulding & Better | 1530 | 1501 | 1234 | 1427 | 1677 | 1689 | 1806 | 1730 | 1498 | 1475 |
| 5/4 #1 Shop | 1056 | 1068 | 639 | 703 | 1015 | 1057 | 1102 | 1115 | 1110 | 1110 |
| 5/4 #2 Shop | 946 | 965 | 847 | 809 | 898 | 944 | 993 | 1005 | 1007 | 1004 |
| 5/4 #3 Shop | 649 | 643 | 587 | 570 | 605 | 661 | 714 | 718 | 722 | 719 |
| Paragraph 99 Redress | 465 | 462 | 403 | 407 | 419 | 467 | 486 | 488 | 492 | 489 |
| 5/4 x RWL Radius Edge | 483 | 505 | 505 | 453 | 508 | 522 | 535 | 526 | 530 | 543 |
| #2, #3, #4, & Better | 430 | 465 | 447 | 465 | 400 | 435 | 415 | 369 | 347 | 367 |
| #3 Common Utility | 416 | 413 | 384 | 370 | 361 | 377 | 387 | 388 | 415 | 468 |
| #4 Common Economy | 196 | 197 | 188 | 202 | 229 | 199 | 208 | 208 | | 168 |
| #5 Common | 183 | | | 199 | 178 | 206 | | | | 188 |
| Rough | 164 | 172 | 125 | 222 | 169 | 178 | 176 | | 170 | 169 |
| Timbers | 398 | 394 | 345 | 306 | 349 | 363 | | 375 | 375 | 374 |
| Misc. Shop Outs | 235 | 232 | 231 | 243 | 246 | 264 | 285 | 296 | 248 | 238 |

**CHART 1**

| | Apr '95 | May '95 | June '95 | Jul '95 | Aug '95 | Sept '95 | Oct '95 | Nov '95 | Dec '95 | Jan '96 |
|---|---|---|---|---|---|---|---|---|---|---|
| Moulding & Better | 1419 | 1415 | 1403 | 1212 | 1340 | 1350 | 1250 | 1225 | 1245 | 1236 |
| 5/4 #1 Shop | 1130 | 1100 | 1106 | 1012 | 990 | 985 | 1012 | 933 | 919 | 903 |
| 5/4 #2 Shop | 1014 | 1025 | 1003 | 908 | 920 | 885 | 909 | 841 | 809 | 788 |
| 5/4 #3 Shop | 746 | 741 | 711 | 611 | 623 | 603 | 613 | 566 | 561 | 568 |
| Paragraph 99 Redress | 490 | 504 | 442 | 352 | 411 | 395 | 391 | 395 | 401 | 412 |
| 5/4 x RWL Radius Edge | 440 | 463 | 425 | 374 | 360 | 367 | 346 | 403 | 403 | 400 |
| #2, #3, #4, & Better | 406 | 440 | 386 | 425 | 451 | 363 | 493 | 477 | 504 | 520 |
| #3 Common Utility | 280 | 240 | 344 | 290 | 270 | 241 | 365 | 342 | 360 | 378 |
| #4 Common Economy | 249 | 268 | 247 | 262 | 241 | 215 | 216 | 212 | 210 | 251 |
| #5 Common | 169 | | | 172 | | | 195 | | | |
| Rough | 164 | 176 | 160 | 179 | | 215 | 195 | 192 | 184 | 197 |
| Timbers | | 360 | 355 | 313 | 335 | | | | | |
| Misc. Shop Outs | | 247 | 258 | 222 | 264 | 258 | 247 | 231 | 245 | 255 |

| | Feb. '96 | Mar '96 | Apr '96 | May '96 | June '96 | Jul '96 | Aug '96 | Sept '96 | Oct '96 | Nov '96 |
|---|---|---|---|---|---|---|---|---|---|---|
| Moulding & Better | 1146 | 1116 | 1249 | 1380 | 1367 | 1450 | 1504 | 1564 | 1613 | 1640 |
| 5/4 #1 Shop | 889 | 890 | 890 | 925 | 980 | 995 | 1036 | 1050 | 1125 | 1100 |
| 5/4 #2 Shop | 784 | 794 | 814 | 825 | 867 | 885 | 915 | 945 | 995 | 1025 |
| 5/4 #3 Shop | 581 | 589 | 614 | 643 | 685 | 705 | 733 | 782 | 818 | 848 |
| Paragraph 99 Redress | 426 | 426 | 431 | 445 | 463 | 475 | 498 | 508 | 528 | 544 |
| 5/4 x RWL Radius Edge | 400 | 407 | | 423 | 435 | 439 | 483 | 520 | 514 | 495 |
| #2, #3, #4, & Better | 512 | 496 | 505 | 468 | 423 | 412 | 396 | 408 | 441 | 376 |
| #3 Common Utility | 400 | 395 | 253 | 275 | 278 | 244 | 254 | | 280 | 280 |
| #4 Common Economy | 241 | 237 | 236 | 200 | 198 | 187 | 209 | 191 | 181 | 178 |
| #5 Common | | | | 173 | | | | | | |
| Rough | 181 | | | 182 | 612 | 202 | 214 | 226 | 250 | 230 |
| Timbers | | | | | | 347 | 384 | 340 | 300 | 370 |
| Misc. Shop Outs | 265 | 272 | 268 | 270 | 271 | 300 | 320 | 326 | 219 | 339 |

