# In the United States Court of Federal Claims

No. 98-720 C

(Filed October 20, 2003)

| | |
|---|---|
| ********************************** | |
| | * |
| **PRECISION PINE & TIMBER, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

It is hereby ORDERED that the Court will hold a status conference on November 4, 2003, at 10:00 am Eastern Time. All parties shall appear by telephone. Parties shall be prepared to discuss (1) Plaintiff's compliance with the Court's October 9, 2003 Opinion regarding the use of RCFC 33(d); (2) Plaintiff's compliance with the Court's October 20, 2003 Order requiring further supplementation of Interrogatories 9, 27-28, and 41; (3) Defendant's costs incurred in bringing its September 11, 2003 motion for sanctions; and (4) new deadlines for discovery, which were suspended pursuant to the Court's October 2, 2003 Order. Counsel shall call the judicial assistant of Chief Judge Damich, Ms. Carolyn Palmer-Miller, at (202) 219-1433 to provide the number where he or she can be reached. Counsel shall provide this information **one business day before** the conference.

It is further ORDERED that Defendant shall submit a status report on or before October 30, 2003. The status report shall (1) inform the Court of the level of compliance Plaintiff has exhibited regarding the Court's October 9, 2003 Opinion on Plaintiff's use of RCFC 33(d); (2) inform the Court of Plaintiff's compliance with the Court's Order dealing with further supplementation of Interrogatories 9, 27-28, and 41, dated October 20, 2003; and (3) set forth any expenses Defendant has incurred in bringing its motion for sanctions. Counsel shall provide, via facsimile or e-mail to damich_chambers@ao. uscourts.gov, a

copy of the status report to Chambers the day the report is filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge