# In the United States Court of Federal Claims

No. 98-720 C

(Filed October 22, 2003)

**********************************

| | |
|---|---|
| | * |
| **PRECISION PINE & TIMBER, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |

**********************************

**ORDER**

Defendant's Unopposed Motion for Enlargement of Time, filed October 21, 2003, is hereby GRANTED. Defendant is therefore ORDERED to provide to Plaintiff and to the Court, by October 22, 2003, more specific objections to Plaintiff's answer to **interrogatory no. 34**, as described in the Court's Order dated October 20, 2003.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge