MUD 645

United States Department of Agriculture
Forest Service
Coconino National Forest
2323 E. Greenlaw Lane
Flagstaff, AZ 86004
FAX: (520) 527-3620
V/TTY: (520) 527-3600

File Code: 2450

Date: MARCH 11, 1996

Mr. Lorin D. Porter, President
Precision Pine & Timber, Inc.
P O Box 70
Heber, AZ 85928

Dear Lonnie:

Per my phone conversation with you this morning , the Mud Multiproduct Sale, Contract #005556, has been released from the injunction issued by Judge Muecke last August 25 (Silver vs Thomas, No. CIV 94-1610 PHX CAM).

In order to meet the requirements of the Court Order and Stipulation Agreement which resulted from the injunction, we are currently marking all of the 12"+ DBH trees in Cutting Units 1,4, and 16 as leave trees. We already have the volume determination and are proceeding with preparing a request to the Chief, Forest Service, for approval of a partial contract cancellation. As stated in my letter dated January 19, 1996, to Billy Caskey, any calculations of compensation must be reviewed by the Chief's Office prior to any negotiated agreement between the Purchaser and Contracting Officer.

In my letter dated February 27, 1996, I mentioned that the work on specified roads listed in AT9 must be completed prior to their being used for hauling. Since the contract is no longer enjoined, the road work can proceed as normal under the contract. However, as also pointed out in the same letter, there is a timing restriction listed in provision CT6.314# which permits logging only during the period of June 1 through December 31 each year. This restriction was put into the contract due to past bark beetle activity in this area and concerns about green slash during spring logging causing a new buildup of bark beetles.

Prior to finalizing either your road work schedule or logging plans, please contact Dick Stephens, the Forest Service Representative, on the Mormon Lake Ranger District at (520) 527-3650. Dick is very familiar with the sale and will have to determine whether there is any portion of the sale area where we may be able to waive the timing restrictions if you request to log before June 1.

Also, under provision BT8.21, as a result of the injunction you are entitled to request a contract term adjustment for the time you were not allowed to operate the sale during the normal operating season (June 1 - Dec.31).

MUD 646

If you have any questions please give either Dick or me a call. We are available to look at the sale area with you on the ground if you wish.

Sincerely,

Ken Broyles

Ken Broyles
Contracting Officer

cc: Dick Stephens, FSR
Dan Panks, SA
Michael Johns, U.S. Attorney's Office