# In the United States Court of Federal Claims

No. 98-720 C

(Filed October 28, 2003)

**********************************

**PRECISION PINE & TIMBER, INC.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

**********************************

**ORDER**

It is hereby ORDERED that the status conference scheduled for November 4, 2003, at 10:00 am Eastern Time, which was originally scheduled as a telephonic status conference, shall now be held in person. Parties shall be prepared to discuss the topics set forth in the Court's Order of October 20, 2003. In addition, parties shall be prepared to discuss Plaintiff's compliance with the Court's October 23, 2003 Order regarding interrogatory no. 34.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge