**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 98-720C<br>(Chief Judge Damich) |

**DECLARATION OF DAVID A. HARRINGTON**

In support of the United States' request for the recovery of expenses in connection with its motion for sanctions, pursuant to 28 U.S.C. § 1746, I, David A. Harrington, declare as follows:

1. I am the lead attorney assigned to this action for defendant, the United States.

2. I have worked for 124.25 hours in connection with the United States' motion for discovery sanctions. This work includes: (i) apprizing plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), of deficiencies in its interrogatory answers in an attempt to resolve the deficiencies without Court action (4 hours); (ii) drafting and revising the United States' motion for sanctions (38.25 hours); (iii) drafting and filing a motion to expedite hearing upon the motion for sanctions (3.5 hours); (iv) drafting and filing a reply brief in support of the motion for sanctions (25.25 hours); (v) preparing for and participating in the Court's hearing upon the motion for sanctions (16.0 hours); (vi) drafting and filing three status reports concerning the sufficiency of Precision Pine's supplemental interrogatory answers as required by Court orders (32.0 hours); and (vii) preparing for and participating in a status concerning Precision Pine's compliance with the Court's orders (5.25 hours).

3. The expense incurred by the United States for my services, as calculated by the Office of Planning, Budget and Evaluation of the Justice Department's Civil Division, is $117.91 per hour. Consequently, the total expense incurred by United States for my services in connection with the motion for sanctions is $14,650.32.

4. I was assisted in filing the motion for sanctions by Claudia Burke, a trial attorney in our office. Ms. Burke spent 1.5 hours finalizing and filing the motion for sanctions.

5. The expense incurred by the United States for Ms. Burke's services, as calculated by the Office of Planning, Budget and Evaluation of the Justice Department's Civil Division, is $106.20 per hour. Consequently, the total expense incurred by United States for Ms. Burke's services in connection with the motion for sanctions is $159.30.

6. I was assisted in preparing appendices to our filings by Sidney Thomas, a paralegal in our office. Mr. Thomas spent 1.25 hours scanning and preparing various appendices.

7. The expense incurred by the United States for Mr. Thomas' services, as calculated by the Office of Planning, Budget and Evaluation of the Justice Department's Civil Division, is $85.14 per hour. Consequently, the total expense incurred by United States for Mr. Thomas' services in connection with the motion for sanctions is $106.43.

8. My work upon this matter was supervised by Kathryn Bleecker, an assistant director in our office. Ms. Bleecker spent 18.25 hours reviewing filings and otherwise supervising work in connection with the motion for sanctions.

9. The expense incurred by the United States for Ms. Bleecker's services, as calculated by the Office of Planning, Budget and Evaluation of the Justice Department's Civil

Division, is $132.68 per hour. Consequently, the total expense incurred by United States for Ms. Bleecker's services in connection with the motion for sanctions is $2,421.41.

10. The United States also incurred $81.00 in copying expenses (15 cents per page for 540 pages) associated with the motion for sanctions and subsequent filings.

11. Accordingly, the total expenses incurred by the United States in connection with the motion for sanctions in this action is $17,418.46.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30th day of October 2003.

s/ David A. Harrington

David A. Harrington
Attorney
Civil Division