# In the United States Court of Federal Claims

No. 98-720 C

(Filed October 30, 2003)

| | |
|---|---|
| ******************************** | |
| | * |
| **PRECISION PINE & TIMBER, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |
| ******************************** | |

## ORDER

Plaintiff's Unopposed Motion for a Two-Day Enlargement of Time to Further Supplement its Answer to Interrogatory No. 34, filed October 30, 2003, is hereby GRANTED. Therefore, Plaintiff's further supplemented response to interrogatory no. 34 will be due November 3, 2003; Plaintiff shall hand-deliver its response to Defendant and to the Court no later than 10:00 am EST on that date. Plaintiff's further supplemented answer will otherwise conform to the Order dated October 23, 2003.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge