# In the United States Court of Federal Claims

No. 98-720 C
(Filed: November 4, 2003)

*********************************
*
**PRECISION PINE & TIMBER, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
*********************************

**ORDER**

Pursuant to the status conference held on November 4, 2003, it is hereby ORDERED that:

(1) By **November 7, 2003**, Plaintiff will provide a status report setting forth

(a) an itemization of costs that Plaintiff requests pursuant to its cross-motion for fees and expenses, filed September 16, 2003; and

(b) Plaintiff's response to the costs Defendant claims it incurred in bringing its September 11, 2003 motion for sanctions, which Defendant set forth in its status report dated October 30, 2003.

(2) On or before **November 7, 2003**, Plaintiff will be permitted to provide a further supplemented response to **interrogatory no. 34**, which addresses the reasons that each of the contracts below was not harvested during the stated time period:

(a) the **Brann** contract for the period of **October 23 through December 31, 1995**, including but not limited to explaining whether a harvesting crew was available to harvest the sale during this time;

(b) the **Brookbank** contract for the period of **April 15 through November 15, 1997**, including but not limited to stating whether the facts given with regard to the period of September 15-30, 1997, apply to the rest of the time

period; and

(c) the **Hutch-Boondock** contract for the period of **April 15 through November 30, 1997**, including but not limited to explaining whether the sale was accessible at the time in question.

If Plaintiff fails to provide further supplementation to these or any other portions of interrogatory no. 34, Plaintiff will be deemed to have supplemented its answers by its statements at the November 4, 2003 status conference.

(3) The new discovery schedule shall be as follows:

(a) Plaintiff's expert reports shall be completed by **November 18, 2003**.

(b) Defendant's expert reports shall be completed by **December 16, 2003**.

(c) Formal discovery shall be completed by **January 23, 2004**, at which time a draft trial preparation order shall be submitted.

(d) Any memorandum by either of the parties indicating a notice of intent to file a dispositive motion shall be filed by **February 6, 2004**.

IT IS SO ORDERED.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge