Saltman & Stevens, P.C.
1801 K Street, N.W.
Mezzanine 110
Washington, DC 20006

**Exhibit 1**

Invoice submitted to:
PRECISION PINE & TIMBER, INC.
P.O. BOX 219
HEBER, AZ 85928
ATTN: LON PORTER

In Reference To: 90096-00005 - Muecke

Professional Services

## I. RESPONSE TO DEFENDANT'S MOTION FOR SANCTIONS

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2003 | RWG | TIME<br>Obtain copy of sanctions motion; conference with A. Saltman. | .50<br>225.00/hr | 112.50 |
| | DJC | TIME<br>Download government's motion for sanctions; review same. | .40<br>160.00/hr | 64.00 |
| 9/12/2003 | RWG | TIME<br>Review sanctions motion; begin draft response; conference with A. Saltman; telephone conference with D. Craig. | 2.50<br>225.00/hr | 562.50 |
| 9/12/2003 | AIS | TIME<br>Conference with R. Goeken re: sanctions motions; telephone conference with D. Craig re: same. | 2.50<br>330.00/hr | 825.00 |
| | DJC | TIME<br>Review government's motion for sanctions; research cases cited by government and other rule 33 cases; telephone conference with D. Harrington; telephone conference with A. Saltman; review RCFC 33 and 37; receive and review government's motion for expedited hearing; make docket control entry re: government's motion for sanctions. | 6.00<br>160.00/hr | 960.00 |
| 9/13/2003 | RWG | TIME<br>Conference with A. Saltman and D. Craig re: motion for sanctions; work on same. | 2.00<br>225.00/hr | 450.00 |
| | AIS | TIME<br>Conference with R. Goeken and D. Craig re: strategy. | 2.00<br>330.00/hr | 660.00 |
| | DJC | TIME<br>Conference with A. Saltman and R. Goeken re: discovery status; research cases re: RCFC 33. | 2.00<br>160.00/hr | 320.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/14/2003 | RWG | TIME<br>Respond to government's motion for sanctions. | 9.00<br>225.00/hr | 2,025.00 |
| | AIS | TIME<br>Review and revise response to government's motion for sanctions. | 2.00<br>330.00/hr | 660.00 |
| 9/15/2003 | DJC | TIME<br>Review draft of response to defendant's motion for sanctions; draft section of same; conference with A. Saltman and R. Goeken re: same; order transcript of July 15 status conference; download and review court order. | 6.20<br>160.00/hr | 992.00 |
| | RWG | TIME<br>Review and revise draft response to motion for sanctions; conference with A. Saltman; conference with D. Craig. | 15.50<br>225.00/hr | 3,487.50 |
| 9/15/2003 | AIS | TIME<br>Review and revise response to defendant's motion to compel. | 2.00<br>330.00/hr | 660.00 |
| 9/16/2003 | DJC | TIME<br>Continue drafting section of response to government's motion; conference with R. Goeken and A. Saltman re: response; research RCFC certification requirement for motions; electronically file response with court; draft and file motion for leave to submit exhibit 1. | 5.70<br>160.00/hr | 912.00 |
| | AIS | TIME<br>Work on opposition to government's motion to compel; conference with R. Goeken and D. Craig. | 3.00<br>330.00/hr | 990.00 |
| | RWG | TIME<br>Review, revise, finalize and file response to motion for sanctions; conference with D. Craig and A. Saltman. | 7.70<br>225.00/hr | 1,732.50 |
| 9/17/2003 | AIS | TIME<br>Conference with R. Goeken re: discovery; | 1.00<br>330.00/hr | 330.00 |
| | DJC | TIME<br>File cross-motion aspect of response to motion for sanctions per court order; telephone conference with Court of Federal Claims clerk's office re: electronic filing; review electronic filing procedures; review response to government's motion for sanctions; conference with R. Goeken re: filing of documents electronically. | 1.00<br>160.00/hr | 160.00 |
| | RWG | TIME<br>Conference with A. Saltman and D. Craig re: discovery. conference with D. Craig and A. Saltman. | 1.00<br>225.00/hr | 225.50 |
| 9/22/2003 | AIS | TIME<br>Conference with R. Goeken and D. Craig re: strategy; | 2.50<br>330.00/hr | 825.00 |

