# In the United States Court of Federal Claims

**98-720C**

**Filed: November 3, 2003**

**PRECISION PINE AND TIMBER**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings (1 Volume), Taken in Washington, DC on October 1, 2003 Before Judge Chief Judge Damich**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.