**CT6.241 - Protection of Cultural Resources.** (11/86) Ground disturbing equipment, such as crawler tractors, will not be operated outside payment or cutting unit boundaries. Transportation of ground disturbing equipment between payment or cutting unit boundaries will be on a culturally cleared road, unless otherwise agreed in writing.

**CT6.242 - Cultural Resource Protection.** (7/87) The Purchaser shall be responsible for the protection from damage by the Purchaser's actions of all the cultural resources so identified by the Forest Service within the affected area. In addition, the Purchaser shall be liable for all damage to the identified cultural resources caused by Purchaser's actions or the actions of Purchaser's agents or representatives. The Purchaser shall immediately notify Forest Service if damage occurs to any cultural resource and immediately halt work in the area in which damage has occurred until authorized to proceed. All provisions of the Region 3 Cultural Resources Damage Assessment Handbook are incorporated by reference herein.

**CT6.25# - Protection of Habitat of Endangered Species.** (7/86) Location of areas needing special measures for protection of plants or animals listed as threatened or endangered under the Endangered Species Act of 1973 and R-3 Sensitive Plant and Animal Species List are shown on Sale Area Map and identified on the ground. Measures needed to protect such areas have been included elsewhere in this contract or are as follows:

None

If protection measures prove inadequate, if other such areas are discovered, or if new species are listed on the Endangered Species List, Forest Service may either cancel under CT8.2 or unilaterally modify this contract or provide additional protection regardless of when such facts become known. Discovery of such areas by either party shall be promptly reported to the other party.

In the event of contract modification under this Subsection, Purchaser shall be reimbursed for any additional protection required by the modification, provided that any work or extra protection required shall be subject to prior approval by the Forest Service. Amount of reimbursement shall be determined by Forest Service using standard Forest Service rate redetermination methods in effect at time of agreed change and shall be in the form of a reduction in Current Contract Rates unless agreed otherwise in writing. However, in no event may Current contract Rates be reduced below Base Rates.

**CT6.3 - Plan of Operation.** (10/77) Within 60 days of final award of contract, Purchaser shall furnish Forest Service a written general plan of operation which shall be in addition to the annual operating schedule required under BT6.31. The plan shall set forth planned periods for and methods of road construction, timber harvesting, and completion of slash disposal, erosion control measures and other contractual requirements. Forest Service written approval of the plan of operation is prerequisite to commencement of Purchaser's Operations.