RO - 2719

# Final Biological Opinion

# Mexican Spotted Owl and Critical Habitat
# and
# Forest Plan Amendments

## U.S. Forest Service
## Southwestern Region

NOV 25 1996

U.S. Fish and Wildlife Service
Region 2
Albuquerque, New Mexico

Service and Service discussions and meetings conducted prior to, and during this consultation involving Regional and field office staff. An administrative record of this consultation is on file in the Service's Region 2 office at Albuquerque, New Mexico.

In accordance with section 7 of the Endangered Species Act of 1973, as amended, (16 U.S.C. 1531 et. seq.), this document represents the Service's biological opinion on the effects of the Forest Service's proposed action on the Mexican spotted owl and its designated critical habitat. The receipt by the Service of the supplemental Biological Assessment on October 10, 1995, is to be considered the date at which this formal consultation was initiated.

The Service finds that implementation of the forest plans, as amended by the new standards and guidelines, is not likely to jeopardize the continued existence of the Mexican spotted owl, and is not likely to destroy or adversely modify the species' critical habitat. Activities planned and implemented under the amended standards and guidelines, taken together, should promote the recovery of the owl. This biological opinion and the accompanying biological opinion on existing forest plans collectively cover the forest plans as amended.

# I. CONSULTATION HISTORY

Meetings were held on May 1 and 2, 1995, between the Department of Justice, Forest Service personnel, and Service personnel to discuss the Forest Service's *Draft Environmental Impact Statement - Amendment of Forest Plans* (DEIS). It was decided at that time that the Forest Service would, in cooperation with the Service, and with input from the Mexican Spotted Owl Recovery Team, amend and revise the standards and guidelines of the existing forest plans to conform with the management recommendations found in the Recovery Plan. These amended standards and guidelines were adopted with the signing of the Record of Decision for the Forest Service's FEIS dated June 5, 1996. The FEIS was released in final version on October, 1995. The preferred alternative of the FEIS is named as Alternative G. This alternative calls for the amended standards and guidelines to be incorporated into the 11 forest plans of the National Forests of the Forest Service's Southwestern Region.

Several steps were taken to develop Alternative G in the FEIS. On May 5, 1995, a Standards and Guidelines Team was formed with members of the Forest Service, a member from the Mexican Spotted Owl Recovery Team, and a member from the Service. This team was charged to cooperatively draft amendments to the existing standards and guidelines in the forest plans. On July 14, 1995, the Forest Service submitted to the Service their July 6, 1995, Biological Assessment. The proposed action in this document was Alternative G, as proposed in the DEIS.

On October 10, 1995, the Forest Service submitted the *Supplemental Biological Assessment - Environmental Impact Statement Amending The Forest Plans To Incorporate Standards and Guidelines for the Mexican Spotted Owl and Northern Goshawk,* dated October 10, 1995, (Supplemental Biological Assessment) along with additional data and information. The purpose