**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, defendant, the United States, seeks leave to file, on or before November 24, 2003, a status report addressing the arguments in the November 7, 2003 status report of plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"). We have contacted Precision Pine's attorney, Richard W. Goeken, who has informed us that Precision Pine takes no position regarding this motion.

**DISCUSSION**

During the November 4, 2003 status conference in this action, the Court directed Precision Pine to file a response to the United States' claim for costs. See Order of Chief Judge Damich at 1 (Nov. 4, 2003) (memorializing this discussion). At the same time, undersigned counsel explained that United States had presented no argument with respect to its claim for costs and requested that the United States be allowed to reply to Precision Pine's response.

The Court agreed that the United States should be allowed to reply to Precision Pine's arguments. Consequently, the Court stated that a reply could be submitted within the time permitted by the Rules of the Court of Federal Claims ("RCFC"). The Court's November 4, 2003 order, however, does not reflect this discussion. Consequently, the United States respectfully

requests leave to file a status report addressing the arguments in Precision Pine's November 7, 2003 status report on or before November 24, 2003.[1]

## CONCLUSION

For these reasons, the United States respectfully requests that it be granted leave to reply to Precision Pine's November 7, 2003 status report on or before November 24, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

Patricia Disert
Lori Polin Jones
Office of the General Counsel
U.S. Department of Agriculture

October 17, 2003

---

[1] Pursuant to the RCFC, a reply to Precision Pine's November 7, 2003 status report would be due on this date. See RCFC 6(a), 6(e) & 7.2(b).