# In the United States Court of Federal Claims

No. 98-720 C
(Filed November 19, 2003)

**********************************
*
**PRECISION PINE & TIMBER, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
**********************************

**ORDER**

Pursuant to the status conference held on November 4, 2003, Defendant's Motion for Leave to File a Status Report, filed November 17, 2003, is hereby GRANTED. Therefore, Defendant is ORDERED to file its status report by November 24, 2003.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge