# In the United States Court of Federal Claims

**98-720C**

**Filed: November 18, 2003**

**PRECISION PINE & TIMBER, INC.,**

**v.**

**THE UNITED STATES**

**TRANSCRIPT**
**of Proceedings (one volume) at Washington, D.C., on**
**November 10, 2003**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.