# In the United States Court of Federal Claims

No. 98-720 C
(Filed December 1, 2003)

*********************************
**PRECISION PINE & TIMBER, INC.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.
*********************************

## ORDER

Defendant filed its Motion for Partial Reconsideration of the Court's July 30, 2001 Ruling upon Liability on November 14, 2003. Pursuant to Rules of the United States Court of Federal Claims (RCFC) 59(b), Plaintiff shall be given time to file a response and Defendant shall be permitted to file a reply.

Therefore, Plaintiff is ORDERED to file its response by December 15, 2003, and Defendant is ORDERED to file its reply pursuant to RCFC 7.1.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge