# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

## Changes to Miscellaneous Items

| | | | | |
|---|---|---|---|---|
| | | | | **Change in** |
| **1. Reduce Overhead Rate to 7.6%** | | | | **Damages** |
| | | | | |
| This will reduce both the overhead and the profit calculation | | | | |
| | **Revised** | **Revised** | **Previous** | |
| | **Overhead** | **Profit** | **O & P** | |
| **Unpaid Bond Costs** | | | | |
| C-0005 - Brann Timber Sale | 10.81 | 15.30 | 77.72 | (51.61) |
| C-0006 - Brookbank Timber Sale | 43.01 | 60.89 | 309.31 | (205.41) |
| C-0007 - Hay Timber Sale | 385.00 | 545.08 | 2,768.99 | (1,838.91) |
| C-0008 - Hutch-Boondock Timber Sale | 9.90 | 14.02 | 71.22 | (47.30) |
| C-0009 - Jersey Horse Timber Sale | 101.48 | 143.67 | 729.85 | (484.70) |
| C-0010 - Kettle Timber Sale | 102.21 | 144.71 | 735.12 | (488.20) |
| C-0011 - Manaco Timber Sale | 41.46 | 58.70 | 298.19 | (198.03) |
| C-0012 - Monument Timber Sale | 18.65 | 26.41 | 134.15 | (89.09) |
| C-0013 - Mud Timber Sale | 42.32 | 59.91 | 248.67 | (146.44) |
| C-0014 - O.D. Ridge Timber Sale | 131.83 | 186.64 | 948.12 | (629.65) |
| C-0015 - Saginaw-Kennedy Timber Sale | 26.65 | 37.74 | 191.70 | (127.31) |
| C-0016 - Salt Timber Sale | 75.56 | 106.98 | 543.44 | (360.90) |
| C-0017 - St. Joe Timber Sale | 46.67 | 66.07 | 335.63 | (222.89) |
| C-0018 - U-Bar Timber Sale | 488.84 | 692.09 | 3,515.78 | (2,334.85) |
| | | | | (7,225.29) |
| **Move Out Costs** | | | | |
| C-0019 - Brookbank Timber Sale | 152.00 | 215.20 | 1,093.20 | (726.00) |
| **Cost of Removing Snow to Access Timber** | | | | |
| C-0039 | 77.52 | 109.75 | 557.53 | (370.26) |
| **Cost of Transferring Logs (Due to Closure of Eagar)** | | | | |
| C-0040 | 104.50 | 147.95 | 751.58 | (499.13) |
| | | | | $ (8,820.68) |
| | | | | |

# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

## Changes to Increased Logging and Hauling Costs

| | | | | Change in Damages |
|---|---|---|---|---|
| All items are on C-0041 | | | | |
| **1. Remove Brewer, Delgado and Highway Salvage Timber Sales** | | | | |
| | **Increased Haul Cost** | **Overhead** | **Profit** | |
| Brewer | 3,488.57 | 348.86 | 383.74 | |
| Delgado | 520.41 | 52.04 | 57.25 | |
| Highway Salvage | 2,873.75 | 287.38 | 316.11 | |
| | 6,882.73 | 688.28 | 757.10 | $ (8,328.11) |
| **2. Remove Increased Hauling Cost & Adjust Increased Logging Cost - O.D. Ridge** | | | | |
| | **Increased Haul Cost** | **Overhead** | **Profit** | |
| 1996 - 54.28 MBF * $74.80 | 4,060.14 | 406.01 | 446.62 | |
| 1997 - 457.00 MBF * $52.25 | 23,878.25 | 2,387.83 | 2,626.61 | |
| 1998 - 800.10 MBF * $52.25 | 41,805.23 | 4,180.52 | 4,598.58 | |
| | 69,743.62 | 6,974.36 | 7,671.81 | $ (84,389.79) |
| | **Increased Logging Costs** | **Overhead** | **Profit** | |
| 1997 - 307.00 MBF * $10.00 | 3,070.00 | 307.00 | 337.70 | |
| 1998 - 800.10 MBF * $10.00 | 8,001.00 | 800.10 | 880.11 | |
| | 11,071.00 | 1,107.10 | 1,217.81 | $ (13,395.91) |
| **3. Reduction in Green Lumber Hauling** | | | | |
| | **Reduced Haul** | **Overhead 7.6%** | **Profit 10%** | |
| 1996 | 12,224.50 | 929.05 | 1,315.36 | |
| 1997 | 55,173.75 | 4,193.20 | 5,936.70 | |
| 1998 | 8,735.30 | 663.88 | 939.92 | |
| | 76,133.55 | 5,786.13 | 8,191.98 | $ (90,111.66) |
| **4. Reduce Overhead Rate to 7.6%** | | | | |
| Remaining Items | 224,969.57 | | | |
| Overhead - 7.6% | 17,097.69 | | | |
| | 242,067.26 | | | |
| Profit - 10% | 24,206.73 | | | |
| | 266,273.99 | | | |
| Remaining Items | 224,969.57 | | | |
| Overhead - 10% | 22,496.96 | | | |
| | 247,466.53 | | | |
| Profit - 10% | 24,746.65 | | | |
| | 272,213.18 | | | |
| Reduction | (5,939.19) | | | $ (5,939.19) |

