# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

## Changes to Lost Market Opportunity - Continued

| | | | | Change in |
|---|---|---|---|---|
| **16. Correct Log Footages for Several Timber Sales - Continued** | | | | Damages |
| | | | | |
| **Hay - Increase Log Footage by 80.37 MBF - Douglas Fir** | | | | |
| | **Volume** | **Average** | **Amount** | |
| Sales - 3rd Quarter 1995 | 13.68 | 418.65 | 5,727.13 | |
| Sales - 4th Quarter 1995 | 51.06 | 359.65 | 18,363.73 | |
| Sales - 1st Quarter 1996 | 10.36 | 374.36 | 3,878.37 | |
| Sales - 2nd Quarter 1996 | 25.36 | 420.98 | 10,676.05 | |
| Delivered Log Cost - 3rd Quarter 1995 | 10.94 | 159.18 | (1,741.43) | |
| Delivered Log Cost - 4th Quarter 1995 | 40.85 | 159.18 | (6,502.50) | |
| Delivered Log Cost - 1st Quarter 1996 | 8.29 | 159.18 | (1,319.60) | |
| Delivered Log Cost - 2nd Quarter 1996 | 20.29 | 159.18 | (3,229.76) | |
| Manufacturing Cost | 100.46 | 120.00 | (12,055.20) | |
| Chips - 1.41 tons per MBF | 105.89 | 18.25 | 1,932.49 | |
| Chips - 1.41 tons per MBF | 35.76 | 17.42 | 622.94 | |
| Grindings - .70 tons per MBF | 70.32 | 5.00 | 351.60 | |
| Bark - .35 tons per MBF | 35.16 | 20.58 | 723.59 | |
| Shavings - .27 tons per MBF | 27.12 | 9.50 | 257.64 | |
| | | | 17,685.05 | $ 17,685.05 |
| | | | | |
| **O.D. Ridge - Decrease Log Footage by 28.99 MBF - Douglas Fir** | | | | |
| | **Volume** | **Average** | **Amount** | |
| Sales - 4th Quarter 1995 | (17.08) | 359.65 | (6,142.82) | |
| Sales - 2nd Quarter 1996 | (11.66) | 420.97 | (4,908.51) | |
| Sales - 3rd Quarter 1996 | (7.50) | 512.25 | (3,841.88) | |
| Delivered Log Cost - 4th Quarter 1995 | (13.66) | 173.70 | 2,372.74 | |
| Delivered Log Cost - 2nd Quarter 1996 | (9.33) | 173.70 | 1,620.62 | |
| Delivered Log Cost - 3rd Quarter 1996 | (6.00) | 173.70 | 1,042.20 | |
| Manufacturing Cost | (36.24) | 120.00 | 4,348.80 | |
| Chips - 4th Qtr 1995 - 1.41 tons per MBF | (24.08) | 18.25 | (439.46) | |
| Chips - 2nd Qtr 1996 - 1.41 tons per MBF | (16.44) | 17.42 | (286.38) | |
| Chips - 3rd Qtr 1996 - 1.41 tons per MBF | (10.58) | 14.40 | (152.35) | |
| Grindings - .70 tons per MBF | (25.37) | 5.00 | (126.85) | |
| Bark - .35 tons per MBF | (12.68) | 20.58 | (260.95) | |
| Shavings - .27 tons per MBF | (9.78) | 9.50 | (92.91) | |
| | | | (6,867.75) | $ (6,867.75) |

# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

## Changes to Lost Market Opportunity - Continued

| | | | | Change in Damages |
|---|---|---|---|---|
| **16. Correct Log Footages for Several Timber Sales - Continued** | | | | |
| **O.D. Ridge - Increase Log Footage by 29.00 MBF - Spruce** | | | | |
| | **Volume** | **Average** | **Amount** | |
| Sales - 4th Quarter 1995 | 17.09 | 354.16 | 6,052.59 | |
| Sales - 2nd Quarter 1996 | 11.66 | 372.16 | 4,339.39 | |
| Sales - 3rd Quarter 1996 | 7.50 | 391.80 | 2,938.50 | |
| Delivered Log Cost - 4th Quarter 1995 | 13.67 | 190.40 | (2,602.77) | |
| Delivered Log Cost - 2nd Quarter 1996 | 9.33 | 190.40 | (1,776.43) | |
| Delivered Log Cost - 3rd Quarter 1996 | 6.00 | 190.40 | (1,142.40) | |
| Manufacturing Cost | 36.25 | 120.00 | (4,350.00) | |
| Chips - 4th Qtr 1995 - 1.41 tons per MBF | 24.10 | 18.25 | 439.83 | |
| Chips - 2nd Qtr 1996 - 1.41 tons per MBF | 16.44 | 17.42 | 286.38 | |
| Chips - 3rd Qtr 1996 - 1.41 tons per MBF | 10.58 | 14.40 | 152.35 | |
| Grindings - .70 tons per MBF | 25.38 | 5.00 | 126.90 | |
| Bark - .35 tons per MBF | 12.69 | 20.58 | 261.16 | |
| Shavings - .27 tons per MBF | 9.79 | 9.50 | 93.01 | |
| | | | 4,818.51 | $ 4,818.51 |
| | | | | |
| **Mud - Increase Roundwood by 1316.00 CCF** | | | | |
| | **Volume-Cords** | **Average** | **Amount** | |
| Roundwood Sales | 1,671.32 | 67.60 | 112,981.23 | |
| Roundwood Cost | 1,671.32 | 49.17 | (82,178.80) | |
| | | | 30,802.43 | $ 30,802.43 |
| | | | | |
| **Brookbank - Decrease Roundwood by 420.92 CCF** | | | | |
| | **Volume-Cords** | **Average** | **Amount** | |
| Roundwood Sales | (534.57) | 67.60 | (36,136.93) | |
| Roundwood Cost | (534.57) | 49.17 | 26,284.81 | |
| | | | (9,852.12) | $ (9,852.12) |
| | | | | |
| **Manaco - Decrease Roundwood by 272.00 CCF** | | | | |
| | **Volume-Cords** | **Average** | **Amount** | |
| Roundwood Sales | (345.44) | 67.60 | (23,351.74) | |
| Roundwood Cost | (345.44) | 49.17 | 16,985.28 | |
| | | | (6,366.46) | $ (6,366.46) |
| | | | | |
| **17. Lumber Sales - Freight Cost** | | | | |
| | **MBF** | **Average** | **Amount** | |
| 3rd Quarter 1995 | 5,095.00 | 6.84 | 34,849.80 | |
| 4th Quarter 1995 | 8,348.97 | 8.62 | 71,968.12 | |
| 1st Quarter 1996 | 5,159.94 | 9.77 | 50,412.61 | |
| 2nd Quarter 1996 | 4,382.75 | 8.62 | 37,779.31 | |
| 3rd Quarter 1996 | 7,279.97 | 7.76 | 56,492.57 | |
| 4th Quarter 1996 | 913.13 | 5.31 | 4,848.72 | |
| | 31,179.76 | | 256,351.13 | $ (256,351.13) |

