**U.S. Department of Justice**

Civil Division

DMC:KAB:DHarrington
DJ No. 154-98-720

Telephone: (202) 307-0277
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

November 21, 2003

*Via Facsimile & U.S. Mail*

Richard W. Goeken, Esq.
Saltman & Stevens, P.C.
1801 K Street, N.W.
Washington, D.C. 20006

Re: *Precision Pine & Timber, Inc. v. United States*,
Fed. Cl. No. 98-720C (Chief Judge Damich)

Dear Rick:

As you know, I received your expert reports earlier this week. Having now had a chance to look at the reports, it appears that the reports of James Matson and Martin Devere are consistent with the claim set forth in Precision Pine & Timber, Inc.'s ("Precision Pine's") February 26, 2003 calculations binder. On the other hand, the report of Robert Ness "recommends" various significant changes to Precision Pine's claim.

Please let me know as soon as possible if Precision Pine intends to adopt some or all of the recommended changes in Mr. Ness's report. In addition, to the extent that Precision Pine makes any changes to its claim, please supplement your interrogatory answers in accordance with RCFC 26(e).

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch