SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217
Email: rgoeken@saltmanandstevens.com

November 21, 2003

**VIA FACSIMILE**

David A. Harrington, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W. 8th Floor
Washington, D.C. 20530

Re: Precision Pine & Timber, Inc. v. United States
Case No. 98-720c (Chief Judge Damich)

Dear David:

This letter is in response to your letter dated November 21, 2003, which was faxed to our office the same day, in which you ask whether Precision Pine has adopted the recommendations made by Mr. Ness. In this regard, I direct your attention to my letter to you of November 18, 2003 which accompanied the expert witness reports. The concluding sentence of that letter states: "Please be advised that Precision Pine adopts the changes to its damage calculations as recommended by Mr. Ness." I trust this answers your question.

Your letter of November 21, 2003 also requests that Precision Pine supplement its interrogatory answers. Precision Pine is presently reviewing the government's interrogatories and will, of course, supplement its responses to the extent warranted.

Very truly yours,

SALTMAN & STEVENS, P.C.

Richard W. Goeken

RWG/ecf