# In the United States Court of Federal Claims

No. 98-720 C
(Filed December 5, 2003)

**********************************
*
**PRECISION PINE & TIMBER, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
**********************************

**ORDER**

Defendant's Unopposed Motion for Enlargement of Time, filed on December 3, 2003, is hereby GRANTED.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge