# In the United States Court of Federal Claims

No. 98-720 C
(Filed December 5, 2003)

*******************************************
**PRECISION PINE & TIMBER, INC.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

*******************************************

**ORDER**

The new discovery schedule shall be as follows:

(1) Defendant's expert reports shall be completed by **January 5, 2004.**

(2) Formal discovery shall be completed by **February 12, 2004**, at which time a draft trial preparation order shall be submitted.

(3) Any memorandum by either of the parties indicating a notice of intent to file a dispositive motion shall be filed by **February 26, 2004**.

IT IS SO ORDERED.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge