# In the United States Court of Federal Claims

No. 98-720 C
(Filed December 16, 2003)

*********************************** 

| | |
|---|---|
| | * |
| **PRECISION PINE & TIMBER, INC.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |

***********************************

**ORDER**

It is hereby ORDERED that the Court will hold a status conference on January 9, 2004, at 10:00 am Eastern Time. All parties shall appear by telephone. Counsel shall call the judicial assistant of Chief Judge Damich, Ms. Carolyn Palmer-Miller, at (202) 219-1433 to provide the number where he can be reached. Counsel shall provide this information one business day before the conference.

It is further ORDERED that the parties shall submit a joint status report on or before January 5, 2004. The joint status report shall inform the Court of the ways in which the parties propose to narrow the issue of damages. Counsel shall provide, via facsimile or e-mail to damich_chambers@ao.uscourts.gov, a copy of the joint status report to Chambers the day the report is filed.

IT IS SO ORDERED.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge