**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an 9-day enlargement of time, to and including December 31, 2003, within which to file and serve a reply brief in support of our motion for reconsideration.[1] The United States' reply is currently due on December 22, 2003. This is the United States' first request for an enlargement of time for this purpose. We have discussed this request with counsel for plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), who has informed us that Precision Pine will oppose this motion.

On December 1, 2003, the Court ordered Precision Pine to file a response to the United States' motion for reconsideration by December 15, 2003, and the United States to file a reply pursuant to RCFC 7.1. Order of Chief Judge Damich (Dec. 1, 2003). In a subsequent amendment of its order, the Court directed the United States to file its reply by December 22, 2003.

At 8:00 p.m., on December 15, 2003, Precision Pine filed a 23-page response to the United States' motion for reconsideration. The next day, December 16, 2003, undersigned

---

[1] The requested enlargement is modest. It seeks only five additional business days, one of which is Christmas Eve, to complete the United States' brief. And it does not affect any other deadline in this action.

counsel began preparing the United States' reply. However, shortly after beginning this work, counsel was assigned to represent the United States in a bid protest being filed in the United States Court of Federal Claims. The pre-filing notice served upon the Government stated that plaintiff would seek preliminary injunctive relief. Additionally, counsel anticipates that the bid protest, which involves the United States Army's expedited procurement of engine intake filters for helicopters operating in Iraq, will proceed particularly quickly because delivery of the filters at issue is to begin as early as January 2004. As a result of the pending bid protest, counsel has been unable to dedicate significant time to preparing the United States' reply brief in this action.

This enlargement of time is sought to enable the United States' counsel of record to draft the United States' reply brief and to complete the supervisory review process. The requested enlargement of time is reasonable under the circumstances and is necessary to ensure adequate time for defendant to prepare a thorough reply that will be of greatest benefit to the Court.

For these reasons, the United States respectfully requests that the Court grant this motion for an enlargement of nine days, to and including December 31, 2003, within which to file a reply in support of its motion for reconsideration.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

Attorneys for Defendant

December 18, 2003