# In the United States Court of Federal Claims

No. 98-720 C
(Filed December 18, 2003)

**********************************
*
**PRECISION PINE & TIMBER, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
**********************************

## ORDER

Defendant's Motion for Enlargement of Time is hereby GRANTED. It is therefore ORDERED that Defendant will file its reply to Plaintiff's response to Defendant's motion for reconsideration on or before December 31, 2003.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge