# In the United States Court of Federal Claims

No. 98-720 C
(Filed January 30, 2004)

```
**********************************
                                       *
PRECISION PINE & TIMBER, INC.,         *
                                       *
            Plaintiff,                 *
                                       *
      v.                               *
                                       *
THE UNITED STATES,                     *
                                       *
            Defendant.                 *
                                       *
**********************************
```

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, with the objective of promoting docket efficiency in recognition of the addition of Judge George Miller to the bench, and with his concurrence, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge George Miller.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge