# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C (Filed February 3, 2004) |

ORDER

The parties' Joint Motion to Enlarge the Period for Discovery by Eleven Days, dated January 30, 2004, is hereby GRANTED. The deadline for formal discovery is extended from Thursday, February 12, 2004 to Monday, February 23, 2004.

IT IS SO ORDERED.

/s/George W. Miller
GEORGE W. MILLER
Judge