# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed March 1, 2004 |
| THE UNITED STATES, Defendant. | |

## ORDER

On Wednesday, February 25, 2004, counsel for plaintiff contacted chambers to request that the Court hold an in-person status conference in this case. Counsel for defendant had been consulted and did not oppose a status conference. Additionally, counsel for defendant agreed to the date proposed by plaintiff's counsel. The Court understands that the parties have completed discovery and wish to discuss a schedule for further proceedings. The Court understands that the parties also anticipate some discussion regarding the March 11, 2004 due date for dispositive motions in a related Precision Pine & Timber case, No. 02-131 C. The parties are represented by the same counsel in both cases.

The Court, therefore, ORDERS that the parties, through their counsel, shall appear for an in-person status conference on Tuesday, March 9, 2004 at 2:30 p.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The proceedings will be in open court and on the record. The parties are ORDERED to be prepared, at that time, to discuss the course of further proceedings in this case, as well as the briefing of dispositive motions in No. 02-131 C.

The Court ORDERS that the Order dated February 26, 2004 shall be stricken for lack of electronic signature.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge