## Harrington, David

**From:** alan@saltmanandstevens.com
**Sent:** Thursday, March 11, 2004 4:44 PM
**To:** GWMiller_chambers@ao.uscourts.gov
**Cc:** Harrington, David
**Subject:** Precision Pine v. US No. 98-720C

tmp.htm

Harington March 10, 2004.doc

Dear Judge Miller

Per the status conference that was held in this matter on Tuesday we have identified the steps that we would propose leading up to a trial in the above referenced matter commencing June 14, 2004 and e-mailed them over to Mr. Harrington's office yesterday. (Our letter in that regard is attached.)

Mr. Harrington has called and advised me that the government believes that the proposed schedule is too aggressive particularly in light of the briefing schedule that was just established in 02-131C. He also indicated that the government does not agree with our suggested use of written witness statements in lieu of direct examination.

Respectfully Submitted

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, NW
Suite M110
Washington, D.C. 20006
Ph: (202) 452-2140 Fax: (202) 775-8217

---

This electronic message transmission contains information from the law firm of Saltman & Stevens, P.C. which may be confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (202)452-2140 or by electronic mail at the above address.

*SALTMAN & STEVENS, P.C.*
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217
E-mail: asaltman@saltmanandstevens.com

March 10, 2004

**VIA E-MAIL**

David A. Harrington, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Re: Precision Pine & Timber, Inc. v. United States, CoFC No. 98-720C

Dear David:

Per Judge Miller's request, set forth below are the steps that we would propose leading up to a trial commencing June 14, 2004. As you will note, in an attempt to shorten the trial, we would also suggest that for non-hostile, non-expert witnesses, the parties submit written witness statements in lieu of direct examination. Our calculation is that this would save about two weeks of trial time. Such being the case, although the schedule below is based on the trial commencing June 14, 2004, we think that it would be possible to move the trial date back a week or so, say to June 21, which would permit all other dates to move back a week as well.

Our proposed schedule of pre-trial activities is as follows:

| | |
|---|---|
| Exchange preliminary witness lists | March 19, 2004 |
| Exchange final witness lists | March 31, 2004 |
| Exchange lists of proposed exhibits | April 30, 2004 |
| Discuss any issues of admissibility of testimony and exhibits | May 6, 2004 |
| Make any assertions to the court about inadmissibility, file motions in *limine*, etc. | May 14, 2004 |

David A. Harrington, Esq.
U.S. Department of Justice
March 10, 2004
Page 2

| | |
|---|---|
| Finalize the proposed list of all exhibits and prepare four complete sets of same | Ten days after the for court's ruling or May 21, 2004 (which ever is later) |
| Submit and exchange written testimony for all non-hostile, non-expert witnesses setting forth, in question and answer format, their testimony on direct examination. (Witness statements for experts would be optional) | May 28, 2004 |
| Hold pre-trial conference to deal with any remaining matters | June 1, 2004 |
| Commence Trial | June 14, 2004 |

Please review the above and, totally without prejudice to the government's position that dispositive motions prior to trial is the best way to proceed, let me know your thoughts.

Sincerely yours,

SALTMAN & STEVENS, P.C.

*Alan*

Alan I. Saltman

AIS/ecf