# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br>Filed March 19, 2004 |

## ORDER

At the status conference held on March 9, 2004, the Court requested that plaintiff submit a proposed schedule of pre-trial activities leading to a trial date in June 2004. The Court received plaintiff's proposed schedule on March 11, 2004. The Court appreciates the promptness with which the proposed schedule was submitted and found it to be very helpful. After considering the discussion at the status conference, the proposed schedule, and defendant's position regarding the proposed schedule, however, the Court has decided not to adopt plaintiff's proposed schedule exactly as set forth in plaintiff's March 11 submission. Defendant stated at the status conference that it intends to file a dispositive motion in this case. The Court is inclined to permit the parties to file such motions, if they so choose.

The Court ORDERS that briefing of dispositive motions shall be simultaneous. The Court further ORDERS that all dispositive motions shall be filed and served by Thursday, April 15, 2004, all responses shall be filed and served by Thursday, May 13, 2004, and all replies shall be filed and served by Thursday, May 27, 2004. The Court anticipates holding oral argument on the dispositive motion(s) within two weeks of May 27, 2004, the exact date and time to be determined as promptly as practicable.

The Court further ORDERS that, although the parties remain obliged to file the foregoing papers with the Court utilizing the Official Court Electronic Document Filing System, they shall also effect service of the foregoing papers by personal delivery before 5 p.m. on the filing dates set forth above. Therefore, parties shall not utilize the additional time after service provided by RCFC 6(e) in serving opposition and reply briefs upon each other. *See* RCFC 5(a)(2)(A).

In order to minimize delay, the Court has decided to set a tentative schedule in which the

parties would begin the pre-trial activities contemplated in plaintiff's March 11, 2004 submission almost immediately following oral argument on the dispositive motion(s). The parties' pre-trial activities will proceed while the Court considers the dispositive motion(s). The Court contemplates that after it renders its decision on the dispositive motion(s), it would convene a status conference to assess, in a definitive fashion, the viability of the tentative schedule, as well as to determine the course of further proceedings in light of the Court's decision. Also at that status conference, the parties would discuss the merits of submitting written witness statements in lieu of direct examination for those witnesses who are deemed to be non-hostile, non-expert witnesses.

The tentative schedule is as follows:

| | |
|---|---|
| Exchange preliminary witness lists: | June 18, 2004 |
| Exchange final witness lists: | June 30, 2004 |
| Exchange lists of proposed exhibits: | July 30, 2004 |
| Discuss any issues of admissibility of testimony and exhibits: | August 6, 2004 |
| Make any assertions to the court about inadmissibility, file motions *in limine*, etc.: | August 13, 2004 |
| Finalize the proposed list of all exhibits and prepare four complete sets of same: | Ten days after Court's ruling |
| Pre-trial Conference: | August 30, 2004 |
| Trial begins: | September 13, 2004 |

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge