**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMITS**

Defendant respectfully requests that the Court grant it leave to exceed the 40-page limit set for an opening brief in Rule 5.2(b)(1) of the Rules of the Court of Federal Claims. Our motion for partial summary judgment regarding damages is forty-seven pages long. We have spoken with counsel for plaintiff, who has stated that plaintiff will oppose this motion.

Defendant seeks summary judgment upon a complex damages claim with respect to 14 different timber sale contracts. Indeed, plaintiff's claim as described by its own expert contains seven principal components and numerous subsidiary components. In our motion, we assert arguments concerning each aspect of plaintiff's claim. In addition, we seek to provide sufficient background information so that the Court is well-apprised of the context of the plaintiff's claim, as well as significant past procedural aspects of the pending action. The brief as submitted will best assist the Court in understanding our position and addressing this dispute.

For the foregoing reasons, we respectfully request that the Court grant our motion for leave to file a brief 47 pages long.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

April 16, 2004

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this ____ day of December, 2003, I caused to be served by facsimile and United States mail (first class, postage prepaid) a copy of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Kevin R. Garden, Esq.
Saltman & Stevens
1801 K Street, N.W.
Washington, D.C. 20006

________________________________