No. 98-720C
(Judge George W. Miller)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PRECISION PINE & TIMBER, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

---

APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
REGARDING DAMAGES

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

Attorneys for Defendant

OF COUNSEL:

Lori Polin Jones
Patricia L. Disert
Office of General Counsel
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

Dated: April 16, 2004

## INDEX TO APPENDIX


| Document | Page |
|---|---|
| Declaration of David P. Harris | 1 |
| Excerpts from Plaintiff's Responses to Defendant's First Set of Interrogatories Regarding Damages (served Aug. 25, 2003) | 7 |
| Excerpts from Plaintiff's Supplemental Answers to Defendant's First Set of Interrogatories (served Oct. 14, 2003) | 13 |
| Plaintiff's Second Supplemental Answer to Defendant's Ninth Interrogatory (served Oct. 27, 2003) | 74 |
| Plaintiff's Second Supplemental Answer to Defendant's Forty First Interrogatory (served Oct. 27, 2003 | 76 |
| Excerpts from Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories (served Dec. 18, 2003) | 88 |
| Excerpts from Plaintiff's Responses to Defendant's First Set of Requests for Admission on Damages (served Aug. 25, 2003) | 92 |
| Excerpts from Precision Pine's February 26, 2003 Calculation Binder | 96 |
| Letter from Richard W. Goeken to David A. Harrington (Nov. 18, 2003) | 99 |
| Expert Report of Robert A. Ness (Nov. 14, 2003) (with selected exhibits attached) | 101 |
| Excerpts from the Deposition of John B. Smith (Feb. 2, 2004) (with selected deposition exhibits attached) | 133 |
| Excerpts from the Deposition of Lorin D. Porter (Feb. 3, 2004) | 150 |
| Excerpts from the Deposition of Lorin D. Porter (Feb. 4, 2004) | 160 |
| Excerpts from the Deposition of Lorin D. Porter (Feb. 11, 2004) | 163 |
| Excerpts from the Deposition of Lewis N. Tenney, Jr. (Feb. 5, 2004) | 169 |
| Excerpts from the Deposition of Rhonda M Ryan (Feb. 6, 2004) | 179 |

Excerpts from the Deposition of Mel Bowers (Feb. 10, 2004) (with deposition exhibit 19 attached) . . . . . 182

Excerpts from the Deposition of Stephen Reidhead (Feb. 11, 2004) (with deposition exhibit 10 attached) . . . . . 186

Excerpts from the Deposition of Robert A. Ness (Feb. 17, 2004) . . . . . 193

Excerpts from the Transcript of Proceedings on May 20, 2003 in *Precision Pine & Timber, Inc. v. United States*, No. 98-720C . . . . . 196

Excerpts from the Transcript of Proceedings on October 1, 2003 in *Precision Pine & Timber, Inc. v. United States*, No. 98-720C . . . . . 200

Excerpts from the Transcript of Proceedings on November 11, 2003 in *Precision Pine & Timber, Inc. v. United States*, No. 98-720C . . . . . 204

O.D. Ridge Timber Sale Contract . . . . . 217

Kettle Multi-Product Sale Contract . . . . . 316

Letter from Reidhead Lumber Company to USDA Forest Service (Dec. 18, 1989) . . . . . 419

Agreement to Modify the Hay Timber Sale (Jan. 17, 1990) . . . . . 420

Letter from John B. Smith to Robert Leaverton (Dec. 9, 1996) . . . . . 421

Memorandum from James L. Cooley to Robert Leaverton (Dec. 13, 1996) . . . . . 422

Letter from Robert J. Leaverton to Lewis N. Tenney, Jr. (Jan. 29, 1997) . . . . . 423

Stipulation in *Silver v. Babbit*, Case Nos. CIV-94-0337-PHX-CAM & CIV-94-1610-PHX-CAM (Oct. 18, 1995) . . . . . 424

Third Party Agreement regarding the St. Joe Timber Sale (April 14, 1992) . . . . . 434

Letter from Ken Broyles to Precision Pine & Timber, Inc. (Aug. 15, 1997) . . . . . 437

Timber Sale Inspection Report regarding the St. Joe Timber Sale (May 16, 1996) . . . 439

Timber Sale Inspection Report regarding the Mud Multi-Product Sale (Aug. 5, 1996) . . . . . 440

Timber Sale Inspection Report regarding the Brookbank Multi-Product Sale (Dec. 18, 1997) . . . . . . . . . . 441

Timber Sale Inspection Report regarding the Manaco Multi-Product Sale (Feb. 3, 1998) . . . . . . . . . . 442

Timber Sale Inspection Report regarding the Hutch-Boondock Multi-Product Sale (Dec. 5, 1995) . . . . . . . . . . 444

Timber Sale Inspection Report regarding the U-Bar Multi-Product Sale (May 13, 1997) . . . . . . . . . . 445

Timber Sale Inspection Report regarding the Hay Timber Sale (Jan. 7, 1997) . . . . . . . 446

Timber Sale Inspection Report regarding the Jersey Horse Timber Sale (Oct. 24, 1997) . . . . . . . . . . 448

Timber Sale Inspection Report regarding the Brann Multi-Product Sale (May 8, 1997) . . . . . . . . . . 449

Precision Pine & Timber, Inc. Inventory Summaries . . . . . . . . . . 451

Excerpts from Precision Pine's First Supplemental Answer to Interrogatory 36 (served Oct. 14, 2003) . . . . . . . . . . 455

Letter from Lewis N. Tenney, Jr. to Stephen L. Gunzel (Aug. 14, 1998) . . . . . . . . . . . 464

Draft Letter to Milo Larson from Lorin D. Porter (Mar. 22, 1996) . . . . . . . . . . 466

Letter from John B. Smith to Patty Bennett (May25, 1995) . . . . . . . . . . 468

Letter from John B. Smith to Various Interested Parties (Jan. 22, 1997) . . . . . . . . . . . 469