used year round. Thus, I recommend calculating monthly ownership expenses by dividing the annual ownership expense by 12. Since idle equipment cost is an overhead item, I also recommend removing TRRI's overhead markup from the calculation. Also, Precision Pine's general & administrative overhead should be reduced to 7.6% as calculated on Exhibit 19. The total effect of these changes would reduce damages by $102,767.28.

**Other Cost Items**

1. The Forest Service has previously given a credit back to Precision Pine for a partial cancellation of the Mud timber sale per an agreement dated on August 15, 1996. This credit should reduce the damages. The total effect of this change would reduce damages by $65,796.66.

2. Page C-0142 of Precision Pine's February 26, 2003 damage calculation binder contains the "Increased Cost of Production at the Pellet Mill". My review discloses that average monthly production at the pellet mill remained fairly constant during the suspension. Although the possibility remains that some level of inefficiency was experienced at the pellet mill, I recommend that this item of damage not be asserted. Because the increased costs for the pellet mill shown on C-0142 were mistakenly not included in the grand total of damages set out at page C-0002 of the calculation binder, the effect of my recommendation not to assert any claim for increased cost of production at the pellet mill neither increases nor decreases damages.

**Company-Wide Expenses**

1. I recommend deleting the cost of retaining key employees and the unamortized depreciation of the sales office as these again are overhead items that would have been absorbed by the anticipated revenue generated from harvesting and processing these timber sales. The effect of these changes would reduce damages by $41,937.60

2. I reviewed the unemployment insurance reports for the period before and during the suspension. The unemployment insurance rate was affected adversely upon Precision Pine's purchase of the plant at Winslow, because Precision Pine had to absorb the former owner's experience rating. Precision Pine disputed the rate that had been assigned to the company, however, Precision Pine did not win this appeal. If Precision Pine had continued to run all of

their mills with a consistent workforce, they would have eventually been able to reduce their unemployment insurance rate. However, a review of Precision Pine's reserve balance as calculated by the Arizona Department of Economic Security shows that it would have taken many years (far more than the period of the suspension) to significantly reduce the rate. Such being the case, I recommend that this item be removed from the damage calculations. The total effect of this change would reduce damages by $147,356.95.

3. During the suspension period, Precision Pine's relationship with banks was severely strained. The calculation on C-0148 calculates the additional interest cost to Precision Pine from not having the working capital that would have been generated from the suspended timber sales. However, the interest calculated is based on beginning of the year balances and does not reflect the actual interest, late charges and loan fees paid. I have recalculated the total interest cost by summarizing information from the bank, where available, or calculating interest on the declining balance based on information received from Precision Pine's CPA. I have also continued the calculation until the notes were paid in full. The total effect of this change would increase damages by $35,165.63.

4. Page C-0149 of Precision Pine's damage calculation binder sets forth the cost that Precision Pine employees incurred in preparing the claims. This workpaper shows a labor burden of 30% and adds overhead and profit. An analysis of the Precision Pine financial statements shows the actual labor burden is approximately 20%.

In addition, I have made changes to both the client costs and the attorney's fees and expenses claimed with regard to preparation of the claims. A significant portion of these costs would, however, have been incurred regardless of how many sales were involved. These costs include research of legal points, development of the methodology used to calculate the damages and development of the required general company data. Upon examination and discussions with the attorneys for Precision Pine, I have come to the belief that this portion of costs would have been 75% of the total incurred to prepare the claims. The other 25% of the costs would have been incurred to develop specific data attributable to each sale (e.g., log footage for the sale, applicable grade breakdown, etc.).

Such being the case, all of the costs related to developing general information have been included in the damage amount. Because all of the suspended sales except for Hay contain contract clause C6.01, I likewise included in the damage amount 13/14 of the cost incurred by having Precision Pine's employees develop contract specific information for the claims. I have done the same thing with regard to attorney's fees and expenses incurred in the preparation of claims.

Similarly with regard to attorney's fees and expenses incurred thereafter, I have made the following calculations:

- Attorney's fees and expenses incurred from the date when the claims were prepared through the date of decision on liability (July 30, 2001): Upon examination and discussions with the attorneys for Precision Pine, I have come to the belief that 90% of costs would have been the same irrespective of the number of sales involved. I have, therefore, included 90% of those costs in the damages plus 10/14 of the remaining 10%, (i.e., I have excluded amounts for attorneys fees incurred in connection with the three sales that were found not to have been breached and the Hay timber sale).
- Attorney's fees and expenses incurred after July 30, 2001: Clearly no attorney's fees were incurred on the three breached sales. Upon examination and discussions with the attorneys for Precision Pine, I have come to the belief that 75% of costs would have been the same irrespective of the number of sales involved. I have, therefore, included 75% of those costs in the damages. As such, I have allocated the 25% portion of those fees and expenses attributable to specific sales to the 11 breached sales but have excluded the portion attributable to the Hay timber sale from the damage calculation.
- On the same basis, I have also included additional attorney's fees and expenses incurred through October 31, 2003. Previous calculations only included costs through January 31, 2003. Additional fees and expenses will be incurred until completion of litigation or settlement of this case. However, I have not included any estimate of these costs in the damage amount.

I did not review the Saltman & Stevens invoices but have accepted the amounts I have been given as the appropriate total cost of services rendered for the applicable periods. The total effect of these changes would increase damages by $541,638.08.

The total of all of the changes that I have recommended above results in a grand total of $9,328,180.88, a reduction of $1,252,106.94 from the total damages set forth in Precision Pine's February 26, 2003 damage calculations binder.

