ODR-8

-- - **Timber Payment Rates**, applicable to 1 and B4.0

FS-2400-6, Page 103 (9/73)

Mod #1

O.D. RIDGE

A5a - For Species and Products to be Paid for at Rates Escalated under B3.2

| SPECIES AND PRODUCT | UNIT OF MEASURE | RATES PER UNIT OF MEASURE BASE $ | ADVERTISED $ | BID PREMIUM $ | BID (Tentative) $ | REQUIRED DEPOSITS SLASH DISPOSAL $ | BASE INDEX |
|---|---|---|---|---|---|---|---|
| LIVE & DEAD SAWLOGS | | | | | | | |
| Ponderosa Pine | MBF | 29.12 | 196.31 | 27.46 | 223.77 | 12.85 | 307.52 |
| Douglas-Fir & Other | MBF | 25.12 | 44.67 | .36 | 45.03 | 12.85 | 251.37 |
| Spruce | MBF | 25.12 | 53.38 | 0.00 | 53.38 | 12.85 | 251.37 |
| | | | Surface Replacement Deposit = $ 0.91/MBF | | | | |

A5b - For Species and Products to be Paid for at Flat Rates

| SPECIES AND PRODUCT | UNIT OF MEASURE | RATES PER UNIT OF MEASURE BASE $ | ADVERTISED $ | BID PREMIUM $ | BID (Flat) $ | REQUIRED DEPOSITS SLASH DISPOSAL $ |
|---|---|---|---|---|---|---|
| | | | | | | |

For purposes of convenience in collection and bookkeeping, Bid Rates stated in A5 include payment of deposits for sale area betterment required pursuant to 16 U.S.C. 576b. Such deposits are not included as Required Deposits defined hereunder.

ODR-9

FS-2400-6, Page 103 (9/73)

A5 - **Timber Payment Rates**, applicable to B3.1 and B4.0

A5a - For Species and Products to be Paid for at Rates Escalated under B3.2

Superceded by Mod #1

| SPECIES AND PRODUCT | UNIT OF MEASURE | RATES PER UNIT OF MEASURE BASE $ | ADVERTISED $ | BID PREMIUM $ | BID (Tentative) $ | REQUIRED DEPOSITS SLASH DISPOSAL $ | **BASE INDEX** |
|---|---|---|---|---|---|---|---|
| LIVE AND DEAD SAWLOGS | | | | | | | |
| Ponderosa Pine | MBF | $25.12 | $196.31 | $27.46 | $223.77 | $12.85 | $328.44 |
| Douglas-fir & Other | MBF | $25.12 | $ 44.67 | $ 0.36 | $ 45.03 | $12.85 | $252.70 |
| Spruce | MBF | $25.12 | $ 53.38 | $ 0.00 | $ 53.38 | $12.85 | $252.70 |

Surface Replacement Deposit = $ 0.91/MBF

A5b - For Species and Products to be Paid for at Flat Rates

| SPECIES AND PRODUCT | UNIT OF MEASURE | RATES PER UNIT OF MEASURE BASE $ | ADVERTISED $ | BID PREMIUM $ | BID (Flat) $ | REQUIRED DEPOSITS SLASH DISPOSAL $ |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

For purposes of convenience in collection and bookkeeping, Bid Rates stated in A5 include payment of deposits for sale area betterment required pursuant to 16 U.S.C. 576b. Such deposits are not included as Required Deposits defined hereunder.

