ODR-34

## BT5.0—TRANSPORTATION FACILITIES

**BT5.1 Authorization.** Purchaser is authorized to construct and maintain roads, bridges and other transportation facilities, as needed for harvesting Included Timber, on National Forests and other lands where Forest Service has such authority. As used in this contract "construct" includes "reconstruct."

Location and construction of Specified Roads shall be in accordance with BT5.2. Unless otherwise provided herein, construction may be progressive during this contract. Maintenance shall be governed by BT5.4. The location and clearing widths of all Temporary Roads or facilities shall be agreed to before construction is started. "Temporary Roads" are roads other than Specified Roads which are constructed by Purchaser for the purpose of harvesting Included Timber.

Purchaser is authorized to cut and use for construction without charge construction timber designated by agreement.

**BT5.11 Requirements of Rights-of-Way.** Purchaser's road construction and use on the rights-of-way identified in attached list or CT5.11 shall be confined to said rights-of-way and limited by the related easements and stipulations, if any, unless Purchaser makes other arrangements which will not infringe upon or adversely affect the grantee's rights. Said easement or right-of-way documents are available in the offices of the Forest Supervisor and District Ranger.

**BT5.12 Use of Roads by Purchaser.** Except as provided herein, Purchaser is authorized to use existing National Forest roads, in addition to Specified Roads listed in AT9, when such use will not cause damage to the roads or National Forest resources and when hauling can be done safely.

If Purchaser's use of an existing temporary or National Forest transportation system road, not listed in AT9, cannot be satisfactorily accommodated without reconstruction, Purchaser shall be authorized to use such road upon agreement as to the minimum reconstruction work which Purchaser shall perform before hauling. When appropriate, such road shall be included in AT9 as an alternate facility under BT5.26.

CT5.12 lists existing temporary or permanent roads shown on Sale Area Map which for such reasons as limitations in structural capacity, safety and protection of soil, water, and roads, (a) cannot be used for hauling or (b) may be used only under the restrictive limitations stated therein.

**BT5.2 Specified Roads.** "Specified Roads" are roads, including related transportation facilities and appurtenances, shown on Sale Area Map and listed in AT9, for which Purchaser shall be given Purchaser Credit when constructed. Purchaser shall construct Specified Roads used under this contract. Construction initiated by Purchaser on any such Specified Road shall be completed to an agreed terminus that meets Purchaser's needs and prevents unnecessary injury to National Forest resources. Construction to such terminus shall be in full accordance with Drawings and specifications set forth herein or attached hereto, except for agreed adjustments needed to accommodate such terminus. The cost, as estimated by Forest Service, for the portion constructed shall be separately recorded as a segment in a revised AT10. A Temporary Road shall not be constructed substantially on the location for a Specified Road, except by agreement.

In event of agreed substitution or revision of construction design, specifications or performance responsibility under BT5.212, BT5.25, BT5.26 or CT 5.201, a revised table designated AT9-1, AT9-2, etc. shall supersede any prior table as AT9, when it is dated and signed by Purchaser and the Forest Supervisor or District Ranger when District Ranger is the approving officer.

**BT5.21 Engineering.** Survey and design for Specified Roads were completed by Forest Service prior to sale advertisement, unless other timing is specified in CT5.21 or Purchaser survey and design are specified in AT9. On those roads for which the design is completed by Forest Service during the contract, the design quantities shall be used as the basis for revising estimated costs and Purchaser Credit Limit stated in AT10.

Survey, design, and construction staking of Specified Roads to be engineered by Purchaser shall be performed by Purchaser in accordance with specifications attached hereto. Based upon the quantities developed by such design as approved by Forest Service, the estimated costs and Purchaser Credit Limit stated in AT10 shall be revised by Forest Service. The methods of computing such revised costs shall be consistent with the methods that would have been used had the engineering been performed prior to sale advertisement.

**BT5.211 Priority of Drawings.** "Drawings" are documents listed in AT9 showing such items as plans, profiles, typical cross sections, working drawings and supplemental drawings, or exact reproductions thereof, which show the location, character, dimensions and the details of the work to be done.

Drawings shall govern over specifications, staking and the approximate mileage in AT9, unless agreed otherwise for minor adjustments. Normal good construction practices and related tolerances are acceptable when the specification describes the construction requirements in nonquantitative terms. Necessity for substantial change in the amount of construction work resulting from an error in the staking shall be treated as a design change under BT5.254.

**BT5.212 Construction Staking.** Purchaser shall avoid careless or negligent damage to construction stakes, flags or marks. If such damage occurs, Purchaser shall be required to replace stakes necessary to construction or, upon Purchaser's request and under written agreement, Purchaser shall bear costs of such replacement by Forest Service by depositing, with Forest Service in advance, sufficient sums to cover cost of such replacement. Any surplus funds remaining after such work is completed shall be refunded.

When AT9 shows that construction stakes are to be set by Forest Service after clearing, Purchaser shall submit to Forest Service a written schedule for clearing, construction staking and construction which will provide Forest Service a reasonable period for setting construction stakes. Time of setting construction stakes may be modified by written agreement.

If Forest Service performs construction staking for Specified Roads, timing of such staking shall permit Purchaser's clearing and other construction activity to proceed without hindrance or delay, provided Purchaser's construction activity is reasonably consistent with needs iden-

ODR-35

tified in Purchaser's operating schedule or amendments thereto.

Should Forest Service be unable to perform construction staking in such reasonable period, upon written agreement, Purchaser shall assume the responsibility for construction staking for agreed upon portions of Specified Roads. In such event, Forest Service shall revise (a) AT9 to show Purchaser's performance responsibility and (b) AT10 to include costs of construction staking, as provided under BT5.24, and to increase Purchaser Credit Limit to accommodate such costs. Such costs shall be calculated by Forest Service using unit rates comparable with those used in the preparation or revision of AT10.

