ODR-50

O.D. RIDGE
TIMBER SALE
MODIFICATION #5

WO-CT4.264#

CT4.264# - PERIODIC PAYMENT SCHEDULE. (10/91). Purchaser shall make periodic payments for stumpage value as follows:

| | | Amount | Periodic Payment Determination Date |
|---|---|---|---|
| Initial | $ | 311,500.00 | April 25, 1995 |
| Additional | $ | 667,400.00 | June 10, 1998 |

In the event Purchaser has not paid the above indicated amount(s), as stumpage for volume removed, by the Periodic Payment Determination Date(s), Forest Service shall issue a Bill for Collection for the difference between the required amount and payments made by Purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next timber sale statement of account billing date.

The amount of the periodic payment(s) will be reduced if the payment(s) would result in the purchaser's credit balance for timber charges exceeding the current contract value.

Only cash or Effective Purchaser Credit earned on this sale or transferred into this contract may be used for this purpose. No other form of payment is acceptable. Such cash will be used to meet subsequent charges on this sale under the terms of CT4.219 - Advance Deposits. Purchaser Credit used to meet this obligation cannot be transferred to another sale unless replaced by cash.

Periodic Payment Determination Date(s) that have not been reached shall be adjusted when a Contract Term Adjustment under BT8.21 or a Market-related Contract Term Addition under CT8.212# is granted. When a contract is lengthened as a result of market-related contract term additions any subsequent Periodic Payment Determination Date(s) shall be delayed one month for each month added to the contract's term. Periodic Payment Determination Date(s) will not be adjusted when the Contract Term Extension is granted under CT8.23.

SUPERCEDED BY MOD #6

ODR-51

O.D. Ridge
Timber Sale
Modification #4

WO-CT4.264#

CT4.264# - PERIODIC PAYMENT SCHEDULE. (10/91). Purchaser shall make periodic payments for stumpage value as follows:

| | | Amount | Periodic Payment Determination Date |
|---|---|---|---|
| Initial | $ | 311,500.00 | April 25, 1995 |
| Additional | $ | 667,400.00 | 5 September 19, 1997 |

In the event Purchaser has not paid the above indicated amount(s), as stumpage for volume removed, by the Periodic Payment Determination Date(s), Forest Service shall issue a Bill for Collection for the difference between the required amount and payments made by Purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next timber sale statement of account billing date.

The amount of the periodic payment(s) will be reduced if the payment(s) would result in the purchaser's credit balance for timber charges exceeding the current contract value.

Only cash or Effective Purchaser Credit earned on this sale or transferred into this contract may be used for this purpose. No other form of payment is acceptable. Such cash will be used to meet subsequent charges on this sale under the terms of CT4.221 - Advance Deposits. Purchaser Credit used to meet this obligation cannot be transferred to another sale unless replaced by cash.

Periodic Payment Determination Date(s) that have not been reached shall be adjusted when a Contract Term Adjustment under BT8.21 or a Market-related Contract Term Addition under CT8.212# is granted. When a contract is lengthened as a result of market-related contract term additions any subsequent Periodic Payment Determination Date(s) shall be delayed one month for each month added to the contract's term. Periodic Payment Determination Date(s) will not be adjusted when the Contract Term Extension is granted under CT8.23.

Superseded by Mod #5

ODR-52

O.D. Ridge
Timber Sale
Modification #3

WO-CT4.264#

<u>CT4.264# - PERIODIC PAYMENT SCHEDULE. (10/91).</u> Purchaser shall make periodic payments for stumpage value as follows:

| | | Amount | Periodic Payment Determination Date |
|---|---|---|---|
| Initial | $ | 311,500.00 | April 25, 1995 |
| Additional | $ | 667,400.00 | September 19, 1996 |

In the event Purchaser has not paid the above indicated amount(s), as stumpage for volume removed, by the Periodic Payment Determination Date(s), Forest Service shall issue a Bill for Collection for the difference between the required amount and payments made by Purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next timber sale statement of account billing date.

The amount of the periodic payment(s) will be reduced if the payment(s) would result in the purchaser's credit balance for timber charges exceeding the current contract value.

Only cash or Effective Purchaser Credit earned on this sale or transferred into this contract may be used for this purpose. No other form of payment is acceptable. Such cash will be used to meet subsequent charges on this sale under the terms of CT4.221 - Advance Deposits. Purchaser Credit used to meet this obligation cannot be transferred to another sale unless replaced by cash.

