ODR-66

R3-CT5.46
(11/86)

CT5.46 - Snow Removal. (11/86) Snow removal shall be done in a manner to preserve and protect the roads, to the extent necessary, to insure safe and efficient transportation of timber and to prevent erosion damage to roads, streams, and adjacent lands.

1. Description. Snow removal work by Purchaser shall include:

a. Removal of snow from entire road surface width including turnouts.

b. Removal of snow slides, earth slides, fallen timber, and boulders that obstruct normal road surface width.

c. Removal of snow, ice, and debris from ditches and culverts so that the drainage system will function efficiently at all times.

2. Performance. All items of snow removal shall be done currently as necessary to ensure safe, efficient transportation. Work shall be done in accordance with the following minimum standards of performance. Waivers of standards will not be given where circumstances will cause inacceptable and unavoidable damage to the road or other resource.

a. Removal of material. All debris, except snow and ice, that is removed from the road surface and ditches shall be deposited away from stream channels at agreed locations.

b. During snow removal operations, banks shall not be undercut nor shall gravel or other selected surfacing material be bladed off the roadway surface.

c. Ditches and culverts shall be kept functional during and following roadway use.

d. Snow berms shall not be left on the road surface unless written waivers are made for specific locations for traffic safety. Berms left on the shoulder of the road shall be removed following hauling completion and/or drainage holes shall be opened and maintained. Drainage holes shall be spaced as required to obtain satisfactory surface drainage without discharge onto erodible fills.

e. Dozers shall not be used to plow snow on system roads without written approval of Forest Service.

f. Snow shall not be removed to the road surface. A minimum two-inch depth must be left to prevent loss of surfacing and protect the road bed during snow removal operations. Written waivers may be made by Forest Service for specific locations where snow may be completely removed during plowing for traffic safety. Locations receiving a waiver will have a written agreement prepared prior to plowing that prescribes the timing and method of damage repair or surface replacement.

g. Purchaser's damage from, or as a result of, snow removal shall be restored in a timely manner as agreed to in writing between the Forest Service and Purchaser.

ODR-67

WO-CT6.0
(6/90)

CT6.0 - Operations. (6/90) Purchaser agrees to conduct its operations under this contract and other related business activities in compliance with Federal, State, and local statutes, standards, orders, permits, or other regulations.

State and local environmental quality laws must be applicable to National Forest System lands. The contract shall govern if such laws conflict with or preclude performance of contractual requirements.

A conviction of, or a civil judgment for, any of the following offenses, shall be considered a breach of this provision and may result in termination of this contract pursuant to CT9.3:

(a) Theft, forgery, bribery, embezzlement, falsification or destruction of records, making false statements, or receiving stolen property, that is in any way connected with obtaining, attempting to obtain, selling, trading, or processing public timber.

(b) Fraud, criminal offenses, or violation of Federal or State antitrust laws, any of which occurred in connection with obtaining, attempting to obtain, or performing a public contract or subcontract;

(c) Threatening, resisting, intimidating, or interfering with Forest Officers engaged in, or on account of, the performance of their official duties involving the protection, improvement, or administration of National Forest System lands.

WO-CT6.01
(6/90)

CT6.01 - Interruption or Delay of Operations. (6/90) Purchaser agrees to interrupt or delay operations under this contract, in whole or in part, upon the written request of Contracting Officer:

(a) To prevent serious environmental degradation or resource damage that may require contract modification under CT8.3 or termination pursuant to CT8.2.;

(b) To comply with a court order, issued by a court of competent jurisdiction; or

(c) Upon determination of the appropriate Regional Forester, Forest Service, that conditions existing on this sale are the same as, or nearly the same as, conditions existing on sale(s) named in such an order as described in (b).

ODR-68

Purchaser agrees that in event of interruption or delay of operations under this provision, that its sole and exclusive remedy shall be (1) Contract Term Adjustment pursuant to BT8.21, or (2) when such an interruption or delay exceeds 30 days during Normal Operating Season, Contract Term Adjustment pursuant to BT8.21, plus out-of-pocket expenses incurred as a direct result of interruption or delay of operations under this provision. Out-of-pocket expenses do not include lost profits, replacement cost of timber, or any other anticipatory losses suffered by Purchaser. Purchaser agrees to provide receipts or other documentation to the Contracting Officer which clearly identify and verify actual expenditures.

