ODR-83

WO-CT6.82
(9/90)

CT6.82 - Product Identification. (9/90) Unless Forest Service determines that circumstances warrant a written waiver or adjustment, (1) all products from Sale Area shall be hammer branded on both ends with an assigned brand, (2) all domestic processing products shall be painted on both ends with highway yellow paint. Purchaser will furnish and apply highway yellow paint of a lasting quality (oil base or equivalent). Paint sticks are not acceptable. Each paint mark must cover an area equal to a 2-inch circle.

All products shall be branded with the assigned sale brand before removal from Sale Area. Such brands shall be State registered brands if the Sale Area is within a State that maintains a log brand register. Painting of domestic processing products shall be done before removal from Sale Area.

All hammer brands and/or yellow paint must remain on logs until they are domestically processed. Purchaser may remanufacture such products into different log lengths subject to agreement with Forest Service on surveillance by Forest Service. Remanufactured products to be removed from the area of remanufacture to another facility must be rebranded with the assigned sale brand unless otherwise agreed to in writing by Forest Service. For such remanufactured products, Forest Service may approve use of a State registered brand to be used exclusively as a catch brand, in lieu of the assigned sale brand. Purchaser shall pay all surveillance costs except, that Forest Service may waive such payment if such costs are minor and part of normal surveillance activities.

R3-CT6.84
(4/83)

CT6.84 - Accountability. (4/83) Unless otherwise agreed in writing and prior to hauling from Sale Area, products shall be accounted for as follows:

The truck driver shall obtain a removal receipt furnished by Forest Service. Purchaser shall assign a competent individual at the landing to issue removal receipts for products removed from Sale Area. A duplicate copy or stub of such receipt shall be retained by Purchaser and delivered to Forest Service at periodic intervals. When products are in transit, the truck driver shall keep the original copy of the receipt in his possession and show it upon request or display it as evidence of his authority to remove products. The original removal receipt shall be surrendered at the unloading point or as requested by Forest Service.

ODR-84

R3-CT7.2
(3/91)

CT7.2 - Specific Fire Precautionary Measures. (3/91) Purchaser shall provide the personnel, tools and equipment to take the following precautionary measures:

SMOKING AND LUNCH FIRE RESTRICTIONS

Purchaser shall prohibit smoking and building of camp and lunch fires by persons engaged in Purchaser's operations, except at established camps or in areas that Forest Service may designate. Smoking may be permitted at these designated areas only after all flammable material has been cleared to mineral soil. All fires and smoking materials shall be completely extinguished at end of lunch or smoking period.

FIRE TOOLS

Purchaser shall furnish and maintain; i.e., cutting edges sharp, handles sanded and tightly fitted, clean of rust and foreign material; fires tools to be used only for suppressing forest fires. Each logging operation shall be provided with one firefighting tool per man to equip 100 percent of the personnel engaged in Purchaser's operations. Approved firefighting tools are: double-bit axe; brushhook; pulaski; McLeod; and round-pointed, size 0 or larger lady shovel. The proper tool mix will be stipulated in the Timber Sale Fire Plan. These tools are required separate from, and in addition to, the tools required in the section, "Fire Tools on Equipment," and in CT7.21 Fire Guards. Fire tools for firefighting purposes for use of personnel engaged in all phases of the logging operations shall be located in the active operating area of the sale or as stated in the fire plan.

BURNING OF REFUSE

No camp refuse of slash or other debris, such as that resulting from clearing around camps or on right-of-way, shall be burned without the written consent of the Forest Service.

SPARK ARRESTERS AND MUFFLERS

Each internal combustion engine shall be equipped with a spark arrester qualified and rated under USDA Forest Service Standard (Spark Arrester Guide) 5100-1a or the latest revision of Society of Automotive Engineers "medium size engine, SAE recommended practice J350" unless it is:

(a) Equipped with a turbin-driven exhaust supercharger such as the turbocharger. There shall be no exhaust bypass.

