KET- 1

United States
Department of
Agriculture

**Forest
Service**

# Timber Sale Contract

**Purchaser** PRECISION PINE AND TIMBER

**Sale Name** KETTLE MULTIPRODUCT

**Award Date** 7/20/95

**Contract No.** 001830

**Region** 03 SOUTHWESTERN

**National Forest** 01 APACHE-SITGREAVES

**Ranger District** 01 ALPINE



FS-2400-13(7/70)

 KET-2

.S-2400-6T, Page 101 (10/73)

| U.S. DEPARTMENT OF AGRICULTURE<br>FOREST SERVICE<br>**TIMBER SALE CONTRACT**<br>(Applicable to Sales to be Measured Before Felling) | | NAME OF PURCHASER<br>PRECISION PINE & TIMBER INC.<br>P.O. BOX 70<br>HEBER, AZ 85928 MOD #1 | |
|---|---|---|---|
| NATIONAL FOREST<br>01 Apache-Sitgreaves | RANGER DISTRICT<br>01 Alpine | REGION<br>03 Southwestern | CONTRACT NO.<br>001830 |
| SALE NAME<br>Kettle Timber Sale | | SUBREGION | AWARD DATE 7/20/95 / TERMINATION DATE 7/22/01 |

The parties to this contract are The United States of America, acting through the Forest Service, United States Department of Agriculture, hereinafter called Forest Service, and Precision Pine & Timber Inc.
1/ P.O. Box 70, Heber, Arizona 85928
a corporation organized and existing under the laws of the State of Arizona
hereinafter called Purchaser.

2/ Forest Service having advertised a sale at which either (1) Purchaser, whose required bid deposit is now held by Forest Service as an initial deposit, was the successful bidder, or (2) no bids were received and Purchaser having subsequently offered at least the minimum advertised price and made an initial deposit in the same amount as the bid deposit specified in the sale advertisement; and the parties hereto desiring to record their agreement; now therefore,

In consideration of the premises and the promises hereinafter contained, unless provided otherwise herein, Forest Service agrees to sell and permit Purchaser to cut and remove and Purchaser agrees to purchase, cut and remove Included Timber.

This contract consists of three Divisions: AT - Specific Conditions, BT - Standard Provisions, and CT - Special Provisions, together with Sale Area Map, Drawings and specifications for developments (if any) and such attachments as may be provided for in Division CT. Specific Conditions are numbered and apply to the Part, Section, Subsection, or Item of the Standard Provisions, as indicated hereunder. Other conditions of this contract are stated in Division CT-Special Provisions.

**IN WITNESS WHEREOF**, the parties hereto have executed this contract as of the award date.

**UNITED STATES OF AMERICA**
BY Susan M. Bee
CONTRACTING OFFICER
(Title)

Two Witnesses: 3/

(Name)

(Address)

(Name)

(Address)

* PRECISION PINE & TIMBER INC.
(Purchaser) 4/
BY [signature]
* President
(Title)
* P.O. BOX 70
(Business Address)
HEBER, AZ 85928

I, 5/ Tonita Porter, certify that I am the ______

Secretary of the corporation named as Purchaser herein; that * who signed this contract on behalf of Purchaser, was then * of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

Tonita Porter

CORPORATE SEAL 6/

KET-3

FS-2400-6T, Page 101 (10/73)

| U.S. DEPARTMENT OF AGRICULTURE<br>FOREST SERVICE<br>**TIMBER SALE CONTRACT**<br>(Applicable to Sales to be Measured Before Felling) | | NAME OF PURCHASER<br>Precision Pine & Timber, Inc.<br>P.O. Box 70<br>Heber, Az 85928 | |
|---|---|---|---|
| NATIONAL FOREST<br>01 Apache-Sitgreaves | RANGER DISTRICT<br>01 Alpine | REGION<br>03 Southwestern | CONTRACT NO.<br>001830 |
| SALE NAME<br>Kettle Multiproduct Sale | | SUBREGION | AWARD DATE 07/20/95 \| TERMINATION DATE 12/31/99 |

The parties to this contract are The United States of America, acting through the Forest Service, United States Department of Agriculture, hereinafter called Forest Service, and Precision Pine & Timber, Inc.
1/ P.O. Box 70, Heber, AZ 85928
a corporation organized and existing under the laws of the state of Arizona.
hereinafter called Purchaser.

