KET-16

UNITED STATES DEPARTMENT OF AGRICULTURE

Forest Service

# TIMBER SALE CONTRACT

## DIVISION BT

October 1973
*(Date of Issue)*

## STANDARD PROVISIONS FOR TIMBER SALES TO BE MEASURED BEFORE FELLING

This Division is organized into Parts, Sections, Subsections, and Items. These are numbered in accordance with the following scheme: Part BT1.0, Section BT1.1, Subsection BT1.11, and Item BT1.111. References to a Part include all Sections, Subsections and Items within that Part; references to a Section include all Subsections and Items within that Section; and references to a Subsection include all Items within that Subsection. Cross references within this contract cite the reference number of the applicable Division, Part, Section, Subsection, and Item. Descriptive headings used are not to be considered in determining the rights and obligations of the parties hereunder.

The Standard Provisions in this Division are subject to Specific Conditions of the contract stated in Division AT. Wherever appropriate, Specific Conditions established in Division AT are herein cited by reference number. The listing of Sections, Subsections, or Items of this Division in AT19 has the effect of striking or deleting them from Division BT. AT20 lists Special Provisions which comprise Division CT. Where appropriate, references to Special Provisions are made by citing the applicable reference numbers.

## INDEX TO TERMS


| Term | Reference |
|---|---|
| Advertised Rates | AT5 |
| Base Index | AT5 |
| Base Rates | AT5 |
| Base Rate Value | BT4.21 |
| Bid Premium Rates | AT5 |
| Bid Rates | AT5 |
| Catastrophic Damage | BT2.133 |
| Clearcutting Units | BT2.3 |
| Contract Term Adjustment | BT8.21 |
| Contract Term Extension | BT8.23 |
| Conversion Return | BT8.221 |
| Current Contract Rates | BT3.1 |
| Current Contract Value | BT3.1 |
| Drawings | BT5.211 |
| Effective Purchase Credit | BT4.21 |
| Fire Precautionary Period | BT7.2 |
| Flat Rates | AT5 |
| Included Timber | BT2.1 |
| Marked | BT2.35 |
| Measuring | BT6.8 |
| Negligent Fire | BT7.42 |
| Normal Operating Season | BT6.31 |
| Operations Fire | BT7.41 |
| Overstory-Removal Units | BT2.3 |
| Payment Unit | BT4.1 |
| Purchaser Credit | BT4.21 |
| Purchaser Credit Limit | BT4.21 |
| Purchaser's Operations | BT6.3 |
| Release for Cutting | BT6.3 |
| Required Deposits | AT5 |
| Sale Area | BT1.1 |
| Sale Area Map | BT1.1 |
| Specified Roads | BT5.2 |
| Streamcourses | BT6.5 |
| Substantially Completed | BT5.23 |
| Temporary Roads | BT5.1 |
| Tentative Rate | AT5 |
| Termination Date | BT8.2 |
| Timber Sale Account | BT4.2 |
| Understory-Removal Units | BT2.3 |
| Utilization Standards | AT2, BT2.2 |

