KET-32

at that time. Flat Rates and Tentative Rates in effect immediately prior to extension shall be retained for the extension period.

The cost of unconstructed transportation facilities shall be appraised, by applying current costs to original quantities used to establish amounts by construction phases in AT10, to establish a new Purchaser Credit Limit. Irrespective of such appraisal results, revised Purchaser Credit Limit shall be adjusted so that as a result of extension, any increase in Purchaser Credit Limit does not exceed any increase in Current Contract Value.

**BT8.3 Contract Modification.** The conditions of this sale are completely set forth in this contract. This contract can be modified only by written agreement of the parties, except as provided under BT8.31.

By agreement and with compensating adjustments where appropriate, this contract shall be modified to provide for (a) the exercise of any authority hereafter granted by law or Regulation of the Secretary of Agriculture if such authority is then generally being applied to Forest Service timber sale contracts and (b) any other contractual provision then in general use by Forest Service.

Contract modifications, redetermination of rates, and termination shall be in writing and may be made on behalf of Forest Service only by the Forest Service officer signing this contract, his successor or superior officer.

**BT8.31 Modification Upon Rate Redetermination.** In scheduled rate redeterminations, Forest Service may make modifications in minimum specifications for trees or products in AT2, road maintenance requirements or desposits in CT5.4, logging methods in CT6.4, slash disposal in CT6.7 and fire precautionary measures in CT7.2, if and to the extent that such changes are reasonably necessary to protect the interest of the United States. Such modifications shall be limited to requirements generally being made in Forest Service timber sale contracts in the Region at the time of rate redetermination, and with which Purchaser can reasonably comply. Such changes shall be reflected in the rate redetermination, but changes affecting rates shall not be implemented until the redetermined rates become effective.

**BT8.32 Changed Conditions.** When it is agreed that the completion of certain work or other requirements hereunder would no longer serve the purpose intended because of substantial change in the physical conditions of Sale Area or Included Timber since the date of this contract, said requirements shall be waived in writing. The estimated cost of such waived work or other requirement, other than developments under BT5.2, shall be charged to Timber Sale Account.

**BT8.33 Modification for Catastrophe.** In event of Catastrophic Damage, Forest Service, in consultation with Purchaser, shall outline on Sale Area Map: (a) any areas of catastrophe-affected live and dead timber meeting Utilization Standards and having undesignated timber so situated that it should be logged with the designated timber; (b) if needed, any such areas where the damaged undesignated timber can reasonably be logged separately; and (c) areas of affected or unaffected timber which by agreement are to be eliminated from Sale Area. By agreement, Purchaser and Forest Service shall locate and post the boundaries of all such areas as needed.

In such event, this contract shall be modified to include rates redetermined under BT3.32 and other related revisions as agreed hereunder, such as revision of operating schedule to insure prompt removal of affected timber when necessary to avoid further loss and acceptance of revised Termination Date if needed.

**BT8.4 Performance by Other Than Purchaser.** The acquisition or assumption by another party under an agreement with Purchaser of any right or obligation of Purchaser under this contract shall be ineffective as to Forest Service, until Forest Service has been notified of such agreement and has given written approval by the forest officer who approved this contract, his successor or superior officer; and in no case shall such recognition or approval:

(a) Operate to relieve Purchaser of the responsibilities or liabilities he has assumed hereunder; or

(b) Be given unless such other party:

(i) Is acceptable to Forest Service as a purchaser of timber and assumes in writing all of the obligations to Forest Service under the terms of this contract as to the uncompleted portion thereof, or

(ii) Acquires the rights in trust as security and subject to such conditions as may be necessary for the protection of the public interests.

**BT8.5 Sale of Other Materials.** Forest Service reserves the right to sell from Sale Area during the period of this contract any materials or products not subject to its terms, but shall not permit removal, possession or use thereof which will materially interfere with Purchaser's Operations. Purchaser shall not be obligated to do any work made necessary by the actions of others.

