KET-61

KETTLE MULTIPRODUCT SALE

WO-CT6.0

CT6.0 - Operations. (6/90) Purchaser agrees to conduct its operations under this contract and other related business activities in compliance with Federal, State, and local statutes, standards, orders, permits, or other regulations.

State and local environmental quality laws must be applicable to National Forest System lands. The contract shall govern if such laws conflict with or preclude performance of contractual requirements.

A conviction of, or a civil judgment for, any of the following offenses, shall be considered a breach of this provision and may result in termination of this contract pursuant to CT9.3:

(a) Theft, forgery, bribery, embezzlement, falsification or destruction of records, making false statements, or receiving stolen property, that is in any way connected with obtaining, attempting to obtain, selling, trading, or processing public timber.

(b) Fraud, criminal offenses, or violation of Federal or State antitrust laws, any of which occurred in connection with obtaining, attempting to obtain, or performing a public contract or subcontract;

(c) Threatening, resisting, intimidating, or interfering with Forest Officers engaged in, or on account of, the performance of their official duties involving the protection, improvement, or administration of National Forest System lands.

WO-CT6.01

CT6.01 - Interruption or Delay of Operations. (6/90) Purchaser agrees to interrupt or delay operations under this contract, in whole or in part, upon the written request of Contracting Officer:

(a) To prevent serious environmental degradation or resource damage that may require contract modification under CT8.3 or termination pursuant to CT8.2.;

(b) To comply with a court order, issued by a court of competent jurisdiction; or

(c) Upon determination of the appropriate Regional Forester, Forest Service, that conditions existing on this sale are the same as, or nearly the same as, conditions existing on sale(s) named in such an order as described in (b).

KET-62

KETTLE MULTIPRODUCT SALE

Purchaser agrees that in event of interruption or delay of operations under this provision, that its sole and exclusive remedy shall be (1) Contract Term Adjustment pursuant to BT8.21, or (2) when such an interruption or delay exceeds 30 days during Normal Operating Season, Contract Term Adjustment pursuant to BT8.21, plus out-of-pocket expenses incurred as a direct result of interruption or delay of operations under this provision. Out-of-pocket expenses do not include lost profits, replacement cost of timber, or any other anticipatory losses suffered by Purchaser. Purchaser agrees to provide receipts or other documentation to the Contracting Officer which clearly identify and verify actual expenditures.

WO-CT6.1

<u>CT6.1 - Representatives (7/88)</u> Unless otherwise agreed, Purchaser shall designate, in writing, a representative, who is authorized to receive notices in regard to performance under this contract, and to take related action.

Purchaser's representative shall designate, in writing, a field supervisor, one of whose responsibilities shall be on-the-ground direction and supervision of Purchaser's Operations. This person shall be authorized to receive notices in regard to performance under this contract and take related action. The responsibilities of this person shall include the safeguarding of National Forest resources and performance within the terms of the contract. Field supervisors will furnish Forest Service on-the-ground representatives with names of persons authorized to assume responsibilities in their absence. In no case shall

Purchaser designate any representative to this contract who is currently debarred, proposed for debarment, or suspended by the Forest Service. Such delegations may be made a part of Purchaser's annual operating schedule under BT6.31.

Contracting Officer shall designate a Forest Service representative to (a) receive notice in regard to performance under this contract, (b) take action in relation to this contract, and (c) be readily available to the area of construction and logging operations.

Other on-the-ground representatives shall be designated by the Contracting Officer or Forest Service representative. These persons shall be named in writing along with their specific contractual responsibilities and authority. Such delegation shall be made within 30 days of receipt of Purchaser's plan of operations.

WO-CT6.2

CT6.2 - Improvements. (6/80) Purchaser shall comply with the rules and regulations governing the operation of premises which are occupied, and shall perform the contract in a manner that will not interrupt or interfere with the conduct of Forest Service business.

Before any camp, quarry, borrow pit, storage, or service area other than shown on Drawings is opened or operated on National Forest land or lands administered by Forest Service, written permission shall be obtained through Forest Service. A camp is interpreted to include the campsite or trailer parking area of any employee working on the project for Purchaser. Such permission, if granted, shall be without charge to Purchaser.