**CHART 1**

| | Dec '96 | Jan '97 | Feb. '97 | Mar '97 | Apr '97 | May '97 | June '97 | Jul '97 | Aug '97 | Sept '97 |
|---|---|---|---|---|---|---|---|---|---|---|
| Moulding & Better | 1625 | 1426 | 1472 | 1461 | 1581 | 1612 | 1643 | 1350 | 1646 | |
| 5/4 #1 Shop | 1165 | 1130 | 660 | 770 | 1130 | 1135 | 1135 | 742 | 1095 | 1080 |
| 5/4 #2 Shop | 1025 | 1037 | 991 | 967 | 1024 | 1025 | 1025 | 941 | 985 | 975 |
| 5/4 #3 Shop | | 857 | 855 | 802 | 808 | 850 | 850 | 766 | 731 | 625 |
| Paragraph 99 Redress | 550 | 573 | 568 | 568 | 563 | 537 | 540 | 435 | 436 | 439 |
| 5/4 x RWL Radius Edge | | 493 | 518 | 521 | 456 | 553 | 597 | 695 | 625 | 499 |
| #2, #3, #4, & Better | | 328 | 533 | 239 | 479 | 517 | 509 | 425 | 451 | 463 |
| #3 Common Utility | 280 | 263 | 263 | | 259 | | | 260 | 265 | 260 |
| #4 Common Economy | | 188 | 184 | 246 | 261 | 252 | 252 | 255 | 237 | 236 |
| #5 Common | | | | | | | | | | |
| Rough | | 188 | | 241 | 230 | 255 | 182 | 224 | 206 | 239 |
| Timbers | | 245 | 243 | 199 | 294 | 311 | 317 | 199 | 203 | 258 |
| Misc. Shop Outs | 345 | 304 | 339 | 345 | 331 | 360 | 361 | 313 | 275 | 280 |

| | Oct '97 | Nov '97 | Dec '97 | Jan '98 | Feb. '98 | Mar '98 | Apr '98 | May '98 | June '98 | Jul '98 |
|---|---|---|---|---|---|---|---|---|---|---|
| Moulding & Better | | 1682 | 1689 | 1679 | 1409 | 905 | | 1521 | 1546 | 1387 |
| 5/4 #1 Shop | | | | | | | | | | |
| 5/4 #2 Shop | | 905 | 901 | 905 | 813 | 849 | | 846 | 860 | 845 |
| 5/4 #3 Shop | 575 | 575 | 565 | 565 | 564 | 566 | | 574 | 576 | 630 |
| Paragraph 99 Redress | 375 | | 350 | 425 | 438 | 440 | | | | |
| 5/4 x RWL Radius Edge | | 510 | 555 | 555 | 525 | | | | | |
| #2, #3, #4, & Better | 504 | 538 | 528 | | 542 | 557 | | | | 498 |
| #3 Common Utility | 234 | | | | | | | | | |
| #4 Common Economy | 310 | | 260 | | | | 155 | | | |
| #5 Common | | | | | | | | | | |
| Rough | 239 | | | | 275 | | | | 268 | |
| Timbers | 365 | | | 142 | 200 | 157 | 340 | 448 | 272 | 284 |
| Misc. Shop Outs | | 255 | 270 | 285 | 295 | 295 | 295 | 300 | 300 | |