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/23/2003 | AIS | TIME<br>Conference with R. Goeken and D. Craig conference with G. Stevens and R. Goeken. | 2.00<br>330.00/hr | 660.00 |
| 9/24/2003 | AIS | TIME<br>Conference with R. Goeken and D. Craig; conference with C. Miller; conference with D. Craig; telephone conference with client. | 2.00<br>330.00/hr | 660.00 |
| | DJC | TIME<br>Conference with A. Saltman re: discovery; telephone call to client; conference with A. Saltman and R. Goeken. | 0.60<br>160.00/hr | 96.00 |
| 9/26/2003 | RWG | TIME<br>Prepare for oral argument on sanctions motion; conference with A. Saltman. | 2.50<br>225.00/hr | 562.50 |
| 9/28/2003 | RWG | TIME<br>Prepare for oral argument on motion for sanctions. | 1.50<br>225.00/hr | 337.50 |
| 9/29/2003 | RWG | TIME<br>Prepare for oral argument on motion for sanctions; telephone conference with A. Saltman re: motion for sanctions; conferences with G. Stevens and D. Craig re: same. | 6.00<br>225.00/hr | 1,350.00 |
| 9/29/2003 | DJC | TIME<br>Download and review government's reply supporting its motion for sanctions; conference with R. Goeken re: same. | 1.40<br>160.00/hr | 224.00 |
| | AIS | TIME<br>Telephone conference with R. Goeken; work on strategy. | 1.30<br>330.00/hr | 429.00 |
| 9/30/2003 | AIS | TIME<br>Telephone conference with R. Goeken. | .50<br>330.00/hr | 165.00 |
| | DJC | TIME<br>Conference with R. Goeken re: hearing on motion. | 0.40<br>160.00/hr | 64.00 |
| | RWG | TIME<br>Prepare for oral argument; telephone conference with A. Saltman; conference with D. Craig. | 1.00<br>225.00/hr | 225.00 |
| 10/1/2003 | DJC | TIME<br>Prepare for hearing; participate in hearing with A. Saltman and R. Goeken. | 5.60<br>160.00/hr | 896.00 |
| | RWG | TIME<br>Prepare for and attend hearing re: motion for sanctions with A. Saltman and D. Craig; conference with K. Garden and A. Saltman. | 7.50<br>225.00/hr | 1,687.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2003 | AIS | TIME<br>Conference with K. Garden and R. Goeken; prepare for and for and participate in hearing with D. Craig and R. Goeken. | 8.80<br>330.00/hr | 2,904.00 |
| | | Part I Total | 115.60 | $27,214.00 |