**Precision Pine & Timber, Inc.**
**Reconciliation Calculations**

**Exhibit 22**

## Changes to Lost Market Opportunity

| | | | | Change in |
|---|---|---|---|---|
| **1. Remove Timber Sales that were Not Breached** | | | | Damages |
| | Brann | Hutch-Boondock | St. Joe | |
| **Remove Lost Market Opportunity** | | | | |
| Lumber Sales - C-0072, C-0073, C-0083 | 697,803.85 | 1,291,454.69 | 2,924,026.05 | |
| Delivered Log Cost - C-0064, C-0065 | (263,508.21) | (554,841.04) | (1,487,629.20) | |
| Manufacturing Cost - C-0068, C-0069 | (148,443.75) | (363,350.00) | (540,937.50) | |
| Roundwood Sales - C-0061 | 155,563.82 | 141,226.54 | 0.00 | |
| Roundwood Cost - C-0061 | (113,151.97) | (102,723.51) | 0.00 | |
| Chips - C-0044 | 23,184.63 | 75,862.63 | 87,865.56 | |
| Grindings - C-0048 | 3,996.56 | 10,318.44 | 15,146.25 | |
| Bark - C-0052 | 8,224.93 | 21,235.34 | 31,170.98 | |
| Shavings - C-0057 | 2,928.91 | 7,561.94 | 11,100.04 | |
| | 366,598.77 | 526,745.03 | 1,040,742.18 | (1,934,085.98) |
| **Credit for Sales Released Early** | | | | |
| Lumber Profit - C-0071 | 88,025.90 | 429,651.99 | 466,927.25 | |
| Roundwood Profit - C-0062, C-0063 | 5,991.96 | 9,104.97 | 0.00 | |
| Chips - C-0045 - C-0047 | 16,816.12 | 64,945.14 | 110,127.46 | |
| Grindings - C-0049 - C-0051 | 2,331.98 | 9,552.20 | 15,185.63 | |
| Bark - C-0053 - C-0055 | 4,697.44 | 19,658.43 | 31,252.02 | |
| Shavings - C-0058 - C-0060 | 1,672.76 | 7,000.40 | 11,128.89 | |
| | 119,536.16 | 539,913.13 | 634,621.25 | 1,294,070.54 |
| | | | | $ (640,015.44) |
| | | | | |
| **2. Manaco Timber Sale - Worksheet Inconsistency** | | | | |
| C-0081 calculates the lost market opportunity as: | | | | |
| $320,929.16 + $57,065.55 | | | 377,994.71 | |
| C-0071 (Lost Market Opportunity-Lumber Summary) shows a total of: | | | 368,935.41 | |
| | | | 9,059.30 | $ 9,059.30 |
| Correct the summary to agree to C-0081 | | | | |
| | | | | |
| **3. Manaco Timber Sale - Error in Formula** | | | | |
| C-0081 - Manaco - 3rd Quarter 1996 - Total Revenue | | | | |
| Formula includes the unit selling price column in the summation of total revenue. | | | | |
| | | | | |
| Correct Lumber Sales Revenue | | | 169,617.63 | |
| Amount Shown on C-0081 | | | 176,535.03 | |
| | | | (6,917.40) | $ (6,917.40) |