## Precision Pine & Timber, Inc.
## Reconciliation Calculations

**Exhibit 22**

| Changes to Lost Market Opportunity - Continued | | | | |
|---|---|---|---|---|
| | | | | Change in |
| **18. Lumber Sales - Discount** | | | | Damages |
| Lumber Sales | | 15,399,482.53 | | |
| Freight | | 256,351.13 | | |
| Net Lumber Sales | | 15,143,131.40 | | |
| Discount rate | | 1.0% | | |
| | | 151,431.31 | | $ (151,431.31) |
| **19. Severance Tax - Logs** | | | | |
| | MBF | Rate | Amount | |
| Pine | 22,620.24 | 2.13 | 48,181.13 | |
| Other Species | 2,323.55 | 1.51 | 3,508.56 | |
| | 24,943.79 | | 51,689.69 | $ (51,689.69) |
| **20. Manufacturing Costs - Adjust to Expected Average based on Actual Costs** | | | | |
| | MBF | Correct Cost | Prior Cost | |
| Winslow Sawmill | 10,186.82 | 63.98 | 80.00 | $ 163,192.86 |
| Heber Sawmill | 9,508.94 | 48.08 | 75.00 | 255,980.66 |
| Eagar Sawmill | 11,484.00 | 48.91 | 70.00 | 242,197.56 |
| | 31,179.76 | | | $ 661,371.08 |
| Winslow Planer | 31,179.76 | 42.63 | 50.00 | $ 229,794.83 |
| **21. Freight to Haul Green Lumber to Winslow Planer** | | | | |
| | MBF | Rate | Amount | |
| Heber Sawmill | 9,508.94 | 18.00 | 171,160.92 | |
| Eagar Sawmill | 11,484.00 | 25.00 | 287,100.00 | |
| | 20,992.94 | | 458,260.92 | $ (458,260.92) |
| **22. Adjust Roundwood Sales Price** | | | | |
| | Cords | Correct Price | Prior Price | |
| | 24,566.38 | 70.00 | 67.60 | $ 58,959.31 |
| **23. Roundwood - Log Cost** | | | | |
| | CCF | Cost | Amount | |
| Monument | 1,100.00 | 10.61 | 11,671.00 | |
| Mud | 4,060.00 | 9.40 | 38,164.00 | |
| Saginaw-Kennedy | 1,658.00 | 10.80 | 17,906.41 | |
| U-Bar - Cords | 48.00 | 3.00 | 144.00 | |
| Brookbank | 5,346.80 | 12.25 | 65,498.30 | |
| Manaco | 1,348.00 | 9.40 | 12,671.20 | |
| Salt | 1,835.00 | 9.40 | 17,249.00 | |
| Kettle | 3,958.00 | 8.85 | 35,028.30 | |
| | 19,353.80 | | 198,332.21 | $ (198,332.21) |

# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

## Changes to Lost Market Opportunity - Continued

| | | | | Change in Damages |
|---|---|---|---|---|
| **24. Chips - Correct Sales Price** | **Tons** | **Correct Price** | **Prior Price** | |
| 3rd Qtr 1995 - 1st Qtr 1996 | 26,231.51 | 17.82 | 18.25 | $ (11,279.55) |
| 2nd Qtr 1996 | 6,179.68 | 17.01 | 17.42 | (2,533.67) |
| 3rd Qtr 1996 - 4th Qtr 1996 | 11,552.27 | 14.06 | 14.40 | (3,927.77) |
| | 43,963.46 | | | $ (17,740.99) |
| **25. Bark - Correct Production Rate** | | | | |
| Lumber Production - MBF | 31,179.76 | | | |
| Production Rate - Tons per MBF | | | | |
| Correct Rate | 0.40 | | | |
| Prior Rate | 0.35 | | | |
| | 0.05 | | | |
| Additional Tons | 1,558.99 | | | |
| Price per Ton | 20.58 | | | |
| Revenue Adjustment | 32,084.01 | | | $ 32,084.01 |
| **26. Shavings - Production Rate** | | | | |
| Lumber Production - MBF | 31,179.76 | | | |
| Production Rate - Tons per MBF | | | | |
| Correct Rate | 0.30 | | | |
| Prior Rate | 0.27 | | | |
| | 0.03 | | | |
| Additional Tons | 935.39 | | | |
| Price per Ton | 9.50 | | | |
| Revenue Adjustment | 8,886.21 | | | $ 8,886.21 |