Very truly yours,

Robert A. Ness

Robert A. Ness

# Precision Pine & Timber, Inc. v. United States
## CoFC No. 98-720C
## List of Exhibits & Appendix

| | | |
|---|---|---|
| Exhibit 1 | 1 page | Summary of Damages |
| Exhibit 2 | 2 pages | Miscellaneous Items |
| Exhibit 3 | 1 page | Increased Logging & Hauling Costs |
| Exhibit 4 | 27 pages | Lost Market Opportunity – Summary by Timber Sale |
| Exhibit 5 | 16 pages | Lost Market Opportunity – Summary by Sawmill |
| Exhibit 6 | 14 pages | Lost Market Opportunity – Anticipated Lumber Sales |
| Exhibit 7 | 4 pages | Lost Market Opportunity – Anticipated Log Usage and Log Cost |
| Exhibit 8 | 1 page | Freight included in Lumber Sales Price |
| Exhibit 9 | 1 page | Log Footage and Roundwood Adjustments |
| Exhibit 10 | 2 pages | Manufacturing Costs before Suspension Period |
| Exhibit 11 | 1 page | Roundwood Log Costs |
| Exhibit 12 | 1 page | Chip Sales Prices |
| Exhibit 13 | 1 page | Bark Production Rate |
| Exhibit 14 | 1 page | Shavings Production Rate |
| Exhibit 15 | 1 page | Increased Manufacturing Costs during Suspension Period |
| Exhibit 16 | 2 pages | Manufacturing Costs during Suspension Period |
| Exhibit 17 | 1 page | TRRI – Idle Equipment at Heber |
| Exhibit 18 | 1 page | General & Administrative Overhead Rate |
| Exhibit 19 | 7 pages | Interest Costs |
| Exhibit 20 | 1 page | C6.01 Claim Preparation Costs and Attorney Fees |
| Exhibit 21 | 5 pages | Reconciliation of Total Damages |
| Exhibit 22 | 20 pages | Reconciliation Calculations |
| Appendix A | 10 pages | Data used in Lost Market Opportunity Calculations |

# Precision Pine & Timber, Inc.
# Summary of Damages

**Exhibit 1**

| | | |
|---|---|---|
| **1. Miscellaneous Items** | | |
| Unpaid Bond Costs | $ 9,461.50 | |
| Unpaid Move-in/Move-out Costs | 367.20 | |
| Interest on Cash Balances | 319.45 | |
| Interest on Down Payment | 2,763.04 | |
| Interest on Unused Effective Purchaser Credit | 4,208.62 | |
| Snow Removal | 1,207.27 | |
| Log Transfer Due to Closure of Eagar | 1,627.45 | |
| | $ 19,954.53 | $ 19,954.53 |
| | | |
| **2. Increased Logging & Hauling Costs** | | 176,162.32 |
| | | |
| **3. Lost Market Opportunity** | | |
| **(Lumber, Roundwood & By-Products)** | | |
| Monument Timber Sale | $ 256,177.45 | |
| Mud Timber Sale | 559,460.17 | |
| Saginaw-Kennedy Timber Sale | 419,055.75 | |
| U-Bar Timber Sale | 834,934.32 | |
| Brookbank Timber Sale | 625,771.04 | |
| Jersey Horse Timber Sale | 530,828.64 | |
| Manaco Timber Sale | 637,734.75 | |
| Salt Timber Sale | 448,585.70 | |
| Hay Timber Sale | 1,357,800.81 | |
| Kettle Timber Sale | 585,299.77 | |
| O.D. Ridge Timber Sale | 609,892.81 | |
| | $ 6,865,541.21 | 6,865,541.21 |
| | | |
| **4. Increased Manufacturing Cost due to** | | |
| **Suspension** | | |
| Eagar Sawmill | $ 107,047.47 | |
| Heber Sawmill | 17,931.93 | |
| Winslow Sawmill | 56,131.49 | |
| Winslow Planer | 199,600.31 | |
| | $ 380,711.20 | 380,711.20 |
| | | |
| **5. TRRI Idle Equipment at Heber** | | 75,352.31 |
| | | |
| **6. Credit for Partial Cancellation of Mud Timber** | | |
| **Sale per Agreement Dated on 8/15/96** | | (65,796.66) |
| | | |
| **7. Company-wide Expenses** | | |
| Interest Costs on Notes | $ 577,425.76 | |
| Claim Preparation Costs (Client) | 23,219.04 | |
| Claim Preparation Costs (Attorney) | 122,492.86 | |
| C6.01 Attorneys Fees & Expenses through 7/30/01 | 444,613.14 | |
| C6.01 Attorneys Fees & Expenses from 8/01/01 | | |
| through 7/31/03 | 349,982.86 | |
| C6.01 Attorneys Fees & Expenses from 8/01/03 | | |
| through 10/31/03 | 358,522.31 | |
| | $ 1,876,255.97 | 1,876,255.97 |
| | | |
| **Total Damages** | | $ 9,328,180.88 |
| | | |