ODR-10

AT5c - Schedule of Payment Units

FS-2400-6T, Page 104 (10/73)

| Payment Unit Number | Approx. Acres | Quantity of Species and Products to be Esculated under AT5a Under AT5a | | Total Tentative Payment | Quantity of Species and Products to be Paid for at Flat Under AT5b | Total Flat Rate Payment | Total Required Deposits for Slash Disposal |
|---|---|---|---|---|---|---|---|
| 1 | 246 | Ponderosa Pine | 403 | $ 90,179.31 | None | N/A | $ 6,990.40 |
| | | Douglas-fir and Other | 90 | 4,052.70 | | | |
| | | Spruce | 51 | 2,722.38 | | | |
| | | Total | 544 | $ 96,954.39 | Surface Replacement Deposit | | $495.04 |
| 2 | 401 | Ponderosa Pine | 659 | $147,464.43 | None | N/A | $11,423.65 |
| | | Douglas-fir and Other | 146 | 6,574.38 | | | |
| | | Spruce | 84 | 4,483.92 | | | |
| | | Total | 889 | $158,522.73 | Surface Replacement Deposit | | $808.99 |
| | 536 | Ponderosa Pine | 859 | $192,218.43 | None | N/A | $15,330.05 |
| | | Douglas-fir and Other | 205 | 9,231.15 | | | |
| | | Spruce | 129 | 6,886.02 | | | |
| | | Total | 1193 | $208,335.60 | Surface Replacement Deposit | | $1,085.63 |
| 4 | 383 | Ponderosa Pine | 576 | $128,891.52 | None | N/A | $11,102.40 |
| | | Douglas-fir and Other | 165 | 7,429.95 | | | |
| | | Spruce | 123 | 6,565.74 | | | |
| | | Total | 864 | $142,887.21 | Surface Replacement Deposit | | $786.24 |

ODR-11



AT5c - Schedule of Payment Units

| Payment Unit Number | Approx. Acres | Quantity of Species and Products to be Esculated under AT5a Under AT5a | | Total Tentative Payment | Quantity of Species and Products to be Paid for at Flat Under AT5b | Total Flat Rate Payment | Total Required Deposits for Slash Disposal |
|---|---|---|---|---|---|---|---|
| 5 | 431 | Ponderosa Pine | 651 | $145,674.27 | None | N/A | $12,477.35 |
| | | Douglas-fir and Other | 184 | 8,285.52 | | | |
| | | Spruce | 136 | 7,259.68 | | | |
| | | Total | 971 | $161,219.47 | Surface Replacement Deposit | | $883.61 |
| 6 | 314 | Ponderosa Pine | 502 | $112,332.54 | None | N/A | $ 8,982.15 |
| | | Douglas-fir and Other | 120 | 5,403.60 | | | |
| | | Spruce | 77 | 4,110.26 | | | |
| | | Total | 699 | $121,846.40 | Surface Replacement Deposit | | $636.09 |

ODR-12



Mod #1

following definitions are established for the terms used in AT5:

**Base Rates** are the lowest rates of payment for timber which are authorized by this contract. Base rates remain constant throughout the life of this contract and are not subject to change by rate redetermination except for reduction under BT3.32.

**Advertised Rates** are the minimum acceptable Bid Rates for timber, exclusive of Required Deposits. These rates are those indicated by appraisal in which no cost allowance has been made for construction of Specified Roads listed in AT9 but are never less than Base Rates.

**Bid Premium Rates** are the amounts by which Purchaser's bid is in excess of Advertised Rates. Bid Premium Rates are constant during this contract.

**Bid Rates** are the rates bid by Purchaser (exclusive of Required Deposits for slash disposal and road maintenance) and are the sum of Advertised Rates and Bid Premium Rates. Until a rate redetermination becomes effective, the Bid Rate for species and products in AT5a is the Tentative Rate which is subject to quarterly adjustment under BT3.2; for species and products in AT5b the Bid Rate is the Flat Rate.

**Required Deposits** are deposits which Purchaser may be required by law to pay for slash disposal (16 U.S.C. 490) and road maintenance (16 U.S.C. 537). Required Deposits may be adjusted as part of a rate redetermination or Contract Term Extension. The tables show only Required Deposits for slash disposal; road maintenance deposits, if any, are given in CT5.4 or CT5.41.

**Base Index** is the specified average of the lumber or other product selling value index used as the basis for computing adjustment in rates for variance in product selling value as provided in BT3.2. Base Indices shall be redetermined when rate redeterminations are made under BT3.31.