**BT 5.22 Material Delivery.** Within 60 calendar days after award date, Purchaser shall provide Forest Service a written schedule showing the desired delivery dates of any material to be supplied by Forest Service. With reasonable notice, said schedule may be amended by agreement. Forest Service agrees to make delivery within 15 calendar days after the scheduled delivery dates that are at least 60 calendar days after the schedule is submitted unless prevented by causes beyond control of Forest Service.

If Purchaser does not provide Forest Service the written schedule within the above period, Forest Service agrees to make delivery within 90 calendar days after a late schedule is submitted, unless prevented by causes beyond control of Forest Service. After delivery to and written receipt by Purchaser, Purchaser is responsible for installation of needed material and for any loss of or damage to such material due to Purchaser's negligence prior to installation or return of unused material to Forest Service.

At Purchaser's option, Forest Service deliveries shall be to Purchaser's storage area, as agreed, or to the nearest practicable point to the job site along existing roads. Unused material shall be returned to Forest Service at location of delivery, unless agreed otherwise.

**BT5.23 Use of Partially-Constructed Road.** Portions of Specified Roads shall be Substantially Completed prior to their use for hauling timber from each established landing, except that Purchaser may be relieved in writing of this requirement if there is justification under existing conditions. When necessary to facilitate construction and protect bridges and roads from damage, timber felled in construction and timber logged directly to the road from areas immediately adjacent thereto may be hauled before road construction is Substantially Completed. Such hauling shall be confined to periods when abnormal soil erosion and damage to National Forest lands will not result.

"Substantially Completed" means (a) completion of grading and installation of drainage structures so they will function effectively, and (b) laying the specified depth of the base course, if any, unless physical conditions make it impractical or ground conditions permit hauling without undue damage. No more than half of Included Timber to be hauled over such portions of road shall be hauled until the base course has been applied.

Unless agreed otherwise, specified reconstruction shall be completed on any portion of road prior to hauling on that portion.

**BT5.24 Estimated Cost.** Estimated costs by construction phases for Specified Roads listed in AT9 are stated by segments in AT10. Such estimated costs are subject to adjustment under BT3.31, BT3.32, BT5.2, BT5.21, BT5.212, BT5.25 and BT5.26. Appropriately adjusted costs shall be made a part of a revised AT10 which shall be designated AT10-1, AT10.2, etc. The revised AT10 shall supersede any prior AT10 herein when it is dated and signed by the Forest Supervisor, or District Ranger when District Ranger is the approving officer, and a copy is furnished to Purchaser.

**BT5.25 Construction Cost Adjustment.** Costs estimates in AT10 and Purchaser Credit Limit shall be adjusted by Forest Service as follows:

**BT5.251 Difference in Rock Cost.** If there is advance agreement on changes affecting base rock, surface rock, or rock riprap cost estimates (such as sources, type, estimated quantities or average hauling mileage of base course, surface rock, or rock riprap other than those in AT11), appropriate adjustments shall be made in AT10. The new rock-cost estimates shall be the products of Forest Service's revised estimates of mileage, quantities and unit costs that are consistent with unit costs in AT11. Appropriately adjusted sources, type, quantities, mileages and unit costs shall be made a part of a revised AT11, which shall be designated AT11-1, AT11-2, etc. No such adjustment shall be made if the calculated change for all Specified Roads is less than $500. Cost rates listed in AT11 are subject to adjustment under BT3.31.

**BT5.252 Difference in Culvert Installation.** If the actual approved amount or type of culvert or drainage accessories installed hereunder differ from those estimated in Drawings and specifications under BT5.2, the estimated costs therefor, listed in AT10 shall be adjusted according to the cost rates in AT12. If culverts or drainage accessories different from those shown in AT12 are installed, estimated cost rates shall be consistent with the cost rates of AT12. Cost rates listed in AT12 are subject to adjustment under BT3.31.

**BT5.253 Cost Adjustment for Physical Change.** The estimated costs in AT10 shall be revised if prior to acceptance under BT6.35, a major physical change, caused by a single event and not due to negligence of Purchaser, results in additional work by Purchaser involving an additional estimated cost of (a) more than $1,000 for sales under one million board feet, (b) more than $1.00 per thousand board feet for sales of one to three million board feet, or (c) more than $3,000 for sales over three million board feet. Such costs shall include the cumulative estimated costs of repairing damage from slides, washouts, landslips, fire, etc., caused by said event.

In such event, Drawings and specifications shall be revised when necessary to meet the new conditions. Such revised Drawings and specifications, together with the estimated cost of work abandoned, shall be the basis for revised cost estimates. Revised cost estimates shall be calculated by Forest Service, using unit rates consistent with those used in the preparation or revision of AT10.

**BT5.254 Design Change.** If Purchaser and Forest Service agree on a design change of a substantial nature consisting of changes in location, removal of unsuitable material or changes in road cross section of a Specified Road, estimated costs in AT10 shall be revised to reflect the estimated cost resulting from such design change. A design change of a substantial nature is one that would result in a total adjustment in the estimated cost of $1,000 or more.

**BT5.26 Alternate Facilities.** If under Purchaser's operating schedule, roads needed for the removal of Included Timber differ substantially from Specified Roads, other

ODR-36

roads may be added to AT9. The road routing, location, design, and needed easements shall be such as will make such other roads acceptable as parts of the National Forest transportation system. Surveys, design, and construction staking for such other roads shall be provided by Purchaser.