Periodic Payment Determination Date(s) that have not been reached shall be adjusted when a Contract Term Adjustment under BT8.21 or a Market-related Contract Term Addition under CT8.212# is granted. When a contract is lengthened as a result of market-related contract term additions any subsequent Periodic Payment Determination Date(s) shall be delayed one month for each month added to the contract's term. Periodic Payment Determination Date(s) will not be adjusted when the Contract Term Extension is granted under CT8.23.

 ODR-53

O.D. RIDGE MOD #2

WO-CT4.264#

<u>CT4.264# - Periodic Payment Schedule. (7/91)</u>. Purchaser shall make periodic payments for stumpage value as follows:

| | Amount | Periodic Payment Determination Date |
|---|---|---|
| Initial | $311,500.00 | 4/25/95 |
| Additional | $667,400.00 | 5/23/96 |

In the event Purchaser has not paid the above indicated amount(s), as stumpage for volume removed, by the Periodic Payment Determination Date(s), Forest Service shall issue a Bill for Collection for the difference between the required amount and payments made by Purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next timber sale statement of account billing date.

Only cash or Effective Purchaser Credit earned on this sale or transferred into this contract may be used for this purpose. No other form of payment is acceptable. Such cash will be used to meet subsequent charges on this sale under the terms of CT4.221 - Advance Deposits. Purchaser Credit used to meet this obligation cannot be transferred to another sale unless replaced by cash.

Periodic Payment Determination Date(s) that have not been reached shall be adjusted when a Contract Term Adjustment under BT8.21 or a Market-related Contract Term Addition under CT8.212# is granted. The Periodic Payment Determination Date(s) will be redetermined based on the adjusted Termination Date. Periodic Payment Determination Date(s) will not be adjusted when the Contract term Extension is granted under CT8.23.

Superseded by Mod 3

ODR-54

WO-CT4.224
(6/87)

CT4.224 - Deposits When Payment Guaranteed. (6/87) To the extent payment guarantee is provided under BT4.3, requirements for advance cash deposits under BT4.221 or CT4.221, shall be waived for the value of timber on Sale Area which has been Released for Cutting but not removed, and for the estimated value of species and products removed from Sale Area for not more than a monthly billing period subject to the provisions of CT4.4.

WO-CT4.23
(7/91)

CT4.23 - Refund of Excess Cash. (7/91) If at any time the credit balance of Timber Sale Account exceeds the charges for timber within Payment Units Released for Cutting and for designated material not included in AT2 expected to be cut within the next 60 calendar days, any portion of such excess that is due to cash in the account shall be refunded if requested by Purchaser unless deposited under CT4.220# - Downpayment, CT4.254 - Extension Deposits, or CT4.264# - Periodic Payment Schedule. If no cutting is planned within the next 60 calendar days, refund of the entire unencumbered cash balance, except as provided above, may be made. However, said credit balance shall not be reduced below the total value of partially cut Payment Units and designated material not included in AT2 which is cut before operations cease. After a refund for a shutdown, deposits shall be made to meet the requirements of CT4.221 - Advance Deposits, before additional timber may be cut.

WO-CT4.264#
(7/91)

CT4.264# - Periodic Payment Schedule (7/91). Purchaser shall make periodic payments for stumpage value as follows:

| | Amount | Periodic Payment Determination Date |
|---|---|---|
| Initial | $311,500.00 | 05/23/94 |
| Additional | $667.400.00 | 05/23/95 |

In the event Purchaser has not paid the above indicated amount(s), as stumpage for volume removed, by the Periodic Payment Determination Date(s), Forest Service shall issue a Bill for Collection for the difference between the required amount and payments made by Purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next timber sale statement of account billing date.

ODR-55

Only cash or Effective Purchaser Credit earned on this sale or transferred into this contract may be used for this purpose. No other form of payment is acceptable. Such cash will be used to meet subsequent charges on this sale under the terms of CT4.221 - Advance Deposits. Purchaser Credit used to meet this obligation cannot be transferred to another sale unless replaced by cash.

Periodic Payment Determination Date(s) that have not been reached shall be adjusted when a Contract Term Adjustment under BT8.21 or a Market-related Contract Term Addition under CT8.212# is granted. The Periodic Payment Determination Date(s) will be redetermined based on the adjusted Termination Date. Periodic Payment Determination Date(s) will not be adjusted when the Contract Term Extension is granted under CT8.23.