WO-CT6.2
(6/80)

CT6.2 - Improvements. (6/80) Purchaser shall comply with the rules and regulations governing the operation of premises which are occupied, and shall perform the contract in a manner that will not interrupt or interfere with the conduct of Forest Service business.

Before any camp, quarry, borrow pit, storage, or service area other than shown on Drawings is opened or operated on National Forest land or lands administered by Forest Service, written permission shall be obtained through Forest Service. A camp is interpreted to include the campsite or trailer parking area of any employee working on the project for Purchaser. Such permission, if granted, shall be without charge to Purchaser.

WO-CT6.22
(1/80)

CT6.22 - Protection of Improvements Not Owned by Forest Service. (1/80) Forest Service will notify all utility companies, or other parties affected, and make arrangements for all necessary adjustments of the public utility fixtures, pipelines, and other appurtenances affected by the construction.

When Purchaser's Operations are adjacent to properties of railway, telegraph, telephone, power companies or other property, work shall not begin until all necessary arrangements to prevent damage have been made by Purchaser.

Purchaser shall cooperate with the owners of any underground or overhead utility lines in their removal and/or rearrangement operations in order that these operations may progress in a reasonable manner; utility duplication or rearrangement work may be reduced to a minimum; and services shall not be unnecessarily interrupted.

ODR-69

In the event of interruption to utility services because of accidental breakage or as a result of lines being exposed or unsupported, Purchaser shall promptly notify the proper authority and shall cooperate with that authority in the restoration of service. If utility services are interrupted, cooperation shall be required until the service is restored.

When materials are to be hauled across the tracks of any railway, Forest Service will make arrangements with the railroad for the use of any existing crossing or for any new crossing required. Arrangements for use of alternate crossings shall be made by Purchaser. All construction work to be performed by Purchaser on the railroad right-of-way shall not damage railroad company's property.

R3-CT6.222
(3/80)

CT6.222 - Protection of Fences. (3/80) All fences, as designated on the Sale Area Map, which are required to be cut because of temporary road construction, skid road construction, or other logging activities, shall not be cut until the fence has first been "line braced" or "fence braced," to prevent loss of tension, on both sides of the wire span of series or short spans to be cut. Acceptable construction standards for either the "line brace" or "fence brace" are shown in Exhibits 9, 10, 12, 13a, 13b, and 13c of FSH 2209.22, R3 1972 Structural Range Improvement Handbook available at all Forest offices.

When necessary to prevent the movement of livestock the Purchaser shall either construct temporary gates or temporary cattleguards at each location where fence is cut, or in lieu thereof have personnel available to prevent livestock movement when fence will be open for a short period of time. All fences will be restored to the condition existing immediately prior to logging. Fence repair will be kept current with logging operations.

R3-CT6.24#
(7/90)

CT6.24# - Protection of Cultural Resources. (7/90) Location of known historic or prehistoric sites, buildings, objects, and properties related to American history, architecture, archaeology and culture, such as settler or Indian artifacts, protected by American Antiquities Act of 1906 (16 U.S.C 431-433), National Historic Preservation Act of 1966 (16 U.S.C 470) and the Archaeological Resources Protection Act of 1979 (PL 96-95 and 36 CFR 261.9(e)) shall be identified on the ground by Forest Service. Forest Service may unilaterally modify or cancel this contract to protect an area, object of antiquity, artifact, or similar object which is or may be entitled to protection under these Acts regardless of when the area, object or artifact is discovered or identified. Discovery of such areas or objects by either party shall be promptly reported to the other party.

ODR -70

In the event of contract modification under this Subsection, Purchaser shall be reimbursed for any additional protection required, provided that any work or extra protection required shall be subject to prior approval by Forest Service. Amount of reimbursement shall be determined by Forest Service and shall be in the form of a reduction in stumpage rates unless agreed otherwise in writing. However, in no event may stumpage rates be reduced below Base Rates. Purchaser shall protect BY AVOIDING all known and identified historic or prehistoric sites, buildings, objects, and properties related to American history, architecture, archaeology and culture against destruction, obliteration, removal or damage during Purchaser's Operations. Purchaser shall bear costs of restoration and repair in accordance with 36 CFR 296.14(c) or, if site is damaged to the extent that it cannot be restored or repaired, Purchaser shall bear costs of determining the archaeological value in accordance with 36 CFR 296.14(a), provided that such payment shall not relieve Purchaser from civil or criminal remedies otherwise provided by law.