ODR-85

(b) A multi-position engine, such as on power saws purchased after 6/30/77 which must meet the performance levels set forth in the Society of Automotive Engineers "multi-positioned small engine exhaust fire ignition standard, SAE recommended practice J335B" as now or hereafter amended. Those purchased prior to the above date shall be equipped with an approved spark arrester/muffler containing a 0.023 inch mesh screen in good condition.

(c) A passenger carrying vehicle or light truck, or medium truck up to 40,000 GVW, used on roads and equipped with a factory designed muffler and an exhaust system in good working condition.

(d) A heavy duty truck, such as a dump or log truck, or other vehicle used for commercial hauling, used only on roads and equipped with a factory designed muffler and with a vertical stack exhaust system extending above the cab.

Exhaust equipment described in this Subsection, including spark arresters and mufflers, shall be properly installed and constantly maintained in serviceable condition.

POWERSAWS

During periods of use, each powersaw operator shall have readily available for use one long-handled round-pointed shovel and one chemical-pressurized fire extinguisher of not less than 8-ounce capacity by weight. Muffler, extinguisher, and shovel shall be maintained in good working order at all times. Any fueling or refueling of a powersaw shall be done in an area which has been cleared of material which will carry fire. Powersaws shall be moved at least 10 feet from the place of fueling or refueling before starting.

FIRE TOOLS ON EQUIPMENT

Each internal combustion fuel carrying truck, loader, skidder, heavy truck, and tractor shall be provided with one long-handled round-pointed shovel, and one 5-pound capacity ABC dry chemical fire extinguisher. Passenger carrying vehicles, including light pickup trucks shall be equipped with one (1) long-handled round-pointed shovel and one (1) ABC chemical fire extinguisher not less than 2 1/2 pounds capacity. Shovels and fire extinguishers shall be so mounted as to be readily reached from the ground.

INSPECTION REQUIREMENTS FOR INTERNAL-COMBUSTION ENGINES

Each internal-Combustion motor vehicle or item of equipment shall be inspected and approved in advance of use by Forest Service. Purchaser shall require that all persons engaged in Purchaser's operations submit all internal-combustion motors and equipment for inspection and approval prior to use in Purchaser's operations on National Forest lands. Vehicles and equipment not approved for use shall be repaired to meet existing standards, reinspected, and approved by Forest Service prior to use.

ODR-86

BLASTING

Use of fuses in blasting shall not be permitted. A long-handled round-pointed shovel and 5-gallon backpack pump with attached handpump filled with water shall be available at all times. During periods when Fire Precaution Plan B or C is in effect, a fire guard shall remain on duty for at least one hour after blasting is finished and shall be equipped with a shovel and backpack. Blasting is prohibited under Fire with a shovel and backpack. Blasting is prohibited under Fire Precaution Plan D. (CT7.22)

TRACTOR LIGHTS

All crawler tractors and rubber-tired skidders suitable for fire suppression work, and with power source, shall be equipped with two (2) factory type headlights and one (1) backup light, or brackets mounted for portable self-contained battery operated lights. These portable lights shall be furnished and maintained by the Purchaser at a location agreed by the Forest Service.

CABLE YARDING

Tail and corner blocks shall be located to prevent cables from rubbing against trees, snags, and down logs. Areas adjacent to tail and corner blocks shall be cleared of flammable material within a 5-foot radius. One 5-gallon standard backpack water container (filled at all times and with handpump attached), one shovel, and one pulaski, shall be maintained within 10 feet of each block.

GAS AND OIL STORAGE AND SERVICE AREAS

The location of equipment service areas and gas and oil storage areas shall be approved in writing by Contracting Officer. All areas shall be cleared of brush, litter, grass or other flammable debris for a radius of 50 feet.

WELDING

An area within a 10 foot radius shall be cleared down to mineral soil before welding operations are started. Prior to welding, purchaser shall have available a round-pointed long-handled shovel, a 5-gallon backpack pump filled with water with attached hand pump, and a 5-pound fire extinguisher at each welding site. A fire guard will remain on duty for at least one (1) hour after welding is completed during periods when Fire Precaution Plan B or C is in effect. Welding is prohibited under Fire Precaution Plan D.

ODR-87

R3-CT7.21
(11/75)

CT7.21 - Fire Guards. (11/75) Purchaser shall designate at least one representative to train and supervise each woodsworking group of men in fire prevention, detection, and suppression. Each such representative shall be named in the fire plan.