2/ Forest Service having advertised a sale at which either (1) Purchaser, whose required bid deposit is now held by Forest Service as an initial deposit, was the successful bidder, or (2) no bids were received and Purchaser having subsequently offered at least the minimum advertised price and made an initial deposit in the same amount as the bid deposit specified in the sale advertisement; and the parties hereto desiring to record their agreement; now therefore,

In consideration of the premises and the promises hereinafter contained, unless provided otherwise herein, Forest Service agrees to sell and permit Purchaser to cut and remove and Purchaser agrees to purchase, cut and remove Included Timber.

This contract consists of three Divisions: AT - Specific Conditions, BT - Standard Provisions, and CT - Special Provisions, together with Sale Area Map, Drawings and specifications for developments (if any) and such attachments as may be provided for in Division CT. Specific Conditions are numbered and apply to the Part, Section, Subsection, or Item of the Standard Provisions, as indicated hereunder. Other conditions of this contract are stated in Division CT-Special Provisions.

**IN WITNESS WHEREOF**, the parties hereto have executed this contract as of the award date.

**UNITED STATES OF AMERICA**

BY Susan N. Lee

Contracting Officer
(Title)

Two Witnesses: 3/

__________
(Name)

__________
(Address)

__________
(Name)

__________
(Address)

* PRECISION PINE & TIMBER, INC.
(Purchaser) 4/

BY Precision Pine & Timber Inc

* [signature] VP
(Title)

* P.O. BOX 70
(Business Address)
HEBER, AZ 85928

I, 5/ TONITA PORTER, certify that I am the __________ Secretary of the corporation named as Purchaser herein; that * who signed this contract on behalf of Purchaser, was then * of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

[signature] | CORPORATE SEAL 6/ |

KET-4

FS-2400-6T, Page 102 (10/73)

The following conditions apply to the indicated portions of Division BT-Standard Provisions issued 10/73 (Month-Year)

**AT1** - **Location and Area**, applicable to BT1.1

This Sale Area of 8794 acres more or less is located in: T4N, R28E: Sections 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17,18, 19, 20, 21, 22, 23, 24, 27, 28, 29, 30, G&SRM, Paritally Surveyed.

**AT2** - **Volume Estimate and Utilization Standards**, applicable to BT2.1, BT2.2, BT2.4, BT6.4 and BT6.8

| SPECIES AND PRODUCT | ESTIMATED QUANTITY 1/ AND UNIT OF MEASURE | MINIMUM TREE SPECIFICATIONS INCLUDE ONE MINIMUM PIECE | MINIMUM PIECE SPECIFICATIONS | | |
|---|---|---|---|---|---|
| | | DIAMETER BREAST HIGH (d.b.h.) Inches | LENGTH Feet | DIAMETER INSIDE BARK AT SMALL END Inches | NET MEASURE IN % OF GROSS MEASURE |
| LIVE AND DEAD SAWLOGS | | | | | |
| Ponderosa Pine & Other | | | | | |
| 9 - 11.9" DBH | 1687 CCF | 9 | 8 | 6 | 10.67 |
| 12.0"+ DBH | 4015 CCF | 9 | 8 | 6 | 10.67 |
| | 5702 | | | | |
| ROUNDWOOD | | | | | |
| Ponderosa Pine & Other | 3958 CCF | 5 | 10 | 4 | |
| Includes Topwood | | | | | |
| TOTAL | 9660 CCF | ////////// | ////////// | ////////// | ////////// |

1/Quantities not included here are described in BT2.4.