KET-17

# CONTENTS


| Reference Number | TITLE | Page |
|---|---|---|
| BT1.0 | SALE AREA | 112 |
| BT1.1 | Sale Area Map | 112 |
| BT1.2 | Claims | 112 |
| BT2.0 | TIMBER SPECIFICATIONS | 112 |
| BT2.1 | Included Timber | 112 |
| BT2.11 | Standard Timber | 112 |
| BT2.12 | Substandard Timber | 112 |
| BT2.13 | Damaged Timber | 113 |
| BT2.131 | Damaged by Purchaser | 113 |
| BT2.132 | Negligent or Willful Damage | 113 |
| BT2.133 | Damaged by Catastrophe | 113 |
| BT2.134 | Minor Damage by Natural Causes | 113 |
| BT2.14 | Unintentionally Cut Timber | 113 |
| BT2.15 | Construction Timber | 113 |
| BT2.16 | Other Material | 113 |
| BT2.2 | Utilization and Removal of Timber | 113 |
| BT2.3 | Timber Designations | 113 |
| BT2.31 | Clearcutting Units | 113 |
| BT2.32 | Construction Clearing | 113 |
| BT2.321 | Specified Road Clearing | 113 |
| BT2.322 | Other Authorized Clearing | 113 |
| BT2.33 | Overstory-Removal Units | 113 |
| BT2.34 | Understory-Removal Units | 114 |
| BT2.35 | Individual Trees | 114 |
| BT2.36 | Incompletely-Measured Payment Units | 114 |
| BT2.37 | Designation Changes | 114 |
| BT2.4 | Quantity Estimate | 114 |
| BT2.41 | Adjustment for Quantity Deficit | 114 |
| BT2.42 | Adjustment for Excess Quantity | 114 |
| BT3.0 | RATES OF PAYMENT | 114 |
| BT3.1 | Current Contract Rates | 114 |
| BT3.2 | Escalation Procedure | 115 |
| BT3.21 | Unavailable or Inadequate Index | 115 |
| BT3.3 | Rate Redetermination | 115 |
| BT3.31 | Scheduled Rate Redetermination | 115 |
| BT3.311 | Emergency Rate Redetermination | 115 |
| BT3.32 | Rate Redetermination after Catastrophic Damage | 115 |
| BT3.4 | Other Payment Rates | 116 |
| BT3.41 | Material and Quantities Not in AT2 | 116 |
| BT3.42 | Timber Cut Through Mistake | 116 |
| BT3.43 | Undesignated Timber Damaged Without Negligence | 116 |
| BT3.44 | Undesignated Timber Unnecessarily Damaged or Negligently or Willfully Cut | 116 |
| BT3.45 | Liquidated Damages | 116 |
| BT4.0 | PAYMENTS | 116 |
| BT4.1 | Amount Payable for Timber | 116 |
| BT4.2 | Timber Sale Account | 116 |
| BT4.21 | Purchaser Credit | 116 |
| BT4.22 | Cash Deposits | 116 |
| BT4.221 | Advance Deposits | 117 |
| BT4.222 | Purchaser Credit as Deposits | 117 |
| BT4.223 | Deposits for Charges Subject to Escalation | 117 |
| BT4.224 | Deposits When Payment Guaranteed | 117 |
| BT4.225 | Cooperative Deposits | 117 |
| BT4.226 | Use of Deposits | 117 |
| BT4.227 | Blanket Cash Deposits | 117 |
| BT4.23 | Refund of Excess Cash | 117 |
| BT4.24 | Refund after Final Charges for Released Timber | 117 |
| BT4.3 | Payment Guaranteed by Bond or Deposited Securities | 117 |
| BT4.31 | Blanket Bond | 117 |
| BT4.4 | Payment Not Received | 117 |
| BT5.0 | TRANSPORTATION FACILITIES | 118 |
| BT5.1 | Authorization | 118 |
| BT5.11 | Requirements of Rights-of-Way | 118 |
| BT5.12 | Use of Roads by Purchaser | 118 |
| BT5.2 | Specified Roads | 118 |
| BT5.21 | Engineering | 118 |
| BT5.211 | Priority of Drawings | 118 |
| BT5.212 | Construction Staking | 118 |
| BT5.22 | Material Delivery | 119 |
| BT5.23 | Use of Partially-Constructed Road | 119 |
| BT5.24 | Estimated Cost | 119 |
| BT5.25 | Construction Cost Adjustment | 119 |
| BT5.251 | Difference in Rock Cost | 119 |
| BT5.252 | Difference in Culvert Installation | 119 |
| BT5.253 | Cost Adjustment for Physical Change | 119 |
| BT5.254 | Design Change | 119 |
| BT5.26 | Alternate Facilities | 119 |
| BT5.3 | Purchaser Credit Computation | 120 |
| BT5.4 | Road Maintenance | 120 |
| BT5.41 | Road Maintenance Deposits | 120 |
| BT5.5 | Use by Others | 120 |
| BT6.0 | OPERATIONS | 120 |
| BT6.1 | Representatives | 120 |
| BT6.11 | Notices | 120 |
| BT6.2 | Improvements | 120 |
| BT6.21 | Removal | 121 |
| BT6.22 | Protection of Improvements | 121 |
| BT6.23 | Protection of Land Survey Monuments | 121 |
| BT6.24 | Protection of Historical Sites | 121 |
| BT6.3 | Control of Operations | 121 |
| BT6.31 | Operating Schedule | 121 |
| BT6.32 | Protection of Residual Trees | 121 |
| BT6.33 | Safety | 121 |
| BT6.34 | Sanitation and Servicing | 121 |
| BT6.35 | Acceptance of Work | 122 |
| BT6.4 | Conduct of Logging | 122 |
| BT6.41 | Felling and Bucking | 122 |
| BT6.411 | Felling in Clearings | 122 |
| BT6.412 | Stump Heights | 122 |
| BT6.413 | Limbing | 122 |
| BT6.42 | Skidding and Yarding | 122 |
| BT6.421 | Rigging | 122 |
| BT6.422 | Landings and Skid Trails | 122 |
| BT6.423 | Skidding on Roads | 122 |
| BT6.424 | Arches and Dozer Blades | 122 |
| BT6.5 | Streamcourse Protection | 122 |
| BT6.6 | Erosion Prevention and Control | 123 |
| BT6.61 | Meadow Protection | 123 |
| BT6.62 | Temporary Roads | 123 |
| BT6.63 | Landings | 123 |
| BT6.64 | Skid Trails and Fire Lines | 123 |

KET-18


| Reference Number | TITLE | Page |
|---|---|---|
| BT6.65 | Current Operating Areas | 123 |
| BT6.66 | Erosion-Control Structure Maintenance | 123 |
| BT6.7 | Slash Disposal | 123 |
| BT6.8 | Measuring | 123 |
| BT6.9 | Records | 123 |
| BT7.0 | FIRE PRECAUTIONS AND CONTROL | 123 |
| BT7.1 | Plans | 123 |
| BT7.2 | Fire Precautions | 124 |
| BT7.21 | Substitute Precautions | 124 |
| BT7.22 | Emergency Precautions | 124 |
| BT7.3 | Fire Control | 124 |
| BT7.31 | Purchaser's Reinforcement Obligations | 124 |
| BT7.311 | Suspend Operations | 124 |
| BT7.312 | Manpower | 124 |
| BT7.313 | Equipment | 124 |
| BT7.4 | Fire Suppression Costs | 124 |
| BT7.41 | Operations Fires | 124 |
| BT7.42 | Negligent Fire | 124 |
| BT7.43 | Other Fires on Sale Area | 124 |
| BT7.5 | State Law | 124 |
| BT7.6 | Performance by Contractor | 124 |
| BT8.0 | OTHER CONDITIONS | 124 |
| BT8.1 | Title and Liability | 124 |
| BT8.11 | Title Passage | 124 |
| BT8.12 | Liability for Loss | 125 |
| BT8.2 | Period of Contract | 125 |
| BT8.21 | Contract Term Adjustment | 125 |
| BT8.22 | Termination for Catastrophe | 125 |
| BT8.221 | Termination by Purchaser | 125 |
| BT8.222 | Termination by Forest Service | 125 |
| BT8.23 | Contract Term Extension | 125 |
| BT8.3 | Contraction Modification | 126 |
| BT8.31 | Modification Upon Rate Redetermination | 126 |
| BT8.32 | Changed Conditions | 126 |
| BT8.33 | Modification for Catastrophe | 126 |
| BT8.4 | Performance by Other Than Purchaser | 126 |
| BT8.5 | Sale of Other Materials | 126 |
| BT8.6 | Provisions Required by Statute | 126 |
| BT8.61 | Covenant Against Contingent Fees | 126 |
| BT8.62 | Officials Not to Benefit | 126 |
| BT8.63 | Nondiscrimination in Employment | 126 |
| BT9.0 | PERFORMANCE AND SETTLEMENT | 127 |
| BT9.1 | Performance Bond | 127 |
| BT9.11 | Bond Reduction | 127 |
| BT9.2 | Disputes | 127 |
| BT9.3 | Breach | 127 |
| BT9.4 | Failure to Cut | 128 |
| BT9.5 | Settlement | 128 |
| BT9.6 | Contract Closure | 128 |