**BT8.6 Provisions Required by Statute.**

**BT8.61 Covenant Against Contingent Fees.** Purchaser warrants that no person or agency has been employed or retained to solicit or secure this contract upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial agencies maintained by Purchaser for the purpose of securing business. For breach or violation of this warranty, Forest Service shall have the right to annul this contract without liability or to require Purchaser to pay, in addition to the contract price or consideration, the full amount of such commission, percentage, brokerage, or contingent fee.

**BT8.62 Officials Not to Benefit.** No Member of Congress or Resident Commissioner shall be admitted to any share or part of this contract or to any benefit that may arise therefrom unless it is made with a corporation for its general benefit (18 U.S.C. 431, 433).

**BT8.63 Nondiscrimination in Employment.** If the total value of this contract is in excess of $10,000, Purchaser agrees during its performance as follows:

(a) Purchaser will not discriminate against any employee or applicant for employment because of race, color, religion, sex or national origin. Purchaser will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex or national origin. Such action shall include, but not be limited to, the following: employment, upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. Purchaser agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided by Forest Service setting forth the provisions of this Subsection.

KET-33

(b) Purchaser will, in all solicitations or advertisements for employees placed by or on behalf of Purchaser, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex or national origin.

(c) Purchaser will send to each labor union or representative of workers and which he has a collective-bargaining agreement or other contract or understanding, a notice to be provided by Forest Service, advising the said labor union or worker's representative of Purchaser's commitments under this Subsection, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

(d) Purchaser will comply with all provisions of Executive Order No. 11246 of September 24, 1965, as amended by Executive Order No. 11375 of October 13, 1967, and the rules, regulations and relevant orders of the Secretary of Labor.

(e) Purchaser will furnish all information and reports required by Executive Order No. 11246 of September 24, 1965, as amended, and by the rules, regulations and orders of the Secretary of Labor, or pursuant thereto, and will permit access to his books, records and accounts by Forest Service and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations and orders.

(f) In event of Purchaser's noncompliance with this Subsection or with any of such rules, regulations or orders, this contract may be canceled, terminated or suspended in whole or in part and Purchaser may be declared ineligible for further Government contracts in accordance with procedures authorized in Executive Order No. 11246 of September 24, 1965, as amended, and such other sanctions may be imposed and remedies invoked as provided in said Executive Order or by rule, regulation, or order of the Secretary of Labor, or as otherwise provided by law.

(g) Purchaser will include the provisions of paragraph (a) through (f) in every subcontract or purchase order unless exempted by rules, regulations or orders of the Secretary of Labor issued pursuant to Section 204 of Executive Order No. 11246 of September 24, 1965, as amended, so that such provisions will be binding upon each subcontractor or vendor. Purchaser will take such action with respect to any subcontract or purchase order as Forest Service may direct as a means of enforcing such provisions, including sanctions for noncompliance. Provided, however, that in the event Purchaser becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by Forest Service, Purchaser may request the United States to enter into such litigation to protect the interests of the United States.

## BT9.0—PERFORMANCE AND SETTLEMENT

**BT9.1 Performance Bond.** As a further guarantee of the faithful performance of the provisions of this contract, Purchaser delivers herewith and agrees to maintain a surety bond in the dollar amount stated in AT18 unless the amount is adjusted as provided below. In lieu of surety bond, Purchaser may deposit into a Federal depository, as directed by Forest Service under BT4.22, and maintain therein, cash in the dollar amount stated in AT18 or negotiable securities of the United States having market value at time of deposit of not less than the dollar amount stated in AT18.

Any adjustment or extension of time for completion of this contract beyond one year may be granted only with the consent of surety on said bond or delivery of a new bond. Should the sureties on the bond delivered herewith, or any bond delivered hereafter in connection with this contract, become unsatisfactory to Forest Service, Purchaser shall, within 30 calendar days of receipt of demand, furnish a new bond with surety satisfactory to Forest Service.