WO-CT6.22

CT6.22 - Protection of Improvements Not Owned by Forest Service. (1/80) Forest Service will notify all utility companies, or other parties affected, and make arrangements for all necessary adjustments of the public utility fixtures, pipelines, and other appurtenances affected by the construction.

When Purchaser's Operations are adjacent to properties of railway, telegraph, telephone, power companies or other property, work shall not begin until all necessary arrangements to prevent damage have been made by Purchaser.

Purchaser shall cooperate with the owners of any underground or overhead utility lines in their removal and/or rearrangement operations in order that these operations may progress in a reasonable manner; utility duplication or rearrangement work may be reduced to a minimum; and services shall not be unnecessarily interrupted.

In the event of interruption to utility services because of accidental breakage or as a result of lines being exposed or unsupported, Purchaser shall promptly notify the proper authority and shall cooperate with that authority in the restoration of service. If utility services are interrupted, cooperation shall be required until the service is restored.

When materials are to be hauled across the tracks of any railway, Forest Service will make arrangements with the railroad for the use of any existing crossing or for any new crossing required. Arrangements for use of alternate crossings shall be made by Purchaser. All construction work to be performed by Purchaser on the railroad right-of-way shall not damage railroad company's property.

KET-64

KETTLE MULTIPRODUCT SALE

WO-CT6.221
(6/80)

CT6.221 - Protection of Property (6/80). In construction and reconstruction of Specified Roads, Purchaser shall not unnecessarily remove, deface, injure, or destroy trees, shrubs, or other natural features unless specifically authorized. To the extent practicable, Purchaser shall confine operations to within the clearing limit or other areas designated in the contract, and prevent the depositing of rocks, excavated materials, stumps, or other degris outside these limits.

R3-CT6.222
(3/80)

CT6.222 - Protection of Fences. (3/80) All fences, as designated on the Sale Area Map, which are required to be cut because of temporary road construction, skid road construction, or other logging activities, shall not be cut until the fence has first been "line braced" or "fence braced," to prevent loss of tension, on both sides of the wire span of series or short spans to be cut. Acceptable construction standards for either the "line brace" or "fence brace" are shown in Exhibits 9, 10, 12, 13a, 13b, and 13c of FSH 2209.22, R3 1972 Structural Range Improvement Handbook available at all Forest offices.

When necessary to prevent the movement of livestock the Purchaser shall either construct temporary gates or temporary cattleguards at each location where fence is cut, or in lieu thereof have personnel available to prevent livestock movement when fence will be open for a short period of time. All fences will be restored to the condition existing immediately prior to logging. Fence repair will be kept current with logging operations.

KET-65

KETTLE MULTIPRODUCT SALE

R3-CT6.24#

CT6.24# - Protection of Cultural Resources. (7/90) Location of known historic or prehistoric sites, buildings, objects, and properties related to American history, architecture, archaeology and culture, such as settler or Indian artifacts, protected by American Antiquities Act of 1906 (16 U.S.C 431-433), National Historic Preservation Act of 1966 (16 U.S.C 470) and the Archaeological Resources Protection Act of 1979 (PL 96-95 and 36 CFR 261.9(e)) shall be identified on the ground by Forest Service. Forest Service may unilaterally modify or cancel this contract to protect an area, object of antiquity, artifact, or similar object which is or may be entitled to protection under these Acts regardless of when the area, object or artifact is discovered or identified. Discovery of such areas or objects by either party shall be promptly reported to the other party.

In the event of contract modification under this Subsection, Purchaser shall be reimbursed for any additional protection required, provided that any work or extra protection required shall be subject to prior approval by Forest Service. Amount of reimbursement shall be determined by Forest Service and shall be in the form of a reduction in stumpage rates unless agreed otherwise in writing. However, in no event may stumpage rates be reduced below Base Rates. Purchaser shall protect the <u>No sites were found within cutting units</u>, no bladings will be allowed and all hauling will be done on dry or frozen conditions, all known and identified historic or prehistoric sites, buildings, objects, and properties related to American history, architecture, archaeology and culture against destruction, obliteration, removal or damage during Purchaser's Operations. Purchaser shall bear costs of restoration and repair in accordance with 36 CFR 296.14(c) or, if site is damaged to the extent that it cannot be restored or repaired, Purchaser shall bear costs of determining the archaeological value in accordance with 36 CFR 296.14(a), provided that such payment shall not relieve Purchaser from civil or criminal remedies otherwise provided by law.