**CHART 1**

| | Aug '98 | Sept '98 | Oct '98 | Nov '98 | Dec '98 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moulding & Better | 1455 | 484 | 1381 | 1429 | 1294 | | | | | |
| 5/4 #1 Shop | | | | 1594 | | | | | | |
| 5/4 #2 Shop | 904 | 839 | 863 | 790 | 870 | | | | | |
| 5/4 #3 Shop | 647 | 657 | 646 | 648 | 642 | | | | | |
| Paragraph 99 Redress | | | 415 | 416 | 408 | | | | | |
| 5/4 x RWL Radius Edge | 435 | 435 | | | 435 | | | | | |
| #2, #3, #4, & Better | | 335 | 335 | 406 | | | | | | |
| #3 Common Utility | | | | | | | | | | |
| #4 Common Economy | | | 543 | 208 | 158 | | | | | |
| #5 Common | | | | | | | | | | |
| Rough | 275 | 223 | 122 | 286 | 200 | | | | | |
| Timbers | 370 | 314 | 318 | 344 | 332 | | | | | |
| Misc. Shop Outs | 315 | 282 | 275 | | 290 | | | | | |

CHART 2

Lumber Sales Price Chart for Douglas-fir

| | Aug '93 | Sept. '93 | Oct. '93 | Nov. '93 | Dec '93 | Jan '94 | Feb. '94 | Mar '94 | Apr '94 | May '94 | June '94 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #2 & Better | 476 | 511 | 462 | 478 | 484 | 490 | 458 | 535 | 410 | 449 | 435 |
| #3 | 358 | 368 | 366 | 369 | 377 | 388 | 372 | 372 | 364 | 350 | 348 |
| #4 | 228 | 238 | 236 | 239 | 247 | 258 | 242 | 242 | 234 | 220 | 218 |

| | Jul '94 | Aug '94 | Sept '94 | Oct '94 | Nov '94 | Dec '94 | Jan '95 | Feb. '95 | Mar '95 | Apr '95 | May '95 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #2 & Better | 422 | 434 | 416 | 427 | 426 | 382 | 383 | 382 | 363 | 334 | 331 |
| #3 | 334 | 325 | 322 | 315 | 312 | 296 | 294 | 290 | 289 | 290 | 285 |
| #4 | 204 | 195 | 192 | 185 | 182 | 166 | 164 | 160 | 159 | 160 | 155 |

| | June '95 | Jul '95 | Aug '95 | Sept '95 | Oct '95 | Nov '95 | Dec '95 | Jan '96 | Feb. '96 | Mar '96 | Apr '96 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #2 & Better | 370 | 424 | 459 | 454 | 378 | 374 | 385 | 371 | 404 | 411 | 407 |
| #3 | 285 | 285 | 285 | 285 | 280 | 270 | 270 | 268 | 278 | 290 | 309 |
| #4 | 155 | 155 | 155 | 155 | 150 | 140 | 140 | 138 | 148 | 160 | 179 |

| | May '96 | June '96 | Jul '96 | Aug '96 | Sept '96 | Oct '96 | Nov '96 | Dec '96 | Jan '97 | Feb. '97 | Mar '97 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #2 & Better | 446 | 469 | 505 | 599 | 534 | 485 | 500 | 485 | 491 | 498 | 482 |
| #3 | 339 | 350 | 350 | 345 | 338 | 321 | 329 | 328 | 326 | 336 | 339 |
| #4 | 209 | 220 | 220 | 215 | 208 | 191 | 199 | 198 | 196 | 206 | 209 |

| | Apr '97 | May '97 | June '97 | Jul '97 | Aug '97 | Sept '97 | Oct '97 | Nov '97 | Dec '97 | Jan '98 | Feb. '98 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #2 & Better | 499 | 476 | 486 | 469 | 458 | 416 | 404 | 416 | 378 | 358 | 376 |
| #3 | 340 | 340 | 340 | 338 | 331 | 323 | 308 | 299 | 284 | 278 | 289 |
| #4 | 210 | 210 | 210 | 208 | 201 | 193 | 178 | 169 | 154 | 148 | 159 |

| | Mar '98 | Apr '98 | May '98 | June '98 | Jul '98 | Aug '98 | Sept '98 | Oct '98 | Nov '98 | Dec '98 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #2 & Better | 388 | 373 | 330 | 373 | 414 | 436 | 363 | 349 | 370 | 362 | |
| #3 | 304 | 322 | 305 | 304 | 307 | 303 | 284 | 265 | 255 | 255 | |
| #4 | 174 | 192 | 175 | 174 | 177 | 173 | 154 | 135 | 125 | 125 | |