## II. WORK ON FIRST SET OF SUPPLEMENTAL RESPONSES

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/2/2003 | GGS | TIME<br>Conference with A. Saltman, R. Goeken and D. Craig re: strategy for revised responses to defendant's interrogatories and compliance with court's order. | 0.40<br>315.00/hr | 126.00 |
| | DJC | TIME<br>Review notes from hearing; conference with A. Saltman, R. Goeken and G. Stevens re: hearing and government's interrogatories; review order from Judge Damich; review contract binders for information regarding operating periods and restrictions. | 7.60<br>160.00/hr | 1,216.00 |
| | AIS | TIME<br>Conference with R. Goeken, D. Craig and G. Stevens; work on supplemental responses to government's interrogatories; prepare for trial. | 2.80<br>330.00/hr | 924.00 |
| | RWG | TIME<br>Review and revise draft interrogatory answers; send e-mail to Dept. of Justice and court re: same; conference with A. Saltman, D. Craig and G. Stevens re: same. | 8.50<br>225.00/hr | 1,912.50 |
| | MRJ | TIME<br>Create spreadsheet of anticipated harvest from 1995-1997 on 14 contracts; conference with A. Saltman. | 1.20<br>75.00/hr | 90.00 |
| 10/3/2003 | RWG | TIME<br>Continue to work on draft responses to interrogatories; conference with A. Saltman and D. Craig. | 7.50<br>225.00/hr | 1,687.50 |
| | AIS | TIME<br>Work on supplemental answers to interrogatories; conference with R. Goeken and D. Craig; conference with D. Craig. | 6.30<br>330.00/hr | 2,079.00 |
| | DJC | TIME<br>Conference with A. Saltman re: answers to government's interrogatories; review contract binders and draft notes re: operating seasons and contract restrictions; review binders for contract operating schedules; conference with A. Saltman re: same. | 7.30<br>160.00/hr | 1,168.00 |
| 10/4/2003 | AIS | TIME<br>Work on supplemental answers to interrogatories. | 5.50<br>330.00/hr | 1,815.00 |
| | RWG | TIME<br>Draft interrogatory responses. | 7.00<br>225.00/hr | 1,575.00 |
| 10/5/2003 | DJC | TIME<br>Draft supplemental answers to interrogatories; conference with A. Saltman and R. Goeken re: same. | 3.50<br>160.00/hr | 560.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2003 | AIS | TIME<br>Work on supplemental answers; conference with R. Goeken and D. Craig. | 4.00<br>330.00/hr | 1,320.00 |
| | RWG | TIME<br>Draft interrogatory responses; conference with A. Saltman and D. Craig. | 6.50<br>225.00/hr | 1,462.50 |
| 10/6/2003 | MJW | TIME<br>Conference with R. Goeken and D. Craig re: answering interrogatory no. 34; review client materials and contract binders; create timeline of operating delays and begin to draft narratives. | 2.30<br>160.00/hr | 368.00 |
| | DJC | TIME<br>Conference with R. Goeken re: supplemental answers to interrogatories; conference with M. Jones re: organizing production records; draft and send fax of questions to L. Porter; draft supplemental answers to interrogatories; conference with R. Goeken and M. Wade. | 8.80<br>160.00/hr | 1,408.00 |
| | MRJ | TIME<br>Chronologize production reports for Eager, Winslow, Heber, Snowflake and Williams; create spreadsheet for Winslow sales data from 1993-1998; conference with D. Craig. | 5.50<br>75.00/hr | 412.50 |
| | RWG | TIME<br>Review and revise responses to interrogatories; conference with D. Craig; conference with M. Wade and D. Craig. | 7.50<br>225.00/hr | 1,687.50 |
| 10/7/2003 | MRJ | TIME<br>Finalize spreadsheet of Winslow sales from 1993-1998. | 4.50<br>75.00/hr | 337.50 |