## Precision Pine & Timber, Inc.
## Reconciliation Calculations

**Exhibit 22**

### Changes to Lost Market Opportunity - Continued

| | | | | Change in Damages |
|---|---|---|---|---|
| **4. Salt Timber Sale - Error in Formula** | | | | |
| C-0082 - Salt - 3rd Quarter 1995 & 3rd Quarter 1996 - Total Revenue | | | | |
| Formula for Total Revenue is not correct. | | | | |
| | | **3rd Qtr 1995** | **3rd Qtr 1996** | |
| Correct Lumber Sales Revenue | | 393,885.42 | 1,013,765.91 | |
| Amount Shown on C-0082 | | 385,927.01 | 992,693.15 | |
| | | 7,958.41 | 21,072.76 | $ 29,031.17 |
| **5. Sales Price for Timbers Calculated at $0.00** | | | | |
| In the calculation of lumber sales from the following timber sales, the sales price | | | | |
| for Timber is shown as $0.00. On other timber sales the volume of lumber is combined | | | | |
| with # 3 Common Utility when there is not a sales price for Timbers. | | | | |
| Examples: | | | | |
| Brookbank - 2nd Qtr 1996 | | | | |
| Jersey Horse - 1st Qtr 1996 | | | | |
| Hay - 1st Qtr 1996 & 2nd Qtr 1996 | | | | |
| Kettle - 1st Qtr 1996 & 2nd Qtr 1996 | | | | |
| | **MBF** | **Sales Price** | **Amount** | |
| C-0077 - U-Bar - 1st Qtr 1996 | 22.93 | 383.93 | 8,803.51 | |
| C-0079 - Jersey Horse - 4th Qtr 1995 | 6.06 | 356.67 | 2,161.42 | |
| C-0084 - Hay - 4th Qtr 1995 | 18.94 | 356.67 | 6,755.33 | |
| C-0087 - O.D. Ridge - 4th Qtr 1995 | 67.86 | 356.67 | 24,203.63 | |
| | 115.79 | | 41,923.89 | $ 41,923.89 |
| **6. Reclassification of # 5 Common Lumber Sales** | | | | |
| There is an inconsistency in the reclassification of the volume of # 5 Common Lumber | | | | |
| when there is no sales price for # 5 Common. Most of the time it is combined with | | | | |
| # 4 Common Economy, but sometimes it is combined with Rough. To be consistent, | | | | |
| always classify with # 4 Common Economy | | | | |
| Examples of classification with # 4 Common Economy: | | | | |
| Saginaw-Kennedy - 3rd Qtr 1996 | | | | |
| Manaco - 3rd Qtr 1996 | | | | |
| Salt - 3rd Qtr 1996 | | | | |
| Kettle - 1st Qtr 1996 & 3rd Qtr 1996 | | | | |
| On the Salt Timber Sale - 3rd Qtr 1995, the selling price is shown as $0.00. | | | | |
| | | **Correct** | **Prior** | |
| | **MBF** | **Sales Price** | **Sales Price** | |
| C-0078 - Brookbank - 3rd Qtr 1995 | 3.00 | 221.00 | 215.00 | 18.00 |
| C-0081 - Manaco - 3rd Qtr 1995 | 13.90 | 221.00 | 215.00 | 83.40 |
| C-0082 - Salt - 3rd Qtr 1995 | 4.30 | 221.00 | 0.00 | 950.30 |
| | | | | $ 1,051.70 |

# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

## Changes to Lost Market Opportunity - Continued

| | | | | Change in Damages |
|---|---|---|---|---|
| **7. Saginaw-Kennedy - Correction of Grade Breakdown** | | | | |
| The grade breakdown adds up to 100.02%. Moulding & Better should be 3.70% not 3.72%. | | | | |
| C-0076 - Saginaw Kennedy - 3rd Qtr 1996 | | | | |
| Total Lumber Footage = 1417.50 MBF | | | | |
| 1417.50 MBF * .02% = .28 MBF * $1,506.00 = $421.68 | | | | $ (421.68) |
| **8. Saginaw-Kennedy - Correction of Lumber Sales - Timbers** | | | | |
| The Timbers that are anticipated to be produced are included with # 3 Common Utility. | | | | |
| A sales price exists for the 3rd Qtr 1996, so it does not need to be reclassified. | | | | |
| C-0076 - Saginaw Kennedy - 3rd Qtr 1996 | | | | |
| Total Lumber Footage = 1417.50 MBF | | | | |
| Timbers Production = 3.54% | | **Correct** | **Prior** | |
| | **MBF** | **Sales Price** | **Sales Price** | |
| Timbers Reclassified | 50.18 | 370.83 | 248.46 | $ 6,140.53 |
| **9. O.D. Ridge - Correction in Douglas Fir Sales Prices** | | | | |
| | **MBF** | **Sales Price** | **Revenue** | |
| **4th Quarter 1995** | | | | |
| # 2 & Btr | 236.58 | 379.00 | 89,663.82 | |
| # 3 | 27.83 | 273.33 | 7,606.77 | |
| # 4 | 13.92 | 203.33 | 2,830.35 | |
| | 278.33 | 359.65 | 100,100.94 | |
| **2nd Quarter 1996** | | | | |
| # 2 & Btr | 162.92 | 440.67 | 71,793.96 | |
| # 3 | 19.17 | 332.67 | 6,377.28 | |
| # 4 | 9.58 | 262.67 | 2,516.38 | |
| | 191.67 | 420.97 | 80,687.62 | |
| **3rd Quarter 1996** | | | | |
| # 2 & Btr | 149.81 | 546.00 | 81,796.26 | |
| # 3 | 17.63 | 344.33 | 6,070.54 | |
| # 4 | 8.81 | 274.33 | 2,416.85 | |
| | 176.25 | 512.25 | 90,283.65 | |
| | **Correct** | **Prior** | | |
| | **Sales Prices** | **Sales Prices** | **Change** | |
| C-0087 - O.D. Ridge - 4th Qtr 1995 | 100,100.94 | 115,851.33 | (15,750.39) | |
| C-0088 - O.D. Ridge - 2nd Qtr 1996 | 80,687.62 | 85,091.67 | (4,404.05) | |
| C-0089 - O.D. Ridge - 3rd Qtr 1996 | 90,283.65 | 87,431.28 | 2,852.37 | |
| | | | (17,302.07) | $ (17,302.07) |

# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

## Changes to Lost Market Opportunity - Continued

| 10. O.D. Ridge - Correction in Spruce Sales Prices | | | | Change in Damages |
|---|---|---|---|---|
| | MBF | Sales Price | Revenue | |
| **4th Quarter 1995** | | | | |
| 1 x 4 | | | | |
| # 2 & Btr | 4.17 | 617.67 | 2,575.68 | |
| # 3 | 27.14 | 287.67 | 7,807.36 | |
| # 4 | 10.44 | 238.00 | 2,484.72 | |
| 1 x 6 | | | | |
| # 2 & Btr | 14.61 | 591.00 | 8,634.51 | |
| # 3 | 58.45 | 370.33 | 21,645.79 | |
| # 4 | 24.35 | 252.00 | 6,136.20 | |
| | 139.16 | 354.16 | 49,284.26 | |
| **2nd Quarter 1996** | | | | |
| 1 x 4 | | | | |
| # 2 & Btr | 2.87 | 559.00 | 1,604.33 | |
| # 3 | 18.69 | 345.67 | 6,460.57 | |
| # 4 | 7.19 | 268.67 | 1,931.74 | |
| 1 x 6 | | | | |
| # 2 & Btr | 10.06 | 559.67 | 5,630.28 | |
| # 3 | 40.25 | 385.33 | 15,509.53 | |
| # 4 | 16.77 | 270.00 | 4,527.90 | |
| | 95.83 | 372.16 | 35,664.35 | |
| | | | | |
| | Correct Sales Prices | Prior Sales Prices | Change | |
| C-0087 - O.D. Ridge - 4th Qtr 1995 | 49,284.26 | 52,604.33 | (3,320.07) | |
| C-0088 - O.D. Ridge - 2nd Qtr 1996 | 35,664.35 | 36,224.86 | (560.51) | |
| | | | (3,880.58) | $ (3,880.58) |

# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

## Changes to Lost Market Opportunity - Continued

| | | | | Change in Damages |
|---|---|---|---|---|
| **11. O.D. Ridge - Correct Grade Distribution on Pine** | | | | |
| | MBF | Correct Sales Price | Total Sales | |
| **2nd Quarter 1996** | | | | |
| Moulding & Better - 6.97% | 57.42 | $ 1,336.54 | $ 76,744.13 | |
| 5/4 # 1 Shop - 0.98% | 8.07 | 931.67 | 7,518.58 | |
| 5/4 # 2 Shop - 11.86% | 97.70 | 831.84 | 81,270.77 | |
| 5/4 # 3 Shop - 28.70% | 236.42 | 644.88 | 152,462.53 | |
| Paragraph 99 Redress - 16.26% | 133.94 | 440.17 | 58,956.37 | |
| 5/4 x RWL Radius Edge - 4.19% | 34.52 | 426.14 | 14,710.35 | |
| # 2, # 3, # 4 & Better - 5.38% | 44.32 | 466.94 | 20,694.78 | |
| # 3 Common Utility - 11.04% | 90.94 | 266.56 | 24,240.97 | |
| # 4 Common Economy - 6.30% | 51.90 | 214.37 | 11,125.80 | |
| # 5 Common - 0.00% | 0.00 | 172.50 | 0.00 | |
| Rough - 3.37% | 27.76 | 187.08 | 5,193.34 | |
| Timbers - N/A | 0.00 | N/A | 0.00 | |
| Misc Shop Outs - 4.95% | 40.76 | 270.33 | 11,018.65 | |
| | 823.75 | $ 563.20 | $ 463,936.27 | |
| | | | | |
| | MBF | Correct Sales Price | Total Sales | |
| **3rd Quarter 1996** | | | | |
| Moulding & Better - 6.97% | 35.11 | $ 1,506.00 | $ 52,875.66 | |
| 5/4 # 1 Shop - 0.98% | 4.94 | 1,027.00 | 5,073.38 | |
| 5/4 # 2 Shop - 11.86% | 59.74 | 907.50 | 54,214.05 | |
| 5/4 # 3 Shop - 28.70% | 144.58 | 733.57 | 106,059.55 | |
| Paragraph 99 Redress - 16.26% | 81.91 | 497.33 | 40,736.30 | |
| 5/4 x RWL Radius Edge - 4.19% | 21.11 | 492.61 | 10,399.00 | |
| # 2, # 3, # 4 & Better - 5.38% | 27.10 | 404.95 | 10,974.15 | |
| # 3 Common Utility - 4.72% | 23.78 | 248.46 | 5,908.38 | |
| # 4 Common Economy - 6.30% | 31.74 | 193.41 | 6,138.83 | |
| # 5 Common - 0.00% | 0.00 | N/A | 0.00 | |
| Rough - 3.37% | 16.98 | 214.91 | 3,649.17 | |
| Timbers - 6.32% | 31.84 | 370.83 | 11,807.23 | |
| Misc Shop Outs - 4.95% | 24.92 | 320.83 | 7,995.08 | |
| | 503.75 | $ 563.20 | $ 315,830.78 | |
| | | | | |
| | Correct Sales Prices | Prior Sales Prices | Change | |
| C-0088 - O.D. Ridge - 2nd Qtr 1996 | 463,936.27 | 481,478.82 | (17,542.55) | |
| C-0089 - O.D. Ridge - 3rd Qtr 1996 | 315,830.78 | 328,369.94 | (12,539.16) | |
| | | | (30,081.71) | $ (30,081.71) |