**Exhibit 22**

## Precision Pine & Timber, Inc.
## Reconciliation Calculations

| Changes to Lost Market Opportunity - Continued | | | | |
|---|---|---|---|---|
| **27. Match Logs Sawn to Sawmill Capacities by Quarter** | | | | |
| **Mud Timber Sale** | **MBF** | **Revised Amt** | **Prior Amt** | **Change in Damages** |
| Sales | | | | |
| Move from 4th Qtr 95 to 1st Qtr 96 | 1,025.00 | 373.58 | 359.42 | 14,514.00 |
| Move from 4th Qtr 95 to 2nd Qtr 96 | 750.00 | 365.21 | 359.42 | 4,342.50 |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 662.50 | 398.87 | 359.42 | 26,135.63 |
| Move from 4th Qtr 95 to 4th Qtr 96 | 486.88 | 422.07 | 359.42 | 30,503.03 |
| Freight | | | | |
| Move from 4th Qtr 95 to 1st Qtr 96 | 1,025.00 | 9.77 | 8.62 | (1,178.75) |
| Move from 4th Qtr 95 to 2nd Qtr 96 | 750.00 | 8.62 | 8.62 | 0.00 |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 662.50 | 7.76 | 8.62 | 569.75 |
| Move from 4th Qtr 95 to 4th Qtr 96 | 486.88 | 5.31 | 8.62 | 1,611.57 |
| Discount | | | | (764.98) |
| Chips | | | | |
| Move from 4th Qtr 95 to 1st Qtr 96 | 1,445.25 | 17.82 | 17.82 | 0.00 |
| Move from 4th Qtr 95 to 2nd Qtr 96 | 1,057.50 | 17.01 | 17.82 | (856.57) |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 934.13 | 14.06 | 17.82 | (3,512.33) |
| Move from 4th Qtr 95 to 4th Qtr 96 | 686.50 | 14.06 | 17.82 | (2,581.24) |
| | | | | $ 68,782.61 |
| **Saginaw-Kennedy Timber Sale** | | | | |
| Sales | | | | |
| Move from 3rd Qtr 96 to Jan-Apr 97 | 1,417.50 | 562.81 | 525.95 | 52,249.05 |
| Freight | | | | |
| Move from 3rd Qtr 96 to Jan-Apr 97 | 1,417.50 | 5.31 | 7.76 | 3,472.88 |
| Discount | | | | (557.22) |
| Chips | | | | |
| Move from 3rd Qtr 96 to Jan-Apr 97 | 1,998.68 | 14.06 | 14.06 | 0.00 |
| | | | | $ 55,164.71 |
| **U-Bar Timber Sale** | | | | |
| Sales - Pine | | | | |
| Move from 1st Qtr 96 to 4th Qtr 96 | 387.50 | 712.39 | 547.67 | 63,829.00 |
| Move from 1st Qtr 96 to Jan-Apr 97 | 1,893.06 | 712.38 | 547.67 | 311,805.91 |
| Sales - Douglas Fir | | | | |
| Move from 1st Qtr 96 to 2nd Qtr 96 | 750.00 | 420.97 | 374.33 | 34,980.00 |
| Move from 1st Qtr 96 to 3rd Qtr 96 | 675.00 | 512.25 | 374.33 | 93,096.00 |
| Move from 1st Qtr 96 to 4th Qtr 96 | 276.25 | 461.90 | 374.33 | 24,191.21 |
| Freight | | | | |
| Move from 1st Qtr 96 to 4th Qtr 96 | 387.50 | 5.31 | 9.77 | 1,728.25 |
| Move from 1st Qtr 96 to Jan-Apr 97 | 1,893.06 | 5.31 | 9.77 | 8,443.05 |
| Move from 1st Qtr 96 to 2nd Qtr 96 | 750.00 | 8.62 | 9.77 | 862.50 |
| Move from 1st Qtr 96 to 3rd Qtr 96 | 675.00 | 7.76 | 9.77 | 1,356.75 |
| Move from 1st Qtr 96 to 4th Qtr 96 | 276.25 | 5.31 | 9.77 | 1,232.08 |
| Discount | | | | (5,415.25) |
| Chips | | | | |
| Move from 1st Qtr 96 to 4th Qtr 96 | 546.38 | 14.06 | 17.82 | (2,054.39) |
| Move from 1st Qtr 96 to Jan-Apr 97 | 2,669.21 | 14.06 | 17.82 | (10,036.23) |
| Move from 1st Qtr 96 to 2nd Qtr 96 | 1,057.50 | 17.01 | 17.82 | (856.57) |
| Move from 1st Qtr 96 to 3rd Qtr 96 | 951.75 | 14.06 | 17.82 | (3,578.58) |
| Move from 1st Qtr 96 to 4th Qtr 96 | 389.51 | 14.06 | 17.82 | (1,464.56) |
| | | | | $ 518,119.17 |