# Precision Pine & Timber, Inc.

**Exhibit 6**

## Lost Market Opportunity - Anticipated Lumber Sales

| | Grade Breakdown | Footage (MBF) | Amount Per M | Total Amount |
|---|---|---|---|---|
| **Monument Timber Sale** | | | | |
| **Jan-Apr 1997** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 2.88% | 26.30 | $ 1,626.00 | $ 42,763.80 |
| 5/4 # 1 Shop | 0.74% | 6.76 | 1,129.89 | 7,638.06 |
| 5/4 # 2 Shop | 4.66% | 42.55 | 1,015.00 | 43,188.25 |
| 5/4 # 3 Shop | 16.27% | 148.57 | 832.50 | 123,684.53 |
| Paragraph 99 Redress | 16.01% | 146.19 | 539.35 | 78,847.58 |
| 5/4 x RWL Radius Edge | 26.70% | 243.81 | 500.36 | 121,992.77 |
| # 2, # 3, # 4 & Better | 6.20% | 56.61 | 404.89 | 22,920.82 |
| # 3 Common Utility | 6.83% | 62.37 | 280.00 | 17,463.60 |
| # 4 Common Economy | 10.50% | 95.88 | 179.90 | 17,248.81 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 2.87% | 26.21 | 243.33 | 6,377.68 |
| Timbers | 0.00% | 0.00 | 335.00 | 0.00 |
| Misc Shop Outs | 6.34% | 57.88 | 332.11 | 19,222.53 |
| | 100.00% | 913.13 | $ 549.04 | $ 501,348.43 |
| **Mud Timber Sale** | | | | |
| **4th Quarter 1995** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 0.40% | 3.80 | $ 1,241.67 | $ 4,718.35 |
| 5/4 # 1 Shop | 0.60% | 5.70 | 977.30 | 5,570.61 |
| 5/4 # 2 Shop | 1.50% | 14.25 | 859.41 | 12,246.59 |
| 5/4 # 3 Shop | 6.90% | 65.55 | 580.24 | 38,034.73 |
| Paragraph 99 Redress | 14.60% | 138.70 | 396.09 | 54,937.68 |
| 5/4 x RWL Radius Edge | 21.70% | 206.15 | 403.33 | 83,146.48 |
| # 2, # 3, # 4 & Better | 2.70% | 25.65 | 492.65 | 12,636.47 |
| # 3 Common Utility | 15.60% | 148.20 | 356.67 | 52,858.49 |
| # 4 Common Economy | 14.80% | 140.60 | 213.08 | 29,959.05 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 3.20% | 30.40 | 189.17 | 5,750.77 |
| Timbers | 0.00% | 0.00 | N/A | 0.00 |
| Misc Shop Outs | 18.00% | 171.00 | 243.20 | 41,587.20 |
| | 100.00% | 950.00 | $ 359.42 | $ 341,446.42 |
| **1st Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 0.40% | 4.10 | $ 1,166.25 | $ 4,781.63 |
| 5/4 # 1 Shop | 0.60% | 6.15 | 893.18 | 5,493.06 |
| 5/4 # 2 Shop | 1.50% | 15.38 | 789.57 | 12,143.59 |
| 5/4 # 3 Shop | 6.90% | 70.73 | 579.90 | 41,016.33 |
| Paragraph 99 Redress | 14.60% | 149.65 | 419.90 | 62,838.04 |
| 5/4 x RWL Radius Edge | 21.70% | 222.43 | 402.50 | 89,528.08 |
| # 2, # 3, # 4 & Better | 2.70% | 27.68 | 507.02 | 14,034.31 |
| # 3 Common Utility | 15.60% | 159.90 | 383.93 | 61,390.41 |
| # 4 Common Economy | 14.80% | 151.70 | 243.71 | 36,970.81 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 3.20% | 32.80 | 187.50 | 6,150.00 |
| Timbers | 0.00% | 0.00 | N/A | 0.00 |
| Misc Shop Outs | 18.00% | 184.48 | 263.32 | 48,577.27 |
| | 100.00% | 1,025.00 | $ 373.58 | $ 382,923.53 |

# Precision Pine & Timber, Inc.

**Exhibit 6**

## Lost Market Opportunity - Anticipated Lumber Sales

| | Grade Breakdown | Footage (MBF) | Amount Per M | Total Amount |
|---|---|---|---|---|
| **Mud Timber Sale** | | | | |
| **2nd Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 0.40% | 3.00 | $ 1,336.54 | $ 4,009.62 |
| 5/4 # 1 Shop | 0.60% | 4.50 | 931.67 | 4,192.52 |
| 5/4 # 2 Shop | 1.50% | 11.25 | 831.84 | 9,358.20 |
| 5/4 # 3 Shop | 6.90% | 51.75 | 644.88 | 33,372.54 |
| Paragraph 99 Redress | 14.60% | 109.50 | 440.17 | 48,198.62 |
| 5/4 x RWL Radius Edge | 21.70% | 162.75 | 426.14 | 69,354.29 |
| # 2, # 3, # 4 & Better | 2.70% | 20.25 | 466.94 | 9,455.54 |
| # 3 Common Utility | 15.60% | 117.00 | 266.56 | 31,187.52 |
| # 4 Common Economy | 14.80% | 111.00 | 214.37 | 23,795.07 |
| # 5 Common | 0.00% | 0.00 | 172.50 | 0.00 |
| Rough | 3.20% | 24.00 | 187.08 | 4,489.92 |
| Timbers | 0.00% | 0.00 | N/A | 0.00 |
| Misc Shop Outs | 18.00% | 135.00 | 270.33 | 36,494.55 |
| | 100.00% | 750.00 | $ 365.21 | $ 273,908.39 |
| | | | | |
| **3rd Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 0.40% | 2.65 | $ 1,506.00 | $ 3,990.90 |
| 5/4 # 1 Shop | 0.60% | 3.98 | 1,027.00 | 4,087.46 |
| 5/4 # 2 Shop | 1.50% | 9.94 | 907.50 | 9,020.55 |
| 5/4 # 3 Shop | 6.90% | 45.71 | 733.57 | 33,531.48 |
| Paragraph 99 Redress | 14.60% | 96.73 | 497.33 | 48,106.73 |
| 5/4 x RWL Radius Edge | 21.70% | 143.76 | 492.61 | 70,817.61 |
| # 2, # 3, # 4 & Better | 2.70% | 17.89 | 404.95 | 7,244.56 |
| # 3 Common Utility | 15.60% | 103.35 | 248.46 | 25,678.34 |
| # 4 Common Economy | 14.80% | 98.05 | 193.41 | 18,963.85 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 3.20% | 21.20 | 214.91 | 4,556.09 |
| Timbers | 0.00% | 0.00 | 370.83 | 0.00 |
| Misc Shop Outs | 18.00% | 119.24 | 320.83 | 38,255.77 |
| | 100.00% | 662.50 | $ 398.87 | $ 264,253.34 |
| | | | | |
| **4th Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 0.40% | 1.95 | $ 1,626.00 | $ 3,170.70 |
| 5/4 # 1 Shop | 0.60% | 2.92 | 1,129.89 | 3,299.28 |
| 5/4 # 2 Shop | 1.50% | 7.30 | 1,015.00 | 7,409.50 |
| 5/4 # 3 Shop | 6.90% | 33.59 | 832.50 | 27,963.68 |
| Paragraph 99 Redress | 14.60% | 71.08 | 539.35 | 38,337.00 |
| 5/4 x RWL Radius Edge | 21.70% | 105.65 | 500.36 | 52,863.03 |
| # 2, # 3, # 4 & Better | 2.70% | 13.15 | 404.89 | 5,324.30 |
| # 3 Common Utility | 15.60% | 75.95 | 280.00 | 21,266.00 |
| # 4 Common Economy | 14.80% | 72.06 | 179.90 | 12,963.59 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 3.20% | 15.58 | 243.33 | 3,791.08 |
| Timbers | 0.00% | 0.00 | 335.00 | 0.00 |
| Misc Shop Outs | 18.00% | 87.65 | 332.11 | 29,109.44 |
| | 100.00% | 486.88 | $ 422.07 | $ 205,497.60 |