**AT6 - Indices used in Quarterly Adjustment**, applicable to BT3.2

| SPECIES | INDEX NAME AND DATE |
|---|---|
| Ponderosa Pine | RM WWPA (1992-1993) Basis |
| Douglas-fir & other | WWPA WW (1992-1993) Basis |
| Spruce | WWPA WW (1992-1993) Basis |

**- Scheduled Rate Redetermination**, applicable to BT3.31.

Date for scheduled rate redetermination is N/A. Rate redeterminations shall cover Included Timber in the entire sale unless otherwise specified in CT3.31. Timber quantity required to be paid for and Released for Cutting before lower rates developed from scheduled rate redetermination can become effective is N/A (State quantity and unit of measure based on estimates in AT5c) or the quantities from Payment Units numbered N/A.

**AT8 - High Stumps**, applicable to BT6.412.

| SPECIES | MAXIMUM STUMP HEIGHT (inches) |
|---|---|
| ALL SPECIES | 12" |

ODR-13

O.D. RIDGE

SAMPLE BASE INDEX TRANSITION CALCULATIONS

(For Stumpage Rate Adjustment Sales)

Objective: To show that adjusting old contract base indexes to a new base results in a neutral transition: that is, net differences between the adjusted bases are identical for the 24-month (January 1992 to December 1993) study period.

| | | |
|---|---|---|
| Assumptions: | Ponderosa Pine RM WWPA base index of | 328.44 $/MBF |
| | Contract tentative rate of | 223.77 $/MBF |
| | Douglas Fir WW WWPA base index of | 252.70 $/MBF |
| | Contract tentative rate of | 45.03 $/MBF |
| | Spruce WW WWPA base index of | 252.70 $/MBF |
| | Contract tentative rate of | 53.38 $/MBF |

24-Month Volume Weighted Average Indexes:

| | | |
|---|---|---|
| Ponderosa Pine RM | 1. Old Contract Base Index WWPA | 328.44 $/MBF |
| | 2. Adjustment for WWPA Table | -20.92 $/MBF |
| | 3. New Contract Base Index (1 plus 2) | 307.52 $/MBF |
| White Woods WW | 1. Old Contract Base Index WWPA | 252.70 $/MBF |
| | 2. Adjustment for WWPA Table | - 1.33 $/MBF |
| | 3. New Contract Base Index (1 plus 2) | 251.37 $/MBF |

ODR-14



The following definitions are established for the terms used in AT5:

**Base Rates** are the lowest rates of payment for timber which are authorized by this contract. Base rates remain constant throughout the life of this contract and are not subject to change by rate redetermination except for reduction under BT3.32.

**Advertised Rates** are the minimum acceptable Bid Rates for timber, exclusive of Required Deposits. These rates are those indicated by appraisal in which no cost allowance has been made for construction of Specified Roads listed in AT9 but are never less than Base Rates.

**Bid Premium Rates** are the amounts by which Purchaser's bid is in excess of Advertised Rates. Bid Premium Rates are constant during this contract.

**Bid Rates** are the rates bid by Purchaser (exclusive of Required Deposits for slash disposal and road maintenance) and are the sum of Advertised Rates and Bid Premium Rates. Until a rate redetermination becomes effective, the Bid Rate for species and products in AT5a is the Tentative Rate which is subject to quarterly adjustment under BT3.2; for species and products in AT5b the Bid Rate is the Flat Rate.

**Required Deposits** are deposits which Purchaser may be required by law to pay for slash disposal (16 U.S.C. 490) and road maintenance (16 U.S.C. 537). Required Deposits may be adjusted as part of a rate redetermination or Contract Term Extension. The tables show only Required Deposits for slash disposal; road maintenance deposits, if any, are given in CT5.4 or CT5.41.

**Base Index** is the specified average of the lumber or other product selling value index used as the basis for computing adjustment in rates for variance in product selling value as provided in BT3.2. Base Indices shall be determined when rate redeterminations are made under BT3.31.