Based on design quantities from such engineering, Forest Service shall estimate construction costs of alternate facilities, using methods consistent with those used in the original computation of AT10. Purchaser Credit Limit for acceptable alternate facilities shall not exceed the estimated costs of facilities listed in the original AT10 which Purchaser does not construct, except that Purchaser Credit Limit may be adjusted as described in BT5.25. In event of rate redetermination under BT3.3, such limit shall be the redetermined estimated costs of facilities listed in the original AT10 which Purchaser does not construct.

**BT5.3 Purchaser Credit Computation.** Forest Service shall make timely estimates of Purchaser's progress in Specified Road construction. On the basis of such progress estimates, and cost estimates in AT10, Forest Service shall credit Timber Sale Account each month as such work proceeds or as such deposits are made. Materials furnished and delivered or such deposits made by Purchaser shall be included in estimating work progress.

Such crediting shall be at 95 percent of the estimate of cost of work accomplished until the project segment listed in AT10 is accepted as complete under BT6.35 or is abandoned under BT5.253 or BT8.33. At such time, Timber Sale Account shall receive full credit up to Purchaser Credit Limit.

When Purchaser performs surface treatment for which Purchaser Credit is provided elsewhere herein or makes deposits for road reconstruction under CT5.121 or for use of share-cost roads under CT4.21, Forest Service shall credit Timber Sale Account each month as such work proceeds or as such deposits are made. Crediting of Timber Sale Account for deposits for road reconstruction or for share-cost roads shall be in the full amount of such deposits.

**BT5.4 Road Maintenance.** Purchaser shall perform or pay for road maintenance work, commensurate with Purchaser's use, on roads controlled by Forest Service and used by Purchaser in connection with this sale. Maintenance specifications and Required Deposits for road maintenance, if any, are stated in CT5.4 or CT5.41. In the absence of a provision for such Required Deposits, there may be agreement for Purchaser to make deposits under BT4.225 in lieu of performing maintenance.

Purchaser's use of roads being maintained for commercial hauling by a third party under agreement with Forest Service may be made contingent upon Purchaser's payment (a) to Forest Service at reasonable rates predetermined annually or by said agreement or (b) to a third party by agreement between Purchaser and such third party. Purchaser's maintenance cost responsibility on road sections customarily maintained by Forest Service shall not exceed the maintenance costs commensurate with Purchaser's use.

Forest Service road maintenance performed for Purchaser within the designated maintenance area shall be at least comparable to that required of Purchaser. Both current and periodic maintenance shall be performed so that Purchaser's use of roads is not unreasonably hindered or restricted. When Forest Service is unable to perform such maintenance, or other arrangements are justified by changed circumstances, Purchaser may assume specific maintenance obligations by written agreement including adjustment of Purchaser's deposits for road maintenance.

Maintenance as used in this contract does not include road reconstruction or repairs of an extraordinary nature.

**BT5.41 Road Maintenance Deposits.** Other provisions herein notwithstanding, when Forest Service requests payment in lieu of Purchaser's performance of road maintenance, Purchaser shall make Required Deposits (16 U.S.C. 537) at rates stated in Road Maintenance Deposit Schedule CT5.411. Such deposits shall be based upon the estimated quantity and distance hauled on roads listed in said schedule.

Purchaser and Forest Service may agree in writing on adjustment of such rates, including the establishment of rates for phases of maintenance. If Purchaser uses roads under jurisdiction of Forest Service other than those listed in said schedule, Forest Service shall establish rates commensurate with Purchaser's use of such roads.

**BT5.5 Use by Others.** Forest Service shall have the right to use any road constructed by Purchaser under this contract for any and all purposes in connection with the protection and administration of the National Forest. Roads constructed by Purchaser hereunder may be used by other parties in connection with the logging of tributary National Forest timber when such use will not materially interfere with Purchaser's Operations. Such third party use shall be contingent upon the third party paying a fair share of maintenance cost commensurate with such commercial use.

Unless otherwise provided in CT5.5, Forest Service shall authorize other uses of roads constructed by Purchaser hereunder only if (a) Forest Service makes appropriate arrangements to relieve Purchaser of related maintenance costs commensurate with such other uses and (b) such other uses will not materially interfere with Purchaser's Operations.

Where Purchaser reconstructs a road having established use, the use during reconstruction and thereafter by Purchaser shall be such as to reasonably accommodate such established use. Purchaser shall have the right to use such reconstructed road without material additional interference from other users.

## BT6.0—OPERATIONS

**BT6.1 Representatives.** Unless Purchaser is notified in writing otherwise by the Forest Supervisor, the District Ranger is the representative of Forest Service to (a) receive notices in regard to performance under this contract, (b) take action in relation to this contract, and (c) be readily available to the area of construction and logging operations.

When Purchaser's Operations are in progress, Purchaser shall have a representative, named in writing, readily available to the area of such operations and authorized to receive notices in regard to performance under this contract and to take related action.

**BT6.11 Notices.** Notices by either party as to action taken or to be taken by the other respecting this contract shall be made in writing to the other party's designated representative.

**BT6.2 Improvements.** Purchaser is authorized to construct on National Forest land, buildings, facilities, and other improvements needed to log Included Timber. Such

ODR-37

construction shall be located where approved in writing by Forest Service and shall be constructed and used in a manner which will protect National Forest values. Forest Service may authorize Purchaser under special use permit or CT6.2 to establish and operate facilities on National Forest land to manufacture Included Timber.