WO-CT4.3
(9/78)

CT4.3 - Letters of Credit for Payment Bond. (9/78) Notwithstanding the provisions of BT4.3, approved letters of credit may be used in lieu of a surety bond for payment bond purposes. Such letters of credit shall be subject to Forest Service approval.

WO-CT4.4
(1/84)

CT4.4 - Payments Not Received. (1/84) When payment is not received by collection officer or depositary at the designated address within 15-calendar days of billing, Forest Service may suspend all or any part of Purchaser's Operations until payment or acceptable payment guarantee is received.

Failure to pay amounts due when payments are guaranteed by a payment guarantee shall be considered a breach under BT9.3, and the 30-calendar day notice period prescribed therein shall begin to run as of end of business of the 15-calendar days allowed for such payment. Such payments received after the due date are subject to an interest charge at the current rate of interest prescribed by the U.S. Department of Treasury (TFRM 6-8020.20), as published in the FEDERAL REGISTER, beginning from the date the bill was due. Such interest rate shall remain unchanged until those bills have been paid or settled. If followup becomes necessary due to failure to pay principal and/or interest due, cost of such billings may be added to the amounts due. In addition, amounts overdue in excess of 90 days shall be subject to an additional 6 percent penalty charge. Payments will be credited on the date received by the designated depositary or collection officer.

ODR-56

Forest Service remedies for Purchaser's failure to pay amounts due, except for accrual of interest, suspension of all or any part of Purchaser's Operations and Administrative offset, shall be stayed for so long as (a) bona fide dispute exists as to Purchaser's obligation to make such payment, and (b) Purchaser files and prosecutes a timely claim under the contract Disputes Act of 1978.

WO-CT5.101#

CT5.101# - Road Completion Date (11/85). Construction of Specified Roads shall be completed no later than October 13, 1992 except for earlier construction completion dates for roads listed below:

| | Road | Station | |
|---|---|---|---|
| Number | Name | From - To | Completion Date |
| NONE | | | |

Completion date is binding on party that constructs road, whether Purchaser or Forest Service. By written agreement, the completion date may be modified to conform to the approved plan of operation.

When Purchaser elects Forest Service construction of specified roads shown in sale advertisement, construction completion date may be adjusted by Forest Service when road construction is interrupted or delayed for causes which qualify for an adjustment of the completion date of the road construction contract. When qualifying interruptions or delays of road construction occur, Forest Service shall evaluate such occurrences and document any findings. The current status of any adjustment shall be available to Purchaser on request. Promptly after the end of the Normal Operating Season in which qualifying days occur, Forest Service shall give Purchaser written notice of (1) number of qualifying days claimed, and (2) new construction completion dates. After all road construction is complete, Forest Service shall grant Contract Term Adjustment under BT8.21. Such adjustment shall be limited to road completion date delays which occurred during Normal Operating Season.

If Forest Service is responsible for road construction and the actual date of road completion is one year or more after the completion date stated above, Purchaser may request a rate redetermination under BT3.31 for remaining volume. Such request must be made within 30 days of notification that road construction has been completed. Upon receipt of such request Forest Service shall redetermine rates using standard methods in effect on the completion date of road construction. Rates to be established shall apply to all Included Timber Released for Cutting subsequent to the effective date of the rate redetermination.

Forest Service shall in no way be responsible for any delay or damage caused by road contractor in performing the road construction except such delay as may be the fault or negligence of Forest Service.

ODR-57

When Purchaser constructs Specified Roads and requests Contract Term Adjustment under BT8.21, completion dates shall be adjusted by number of days which qualify for such adjustment, provided such qualifying days occur before specified construction completion date. When Purchaser desires to construct an alternate facility under CT5.26, Forest Service and Purchaser shall agree, in writing, on a construction completion date for alternate facility. Contract Term Adjustment under CT8.21 as noted above will apply. Completion date shall be adjusted where a design change, or physical changes necessitate a modification of Specified Road construction work which increases the scope or magnitude of the required work.

If Purchaser fails to complete construction of any or all Specified Roads by applicable completion date, as adjusted, Contract Term Extension under CT8.23 shall not be granted.