Wheeled or track-laying equipment shall not be operated within such areas except on roads, landings, tractor roads or skid trails approved under BT5.1 and BT6.422. Unless agreed otherwise, trees will not be felled into such areas. Purchaser may be required to backblade skidtrails and other ground disturbed by Purchaser's Operations within such areas in lieu of cross ditching required under BT6.6.

R3-CT6.241
(11/86)

CT6.241 - Protection of Cultural Resources. (11/86) Ground disturbing equipment, such as crawler tractors, will not be operated outside payment or cutting unit boundaries. Transportation of ground disturbing equipment between payment or cutting unit boundaries will be on a culturally cleared road, unless otherwise agreed in writing.

R3-CT6.242
(7/87)

CT6.242 - Cultural Resource Protection. (7/87) The Purchaser shall be responsible for the protection from damage by the Purchaser's actions of all the cultural resources so identified by the Forest Service within the affected area. In addition, the Purchaser shall be liable for all damage to the identified cultural resources caused by Purchaser's actions or the actions of Purchaser's agents or representatives. The Purchaser shall immediately notify Forest Service if damage occurs to any cultural resource and immediately halt work in the area in which damage has occurred until authorized to proceed. All provisions of the Region 3 Cultural Resources Damage Assessment Handbook are incorporated by reference herein.

ODR-71

R3-CT6.25#
(7/86)

CT6.25# - Protection of Habitat of Endangered Species. (7/86) Location of areas needing special measures for protection of plants or animals listed as threatened or endangered under the Endangered Species Act of 1973 and R-3 Sensitive Plant and Animal Species List are shown on Sale Area Map and identified on the ground. Measures needed to protect such areas have been included elsewhere in this contract or are as follows:

**Spotted Owl Management Area overlaps onto this sale.**

If protection measures prove inadequate, if other such areas are discovered, or if new species are listed on the Endangered Species List, Forest Service may either cancel under CT8.2 or unilaterally modify this contract or provide additional protection regardless of when such facts become known. Discovery of such areas by either party shall be promptly reported to the other party.

In the event of contract modification under this Subsection, Purchaser shall be reimbursed for any additional protection required by the modification, provided that any work or extra protection required shall be subject to prior approval by the Forest Service. Amount of reimbursement shall be determined by Forest Service using standard Forest Service rate redetermination methods in effect at time of agreed change and shall be in the form of a reduction in Current Contract Rates unless agreed otherwise in writing. However, in no event may Current contract Rates be reduced below Base Rates.

WO-CT6.3
(10/77)

CT6.3 - Plan of Operation. (10/77) Within 60 days of final award of contract. Purchaser shall furnish Forest Service a written general plan of operation which shall be in addition to the annual operating schedule required under BT6.31. The plan shall set forth planned periods for and methods of road construction, timber harvesting, and completion of slash disposal, erosion control measures and other contractual requirements.

Forest Service written approval of the plan of operation is prerequisite to commencement of Purchaser's Operation. Purchaser may revise this plan of operation when necessitated by weather, markets or other unpredictable circumstances, subject to the written approval of Forest Service. In the event of delays beyond the control of Purchaser which qualify for Contract Term Adjustment, the plan of operations shall be mutually adjusted as necessary to accommodate the adjusted contract period.

ODR-72

WO-CT6.311

CT6.311 - Plan of Operation for Road Construction (6/80). Annually, prior to start of construction, Purchaser shall submit a supplement to plan of operation which shall include a schedule of proposed progress, and a description of planned measures to be taken to provide erosion control for work in progress, including special measures to be taken on any segments of construction not Substantially Completed prior to periods of seasonal precipitation or runoff. When Purchaser proposes a significant deviation from the progress schedule, purchaser shall submit a revised schedule.

Prior to beginning construction on any portion of Specified Roads identified as sensitive on Drawings, Purchaser and Forest Service shall agree on proposed method of construction.