To prevent, detect, and suppress fire, Purchaser shall provide a trained fire guard at each operating area where power-driven equipment has been operated during the day. The fire guards shall constantly perform their duties during operating hours and for three (3) hours after the woodswork stops for the day, when the Fire Precaution Plan is Plan B, C, or D (CT7.22#).

Fire guard service on one operating area shall satisfy the requirements on adjacent areas if the travel time with available transportation is not in excess of ten (10) minutes to any of the other areas requiring such service.

Each fire guard shall be physically able, vigilant, and trained to prevent, detect, and report any fires and to promptly and efficiently take suppression action with available required firefighting equipment and men on any fire that starts on Sale Area. Each fire guard shall be equipped with a vehicle and a fire tool cache consisting of a cache box, 2 four-to-five gallon backpack pumps filled with water, 2 size 0 shovels, 2 Pulaskis, and 2 McLeod tools maintained in serviceable condition.

R3-CT7.22#
(3/91)

CT7.22#- Emergency Fire Precautions. (3/91) Purchaser will restrict operations in accordance with the attached Emergency Fire Precaution Schedule. The five-day average energy release component of the National Fire Danger Rating System from a representative weather station will be applied to the table below using Fuel Model J. When there is a predicted change, Forest Service shall, inform the Purchaser by 6:00 pm, Mountain Standard Time, of the predicted change in the Industrial Fire Precaution Plan. The procedure for the Forest Service to notify the Purchaser of a change shall be stated in the timber sale fire plan required by BT7.1. The Contracting Officer may adjust the predicted Industrial Fire Precaution Plan for local weather conditions on Sale Area. Changes in the predicted Industrial Fire Precaution Plan shall be in writing.

The representative weather station will be identified in the legend of the Sale Area Map. If Purchaser elects to install, or has access to, a fire weather station approved by the Forest Service that is representative of Sale Area, the Industrial Fire Precaution Plan shall be governed by the five day average ERC determined from

ODR-88

weather measurements taken at that station. Fire weather stations established and operated by Purchaser shall meet the specifications and standards enumerated in Fire-Weather Observers' Handbook (Intermountain Forest and Range Experiment Station, February 1972), which is available for inspection at the District Ranger's Office. Records of such weather measurements shall be maintained and shall be made available to Forest Service on request. The location and frequency of weather observations shall be agreed upon and included in fire plan required by BT7.1.

Emergency Fire Precaution Schedule

| FIVE DAY AVERAGE ERC BY FUEL MODEL | | | | | | | | | | INDUSTRIAL FIRE PRECAUTION PLAN |
|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | F | G | J | K | L | T | | |
| 0-1 | 0-37 | 0-9 | 0-18 | 0-35 | 0-109 | 0-37 | 0-3 | 0-9 | -------- | A |
| 2-2 | 38-73 | 10-19 | 19-37 | 36-70 | 110-217 | 38-74 | 4-6 | 10-18 | -------- | B |
| 3-3 | 74-93 | 20-21 | 38-50 | 71-79 | 218-239 | 75-82 | 7-9 | 19-20 | -------- | C |
| 4+ | 94+ | 22+ | 51+ | 80+ | 240+ | 83+ | 10+ | 21+ | -------- | D |

AREA CLOSURE PROCLAIMED by Regional Forester ------------------------------------ D

RED FLAG ALERT ISSUED by Forest Supervisor ------------------------------------ D

| FIRE PRECAUTION PLAN | DESCRIPTION |
|---|---|
| A | Normal Fire Precautions (CT7.2) No fire guard required. |
| B | Normal Fire Precautions (CT7.2) except designated areas for smoking and warming or cooking fires require a written permit. Purchaser will provide fire guard (CT7.21). |
| C | Shutdown from 12:00 noon until 8:00 pm Mountain Standard Time; all machine treatment of slash; mechanical equipment used for shearing, bunching, or delimbing; skidding; cable yarding; blasting; welding; metal cutting; and clearing. No smoking, warming or cooking fires permitted at any time. Power saws will shut down from 9:00 am until 8:00 pm, Mountain Standard Time, except they may be used from 9:00 am until 2:00 pm, Mountain Standard Time, for limbing on landings cleared to mineral soil. Loading is authorized to continue from 12:00 noon until 2:00 pm, Mountain Standard Time, on landings cleared to mineral soil. Log hauling trucks must be out of the Sale Area to a surfaced road by 2:00 pm, Mountain Standard Time. Operations on mineral soil involving road excavation, watering, grading, surfacing, rock crushing, and/or other equipment maintenance may continue. |