**AT3** - **Timber Designations**, applicable to BT2.3; acres are approximate:

| | Number | Acres |
|---|---|---|
| Clearcutting Units (BT2.31) | NONE | NONE |
| Specified Road Clearing (BT2.32) | NONE | NONE |
| Overstory-Removal Units (BT2.33) | /////////////// | NONE |
| Understory-Removal Units (BT2.34) | NONE | NONE |
| Individual Trees (BT2.35) CTM | /////////////// | 2454 |
| Incompletely-Measured Payment Units(BT2.36) | NONE | NONE |
| Individuals Trees (BT2.35) LTM | /////////////// | NONE |

**AT4** - **Dead Trees Required to be Felled**, applicable to BT2.12, BT2.3 and BT6.4.

**Size Requirements:** N/A feet high and N/A inches d.b.h.

**Number Limitations:** Applicable only if Sale Area Map indicates there are subdivisions where timber is to be designated after date of sale advertisement. In addition to dead trees felled within Clearcutting Units, construction clearings and other authorized development clearings, no more than N/A dead trees must be felled within subdivisions, or those portions thereof, where timber is designated after date of sale advertisement. Number limitation does not apply to subdivisions, or portions thereof, designated at time of sale advertisement.

KET-5



**AT5 - Timber Payment Rates,** applicable to BT3.1 and BT4.0

AT5a - For Species and Products to be Paid for at Rates Escalated under BT3.2.

| SPECIES AND PRODUCT | UNIT OF MEASURE | RATES PER UNIT OF MEASURE<br>BASE<br>$ | ADVERTISED<br>$ | BID PREMIUM<br>$ | BID (Tentative)<br>$ | REQUIRED DEPOSITS SLASH DISPOSAL<br>$ | BASE INDEX |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

AT5b - For Species and Products to be Paid for at Flat Rates

| SPECIES AND PRODUCT | UNIT OF MEASURE | RATES PER UNIT OF MEASURE<br>BASE<br>$ | ADVERTISED<br>$ | BID PREMIUM<br>$ | BID (Flat)<br>$ | REQUIRED DEPOSITS SLASH DISPOSAL<br>$ |
|---|---|---|---|---|---|---|
| Ponderosa Pine & Other | | | | | | |
| LIVE AND DEAD SAWLOGS | | | | | | |
| 9-11.9" DBH | CCF | 5.00 | $20.00 | .01 | 20.01 | $2.30 |
| 12"+ DBH | CCF | 5.00 | $85.54 | 70.02 | 155.56 | $2.30 |
| | | | | Surface Replacement Deposit | | $2.82/CCF |
| ROUNDWOOD | | | | | | |
| 5-9" DBH (and topwood to 4") | CCF | .50 | $6.50 | -0- | $6.50 | $2.35 |

For purposes of convenience in collection and bookkeeping, Bid Rates stated in AT5 include payment of deposits for sale area betterment required pursuant to 16 U.S.C. 576b. Such deposits are not included as Required Deposits defined hereunder.

KET-6



AT5c - Schedule of Payment Units

| Payment Unit Number | Approx. Acres | Quantity of Species and Products to be Escalated under AT5a | Total Tentative Payment | Quantity of Species and Products to be Paid for at Flat Under AT5b | Total Flat Rate Payment | Total Required Deposits for Slash Disposal |
|---|---|---|---|---|---|---|
| 1 | 645 | | | Ponderosa Pine & Other | | |
| | | | | 9-11.9" - 425 CCF | $ 8,504.00 | $ 977.50 |
| | | | | 12"+ - 1074 CCF | $167,071.00 | $2,470.20 |
| | | | | 1499 CCF | | |
| | | | | Surface Replacement Deposit: | | $4,227.18 |
| | | | | Roundwood 1040 CCF (1321 cords) | $6,760.00 | $2,444.00 |
| | | | | | | $5,891.70 |
| 2 | 508 | | | Ponderosa Pine & Other | | |
| | | | | 9-11.9" - 354 CCF | $ 7,083.00 | $ 814.20 |
| | | | | 12"+ - 826 CCF | $128,492.00 | $1,899.80 |
| | | | | 1180 CCF | | |
| | | | | Surface Replacement Deposit: | | $3,327.60 |
| | | | | Roundwood 820 CCF (1041 cords) | $5,330.00 | $1,927.00 |
| | | | | | | $7,968.60 |
| 3 | 519 | | | Ponderosa Pine & Other | | |
| | | | | 9-11.9" - 362 CCF | $ 7,243.00 | $ 832.60 |
| | | | | 12"+ - 844 CCF | $131,292.00 | $1,941.20 |
| | | | | 1206 CCF | | |
| | | | | Surface Replacement Deposit: | | $3,400.92 |
| | | | | Roundwood 838 CCF (1064 cords) | $5,447.00 | $1,969.30 |
| | | | | | | $8,144.02 |