## BT1.0—SALE AREA

**BT1.1 Sale Area Map.** The boundaries of "Sale Area" and any Payment Unit thereof, are as shown on the attached "Sale Area Map," which is made a part hereof, and were, before sale advertisement, designated on the ground by Forest Service to meet the anticipated needs of the parties. The location of Sale Area and its approximate acreage are stated in AT1. Payment Units may be revised and additional ones may be established only by written agreement. Upon Purchaser's request, Forest Service shall subdivide Payment Units to reduce them to a size which can be logged within 60 days at Purchaser's normal rate of logging. However, the rate of logging used in such adjustment of Payment Unit size shall not be less than a rate necessary for removal of all Included Timber during Normal Operating Seasons prior to Termination Date. Payment Units may be eliminated from Sale Area under conditions described in BT6.35. Catastrophically damaged areas may be removed from Sale Area under BT8.33.

Where applicable, the following are also identified on Sale Area Map:

(a) Identified claims limiting Purchaser's rights under BT1.2;
(b) Payment Units where timber is to be Measured or Marked after date of sale advertisement and approximate location of sample Marked timber under BT2.36 and BT2.4;
(c) Boundaries of Clearcutting Units, Overstory-Removal Units and Understory-Removal Units under BT2.3;
(d) Areas where dead timber shall not be cut or shall be cut and removed under BT2.31;
(e) Diameter limits for Overstory-Removal Units and Understory-Removal Units under BT2.33 and BT2.34;
(f) Areas where leave trees are Marked to be left uncut under BT2.35;
(g) Specified Roads listed in AT9;
(h) Sources of base course, surface rock, and rock riprap listed in AT11;
(i) Roads where log hauling prohibited or restricted BT5.12;
(j) Roads and trails to be kept open under BT6.22;
(k) Improvements to be protected under BT6.22;
(l) Locations of known historical sites under BT6.24;
(m) Maximum stump heights when more than one height is listed by areas in AT8 under BT6.412;
(n) Skidding or yarding methods specified under BT6.42;
(o) Streamcourses to be protected under BT6.5; and
(p) Other features required by Division CT.

**BT1.2 Claims.** Valid claims are excluded from Sale Area, except those on which timber cutting is authorized in writing by the claimant and except mining claims on which cutting is authorized by the Act of July 23, 1955 (30 U.S.C. 612, 613, and 614). Claims which limit Purchaser's rights to operate under this contract and which Forest Service has been able to identify are shown on Sale Area Map. Purchaser is not obligated to operate contrary to existing claim limitations. Forest Service shall designate boundaries of claims on the ground to the extent necessary to identify Included Timber.

## BT2.0—TIMBER SPECIFICATIONS

**BT2.1 Included Timber.** "Included Timber" consists of:

**BT2.11 Standard Timber.** Live or dead trees and portions thereof which meet Utilization Standards under BT2.2 and are designated for cutting under BT2.3.

**BT2.12 Substandard Timber.** Live and dead trees which (a) do not meet Utilization Standards and (b) are

KET-19

located in Clearcutting Units or construction clearings or are otherwise designated for cutting.

**BT2.13 Damaged Timber.**

**BT2.131 Damaged by Purchaser.** Undesignated live trees meeting Utilization Standards (a) within 200 feet slope distance from centerline of roads constructed hereunder which are damaged by Purchaser's construction to the extent that considerable deterioration or mortality is imminent and are designated by Forest Service for felling before the nearest road segment is Substantially Completed; or (b) which are damaged by Purchaser in logging and are subsequently Marked before Purchaser has completed skidding or yarding operations in the immediate area. By agreement, such trees may be left without charge if their removal would cause undue damage or be grossly uneconomic.

**BT2.132 Negligent or Willful Damage.** Undesignated timber meeting Utilization Standards and unnecessarily damaged or negligently or willfully cut by Purchaser, if included by Forest Service.

**BT2.133 Damage by Catastrophe.** As provided under BT8.33, undesignated live and dead timber within Sale Area, meeting Utilization Standards, and affected by Catastrophic Damage. "Catastrophic Damage" as used hereunder is major change or damage to Included Timber on Sale Area, to Sale Area, to access to Sale Area or a combination therof, (a) caused by forces, or a combination of forces, beyond control of Purchaser, occurring within a 12-month period, including but not limited to wind, flood, earthquake, landslide, fire, forest pest epidemic, or other major natural phenomenon, and (b) affecting the value of any trees or products meeting Utilization Standards, within Sale Area and estimated to total either (i) more than half of the estimated timber quantity stated in AT2 or (ii) more than one million board feet or equivalent. Catastrophic Damage does not include changes caused by forest pest epidemics if Included Timber was sold for salvage or pest control.