**BT9.11 Bond Reduction.** When Purchaser has completed removal of Included Timber, other than substandard timber under BT2.12, from Sale Area and has met all of Purchaser's other obligations under this contract except for minor obligations, Forest Service, at Purchaser's request, shall report to Purchaser in writing, with a copy to surety, the amount of bond required thereafter. Such required amounts shall be commensurate with the remaining obligations. Similarly, Forest Service shall report to Purchaser in writing the amount of deposited cash or deposited securities required thereafter if such deposits exist in lieu of a surety bond.

As soon as security for the performance of this contract or the settlement of claims incident thereto is no longer necessary, appropriate notice shall be given to surety or deposits which may have been made in lieu of surety bond shall be returned to Purchaser, subject to the conditions in BT9.5.

**BT9.2 Disputes.** Except as otherwise specifically provided, it is the intent of this contract that Purchaser and Forest Service shall agree upon the interpretation and performance of this contract. Upon failure to reach an agreement on a question of fact, the decision of Forest Service shall prevail within the limitations of law (41 U.S.C. 321, 322) and subject to appeal under the Regulations of the Secretary of Agriculture (36 CFR 211.20 et seq.).

**BT9.3 Breach.** In event Purchaser breaches any of the material provisions of this contract, Forest Service shall give Purchaser notice of such breach and, allowing reasonable time for remedy of such breach and of Forest Services' election to suspend, may give notice to suspend all or any part of Purchaser's Operations. Such notice of breach and notice to suspend Purchaser's Operations shall be written, except oral notices may be given if such breach constitutes an immediate threat to human life or a threat of immediate and irreparable damage to National Forest resources. Notwithstanding Section BT6.1, such oral suspension notice may be given to Purchaser's work supervisor or, in his absence, to those performing the operation. An oral suspension notice shall be promptly followed by telephone notice and a written explanation from Forest Service to Purchaser.

Immediately upon oral or written suspension, Forest Service representative shall notify the Forest Supervisor of the suspension and related circumstances. The Forest Supervisor shall promptly review the suspension to determine if the suspension should be continued or lifted. Such suspension shall be lifted as early as conditions permit.

Upon receipt of oral or written notice of such breach, Purchaser shall remedy the breach as follows:

(a) If remedying such breach requires on-the-ground action by Purchaser, Purchaser shall have 30 practicable operating days during Normal Operating Season to do so, except under emergency conditions when action should not be delayed to prevent major damage.

KET-34

(b) If such breach does not require on-the-ground action by Purchaser, such breach shall be remedied within 30 calendar days.

If such breach is not remedied within the above time limits, Forest Service may terminate this contract. Notwithstanding the foregoing, in the event Purchaser designates or Marks or causes to be designated or Marked any timber on Sale Area, any such action shall constitute an irreparable breach of this contract and Forest Service may immediately terminate the contract by written notice to Purchaser of such breach. Such timber, if felled shall be paid for in accordance with BT3.45.

**BT9.4 Failure to Cut.** In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination Date, Forest Service shall appraise remaining Included Timber, unless termination is under BT8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

Damages due the United States for Purchaser's failure to cut and remove Included Timber meeting Utilization Standards shall be the amount by which Current Contract Value plus the cost of resale, less any Effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and Effective Purchaser Credit.

If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for occasional trees not cut for reasons stated in BT6.4.

**BT9.5 Settlement.** If obligations of Purchaser have not been fully discharged by Termination Date, any money advanced or deposited hereunder shall be retained to be applied toward unfulfilled obligations of Purchaser without prejudice to any other rights or remedies of Forest Service. Such funds may be treated as cooperative deposits under BT4.225 for uncompleted work 30 calendar days after receipt of written notice from Forest Service to Purchaser of work to be done and Purchaser's failure to deny the obligation or to do the work.