Wheeled or track-laying equipment shall not be operated within such areas except on roads, landings, tractor roads or skid trails approved under BT5.1 and BT6.422. Unless agreed otherwise, trees will not be felled into such areas. Purchaser may be required to backblade skidtrails and other ground disturbed by Purchaser's Operations within such areas in lieu of cross ditching required under BT6.6.

R3-CT6.241
(11/86)

CT6.241 - Protection of Cultural Resources. (11/86) Ground disturbing equipment, such as crawler tractors, will not be operated outside payment or cutting unit boundaries. Transportation of ground disturbing equipment between payment or cutting unit boundaries will be on a culturally cleared road, unless otherwise agreed in writing.

KET-66

KETTLE MULTIPRODUCT SALE

R3-CT6.242
(7/87)

CT6.242 - Cultural Resource Protection. (7/87) The Purchaser shall be responsible for the protection from damage by the Purchaser's actions of all the cultural resources so identified by the Forest Service within the affected area. In addition, the Purchaser shall be liable for all damage to the identified cultural resources caused by Purchaser's actions or the actions of Purchaser's agents or epresentatives. The Purchaser shall immediately notify Forest Service if damage occurs to any cultural resource and immediately halt work in the area in which damage has occurred until authorized to proceed. All provisions of the Region 3 Cultural Resources Damage Assessment Handbook are incorporated by reference herein.

R3-CT6.25#
(7/86)

CT6.25# - Protection of Habitat of Endangered Species. (7/86) Location of areas needing special measures for protection of plants or animals listed as threatened or endangered under the Endangered Species Act of 1973 and R-3 Sensitive Plant and Animal Species List are shown on Sale Area Map and identified on the ground. Measures needed to protect such areas have been included elsewhere in this contract or are as follows:

none located in sale area, no cutting unit restrictions at this time.

If protection measures prove inadequate, if other such areas are discovered, or if new species are listed on the Endangered Species List, Forest Service may either cancel under CT8.2 or unilaterally modify this contract or provide additional protection regardless of when such facts become known. Discovery of such areas by either party shall be promptly reported to the other party.

In the event of contract modification under this Subsection, Purchaser shall be reimbursed for any additional protection required by the modification, provided that any work or extra protection required shall be subject to prior approval by the Forest Service. Amount of reimbursement shall be determined by Forest Service using standard Forest Service rate redetermination methods in effect at time of agreed change and shall be in the form of a reduction in Current Contract Rates unless agreed otherwise in writing. However, in no event may Current contract Rates be reduced below Base Rates.

KET-67

KETTLE MULTIPRODUCT SALE

WO-CT6.3

CT6.3 - Plan of Operation. (10/77) Within 60 days of final award of contract, Purchaser shall furnish Forest Service a written general plan of operation which shall be in addition to the annual operating schedule required under BT6.31. The plan shall set forth planned periods for and methods of road construction, timber harvesting, and completion of slash disposal, erosion control measures and other contractual requirements. Forest Service written approval of the plan of operation is prerequisite to commencement of Purchaser's Operations. Purchaser may revise this plan of operations when necessitated by weather, markets or other unpredictable circumstances, subject to the written approval of Forest Service. In the event of delays beyond the control of Purchaser which qualify for Contract Term Adjustment, the plan of operations shall be mutually adjusted as necessary to accommodate the adjusted contract period.