CHART 3

**Lumber Sales Price Chart for Spruce**

| | Jan '95 | Feb. '95 | Mar '95 | Apr '95 | May '95 | June '95 | Jul '95 | Aug '95 | Sept '95 | Oct '95 | Nov '95 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #2 & Better, 1x4 | 565 | 564 | 522 | 459 | 427 | 393 | 468 | 547 | 584 | 609 | 620 |
| #3, 1x4 | 360 | 360 | 357 | 348 | 335 | 305 | 308 | 311 | 293 | 278 | 279 |
| #4, 1x4 | 265 | 265 | 265 | 265 | 264 | 249 | 245 | 245 | 245 | 244 | 235 |
| | | | | | | | | | | | |
| #2 & Better, 1x6 | 650 | 649 | 613 | 549 | 527 | 491 | 540 | 575 | 583 | 586 | 593 |
| # 3, 1x6 | 420 | 435 | 432 | 415 | 414 | 393 | 391 | 393 | 380 | 366 | 355 |
| #4, 1x6 | 300 | 300 | 305 | 305 | 297 | 279 | 275 | 275 | 275 | 260 | 250 |

[redacted]

| | Dec '95 | Jan '96 | Feb. '96 | Mar '96 | Apr '96 | May '96 | June '96 | Jul '96 | Aug '96 | Sept '96 | Oct '96 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #2 & Better, 1x4 | 624 | 577 | 546 | 554 | 553 | 553 | 571 | 575 | 605 | 663 | 660 |
| #3, 1x4 | 306 | 310 | 311 | 328 | 344 | 345 | 348 | 350 | 354 | 359 | 360 |
| #4, 1x4 | 235 | 235 | 235 | 236 | 254 | 272 | 280 | 295 | 295 | 295 | 291 |
| | | | | | | | | | | | |
| #2 & Better, 1x6 | 594 | 560 | 539 | 554 | 548 | 553 | 578 | 587 | 528 | 695 | 695 |
| # 3, 1x6 | 380 | 380 | 380 | 380 | 380 | 383 | 393 | 395 | 398 | 400 | 400 |
| #4, 1x6 | 246 | 245 | 240 | 241 | 258 | 272 | 280 | 281 | 280 | 280 | 276 |

[redacted]

| | Nov '96 | Dec '96 | Jan '97 | Feb. '97 | Mar '97 | Apr '97 | May '97 | June '97 | Jul '97 | Aug '97 | Sept '97 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #2 & Better, 1x4 | 673 | 676 | 636 | 575 | 541 | 510 | 510 | 533 | 543 | 556 | 594 |
| #3, 1x4 | 373 | 385 | 388 | 390 | 390 | 378 | 378 | 380 | 380 | 378 | 380 |
| #4, 1x4 | 291 | 294 | 295 | 306 | 315 | 304 | 295 | 299 | 300 | 295 | 295 |
| | | | | | | | | | | | |
| #2 & Better, 1x6 | 705 | 719 | 695 | 663 | 643 | 630 | 676 | 734 | 749 | 736 | 740 |
| # 3, 1x6 | 413 | 425 | 428 | 448 | 463 | 471 | 490 | 511 | 515 | 509 | 489 |
| #4, 1x6 | 279 | 294 | 296 | 219 | 243 | 355 | 373 | 393 | 400 | 396 | 364 |

**CHART 3**

| | Oct '97 | Nov '97 | Dec '97 | Jan '98 | Feb. '98 | Mar '98 | Apr '98 | May '98 | June '98 | Jul '98 | Aug '98 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #2 & Better, 1x4 | 610 | 613 | 616 | 595 | 546 | 524 | 519 | 479 | 438 | 450 | 498 |
| #3, 1x4 | 366 | 361 | 361 | 360 | 360 | 361 | 381 | 395 | 386 | 385 | 385 |
| #4, 1x4 | 283 | 280 | 280 | 280 | 280 | 280 | 294 | 300 | 300 | 304 | 305 |
| | | | | | | | | | | | |
| #2 & Better, 1x6 | 717 | 666 | 601 | 525 | 476 | 511 | 528 | 510 | 571 | 492 | 585 |
| # 3, 1x6 | 432 | 399 | 390 | 384 | 379 | 381 | 404 | 415 | 405 | 400 | 399 |
| #4, 1x6 | 327 | 300 | 300 | 300 | 300 | 300 | 304 | 310 | 310 | 310 | 310 |
| [redacted] | | | | | | | | | | | |
| | Sept '98 | Oct '98 | Nov '98 | Dec '98 | | | | | | | |
| #2 & Better, 1x4 | 514 | 476 | 458 | 470 | | | | | | | |
| #3, 1x4 | 382 | 355 | 350 | 352 | | | | | | | |
| #4, 1x4 | 300 | 296 | 294 | 285 | | | | | | | |
| | | | | | | | | | | | |
| #2 & Better, 1x6 | 622 | 588 | 558 | 571 | | | | | | | |
| # 3, 1x6 | 389 | 361 | 351 | 364 | | | | | | | |
| #4, 1x6 | 300 | 294 | 289 | 276 | | | | | | | |