| | AIS | TIME<br>Work on supplemental answers to interrogatories; conference with R. Goeken and D. Craig. | 1.30<br>330.00/hr | 429.00 |
| | MJW | TIME<br>Review client files re: reasons for not harvesting after suspensions were lifted; compile notes re: each sale in order to draft narratives; conference with D. Craig and R. Goeken re: narratives and underlying facts. | 9.60<br>160.00/hr | 1,536.00 |
| 10/7/2003 | DJC | TIME<br>Review mill production and purchase records; draft supplemental answers to interrogatories; conference with A. Saltman and R. Goeken re: same; telephone call to L. Porter and R. Goeken; conference with R. Goeken and M. Wade. | 9.70<br>160.00/hr | 1,552.00 |
| | RWG | TIME<br>Review and revise draft interrogatory responses; telephone conference with client and D. Craig; conference with D. Craig and M. Wade. | 6.00<br>225.00/hr | 1,350.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2003 | MJW | TIME<br>Continue reviewing client files re: harvesting operations after suspensions were lifted; draft narratives in response to Interrogatories No. 34; conference with R. Goeken re: particular documents and status of narratives. | 10.00<br>160.00/hr | 1,600.00 |
| | DJC | TIME<br>Review mill purchase and production of documents; draft supplemental answers to interrogatories; conference with A. Saltman and R. Goeken re: same; electronically file motion for enlargement. | 8.60<br>160.00/hr | 1,376.00 |
| | RWG | TIME<br>Review and revise draft interrogatory responses; conference with A. Saltman and D. Craig; conference with M. Wade. | 7.00<br>225.00/hr | 1,575.00 |
| | AIS | TIME<br>Work on supplemental responses to interrogatories; conference with R. Goeken and D. Craig. | 6.00<br>330.00/hr | 1,980.00 |
| 10/9/2003 | MRJ | TIME<br>Organize and file Stone Container documents; create spreadsheet for monthly sales average for Douglas Fir and Spruce from 1993-1998. | 3.00<br>75.00/hr | 225.00 |
| | RWG | TIME<br>Review opinion re: use of Rule 33 (d); conference with A. Saltman and D. Craig; continue to review and revise draft interrogatory response. | 7.50<br>225.00/hr | 1,687.50 |
| | AIS | TIME<br>Review order from court; conference with R. Goeken and D. Craig; telephone conference with Judge Damich's chamber; | 2.50<br>330.00/hr | 825.00 |
| | DJC | TIME<br>Draft supplemental answers to interrogatories; conference with A. Saltman and R. Goeken re: same; download and review two court orders; telephone conference with M. Bowers. | 9.10<br>160.00/hr | 1,456.00 |
| | MJW | TIME<br>Finish reviewing client files and contract binders; finish drafting, reviewing and revising narratives re: supplemental answer to Interrogatory No. 34. | 7.00<br>160.00/hr | 1,120.00 |
| 10/10/2003 | AIS | TIME<br>Telephone conference with client; conference with R. Goeken and D. Craig; conference with M. Wade; work on supplemental answers to interrogatories. | 5.00<br>330.00/hr | 1,650.00 |
| | MJW | TIME<br>Conference with D. Craig re: answering interrogatories; review client files and revise supplemental answers; conference with A. Saltman re: same. | 3.50<br>160.00/hr | 560.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2003 | RWG | TIME<br>Review and revise draft interrogatory responses; conference with A. Saltman and D. Craig. | 7.70<br>225.00/hr | 1,732.50 |
| | DJC | TIME<br>Draft answers to interrogatories; conference with A. Saltman and R. Goeken re: same; telephone conference with M. Bowers and L. Porter; conference with M. Wade. | 7.50<br>160.00/hr | 1,200.00 |