## Precision Pine & Timber, Inc.
## Reconciliation Calculations

**Exhibit 22**

| Changes to Lost Market Opportunity - Continued | | | | |
|---|---|---|---|---|
| | | | | Change in |
| **12. O.D. Ridge - Correct Sale Footage for Douglas Fir** | | | | Damages |
| | | | | |
| C-0089 - O.D. Ridge - 3rd Qtr 1996 | | | | |
| Correct Sales Footage - MBF | 117.50 | | | |
| Footage Used in Calculations - MBF | 176.25 | | | |
| | (58.75) | | | |
| Average Sales Price | 512.25 | | | |
| Change is Sales Revenue | (30,094.69) | | | $ (30,094.69) |
| | | | | |
| **13. Delivered Log Cost - Worksheet Inconsistency** | | | | |
| | | | | |
| Manaco - 3rd Quarter 1995 | | | | |
| C-0065 Deliver Log Cost Calculation | | 615,936.80 | | |
| C-0081 Lost Market Opportunity-Lumber | | 607,819.20 | | |
| | | 8,117.60 | | $ (8,117.60) |
| Correct to agree to C-0065 | | | | |
| | | | | |
| Manaco - 3rd Quarter 1996 | | | | |
| C-0065 Deliver Log Cost Calculation | | 80,098.68 | | |
| C-0081 Lost Market Opportunity-Lumber | | 79,156.98 | | |
| | | 941.70 | | $ (941.70) |
| Correct to agree to C-0065 | | | | |
| | | | | |
| O.D. Ridge - 3rd Quarter 1996 - Spruce | | | | |
| C-0066 Deliver Log Cost Calculation | | 8,948.80 | | |
| C-0089 Lost Market Opportunity-Lumber | | 14,099.86 | | |
| | | (5,151.06) | | $ 5,151.06 |
| Correct to agree to C-0066 | | | | |
| | | | | |
| **14. Manufacturing Cost - Worksheet Inconsistency** | | | | |
| | | | | |
| U-Bar - 1st Quarter 1996 - Pine | | | | |
| C-0068 Manufacturing Cost Calculation | | 298,025.00 | | |
| C-0077 Lost Market Opportunity-Lumber | | 286,562.50 | | |
| | | 11,462.50 | | $ (11,462.50) |
| Correct to agree to C-0068 | | | | |
| | | | | |
| O.D. Ridge - 2nd Quarter 1996 - Doug Fir | | | | |
| C-0070 Manufacturing Cost Calculation | | 22,999.98 | | |
| C-0088 Lost Market Opportunity-Lumber | | 35,937.50 | | |
| | | (12,937.52) | | $ 12,937.52 |
| Correct to agree to C-0070 | | | | |
| | | | | |

## Precision Pine & Timber, Inc.
## Reconciliation Calculations

**Exhibit 22**

| Changes to Lost Market Opportunity - Continued | | | | |
|---|---|---|---|---|
| | | | | Change in |
| **15. O.D. Ridge - Correct Footage used to Calculate Manufacturing Cost** | | | | Damages |
| | | | | |
| C-0070 - O.D. Ridge - 4th Quarter 1995 - Spruce | | | | |
| Correct Lumber Footage - MBF | 139.16 | | | |
| Footage Used in Calculations - MBF | 173.96 | | | |
| | (34.80) | | | |
| Manufacturing Cost per MBF | 120.00 | | | |
| Change is Manufacturing Cost | (4,176.00) | | | $ 4,176.00 |
| | | | | |
| **16. Correct Log Footages for Several Timber Sales** | | | | |
| | | | | |
| **U-Bar - Reduce Log Footage by 9.55 MBF** | | | | |
| | **Volume** | **Average** | **Amount** | |
| | | | | |
| Sales | (11.94) | 547.67 | (6,539.18) | |
| Delivered Log Cost | (9.55) | 491.51 | 4,693.92 | |
| Manufacturing Cost | (11.94) | 130.00 | 1,552.20 | |
| Chips - 1.41 tons per MBF | (16.84) | 18.25 | (307.33) | |
| Grindings - .70 tons per MBF | (8.36) | 5.00 | (41.80) | |
| Bark - .35 tons per MBF | (4.18) | 20.58 | (86.02) | |
| Shavings - .27 tons per MBF | (3.22) | 9.50 | (30.59) | |
| | | | (758.80) | $ (758.80) |
| | | | | |
| **Brookbank - Reduce Log Footage by 76.30 MBF** | | | | |
| | **Volume** | **Average** | **Amount** | |
| | | | | |
| Sales - 3rd Quarter 1995 | (23.06) | 453.56 | (10,459.09) | |
| Sales - 2nd Quarter 1996 | (72.31) | 474.89 | (34,339.30) | |
| Delivered Log Cost - 3rd Quarter 1995 | (18.45) | 150.00 | 2,767.50 | |
| Delivered Log Cost - 2nd Quarter 1996 | (57.85) | 153.15 | 8,859.73 | |
| Manufacturing Cost | (95.37) | 125.00 | 11,921.25 | |
| Chips - 3rd Qtr 1995 - 1.41 tons per MBF | (32.51) | 18.25 | (593.31) | |
| Chips - 2nd Qtr 1996 - 1.41 tons per MBF | (101.96) | 17.42 | (1,776.14) | |
| Grindings - .70 tons per MBF | (66.76) | 5.00 | (333.80) | |
| Bark - .35 tons per MBF | (33.38) | 20.58 | (686.96) | |
| Shavings - .27 tons per MBF | (25.75) | 9.50 | (244.63) | |
| | | | (24,884.75) | $ (24,884.75) |
| | | | | |

# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

## Changes to Lost Market Opportunity - Continued

| | | | | Change in |
|---|---|---|---|---|
| **16. Correct Log Footages for Several Timber Sales - Continued** | | | | **Damages** |
| | | | | |
| **Jersey Horse - Reduce Log Footage by 141.00 MBF** | | | | |
| | **Volume** | **Average** | **Amount** | |
| Sales - 3rd Quarter 1995 | (37.50) | 565.78 | (21,216.75) | |
| Sales - 4th Quarter 1995 | (51.88) | 554.78 | (28,781.99) | |
| Sales - 1st Quarter 1996 | (30.00) | 547.68 | (16,430.40) | |
| Sales - 3rd Quarter 1996 | (56.88) | 651.85 | (37,077.23) | |
| Delivered Log Cost - 3rd Quarter 1995 | (30.00) | 425.96 | 12,778.80 | |
| Delivered Log Cost - 4th Quarter 1995 | (41.50) | 409.13 | 16,978.90 | |
| Delivered Log Cost - 1st Quarter 1996 | (24.00) | 408.85 | 9,812.40 | |
| Delivered Log Cost - 3rd Quarter 1996 | (45.50) | 464.98 | 21,156.59 | |
| Manufacturing Cost | (176.26) | 125.00 | 22,032.50 | |
| Chips - 95.5 MBF - 1.41 tons per MBF | (168.32) | 18.25 | (3,071.84) | |
| Chips - 63.0 MBF - 1.41 tons per MBF | (111.04) | 14.40 | (1,598.98) | |
| Grindings - .70 tons per MBF | (138.69) | 5.00 | (693.45) | |
| Bark - .35 tons per MBF | (69.34) | 20.58 | (1,427.02) | |
| Shavings - .27 tons per MBF | (53.49) | 9.50 | (508.16) | |
| | | | (28,046.63) | $ (28,046.63) |
| | | | | |
| Note: On By-Products the Log Footage Reduction is 158.50 | | | | |
| | | | | |
| **Manaco - Increase Log Footage by 19.50 MBF** | | | | |
| | **Volume** | **Average** | **Amount** | |
| Sales | 24.38 | 525.93 | 12,822.17 | |
| Delivered Log Cost | 19.50 | 310.46 | (6,053.97) | |
| Manufacturing Cost | 24.38 | 125.00 | (3,047.50) | |
| | | | 3,720.70 | $ 3,720.70 |
| | | | | |
| Note: On By-Products the Log Footage is already correct. | | | | |
| | | | | |
| **Hay - Increase Log Footage by 583.79 MBF - Pine** | | | | |
| | **Volume** | **Average** | **Amount** | |
| Sales - 3rd Quarter 1995 | 98.68 | 565.79 | 55,832.16 | |
| Sales - 4th Quarter 1995 | 371.79 | 554.78 | 206,261.66 | |
| Sales - 1st Quarter 1996 | 76.88 | 547.67 | 42,104.87 | |
| Sales - 2nd Quarter 1996 | 182.40 | 584.49 | 106,610.98 | |
| Delivered Log Cost - 3rd Quarter 1995 | 78.94 | 239.34 | (18,893.50) | |
| Delivered Log Cost - 4th Quarter 1995 | 297.43 | 230.92 | (68,682.54) | |
| Delivered Log Cost - 1st Quarter 1996 | 61.50 | 230.78 | (14,192.97) | |
| Delivered Log Cost - 2nd Quarter 1996 | 145.92 | 240.91 | (35,153.59) | |
| Manufacturing Cost | 729.75 | 120.00 | (87,570.00) | |
| Chips - 1.41 tons per MBF | 771.76 | 18.25 | 14,084.62 | |
| Chips - 1.41 tons per MBF | 257.18 | 17.42 | 4,480.08 | |
| Grindings - .70 tons per MBF | 510.83 | 5.00 | 2,554.15 | |
| Bark - .35 tons per MBF | 255.41 | 20.58 | 5,256.34 | |
| Shavings - .27 tons per MBF | 197.03 | 9.50 | 1,871.79 | |
| | | | 214,564.05 | $ 214,564.05 |