**Precision Pine & Timber, Inc.**
**Reconciliation Calculations**

**Exhibit 22**

| Changes to Lost Market Opportunity - Continued | | | | |
|---|---|---|---|---|
| | | | | |
| **27. Match Logs Sawn to Sawmill Capacities by Quarter - Continued** | | | | |
| | | | | **Change in** |
| **Brookbank Timber Sale** | **MBF** | **Revised Amt** | **Prior Amt** | **Damages** |
| Sales | | | | |
| Move from 2nd Qtr 96 to Jan-Apr 97 | 1,289.56 | 556.72 | 474.89 | 105,524.69 |
| Freight | | | | |
| Move from 2nd Qtr 96 to Jan-Apr 97 | 1,289.56 | 5.31 | 8.62 | 4,268.44 |
| Discount | | | | (1,097.93) |
| Chips | | | | |
| Move from 2nd Qtr 96 to Jan-Apr 97 | 1,818.28 | 14.06 | 17.01 | (5,363.93) |
| | | | | $ 103,331.27 |
| **Jersey Horse Timber Sale** | | | | |
| Sales | | | | |
| Move from 3rd Qtr 95 to 4th Qtr 96 | 402.50 | 712.38 | 565.78 | 59,006.50 |
| Move from 4th Qtr 95 to 4th Qtr 96 | 553.75 | 712.38 | 554.78 | 87,271.00 |
| Move from 1st Qtr 96 to 4th Qtr 96 | 256.25 | 712.38 | 547.68 | 42,204.38 |
| Move from 1st Qtr 96 to Jan-Apr 97 | 71.25 | 712.39 | 547.68 | 11,735.59 |
| Move from 3rd Qtr 96 to Jan-Apr 97 | 616.25 | 712.39 | 651.85 | 37,307.78 |
| Freight | | | | |
| Move from 3rd Qtr 95 to 4th Qtr 96 | 402.50 | 5.31 | 6.84 | 615.83 |
| Move from 4th Qtr 95 to 4th Qtr 96 | 553.75 | 5.31 | 8.62 | 1,832.91 |
| Move from 1st Qtr 96 to 4th Qtr 96 | 256.25 | 5.31 | 9.77 | 1,142.88 |
| Move from 1st Qtr 96 to Jan-Apr 97 | 71.25 | 5.31 | 9.77 | 317.78 |
| Move from 3rd Qtr 96 to Jan-Apr 97 | 616.25 | 5.31 | 7.76 | 1,509.81 |
| Discount | | | | (2,429.44) |
| Chips | | | | |
| Move from 3rd Qtr 95 to 4th Qtr 96 | 567.53 | 14.06 | 17.82 | (2,133.91) |
| Move from 4th Qtr 95 to 4th Qtr 96 | 780.79 | 14.06 | 17.82 | (2,935.77) |
| Move from 1st Qtr 96 to 4th Qtr 96 | 361.31 | 14.06 | 17.82 | (1,358.53) |
| Move from 1st Qtr 96 to Jan-Apr 97 | 100.46 | 14.06 | 17.82 | (377.73) |
| Move from 3rd Qtr 96 to Jan-Apr 97 | 868.91 | 14.06 | 14.06 | 0.00 |
| | | | | $ 233,709.08 |
| **Manaco Timber Sale** | | | | |
| Sales | | | | |
| Move from 3rd Qtr 95 to 4th Qtr 95 | 837.50 | 476.36 | 459.11 | 14,446.88 |
| Move from 3rd Qtr 95 to 2nd Qtr 96 | 325.00 | 484.65 | 459.11 | 8,300.50 |
| Move from 3rd Qtr 95 to 3rd Qtr 96 | 1,617.50 | 525.94 | 459.11 | 108,097.53 |
| Freight | | | | |
| Move from 3rd Qtr 95 to 4th Qtr 95 | 837.50 | 8.62 | 6.84 | (1,490.75) |
| Move from 3rd Qtr 95 to 2nd Qtr 96 | 325.00 | 8.62 | 6.84 | (578.50) |
| Move from 3rd Qtr 95 to 3rd Qtr 96 | 1,617.50 | 7.76 | 6.84 | (1,488.10) |
| Discount | | | | (1,272.88) |
| Chips | | | | |
| Move from 3rd Qtr 95 to 4th Qtr 95 | 1,180.88 | 17.82 | 17.82 | 0.00 |
| Move from 3rd Qtr 95 to 2nd Qtr 96 | 458.25 | 17.01 | 17.82 | (371.18) |
| Move from 3rd Qtr 95 to 3rd Qtr 96 | 2,280.68 | 14.06 | 17.82 | (8,575.36) |
| | | | | $ 117,068.14 |
| | | | | |