# Precision Pine & Timber, Inc.
## Lost Market Opportunity - Anticipated Lumber Sales

**Exhibit 6**

| | Grade Breakdown | Footage (MBF) | Amount Per M | Total Amount |
|---|---|---|---|---|
| **Saginaw-Kennedy Timber Sale** | | | | |
| **Jan-Apr 1997** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 3.70% | 52.45 | $ 1,626.00 | $ 85,283.70 |
| 5/4 # 1 Shop | 0.95% | 13.47 | 1,129.89 | 15,219.62 |
| 5/4 # 2 Shop | 5.96% | 84.48 | 1,015.00 | 85,747.20 |
| 5/4 # 3 Shop | 18.14% | 257.13 | 832.50 | 214,060.73 |
| Paragraph 99 Redress | 9.84% | 139.48 | 539.35 | 75,228.54 |
| 5/4 x RWL Radius Edge | 21.02% | 297.96 | 500.36 | 149,087.27 |
| # 2, # 3, # 4 & Better | 13.45% | 190.65 | 404.89 | 77,192.28 |
| # 3 Common Utility | 8.60% | 121.91 | 280.00 | 34,134.80 |
| # 4 Common Economy | 9.48% | 134.38 | 179.90 | 24,174.96 |
| # 5 Common | | 0.00 | N/A | 0.00 |
| Rough | 3.34% | 47.34 | 243.33 | 11,519.24 |
| Timbers | 3.54% | 50.18 | 335.00 | 16,810.30 |
| Misc Shop Outs | 1.98% | 28.07 | 332.11 | 9,322.33 |
| | 100.00% | 1,417.50 | $ 562.81 | $ 797,780.97 |
| | | | | |
| **U-Bar Timber Sale** | | | | |
| **4th Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 6.50% | 25.19 | $ 1,626.00 | $ 40,958.94 |
| 5/4 # 1 Shop | 3.10% | 12.01 | 1,129.89 | 13,569.98 |
| 5/4 # 2 Shop | 10.90% | 42.24 | 1,015.00 | 42,873.60 |
| 5/4 # 3 Shop | 28.50% | 110.44 | 832.50 | 91,941.30 |
| Paragraph 99 Redress | 17.30% | 67.04 | 539.35 | 36,158.02 |
| 5/4 x RWL Radius Edge | 11.20% | 43.40 | 500.36 | 21,715.62 |
| # 2, # 3, # 4 & Better | 6.20% | 24.03 | 404.89 | 9,729.51 |
| # 3 Common Utility | 1.10% | 4.26 | 280.00 | 1,192.80 |
| # 4 Common Economy | 1.70% | 6.59 | 179.90 | 1,185.54 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 1.90% | 7.36 | 243.33 | 1,790.91 |
| Timbers | 1.00% | 3.88 | 335.00 | 1,299.80 |
| Misc Shop Outs | 10.60% | 41.06 | 332.11 | 13,636.44 |
| | 100.00% | 387.50 | $ 712.39 | $ 276,052.46 |
| | | | | |
| **Jan-Apr 1997** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 6.50% | 123.05 | $ 1,626.00 | $ 200,079.30 |
| 5/4 # 1 Shop | 3.10% | 58.68 | 1,129.89 | 66,301.95 |
| 5/4 # 2 Shop | 10.90% | 206.34 | 1,015.00 | 209,435.10 |
| 5/4 # 3 Shop | 28.50% | 539.52 | 832.50 | 449,150.40 |
| Paragraph 99 Redress | 17.30% | 327.50 | 539.35 | 176,637.13 |
| 5/4 x RWL Radius Edge | 11.20% | 212.02 | 500.36 | 106,086.33 |
| # 2, # 3, # 4 & Better | 6.20% | 117.37 | 404.89 | 47,521.94 |
| # 3 Common Utility | 1.10% | 20.82 | 280.00 | 5,829.60 |
| # 4 Common Economy | 1.70% | 32.18 | 179.90 | 5,789.18 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 1.90% | 35.97 | 243.33 | 8,752.58 |
| Timbers | 1.00% | 18.93 | 335.00 | 6,341.55 |
| Misc Shop Outs | 10.60% | 200.68 | 332.11 | 66,647.83 |
| | 100.00% | 1,893.06 | $ 712.38 | $ 1,348,572.89 |