Superceded by Mod #1

**AT6 - Indices used in Quarterly Adjustment**, applicable to BT3.2

| SPECIES | INDEX NAME AND DATE |
|---|---|
| Ponderosa Pine | WWPA RMPP (1985-86 Basis) |
| Douglas-fir & Other | WWPA WW (1985-86 Basis) |
| Spruce | WWPA WW (1985-86 Basis) |

**AT7 - Scheduled Rate Redetermination**, applicable to BT3.31.

Date for scheduled rate redetermination is N/A . Rate redeterminations shall cover Included Timber in the entire sale unless otherwise specified in CT3.31. Timber quantity required to be paid for and Released for Cutting before lower rates developed from scheduled rate redetermination can become effective is N/A (State quantity and unit of measure based on estimates in AT5c) or the quantities from Payment Units numbered N/A .

**AT8 - High Stumps**, applicable to BT6.412.

| SPECIES | MAXIMUM STUMP HEIGHT (inches) |
|---|---|
| All Species | 12 |

ODR-15

AT9 - Specified Roads, applicable to BT5.2

FS-2400-6T, Page 106 (10/73

| PROJECT No. | PROJECT NAME | DESIGN CLASS | APPROXIMATE LENGTH (Miles) | SHEET NUMBERS AND APPROVAL DATE | SURVEY CLASS | PERFORMANCE RESPONSIBILITY: SURVEY | DESIGN | CONST. STAKING 1/ |
|---|---|---|---|---|---|---|---|---|
| 90 | Rudd Knoll | R | 2.40 | In Plans | NA | FS | PS | PS BC |
| 584 | Jessie Springs | R | 0.02 | Sheet 7 to 9 Approval Date FY 92 | NA | FS | PS | PS BC |

AT10 - Estimated Costs of Specified Roads, applicable to BT5.24 R=Reconstruction

| PROJECT SEGMENT: NUMBER | STATION FROM-TO | CONSTRUCTION PHASES (Entries in Dollars): SURVEY | DESIGN | STAKING | CLEARING | EXCAVATION | CULVERTS | BASE COURSE | SURFACING | STABILIZATION | OTHER | TOTAL | PURCHASER CREDIT LIMIT $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | See schedule of items, plans, and total road cost summary | | | | | | | | | | | |

1/ Indicate timing, i.e. Before clearing (BC), after clearing (AC). Applicable to BT5.212.

ODR-16

FS-2400-6T, Page 107 (10/73)

AT11 - Base Course Surface Rock and Rock Riprap, applicable to BT5.251

| 1/ | ROAD NUMBER | STATION FROM - TO | TYPE 2/ | SOURCE, SHOWN ON SALE AREA MAP: MAP KEY NO. | SOURCE, SHOWN ON SALE AREA MAP: LOCATION |
|---|---|---|---|---|---|
| | For rock types, gradation, estimated quantities, and unit costs See: Schedule of Items in the specifictions and drawings | | | | |

| 1/ | ESTIMATED QUANTITIES (STATE UNIT) | ESTIMATED RATES PER UNIT: BASIC ROCK COST 3/ $ | LOAD AND APPLY COST 4/ $ | HAUL COSTS: HAUL COST PER UNIT PER MILE 5/ $ | HAUL COSTS: ESTIMATED AVERAGE HAUL MILES 6/ | HAUL COSTS: HAUL COST 7/ $ | TOTAL COST PER UNIT 8/ $ | TOTAL ESTIMATED COST 9/ $ |
|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | |

1/ Letters cross reference lines in two portions of table.
2/ Show, e.g. pit run, screened, crushed, graded, etc.
3/ Including pit developments, crush, screen, stockpile, and purchase price, if any.
4/ Including loading, dumping, spreading, watering, mixing, compacting, loading and dumping delay, etc.
5/ Including required maintenance, resurfacing, and road-use charges.
6/ To nearest 0.1 mile.
7/ Obtain by multiplying Haul Cost Per Unit Per Mile by Estimated Average Haul.
Sum of Basic Rock Cost, Load and Apply Cost, and Haul Cost.
Obtain by multiplying Total Cost Per Unit by Estimated Quantity.