**BT6.21 Removal.** Unless continued use is authorized, all said improvements shall be removed or disposed of by Purchaser when no longer needed. Should Purchaser fail to remove or dispose of said improvements within 6 months after Termination Date, Forest Service may dispose of said improvements at Purchaser's expense under BT9.5, or in lieu thereof, may, upon written notice to Purchaser, assume title to said improvements in the name of the United States. In the latter event, Purchaser shall not be required to remove such improvements.

**BT6.22 Protection of Improvements.** So far as practicable, Purchaser shall protect Specified Roads and other improvements (such as roads, trails, telephone lines, ditches and fences) (a) existing in the operating area, (b) determined to have a continuing need or use and (c) designated on Sale Area Map. Roads and trails needed for fire protection or other purposes and designated on Sale Area Map shall be kept reasonably free of quipment and products, slash and debris resulting from Purchaser's Operations. Purchaser shall make timely restoration of any such improvements damaged by Purchaser's Operations and, when necessary because of such operations, shall move such improvements as specified in CT6.22.

**BT6.23 Protection of Land Survey Monuments.** Forest Service shall appropriately designate on the ground all known survey monuments, section corners and other corner accessories. Identifying signs shall be posted by Forest Service on two sides of each known bearing tree.

In authorized clearings such as Clearcutting Units and road construction, and in other instances where damage to monuments, section corners and other corner accessories is unavoidable, Forest Service shall arrange protective or perpetuative action which does not cause unnecessary delay to Purchaser.

Purchaser shall protect all known survey monuments, witness corners, reference monuments and bearing trees against avoidable destruction, obliteration or damage during Purchaser's Operations. If any known monuments, corners or accessories are destroyed, obliterated or damaged during Purchaser's Operations, Purchaser shall hire the appropriate county surveyor or a registered land surveyor to reestablish or restore at the same location the monuments, corners or accessories. Such surveyors shall use procedures in accordance with the Bureau of Land Management Manual of Instructions for the Survey of the Public Lands of the United States for General Land Office surveys, and in accordance with State law for others. Purchaser shall record such surveys in appropriate county records.

**BT6.24 Protection of Historical Sites.** Location of known historic or prehistoric ruins or monuments or objects of antiquity, such as Indian artifacts, protected by American Antiquities Act (16 U.S.C. 433) are shown on Sale Area Map and identified on the ground. Such areas discovered and identified on the ground during Purchaser's Operations may, by agreement, result in contract cancellation or modification and reimbursement to Purchaser for the extra cost involved in providing such protection. Discovery of such areas by either party shall promptly be reported to the other party.

Wheeled or track-laying equipment shall not be operated within such areas except on roads, landings, tractor roads or skid trails approved under BT5.1 and BT6.422. Unless agreed otherwise, trees felled into such areas, and the resulting slash, shall be removed by a method that will minimize damage to the area. Purchaser may be required to backblade skid trails and other ground disturbed by Purchaser's Operations within such areas in lieu of cross ditching required under BT6.6.

**BT6.3 Control of Operations.** Under this contract, "Purchaser's Operations" shall include activities of or use of equipment of Purchaser, Purchaser's employees, agents, contractors, subcontractors, their employees or agents, acting in the course of their employment in operations hereunder on National Forest System lands or within the Forest Service protection boundary (unless acting under the immediate supervision of Forest Service, as in slash disposal).

Purchaser's Operations shall be conducted in a workmanlike and orderly manner. The timing of required Forest Service designation of work on the ground and the performance of other Forest Service work shall not be such as to cause unnecessary delay to Purchaser.

"Release For Cutting" is written authorization to Purchaser to begin cutting in a Payment Unit. Upon Purchaser's request for release of a Payment Unit, Forest Service shall either (a) give tentative approval and bill Purchaser as necessary under BT4.22 or (b) reject the request, stating reasons for rejection. When payment or payment guarantee has been confirmed, Forest Service shall issue Release For Cutting within 10 days. Purchaser shall not cut timber in any Payment Unit until it is Released For Cutting.

**BT6.31 Operating Schedule.** Purchaser shall, before commencing operations, provide in writing an annual schedule of anticipated major activities and needs for logging Included Timber, such as logging, road maintenance and construction, including construction and staking schedule under BT5.212 and material delivery under BT5.22. Upon reasonable notice to Forest Service, such schedule shall be subject to modifications necessitated by weather, markets or other unpredictable circumstances.

Subject to BT6.6 and when the requirements of BT6.65 are met, Purchaser's Operations may be conducted outside Normal Operating Season. "Normal Operating Season" is the period beginning and ending on the dates stated in AT17 of any year.

**BT6.32 Protection of Residual Trees.** Purchaser's Operations shall not unnecessarily damage young growth or other trees to be reserved.

**BT6.33 Safety.** Purchaser's Operations shall facilitate Forest Service's safe and practical inspection of Purchaser's Operations and conduct of other official duties on Sale Area.

**BT6.34 Sanitation and Servicing.** Purchaser shall take all reasonable precautions to prevent pollution of air and water by Purchaser's Operations. If facilities for employees are established on Sale Area, they shall be operated in a sanitary manner. Refuse resulting from Purchaser's use, servicing, repair or abandonment of equipment shall be removed from National Forest lands or buried at agreed locations. Purchaser shall not service tractors, trucks or

ODR-38

other equipment on National Forest lands where pollution to lakes, streams or estuaries is likely to occur.

**BT6.35 Acceptance of Work.** Upon Purchaser's written request and assurance that work has been competed, Forest Service shall perform an inspection promptly so as not to delay unnecessarily the progress of Purchaser's Operations. Such a request may be for acceptance of (a) any reasonable portion of Specified Road listed in AT10, (b) specific requirements on a Payment Unit (such as logging, slash disposal, erosion control, or snag felling) or (c) all contract requirements on a Payment Unit. Forest Service may perform such inspections without request from Purchaser.