As used in this provision, construction of a road is completed when:

(a) Purchaser constructs Specified Roads and Forest Service furnishes Purchaser with written notice of acceptance under BT6.35, or

(b) Forest Service constructs road and furnishes Purchaser with written notice authorizing use of road.

Notwithstanding BT5.1, Purchaser shall not use a road which Purchaser has elected for Forest Service to construct, until construction is completed and Forest Service furnishes Purchaser with written notice authorizing use of road.

WO-CT5.12#
(12/76)

CT5.12# - Use Of Roads by Purchaser. (12/76) Purchaser's use of existing roads identified on Sale Area Map by the following codes is prohibited or subject to restrictive limitations, unless agreed otherwise:

| Code | Use Limitations |
|---|---|
| X | Hauling prohibited |
| R | Hauling restricted |
| U | Unsuitable for hauling prior to completion of agreed reconstruction |
| P | Use prohibited |

Purchaser's use of restricted roads (code R) shall be limited by restrictions stated in attached Restricted Road List.

ODR-58

Restricted Road List (CT5.12#)

| Road No. | Road Name | Termini | Description of Restrictions |
|---|---|---|---|
| ALL UNSURFACED ROADS | | | Hauling on DRY or FROZEN surfaces only. |
| 287, 60D, Temporary Roads | | | Hauling on DRY or FROZEN surfaces only. |
| 88 | Colter Creek | At East Boundary | Hauling restricted without Forest Service approval |
| 285 | Water Canyon | At North & South Boundary | Hauling restricted without Forest Service approval |
| 8643A, 60D, 584A, 8912A, 584B, 8278A, 584, 288J | | | Cattle control needed at gates. |

R3-CT5.123
(11/86)

CT5.123 - Existing Roads. (11/86) Roads not shown on Sale Area Map may be used as Temporary Roads if there is agreement before use is started.

R3-CT5.2
(12/89)

CT5.2 - Specifications and Drawings for Construction of Specified Roads. (12/89) All Specified Roads shown on the Sale Area Map shall be constructed in accordance with drawings and applicable specifications which include Standard or Special Project Specifications designated in the Schedule of Items, Specifications list, Drawings, other Contract Documents, or referenced by any of the foregoing.

A 156 page bound book entitled Forest Service Specifications for Construction of Roads and Minor Drainage Structures, EM 7720-100R, April 1985, is incorporated by reference with the same force and effect as if it were included in full text.

Forest Service Standard Specifications not included in EM 7720-100R, but which are applicable to the work to be performed under this contract are included in full text in the "Transportation Facilities" portion of this contract immediately following Division CT.

Special Project Specifications (SPS) may add to, delete from, or modify Forest Service Standard Specifications. SPS applicable to work to be performed under this contract are included in the "Transportation Facilities" portion of this contract immediately following Division CT.

ODR-59

References made in this contract to specifications, standards or test methods adopted by AASHTO, ASTM, GSA, or other recognized national technical associations, shall mean specifications, standards, or test methods (including interim or tentative issues) which are in effect on the date of advertisement of this contract.

WO-CT5.211
(6/80)

CT5.211 - Contract Documents (6/80). Specifications and Drawings are intended to be mutually complementary. In case of discrepancy, the following is the order of precedence:

a. Special Provisions (CT)

b. Sale Area Map

c. Specific Provisions (A) and Standard Provisions (B) and Schedule of Items

d. Special Project Specifications

e. Drawings

(1) figured dimensions over scaled dimensions

(2) large scale Drawings over small scale Drawings

f. Standard Specifications

g. Lists and/or tables on Drawings over any conflicting notations of Drawings

h. Shop drawings

The Drawings show location, details, and dimensions of the work to be performed.

On any of the Contract Drawings where a portion of the work is drawn out and the remainder is shown in outline, the parts drawn out shall apply to all other like portions of the work.

Shop drawings - Include Drawings, diagrams, layouts, schematics, descriptive literature, illustrations, lists or tables, performance and test data, and similar materials furnished by Purchaser to explain in detail specific portions of the work required by the contract.

(1) A minimum of five sets of required shop drawings shall be submitted to Forest Service, three sets of which will be retained by Forest Service. Shop drawings shall not exceed 24 inches by 36 inches in size.