R3-CT6.315
(11/86)

CT6.315 - Operating Schedule (11/86) Unless otherwise agreed, the following basic schedule of operations will be followed:

> No more than (3) payment units shall be released for cutting at one time. Before a fourth payment unit is released for entry, all contractual work must be completed in one of the three payment units previously released.

R3-CT6.321#
(11/86)

CT6.321# - Protection of Seed Trees. (11/86) Seed trees have been left on Units (Cutting Unit) 6, 18, 19, and 34. Boundaries of said units are identified on the ground and shown on Sale Area Map. If destruction, serious damage or cutting occurs to seed trees within the units, Purchaser shall cease operations in that specific unit and notify Forest Service. Forest Service may then select an alternative seed tree and notify Purchaser of this selection in writing. Upon receipt of written notice, Purchaser may resume operations in the unit.

Serious damage to a seed tree is defined as (a) destruction of an estimated one-third or more of the live crown, (b) true fir tops broken off below 4-inch d.i.b. point, (c) any Purchaser caused lean or loosening of the root system, or (d) injury to one-half or more of the cambial circumference.

If Purchaser expects the felling of any trees to destroy or seriously damage a seed tree, the tree to be felled shall be left uncut until Forest Service approves felling and relieves Purchaser of responsibility for making Required Deposit for planting the affected area.

ODR-73

In event a seed tree is seriously damaged or destroyed, and a suitable alternative seed tree is not available, Purchaser shall make Required Deposits for planting the affected area (16 U.S.C. 576b) at the rate of $200.00 per seed tree seriously damaged or destroyed.

WO-CT6.33
(6/78)

CT6.33 - Safety. (6/78) Unless otherwise agreed in writing, when Purchaser's Operations are in progress adjacent to or on Forest Service controlled roads and trails open to public travel, Purchaser shall furnish, install and maintain all temporary traffic controls which provide the user with adequate warning of hazardous or potentially hazardous conditions associated with Purchaser's Operations. A specific traffic control plan for each individual project shall be agreed to by Purchaser and Forest Service prior to commencing operations. Devices shall be appropriate to current conditions and shall be covered or removed when not needed. Except as otherwise agreed, flagmen and devices shall be as specified in the "Manual on Uniform Traffic Control Devices for Streets and Highways" (MUTCD), and as shown on Drawings, Sale Area Map or in specifications attached hereto.

WO-CT6.341
(6/81)

CT6.341 - Prevention of Oil Spills. (6/81) If Purchaser maintains storage facilities for oil or oil products on Sale Area, Purchaser shall take appropriate preventive measures to insure that any spill of such oil or oil products does not enter any stream or other waters of the United States or any of the individual States.

If the total oil or oil products storage exceeds 1,320 gallons or if any single container exceeds a capacity of 660 gallons, Purchaser shall prepare a Spill Prevention Control and Countermeasures (SPCC) Plan. Such plan shall meet applicable EPA requirements (40 CFR 112) including certification by a registered professional engineer.

WO-CT6.35
(1/80)

WO-CT6.35 - Final Acceptance of Specified Roads. (1/80) Prior to request for final inspection, roadways, borrow pits, and quarries occupied and no longer needed by Purchaser in connection with Purchaser's Operations shall be cleared of all rubbish, excess materials, and temporary structures.

ODR-74

WO-CT6.351
(6/78)

CT6.351 - Acceptance of Specified Road. (6/78) Specified Road work may be accepted subject to completion of planting and seeding for soil stabilization when completion is delayed for reasons beyond control of Purchaser, such as seasonal limitations. Purchaser shall complete planting or seeding on such road during the next suitable planting season.

Specified road work may be conditionally accepted prior to the application of bituminous dust palliatives when application is not necessary to prevent dusting of the road surface due to Purchaser's operating schedule or climatic conditions. Purchaser shall apply bituminous dust palliative on such roads prior to use during periods when dusting may occur.