ODR-89

| FIRE PRECAUTION PLAN | DESCRIPTION |
|---|---|
| D | Shutdown all operations; except operations on mineral soil involving road excavation, watering, grading, gravel surfacing, and rock crushing may continue with special Forest Service permit. |

R3-CT7.23
(5/89)

CT7.23 - Communications. (5/89) Purchaser shall furnish a serviceable telephone, radio-telephone or radio system connecting each operating side with Purchaser's headquarters. A radio-equipped fire patrolman vehicle will satisfy this requirement if in operation during the time required. When such headquarters is at a location which makes communication to it clearly impractical, Forest Service shall accept a reasonable alternative location. The communication system shall provide prompt and reliable communications between Purchaser's headquarters (or above stated alternative) and Forest Service via commercial or Forest Service telephone. The communications system shall be operable during Purchaser's Operations in Fire Precautionary Period described in AT13 and during the time fire patrolman service is required.

In the event no other means of communications will provide for prompt and reliable reporting of a fire, the Contracting Officer may allow use of a Forest Service two-way radio or Forest Service frequencies for emergency use only. The use of Forest Service frequencies will be by a written memorandum of agreement between the Contracting Officer and Purchaser.

R3-CT8.2
(6/92)

CT8.2 - Termination. (6/92) The Chief, Forest Service, by written notice, may terminate this contract, in whole or in part, (1) to comply with a court order, regardless of whether this sale is named in such an order, upon determination that the order would be applicable to the conditions existing on this sale; or (2) upon a determination that the continuation of all or part of this contract would:

(a) cause serious environmental degradation or resource damage;

(b) be significantly inconsistent with land management plans adopted or revised in accordance with Section 6 of the Forest and Rangeland Renewable Resources Planning Act of 1974, as amended;

(c) cause serious damage to cultural resources pursuant to CT6.24#;

ODE-90

(d) adversely affect a Federally listed threatened or endangered species or a sensitive species identified by the Regional Forester.

Compensation for termination under this provision shall be calculated pursuant to CT9.5, except; compensation for termination under (1) and (2)(d) shall be calculated pursuant to CT9.53.

WO-CT8.21
(6/78)

CT8.21 - Delay in Reconstruction of Processing Facilities. (6/78) Notwithstanding the 12-month limitation in BT8.21, if Purchaser demonstrates a diligent effort has been made to replace primary timber processing facilities and that delays in doing so have been beyond Purchaser's control, Forest Service may authorize Contract Term Adjustment up to a total of 24 months.

WO-CT8.212#
(7/91)

CT8.212# Market-related Contract Term Addition (7/91). The term of this contract may be adjusted when a drastic reduction in wood product prices has occurred in accordance with 36 CFR 223.52. The Producer Price Index used to determine when a drastic reduction in price has occurred is the Other Species, dressed index, Number 081103. Purchaser will be notified whenever the Regional Forester determines that a drastic reduction in wood product prices has occurred. If the drastic reduction criteria specified in 36 CFR 223.52 are met for two consecutive calendar quarters, after contract award date, Forest Service will add 1 year to the contract term upon Purchaser's written request. For each additional consecutive quarter such a drastic reduction occurs, Forest Service will, upon written request, add an additional 3 months to the term during Normal Operating Season. Purchaser's written request for a Market-related Contract Term Addition must be received by the Forest Service before the expiration of this contract.

The total amount of contract term addition is limited to the lesser of twice the length of the original contract, or 3 years. The revised contract term may not exceed 10 years as a result of Market-related Contract Term Addition.