KET-7



AT5c - Schedule of Payment Units

| Payment Unit Number | Approx. Acres | Quantity of Species and Products to be Escalated under AT5a | Total Tentative Payment | Quantity of Species and Products to be Paid for at Flat Under AT5b | Total Flat Rate Payment | Total Required Deposits for Slash Disposal |
|---|---|---|---|---|---|---|
| 4 | 239 | | | Ponderosa Pine & Other | | |
| | | | | 9-11.9" - 167 CCF | $ 3,341.00 | $ 384.10 |
| | | | | 12"+ - 388 CCF | $ 60,357.00 | $ 892.40 |
| | | | | 555 CCF | | |
| | | | | Surface Replacement Deposit: | | $1,565.10 |
| | | | | Roundwood 385 CCF | $2,502.50 | $ 904.75 |
| | | | | (489 cords) | | $3,746.35 |
| 5 | 301 | | | Ponderosa Pine & Other | | |
| | | | | 9-11.9" - 210 CCF | $ 4,202.00 | $ 483.00 |
| | | | | 12"+ - 490 CCF | $ 76,224.00 | $1,127.00 |
| | | | | 700 CCF | | |
| | | | | Surface Replacement Deposit: | | $1,974.00 |
| | | | | Roundwood 485 CCF | $3,152.50 | $1,139.75 |
| | | | | (616 cords) | | $4723.75 |
| 6 | 242 | | | Ponderosa Pine & Other | | |
| | | | | 9-11.9" - 169 CCF | $ 3,381.00 | $ 388.70 |
| | | | | 12"+ - 393 CCF | $ 61,135.00 | $ 903.90 |
| | | | | 562 CCF | | |
| | | | | Surface Replacement Deposit: | | $1,584.84 |
| | | | | Roundwood 390 CCF | $2,535.00 | $ 916.50 |
| | | | | (495 cords) | | $3,793.94 |

KET-8



The following definitions are established for the terms used in AT5:

**Base Rates** are the lowest rates of payment for timber which are authorized by this contract. Base rates remain constant throughout the life of this contract and are not subject to change by rate redetermination except for reduction under BT3.32.

**Advertised Rates** are the minimum acceptable Bid Rates for timber, exclusive of Required Deposits. These rates are those indicated by appraisal in which no cost allowance has been made for construction of Specified Roads listed in AT9 but are never less than Base Rates.

**Bid Premium Rates** are the amounts by which Purchaser's bid is in excess of Advertised Rates. **Bid Premium Rates** are constant during this contract.

**Bid Rates** are the rates bid by Purchaser (exclusive of Required Deposits for slash disposal and road maintenance) and are the sum of Advertised Rates and Bid Premium Rates. Until a rate redetermination becomes effective, the Bid Rate for species and products in AT5a is the Tentative Rate which is subject to quarterly adjustment under BT3.2; for species and products in AT5b the Bid Rate is the Flat Rate.

**Required Deposits** are deposits which Purchaser may be required by law to pay for slash disposal (16 U.S.C. 490) and road maintenance (16 U.S.C. 537). Required Deposits may be adjusted as part of a rate redetermination or Contract Term Extension. The tables show only Required Deposits for slash disposal; road maintenance deposits, if any, are given in CT5.4 or CT5.41.