**BT2.134 Minor Damage by Natural Causes.** Undesignated trees within Sale Area and meeting Utilization Standards, in amounts less than specified in BT2.133, which become insect infested, windthrown, suffer serious damage, or die, as designated by agreement.

**BT2.14. Unintentionally Cut Timber.** Live trees, within or immediately adjacent to Sale Area or to road construction or other authorized clearing outside Sale Area, not designated for cutting under BT2.3 but which are cut through mistake by Purchaser, when included by Forest Service.

**BT2.15 Construction Timber.** Live trees to be used for construction under BT5.1.

**BT2.16 Other Material.** Species or products not listed in AT2 upon written approval of Forest Service, under BT3.41.

**BT2.2 Utilization and Removal of Included Timber.** "Utilization Standards" for trees and minimum pieces are stated in AT2. To meet minimum tree specifications, trees must equal or exceed tree diameters listed in AT2 and contain at last one minimum piece. Except for timber required or authorized to be left, Purchaser shall fell and buck such trees and shall remove from Sale Area all pieces that (a) meet minimum piece standards in AT2, and (b) do not meet such standards but would have qualified as part of minimum pieces if bucking lengths were varied to include such material.

**BT2.3 Timber Designations.** Timber designated for cutting shall be confined to Sale Area, except as provided in BT2.131, BT2.14, BT2.15, BT2.32 and BT5.1. Sale Area Map indicates Payment Units, if any, where Marking under BT2.35 is to be done after sale advertisement, except for construction clearing under BT2.32, designation changes under BT2.37, and damaged timber.

The boundaries of "Clearcutting Units," "Overstory-Removal Units" and "Understory-Removal Units" were plainly marked on ground before sale advertisement and are shown on Sale Area Map. Such units where Measuring is to be completed after date of sale advertisement are also shown. The number of units and approximate acreage of timber designations are stated in AT3.

**BT2.31 Clearcutting Units.** All live and dead trees which meet minimum tree diameter specifications in AT2 within Clearcutting Units are designated for cutting.

Dead trees located outside Clearcutting Units and within 200 feet slope distance of any live tree required to be cut within a Clearcutting Unit are designated for felling when they (a) meet the size requirements and number limitations stated in AT4 and (b) are not in an area shown on Sale Area Map where such trees are to be left standing to protect soil, water, wildlife or residual trees. Dead timber meeting Utilization Standards adjacent to Clearcutting Units shall be removed where indicated on Sale Area Map. Optional dead timber quantities are not included in AT2 or AT5c.

**BT2.32 Construction Clearing.** All timber is designated for cutting which is within the clearing limits of roads constructed hereunder or is in other authorized clearings. All dead trees are designated for cutting which are sufficiently tall to reach Purchaser's landings or the roadbed of Specified Roads. Other fire-dangerous dead trees or unstable live tres within 200 feet slope distance of the centerline of Specified Roads shall be felled by Purchaser when Marked in advance of felling of timber in the immediate vicinity. Pieces meeting Utilization Standards from such dead or unstable live trees shall be removed, unless there is agreement that to do so could damage the road. Such designation may be revised as part of agreed changes in road location under BT5.2. All dead trees to be felled outside construction clearing limits are subject to the size requirements and number limitations of AT4.

**BT2.321 Specified Road Clearings.** Timber within the clearing limits of Specified Roads is within separate Payment Units as shown on Sale Area Map and the quantities are in AT2. These Payment Units are subject to revision as specified in BT2.37. The quantities of dead, fire-dangerous and unstable trees designated outside the clearing limits are not included in AT2.

**BT2.322 Other Authorized Clearings.** Timber within authorized clearings for Temporary Roads, landings or other construction clearings is designated for cutting. Quantities of such timber are not included in AT2.

**BT2.33 Overstory-Removal Units.** Live trees within Overstory-Removal Units are designated for cutting when they (a) meet Utilization Standards and (b) equal or exceed the d.b.h. limits shown on Sale Area Map. The following trees are also designated for cutting if located (a) within such units and (b) within 200 feet slope distance of any live tree required to be cut: (i) any trees windthrown prior to Purchaser's logging in the immediate vicinity which meet Utilization Standards in amounts less

KET-20

than specified in BT 2.133 and (ii) any dead trees meeting the size requirements and number limitations of AT4.

**BT2.34 Understory-Removal Units.** Live trees within Understory-Removal Units are designated for cutting when they (a) meet Utilization Standards and (b) are smaller than the d.b.h. limits shown on Sale Area Map. The following trees are also designated for cutting if located (a) within such units and (b) within 200 feet slope distance of any live tree required to be cut: (i) any trees windthrown prior to Purchaser's logging in the immediate vicinity which meet Utilization Standards in amounts less than specified in BT2.133 and (ii) any dead trees meeting the size requirements and number limitations of AT4.

**BT2.35 Individual Trees.** Trees are "Marked" when individually designated by Forest Service with paint marks (or blazes stamped US) above and below stump height. Live trees to be cut other than in the units described in BT2.31, BT2.32, BT2.33 and BT2.34 are or shall be Marked. The following trees are also designated for cutting within 200 feet slope distance of any live tree required to be cut: (a) any trees windthrown prior to Purchaser's logging in the immediate vicinity which meet Utilization Standards in amounts less than specified in BT2.133 and (b) any dead trees meeting the size requirements and number limitations of AT4, unless Forest Service gives notice otherwise.