**BT9.6 Contract Closure.** The Forest Service officer signing this contract, his successor or superior officer shall give appropriate written notice to Purchaser when Purchaser has complied with the terms of this contract. Purchaser shall be paid refunds due from Timber Sale Account under BT4.24 and excess cooperative deposits under BT4.225.

## DIVISION CT

### Special Provisions

In accordance with AT20, the Sections, Subsections, and Items therein listed are attached and made a part hereof. This material is indexed by the numbering system used in Division BT. The numbers after the CT (which identifies material in this Division) indicate the Part, Section, Subsection, or Item of Division BT, which is being supplemented or modified by each particular provision included in this Division.

☆ U. S. GOVERNMENT PRINTING OFFICE: 1989 617-013/04408

KET-35

KETTLE MULTIPRODUCT SALE

WO-CT2.3#

CT2.3# - Reserve Trees. (6/72) Notwithstanding the designations for cutting under BT2.31, BT2.32, BT2.33 or BT2.34, live or dead Wildlife reserve trees or groups of reserve trees within such cutting units or clearings shall be left uncut. Such reserve trees are identified by a yellow "W" and shall be protected in accordance with CT6.32#.

R3-CT2.351#
(11/86)

CT2.351# - Individual Trees (Cut Tree Marking). (11/86) In Payment units ALL shown on the Sale Area Map individual trees to be cut have been Marked using blue paint.

The boundaries of areas where individual trees are Marked to be cut are designated by 3 horizontal yellow lines facing into the unit adjacent to no cut areas, and 2 horizontal yellow lines facing into the unit between cut stands. Trees used for boundary designation are not to be cut.

WO-CT3.21

CT3.21 - Unavailable Index (3/88). If an index described in AT6 is no longer available, Forest Service may replace that index. If Forest Service determines that a replacement index does not exist, Current Contract Rate for the remainder of the sale shall be Flat Rate. Said Flat Rate will be Tentative Rates adjusted by the arithmetic average of the index described in AT6 for a 12 month period prior to its becoming unavailable, using the quarterly adjustment procedure outlined in BT3.2. Forest Service will determine availability and a beginning point to average the index for Flat Rates. Such Flat Rates are subject to rate redetermination as provided elsewhere under this contract.

KET-36

KETTLE MULTIPRODUCT SALE

WO-CT3.312

CT3.312 - Rate Redetermination for Environmental Modification. (4/82) In the event of a contract modification under CT8.3 which is necessary to implement Section 6 of the Forest and Rangeland Renewable Resources Planning Act of 1974 (90 Stat. 2955), Forest Service shall make an appraisal to determine for each species the difference between the appraised unit value of Included Timber remaining immediately prior to the revision and the appraised unit value of timber to be cut under terms of the modification.

Flat Rates in effect at the time of the revision shall be adjusted by said differences to become the redetermined rates for the purpose of a contract modification under CT8.3.

Tentative Rates, as adjusted pursuant to BT3.2 or CT3.2, will be adjusted by said differences to become "Current Contract Rates" under BT3.1.

Redetermined rates, or said differences for rates subject to BT3.2 or CT3.2, and Required Deposits shall be considered established under BT3.1 for timber Released for Cutting subsequent to the contract revision and prior to any subsequent scheduled rate redetermination.

At the time of such appraisal, Purchaser Credit Limit shall be revised pursuant to BT5.25 to meet the revised conditions and include the estimated cost of any construction work listed in AT10 performed and abandoned.

WO-CT4.12

CT4.12 - Adjustment of Volume. (6/81) A volume estimate shown in AT2 shall be revised at Purchaser's request by correcting identified errors made in determining estimated volume which result in a decrease of total sale volume of at least 10 percent or $1,000 in value, whichever is less, when an incorrect volume estimate is caused by (a) an area determination error, (b) computer input error or computer malfunction, (c) a calculation error.