WO-CT6.311

CT6.311 - Plan of Operation for Road Construction (6/80). Annually, prior to start of construction, Purchaser shall submit a supplement to plan of operation which shall include a schedule of proposed progress, and a description of planned measures to be taken to provide erosion control for work in progress, including special measures to be taken on any segments of construction not Substantially Completed prior to periods of seasonal precipitation or runoff. When Purchaser proposes a significant deviation from the progress schedule, purchaser shall submit a revised schedule.

Prior to beginning construction on any portion of Specified Roads identified as sensitive on Drawings, Purchaser and Forest Service shall agree on proposed method of construction.

KET- 68

KETTLE MULTIPRODUCT SALE

R3-CT6.314#
(12/89)

CT6.314# - Timing of Logging Operation. (12/89) On cutting units numbered ALL logging activities shall be permitted only on dry or frozen ground conditions unless this requirement is waived in writing by Forest Service.

R3-CT6.315
(11/86)

CT6.315 - Operating Schedule (11/86) Unless otherwise agreed, the following basic schedule of operations will be followed:

> No more than (3) payment units shall be released for cutting at one time. Before a fourth payment unit is released for entry, all contractual work must be completed in one of the three payment units previously released.

WO-CT6.32#

CT6.32# - Protection of Reserve Trees. (6/72) Reserve trees, described in CT2.3#, shall be protected from damage or destruction in Purchaser's Operations. In the event reserve trees are unnecessarily or negligently damaged or destroyed by Purchaser's Operations, such damage will cause serious and substantial silvicultural or other damage to the National Forest. It will be difficult if not impossible to determine the amount of such damage. Therefore, Purchaser shall pay as fixed, agreed and liquidated damages there for $100.00 for each reserve tree damaged or destroyed in addition to amounts payable under BT3.44 and BT3.45.

Damage, as used herein, includes any injury to the living crown, bole, or roots of reserve trees. If areas are marked on the ground around such reserve trees, operation of heavy equipment or skidding of products within said area shall be considered to be damage to the tree.

KET-69



WO-CT6.33

CT6.33 - Safety. (6/78) Unless otherwise agreed in writing, when Purchaser's Operations are in progress adjacent to or on Forest Service controlled roads and trails open to public travel, Purchaser shall furnish, install and maintain all temporary traffic controls which provide the user with adequate warning of hazardous or potentially hazardous conditions associated with Purchaser's Operations. A specific traffic control plan for each individual project shall be agreed to by Purchaser and Forest Service prior to commencing operations. Devices shall be appropriate to current conditions and shall be covered or removed when not needed. Except as otherwise agreed, flagmen and devices shall be as specified in the "Manual on Uniform Traffic Control Devices for Streets and Highways" (MUTCD), and as shown on Drawings, Sale Area Map or in specifications attached hereto.

WO-CT6.341

CT6.341 - Prevention of Oil Spills. (6/81) If Purchaser maintains storage facilities for oil or oil products on Sale Area, Purchaser shall take appropriate preventive measures to insure that any spill of such oil or oil products does not enter any stream or other waters of the United States or any of the individual States.

If the total oil or oil products storage exceeds 1,320 gallons or if any single container exceeds a capacity of 660 gallons, Purchaser shall prepare a Spill Prevention Control and Countermeasures (SPCC) Plan. Such plan shall meet applicable EPA requirements (40 CFR 112) including certification by a registered professional engineer.

WO-CT6.35

CT6.35 - Final Acceptance of Specified Roads. (1/80) Prior to request for final inspection, roadways, borrow pits, and quarries occupied and no longer needed by Purchaser in connection with Purchaser's Operations shall be cleared of all rubbish, excess materials, and temporary structures.

KET-70

KETTLE MULTIPRODUCT SALE

WO-CT6.351

CT6.351 - Acceptance of Specified Road. (6/78) Specified Road work may be accepted subject to completion of planting and seeding for soil stabilization when completion is delayed for reasons beyond control of Purchaser, such as seasonal limitations. Purchaser shall complete planting or seeding on such road during the next suitable planting season.

Specified road work may be conditionally accepted prior to the application of bituminous dust palliatives when application is not necessary to prevent dusting of the road surface due to Purchaser's operating schedule or climatic conditions. Purchaser shall apply bituminous dust palliative on such roads prior to use during periods when dusting may occur.