| 10/11/2003 | DJC | TIME<br>Telephone conference with A. Saltman and R. Goeken re: supplemental answers to interrogatories. | 0.20<br>160.00/hr | 32.00 |
| | AIS | TIME<br>Work on supplemental answers to interrogatories; telephone conference with R. Goeken and D. Craig. | 4.70<br>330.00/hr | 1,551.00 |
| | RWG | TIME<br>Revise draft interrogatories responses; telephone conference with A. Saltman and D. Craig. | 9.00<br>225.00/hr | 2,025.00 |
| 10/12/2003 | RWG | TIME<br>Revise draft interrogatories responses; conference with A. Saltman and D. Craig. | 10.00<br>225.00/hr | 2,250.00 |
| | AIS | TIME<br>Work on supplemental answers to interrogatories; conference with R. Goeken and A. Saltman. | 4.50<br>330.00/hr | 1,485.00 |
| | DJC | TIME<br>Draft supplemental answers to interrogatories; conference with A. Saltman and R. Goeken re: same. | 8.10<br>160.00/hr | 1,296.00 |
| 10/13/2003 | RWG | TIME<br>Review, revise and finalize interrogatory responses; conference with A. Saltman and D. Craig; conference with A. Saltman. | 10.00<br>225.00/hr | 2,250.00 |
| | MRJ | TIME<br>Prepare spreadsheet exhibits on Douglas Fir, Spruce and Ponderasa Pine. | 2.50<br>75.00/hr | 187.50 |
| 10/13/2003 | AIS | TIME<br>Work on supplemental answers to interrogatories; legal research; conference with R. Goeken and D. Craig; conference with R. Goeken. | 4.20<br>330.00/hr | 1,386.00 |
| | DJC | TIME<br>Draft supplemental answers to interrogatories; revise same according to suggested edits; conference with A. Saltman and R. Goeken re: same; telephone call to L. Porter re: harvesting times and chip sales. | 10.10<br>160.00/hr | 1,616.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/14/2003 | RWG | TIME<br>Review documents and organize same re: discovery issues; conference with A. Saltman and D. Craig. | 2.70<br>225.00/hr | 607.50 |
| | DJC | TIME<br>Arrange for delivery of supplemental answers to interrogatories; conference with A. Saltman and R. Goeken re: supplemental rule 33 answers. | 1.80<br>160.00/hr | 288.00 |
| | AIS | TIME<br>Conference with R. Goeken and D. Craig | .80<br>330.00/hr | 264.00 |
| 10/15/2003 | DJC | TIME<br>Draft supplemental answers to interrogatories re: rule 33; conference with R. Goeken re: same. | 8.50<br>160.00/hr | 1,360.00 |
| 10/16/2003 | DJC | TIME<br>Draft supplemental answers to interrogatories relating to rule 33; conference with R. Goeken re: edits to same; download and review defendant's status report; conference with R. Goeken re: same. | 4.60<br>160.00/hr | 736.00 |
| | RWG | TIME<br>Review rule 33(d) supplemental responses; conference with D. Craig re: same; review government's status report; conference with D. Craig; telephone conference with A. Saltman re: same. | 3.50<br>225.00/hr | 787.50 |
| 10/17/2003 | DJC | TIME<br>Conference with A. Saltman and R. Goeken re: supplemental answers to interrogatories; participate in telephone conference with R. Goeken, A. Saltman and client; draft interrogatory answers in response to defendan'ts status report. | 6.50<br>160.00/hr | 1,040.00 |
| | AIS | TIME<br>Conference with R. Goeken and D. Craig; telephone conference with client, R. Goeken and D. Craig. | 1.00<br>330.00/hr | 330.00 |
| | RWG | TIME<br>Prepare for status conference; review draft discovery responses; conference with A. Saltman and D. Craig; telephone conference with client, A. Saltman and D. Craig. | 5.90<br>225.00/hr | 1,327.50 |
| | | Subtotal | 306.30 | $62,822.00 |