## Precision Pine & Timber, Inc.
## Reconciliation Calculations

**Exhibit 22**

### Changes to Lost Market Opportunity - Continued

### 27. Match Logs Sawn to Sawmill Capacities by Quarter - Continued

| Salt Timber Sale | MBF | Revised Amt | Prior Amt | Change in Damages |
|---|---|---|---|---|
| Sales | | | | |
| Move from 3rd Qtr 95 to 4th Qtr 95 | 860.00 | 476.35 | 459.11 | 14,826.40 |
| Move from 3rd Qtr 96 to 4th Qtr 96 | 1,340.00 | 562.81 | 525.95 | 49,392.40 |
| Freight | | | | |
| Move from 3rd Qtr 95 to 4th Qtr 95 | 860.00 | 8.62 | 6.84 | (1,530.80) |
| Move from 3rd Qtr 96 to 4th Qtr 96 | 1,340.00 | 5.31 | 7.76 | 3,283.00 |
| Discount | | | | (659.71) |
| Chips | | | | |
| Move from 3rd Qtr 95 to 4th Qtr 95 | 1,212.60 | 17.82 | 17.82 | 0.00 |
| Move from 3rd Qtr 96 to 4th Qtr 96 | 1,889.40 | 14.06 | 14.06 | 0.00 |
| | | | | $ 65,311.29 |
| **Hay Timber Sale** | | | | |
| Sales - Pine | | | | |
| Move from 3rd Qtr 95 to 1st Qtr 96 | 253.75 | 547.68 | 565.79 | (4,595.41) |
| Move from 4th Qtr 95 to 1st Qtr 96 | 601.25 | 547.68 | 554.78 | (4,268.88) |
| Move from 4th Qtr 95 to 2nd Qtr 96 | 87.50 | 584.50 | 554.78 | 2,600.50 |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 164.59 | 651.84 | 554.78 | 15,975.11 |
| Sales - Douglas Fir | | | | |
| Move from 3rd Qtr 95 to 3rd Qtr 96 | 43.75 | 512.25 | 418.65 | 4,095.00 |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 163.75 | 512.25 | 359.65 | 24,988.25 |
| Move from 1st Qtr 96 to 3rd Qtr 96 | 33.75 | 512.25 | 374.36 | 4,653.79 |
| Move from 2nd Qtr 96 to 3rd Qtr 96 | 80.69 | 512.25 | 420.98 | 7,364.58 |
| Freight | | | | |
| Move from 3rd Qtr 95 to 1st Qtr 96 | 253.75 | 9.77 | 6.84 | (743.49) |
| Move from 4th Qtr 95 to 1st Qtr 96 | 601.25 | 9.77 | 8.62 | (691.44) |
| Move from 4th Qtr 95 to 2nd Qtr 96 | 87.50 | 8.62 | 8.62 | 0.00 |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 164.59 | 7.76 | 8.62 | 141.55 |
| Move from 3rd Qtr 95 to 3rd Qtr 96 | 43.75 | 7.76 | 6.84 | (40.25) |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 163.75 | 7.76 | 8.62 | 140.83 |
| Move from 1st Qtr 96 to 3rd Qtr 96 | 33.75 | 7.76 | 9.77 | 67.84 |
| Move from 2nd Qtr 96 to 3rd Qtr 96 | 80.69 | 7.76 | 8.62 | 69.39 |
| Discount | | | | (497.57) |
| Chips | | | | |
| Move from 3rd Qtr 95 to 1st Qtr 96 | 357.79 | 17.82 | 17.82 | 0.00 |
| Move from 4th Qtr 95 to 1st Qtr 96 | 847.76 | 17.82 | 17.82 | 0.00 |
| Move from 4th Qtr 95 to 2nd Qtr 96 | 123.38 | 17.01 | 17.82 | (99.94) |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 232.07 | 14.06 | 17.82 | (872.58) |
| Move from 3rd Qtr 95 to 3rd Qtr 96 | 61.69 | 14.06 | 17.82 | (231.95) |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 230.89 | 14.06 | 17.82 | (868.15) |
| Move from 1st Qtr 96 to 3rd Qtr 96 | 47.59 | 14.06 | 17.82 | (178.94) |
| Move from 2nd Qtr 96 to 3rd Qtr 96 | 113.77 | 14.06 | 17.01 | (335.62) |
| | | | | $ 46,672.62 |