## Precision Pine & Timber, Inc.
## Lost Market Opportunity - Anticipated Lumber Sales

**Exhibit 6**

| | Grade Breakdown | Footage (MBF) | Amount Per M | Total Amount |
|---|---|---|---|---|
| **U-Bar Timber Sale** | | | | |
| **2nd Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Douglas Fir** | | | | |
| # 2 & Btr | 85.00% | 637.50 | $ 440.67 | $ 280,927.13 |
| # 3 | 10.00% | 75.00 | 332.67 | 24,950.25 |
| # 4 | 5.00% | 37.50 | 262.67 | 9,850.13 |
| | 100.00% | 750.00 | $ 420.97 | $ 315,727.51 |
| | | | | |
| **3rd Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Douglas Fir** | | | | |
| # 2 & Btr | 85.00% | 573.75 | $ 546.00 | $ 313,267.50 |
| # 3 | 10.00% | 67.50 | 344.33 | 23,242.28 |
| # 4 | 5.00% | 33.75 | 274.33 | 9,258.64 |
| | 100.00% | 675.00 | $ 512.25 | $ 345,768.42 |
| **4th Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Douglas Fir** | | | | |
| # 2 & Btr | 85.00% | 234.81 | $ 490.00 | $ 115,056.90 |
| # 3 | 10.00% | 27.63 | 326.00 | 9,007.38 |
| # 4 | 5.00% | 13.81 | 256.00 | 3,535.36 |
| | 100.00% | 276.25 | $ 461.90 | $ 127,599.64 |
| | | | | |
| | | | | |
| **Winslow Sawmill Totals** | | | | |
| **Sales - Pine** | | | | |
| 3rd Quarter 1995 | | 0.00 | | $ - |
| 4th Quarter 1995 | | 950.00 | $ 359.42 | 341,446.42 |
| 1st Quarter 1996 | | 1,025.00 | 373.58 | 382,923.53 |
| 2nd Quarter 1996 | | 750.00 | 365.21 | 273,908.39 |
| 3rd Quarter 1996 | | 662.50 | 398.87 | 264,253.34 |
| 4th Quarter 1996 | | 874.38 | 550.73 | 481,550.06 |
| Jan-Apr 1997 | | 4,223.69 | 626.87 | 2,647,702.29 |
| **Subtotal - Pine** | | 8,485.57 | $ 517.56 | $ 4,391,784.03 |
| | | | | |
| **Sales - Douglas Fir** | | | | |
| 2nd Quarter 1996 | | 750.00 | $ 420.97 | $ 315,727.51 |
| 3rd Quarter 1996 | | 675.00 | 512.25 | 345,768.42 |
| 4th Quarter 1996 | | 276.25 | 461.90 | 127,599.64 |
| **Subtotal - Douglas Fir** | | 1,701.25 | $ 463.83 | $ 789,095.57 |
| | | | | |
| **Total** | | 10,186.82 | | $ 5,180,879.60 |
| | | | | |

# Precision Pine & Timber, Inc.

**Exhibit 6**

## Lost Market Opportunity - Anticipated Lumber Sales

| | Grade Breakdown | Footage (MBF) | Amount Per M | Total Amount |
|---|---|---|---|---|
| **Brookbank Timber Sale** | | | | |
| **3rd Quarter 1995** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 3.70% | 14.99 | $ 1,346.67 | $ 20,186.58 |
| 5/4 # 1 Shop | 0.40% | 1.62 | 986.25 | 1,597.73 |
| 5/4 # 2 Shop | 6.10% | 24.71 | 890.00 | 21,991.90 |
| 5/4 # 3 Shop | 19.60% | 79.38 | 611.14 | 48,512.29 |
| Paragraph 99 Redress | 9.70% | 39.29 | 402.08 | 15,797.72 |
| 5/4 x RWL Radius Edge | 20.80% | 84.24 | 365.05 | 30,751.81 |
| # 2, # 3, # 4 & Better | 8.50% | 34.43 | 398.33 | 13,714.50 |
| # 3 Common Utility | 8.20% | 33.21 | 244.38 | 8,115.86 |
| # 4 Common Economy | 13.70% | 55.49 | 221.00 | 12,263.29 |
| # 5 Common | | 0.00 | N/A | 0.00 |
| Rough | 2.80% | 11.34 | 215.00 | 2,438.10 |
| Timbers | 4.90% | 19.85 | 335.00 | 6,649.75 |
| Misc Shop Outs | 1.60% | 6.45 | 259.20 | 1,671.84 |
| | 100.00% | 405.00 | $ 453.56 | $ 183,691.37 |
| **Jan-Apr 1997** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 3.70% | 47.71 | $ 1,626.00 | $ 77,576.46 |
| 5/4 # 1 Shop | 0.40% | 5.16 | 1,129.89 | 5,830.23 |
| 5/4 # 2 Shop | 6.10% | 78.66 | 1,015.00 | 79,839.90 |
| 5/4 # 3 Shop | 19.60% | 252.75 | 832.50 | 210,414.38 |
| Paragraph 99 Redress | 9.70% | 125.09 | 539.35 | 67,467.29 |
| 5/4 x RWL Radius Edge | 20.80% | 268.23 | 500.36 | 134,211.56 |
| # 2, # 3, # 4 & Better | 8.50% | 109.61 | 404.89 | 44,379.99 |
| # 3 Common Utility | 8.20% | 105.74 | 280.00 | 29,607.20 |
| # 4 Common Economy | 13.70% | 176.67 | 179.90 | 31,782.93 |
| # 5 Common | | 0.00 | N/A | 0.00 |
| Rough | 2.80% | 36.11 | 243.33 | 8,786.65 |
| Timbers | 4.90% | 63.19 | 335.00 | 21,168.65 |
| Misc Shop Outs | 1.60% | 20.64 | 332.11 | 6,854.75 |
| | 100.00% | 1,289.56 | $ 556.72 | $ 717,919.99 |
| **Jersey Horse Timber Sale** | | | | |
| **4th Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 6.50% | 78.81 | $ 1,626.00 | $ 128,145.06 |
| 5/4 # 1 Shop | 3.10% | 37.59 | 1,129.89 | 42,472.57 |
| 5/4 # 2 Shop | 10.90% | 132.16 | 1,015.00 | 134,142.40 |
| 5/4 # 3 Shop | 28.50% | 345.56 | 832.50 | 287,678.70 |
| Paragraph 99 Redress | 17.30% | 209.76 | 539.35 | 113,134.06 |
| 5/4 x RWL Radius Edge | 11.20% | 135.80 | 500.36 | 67,948.89 |
| # 2, # 3, # 4 & Better | 6.20% | 75.18 | 404.89 | 30,439.63 |
| # 3 Common Utility | 1.10% | 13.34 | 280.00 | 3,735.20 |
| # 4 Common Economy | 1.70% | 20.61 | 179.90 | 3,707.74 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 1.90% | 23.04 | 243.33 | 5,606.32 |
| Timbers | 1.00% | 12.13 | 335.00 | 4,063.55 |
| Misc Shop Outs | 10.60% | 128.52 | 332.11 | 42,682.78 |
| | 100.00% | 1,212.50 | $ 712.38 | $ 863,756.90 |