ODR-17

O.D. RIDGE TIMBER SALE
MODIFICATION #6

FS-2400-6T, Page 108 (10/73)

AT12 - Culvert Cost Rates, applicable to BT5.252

| CULVERTS | | | | DRAINAGE ACCESSORIES | | | |
|---|---|---|---|---|---|---|---|
| DIAMETER OR RISE AND SPAN | GAUGE & MATERIAL Al Fe | ESTIMATED COST RATE PER FOOT FURNISH & INSTALL $ | INSTALL ONLY $ | ITEM AND SIZE | GAUGE & MATERIAL Al Fe | ESTIMATED COST PER UNIT FURNISH & INSTALL $ | INSTALL ONLY $ |
| | N/A | | | N/A | | | |

Material Abbreviation Al - Aluminum; Fe - Galvanized Steel

AT13 - Fire Precautionary Period, applicable to BT7.2
April 15 to November 30, inclusive

AT14 - Purchaser Responsibility to Furnish Crews and Equipment for:
Initial Fire Suppression, applicable to BT7.3
Within 5 road miles

Fire Suppression Reinforcement, applicable to BT7.312 and BT7.313
Within 50 road miles

AT15 - Maximum Amount of Purchaser's Obligation per Operations Fire, applicable to BT7.41
$ 5,000.00

AT16 - Termination Date, applicable to BT8.2 June 16, 1999.

AT17 - Normal Operating Season, applicable to BT6.31, BT6.65, BT8.21, and BT9.3
May 15 to October 15, inclusive

AT18 - Performance Bond Amount, applicable to BT9.1
$ 89,000.00

ODR-18

O.D. RIDGE TIMBER SALE
MODIFICATION #5

FS-2400-6T, Page 108 (10/73)

AT12 - Culvert Cost Rates, applicable to BT5.252

| CULVERTS | | | | DRAINAGE ACCESSORIES | | | |
|---|---|---|---|---|---|---|---|
| | | ESTIMATED COST RATE PER FOOT | | | | ESTIMATED COST PER UNIT | |
| DIAMETER OR RISE AND SPAN | GAUGE & MATERIAL Al Fe | FURNISH & INSTALL $ | INSTALL ONLY $ | ITEM AND SIZE | GAUGE & MATERIAL Al Fe | FURNISH & INSTALL $ | INSTALL ONLY $ |
| | N/A | | | N/A | | | |

Mod #6 superseded

Material Abbreviation Al - Aluminum; Fe - Galvanized Steel

AT13 - Fire Precautionary Period, applicable to BT7.2
April 15 to November 30, inclusive

AT14 - Purchaser Responsibility to Furnish Crews and Equipment for:
Initial Fire Suppression, applicable to BT7.3
Within 5 road miles

Fire Suppression Reinforcement, applicable to BT7.312 and BT7.313
Within 50 road miles

AT15 - Maximum Amount of Purchaser's Obligation per Operations Fire, applicable to BT7.41
$ 5,000.00

AT16 - Termination Date, applicable to BT8.2 July 6, 1998.

AT17 - Normal Operating Season, applicable to BT6.31, BT6.65, BT8.21, and BT9.3
May 15 to October 15, inclusive

AT18 - Performance Bond Amount, applicable to BT9.1
$ 89,000.00

ODR-19

AT12 - **Culvert Cost Rates**, applicable to BT5.252

FS-2400-6T, Page 108 (10/73)
Mod. #4

| CULVERTS | | | | DRAINAGE ACCESSORIES | | | |
|---|---|---|---|---|---|---|---|
| DIAMETER OR RISE AND SPAN | GAUGE & MATERIAL<br>Al Fe | ESTIMATED COST RATE PER FOOT<br>FURNISH & INSTALL<br>$ | INSTALL ONLY<br>$ | ITEM AND SIZE | GAUGE & MATERIAL<br>Al Fe | ESTIMATED COST PER UNIT<br>FURNISH & INSTALL<br>$ | INSTALL ONLY<br>$ |

To determine material and thickness requirements and unit costs for culverts and drainage accessories, see the schedule of items in the specifications and drawings.