Within 5 calendar days of said inspection, Forest Service shall furnish Purchaser with written notice either of acceptance or of work remaining to be done.

In the event that Forest Service is unable to make such inspection within 10 calendar days of Purchaser's request therefor, Purchaser shall be notified in writing of necessity for postponement and time when inspection can be made. The same final approval procedure shall be used at the end of Purchaser's construction period on any completed portion of road. Specified Road work may be accepted subject to completion of clearing work not affecting the road structure but delayed for reasons beyond control of Purchaser, such as adverse weather.

When all contractual work of Purchaser has been accepted for any Payment Unit, said Payment Unit shall be eliminated from Sale Area on written notice of either party to this contract, unless such Payment Unit is a portion of a larger cutting unit. In the latter circumstance, such Payment Unit may be eliminated only by agreement.

**BT6.4 Conduct of Logging.** Unless otherwise specifically provided herein, Purchaser shall fell trees designated for cutting and shall remove the portions which meet Utilization Standards as provided in BT2.2 prior to acceptance of Payment Unit for completion of logging under BT6.35. Exception for occasional trees inadvertently not cut or trees or pieces not removed may be made for good reason, including possible damage to forest resources or gross economic impracticability at the time of removal of other timber. Logging shall be conducted in accordance with the following, unless CT6.4 provisions set forth requirements to meet special or unusual logging conditions:

**BT6.41 Felling and Bucking.** Felling shall be done to minimize breakage of Included Timber and damage to residual timber. Unless agreed otherwise, felling shall be done by saws or shears. Bucking shall be done to permit removal of all minimum pieces set forth in AT2. Purchaser may buck out cull material when necessary to produce pieces meeting Utilization Standards. Such bucked out material shall contain a minimum amount of sound wood. If necessary to assess extent of defect, Purchaser shall make sample saw cuts or wedges.

**BT6.411 Felling in Clearings.** Insofar as ground conditions, tree lean and shape of clearing permit, trees shall be felled so that their tops do not extend outside Clearcutting Units, construction clearings and areas of regeneration cutting.

**BT6.412 Stump Heights.** Stumps shall not exceed, on the side adjacent to the highest ground, the maximum heights set forth in AT8, except that occasional stumps of greater heights shall be acceptable when necessary for safe and efficient conduct of logging. Except for acceptable high stumps stated above, Purchaser shall re-cut high stumps so they will not exceed heights specified in AT8 and shall dispose of severed portions in the same manner as other logging debris or as otherwise agreed. The stump heights shown in AT8 were selected with the objective of maximum reasonable utilization of the timber unless Sale Area Map shows special areas where stump heights are lower for aesthetic, land treatment or silvicultural reasons.

**BT6.413 Limbing.** When necessary to minimize damage to the residual stand during skidding, exposed limbs shall be cut from products prior to skidding. Such limbs may be left uncut which cannot be cut with reasonable safety.

**BT6.42 Skidding and Yarding.** Methods of skidding and yarding specified for particular areas, if any, are indicated on Sale Area Map. Outside Clearcutting Units and construction clearings, insofar as ground conditions permit, products shall not be skidded against reserve trees or groups of reproduction, and tractors shall be equipped with winch to facilitate skidding.

**BT6.421 Rigging.** Insofar as practicable, needed rigging shall be slung on stumps or trees designated for cutting.

**BT6.422 Landings and Skid Trails.** Location of all landings, tractor roads and skid trails shall be agreed upon prior to their construction. The cleared or excavated size of landings shall not exceed that needed for safe and efficient skidding and loading operations.

**BT6.423 Skidding on Roads.** Products may be skidded on permanent roads authorized for hauling under BT5.12 only by prior written agreement.

**BT6.424 Arches and Dozer Blades.** Unless otherwise specified in CT6.424, skidding tractors equipped with pull-type arches or dozer blades wider than tractor width or C-frame width, whichever is greater, shall not be used in residual timber outside Clearcutting Units and other authorized clearings, except on constructed tractor roads or landings, unless there is written agreement that residual timber will not be damaged materially by such use.

**BT6.5 Streamcourse Protection.** "Streamcourses" which are subject to provisions of this Section are shown on Sale Area Map. Unless otherwise agreed, the following measures shall be observed to protect Streamcourses:

(a) Purchaser's Operations shall be conducted to prevent debris from entering Streamcourses, except as may be authorized under paragraph (d). In event Purchaser causes debris to enter Streamcourses in amounts which may adversely affect the natural flow of the stream, water quality or fishery resource, Purchaser shall remove such debris as soon as practicable, but not to exceed 48 hours, and in an agreed manner that will cause the least disturbance to Streamcourses.

(b) Culverts or bridges shall be required on Temporary Roads at all points where it is necessary to cross Streamcourses. Such facilities shall be of sufficient size and design and installed in a manner to provide unobstructed flow of water and to minimize damage to Streamcourses. Trees or products shall not be otherwise hauled or yarded across Streamcourses unless fully suspended.

(c) Wheeled or track-laying equipment shall not be operated in Streamcourses except at crossings designated by Forest Service or as essential to construction or removal of culverts and bridges.

(d) Flow in Streamcourses may be temporarily diverted only if such diversion is necessary for Purchaser's planned construction and Forest Service gives written authoriza-

ODR-39

tion. Such flow shall be restored to the natural course as soon as practicable and in any event prior to a major storm runoff period or runoff season.