ODR-60

(2) Approval or rejection and date shall be noted or stamped on each set. Unless agreed otherwise, such approval or rejection shall be within 10 days of submission. Such approval of the Shop Drawings shall not be construed as a complete check, but will indicate only that the general method or construction and detailing is satisfactory. If rejected, the revisions noted shall be made and Shop Drawings resubmitted.

Unless working tolerances are specified, all work performed and materials furnished shall be in reasonable close conformity with lines, grades, cross sections, dimensions, and material requirements shown on Drawings, indicated in Specifications, or designated on-the-ground.

A change in the amount of construction work which exceeds construction tolerances specified in 203.16 caused by an error in the construction staking by Forest Service shall be treated as a Design Change. When incompatible situations arise between Drawings, Specifications, and actual conditions on-the-ground, corrections shall be made pursuant to CT5.254 - Design Change.

Reasonably close conformity means compliance with reasonable and customary manufacturing and construction tolerances where working tolerances are not specified. Where working tolerances are specified, reasonably close conformitym eans compliance with such working tolerances.

WO-CT5.221#

CT5.221# - Material Sources. (7/81) Sources of local materials are designated on Drawings and Sale Area Map. Forest Service assumes responsibility for the quality and quantity of material in designated sources. Purchaser shall determine the equipment and work required to produce the specified product, including the selection of acceptable material that is reasonably available in the source that meets specifications. The designation of source includes the rights of Purchaser to use certain area(s) for plant site, stockpiles, and haul roads.

Should the designated source, due to causes beyond the control of Purchaser, contain insufficient acceptable material, Forest Service will provide another source with adjustment in accordance with Provision CT5.254.

When Purchaser elects not to use designated sources, Purchaser shall furnish the specified product with no adjustment in unit rates, except when weight/volume relationship differences or haul distance between designated source material and Purchaser furnished source material is not to the disadvantage of Forest Service. Quality testing shall be the responsibility of Purchaser. Test results shall be furnished to Forest Service.

When Purchaser elects not to use designated sources and Schedule of Items lists pit development separately, Purchaser Credit will be reduced under CT5.254 when Forest Service determines the work will not be required.

ODR-61

When materials are subject to a weight measurement, the specific gravity or weight/volume relationship used as a basis for determination of estimated quantities shall be:

Source I-N/A Source II- N/A and Source III- N/A

Purchaser may, when agreed in writing, use on the project such suitable stone, gravel, and sand, or other material found in the excavation, and will earn Purchaser Credit for the excavation of such materials at the corresponding contract unit price and for the pay items for which the excavated material is used. Purchaser shall replace, without additional purchaser Credit, sufficient suitable materials to complete the portion of the work which was originally contemplated to be constructed with such material. Purchaser shall not excavate or remove any material, except that which is within the excavation limits, without written authorization from Forest Service.

When material is appraised from non-National Forest designated sources, owner charges for the material in terms of unit cost for royalties, purchase of raw materials or finished products shall be as follows until N/A and N/A.

| Material | Type of Purchase | Owner(s) | Unit Measure | Unit Price | Est. Quantity | Total |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

Should quantity vary from that estimated, payment to owners shall be for units actually obtained. Purchaser shall make arrangements with owner(s) for measurement and payment for royalties, purchase of raw materials, or finished products, as shown above.

Materials produced or processed from National Forest lands in excess of the quantities required for performance of this contract are the property of Forest Service, unless prior written agreement has been obtained to use excess material on other National Forest sales. Forest Service is not obligated to reimburse Purchaser for the cost of their production.

Materials shall be stored to assure the preservation of their quality and fitness for the work. Stored materials shall be located to facilitate their prompt inspection. Sites on Forest Service administered land, approved by Forest Service, may be used for storage purposes and for the placing of Purchaser's plant equipment. All storage sites provided by Forest Service shall be restored at Purchaser's expense. Purchaser shall be responsible for making arrangements for storage on other than Forest Service administered lands.

When the construction of the portion of the project for which Temporary Roads used for hauling materials is completed, all such Temporary Roads shall berestored as nearly as practicable to their original ground profile, unless otherwise agreed in writing.

ODR-62

WO-CT5.251#
(12/79)

CT5.251# - Variation in Quantities (12/79). This provision applies only to difference between contract quantities shown in Schedule of Items and measured quantities actually constructed and accepted which are not covered under Physical Change (CT5.253) or Design Change (CT5.254). Only changes in Items No(s) 607(01), 607(03)a, are subject to this provision.