R3-CT6.4#
(9/90)

CT6.4# - Conduct of Logging. (9/90) Unless otherwise agreed to in writing, the following measures are applicable where protection of the residual stand or other resources is essential to meet the land and resource management objectives. These measures are in addition to those in BT6.4.

a. In order to minimize breakage of logs, damage to the residual stand or reproduction, and to avoid the unnecessary turning of logs, Purchaser shall orient his felling with the lead toward tributary skid trails. While engaged in felling, the Purchaser shall equip fallers with, and use as necessary, falling wedges and a driving tool capable of lifting the tree into the undercut made to direct the fall of the tree.

b. Within cutting units numbered ALL on the Sale Area map, the skid trail pattern shall be approved by the Forest Service in advance of felling and major skid trails, including go-back trails, shall be flagged on the ground in advance of felling.

c. Within cutting units numbered NONE on the Sale Area Map, Purchaser shall stage log by felling and skidding Included Timber in two operations. Included Timber to be felled and skidded in the first stage will be agreed to by the Forest Service and Purchaser prior to felling.

d. In cutting units numbered ALL on the Sale Area Map, skidding machines shall not be operated off designated skid trails, roads or landing without written approval. Products shall be end-lined from where they lay to the skid trail, road or landing, by unspooling the winch line and manually pulling it to the location of the individual logs. The logs shall then be winched, in the direction the log is oriented, to the skidding machine.

e. The maximum piece length for skidding of trees or logs is 50 feet.

ODR-75

R3-CT6.42#
(12/89)

CT6.42# - Maximum Tractor Size. (12/89) Tractors used for skidding outside Clearcutting Units, regeneration units or other authorized clearings, shall not exceed the overall width, and shall be of the type (rubber-tired or track-laying) designated in the following table, unless otherwise agreed in writing.

| Cutting Unit | ¶ | Type Tractor | ¶ | Tractor Width |
|---|---|---|---|---|
| | ¶ | | ¶ | |
| ALL | ¶ | ALL | ¶ | 11 FEET |

R3-CT6.6
(11/86)

CT6.6 - Erosion Prevention and Control. (11/86) Unless waived in writing, erosion prevention and control work, including Streamcourse protection, required by BT6.5 and BT6.6 shall be completed within 15 calendar days after skidding operations related to each landing are completed or after Forest Service designation on the ground of work where such designation is required hereunder. Said time limit shall be exclusive of full days lost in Purchaser's Operations due to causes beyond Purchaser's control. Damage resulting from Purchaser's operations, due to failure to perform required work, shall be repaired by Purchaser.

When not adequately protected from erosion by treatments such as out-sloping and cross draining or grass seeding, place lopped slash and logging debris in temporary roads, landings and skid trails.

R3-CT6.601#
(2/87)

CT6.601# - Erosion Control Seeding. (2/87) Following completion of skidding and yarding operations in an area, Purchaser shall seed areas of exposed soil on skid trails, landings, firebreaks, and Temporary Roads where other erosion control measures described in BT6.6 will not result in satisfactory control of soil movement. Seed bed preparation shall consist of surface scarification on roads and landings sufficient for retention of seed.

Seed shall be broadcast evenly at the rate of 8.0 pounds of seed per acre. Application shall be during the period April to November unless otherwise approved. No application work shall be done during extremely windy or rainy weather, or when the ground is frozen or otherwise unsuitable.

The kinds and amounts of seed to be sown in terms of live pure seed shall be:

ODR-76

| Species of Seed | Pounds per Acre | Seed per Square Foot |
| --- | --- | --- |
| Orchard Grass | 2.5 | 30 |
| Intermediate Wheatgrass | 2.0 | 5 |
| Smooth Brome | 2.0 | 6 |
| Yellow Sweet Clover | 1.5 | 9 |
| Total | 8.0 | 50 |

R3-CT6.602
(11/86)

CT6.602 - Temporary Road and Landing Scarification. (11/86) Unless waived in writing by Forest Service on specific roads or landings, all landings and Temporary Roads constructed or used by Purchaser shall be scarified by Purchaser following use. Scarification shall be done to a depth of not less than four inches and must effectively prepare the ground for seeding.

R3-CT6.7#
(7/90)

CT6.7# - Slash Treatment. (7/90) All vegetative debris associated with construction of Specified Roads such as unutilized timber, brush and grubbed stumps is Construction Slash. Measures to be taken by Purchaser for treatment of Construction Slash are set forth in the attached road construction specifications and in item (1) below.