When a contract is lengthened as a result of market-related term additions, any subsequent periodic payment date shall be redetermined using the adjusted Termination Date.

Contract term additions will not be granted if the removal period for the timber is specified in the contract. Contract term additions will not be granted when, in the opinion of the Contracting Officer, the timber is in need of urgent removal, or that timber deterioration or resource damage will result from delay.

ODR-91

WO-CT8.23
(7/91)

CT8.23 - Contract Term Extension. (7/91) "Contract Term Extension" means an extension of the term of this contract at the request of Purchaser other than Contract Term Adjustment under BT8.21 or Contract Term Addition under CT8.212# - Market-related Contract Term Addition. This provision shall not obligate Forest Service to grant Contract Term Extension.

When such extension is made, Forest Service shall make an appraisal using standard Forest Service methods and appraisal data in effect 45 calendar days prior to the original Termination Date. Bid Premiums shall be added to such appraised rates to establish Flat Rates or Tentative Rates for the extension period. In event rates so established would develop Current Contract Value immediately prior to such an extension that is less than Current Contract Value at that time, Flat Rates and Tentative Rates in effect immediately prior to extension shall be retained for the extension period.

The cost of unconstructed facilities shall be appraised, by applying current costs to original quantities used to establish amounts by construction phases shown in Schedule of Items, to establish new Purchaser Credit amounts. However, except for agreed changes in planned construction, Purchaser Credit Limit shall not be increased above the limit specified on the original Termination Date, or as adjusted pursuant to BT8.21 or CT8.212# - Market-related Contract Term Addition.

In consideration for granting an extension, Purchaser shall pay the Government for Purchaser's failure to cut and remove timber meeting Utilization Standards prior to "Contract Term Extension," an amount which shall be the total of the costs to the Government resulting from the delay in harvest of Included Timber. Such costs will be determined by Forest Service and shall include, but not be limited to, the following:

(a) Interest on Current Contract Value of timber remaining on Sale Area, less the credit balance of any deposit made pursuant to CT4.264# - Periodic Payment Schedule, as of the original Termination Date, or as adjusted pursuant to BT8.21 or CT8.212# - Market-related Contract Term Addition, until the midpoint of the extension period.

(b) Increased costs of regeneration, including nursery stock loss, carryover or replacement costs.

(c) Costs of remarking timber on Sale Area or reestablishing cutting unit boundaries.

ODR-92

WO-CT8.231

CT8.231 - Conditions for Contract Term Extension. (7/91) Forest Service may grant Purchaser's written request for Contract Term Extension if all of the following conditions have been met by Purchaser at time of Purchaser's request:

(a) At least 75 percent of estimated volume in AT2 has been cut and removed from Sale Area.

(b) Specified Roads needed by Purchaser for removal of all Included Timber in accordance with the approved plan of operations submitted pursuant to CT6.3 - Plan of Operations, were constructed and accepted by Forest Service prior to the applicable road completion date shown in CT5.101# - Road Completion Date.

(c) Purchaser's Operations to date have been in reasonable compliance with contract terms and the approved plan of operations under CT6.3 - Plan of Operations.

(d) All contractual requirements have been met by Purchaser and accepted by Forest Service on area cutover at time of Purchaser's request except for areas where logging is in progress at time of Purchaser's request. Purchaser's burning of current slash, or seeding or planting for erosion control, may be temporarily waived if weather or other considerations make such work impractical.

(e) Any payment required under or CT4.264# - Periodic Payment Schedule, has been made.

Contract Term Extension shall not become effective unless payments required by CT8.23 - Contract Term Extension, have been paid and the initial Extension Deposit required by CT4.254 - Extension Deposits, shall have been made by the effective date of any extension.

WO-CT8.3
(10/77)

CT8.3 - Contract Modification. (10/77) This contract may be modified to revise Tables AT9 and AT10 to add roads not listed in AT9 as necessary to facilitate reconstruction of existing Forest Service roads or accepted Specified Roads including appurtenances thereto. Roads or road segments to be added must meet the following conditions: a) the required work must be on an actual hauling route used by, or scheduled for use by, Purchaser, b) the required work must be the result of unforeseen cause, such as slides, slumps, washouts, subgrade conditions or similar causes, and c) the work must be necessary for economic, safe and practical use of the road by Purchaser. Additions will not be made when reconstruction is made necessary by Purchaser's negligence.