**Base Index** is the specified average of the lumber or other product selling value index used as the basis for computing adjustment in rates for variance in product selling value as provided in BT3.2. Base Indices shall be redetermined when rate redeterminations are made under BT3.31.

**AT6 - Indices used in Quarterly Adjustment**, applicable to BT3.2

| SPECIES | | INDEX NAME AND DATE | |
|---|---|---|---|
| Ponderosa Pine & Other | | | |
| | 9-11.9" | WWPAA Table | Rocky Mountain Ponderosa Pine (1992-93 Basis) |
| | 12"+ | WWPAC Table | Rocky Mountain Pondersos Pine (1992-93 Basis) |

**AT7 - Scheduled Rate Redetermination**, applicable to BT3.31.

Date for scheduled rate redetermination is N/A. Rate redeterminations shall cover Included Timber in the entire sale unless otherwise specified in CT3.31. Timber quantity required to be paid for and Released for Cutting before lower rates developed from scheduled rate redetermination can become effective is N/A (State quantity and unit of measure based on estimates in AT5c) or the quantities from Payment Units numbered N/A.

**AT8 - High Stumps**, applicable to BT6.412.

| SPECIES | | MAXIMUM STUMP HEIGHT (inches) |
|---|---|---|
| Ponderosa Pine & Other | | |
| | 9"+ DBH | 12 |
| | 5-9" DBH | 6 |

KET-9

FS-2400-6T, Page 106 (10/73)

AT9 - Specified Roads, applicable to BT5.2

| PROJECT No. | PROJECT NAME | DESIGN CLASS | APPROXIMATE LENGTH (Miles) | SHEET NUMBERS AND APPROVAL DATE | SURVEY CLASS | PERFORMANCE RESPONSIBILITY: SURVEY | DESIGN | CONST. STAKING 1/ |
|---|---|---|---|---|---|---|---|---|
| 25G | KETTLE MULTI-PRODUCT SALE | N/A | 0.60 | SHEET 1-11 | N/A | FS | FS | FS BC |
| 555 | See Schedule of Items | | 1.10 | Approval | | " | " | " |
| 555A | | | 1.00 | date 07/06/95 | | " | " | " |
| 8786 | | | 0.01 | | | " | " | " |

AT10 - Estimated Costs of Specified Roads, applicable to BT5.24

| PROJECT SEGMENT: NUMBER | STATION FROM-TO | SURVEY | DESIGN | STAKING | CLEARING | EXCAVATION | CULVERTS | BASE COURSE | SURFACING | STABILIZATION | OTHER | TOTAL | PURCHASER CREDIT LIMIT $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| See Schedule of Items, Plans, and Total Road Cost Summary | | | | | | | | | | Total Purchaser Credit | | | $25,482.46 |

1/ Indicate timing, i.e. Before clearing (BC), after clearing (AC). Applicable to BT5.212.

KET-10



AT11 - Base Course Surface Rock and Rock Riprap, applicable to BT5.251

| 1/ | ROAD NUMBER | STATION FROM - TO | TYPE 2/ | SOURCE, SHOWN ON SALE AREA MAP: MAP KEY NO. | SOURCE, SHOWN ON SALE AREA MAP: LOCATION |
|---|---|---|---|---|---|
| | | | | | |

For rock types, gradation, estimated quantities, and unit costs, see Schedule of Items in the specifications and drawings.

| 1/ | ESTIMATED QUANTITIES (STATE UNIT) | ESTIMATED RATES PER UNIT: BASIC ROCK COST 3/ $ | LOAD AND APPLY COST 4/ $ | HAUL COSTS: HAUL COST PER UNIT PER MILE 5/ $ | HAUL COSTS: ESTIMATED AVERAGE HAUL MILES 6/ | HAUL COSTS: HAUL COST 7/ $ | TOTAL COST PER UNIT 8/ $ | TOTAL ESTIMATED COST 9/ $ |
|---|---|---|---|---|---|---|---|---|
| | See Schedule of Items | | | | | | | |