Sale Area Map indicates areas plainly identified on the ground where leave trees are Marked to be left uncut.

**BT2.36 Incompletely-Measured Payment Units.** Live trees within incompletely-Measured Payment Units shown on Sale Area Map at time of advertisement shall be designated in accordance with rules in CT2.36. A representative sample of the timber to be designated under BT2.35, if any, has been Marked prior to advertisement in accordance with such rules. The approximate locations of the representative sample areas are shown on Sale Area Map.

**BT2.37 Designation Changes.** Within Sale Area, minor adjustments may be made in boundaries of cutting units or in the timber individually Marked for cutting when acceptable to Purchaser and Forest Service.

In event Forest Service accepts alternate facilities under BT5.26, Forest Service shall revise the affected Payment Units and adjust estimated quantities.

In the event Purchaser does not construct portions of Specified Roads, Payment Units involved shall be revised to eliminate the road portions not to be constructed. Parts of such areas within non-road-related Payment Units shall be added to such Payment Units and the timber thereon shall be designated by the methods provided for said Payment Units. Estimated quantities for Payment Units so revised shall be adjusted as necessary.

**BT2.4 Quantity Estimate.** The estimated quantities of timber by species designated for cutting under BT2.3, and expected to be cut under Utilization Standards are listed in AT2. Estimated quantity in AT2 does not include the following: (a) Damaged timber under BT2.13; (b) Unintentionally cut timber under BT2.14; (c) Construction timber under BT2.15 cut outside of Payment Units and removed from construction use for utilization by Purchaser; (d) Dead timber adjacent to Clearcutting Units and removed at option of Purchaser under BT2.31; (e) Timber within clearing limits of Temporary Roads or other authorized clearings and which is not designated under BT2.31, BT2.33, BT2.34, or BT2.35; (f) Fire dangerous dead trees or unstable live trees within 200 feet slope distance of Specified Roads; (g) Trees windthrown prior to Purchaser's logging in immediate vicinity. Estimated quantities for such timber not included in AT2 shall be determined as stated in CT6.8.

If Sale Area Map shows Payment Units where Marking or Measuring is to be completed after date of sale advertisement, the objective of Forest Service shall be to designate for cutting in such Payment Units sufficient timber so that Sale Area shall yield the approximate estimated quantities by species or species groups stated in AT2. However, the estimated quantities stated in AT2 are not to be construed as guarantees or limitations of the timber quantities to be designated for cutting under the terms of this contract.

Quantity adjustments shall not be made under this Section after there is modification for Catastrophic Damage under BT8.33.

**BT2.41 Adjustment for Quantity Deficit.** If Sale Area Map shows Payment Units where Marking or Measuring is to be completed after date of sale advertisement, and a deficit in the estimated quantity will cause (a) the quantity designated to be less than 90 percent of the total estimate shown in AT2 or (b) Purchaser Credit to exceed its possible use, Forest Service, upon request by Purchaser, shall designate additional timber within Sale Area. Such additional timber shall be limited to that estimated to be necessary to reach approximately the estimated quantity by species listed in AT2. Any such additional designation shall be consistent with written multiple-use and timber management policies, plans and limitations. Purchaser Credit shall be deemed to exceed possible use whenever the difference between Current Contract Value and Base Rate Value is less than Purchaser Credit.

**BT2.42 Adjustment for Excess Quantity.** If Sale Area Map shows Payment Units where Marking or Measuring is to be completed after date of sale advertisement, and there is a determination that the quantity designated will be more than 120 percent of the total estimated quantity listed in AT2, Forest Service, upon request by Purchaser, shall make an adjustment in Marking or cutting unit boundaries with the objective of designating for cutting the approximate estimated quantities by species listed in AT2. Such adjustments in quantities shall be confined to (a) Marking adjustments on Sale Area and (b) reduction in area to be cut over. Such adjustments or reductions shall not conflict with the silvicultural treatment being applied on Sale Area and shall not materially change the average value by species of the timber designated for cutting. Such adjustments may be made notwithstanding the provisions of BT1.1 and BT2.3.

If the timber designated for cutting is not satisfactorily reduced by such adjustments, Purchaser, after cutting 120 percent of the total estimated quantity listed in AT2, may elect to have Sale Area reduced to eliminate Payment Units where felling has not begun.

## BT3.0—RATES OF PAYMENT

**BT3.1 Current Contract Rates.** Included Timber which is Released for Cutting shall be paid for at Current Contract Rates determined under this Section. "Current Contract Rates" shall be (a) Flat Rates and (b) Tentative Rates adjusted by the escalation procedures in BT3.2. Said Flat Rates and Tentative Rates shall be those listed in AT5, unless superseded by rates redetermined under BT3.3 or established for Contract Term Extension under BT8.23.

Current Contract Rates based on rates redetermined

KET-21

under BT8.3 or established under BT8.23 shall apply to all Payment Units from which removal of timber from Sale Area has not been completed on the effective date of the revised rates, except (a) on Payment Units for Specified Roads Released for Cutting on which clearing has begun and (b) for not more than two other Payment Units from which timber removal from Sale Area has begun. Current Contract Rates in effect at the time of Release for Cutting shall be applicable. Notwithstanding the above exceptions, rates redetermined under BT3.32 after Catastrophic Damage shall apply to all Included Timber retained or added by agreement under BT8.33.