No adjustments in volume shall be made for variations in accuracy resulting from planned sampling and Measuring methods or judgments of timber quality or defect.

For payment purposes, corresponding revisions in volume and total payment shall be shown in AT5c for each Payment Unit involved. Purchaser Credit Limit shall not be adjusted, nor shall an adjustment be made to replace Effective Purchaser Credit lost because of adjustment in volume. Adjustment in rates will not be made; adjustment in volumes shall not obligate Forest Service to designate additional volume when the original volume estimate is overstated, nor shall the provisions of BT2.41 apply for increases in volume unless Sale Area Map shows Payment Units where Marking or Measuring is to be completed after date of sale advertisement.

KET-37

KETTLE MULTIPRODUCT SALE

WO-CT-4.211#

CT4.211# - Transfer of Purchaser Credit. (3/83) Upon Forest Service approval of Purchaser's written request, unused Effective Purchaser Credit earned after December 16, 1975, shall be transferred from this contract to Purchaser's other timber sale contracts within the same National Forest (36 CFR 223.3(m)). Transfers of less than $500 or transfer out of amounts needed to meet unfulfilled payment obligations under BT4.4 or CT4.4 will not be approved.

Effective Purchaser Credit transferred from this contract subsequently determined to be ineffective under terms of this contract shall be replaced by cash payments. Forest Service may, at its option, require that such payment be made under the contract which is using the Purchaser Credit. Purchaser Credit transferred to this contract which becomes ineffective under terms of the originating contract must similarly be replaced by cash payments either on this contract or the originating contract. The ineffective Purchaser Credit shall be returned to the originating sale unless payment is made on that sale.

The amount of Purchaser Credit which may be transferred into this contract is limited to $ 279,141.00. Purchaser Credit earned on this sale and subsequently transferred out may be replaced without regard to this dollar limit.

This limit may be adjusted pursuant to BT8.3. Any such adjustment shall be calculated in a manner consistent with the limit computation at time of sale.

Purchaser Credit transferred to this contract from other contracts may be used to meet charges for timber subject to BT4.2. Transferred Purchaser Credit shall be subject to the same restrictions as Purchaser Credit earned on this sale. Transfer of Purchaser Credit to or from Timber Sale Account shall be made monthly, or at longer intervals, as requested by Purchaser.

WO-CT4.220#

CT4.220# - DOWNPAYMENT. (4/94) Notwithstanding BT4.22, the Purchaser shall make, at the location designated by the Forest Service, a downpayment in the amount of $ 96,000.00 in cash or by application of earned Effective Purchaser Credit at the time this timber sale contract is executed. Limits established pursuant to CT4.211# apply.

The Purchaser's failure to make the downpayment in conformance with the terms, conditions, and requirements contained in the Contracting Officer's letter of award shall constitute repudiation of the Purchaser's bid pursuant to CT9.41 - Failure to Execute Contract, and will be a breach of this contract pursuant to BT9.3 - Breach. The Purchaser shall have 3 calendar days from the required date of execution to make the downpayment at the location designated by the Forest Service. The notice requirements and the time periods for remedy provided by Standard Provision BT9.3 do not apply to CT4.220# - Downpayment.

KET-38

KETTLE MULTIPRODUCT SALE

The Purchaser shall pay interest on the unpaid downpayment for the period within the 3 calendar days in which the downpayment is late. The rate of interest shall be 6 3/8 percent per annum. In the event the Purchaser fails to make payment within the 3 calendar days, the Purchaser's bid guarantee shall be retained by the Forest Service and applied toward its damages.

Damages shall be determined pursuant to CT9.41 - Failure to Execute Contract. If the amount of the bid guarantee exceeds the amount of damages, the balance will be refunded to the purchaser.

The downpayment may not be applied toward any other payment required under the provisions of this contract, except damages determined pursuant to CT9.4 - Failure to Cut, transferred to other sales, or refunded, until stumpage value representing 25 percent of the total bid value of the sale is shown on the timber sale statement of account to have been cut, removed and paid for, or if 36 CFR 223.49(e) is applicable, the estimated value remaining to be cut and removed as shown on the timber sale statement of account is equal to or less than the amount of the downpayment.