R3-CT6.4#
(9/90)

CT6.4# - Conduct of Logging. (9/90) Unless otherwise agreed to in writing, the following measures are applicable where protection of the residual stand or other resources is essential to meet the land and resource management objectives. These measures are in addition to those in BT6.4.

a. In order to minimize breakage of logs, damage to the residual stand or reproduction, and to avoid the unnecessary turning of logs, Purchaser shall orient his felling with the lead toward tributary skid trails. While engaged in felling, the Purchaser shall equip fallers with, and use as necessary, falling wedges and a driving tool capable of lifting the tree into the undercut made to direct the fall of the tree.

b. Within cutting units numbered <u>ALL</u> on the Sale Area map, the skid trail pattern shall be approved by the Forest Service in advance of felling and major skid trails, including go-back trails, shall be flagged on the ground in advance of felling.

c. Within cutting units numbered <u>N/A</u> on the Sale Area Map, Purchaser shall stage log by felling and skidding Included Timber in two operations. Included Timber to be felled and skidded in the first stage will be agreed to by the Forest Service and Purchaser prior to felling.

d. In cutting units numbered <u>N/A</u> on the Sale Area Map, skidding machines shall not be operated off designated skid trails, roads or landing without written approval. Products shall be end-lined from where they lay to the skid trail, road or landing, by unspooling the winch line and manually pulling it to the location of the individual logs. The logs shall then be winched, in the direction the log is oriented, to the skidding machine.

e. The maximum piece length for skidding of trees or logs is 50 feet.

KET-91

KETTLE MULTIPRODUCT SALE

R3-CT6.42#
(12/89)

CT6.42# - Maximum Tractor Size. (12/89) Tractors used for skidding outside Clearcutting units, regeneration units, or other authorized clearings, shall not exceed the overall width, and shall be of the type (rubber-tired or track-laying) designated in the following table, unless otherwise agreed in writing.

| Cutting Unit | Type Tractor | Tractor Width |
|---|---|---|
| all | all | 10 feet |

KET-92

KETTLE MULTIPRODUCT SALE

WO-CT6.43

CT6.43 - Protection of Public in Recreation Areas. (3/75) For protection of National Forest interests and safety of general public, Purchaser's Operations shall be subject to the following restrictions:

a. When Purchaser's Operations are in progress within safety zones, shown on Sale Area Map, and designated on the ground, Purchaser may be required to post warning signs in the area or maintain a watchman whose sole duty shall be to warn and advise public of any hazards present in area as a result of this sale.

b. During periods of general recreation activity within Sale Area or vicinity, Forest Service may restrict hauling to days other than Saturdays, Sundays, and National holidays.

R3-CT6.6
(8/92)

CT6.6 - Erosion Prevention and Control. (8/92) Unless waived in writing, erosion prevention and control work, required by BT6.6 shall be completed within 15 calendar days after skidding operations related to each landing are completed or after Forest Service designation on the ground of work where such designation is required hereunder. Said time limit shall be exclusive of full days lost in Purchaser's Operations due to causes beyond Purchaser's control. Damage resulting from Purchaser's operations, due to failure to perform required work, shall be repaired by Purchaser.

When not adequately protected from erosion by treatments such as out-sloping and cross draining or grass seeding, place lopped slash and logging debris in temporary roads, landings and skid trails.

KET-73

KETTLE MULTIPRODUCT SALE

R3-CT6.601#
(2/87)

CT6.601# - Erosion Control Seeding. (2/87) Following completion of skidding and yarding operations in an area, Purchaser shall seed areas of exposed soil on skid trails, landings, firebreaks, and Temporary Roads where other erosion control measures described in BT6.6 will not result in satisfactory control of soil movement. Seed bed preparation shall consist of surface scarification on roads and landings sufficient for retention of seed.

Seed shall be broadcast evenly at the rate of 8 pounds of seed per acre. Application shall be during the period FOLLOWING DISTURBANCE unless otherwise approved. No application work shall be done during extremely windy or rainy weather, or when the ground is frozen or otherwise unsuitable.