## III. WORK ON ADDITONAL SUPPLEMENTS

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/2003 | RWG | TIME<br>Prepare for telephone status conference with court; send e-mail to Dept. of Justice re: Rule 33(d) compliance; telephone conferences with client; review and revise draft discovery; conference with A. Saltman and D. Craig. | 4.70<br>225.00/hr | 1,057.50 |
| | AIS | TIME<br>Prepare for and participate in the telephone status conference; conference with R. Goeken and D. Craig; telephone conference with client. | 2.00<br>330.00/hr | 660.00 |
| | DJC | TIME<br>Participate in telephone status conference with Judge Damich, A. Saltman, R. Goeken and D. Harrington; conference with R. Goeken and A. Saltman re: discovery; make travel plans and prepare for travel to Heber; travel from D.C. to Phoenix. | 11.90<br>160.00/hr | 1,904.00 |
| 10/21/2003 | AIS | TIME<br>Review minute order from court; legal research; conference with R. Goeken; telephone conference with D. Craig, R. Goeken. | 1.00<br>330.00/hr | 330.00 |
| | RWG | TIME<br>Review and revise draft response to interrogatories; conference with A. Saltman. | 2.20<br>225.00/hr | 495.00 |
| | DJC | TIME<br>Travel from Phoenix to Heber; conference with M. Bowers re: contracts review at Red Barn; telephone conference with A. Saltman and R. Goeken; prepare chart re: status of all timber contracts as of 8/24/95. | 11.00<br>160.00/hr | 1,760.00 |
| 10/22/2003 | RWG | TIME<br>Review and revise draft discovery responses; conference with A. Saltman; telephone conference with D. Craig, A. Saltman and M. Bowers. | 4.20<br>225.00/hr | 945.00 |
| | AIS | TIME<br>Telephone conference with D. Craig and R. Goeken; conference with R. Goeken; work on information re: lumber product volume. | 2.50<br>330.00/hr | 825.00 |
| | DJC | TIME<br>Telephone conference with M. Bowers, A. Saltman and R. Goeken; review contracts at Red Barn; draft chart re: status of all timber contracts as of 8/24/95. | 12.00<br>160.00/hr | 1,920.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/23/2003 | DJC | TIME<br>Telephone conference with M. Bowers, A. Saltman and R. Goeken; review contracts at Red Barn; draft chart re: status of all timber contracts as of 8/24/95; conference with L. Porter; send e-mail to R. Goeken and A. Saltman; travel from Heber to Phoenix. | 14.70<br>160.00/hr | 2,352.00 |
| | RWG | TIME<br>Review and revise draft discovery responses; conference with A. Saltman; telephone conference with D. Craig, A. Saltman and M. Bowers. | 7.00<br>225.00/hr | 1,575.00 |
| 10/24/2003 | DJC | TIME<br>Telephone conference with A. Saltman; travel from Phoenix to D.C. | 8.00<br>160.00/hr | 1,280.00 |
| | AIS | TIME<br>Telephone conference with D. Craig; conference with R. Goeken; telephone conference with client; work on supplemental answers. | 4.00<br>330.00/hr | 1,320.00 |
| | RWG | TIME<br>Review and revise answers to interrogatories; telephone conference with client; send faxes to clients; conference with A. Saltman. | 10.00<br>225.00/hr | 2,250.00 |
| 10/26/2003 | RWG | TIME<br>Review and revise answers to interrogatory 28 and interrogatory 29. | 2.50<br>225.00/hr | 562.50 |
| 10/27/2003 | AIS | TIME<br>Work on supplemental answers; conference with R. Goeken and D. Craig. | 1.50<br>330.00/hr | 495.00 |
| | RWG | TIME<br>Review, revise and finalize supplemental interrogatory responses; file same; telephone conference with D. Harrington; telephone conference with client; conference with A. Saltman and D. Craig. | 4.70<br>225.00/hr | 1,057.50 |
| | DJC | TIME<br>Revise lumber price chart; edit and revise supplemental answers to interrogatories; conference with A. Saltman and R. Goeken re: same; organize and review goal reports; review files brought back from Heber. | 7.80<br>160.00/hr | 1,248.00 |
| | MRJ | TIME<br>Prepare combined answers to defendant's interrogatories; copy and file new exhibits. | 3.50<br>75.00/hr | 262.50 |
| 10/28/2003 | AIS | TIME<br>Work on supplemental answers; conference with R. Goeken; conference with R. Goeken and D. Craig. | .80<br>330.00/hr | 264.00 |
| | RWG | TIME<br>Telephone conference with judge's clerk; review and revise draft answer to interrogatory no. 34; conference with A. Saltman; conference with D. Craig and A. Saltman. | 7.50<br>225.00/hr | 1,687.50 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/28/2003 | DJC | TIME<br>Download and review order re: November 4 status conference; conference with A. Saltman and R. Goeken re: supplemental answers to interrogatories. | 0.50<br>160.00/hr | 80.00 |
| | MRJ | TIME<br>Add documents to interrogatory binder; date and tab supplemental answers. | 0.75<br>75.00/hr | 56.25 |
| 10/29/2003 | AIS | TIME<br>Work on supplemental answers to Interrogatory No. 34. | 1.30<br>330.00/hr | 429.00 |
| | RWG | TIME<br>Review and revise responses to Interrogatory No. 34. | 6.50<br>225.00/hr | 1,462.50 |
| 10/30/2003 | AIS | TIME<br>Work on supplemental answers; review status report from government; conference with R. Goeken and D. Craig. | 3.20<br>330.00/hr | 1,056.00 |
| | RWG | TIME<br>Review and revise draft response to Interrogatory No. 34; conference with A. Saltman and D. Craig. | 7.20<br>225.00/hr | 1,620.00 |
| | DJC | TIME<br>Draft motion for enlargement; conference with A. Saltman and R. Goeken re: same; revise and electronically file motion; download and review defendant's status report. | 3.00<br>160.00/hr | 480.00 |
| 10/31/2003 | AIS | TIME<br>Work on supplement to interrogatories; conference with R. Goeken. | 1.00<br>330.00/hr | 330.00 |
| | DJC | TIME<br>Review supplemental answer to Interrogatory No. 34; conference with R. Goeken re: same. | 0.40<br>160.00/hr | 64.00 |
| 10/31/2003 | RWG | TIME<br>Review and revise revised answer to Interrogatory No. 34; conference with D. Craig; conference with A. Saltman. | 6.20<br>225.00/hr | 1,395.00 |
| | | Part III Total | 153.55 | $31,223.25 |