**Precision Pine & Timber, Inc.**
**Reconciliation Calculations**

**Exhibit 22**

## Changes to Lost Market Opportunity - Continued

### 27. Match Logs Sawn to Sawmill Capacities by Quarter - Continued

| Kettle Timber Sale | MBF | Revised Amt | Prior Amt | Change in Damages |
|---|---|---|---|---|
| Sales | | | | |
| Move from 1st Qtr 96 to 4th Qtr 96 | 34.38 | 562.80 | 479.18 | 2,874.86 |
| Move from 2nd Qtr 96 to 4th Qtr 96 | 38.75 | 562.80 | 484.62 | 3,029.48 |
| Move from 3rd Qtr 96 to 4th Qtr 96 | 1,541.84 | 562.80 | 525.94 | 56,832.22 |
| Freight | | | | |
| Move from 1st Qtr 96 to 4th Qtr 96 | 34.38 | 5.31 | 9.77 | 153.33 |
| Move from 2nd Qtr 96 to 4th Qtr 96 | 38.75 | 5.31 | 8.62 | 128.26 |
| Move from 3rd Qtr 96 to 4th Qtr 96 | 1,541.84 | 5.31 | 7.76 | 3,777.51 |
| Discount | | | | (667.96) |
| Chips | | | | |
| Move from 1st Qtr 96 to 4th Qtr 96 | 48.48 | 14.06 | 17.82 | (182.28) |
| Move from 2nd Qtr 96 to 4th Qtr 96 | 54.64 | 14.06 | 17.01 | (161.19) |
| Move from 3rd Qtr 96 to 4th Qtr 96 | 2,173.99 | 14.06 | 14.06 | 0.00 |
| | | | | $ 65,784.23 |
| **O.D. Ridge Timber Sale** | | | | |
| Sales - Pine | | | | |
| Move from 4th Qtr 95 to 1st Qtr 96 | 1,062.50 | 539.63 | 543.60 | (4,218.13) |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 11.25 | 626.97 | 543.60 | 937.91 |
| Move from 2nd Qtr 96 to 3rd Qtr 96 | 73.75 | 626.97 | 563.20 | 4,703.04 |
| Sales - Douglas Fir | | | | |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 261.25 | 512.25 | 359.65 | 39,866.75 |
| Move from 2nd Qtr 96 to 3rd Qtr 96 | 180.00 | 512.25 | 420.97 | 16,430.40 |
| Sales - Spruce | | | | |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 156.25 | 391.76 | 354.16 | 5,875.00 |
| Move from 2nd Qtr 96 to 3rd Qtr 96 | 107.50 | 391.76 | 372.16 | 2,107.00 |
| Freight | | | | |
| Move from 4th Qtr 95 to 1st Qtr 96 | 1,062.50 | 9.77 | 8.62 | (1,221.88) |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 11.25 | 7.76 | 8.62 | 9.67 |
| Move from 2nd Qtr 96 to 3rd Qtr 96 | 73.75 | 7.76 | 8.62 | 63.43 |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 417.50 | 7.76 | 8.62 | 359.05 |
| Move from 2nd Qtr 96 to 3rd Qtr 96 | 287.50 | 7.76 | 8.62 | 247.25 |
| Discount | | | | (651.59) |
| Chips | | | | |
| Move from 4th Qtr 95 to 1st Qtr 96 | 1,498.13 | 17.82 | 17.82 | 0.00 |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 15.86 | 14.06 | 17.82 | (59.63) |
| Move from 2nd Qtr 96 to 3rd Qtr 96 | 103.99 | 14.06 | 17.01 | (306.77) |
| Move from 4th Qtr 95 to 3rd Qtr 96 | 588.68 | 14.06 | 17.82 | (2,213.44) |
| Move from 2nd Qtr 96 to 3rd Qtr 96 | 405.38 | 14.06 | 17.01 | (1,195.87) |
| | | | | $ 60,732.19 |

# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

| Changes to Manufacturing Costs | | | | |
|---|---|---|---|---|
| | | | | Change in Damages |
| **1. Remove Overhead Items** | | | | |
| C-0118 Eagar Sawmill - Key Employees | | 48,806.06 | | |
| C-0119 Eagar Sawmill - Security | | 2,706.55 | | |
| C-0120 Eagar Sawmill - Idle Equipment Costs | | 33,455.62 | | |
| C-0126 Heber Sawmill - Key Employees | | 50,989.86 | | |
| C-0127 Heber Sawmill - Idle Equipment Costs | | 74,880.83 | | |
| C-0135 Winslow Sawmill - Key Employees | | 3,511.94 | | |
| | | 214,350.86 | | $ (214,350.86) |
| **2. Adjust Increased Manufacturing Cost** | | | | |
| | **Correct** | **Prior** | | |
| C-0121 - Eagar Sawmill | 107,047.47 | 383,846.88 | (276,799.41) | |
| C-0128 - Heber Sawmill | 17,931.93 | 163,508.79 | (145,576.86) | |
| C-0136 - Winslow Sawmill & Planer | 255,731.80 | 1,626,248.28 | (1,370,516.48) | |
| | | | (1,792,892.75) | $ (1,792,892.75) |
| **3. Adjust Cost of TRRI Idle Equipment at Heber** | | | | |
| | **Correct** | **Prior** | | |
| C-0133 | 75,351.31 | 178,119.59 | (102,768.28) | $ (102,768.28) |
| **Changes to Other Costs** | | | | |
| **1. Credit on Mud Timber Sale** | | | | $ (65,796.66) |

# Precision Pine & Timber, Inc.
# Reconciliation Calculations

**Exhibit 22**

| Changes to Company-Wide Expenses | | | | |
|---|---|---|---|---|
| | | | | Change in Damages |
| **1. Remove Overhead Items** | | | | |
| C-0146 - Key Employees | | 32,975.06 | | |
| C-0150 - Sales Office Depreciation | | 8,962.54 | | |
| | | 41,937.60 | | $ (41,937.60) |
| **2. Remove Increase Cost of Unemployment Insurance C-00147** | | | | $ (147,356.95) |
| **3. Correct Interest Costs** | | | | |
| | | **Correct** | **Prior** | |
| C-0148 | | 577,425.76 | 542,260.13 | $ 35,165.63 |
| **4. Correct Claim Preparation Cost & Attorney Fees** | | | | |
| | **Correct** | **Prior** | | |
| Claim Preparation Costs (Client) - C-0149 | 23,219.04 | 36,009.49 | (12,790.45) | |
| Claim Preparation Costs (Attorney) | 122,492.86 | 114,508.09 | 7,984.77 | |
| C6.01 Attorneys Fees through 7/30/01 | 444,613.14 | | | |
| C6.01 Attorneys Fees from 8/01/01 through 7/31/03 | 349,982.86 | | | |
| C6.01 Attorneys Fees from 8/01/03 through 10/31/03 | 358,522.31 | | | |
| | 1,153,118.31 | 606,674.55 | 546,443.76 | |
| | | | 541,638.08 | $ 541,638.08 |