## Precision Pine & Timber, Inc.
## Lost Market Opportunity - Anticipated Lumber Sales

**Exhibit 6**

| | Grade Breakdown | Footage (MBF) | Amount Per M | Total Amount |
|---|---|---|---|---|
| **Jersey Horse Timber Sale** | | | | |
| **Jan - Apr 1997** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 6.50% | 44.69 | $ 1,626.00 | $ 72,665.94 |
| 5/4 # 1 Shop | 3.10% | 21.31 | 1,129.89 | 24,077.96 |
| 5/4 # 2 Shop | 10.90% | 74.94 | 1,015.00 | 76,064.10 |
| 5/4 # 3 Shop | 28.50% | 195.94 | 832.50 | 163,120.05 |
| Paragraph 99 Redress | 17.30% | 118.94 | 539.35 | 64,150.29 |
| 5/4 x RWL Radius Edge | 11.20% | 77.00 | 500.36 | 38,527.72 |
| # 2, # 3, # 4 & Better | 6.20% | 42.63 | 404.89 | 17,260.46 |
| # 3 Common Utility | 1.10% | 7.56 | 280.00 | 2,116.80 |
| # 4 Common Economy | 1.70% | 11.69 | 179.90 | 2,103.03 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 1.90% | 13.06 | 243.33 | 3,177.89 |
| Timbers | 1.00% | 6.88 | 335.00 | 2,304.80 |
| Misc Shop Outs | 10.60% | 72.86 | 332.11 | 24,197.53 |
| | 100.00% | 687.50 | $ 712.39 | $ 489,766.57 |
| **Manaco Timber Sale** | | | | |
| **4th Quarter 1995** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 3.70% | 30.99 | $ 1,241.67 | $ 38,479.35 |
| 5/4 # 1 Shop | 0.95% | 7.96 | 977.30 | 7,779.31 |
| 5/4 # 2 Shop | 5.96% | 49.92 | 859.41 | 42,901.75 |
| 5/4 # 3 Shop | 18.14% | 151.92 | 580.24 | 88,150.06 |
| Paragraph 99 Redress | 9.84% | 82.41 | 396.09 | 32,641.78 |
| 5/4 x RWL Radius Edge | 21.02% | 176.04 | 403.33 | 71,002.21 |
| # 2, # 3, # 4 & Better | 13.45% | 112.64 | 492.65 | 55,492.10 |
| # 3 Common Utility | 12.14% | 101.67 | 356.67 | 36,262.64 |
| # 4 Common Economy | 9.48% | 79.40 | 213.08 | 16,918.55 |
| # 5 Common | | 0.00 | N/A | 0.00 |
| Rough | 3.34% | 27.97 | 189.17 | 5,291.08 |
| Timbers | | 0.00 | N/A | 0.00 |
| Misc Shop Outs | 1.98% | 16.58 | 243.20 | 4,032.26 |
| | 100.00% | 837.50 | $ 476.36 | $ 398,951.09 |
| **2nd Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 3.70% | 12.03 | $ 1,336.54 | $ 16,078.58 |
| 5/4 # 1 Shop | 0.95% | 3.09 | 931.67 | 2,878.86 |
| 5/4 # 2 Shop | 5.96% | 19.37 | 831.84 | 16,112.74 |
| 5/4 # 3 Shop | 18.14% | 58.96 | 644.88 | 38,022.12 |
| Paragraph 99 Redress | 9.84% | 31.98 | 440.17 | 14,076.64 |
| 5/4 x RWL Radius Edge | 21.02% | 68.32 | 426.14 | 29,113.88 |
| # 2, # 3, # 4 & Better | 13.45% | 43.71 | 466.94 | 20,409.95 |
| # 3 Common Utility | 12.14% | 39.46 | 266.56 | 10,518.46 |
| # 4 Common Economy | 8.98% | 29.19 | 214.37 | 6,257.46 |
| # 5 Common | 0.50% | 1.63 | 172.50 | 281.18 |
| Rough | 3.34% | 10.86 | 187.08 | 2,031.69 |
| Timbers | | 0.00 | N/A | 0.00 |
| Misc Shop Outs | 1.98% | 6.40 | 270.33 | 1,730.11 |
| | 100.00% | 325.00 | $ 484.65 | $ 157,511.67 |