Material Abbreviation Al - Aluminum; Fe - Galvanized Steel

T13 - **Fire Precautionary Period**, applicable to BT7.2
April 15 to November 30, inclusive

AT14 - **Purchaser Responsibility to Furnish Crews and Equipment for:**
**Initial Fire Suppression**, applicable to BT7.3
Within 5 road miles

**Fire Suppression Reinforcement**, applicable to BT7.312 and BT7.313
Within 50 road miles

AT15 - **Maximum Amount of Purchaser's Obligation per Operations Fire**, applicable to BT7.41
$5,000.00

AT16 - **Termination Date**, applicable to BT8.2 December 31, 1997

AT17 - **Normal Operating Season**, applicable to BT6.31, BT6.65, BT8.21, and BT9.3
May 15 to October 15 , inclusive

AT18 - **Performance Bond Amount**, applicable to BT9.1
$89,000.00

O DR-20

FS-2400-6T, Page 108 (10/73)
O.D. Ridge Mod. #2

**AT12 - Culvert Cost Rates,** applicable to BT5.252

| CULVERTS | | | | DRAINAGE ACCESSORIES | | | |
|---|---|---|---|---|---|---|---|
| DIAMETER OR RISE AND SPAN | GAUGE & MATERIAL Al Fe | ESTIMATED COST RATE PER FOOT FURNISH & INSTALL $ | ESTIMATED COST RATE PER FOOT INSTALL ONLY $ | ITEM AND SIZE | GAUGE & MATERIAL Al Fe | ESTIMATED COST PER UNIT FURNISH & INSTALL $ | ESTIMATED COST PER UNIT INSTALL ONLY $ |
| To determine material and thickness requirements and unit costs for culverts and drainage accessories, see the schedule of items in the specifications and drawings. | | | | | | | |

Material Abbreviation Al - Aluminum; Fe - Galvanized Steel

**AT13 - Fire Precautionary Period,** applicable to BT7.2
April 15 to November 30, inclusive

**AT14 - Purchaser Responsibility to Furnish Crews and Equipment for:**
**Initial Fire Suppression,** applicable to BT7.3
Within 5 road miles

**Fire Suppression Reinforcement,** applicable to BT7.312 and BT7.313
Within 50 road miles

**AT15 - Maximum Amount of Purchaser's Obligation per Operations Fire,** applicable to BT7.41
$5,000.00

**AT16 - Termination Date,** applicable to BT8.2 December 31, 1996

**AT17 - Normal Operating Season,** applicable to BT6.31, BT6.65, BT8.21, and BT9.3
May 15 to October 15 , inclusive

**AT18 - Performance Bond Amount,** applicable to BT9.1
$89,000.00

Superceded by Mod. #4

ODR-21

FS-2400-6T, Page 108 (10/73)

AT12 - Culvert Cost Rates, applicable to BT5.252

| CULVERTS | | | | DRAINAGE ACCESSORIES | | | |
|---|---|---|---|---|---|---|---|
| DIAMETER OR RISE AND SPAN | GAUGE & MATERIAL (Al / Fe) | ESTIMATED COST RATE PER FOOT: FURNISH & INSTALL $ | ESTIMATED COST RATE PER FOOT: INSTALL ONLY $ | ITEM AND SIZE | GAUGE & MATERIAL (Al / Fe) | ESTIMATED COST PER UNIT: FURNISH & INSTALL $ | ESTIMATED COST PER UNIT: INSTALL ONLY $ |
| To determine material and thickness requirments and unit costs for culverts and drainage accessories, see the schedule of items in the specifications and drawings. | | | | | | | |

#2

Material Abbreviation Al - Aluminum; Fe - Galvanized Steel

AT13 - Fire Precautionary Period, applicable to BT7.2
April 15 to November 30, inclusive

AT14 - Purchaser Responsibility to Furnish Crews and Equipment for:
Initial Fire Suppression, applicable to BT7.3
Within .5 road miles

Fire Suppression Reinforcement, applicable to BT7.312 and BT7.313
Within 50 road miles

AT15 - Maximum Amount of Purchaser's Obligation per Operations Fire, applicable to BT7.41
$ 5,000.00

AT16 - Termination Date, applicable to BT8.2 December 31, 1995.