**BT6.6 Erosion Prevention and Control.** Purchaser's Operations shall be conducted reasonably to minimize soil erosion. Equipment shall not be operated when ground conditions are such that excessive damage will result. The kinds and intensity of erosion control work done by Purchaser shall be adjusted to ground and weather conditions and the need for controlling runoff. Erosion control work shall be kept current immediately preceding expected seasonal periods of precipitation or runoff.

If Purchaser fails to do seasonal erosion control work prior to any seasonal period of precipitation or runoff, Forest Service may temporarily assume responsibility for the work and any unencumbered deposits hereunder may be used by Forest Service to do the work. If needed for such work, Purchaser shall make additional deposits on request by Forest Service. Any money deposited or used for this purpose shall be treated as cooperative deposits under BT4.225.

**BT6.61 Meadow Protection.** Reasonable care shall be taken to avoid damage to the cover, soil, and water in meadows. Vehicular or skidding equipment shall not be used on meadows except where roads, landings and tractor roads are approved under BT5.1 and BT6.422. Unless otherwise agreed, trees felled into meadows shall be removed by endlining, and resulting logging slash shall be removed, where necessary to protect cover, soil and water.

**BT6.62 Temporary Roads.** As necessary to attain stabilization of roadbed and fill slopes of Temporary Roads, Purchaser shall employ such measures as outsloping, drainage dips and water-spreading ditches.

After a Temporary Road has served Purchaser's purpose, Purchaser shall give notice to Forest Service and shall remove bridges and culverts, eliminate ditches, outslope roadbed, remove ruts and berms, effectively block the road to normal vehicular traffic where feasible under existing terrain conditions and build cross ditches and water bars as staked or otherwise marked on the ground by Forest Service. When bridges and culverts are removed, associated fills shall also be removed to the extent necessary to permit normal maximum flow of water.

**BT6.63 Landings.** After landings have served Purchaser's purpose, Purchaser shall ditch or slope them to permit water to drain or spread. Unless agreed otherwise, cut and fill banks around landings shall be sloped to remove overhangs and otherwise minimize erosion.

**BT6.64 Skid Trails and Fire Lines.** Purchaser shall construct cross ditches and water-spreading ditches on tractor roads and skid trails, where staked or otherwise marked on the ground by Forest Service. Forest Service shall designate cross ditching on Purchaser-built fire lines prior to or during construction. By agreement, Purchaser may use other comparable erosion control measures, such as backblading skid trails, in lieu of cross ditching.

**BT6.65 Current Operating Areas.** Where logging or road construction is in progress but not completed, unless agreed otherwise, Purchaser shall, before operations cease annually, remove all temporary log culverts and construct temporary cross drains, drainage ditches, dips, berms, culverts or other facilities needed to control erosion.

Such protection shall be provided, prior to end of a Normal Operating Season, for all disturbed, unprotected ground which is not to be disturbed further prior to end of operations each year, including roads and associated fills, tractor roads, skid trails and fire lines. When weather permits operations after Normal Operating Season, Purchaser shall keep such work on any additional disturbed areas as up-to-date as practicable.

**BT6.66 Erosion-Control Structure Maintenance.** During the period of this contract, Purchaser shall provide maintenance of soil erosion control structures constructed by Purchaser until they become stabilized, but not for more than one year after their construction. Forest Service may agree to perform such structure maintenance under BT4.225, if requested by Purchaser, subject to agreement on rates. Purchaser shall not be responsible for repair of such structures damaged by other National Forest users whose activities are not a part of Purchaser's Operations.

**BT6.7 Slash Disposal.** Purchaser's timing of product removal and preparatory work shall not unnecessarily delay slash disposal. Specific slash disposal measures to be employed by Purchaser are stated in CT6.7 and are in addition to Required Deposits for slash disposal.

**BT6.8 Measuring.** "Measuring" is the estimation of timber quantities using certain tree dimensions and applicable volume tables or formulae to determine the contents of trees or stands in a standard manner. Sampling may be on an individual tree or area basis. Examples of standard procedures are tree measurement, sample tree measurement and area estimate. The quantity of timber designated or to be designated for cutting has been or shall be Measured as specified in CT6.8.

**BT6.9 Records.** Upon request, Purchaser shall provide access to appropriate annual records in Purchaser's books and accounts to enable Forest Service to obtain and analyze accurate operating costs and selling price data for appropriate use in appraising Federal timber. However, upon receiving such a request from Forest Service, Purchaser may make written notice that such data shall be provided through an independent certified public accountant approved by Forest Service. Purchaser agrees that the certified public accountant shall do such work in accordance with specifications provided by Forest Service. Costs of such services shall be paid by Purchaser. Data so provided shall be subject to acceptance by Forest Service, and shall also be subject to review and adjustment, where needed, by Forest Service.

Operating cost and selling price data shall include that applicable for appraising timber obtained from Federal sources in or processed in the Region. Access to such data shall be provided by Purchaser on behalf of subsidiary entities owned or controlled by Purchaser to the extent they participate in harvesting, manufacturing or marketing said timber into products recognized in National Forest timber appraisals in the area. To a like extent, Purchaser shall request in writing Purchaser's contractors and subcontractors to make such data available to Forest Service.

Information so obtained shall be treated as confidential as provided in Regulations issued by Secretary of Agriculture (7 CFR 1.4) and shall be available for review by parties from whom such data are obtained.

## BT7.0—FIRE PRECAUTIONS AND CONTROL

**BT7.1 Plans.** Prior to initiating Purchaser's Operations during Fire Precautionary Period, Purchaser shall file with Forest Service a plan providing for the prevention and control of fires on Sale Area and other areas of Pur-

ODR-40

chaser's Operations. Such plan shall include a detailed list of men and equipment at Purchaser's disposal for implementing the plan. This requirement may be met by preparing a single plan for more than one sale.