Purchaser Credit shall be computed at unit rates established in Schedule of Items for units of work actually constructed and measured in accordance with specified method of measurement shown in Schedule of Items and described in Standard Specifications for Construction of Roads and Bridges, except that:

1. When quantity of authorized work performed, or material furnished, by Purchaser under any item shown in Schedule of Items, and covered by this provision, is more than 125 percent of original quantity, adjustment to Purchaser Credit for that portion of work above 125 percent of original quantity shall be made using Current Unit Rates.

2. When quantity of authorized work performed, or material furnished, by Purchaser under any item shown in Schedule of Items, and covered by this provision, is less than 75 percent of original quantity, Forest Service shall make a revised estimate of cost of such work. Any revised estimate shall use same procedures as used in original estimates using rates comparable to those used in computing most recent cost estimate for the sale. Any revised cost estimate shall take into account any increase or decrease in unit rates which result from reduction in quantity of work.

"Current Unit Rates" are estimates by Forest Service for doing the work at the time the adjustment is approved.

WO-CT5.253

CT5.253 - Physical Change. (12/79) Purchaser Credit Limit shall be revised if prior to acceptance under BT6.35, a Physical Change, caused by a single event and not due to negligence of Purchaser, results in an increase or decrease in work and/or materials furnished by Purchaser involving additional estimated cost of (a) more than $1,000, or (b) more than 10 percent of Purchaser Credit Limit, whichever is less. Revised Purchaser Credit Limit shall include cumulative estimated costs of repairing damage from slides, washouts, landslips, fire, etc., caused by said event. Drawings and Specifications shall be revised when necessary to meet new conditions. Quantities of work and/or materials determined from such revised Drawings and Specifications, together with estimated quantities of work and/or materials abandoned, shall be the basis for revised Purchaser Credit Limit.

ODR-63

Forest Service shall determine difference in quantities for portion of road affected by Physical Change by comparing most recent previous quantities with total of (1) estimated quantities actually constructed prior to Physical Change, including work abandoned, and (2) the estimated quantities to be constructed following Physical Change. Adjustment in Purchaser Credit Limit shall be made by applying (a) Current Unit Rates to difference when quantities increase and (b) unit rates comparable to those used in computing most recent cost estimate for sale when quantities decrease. When quantity of authorized work to be performed, or material furnished, by Purchaser under any Item shown in Schedule of Items is reduced to less than 75 percent of original quantity, Forest Service shall make a revised estimate of cost of such work. Any revised estimate shall use same procedures as used in original estimates using rates comparable to those used in most recent cost estimate for the sale. However, revised estimate shall take into account any increase or decrease in unit rates which result from reduction in quantity of work.

WO-CT5.254

CT5.254 - Design Change (10/86). "Design Change" is a change, in work and/or materials shown in Schedule of Items and described in Drawings or Specifications which has been mutually agreed to in writing or ordered by Forest Service. Changes of a minor nature (such as adjustment in horizontal and vertical alignment, which do not exceed specified tolerance, necessary to maintain or balance earth work quantities substantially as designed) and "Variation in Quantities", as described in CT5.251#, shall not be considered as Design Change.

Additions, deletions, or changes in types or diameter of culverts shown in Drawings shall be considered a Design Change. Changes in designated water sources shown on Drawings will be considered a Design Change.

Forest Service may, by written notice from Contracting Officer, order changes in work to be performed and/or materials to be furnished by Purchaser within general scope of the contract. Such work shall: (1) be due to differences between anticipated and actual field conditions; and (2) be necessary to construct Specified Roads to design standards, and (3) be necessary to assure stability of Specified Roads. In addition, work to protect resource values may also be included in Design Changes ordered by Forest Service. Such work must be related to construction of a Specified Road and be necessary to prevent damage to soil and water values immediately tributary to Specified Road. Other Design Changes may be made by mutual written agreement.

Drawings and specifications shall be revised as necessary to meet new conditions. Quantities of work and/or materials determined from such revised Drawings and Specifications, together with quantities of work and/or materials abandoned, shall be basis for the revised Purchaser Credit Limit.

ODR-64

Forest Service shall determine differences in quantities for portion of Specified Road affected by Design Change by comparing most recent previous quantities with total of, (1) estimated quantities actually constructed prior to Design Change and (2) estimated quantities to be constructed following Design Change. Adjustment in Purchaser Credit Limit shall be made by applying, (a) Current Unit Rates to difference when quantities increase and (b) unit rates comparable to those used in computing most recent cost estimates for sale when quantities decrease.