Vegetative debris larger than 1 inch in diameter and 3 feet long resulting from Purchaser's Operations, other than Construction Slash, is Logging Slash. In Required Disposal Strip along permanent roads, in areas of Temporary Road construction outside of Clearcutting Units, and in fuelbreaks (CT6.75), both hardwood trees and coniferous trees smaller than the minimum d.b.h. in AT2, over 3 feet in height and damaged beyond recovery by Purchaser's Operations shall be cut and treated as Logging Slash. Measures to be taken by Purchaser for treatment of Logging Slash are set forth below and in following Subsections unless otherwise agreed in writing.

Forest Service and Purchaser shall jointly develop a schedule for completion of slash treatment on the various portions of Sale Area prior to Purchaser's Operations. Slash treatment plan may be made a part of the annual operating plan required in BT6.31.

ODR-77

Specified slash treatment methods for each cutting unit shall be shown on Sale Area Map and listed in the attached tables by the following symbols:

Slash Treatment Methods

| Symbol | Method | Definition and Specifications |
|---|---|---|
| Bury | "Burying" | Logging Slash shall be buried where agreed in borrow areas, pits, trenches, or other locations reasonably near the area of origin. Logging Slash shall be matted down in layers and shall be covered with at least 2 feet of rock and soil so that the final surface is sloped to drain and relatively smooth. |
| Chip | "Chipping" | Chippable Logging Slash up to 4 inches in diameter shall be processed through a chipping machine. Chips shall be scattered to a depth not exceeding 6 inches. |
| Remove | "Removing" | Logging Slash shall be moved or hauled to locations shown on Sale Area Map and designated on the ground where it shall be piled. |
| Fell | "Felling" | Damaged or destroyed trees are trees damaged substandard because of size, which are trees over 3 feet in height, and/or species not included in AT2 over 3 feet in height, knocked down or damaged to the extent that mortality or serious deterioration will occur, and such trees partially pushed over so as to result in permanent lean and visible damage to the root system, all as a result of the Purchaser's operation. Such damaged or destroyed trees shall be felled and further treated by the slash treatment method specified for the area. Materials meeting the minimum piece specifications of AT2 will be utilized by the Purchaser according to BT2.2. Maximum stump height shall be that specified in AT8 or on the Sale Area Map. |
| Buck | "Bucking and Piling" small Material | Logging Slash smaller than _N/A_ inches and larger than 4 inches in large end diameter shall be bucked into lengths not to exceed _N/A_ feet and left in place. Logging Slash 4 inches and smaller in large end diameter shall be hand Piled within Required Disposal Strip. |
| Deck | "Decking" large material | Logging Slash _N/A_inches or larger in diameter and _N/A_ feet or more in length shall be Decked free of other slash by piling pieces parallel to each other. |
| Hpile | "Hand piling" | Logging slash smaller than _N/A_ inches in diameter and N/A_ feet long shall be hand piled in accordance with the following specifications: |

ODR-78

HAND PILING SPECIFICATIONS

LOCATION OF PILES: Piles shall be located within cleared areas of landings and Temporary Roads or within natural openings. The minimum spacing between edge of each pile and crown edge of adjacent live trees shall not be less than the average diameter of the pile.

Purchaser shall not be required to move slash more than 75 feet to meet the above pile location requirement.

Piles shall not be made below highwater mark of perennial or intermittent stream courses designated to be protected in accordance with BT6.5. Slash shall not be piled on or allowed to remain in drainage ditches ofpermanent roads.

CONSTRUCTION OF PILES. Piles shall be compact and dirt-free, with most small slash on the bottom to facilitate consumption during burning. Piles shall not exceed 10 feet in average diameter and pile height shall not be less than one-third the average pile diameter. All slash which protrudes 4-feet or more from outer edge of the pile shall be bucked off and placed on pile.

| | | |
|---|---|---|
| Mpile | "Machine piling" | Concentrations of logging slash, excluding scattered individual pieces, shall be machine piled by tractor equipped with brush rake as per Machine Piling Specifications. |
| Mpile /lop | "Machine piling and lopping" | Concentrations of slash marked on the ground by the Forest Service shall be machine piled by a tractor equipped with a brush rake as per Machine Piling Specifications. The remaining slash, not in concentrations, shall be lopped and scattered as per specification for "Lopping." |

Machine Piling Specifications

Acceptable Equipment. Piling will be accomplished with a crawler tractor not to exceed overall width of 11 feet. Tractor will be equipped with a brush blade having teeth extending a minimum of 11 inches below the frame. The teeth shall number at least SIX and no more than TEN. The teeth shall be of sufficient size and strength so that they shall not bend or break through normal slash piling.