ODR-93

Revised Table AT9 and adjustments to Purchaser Credit Limit in AT10 shall be by Forest Service in accordance with BT5.2. Increase in Purchaser Credit Limit shall be limited to $20,000 or less. Cost adjustments for increase in Purchaser Credit Limit for added roads shall be calculated in accordance with CT5.251#, CT5.253 and CT5.254.

Forest Service may make modifications in Timber Specifications in BT2.0, Transportation Facilities in BT5.0, or Operations in BT6.0, or in related Special Provisions, if and to the extent that such changes are reasonably necessary to make the contract consistent with guidelines and standards developed to implement Section 6 of the Forest and Rangeland Renewable Resources Planning Act of 1974, as amended, and with land management plans, developed or revised thereunder. Such modifications shall be limited to requirements with which Purchaser can reasonably comply. Resulting changes in the value of remaining Included Timber shall be reflected in a rate redetermination conducted in accordance with CT3.312. Rates so redetermined shall apply to timber Released for Cutting after the effective date of the modification.

WO-CT8.63
(6/78)

CT8.63 - Nondiscrimination in Employment. (6/78) Nothing in this contract shall be construed to require or permit discrimination based on sex.

WO-CT8.641#
(9/90)

CT8.641# - Use of Timber. (9/90) This contract is subject to the Forest Resources Conservation and Shortage Relief Act of 1990 (P.L. 101-382:104 Stat. 714-726; 16 U.S.C. 620 et. seq.).

Except for NONE determined pursuant to public hearing to be surplus, unprocessed Included Timber shall not be exported from the United States nor used in direct or indirect substitution for unprocessed timber exported from private lands by Purchaser or any person as defined in Section 493 (16 U.S.C. 620e) of the Act.

Timber in the following form will be considered unprocessed: (a) trees or portions of trees or other roundwood not processed to standards and specifications suitable for end product use; (b) lumber, construction timbers or cants intended for remanufacturing not meeting standards defined in Section 493 (16 U.S.C. 620e) of the Act; (c) Aspen or other pulpwood bolts exceeding 100 inches in length.

Unless otherwise agreed in writing, unprocessed Included Timber shall be delivered to a domestic processing facility and shall not be mixed with logs intended for export.

ODR-94

Prior to award, during the life of this contract, and for a period of 6 years from Termination Date, Purchaser shall furnish to Forest Service upon request records showing the volume and geographic origin of unprocessed timber from private lands exported or sold for export by Purchaser or affiliates.

Prior to delivering unprocessed Included Timber to another party, Purchaser shall require each buyer, exchangee, or recipient to execute an acceptable agreement, which shall: (1) identify the federal origin of the timber, (2) specify domestic processing for the timber involved, (3) require the execution of such agreements between the parties to any subsequent transactions involving said timber, (4) require that all hammer brands and/or yellow paint must remain on logs until they are either legally exported or domestically processed, whichever is applicable, and (5) otherwise comply with the requirements of Section 492 (16 U.S.C. 620d) of the Act.

No later than 10 days following the execution of any such agreement between Purchaser and another party, Purchaser shall furnish to Forest Service a copy of each such agreement. Purchaser shall retain, for 6 years from Termination Date, the records of all sales, exchanges, or dispositions of all Included Timber.

For breach of this provision, Forest Service may terminate this contract and may take such other action as may be provided by statute or regulation, including the imposition of penalties. When terminated by Forest Service under this provision Forest Service will not be liable for any claims submitted by Purchaser relating to the termination.

WO-CT9.1
(6/78)

CT9.1 - Letters of Credit (6/78) Notwithstanding the provisions of BT9.1, approved letters of credit may be used in lieu of a surety bond for performance bond purposes. Such letters of credit shall be subject to Forest Service approval.