1/ Letters cross reference lines in two portions of table.
2/ Shr⸱⸱, e.g. pit run, screened, crushed, graded,etc.
3/ Including pit developments, crush, screen, stockpile, and purchase price, if any.
4/ Including loading, dumping, spreading, watering, mixing, compacting, loading and dumping delay, etc.
5/ Including required maintenance, resurfacing, and road-use charges.
6/ To nearest 0.1 mile.
7/ Obtain by multiplying Haul Cost Per Unit Per Mile by Estimated Average Haul.
8/ Sum of Basic Rock Cost, Load and Apply Cost, and Haul Cost.
9/ Obtain by multiplying Total Cost Per Unit by Estimated Quantity.

KET - 11

KETTLE TIMBER SALE
MODIFICATION #1

FS-2400-6T, Page 108 (10/73)

AT12 - Culvert Cost Rates, applicable to BT5.252

| CULVERTS | | | | DRAINAGE ACCESSORIES | | | |
|---|---|---|---|---|---|---|---|
| DIAMETER OR RISE AND SPAN | GAUGE & MATERIAL Al Fe | ESTIMATED COST RATE PER FOOT FURNISH & INSTALL $ | ESTIMATED COST RATE PER FOOT INSTALL ONLY $ | ITEM AND SIZE | GAUGE & MATERIAL Al Fe | ESTIMATED COST PER UNIT FURNISH & INSTALL $ | ESTIMATED COST PER UNIT INSTALL ONLY $ |
| | N/A | | | N/A | | | |

Material Abbreviation Al - Aluminum; Fe - Galvanized Steel

AT13 - Fire Precautionary Period, applicable to BT7.2
May 1 to November 15, inclusive

AT14 - Purchaser Responsibility to Furnish Crews and Equipment for:
Initial Fire Suppression, applicable to BT7.3
Within 5 road miles

Fire Suppression Reinforcement, applicable to BT7.312 and BT7.313
Within 50 road miles

AT15 - Maximum Amount of Purchaser's Obligation per Operations Fire, applicable to BT7.41
$ 10,000.00

AT16 - Termination Date, applicable to BT8.2 July 22, 2001.

AT17 - Normal Operating Season, applicable to BT6.31, BT6.65, BT8.21, and BT9.3
May 15 to October 31, inclusive

AT18 - Performance Bond Amount, applicable to BT9.1
$ 74,000.00

KET-12

FS-2400-6T, Page 108 (10/73)

AT12 - Culvert Cost Rates, applicable to BT5.252

| CULVERTS | | | | DRAINAGE ACCESSORIES | | | |
|---|---|---|---|---|---|---|---|
| | | ESTIMATED COST RATE PER FOOT | | | | ESTIMATED COST PER UNIT | |
| DIAMETER OR RISE AND SPAN | GAUGE & MATERIAL Al Fe | FURNISH & INSTALL $ | INSTALL ONLY $ | ITEM AND SIZE | GAUGE & MATERIAL Al Fe | FURNISH & INSTALL $ | INSTALL ONLY $ |
| | See Schedule of Items | | | | | | |

Material Abbreviation Al - Aluminum; Fe - Galvanized Steel

AT13 - Fire Precautionary Period, applicable to BT7.2
May 1 to November 15, inclusive

AT14 - Purchaser Responsibility to Furnish Crews and Equipment for:
Initial Fire Suppression, applicable to BT7.3
Within 5 road miles

Fire Suppression Reinforcement, applicable to BT7.312 and BT7.313
Within 50 road miles

AT15 - Maximum Amount of Purchaser's Obligation per Operations Fire, applicable to BT7.41
$ 10,000.00

AT16 - Termination Date, applicable to BT8.2 December 31, 1999.