In event there are more than two Payment Units from which timber removal has not been completed on the effective date, the rates in effect at the time of Release for Cutting shall apply to the two units from which the greatest estimated proportions of Payment Unit quantities have been removed. Otherwise, in released Payment Units, redetermined rates or rates established for Contract Term Extension shall apply to the entire quantity shown in AT5c for those units. In addition, Required Deposits shall be made as listed in AT5 and CT5.4, or established under BT3.3 or BT8.23.

In the event Termination Date is adjusted under BT8.21, Current Contract Rates shall be continued in the same manner as immediately prior to the adjustment period.

"Current Contract Value" is the sum of the products of the Current Contact Rates and estimated remaining quantities by species of Included Timber meeting Utilization Standards.

**BT3.2 Escalation Procedure.** Tentative Rates for those species and products listed in AT5a are subject to quarterly escalation in accordance with the following procedures: The calendar-quarter index average for each price index described in AT6 is the arithmetic average of the three such monthly price indices preceding January 1, April 1, July 1, and October 1. The difference between said calendar-quarter index average and Base Index listed in AT5a shall be the basis for quarterly escalation. To arrive at Current Contract Rates for Payment Units Released for Cutting during the preceding calendar quarter, Tentative Rates for each species shall be: (a) reduced by such difference when the calendar-quarter index average is less than Base Index except that a reduction shall not result in a rate below Base Rate, or (b) increased by half of such difference when the calendar-quarter index average is greater than Base Index except that no increase shall exceed the difference between Tentative Rate and Base Rate.

**BT3.21 Unavailable or Inadequate Index.** If an index described in AT6 is no longer available or there is reason to believe said index is an inadequate indication of product-price fluctuation, the unavailable or inadequate index may be replaced by another suitable index commonly acceptable in the industry. When there is no replacement index, Current Contract Rate for Payment Units not yet Released for Cutting shall be a Flat Rate derived from adjustment of Tentative Rate by the arithmetic average for the index for the preceding 12 months, using the procedure described in BT3.2 for quarterly adjustment. Such Flat Rate shall be subject to rate redetermination as provided elsewhere under this contract.

**BT3.3 Rate Redetermination.** Rates may be redetermined as set forth below. Bid Premium Rates shall be added to all redetermined rates or made a part of such rates under BT3.32.

**BT3.31 Scheduled Rate Redetermination.** Forest Service shall redetermine rates for timber described in AT7 to be made effective on the dates listed in AT7. Said redetermined rates shall be used under BT3.1 for determination of Current Contract Rates. The date for putting the redetermined rates into effect may be adjusted under BT8.21. However, if rates established by a scheduled rate redetermination result in lower than Current Contract Rates determined from Bid Rates and Base Indices stated in AT5, such lower rates shall become effective only after at least the quantity stated in AT7 has been paid for and Released for Cutting. Forest Service may make changes in contractual requirements at the time of scheduled rate redetermination pursuant to BT8.31.

Scheduled rate redeterminations under AT7 to be made within five years of award date shall be made by use of a limited procedure. In accordance with standard methods established by Forest Service for such limited rate redetermination procedure, the appraisal used to develop Advertised Rates described in AT5 shall be brought up to date by use of product selling values, operating costs, development costs, and profit ratios in effect 45 calendar days prior to rate redetermination date.

All other rate redeterminations shall be made in accordance with the standard Forest Service methods in effect 45 calendar days prior to rate redetermination, and such methods shall take into consideration all factors which may affect timber value at said rate redetermination date.

Redetermined rates shall not be less than Base Rates listed in AT5. Base Indices and Required Deposits, when applicable, shall be redetermined. Redetermined rates shall be established without cost estimated for construction of Specified Roads needed by Purchaser under BT5.2, except that at the time of each rate redetermination, Forest Service shall redetermine cost of such Specified Roads not yet constructed. Such redetermined costs shall be recorded as provided in BT5.24 and BT5.25, and shall establish the redetermined Purchaser Credit Limit, subject to the limitations of BT5.26.

**BT3.311 Emergency Rate Redetermination.** Forest Service shall redetermine rates if, upon Purchaser's application, Forest Service determines that, because of general changes in market or other economic conditions since the last scheduled or emergency rate redetermination, the weighted-average Conversion Return is less than the weighted average of the most recent redetermined rates minus the per unit cost of Specified Road construction. Rates so redetermined shall be considered established under BT3.1 for Payment Units described therein at the time of Purchaser's application and prior to any subsequent scheduled or emergency rate redetermination, but in no event shall such redetermined rates apply, if lower than Current Contract Rates determined from Bid Rates and Base Indices stated in the original AT5, until at least the quantity stated in AT7 has been paid for and Released for Cutting. This Item shall not apply during Contract Term Extension, unless provided for in the terms of the extension.

**BT3.32 Rate Redetermination after Catastophic Damage.** In event of Catastrophic Damage and adjustment, if any, of Included Timber, Forest Service shall make an appraisal to determine for each species the catastrophe-caused difference between the appraised unit value of In-

KET-22

cluded Timber remaining immediately prior to the catastrophe and the appraised unit value of existing and potential Included Timber immediately after the catastrophe. Said Included Timber is any that would not be eliminated under BT8.33. Said potentially Included Timber is any that would be added under BT8.33.

Tentative Rates and Flat Rates in effect at the time of the catastrophe shall be adjusted by said differences to become the redetermined rates for the purpose of a contract modification under BT8.33. Accordingly, Base Rates shall be adjusted to correspond to the redetermined rates if redetermined rates are less than the original Base Rates, subject to new Base Rate limitations of 50 cents per thousand board feet or equivalent. However, existing Base Indices shall not be changed under this Subsection. Upon agreement under BT8.33, redetermined rates and Required Deposits shall be considered established under BT3.1 for Included Timber removed subsequent to the Catastrophic Damage and prior to any subsequent scheduled rate redetermination.