If a subsequent final determination is made that this contract should not have been included under increased downpayment requirements (36 CFR 223.49(e)), the downpayment shall be revised and applied in accordance with 36 CFR 223.49 (f).

WO-CT4.221

CT4.221 - Advance Deposits (7/91). Purchaser agrees to make cash deposits or establish Purchaser Credit in advance of cutting to meet charges under BT4.2. Forest Service billings for advance deposits shall be in such amount as to cover, together with available Purchaser Credit as described in BT4.222, the applicable charges for Payment Units Released for Cutting or for designated material (BT-4.2), unless reduced to a smaller amount under the terms of CT4.220# - Downpayment, CT4.224 - Deposits When Payment Guaranteed, CT4.254 - Extension Deposits, or CT4.264# - Periodic Payment Schedule. Except for amounts required pursuant to CT4.220 - Downpayment#, CT4.254 - Extension Deposits, or 4.264# - Periodic Payment Schedule, Purchaser shall not be required to make additional deposits when credit balance in Timber Sale Account exceeds the charges for Payment Units Released.

KET-39

KETTLE MULTIPRODUCT SALE

WO-CT4.222

CT4.222 - Temporary Reduction of Downpayment. (7/93) When Contracting Officer requests Purchaser to interrupt or delay operations under this contract for more than 60 consecutive days during the Normal Operating Season as a result of a court order or injunction, or as a result of formal consultation with the United States Fish and Wildlife Service (USFWS) under the Endangered Species Act (ESA), the downpayment amount being held on deposit may be temporarily reduced if requested by the Purchaser. For the period of the interruption or delay, the downpayment on deposit may be reduced to 5 percent of the downpayment amount listed in CT4.220#. The funds released may be refunded or transferred to other sales. If the downpayment was being covered by Effective Purchaser Credit, the credit may be released.

Upon receipt of written notification by the Contracting Officer that operations may resume, Purchaser shall have 30 calendar days excluding the day notice is received to return the downpayment to the full amount. Harvesting operations on the contract shall not be allowed until the downpayment amount is restored to the full amount. Failure to provide the full downpayment amount will be considered a material breach of contract. Purchaser will have 30 calendar days to remedy the breach or the contract shall terminate. Forest Service will charge Purchaser interest at the rate prescribed in CT4.41, on the amount Purchaser is required to return, if it is not received by the Forest Service by the prescribed date.

WO-CT4.224

CT4.224 - Deposits When Payment Guaranteed. (6/87) To the extent payment guarantee is provided under BT4.3, requirements for advance cash deposits under BT4.221 or CT4.221, shall be waived for the value of timber on Sale Area which has been Released for Cutting but not removed, and for the estimated value of species and products removed from Sale Area for not more than a monthly billing period subject to the provisions of CT4.4.

WO-CT4.23

CT4.23 - Refund of Excess Cash. (7/91) If at any time the credit balance of Timber Sale Account exceeds the charges for timber within Payment Units Released for Cutting and for designated material not included in AT2 expected to be cut within the next 60 calendar days, any portion of such excess that is due to cash in the account shall be refunded if requested by Purchaser unless deposited under CT4.220# - Downpayment, CT4.254 - Extension Deposits, or CT4.264# - Periodic Payment Schedule. If no cutting is planned within the next 60 calendar days, refund of the entire unencumbered cash balance, except as provided above, may be made. However, said credit balance shall not be reduced below the total value of partially cut Payment Units and designated material not included in AT2 which is cut before operations cease. After a refund for a shutdown, deposits shall be made to meet the requirements of CT4.221 - Advance Deposits, before additional timber may be cut.