The kinds and amounts of seed to be sown in terms of live pure seed shall be:

| Species of Seed | Pounds per Acre |
|---|---|
| Orchard grass | 2.5 |
| Lincoln Smooth Brome | 2.0 |
| Intermediate Wheatgrass | 2.0 |
| Yellow Blossom Sweetclover | 1.5 |
| TOTAL | 8.0 |

R3-CT6.602
(11/86)

CT6.602 - Temporary Road and Landing Scarification. (11/86). Unless waived in writing by Forest Service on specific roads or landings, all landings and Temporary Roads constructed or used by Purchaser shall be scarified by Purchaser following use. Scarification shall be done to a depth of not less than four inches and must effectively prepare the ground for seeding.

KET-74

KETTLE MULTIPRODUCT SALE

R3-CT6.7#
(2/94)

CT6.7# - Slash Treatment. (2/94) All vegetative debris associated with construction of Specified Roads such as unutilized timber, brush and grubbed stumps is Construction Slash. Measures to be taken by Purchaser for treatment of

Construction Slash are set forth in the attached road construction specifications and in item (1) below.

Vegetative debris larger than 1 inch in diameter and 3 feet long resulting from Purchaser's Operations, other than Construction Slash, is Logging Slash. In Required Disposal Strip along permanent roads, in areas of Temporary Road construction outside of Clearcutting Units, and in fuelbreaks (CT6.75), both hardwood trees and coniferous trees smaller than the minimum d.b.h. in AT2, over 3 feet in height and damaged beyond recovery by Purchaser's Operations shall be cut and treated as Logging Slash. Measures to be taken by Purchaser for treatment of Logging Slash are set forth below and in following Subsections unless otherwise agreed in writing.

Forest Service and Purchaser shall jointly develop a schedule for completion of slash treatment on the various portions of Sale Area prior to Purchaser's Operations. Slash treatment plan may be made a part of the annual operating plan required in BT6.31.

Specified slash treatment methods for each cutting unit shall be shown on Sale Area Map and listed in the attached tables by the following symbols:

Slash Treatment Methods

| Symbol | Method | Definition and Specifications |
|---|---|---|
| Bury | "Burying" | Logging Slash shall be buried where agreed in borrow areas, pits, trenches, or other locations reasonably near the area of origin. Logging Slash shall be matted down in layers and shall be covered with at least 2 feet of rock and soil so that the final surface is sloped to drain and relatively smooth. |
| Chip | "Chipping" | Chippable Logging Slash up to 4 inches in diameter shall be processed through a chipping machine. Chips shall be scattered to a depth not exceeding 6 inches. |

KET-75

KETTLE MULTIPRODUCT SALE

| | | |
|---|---|---|
| Remove | "Removing" | Logging Slash shall be moved or hauled to locations shown on Sale Area Map and designated on the ground where it shall be piled. |
| Fell | "Felling" damaged trees | Damaged or destroyed trees are trees substandard because of size, which are over 3 feet in height, and/or species not included in AT2 over 3 feet in height, knocked down or damaged to the extent that mortality or serious deterioration will occur, and such trees partially pushed over so as to result in permanent lean and visible damage to the root system, all as a result of the Purchaser's operation. Such damaged or destroyed trees shall be felled and further treated by the slash treatment method specified for the area. Materials meeting the minimum piece specifications of AT2 will be utilized by the Purchaser according to BT2.2. Maximum stump height shall be that specified in AT8 or on the Sale Area Map. |
| Buck | "Bucking and Piling" small Material | Logging Slash smaller than N/A inches and larger than 4 inches in large end diameter shall be bucked into lengths not to exceed N/A feet and left in place. Logging Slash 4 inches and smaller in large end diameter shall be hand Piled within Required Disposal Strip. |
| Deck | "Decking" large material | Logging Slash N/A inches or larger in diameter and N/A feet or more in length shall be Decked free of other slash by piling pieces parallel to each other. |
| Hpile | "Hand piling" | Logging slash smaller than N/A inches in diameter and N/A feet long shall be hand piled in accordance with the following specifications: |