**IV. WORK ON STATUS REPORT ADDRESSING COSTS**

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/04/2003 | AIS | TIME<br>Prepare for and participate in status conference; conference with R. Goeken and D. Craig. | 2.40<br>330.00/hr | 792.00 |
| | RWG | TIME<br>Prepare for and attend status conference; revise response to Interrogatory No. 34; conference with A. Saltman and D. Craig. | 4.70<br>225.00/hr | 1,057.50 |
| | DJC | TIME<br>Prepare for status conference; participate in status conference with A. Saltman and R. Goeken; draft response to defendant's motion for sanctions; download and review scheduling order; conference with A. Saltman and R. Goeken. | 9.70<br>160.00/hr | 1,552.00 |
| 11/05/2003 | AIS | TIME<br>Conference with R. Goeken and D. Craig; | .50<br>330.00/hr | 165.00 |
| | RWG | TIME<br>Review and revise draft of status report; conference with A. Saltman and D. Craig. | 2.50<br>225.00/hr | 562.50 |
| | DJC | TIME<br>Continue drafting response to defendant's motion for sanctions for status report; conference with A. Saltman and R. Goeken re: same; review and revise hours and expenses in response to defendant's motion; conference with A. Saltman and R. Goeken re: same. | 7.00<br>160.00/hr | 1,120.00 |
| 11/06/2003 | AIS | TIME<br>Work on status reports re: costs; conference with D. Craig re: same; review and revise status report; conference R. Goeken and D. Craig. | 2.50<br>330.00/hr | 825.00 |
| | RWG | TIME<br>Review and revise draft status report; conference with A. Saltman and D. Craig. | 4.50<br>225.00/hr | 1,012.50 |
| | DJC | TIME<br>Draft status report re: costs; prepare time sheets for same; conference with A. Saltman and R. Goeken re: same. | 11.10<br>160.00/hr | 1,776.00 |
| 11/07/2003 | AIS | TIME<br>Work on status reports re: costs; conference with D. Craig re: same; review and revise status report; conference R. Goeken and D. Craig. | 4.00<br>330.00/hr | 1,320.00 |
| | RWG | TIME<br>Review and revise draft status report; conference with A. Saltman and D. Craig; finalize status report. | 3.50<br>225.00/hr | 787.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/07/2003 | DJC | TIME<br>Draft status report re: costs; prepare time sheets for same; conference with A. Saltman and R. Goeken re: same; finalize status report; electronically file same. | 11.00<br>160.00/hr | 1,700.00 |
| | | Part IV Total | 63.40 | $12,670.00 |

Additional Charges :

**Costs Associated with Part I**

| Date | | Description | Qty/Price | Amount |
|---|---|---|---|---|
| 9/15/2003 | S&S | $Business Meals<br>Working lunch A. Saltman and D. Craig. | 1<br>31.67 | 31.67 |
| | S&S | $Sec. Overtime | 1.75<br>50.00 | 87.50 |
| 9/16/2003 | S&S | $Sec. Overtime | 1.5<br>50.00 | 75.00 |
| 10/1/2003 | S&S | $Postage | 1<br>1.89 | 1.89 |
| | S&S | $Photocopy | 1<br>1.53 | 1.53 |
| 10/2/2003 | S&S | $Court Reporter | 1<br>155.00 | 155.00 |
| | | | Part I Total | $352.59 |

**Costs Associated with Part II**

| Date | | Description | Qty/Price | Amount |
|---|---|---|---|---|
| 10/11/2003 | S&S | $Travel<br>Metro - see B. Rector reimbursement | 1<br>3.60 | 3.60 |
| | S&S | $Business Meals<br>Lunch - see B. Rector reimbursement | 1<br>8.99 | 8.99 |
| | S&S | $Sec. Overtime | 4.5<br>50.00 | 225.00 |
| 10/12/2003 | S&S | $Business Meals | 1<br>11.19 | 11.19 |
| | S&S | $Sec. Overtime | 6<br>50.00 | 300.00 |
| 10/13/2003 | S&S | $Sec. Overtime | 3.75<br>50.00 | 187.50 |
| 10/16/2003 | S&S | $Photocopy | 1<br>31.00 | 31.00 |
| | | | Part II Total | $767.28 |

**Costs Associated with Part III**

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 10/27/2003 | S&S | $Travel<br>See D. Craig's reimbursement (10/20/2003 to 10/24/2003). | 1<br>1,117.17 | 1,117.17 |
| 10/29/2003 | S&S | $Sec. Overtime | 1<br>50.00 | 50.00 |
| 10/31/2003 | S&S | $Express Mail<br>Federal Express - L. Porter (10/20/03) | 1<br>31.89 | 31.89 |
| | | Part III Total | | $1,199.00 |