# Precision Pine & Timber, Inc.

**Exhibit 6**

## Lost Market Opportunity - Anticipated Lumber Sales

| | Grade Breakdown | Footage (MBF) | Amount Per M | Total Amount |
|---|---|---|---|---|
| **Manaco Timber Sale** | | | | |
| **3rd Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 3.70% | 72.68 | $ 1,506.00 | $ 109,456.08 |
| 5/4 # 1 Shop | 0.95% | 18.66 | 1,027.00 | 19,163.82 |
| 5/4 # 2 Shop | 5.96% | 117.08 | 907.50 | 106,250.10 |
| 5/4 # 3 Shop | 18.14% | 356.34 | 733.57 | 261,400.33 |
| Paragraph 99 Redress | 9.84% | 193.29 | 497.33 | 96,128.92 |
| 5/4 x RWL Radius Edge | 21.02% | 412.91 | 492.61 | 203,403.60 |
| # 2, # 3, # 4 & Better | 13.45% | 264.21 | 404.95 | 106,991.84 |
| # 3 Common Utility | 8.60% | 168.94 | 248.46 | 41,974.83 |
| # 4 Common Economy | 9.48% | 186.22 | 193.41 | 36,016.81 |
| # 5 Common | | 0.00 | N/A | 0.00 |
| Rough | 3.34% | 65.61 | 214.91 | 14,100.25 |
| Timbers | 3.54% | 69.54 | 370.83 | 25,787.52 |
| Misc Shop Outs | 1.98% | 38.90 | 320.83 | 12,480.29 |
| | 100.00% | 1,964.38 | $ 525.94 | $ 1,033,154.39 |
| **Salt Timber Sale** | | | | |
| **4th Quarter 1995** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 3.70% | 31.82 | $ 1,241.67 | $ 39,509.94 |
| 5/4 # 1 Shop | 0.95% | 8.17 | 977.30 | 7,984.54 |
| 5/4 # 2 Shop | 5.96% | 51.26 | 859.41 | 44,053.36 |
| 5/4 # 3 Shop | 18.14% | 156.00 | 580.24 | 90,517.44 |
| Paragraph 99 Redress | 9.84% | 84.62 | 396.09 | 33,517.14 |
| 5/4 x RWL Radius Edge | 21.02% | 180.77 | 403.33 | 72,909.96 |
| # 2, # 3, # 4 & Better | 13.45% | 115.67 | 492.65 | 56,984.83 |
| # 3 Common Utility | 12.14% | 104.40 | 356.67 | 37,236.35 |
| # 4 Common Economy | 9.48% | 81.53 | 213.08 | 17,372.41 |
| # 5 Common | | 0.00 | N/A | 0.00 |
| Rough | 3.34% | 28.72 | 189.17 | 5,432.96 |
| Timbers | | 0.00 | N/A | 0.00 |
| Misc Shop Outs | 1.98% | 17.04 | 243.20 | 4,144.13 |
| | 100.00% | 860.00 | $ 476.35 | $ 409,663.06 |
| **3rd Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 3.70% | 21.74 | $ 1,506.00 | $ 32,740.44 |
| 5/4 # 1 Shop | 0.95% | 5.58 | 1,027.00 | 5,730.66 |
| 5/4 # 2 Shop | 5.96% | 35.02 | 907.50 | 31,780.65 |
| 5/4 # 3 Shop | 18.14% | 106.57 | 733.57 | 78,176.55 |
| Paragraph 99 Redress | 9.84% | 57.81 | 497.33 | 28,750.65 |
| 5/4 x RWL Radius Edge | 21.02% | 123.49 | 492.61 | 60,832.41 |
| # 2, # 3, # 4 & Better | 13.45% | 79.02 | 404.95 | 31,999.15 |
| # 3 Common Utility | 8.60% | 50.53 | 248.46 | 12,554.68 |
| # 4 Common Economy | 9.48% | 55.70 | 193.41 | 10,772.94 |
| # 5 Common | | 0.00 | N/A | 0.00 |
| Rough | 3.34% | 19.62 | 214.91 | 4,216.53 |
| Timbers | 3.54% | 20.80 | 370.83 | 7,713.26 |
| Misc Shop Outs | 1.98% | 11.62 | 320.83 | 3,728.04 |
| | 100.00% | 587.50 | $ 525.95 | $ 308,995.96 |

**Exhibit 6**

## Precision Pine & Timber, Inc.
## Lost Market Opportunity - Anticipated Lumber Sales

| | Grade Breakdown | Footage (MBF) | Amount Per M | Total Amount |
|---|---|---|---|---|
| **Salt Timber Sale** | | | | |
| **4th Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 3.70% | 49.58 | $ 1,626.00 | $ 80,617.08 |
| 5/4 # 1 Shop | 0.95% | 12.73 | 1,129.89 | 14,383.50 |
| 5/4 # 2 Shop | 5.96% | 79.86 | 1,015.00 | 81,057.90 |
| 5/4 # 3 Shop | 18.14% | 243.08 | 832.50 | 202,364.10 |
| Paragraph 99 Redress | 9.84% | 131.86 | 539.35 | 71,118.69 |
| 5/4 x RWL Radius Edge | 21.02% | 281.67 | 500.36 | 140,936.40 |
| # 2, # 3, # 4 & Better | 13.45% | 180.23 | 404.89 | 72,973.32 |
| # 3 Common Utility | 8.60% | 115.24 | 280.00 | 32,267.20 |
| # 4 Common Economy | 9.48% | 127.03 | 179.90 | 22,852.70 |
| # 5 Common | | 0.00 | N/A | 0.00 |
| Rough | 3.34% | 44.76 | 243.33 | 10,891.45 |
| Timbers | 3.54% | 47.44 | 335.00 | 15,892.40 |
| Misc Shop Outs | 1.98% | 26.52 | 332.11 | 8,807.56 |
| | 100.00% | 1,340.00 | $ 562.81 | $ 754,162.30 |
| | | | | |
| **Heber Sawmill Totals** | | | | |
| **Sales - Pine** | | | | |
| 3rd Quarter 1995 | | 405.00 | $ 453.56 | $ 183,691.37 |
| 4th Quarter 1995 | | 1,697.50 | 476.36 | 808,614.15 |
| 1st Quarter 1996 | | 0.00 | | 0.00 |
| 2nd Quarter 1996 | | 325.00 | 484.65 | 157,511.67 |
| 3rd Quarter 1996 | | 2,551.88 | 525.95 | 1,342,150.35 |
| 4th Quarter 1996 | | 2,552.50 | 633.86 | 1,617,919.20 |
| Jan-Apr 1997 | | 1,977.06 | 610.85 | 1,207,686.56 |
| Total | | 9,508.94 | $ 559.22 | $ 5,317,573.30 |
| | | | | |

Precision Pine & Timber, Inc.