AT17 - Normal Operating Season, applicable to BT6.31, BT6.65, BT8.21, and BT9.3
May 15 to October 15, inclusive

AT18 - Performance Bond Amount, applicable to BT9.1
$ 89,000.00

ODR-22

National Forest APACHE-SITGREAVES
Sale Name O.D. RIDGE TIMBER SALE
Page 1 of 3

AT19 - Inapplicable Standard Provisions
The following listed Sections, Subsections or Items of Division BT-Standard Provisions - are hereby made inapplicable.

| | |
|---|---|
| BT3.21 | Unavailable or Inadequate Index |
| BT4.221 | Advance Deposits |
| BT4.224 | Deposits When Payment Guaranteed |
| BT4.226 | Use of Deposits |
| BT4.23 | Refund of Excess Cash |
| BT4.4 | Payment Not Received |
| BT5.211 | Priority of Drawings |
| BT5.251 | Difference in Rock Cost |
| BT5.252 | Difference in Culvert Installation |
| BT5.253 | Cost Adjustment for Physical Change |
| BF5.254 | Design Change |
| BT6.24 | Protection of Historical Sites |
| BT8.23 | Contract Term Extension |
| BT9.2 | Disputes |
| BT9.4 | Failure to Cut |

AT20 - List of Special Provisions
The following listed special provisions are attached to and made a part of this contract as Division CT. Unless listed herein or added by modification pursuant to BT8.23, BT8.3 or BT8.31 no provision of Division CT shall have force or effect. Provisions with reference numbers followed by # contain blanks into which data have been entered for this sale.

| | |
|---|---|
| CT2.351# | Individual Trees (Cut Tree Marking) (11/86) |
| CT2.352# | Individual Trees (Leave Tree Marking) (12/89) |
| CT3.2 | Escalation Procedure (11/82) |
| CT3.21 | Unavailable Index (1/88) |
| CT3.312 | Rate Redetermination for Environmental Modification (4/82) |
| CT4.12 | Adjustment of Volume (6/81) |
| CT4.211# | Transfer of Purchaser Credit (3/83) |
| CT4.220 | Deposits (11/83) |
| CT4.220# | Down Payment (7/91) |
| CT4.221 | Advance Deposits (7/91) |
| CT4.224 | Deposits When Payment Guaranteed (6/87) |
| CT4.23 | Refund of Excess Cash (7/91) |
| CT4.264# | Periodic Payment Schedule (7/91) |
| CT4.3 | Letters of Credit for Payment Bond (9/78) |
| CT4.4 | Payments Not Received (1/84) |
| CT5.101# | Road Completion Date (11/85) |
| CT5.12# | Use of Roads by Purchaser (12/76) |
| CT5.123 | Existing Roads (11/86) |
| CT5.2 | Specifications and Drawings for Construction of Specified Roads (12/89) |
| CT5.211 | Contract Documents (6/80) |
| CT5.221# | Material Sources (7/81) |
| CT5.251# | Variation in Quantities (12/79) |

ODR-23

National Fore APACHE-SITGREAVES
Sale Name O.D. RIDGE TIMBER SALE
Page 2 of 3

AT19 - Inapplicable Standard Provisions
The following listed Sections, Subsections or Items of Division BT-Standard Provisions - are hereby made inapplicable.