BT7.2 **Fire Precautions.** Specific fire precautionary measures listed in CT7.2 shall be applicable during Purchaser's Operations in "Fire Precautionary Period" described in AT13. Forest Service may change the dates of Fire Precautionary Period by advance written notice if justified by unusual weather or other conditions. Required tools and equipment shall be kept in serviceable condition and immediately available for fire fighting at all times during Purchaser's Operations in Fire Precautionary Period.

**BT7.21 Substitute Precautions.** Forest Service may authorize substitute measures or equipment, or waive specific requirements by written notice if substitute measures or equipment will afford equal protection or some of the required measures and equipment are unnecessary.

**BT7.22 Emergency Precautions.** Forest Service may require the necessary shutting down of equipment on portions of Purchaser's Operations as specified by the emergency fire precautions schedule of CT7.22. Under such conditions, after Purchaser ceases active operations, Purchaser shall release for hire by Forest Service, if needed, Purchaser's shutdown equipment for fire standby on Sale Area or other areas of Purchaser's Operations and personnel for fire standby or fire patrol, when such personnel and equipment are not needed by Purchaser for other fire fighting or protection from fire. Equipment shall be paid for at firefighting equipment rates common in the area or at prior agreed rates, and if Purchaser requests, shall be operated only by personnel approved by Purchaser. Men so hired shall be subject to direction and control by Forest Service and shall be paid by Forest Service at fire fighting rates common in the area or at prior agreed rates.

**BT7.3 Fire Control.** Purchaser shall, both independently and in cooperation with Forest Service, take all reasonable and practicable action to prevent and suppress fires resulting from Purchaser's Operations and to suppress any forest fire on Sale Area. Purchaser's independent initial fire-suppression action on such fires shall be immediate and shall include the use of all necessary manpower and equipment at Purchaser's disposal on Sale Area or within the distance of Sale Area stated in AT14.

**BT7.31 Purchaser's Reinforcement Obligations.** Whenever an Operations Fire or Negligent Fire, whether on or off Sale Area, or any other forest fire on Sale Area, has not been suppressed by initial action and appreciable reinforcement strength is required, Forest Service may require further actions by Purchaser until such fire is controlled and mopped up to a point of safety. Such actions may include any or all of the following as necessary to fight such fires:

**BT7.311 Suspend Operations.** To suspend any or all of Purchaser's Operations.

**BT7.312 Manpower.** To release for employment by Forest Service any or all of Purchaser's manpower engaged in Purchaser's Operations or timber processing within the distance of Sale Area stated in AT14. Any organized crew so hired shall include Purchaser's supervisor, if any. Men so employed shall be paid at Forest Service standard emergency fire fighting rates.

**BT7.313 Equipment.** To make available for Forest Service rental at fire-fighting equipment rates common in the area or at prior agreed rates any or all of Purchaser's equipment suitable for fire fighting and currently engaged in Purchaser's Operations within the distance of Sale Area stated in AT14. Equipment shall be operated only by personnel approved by Purchaser is so requested by Purchaser.

**BT7.4 Fire Suppression Costs.** Purchaser's obligations for cost of fire suppression vary according to three classifications of fires as follows:

**BT7.41 Operations Fire.** An "Operations Fire" is a fire caused by Purchaser's Operations other than a Negligent Fire.

Forest Service, except as provided in BT7.3, shall, under 16 U.S.C. 572, perform fire suppression activities on Operations Fires. Purchaser agrees to reimburse Forest Service for such cost for each Operations Fire, subject to a maximum of the dollar amount stated in AT15. The cost of Purchaser's actions, supplies and equipment on any such fire provided pursuant to BT7.3, or otherwise at the request of Forest Service, shall be credited toward such maximum. If Purchaser's actual cost exceeds Purchaser's obligations stated above, Forest Service shall reimburse Purchaser for the excess.

**BT7.42 Negligent Fire.** A "Negligent Fire" is a fire caused by negligence or fault of Purchaser's Operations, including but not limited to one caused by smoking by persons engaged in Purchaser's Operations during the course of their employment, or during rest or lunch periods: or if Purchaser's failure to comply with the requirements of BT7.2 and BT7.3 results in a fire starting or permits a fire to spread. Damages and the cost of suppressing Negligent Fires shall be borne by Purchaser.

**BT7.43 Other Fires on Sale Area.** Forest Service shall pay Purchasers, at fire-fighting rates common in the area or at prior agreed rates, for equipment or manpower furnished by Purchaser pursuant to BT7.3, or otherwise at the request of Forest Service, on any fire on Sale Area other than an Operations Fire or a Negligent Fire.

**BT7.5 State Law.** Purchaser shall not be relieved by the terms of this contract of any liability to the United States for fire suppression costs recoverable in an action based on State law, except for such costs resulting from Operations Fires. Amounts due Purchaser for fire fighting expenditures in accordance with BT7.41 shall not be withheld pending settlement of any such claim or action based on State law.

**BT7.6 Performance by Contractor.** Where Purchaser's Operations in connection with fire responsibilities are performed by his employees, agents, contractors, subcontractors, their employees or agents, Purchaser's obligations shall be the same as if performance was by Purchaser.

## BT8.0—OTHER CONDITIONS

**BT8.1 Title and Liability.**

**BT8.11 Title Passage.** All right, title, and interest in and to any Included Timber shall remain in Forest Service until it has been Measured, paid for and removed from Sale Area or other authorized cutting area, at which time title shall vest in Purchaser. For purposes of this Subsection, timber in Payment Units Released For Cutting covered by cash deposit, Effective Purchaser Credit or payment guarantee under BT1.3 shall be considered to have been paid for. Title to any Included Timber which has been Measured and paid for, but not removed from Sale Area or other authorized cutting area by Purchaser on

ODR-41

or prior to Termination Date, shall remain in Forest Service.