When quantity of authorized work to be performed, or material furnished, by Purchaser under any Item shown in the Schedule of Items is reduced to less than 75 percent of original quantity, Forest Service shall make a revised estimate of cost of such work. Any revised estimate shall use same procedures as used in the original estimates using rates comparable to those used in most recent estimate. However, revised cost estimate shall take into account any increase or decrease in unit rates which result from reduction in quantity of work.

Forest Service shall make payment for any net increase in ineffective Purchaser Credit caused by a Design Change ordered by Forest Service. Final payments are subject to availability of construction and Land Acquisition funds for that purpose and will not be final until Current Contract Rates and volume determinations verify that increased Purchaser Credit for ordered Design Change is ineffective. Payments for estimated increases in ineffective Purchaser Credit shall made at completion of each ordered design change, subject to adjustment at time of sale closure. At sale closure the actual ineffective Purchaser Credit over and above the original estimate of ineffective Purchaser Credit will be the net increase allowed for ordered design changes.

R3-CT5.4#
(10/84)

CT5.4# - Road Maintenance (10/84) Except on roads where maintenance deposits are made, Purchaser shall be required to maintain roads in a satisfactory condition in conformance with the use requirements generated under this contract. Performance by Purchaser of this road maintenance work may be required immediately prior to, during, or after each period of use. The timing of work accomplishments shall be based on Purchaser's operating schedule under BT6.31.

REGION 3 STANDARD ROAD MAINTENANCE SPECIFICATIONS (10/84) are hereby made a part of this contract. Purchaser's maintenance shall be in accordance with these specifications, TABLE I - ROAD MAINTENANCE SUMMARY AND SPECIFICATION LIST, and any included drawings and Special Road Maintenance Specifications except where adjustments are agreed to in writing. TABLE II - SURFACE STABILIZATION MAINTENANCE PLAN will be included when surface stabilization is required. Purchaser's maintenance requirements may vary as actual use or road conditions Change.

References made in the specifications to Standards or Test Methods adopted by AASHTO, ASTM, or other recognized National technical associations, shall mean Specifications, Standards, or Test Methods (including Interim or Tentative Issues) which are in effect on the date of sale advertisement.

ODR-65

The annual operating schedule required each year under BT6.31 shall include the purchaser's planned road maintenance activities and shall be coordinated with the Forest Service. The sale area map and maintenance documents listed in paragraph 2 above shall provide the basis for developing this annual road maintenance schedule.

If Purchaser elects to use different roads than those listed in Table I or if road conditions or necessary work substantially change during the period of the annual road maintenance schedule, said schedule shall be modified in writing by the Purchaser and coordinated with the Forest Service.

Unless agreed otherwise, prehaul maintenance work shall be completed on any portion of road prior to hauling on that portion.

When two or more commercial users are simultaneously using the same road where Forest Service is not requiring maintenance deposits, they shall agree on a maintenance plan and arrangements for accomplishing the work. This plan shall be agreed to by the Forest Service. If the commercial users cannot agree on a maintenance plan, the Forest Service shall arbitrate any differences.

While performing road maintenance, Purchaser shall take precautions necessary to reasonably protect the public from damage or injury that may result from Purchaser's road maintenance operation.

R3-CT5.412#
(11/83)

CT5.412# - Required Surface Replacement Deposit. (11/83) Purchaser shall make Required Deposits for deferred surface replacement (16 U.S.C. 537). Such deposits shall be based upon the volume and distance hauled on the roads and at the applicable rates listed in attached table titled, "Required Surface Replacement Deposits (CT5.412#)." If Purchaser uses surfaced roads under jurisdiction of Forest Service other than those listed, Forest Service shall establish applicable rates for such surfaced roads.

Required Surface Replacement Deposits (CT5.412#)

Project O.D. RIDGE

| No. | Name | Length | Termini | Rate per MBF or Rate per MBF/Mi. |
|---|---|---|---|---|
| 60 | PAT KNOLL | 0.64 | 0.64 | .01 |
| 285 | WATER CANYON | 4.65 | 4.65 | .88 |
| 88 | COLTER CREEK | 2.90 | 2.90 | .02 |
| | | | Total | 0.91 |