ODR-79

Location of Piles. Piles shall be so located that burning will not damage standing live trees or physical improvements such as fences, poles, buildings, signs, tables, grills, and cattleguards. The minimum spacing between piles shall be equivalent to one and one-half the diameter of the adjacent pile.

If conditions make it impractical to locate piles where damage to live trees and physical improvements can be avoided, a space shall be cleared in a location designated by Forest Service.

Slash within partial cut areas and road construction clearings shall be moved to take advantage of previously constructed or natural clearings in order to minimize the construction of new clearings. Slash shall not be moved more than 120 feet to achieve the location requirement. Piles shall not be made on permanent roads, in drainage ditches, below high water marks of live streams, and in intermittent streamcourses.

Piles shall not be constructed within a _N/A_ foot strip along the top edge of the cutting unit or within a _N/A_ foot strip along the remaining edges of the unit.

Construction of Piles. Machine piles shall be compacted by pushing slash from all sides towards the center of the pile. In Clearcut Units the width of the pile shall not be more than twice the height and the length shall not exceed 200 feet. All slash which protrudes 4-feet or more from outer edge of the pile shall be bucked off and placed on pile.

Unmerchantable material may be left between piles to protect regeneration seedlings and for site protection purposes as specified in writing by Forest Service.

Piling shall be accomplished in a manner that will prevent the accumulation of dirt in the piles.

Logs and tops from felled trees within leave groups of trees inside or outside the cutting unit shall be yarded out of such leave groups to approved locations and piled. Where there is danger of damaging leave trees, long material shall be endlined out of leave groups.

ODR-80

| | | |
|---|---|---|
| Cover | "Covering Piles" | All slash piles shall be covered with a durable waterproof covering furnished by Purchaser as approved by the Forest Service. The material shall be at least 6 feet in width. Piles shall not be less than one-third covered, with the covering extending not less than halfway down all sides. Pieces of burnable material shall be placed on top of the waterproof covering to keep it from blowing off the pile. |
| Mach | "Site Preparation" | In conjunction with machine slash piling, a minimum of _N/A_ percent and a maximum of N/A_ percent of the workable ground surface uniformly distributed over the unit area, shall be scarified down to bare mineral soil. Scarified ground is here defined as bare mineral soil in patches exceeding _N/A feet by _N/A_ feet. |
| Scat | "Scattering" | Purchaser shall remove all slash greater than _N/A_ inches in diameter and/or _N/A_ feet long, a minimum of _N/A_ feet away from each leave tree _N/A_ inches d.b.h. and larger. Slash shall be placed upslope from, or along the upslope from, or along the contour from, leave trees. Slash shall not be placed downslope from leave trees. |
| Lop | "Lopping" | Slash shall be treated by limbing or severing, or both, and scattered as necessaryto place slash within TWO feet of the ground over entire area of cutting unit. Occasional slash which exceeds the maximum height, not to exceed 5 percent of slash to be lopped and scattered, is acceptable. When agreed in writing between Purchaser and Forest Service, crushing or chopping with mechanized equipment is permissible, where residual trees will not be excessively damaged and ground conditions are suitable. |

By agreement in writing, certain slash may be left for fuelwood. When the specified treatment is by a combination of methods, Logging Slash not treated by one of the methods shall be treated by the other(s).

(1) Treatment Along Permanent Roads. Permanent roads that require roadside slash treatment are listed in the attached table and shown on the Sale Area Map. All Logging and Construction Slash within Required Disposal Strips shall be treated by Purchaser. "Required Disposal Strips" are those areas adjacent to permanent roads where slash treatment is required for resource objectives. The width of Required Disposal Strips is shown in the attached table and is measured in slope distance from Roadbed edges of permanent roads. By agreement, in Clearcutting Units, slash from Required Disposal Strips may be treated with other Logging Slash. By agreement, the location of Required Disposal Strips may be adjusted from side to side without materially changing the total work required.