WO-CT9.11
(11/85)

CT9.11 - Failure to Provide Performance Bond (11/85). Within 30 days of the date of notice of award or in accordance with any written extension thereof by Forest Service, Purchaser shall furnish a satisfactory performance bond in accordance with BT9.1. Failure to so provide a performance bond shall constitute a repudiation of this contract by Purchaser. In such event, Purchaser and Forest Service agree that Purchaser's bid guarantee shall be retained by Forest Service as liquidated damages.

ODR-95

WO-CT9.2
(7/80)

CT9.2 - Disputes. (7/80)

(a) This contract is subject to the Contract Disputes Act of 1978 (Pub. L. 95-563).

(b) Except as provided in the Act, all disputes arising under or relating to this contract shall be resolved in accordance with this clause.

(c) (i) As used herein, "claim" means a written demand or assertion by one of the parties seeking, as a legal right, the payment of money, adjustment or interpretation of contract terms, or other relief, arising under or relating to this contract.

(ii) A voucher, invoice, or request for payment that is not in dispute when submitted is not a claim for the purposes of the Act. However, where such submission is subsequently not acted upon in a reasonable time, or disputed either as to liability or amount, it may be converted to a claim pursuant to the Act.

(iii) A claim by the contractor shall be made in writing and submitted to the Contracting Officer for decision. A claim by the Government against the contractor shall be subject to a decision by the Contracting Officer.

(d) For contractor claims of more than $50,000, the contractor shall submit with the claim a certification that the claim is made in good faith; the supporting data are accurate and complete to the best of the contractor's knowledge and belief; and the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable. The certification shall be executed by the contractor if an individual. When the contractor is not an individual, the certification shall be executed by a senior company official in charge at the contractor's plant or location involved, or by an officer or general partner of the contractor having overall responsibility for the conduct of the contractor's affairs.

(e) For contractor claims of $50,000 or less, the Contracting Officer must render a decision within 60 days. For contractor claims in excess of $50,000, the Contracting Officer must decide the claim within 60 days or notify the contractor of the date when the decision will be made.

(f) The Contracting Officer's decision shall be final unless the contractor appeals or files a suit as provided in the Act.

(g) The authority of the Contracting Officer under the Act does not extend to claims or disputes which by statute or regulation other agencies are expressly authorized to decide.

ODR-96

(h) Interest on the amount found due on a contractor claim shall be paid from the date the claim is received by the Contracting Officer until the date of the payment.

(i) Except as the parties may otherwise agree, pending final resolution of a claim of the contractor arising under the contract the contractor shall proceed diligently with the performance of the contract in accordance with the Contracting Officer's decision.

WO-CT9.21
(8/80)

CT9.21 - Submission of Claim. (8/80) Purchaser claims under this contract shall be submitted in writing to the Contracting Officer through the Forest Supervisor of the National Forest on which the sale is located. Date of receipt by Forest Supervisor shall be considered as the beginning date for determining any interest due on claims.

Purchaser shall file such claim within the following time limits. Failure by Purchaser to submit a claim within these time limits shall relinquish the United States from any and all obligations whatsoever arising under said contract or portions thereof when:

(a) Purchaser constructs specified road - Purchaser must file any claim not later than 60 days after receipt of Forest Service written notification of acceptance. Provided:

(1) When Purchaser intends to file a claim under CT9.2, he must, within 30 days after receipt of a written Design Change, (CT5.254), approved Physical Change (CT5.253), submit to the Contracting Officer a written statement setting forth the general nature and monetary extent of such claim unless this period is extended by the Contracting officer.

(2) No claim of the Purchaser for Differing Site conditions shall be allowed unless the Purchaser has given the required notice. However, the time prescribed may be extended by the Contracting Officer.

(b) Forest Service constructs specified road - Purchaser must file any claim not later than 60 days after receipt of Forest Service written notification authorizing use of road.

(c) All other - Purchaser must file any claims not later than 60 days after receipt of Forest Service written notice to Purchaser that Sale is closed.