AT17 - Normal Operating Season, applicable to BT6.31, BT6.65, BT8.21, and BT9.3
MAY 15 to OCTOBER 31, inclusive

AT18 - Performance Bond Amount, applicable to BT9.1
$ 74,000.00

Superceded by Mod #1

KET-13

National Forest APACHE-SITGREAVES
Sale Name KETTLE MULTIPRODUCT SALE
Page 1 of 3

AT19 - Inapplicable Standard Provisions

The following listed Sections, Subsections or Items of Division BT- Standard Provisions - are hereby made inapplicable.

| | |
|---|---|
| BT3.2 | Escalation Procedure |
| BT3.21 | Unavailable or Inadequate Index |
| BT4.221 | Advance Deposits |
| BT4.224 | Deposits When Payment Guaranteed |
| BT4.226 | Use of Deposits |
| BT4.23 | Refund of Excess Cash |
| BT4.4 | Payment Not Received |
| BT5.211 | Priority of Drawings |
| BT5.251 | Difference In Rock Cost |
| BT5.252 | Difference In Culvert Installation |
| BT5.253 | Cost Adjustment for Physical Change |
| BT5.254 | Design Change |
| BT6.24 | Protection of Historical Sites |
| BT8.23 | Contract Term Extension |
| BT9.2 | Disputes |
| BT9.4 | Failure to Cut |

AT20 - List of Special Provisions

The following listed special provisions are attached to and made a part of this contract as Division CT. Unless listed herein or added by modification pursuant to BT8.23, BT8.3 or BT8.31 no provision of Division CT shall have force or effect. Provisions with reference numbers followed by # contain blanks into which data have been entered for this sale.

| | |
|---|---|
| CT2.3# | Reserve Trees (6/72) WO |
| CT2.351# | Individual Trees (Cut Tree Marking) (11/86) R3 |
| CT3.21 | Unavailable Index (3/88) WO |
| CT3.312 | Rate Redetermination for Environmental Modification (4/82) WO |
| CT4.12 | Adjustment of Volume (6/81) WO |
| CT4.211# | Transfer of Purchaser Credit (3/83) WO |
| CT4.220# | Down Payment (4/94) WO |
| CT4.221 | Advance Deposits (7/91) WO |
| CT4.222 | Temporary Reduction of Downpayment (7/93) WO |
| CT4.224 | Deposits When Payment Guaranteed (6/87) WO |
| CT4.23 | Refund of Excess Cash (7/91) WO |
| CT4.264# | Periodic Payment Schedule (10/91) WO |
| CT4.3 | Letters of Credit for Payment Bond (9/78) WO |
| CT4.4 | Payment Not Received for Timber Cut and other Charges (3/93) WO |
| CT4.41 | Other Payments Not Received (3/93) WO |
| CT5.101# | Road Completion Date (11/85) WO |
| CT5.12# | Use of Roads by Purchaser (12/76) WO |
| CT5.123 | Existing Roads (11/86) R3 |
| CT5.2 | Specifications and Drawings for Construction of Specified Roads (12/89) R3 |
| CT5.211 | Contract Documents (6/80) WO |
| CT5.221# | Material Sources (5/91) WO |
| CT5.251# | Variation in Quantities (12/79) WO |

National Forest APACHE-SITGREAVES
Sale Name KETTLE MULTIPRODUCT SALE
Page 2 of 3

AT19 - Inapplicable Standard Provisions
The following listed Sections, Subsections or Items of Division BT-Standard Provisions - are hereby made inapplicable.

AT20 - List of Special Provisions
The following listed special provisions are attached to and made a part of this contract as Division CT. Unless listed herein or added by modification pursuant to BT8.23, BT8.3 or BT8.31 no provision of Division CT shall have force or effect. Provisions with reference numbers followed by # contain blanks into which data have been entered for this sale.