At time of such appraisal, Purchaser Credit Limit shall be revised pursuant to BT5.25 to meet the new conditions and include the estimated cost of any construction work listed in AT10 performed and abandoned.

**BT3.4 Other Payment Rates.**

**BT3.41 Material and Quantities Not in AT2.** Incidental amounts of products or portions of trees of species listed in AT2 which do not meet Utilization Standards may be removed without charge. Such material from Clearcutting Units and construction clearings may be purposely removed in more than incidental amounts without charge subject to agreement on deposits for road maintenance and use. Such material from other than Clearcutting Units and construction clearings may be purposely removed in more than incidental amounts without charge upon written approval of Forest Service, and subject to agreement on deposits if needed for road maintenance and use.

Other species or products not listed in AT2 may, upon written approval of Forest Service officer signing this contract, his successor or superior, be cut and removed without charge other than Required Deposits established by agreement.

Timber for which the quantity is not included in the estimate listed in AT2 as described in BT2.4 shall be paid for at Current Contract Rates and Required Deposits.

**BT3.42 Timber Cut Through Mistake.** Undesignated timber meeting Utilization Standards, cut by Purchaser through mistake and included by Forest Service under BT2.14, shall be removed and paid for at Current Contract Rates and Required Deposits, unless such material is not listed in AT2. In such event, Forest Service, in accordance with standard Forest Service methods, shall establish rates to be paid.

**BT3.43 Undesignated Timber Damaged Without Negligence.** Undesignated timber meeting Utilization Standards, damaged without negligence by Purchaser and designated by Forest Service under BT2.131, shall be cut, removed and paid for at Current Contract Rates and Required Deposits.

**BT3.44 Undesignated Timber Unnecessarily Damaged or Negligently or Willfully Cut.** Undesignated timber meeting Utilization Standards and unnecessarily damaged or negligently or willfully cut by Purchaser, if included by Forest Service under BT2.132, shall be cut, removed and paid for at Current Contract Rates and Required Deposits, which are in addition to liquidated damages under BT3.45.

If such timber is of a species or size not listed in AT2 or is of a quality different from designated timber, Forest Service shall establish payment rates in accordance with standard Forest Service methods.

**BT3.45 Liquidated Damages.** Unnecessary damage to or negligent or willful cutting of undesignated timber, as described in BT3.44, on portions of Sale Area cut over under this contract is likely to cause substantial silvicultural or other damage to the National Forest. It will be difficult if not impossible to determine the amount of such damage. Therefore, Purchaser shall pay as fixed, agreed and liquidated damages an amount equivalent to and in addition to the amount payable at Current Contract Rates for such timber. If designated, Purchaser shall remove such damaged or cut timber.

## BT4.0—PAYMENTS

**BT4.1 Amount Payable for Timber.** Except as provided in BT3.1, Current Contract Rates and Required Deposits in effect when a Payment Unit is Released for Cutting shall be applied to the timber quantities to determine the amount Purchaser shall pay. A "Payment Unit" is a portion of Sale Area established for payment purposes.

**BT4.2 Timber Sale Account.** "Timber Sale Account" is an account of all Purchaser's deposits, credits, payment guarantees, and the charges for (a) timber at Current Contract Rates, (b) slash disposal and road maintenance at Required Deposit rates, (c) cooperative work at rates established by specific agreement under BT4.225 and (d) other charges provided in this contract. Cash deposits and Purchaser Credit as defined in BT4.21 and computed under BT5.3 shall be recorded currently in such account.

Charges for Payment Units Released For Cutting shall be made when Forest Service prepares and furnishes to Purchaser statements of quantity and value of such timber. Charges subject to escalation under BT3.2 shall be made initially on the basis stated in BT4.223 and shall be adjusted at the end of each calendar quarter as provided in BT3.2. Charges against Purchaser Credit shall be limited to timber value in excess of Base Rates.

Charges shall be made according to BT3.4 when trees are subsequently Marked or designated for cutting.

**BT4.21 Purchaser Credit.** "Purchaser Credit" is credit earned by Purchaser's construction of Specified Roads or as otherwise provided under CT4.21 and is computed and recorded as provided in BT5.3. "Purchaser Credit Limit" is the maximum amount of such credit which shall be recognized hereunder and shall never exceed the listed total estimated cost of project segments in AT10 which may be adjusted pursuant to BT3.31, BT3.32, BT5.2, BT5.21, BT5.212, BT5.24, BT5.25 and BT5.26. "Effective Purchaser Credit" means unused Purchaser Credit which does not exceed Current Contract Value minus Base Rate Value. "Base Rate Value" is the sum of the products of Base Rates and estimated remaining quantities by species of Included Timber meeting Utilization Standards.

**BT4.22 Cash Deposits.** Within the limitations of this Subsection, Purchaser shall make cash deposits to meet Purchaser's obligations within 15 calendar days of billing by Forest Service. Said deposits shall be made to Forest Service, U.S.D.A., by mailing or delivery to Collections Officer at address to be furnished by Forest Service. An explanation of billings shall be issued at the time of each request for such deposits.

KET-23

**BT4.221 Advance Deposits.** Purchaser agrees to make cash deposits or establish Purchaser Credit in advance of Release For Cutting and in advance of cutting designated material not included in AT2.