KET-40

KETTLE MULTI-PRODUCT
MODIFICATION #1

WO-CT4.264#

<u>CT4.264# - PERIODIC PAYMENT SCHEDULE. (10/91).</u> Purchaser shall make periodic payments for stumpage value as follows:

| | Amount | Periodic Payment Determination Date |
|---|---|---|
| Initial | $ 239,400.00 | September 17, 1999 |
| Additional | $ 302,200.00 | September 17, 2000 |

In the event Purchaser has not paid the above indicated amount(s), as stumpage for volume removed, by the Periodic Payment Determination Date(s), Forest Service shall issue a Bill for Collection for the difference between the required amount and payments made by Purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next timber sale statement of account billing date.

The amount of the periodic payment(s) will be reduced if the payment(s) would result in the purchaser's credit balance for timber charges exceeding the current contract value.

Only cash or Effective Purchaser Credit earned on this sale or transferred into this contract may be used for this purpose. No other form of payment is acceptable. Such cash will be used to meet subsequent charges on this sale under the terms of CT4.221 - Advance Deposits. Purchaser Credit used to meet this obligation cannot be transferred to another sale unless replaced by cash.

Periodic Payment Determination Date(s) that have not been reached shall be adjusted when a Contract Term Adjustment under BT8.21 or a Market-related Contract Term Addition under CT8.212# is granted. When a contract is lengthened as a result of market-related contract term additions any subsequent Periodic Payment Determination Date(s) shall be delayed one month for each month added to the contract's term. Periodic Payment Determination Date(s) will not be adjusted when the Contract Term Extension is granted under CT8.23.

KET-41

KETTLE MULTIPRODUCT SALE

WO-CT4.264#

CT4.264# - PERIODIC PAYMENT SCHEDULE. (10/91) Purchaser shall make periodic payments for stumpage value as follows:

| | Amount | Periodic Payment Determination Date |
|---|---|---|
| Initial | $ 239,400.00 | 12/06/97 |
| Additional | $ 302,200.00 | 12/06/98 |

In the event Purchaser has not paid the above indicated amount(s), as stumpage for volume removed, by the Periodic Payment Determination Date(s), Forest Service shall issue a Bill for Collection for the difference between the required amount and payments made by Purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next timber sale statement of account billing date.

The ammount of the perodic payment(s) will be reduced if the payment(s) would result in the purchaser's credit balance for timber charges exceeding the current contract value.

Only cash or Effective Purchaser Credit earned on this sale or transferred into this contract may be used for this purpose. No other form of payment is acceptable. Such cash will be used to meet subsequent charges on this sale under the terms of C(T)4.221 - Advance Deposits. Purchaser Credit used to meet this obligation cannot be transferred to another sale unless replaced by cash.

Periodic Payment Determination Date(s) that have not been reached shall be adjusted when a Contract Term Adjustment under BT8.21 or a Market-related Contract Term Addition under CT8.212# is granted. When a contract is lenghtened as a result of market-related contract term additions any subsequent Peroidic Payment Determination Date(s) shall be delayed one month for each month added to the contract's term. Periodic Payment Determination Date(s) will not be adjusted when the Contract Term Extension is granted under CT8.23.

Superseded

WO-CT4.3

CT4.3 - Letters of Credit for Payment Bond. (9/78) Notwithstanding the provisions of BT4.3, approved letters of credit may be used in lieu of a surety bond for payment bond purposes. Such letters of credit shall be subject to Forest Service approval.

KET-42

KETTLE MULTIPRODUCT SALE

WO-CT4.4

CT4.4 - Payments Not Received for Timber Cut and Other Charges. (3/93) Payments are due and payable on the date of issue as indicated on the Bill for Collection. When a payment for timber cut and other charges is not received at the location designated by the Forest Service within the 15 calendar days allowed for receipt of payment as indicated on the Bill for Collection, or when the credit balance in Timber Sale Account is less than the amount due for timber estimated to be cut in 10 calendar days, Forest Service will suspend all or any part of Purchaser's Operations until payment or acceptable payment guarantee is received. Other charges include (a) slash disposal and road maintenance, (b) cooperative work at rates established by specific agreement under BT4.225, and (c) surface rock replacement.