Lost Market Opportunity - Anticipated Lumber Sales

**Exhibit 6**

| | Grade Breakdown | Footage (MBF) | Amount Per M | Total Amount |
|---|---|---|---|---|
| **Hay Timber Sale** | | | | |
| **3rd Quarter 1995** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 6.50% | 22.75 | $ 1,346.67 | $ 30,636.74 |
| 5/4 # 1 Shop | 3.10% | 10.85 | 986.25 | 10,700.81 |
| 5/4 # 2 Shop | 10.90% | 38.15 | 890.00 | 33,953.50 |
| 5/4 # 3 Shop | 28.50% | 99.75 | 611.14 | 60,961.22 |
| Paragraph 99 Redress | 17.30% | 60.55 | 402.08 | 24,345.94 |
| 5/4 x RWL Radius Edge | 11.20% | 39.20 | 365.05 | 14,309.96 |
| # 2, # 3, # 4 & Better | 6.20% | 21.70 | 398.33 | 8,643.76 |
| # 3 Common Utility | 1.10% | 3.85 | 244.38 | 940.86 |
| # 4 Common Economy | 1.70% | 5.95 | 221.00 | 1,314.95 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 1.90% | 6.65 | 215.00 | 1,429.75 |
| Timbers | 1.00% | 3.50 | 335.00 | 1,172.50 |
| Misc Shop Outs | 10.60% | 37.10 | 259.20 | 9,616.32 |
| | 100.00% | 350.00 | $ 565.79 | $ 198,026.31 |
| **4th Quarter 1995** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 6.50% | 91.81 | $ 1,241.67 | $ 113,997.72 |
| 5/4 # 1 Shop | 3.10% | 43.79 | 977.30 | 42,795.97 |
| 5/4 # 2 Shop | 10.90% | 153.96 | 859.41 | 132,314.76 |
| 5/4 # 3 Shop | 28.50% | 402.56 | 580.24 | 233,581.41 |
| Paragraph 99 Redress | 17.30% | 244.36 | 396.09 | 96,788.55 |
| 5/4 x RWL Radius Edge | 11.20% | 158.20 | 403.33 | 63,806.81 |
| # 2, # 3, # 4 & Better | 6.20% | 87.58 | 492.65 | 43,146.29 |
| # 3 Common Utility | 2.10% | 29.66 | 356.67 | 10,578.83 |
| # 4 Common Economy | 1.70% | 24.01 | 213.08 | 5,116.05 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 1.90% | 26.84 | 189.17 | 5,077.32 |
| Timbers | | 0.00 | N/A | 0.00 |
| Misc Shop Outs | 10.60% | 149.73 | 243.20 | 36,414.34 |
| | 100.00% | 1,412.50 | $ 554.77 | $ 783,618.05 |
| **1st Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 6.50% | 86.13 | $ 1,166.25 | $ 100,449.11 |
| 5/4 # 1 Shop | 3.10% | 41.08 | 893.18 | 36,691.83 |
| 5/4 # 2 Shop | 10.90% | 144.43 | 789.57 | 114,037.60 |
| 5/4 # 3 Shop | 28.50% | 377.63 | 579.90 | 218,987.64 |
| Paragraph 99 Redress | 17.30% | 229.23 | 419.90 | 96,253.68 |
| 5/4 x RWL Radius Edge | 11.20% | 148.40 | 402.50 | 59,731.00 |
| # 2, # 3, # 4 & Better | 6.20% | 82.15 | 507.02 | 41,651.69 |
| # 3 Common Utility | 2.10% | 27.83 | 383.93 | 10,684.77 |
| # 4 Common Economy | 1.70% | 22.53 | 243.71 | 5,490.79 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 1.90% | 25.18 | 187.50 | 4,721.25 |
| Timbers | | 0.00 | N/A | 0.00 |
| Misc Shop Outs | 10.60% | 140.41 | 263.32 | 36,972.76 |
| | 100.00% | 1,325.00 | $ 547.68 | $ 725,672.12 |

**Exhibit 6**

## Precision Pine & Timber, Inc.
## Lost Market Opportunity - Anticipated Lumber Sales

| | Grade Breakdown | Footage (MBF) | Amount Per M | Total Amount |
|---|---|---|---|---|
| **Hay Timber Sale** | | | | |
| **2nd Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 6.50% | 78.00 | $ 1,336.54 | $ 104,250.12 |
| 5/4 # 1 Shop | 3.10% | 37.20 | 931.67 | 34,658.12 |
| 5/4 # 2 Shop | 10.90% | 130.80 | 831.84 | 108,804.67 |
| 5/4 # 3 Shop | 28.50% | 342.00 | 644.88 | 220,548.96 |
| Paragraph 99 Redress | 17.30% | 207.60 | 440.17 | 91,379.29 |
| 5/4 x RWL Radius Edge | 11.20% | 134.40 | 426.14 | 57,273.22 |
| # 2, # 3, # 4 & Better | 6.20% | 74.40 | 466.94 | 34,740.34 |
| # 3 Common Utility | 2.10% | 25.20 | 266.56 | 6,717.31 |
| # 4 Common Economy | 1.70% | 20.40 | 214.37 | 4,373.15 |
| # 5 Common | 0.00% | 0.00 | 172.50 | 0.00 |
| Rough | 1.90% | 22.80 | 187.08 | 4,265.42 |
| Timbers | | 0.00 | N/A | 0.00 |
| Misc Shop Outs | 10.60% | 127.20 | 270.33 | 34,385.98 |
| | 100.00% | 1,200.00 | $ 584.50 | $ 701,396.58 |
| **3rd Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Pine** | | | | |
| Moulding & Better | 6.50% | 10.70 | $ 1,506.00 | $ 16,114.20 |
| 5/4 # 1 Shop | 3.10% | 5.10 | 1,027.00 | 5,237.70 |
| 5/4 # 2 Shop | 10.90% | 17.94 | 907.50 | 16,280.55 |
| 5/4 # 3 Shop | 28.50% | 46.91 | 733.57 | 34,411.77 |
| Paragraph 99 Redress | 17.30% | 28.47 | 497.33 | 14,158.99 |
| 5/4 x RWL Radius Edge | 11.20% | 18.43 | 492.61 | 9,078.80 |
| # 2, # 3, # 4 & Better | 6.20% | 10.20 | 404.95 | 4,130.49 |
| # 3 Common Utility | 1.10% | 1.81 | 248.46 | 449.71 |
| # 4 Common Economy | 1.70% | 2.80 | 193.41 | 541.55 |
| # 5 Common | 0.00% | 0.00 | N/A | 0.00 |
| Rough | 1.90% | 3.13 | 214.91 | 672.67 |
| Timbers | 1.00% | 1.65 | 370.83 | 611.87 |
| Misc Shop Outs | 10.60% | 17.45 | 320.83 | 5,598.48 |
| | 100.00% | 164.59 | $ 651.84 | $ 107,286.78 |
| **3rd Quarter 1996** | | | | |
| **Anticipated Sales Breakdown - Douglas Fir** | | | | |
| # 2 & Btr | 85.00% | 273.65 | $ 546.00 | $ 149,412.90 |
| # 3 | 10.00% | 32.19 | 344.33 | 11,083.98 |
| # 4 | 5.00% | 16.10 | 274.33 | 4,416.71 |
| | 100.00% | 321.94 | $ 512.25 | $ 164,913.59 |