AT20 - List of Special Provisions
The following listed special provisions are attached to and made a part of this contract as Division CT. Unless listed herein or added by modification pursuant to BT8.23, BT8.3 or BT8.31 no provision of Division CT shall have force or effect. Provisions with reference numbers followed by # contain blanks into which data have been entered for this sale.

| | |
|---|---|
| CT5.253 | Physical Change (12/79) |
| CT5.254 | Design Change (10/86) |
| CT5.4# | Road Maintenance (10/84) |
| CT5.412# | Required Surface Replacement Deposit (11/83) |
| CT5.46 | Snow Removal (11/86) |
| CT6.0 | Operations (6/90) |
| CT6.01 | Interruption or Delay of Operation (6/90) |
| CT6.2 | Improvements (6/80) |
| CT6.22 | Protection of Improvements Not Owned by Forest Service (1/80) |
| CT6.222 | Protection of Fences (3/80) |
| CT6.24# | Protection of Cultural Resources (7/90) |
| CT6.241 | Protection of Cultural Resources (11/86) |
| CT6.242 | Cultural Resource Protection (7/87) |
| CT6.25# | Protection of Habitat of Endangered Species (7/86) |
| CT6.3 | Plan of Operation (10/77) |
| CT6.311 | Plan of Operation for Road Construction (6/80) |
| CT6.315 | Operating Schedule (11/86) |
| CT6.321# | Protection of Seed Trees (11/86) |
| CT6.33 | Safety (6/78) |
| CT6.341 | Prevention of Oil Spills (6/81) |
| CT6.35 | Final Acceptance of Specified Roads (1/80) |
| CT6.351 | Acceptance of Specified Roads (6/78) |
| CT6.4# | Conduct of Logging (9/90) |
| CT6.42# | Maximum Tractor Size (12/89) |
| CT6.6 | Erosion Prevention and Control (11/86) |
| CT6.601# | Erosion Control Seeding (2/87) |
| CT6.602 | Temporary Road and Landing Scarification (11/86) |
| CT6.7# | Slash Treatment (7/90) |
| CT6.8# | Quantity Determination Methods (4/83) |
| CT6.82 | Product Identification (9/90) |
| CT6.84 | Accountability (4/83) |
| CT7.2 | Specific Fire Precautionary Measures (3/91) |
| CT7.21 | Fire Guards (11/75) |
| CT7.22# | Emergency Fire Precautions (3/91) |
| CT7.23 | Communications (5/89) |

ODR-24

National Forest APACHE-SITGREAVES
Sale Name O.D. RIDGE TIMBER SALE
Page 3 of 3

AT19 - Inapplicable Standard Provisions
The following listed Sections, Subsections or Items of Division BT-Standard Provisions - are hereby made inapplicable.

AT20 - List of Special Provisions
The following listed special provisions are attached to and made a part of this contract as Division CT. Unless listed herein or added by modification pursuant to BT8.23, BT8.3 or BT8.31 no provision of Division CT shall have forc or effect. Provisions with reference numbers followed by # contain blanks into which data have been entered for this sale.

| | |
|---|---|
| CT8.2 | Termination (6/92) |
| CT8.21 | Delay in Reconstruction of Processing Facilities (6/78) |
| CT8.212# | Market-related Contract Term Addition (7/91) |
| CT8.23 | Contract Term Extension (7/91) |
| CT8.231 | Conditions for Contract Term Extension (7/91) |
| CT8.3 | Contract Modification (10/77) |
| CT8.63 | Nondiscrimination in Employment (6/78) |
| CT8.641# | Use of Timber (9/90) |
| CT9.1 | Letters of Credit (6/78) |
| CT9.11 | Failure to Provide Performance Bond (11/85) |
| CT9.2 | Disputes (7/80) |
| CT9.21 | Submission of Claim (8/80) |
| CT9.3 | Breach (6/90) |
| CT9.4 | Failure to Cut (4/82) |
| CT9.41 | Failure to Execute Contract (11/85) |
| CT9.5 | Settlement (10/77) |
| CT9.53 | Settlement (6/92) |