**BT8.12 Liability for Loss.** If Included Timber is destroyed or damaged by fire, wind, flood, insects, disease or similar cause, the party holding title shall bear the timber-value loss resulting from such destruction or damage, except that such losses caused by insect or disease after felling of timber, shall be borne by Purchaser unless Purchaser is prevented from removing such timber for reasons that would qualify for Contract Term Adjustment. There shall be no obligation for Forest Service to supply, or for Purchaser to accept and pay for, other timber in lieu of that destroyed or damaged. This Subsection shall not be construed to relieve either party of liability for negligence.

**BT8.2 Period of Contract.** All obligations of Purchaser shall be discharged not later than "Termination Date" stated in AT16, unless it is adjusted pursuant to BT8.21 or extended pursuant to BT8.23 or BT8.33, excepting only those obligations for which Forest Service has given written permission to delay performance. Such written permission shall be considered a Contract Term Adjustment for the purpose of Purchaser completing performance of obligations covered by such permission.

**BT8.21 Contract Term Adjustment.** "Contract Term Adjustment" means adjustment only as provided immediately above and for the three circumstances described in this Subsection. Under said circumstances, the contract term shall be adjusted in writing to include additional calendar days in one or more Normal Operating Seasons equal to the actual time lost, except as limited by (b) below.

To qualify for such adjustment, Purchaser shall give written notice of the lost time not later than 30 calendar days after end of Normal Operating Season in which time was lost and at least 10 calendar days before Termination Date. Forest Service shall make prompt written acknowledgement of such notice indicating its concurrence with the number of days Forest Service considers as qualifying for the adjustment. Lost portions of days shall be disregarded in computing time lost. The three circumstances qualifying for a Contract Term Adjustment are:

(a) Purchaser experiences delay in starting scheduled operations or interruptions in active operations either of which stops removal of Included Timber from Sale Area through curtailment in felling and bucking, yarding, skidding and loading, hauling or road construction, as scheduled under BT6.31, for 10 or more consecutive calendar days during a Normal Operating Season due to causes beyond Purchaser's control, including but not limited to acts of God, acts of the public enemy, acts of Government, labor disputes, fires, insurrections or floods.

(b) Causes described in (a) substantially affect the disposition or processing of Included Timber during Normal Operating Season through their effects on primary timber processing facilities, with a resulting delay of 60 calendar days or more in use of such facilities. In such event, Contract Term Adjustment shall not extend for more than 12 consecutive months.

(c) Purchaser (i) accepts Forest Service written request to interrupt or delay operations for any purpose other than suspension under BT4.4 or BT9.3 or (ii) suffers an interruption or delay of Purchaser's Operations affecting skidding, yarding and loading because of fire emergency closure ordered by Forest Service (or another agency in its behalf), and the total of such lost time is 10 or more calendar days during any Normal Operating Season.

If AT7 shows dates for scheduled rate redeterminations that are later than the beginning date of interruption or delay, and Termination Date is eligible for adjustment as described in this Subsection prior to said dates, the rate redetermination shall be made as originally scheduled. If redetermined rates plus Bid Premiums are higher than rates in effect immediately prior to the rate redetermination date, the date on which the redetermined rates shall become effective shall be adjusted by the number of days equal to the days lost prior to said rate redetermination date.

If Termination Date is adjusted as described in this Subsection and later extended under BT8.23, the appraisal for the extension shall be made as of the unadjusted Termination Date, but the date on which the new rates become effective, if higher than Current Contract Rates immediately prior to Termination Date, shall be the adjusted Termination Date.

**BT8.22 Termination for Catastrophe.** In event of Catastrophic Damage, this contract shall be either modified under BT8.33 following rate redetermination under BT3.32 or terminated under this Subsection.

**BT8.221 Termination by Purchaser.** This contract shall be terminated upon election and written notice by Purchaser if Catastrophic Damage rate redetermination under BT3.32 shows that the appraised weighted-average Conversion Return per unit of measure of all Included Timber remaining immediately prior to the catastrophe has been reduced through Catastrophic Damage by an amount equivalent to the normal appraised margin for profit and risk for such timber. Said "Conversion Return" is the difference between the estimated product realization value and total operating costs, including cost of development facilities, as generally used in Forest Service timber appraisals in this contract subregion at time of catastrophe.

**BT8.222 Termination by Forest Service.** This contract shall be terminated by written notice from Forest Service if there is Catastrophic Damage and Purchaser does not agree under BT8.33 to one or a combination of the following within 30 calendar days of receipt from Forest Service of contract modifications proposed to permit the harvest of the catastrophe-affected timber in areas outlined under BT8.33:

(a) To Include Catastrophically-Damaged undesignated timber that normally would be salvaged and cannot reasonably be logged separately from Included Timber; or

(b) To permit salvage operations by others; or

(c) To eliminate areas of damaged or devalued timber from Sale Area.

**BT8.23 Contract Term Extension.** "Contract Term Extension" means an extension of the term of this contract made at request of Purchaser other than a Contract Term Adjustment under BT8.21. This Subsection shall not obligate Forest Service to grant a Contract Term Extension.

When such extension is made, Forest Service shall make an appraisal using standard Forest Service methods and appraisal data in effect 45 calendar days prior to Termination Date. Bid Premiums shall be added to such appraised rates to establish Flat Rates or Tentative Rates for the extension period. In event rates so established would develop Current Contact Value immediately prior to such an extension that is less than Current Contract Value