ODR-81

Slash treatment in Required Disposal Strips shall be accomplished without affecting the proper functioning of channels leading to and from drainage structures.

(a) Slash shall be treated by Scattering, Removing, Burying, Chipping, Piling, Bucking and Piling, Machine Piling or a combination of these methods as shown in the attached table. Logging Slash larger than treatment size requirements of the specified method shall either be Scattered outside Required Disposal Strip, within Required Disposal Strip or Decked at agreed locations as shown in the attached table.

(b) Hardwood and coniferous trees within or extending over Required Disposal Strips and which have been partially knocked down by Purchaser's Operations shall be felled and treated as Logging Slash. Damaged trees which cannot be felled with reasonable safety may be pushed or pulled down.

(2) Treatment Along Temporary Roads. Outside of Clearcutting Units, all hardwood and coniferous trees felled or pushed over and trees damaged beyond recovery by Temporary Road construction shall be felled, limbed to a stem diameter of approximately 3 inches, at which point the top shall be cut from the remainder of the stem, and stem shall be bucked into lengths not exceeding 3 feet. Such slash shall be Scattered free of soil to reduce concentrations unless treatment is required by another specified method.

(3) Landings and Disposal Sites. Unutilized logs accumulated at landings and disposal sites shall be Decked by Purchaser. Other slash accumulated at landings and disposal sites shall be kept separate from unutilized logs and treated by the method shown in the attached table.

(4) View and Special Management Units. Areas identified as "VIEW" on the Sale Area Map are Travel and Water Influence Zones and Special Management Units which include roads, recreation trails, streamsides, lakeshores, and other view areas. The "VIEW" boundaries are identified on the ground or a distance limitation is specified on the Sale Area Map. Primary treatment shall be by Removing, Burying, Chipping, Hand Piling, Machine Piling, or a combination of these means unless a method is specified or prohibited on Sale Area Map. Logging Slash not readily treated by the selected or specified method shall be removed to designated areas or treated as agreed.

LANDINGS, DISPOSAL SITES AND OTHER SLASH (CT6.7#)

| | CUTTING UNIT NO. | SPECIFIED METHOD |
|---|---|---|
| LANDINGS | ALL | MPILE - ALL ACTIVITY SLASH |

PURCHASER UNIT SLASH RESPONSIBILITY (CT6.7#)

| DESCRIPTION OF CUTTING UNIT(S) | TYPE OF TREATMENT | ACRES | REMARKS |
|---|---|---|---|
| 1, 3, 6, 7, 10, 18, 19, 20, 21, 27, 28, 31, 33, 34, 35 | MPILE | 863 | ALL ACTIVITY SLASH |
| 4, 32 | LOP | 173 | ALL ACTIVITY SLASH |

ODR - 82

R3-CT6.8#
(4/83)

CT6.8# - Quantity Determination Methods. (4/83) The estimated quantity of timber in AT2 was determined by (1) Automatic Data Processing, or (2) hand computation, using approved volume tables. Cruise data may be examined in the Forest Supervisor's or District Ranger's Office.

The following categories of timber have been 100 percent tree measured:

(1)

| Species or Species Group | Product | Diameter Range |
|---|---|---|
| N/A | | |

The following categories of timber have been sampled:

(2)

| Species or Species Group | Product | Sample System and Frequency Interval Used |
|---|---|---|
| Ponderosa Pine | Sawlogs | Variable Plot |
| Southwestern White Pine | Sawlogs | and Frequency at a |
| Douglas-Fir | Sawlogs | 1 in 45 interval. |
| White Fir & Other | Sawlogs | |
| Spruce | Sawlogs | |

For timber designation under BT2.1 and BT2.3, Forest Service will use the tables listed below for volume determination of any such additional volume for payment purposes:

| Species | Volume Tables |
|---|---|
| * Ponderosa Pine | Timber Cruising Handbook FSH 2409.12 |
| * Southwestern White Pine | Section 22.22. USDA Research Paper |
| * Douglas-Fir | INT-209 & 210(Hann & Bare). For data |
| * White Fir & Other | sources, by species see FSH 2409.12, |
| * Spruce | Section 22.2 |
| * Corkbark Fir | |

* Volumes will be measured in the woods.