ODR-97

WO-CT9.3
(6/90)

CT9.3 - Breach. (6/90) The Contracting Officer, with the concurrence of the Regional Forester, may terminate this contract for breach in the event Purchaser:

(a) is convicted for violation of criminal statutes, civil standards, or any other offense indicating a lack of business integrity or honesty that seriously and directly affects the responsibility of Purchaser pursuant to CT6.0;

(b) is convicted for a violation of criminal statutes or civil standards, orders, permits, or other regulations for the protection of environmental quality issued by a Federal agency, State agency, or political subdivision thereof in the conduct of operations thereunder on National Forest System lands, pursuant to CT6.0;

(c) files false information or makes false statements on bid forms or other documents to gain award of this contract;

(d) has engaged in a pattern of activity that demonstrates flagrant disregard for the terms of this contract, such as, but not limited to; repeated suspensions for breach pursuant to BT9.3; causing undesignated timber meeting Utilization Standards to be unnecessarily damaged, negligently, or willfully cut; or, causing other serious environmental degradation or resource damage.

(e) fails to remedy a breach of contract within time limits stated in BT9.3.

Damages due the United States for termination under this provision shall be determined pursuant to CT9.4.

WO-CT9.4
(4/82)

CT9.4 - Failure to Cut. (4/82) In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination Date, Forest Service shall appraise remaining Included Timber, unless termination is under CT8.2 or BT8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination. Damages due the United States for Purchaser's failure to cut and remove Included Timber meeting Utilization Standards shall be the amount by which Current Contract Value, plus costs described below, less any Effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and unused Effective Purchaser Credit, plus any of the following applicable costs:

ODR-98

(1) The cost of resale or reoffering;

(2) Any increase in Purchaser Credit Limit allowance for unconstructed Specified Road facilities which are needed to harvest the remaining uncut volume. Such increases are limited to costs for constructing the road to the same standard and specifications required by this contract;

(3) If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for occasional trees not cut for reasons stated in BT6.4;

(4) The Government's loss caused by the delay in receipt of stumpage payments. Such loss will be measured by interest at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20) on the unpaid contract value at Termination Date. Interest will be charged for the total number of months, or portions thereof from Termination Date until midpoint of the contract resale period, less any time in excess of 1 year needed to make the resale;

(5) Any increase in reforestation costs, including site preparation, seeding, and planting caused by Purchaser's failure to harvest Included Timber by Termination Date.

WO-CT9.41
(11/85)

CT9.41 - Failure to Execute Contract (11/85). Within 30 calendar days of the date of the award Purchaser shall execute and return this contract. Failure to so execute and return this contract shall constitute repudiation of this contract by Purchaser. In such event, Purchaser and Forest Service agree that Purchaser's bid guarantee shall be retained by Forest Service as liquidated damages.

ODR-99

WO-CT9.5
(10/77)

CT9.5 - Settlement. (10/77) If this contract is terminated by Forest Service under CT8.2, Purchaser agrees that the liability of the United States shall be limited to the sum of (1) the value of unused Purchaser Credit; (2) the estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of the termination action; (3) out-of-pocket expenses involved in acquiring and holding the contract such as maintaining performance bonds and cash deposits; and (4) the difference between (a) Current Contract Rates for the remaining uncut volume, and (b) the rates paid for comparable timber on the same National Forest during the preceding 6-month period for the remaining uncut volume. Comparable timber is timber of similar size and quality with similar topography and access. Cost estimates for items listed in (2) shall be based upon Forest Service appraisal methods in use on the date contract is terminated.

R3-CT9.53
(6/92)

CT9.53 - Settlement. (6/92) If this contract is terminated pursuant to CT8.2 (1) or (2)(d) by the Chief, Forest Service, in whole or in part, Purchaser agrees that the liability of the United States shall be limited to the express remedies contained within this provision.

Purchaser agrees that its sole and exclusive remedy shall be the sum of (1) the value of unused Effective Purchaser Credit earned on this sale; (2) the estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area; and (3) the out-of-pocket expenses involved in acquiring and holding this contact. Cost estimates for items listed in (2) shall be based upon Forest Service appraisal methods in use on the date contract is terminated. Out-of-pocket expenses in (3) do not include lost profits, replacement cost of timber or any other anticipatory losses suffered by Purchaser. Purchaser agrees to provide receipts or other documentation to the Contracting Officer which clearly identify and verify actual expenditures.