| | |
|---|---|
| CT5.253 | Physical Change (12/79) WO |
| CT5.254 | Design Change (10/86) WO |
| CT5.4# | Road Maintenance (02/94) R3 |
| CT5.412# | Required Surface Replacement Deposit (11/83) R3 |
| CT5.46 | Snow Removal (11/86) R3 |
| CT6.0 | Operations (6/90) WO |
| CT6.01 | Interruption of Delay of Operations (6/90) WO |
| CT6.1 | Representatives (7/88) WO |
| CT6.2 | Improvements (6/80) WO |
| CT6.22 | Protection of Improvements Not Owned by Forest Service (1/80) WO |
| CT6.221 | Protection of Property (6/80) WO |
| CT6.222 | Protection of Fences (3/80) R-3 |
| CT6.24# | Protection of Cultural Resources (7/90) WO |
| CT6.241 | Protection of Cultural Resources (11/86) R3 |
| CT6.242 | Cultural Resource Protection (7/87) R3 |
| CT6.25# | Protection of Habitat of Endangered Species (7/86) R3 |
| CT6.3 | Plan of Operation (10/77) WO |
| CT6.311 | Plan of Operation for Road Construction (6/80) WO |
| CT6.314# | Time of Logging Operation (12/89) R3 |
| CT6.315 | Operating Schedule (11/86) |
| CT6.32# | Protection of Reserve Trees (6/72) WO |
| CT6.33 | Safety (6/78) WO |
| CT6.341 | Prevention of Oil Spills (6/81) WO |
| CT6.35 | Final Acceptance of Specified Roads (1/80) |
| CT6.351 | Acceptance of Specifed Road (6/78) |
| CT6.4# | Conduct of Logging (9/90) R3 |
| CT6.42# | Maximum Tractor Size (12/89) R3 |
| CT6.43 | Protection of Public in Recreation Areas (3/75) R3 |
| CT6.6 | Erosion Prevention and Control (8/92) R3 |
| CT6.601# | Erosion Control Seeding (2/87) R3 |
| CT6.602 | Temporary Road and Landing Scarification (11/86) R3 |
| CT6.62 | Temporary Road Closure Signs (9/75) R3 |

KET-15

National Forest APACHE-SITGREAVES
Sale Name KETTLE MULTIPRODUCT SALE
Page 3 of 3

AT19 - Inapplicable Standard Provisions

The following listed Sections, Subsections or Items of Division BT-Standard Provisions - are hereby made inapplicable.

AT20 - List of Special Provisions

The following listed special provisions are attached to and made a part of this contract as Division CT. Unless listed herein or added by modification pursuant to BT8.23, BT8.3 or BT8.31 no provision of Division CT shall have force or effect. Provisions with reference numbers followed by # contain blanks into which data have been entered for this sale.

| | |
|---|---|
| CT6.7# | Slash Treatment (2/94) R3 |
| CT6.8# | Quantity Determination Methods (4/83) R3 |
| CT6.82 | Product Identification (9/90) WO |
| CT6.84 | Accountability (4/83) R3 |
| CT7.2 | Specific Fire Precautionary Measures (3/91) R3 |
| CT7.21 | Fire Guards (11/75) R3 |
| CT7.22# | Emergency Fire Precautions (3/91) R3 |
| CT7.23 | Communications (5/89) R3 |
| CT8.2 | Termination (6/92) WO |
| CT8.21 | Delay in Reconstruction of Processing Facilities (6/78) WO |
| CT8.212# | Market-Related Contract Term Addition (9/91) WO |
| CT8.23 | Contract Term Extension (7/91) WO |
| CT8.231 | Conditions for Contract Term Extension (7/91) WO |
| CT8.3 | Contract Modification (10/77) WO |
| CT8.63 | Nondiscrimination in Employment (6/78) WO |
| CT8.641# | Use of Timber (9/90) WO |
| CT9.1 | Letters of Credit (6/78) WO |
| CT9.2 | Disputes (7/80) WO |
| CT9.21 | Submission of Claim (4/94) WO |
| CT9.3 | Breach (6/90) WO |
| CT9.4 | Failure to Cut (4/82) WO |
| CT9.41 | Failure to Execute Contract (04/94) WO |
| CT9.5 | Settlement (10/77) WO |
| CT9.53 | Settlement (6/92) R3 |