**BT4.222 Purchaser Credit as Deposits.** Effective Purchaser Credit shall be considered equivalent to cash for advance deposits notwithstanding the BT4.2 prohibition on using Purchaser Credit for Base Rate charges.

**BT4.223 Deposits for Charges Subject to Escalation.** Cash deposits requested to cover estimated charges for timber subject to escalation under BT3.2 shall be based upon Current Contract Rates and related deposits in effect during previous calendar quarter, except when the most recent applicable monthly index differs from the previous quarterly index average by more than 5 percent. In such event, request for said deposits shall be based on a rate adjustment of half of such difference, rounded to the nearest 10 cents.

**BT4.224 Deposits When Payment Guaranteed.** To the extent payment guarantee is provided under BT4.3, requirements for advance cash deposits under BT4.221 shall be waived for the value of timber on Sale Area which is cut but not removed and for the value of products removed from Sale Area for not more than a monthly billing period subject to the provisions of BT4.4

To the extent of the penal sum of the performance bond provided under BT9.1, requirements for advance cash deposits under BT4.221 shall be waived for timber cut in Clearcutting Units but not removed.

**BT4.225 Cooperative Deposits.** On a basis of cooperation or assistance (16 U.S.C. 572) and by a written agreement, Forest Service shall perform all or portions of the work which Purchaser is obligated to perform under this contract, as well as furnish other services in connection with activities under this contract. When Forest Service is to perform such work, Purchaser shall make one or more deposits to cover the estimated cost of said work. On request of Purchaser, Forest Service shall render monthly accounts as may be specified in such agreement.

**BT4.226 Use of Deposits.** Forest Service shall receive and apply deposits made under BT4.0 only to meet Purchaser's obligations under this contract, unless otherwise authorized by Purchaser.

**BT4.227 Blanket Cash Deposits.** Cash deposits may be made by Purchaser under a written agreement to cover charges made under this and other timber sale contracts within the same National Forest. Such deposits shall be allocated to such sales by Forest Service. When there are to be no Payment Units Released For Cutting hereunder for 30 calendar days or more and payment of current charges has been made, the allocation to this sale, exceeding the allocation to released Payment Units, shall be reallocated to other sales at Purchaser's request. Additional Payment Units shall not be Released for Cutting until allocation has again been made to this sale.

**BT4.23 Refund of Excess Cash.** If at any time the credit balance in Timber Sale Account exceeds the charges for timber within Payment Units Released For Cutting and for designated material not included in AT2 which is expected to be cut within 60 days, any portion of the excess that is due to cash may be refunded. If no cutting is planned within a 60-day period, refund of cash balance may be made, but account balance shall not be reduced below the total value of partially cut Payment Units and designated material not included in AT2 which is cut before operations cease. This Subsection shall not be construed to obligate Forest Service to refund any portion of deposit with bid.

Subject to the above limitations, when Purchaser (a) deposits negotiable securities of the United States to replace cash deposit with bid, (b) earns Effective Purchaser Credit or (c) provides any combination of (a) and (b), equivalent amounts of deposit with bid shall be refunded.

**BT4.24 Refund after Final Charges for Released Timber.** Any cash deposit in excess of that required to meet charges under BT4.2, shall be refunded or transferred within 15 calendar days of Purchaser's request after final charges for Included Timber have been made, except for amounts estimated to be required under BT9.5.

**BT4.3 Payment Guaranteed by Bond or Deposited Securities.** To guarantee payment, Purchaser may furnish and maintain an acceptable surety bond or deposit in a Federal Depository negotiable securities of the United States. The securities shall be deposited through the Regional Fiscal Agent accompanied by a power of attorney and agreement authorizing the bond-approving officer to sell or collect such securities if payment is not made within 15 calendar days of billing by Forest Service. The penal sum of such surety bond or the market value at time of deposit of such negotiable securities shall be the maximum amount of the payment guaranteed.

For payment purposes, said penal sum of the surety bond or market value at time of deposit of negotiable securities shall be in lieu of the performance bond furnished under BT9.1.

**BT4.31 Blanket Bond.** If Purchaser furnishes an acceptable bond, or deposits securities, in accordance with BT4.3, to guarantee payment for timber from this and other timber sales within the same National Forest, the amount of such bond or deposited securities shall be allocated to such sales by Forest Service. When there is to be no timber cutting hereunder for 30 calendar days or more and payment of current charges has been made, the allocation to this sale shall be reallocated to other sales at Purchaser's request, and Purchaser shall not start cutting hereunder until this sale receives an allocation which will, in combination with Purchaser Credit, meet the obligation for payment guarantee.

**BT4.4 Payment Not Received.** When payment is not received within 15 calendar days of billing, Forest Service may suspend all or any part of Purchaser's Operations until payment or acceptable payment guarantee is received.

Failure to pay amounts due when payments are guaranteed by a surety bond shall be considered a breach under BT9.3, and the 30 calendar-day notice period prescribed therein shall begin to run as of the end of aforesaid 15 calendar days allowed for payment. For such payments not received, interest shall accrue on the unpaid amount at the rate of 6 percent per annum, compounded monthly, beginning 30 calendar days after the end of the period allowed for payment.

Forest Service remedies for Purchaser's failure to pay amounts due, except for suspension of all or any part of Purchaser's Operations, shall be stayed for so long as (a) a bona fide dispute exists as to Purchaser's obligation to make such payment and (b) Purchaser shall file and prosecute a timely appeal from Forest Service decision involved in such dispute under Regulations of the Secretary of Agriculture (36 C.F.R. 211.20 et seq.).