Failure to pay amounts due by the date allowed for receipt of payments as indicated on the Bill for Collection shall be considered a breach under BT9.3, and the 30 calendar day notice period prescribed therein shall begin to run as of the end of business on the date allowed for receipt of payments as indicated on the Bill for Collection.

If the payment is guaranteed by surety bond, the surety will receive a copy of the written notification of breach. Ten calendar days after issuance of written notification of the breach, demand will be made on the surety or other institution providing the guarantee or bond instrument for immediate payment.

Pursuant to the Debt Collection Act, as amended (31 U.S.C. 3701, et seq.), if payment, is not received by the Forest Service within 15 days of the date of issue as indicated on the Bill for Collection:

(1) Simple interest shall be assessed at the higher of the U.S. Treasury current value of funds rate, as published by the Secretary of Treasury in the Federal Register, or the rate established by the Secretary of Treasury under section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611). Interest will begin to accrue as of the date of issue as indicated on the Bill for Collection.

(2) Debtors will be assessed administrative charges in addition to the delinquent amount due. Administrative charges are those additional costs incurred by the Government in processing, handling and collecting delinquent debts.

(3) A penalty charge of 6 percent per annum will be assessed on any portion of a debt delinquent more than 90 days. This penalty charge will be in addition to the interest and administrative charges under paragraphs (1) and (2). Such penalty charge shall accrue from the date of issue as indicated on the Bill for Collection and shall be assessed on all outstanding amounts including interest and administrative costs assessed under paragraphs (1) and (2).

KET-43

KETTLE MULTIPRODUCT SALE

Payments will be credited on the date received by the designated depository or Collection Officer, at the designated address.

Forest Service remedies for Purchaser's failure to make payment for timber cut and other charges when due, except for accrual of interest, suspension of all or any part of the Purchaser's Operations and Administrative offset, shall be stayed for so long as (a) a bona fide dispute exists as to Purchaser's obligation to make such payment, and (b) Purchaser file and prosecutes a timely claim under the Contract Disputes Act of 1978.

WO-CT4.41

CT4.41 - OTHER PAYMENTS NOT RECEIVED. (3/93) Payments are due and payable on the date of issue as indicated on the Bill for Collection. When payment for charges other than those subject to CT4.4 is not received at the location designated by the Forest Service by the date allowed for receipt of payment as indicated on the Bill for Collection, Forest Service will suspend all or any part of Purchaser's Operations until payment is received. Such charges may be, but are not limited to: (a) damages pursuant to CT9.4, (b) ineffective Purchaser Credit, (c) road use fees, (d) Periodic Payments pursuant to CT4.264#, or (e) other mandatory deposits.

Except for Advance Deposits, failure to pay amounts due by the date allowed for receipt of payment as indicated on the Bill for Collection shall be considered a breach under BT9.3, and the 30 calendar day notice period prescribed therein shall begin to run as of the end of business on the date allowed for receipt of payment as indicated on the Bill for Collection.

If the performance or payment is guaranteed by surety bond, the surety(s) will receive a copy of the written notification of the breach. Ten calendar days after issuance of written notification of the breach, demand will be made on the surety or other institution providing the guarantee or bond instrument for immediate payment.

Pursuant to the Debt Collection Act, as amended (31 U.S.C. 3701, et seq.), if payment is not received by the Forest Service within 30 days after the date of issue as indicated on the Bill for Collection:

(1) Simple interest shall be assessed at the higher of the U.S. Treasury current value of funds rate, as published by the Secretary of Treasury in the Federal Register, or the rate established by the Secretary of Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611). Interest will begin to accrue as of the date of issue as indicated on the initial Bill for Collection.