KET-76

KETTLE MULTIPRODUCT SALE

HAND PILING SPECIFICATIONS

LOCATION OF PILES: Piles shall be located within cleared areas of landings and Temporary Roads or within natural openings. The minimum spacing between edge of each pile and crown edge of adjacent live trees shall not be less than the average diameter of the pile.

Purchaser shall not be required to move slash more than 75 feet to meet the above pile location requirement.

Piles shall not be made below highwater mark of perennial or intermittent stream courses designated to be protected in accordance with BT6.5. Slash shall not be piled on or allowed to remain in drainage ditches of permanent roads.

CONSTRUCTION OF PILES. Piles shall be compact and dirt-free, with most small slash on the bottom to facilitate consumption during burning. Piles shall not exceed 10 feet in average diameter and pile height shall not be less than one-third the average pile diameter. All slash which protrudes 4-feet or more from outer edge of the pile shall be bucked off and placed on pile.

| | | |
|---|---|---|
| Mpile | "Machine piling" | Concentrations of logging slash, excluding scattered individual pieces, shall be machine piled by tractor equipped with brush rake as per Machine Piling Specifications. |
| Mpile/lop | "Machine piling and lopping" | Concentrations of slash marked on the ground by the Forest Service shall be machine piled by a tractor equipped with a brush rake as per Machine Piling Specifications. The remaining slash, not in concentrations,shall be lopped and scattered as per specification for "Lopping." |

KET-77

KETTLE MULTIPRODUCT SALE

Machine Piling Specifications

Acceptable Equipment. Piling will be accomplished with a crawler tractor not to exceed overall width of 8.8 feet. Tractor will be equipped with a brush blade having teeth extending a minimum of 11 inches below the frame. The teeth shall number at least 6 and no more than 10 . The teeth shall be of sufficient size and strength so that they shall not bend or break through normal slash piling.

Location of Piles. Piles shall be so located that burning will not damage standing live trees or physical improvements such as fences, poles, buildings, signs, tables, grills, and cattleguards. The minimum spacing between piles shall be equivalent to one and one-half the diameter of the adjacent pile. If conditions make it impractical to locate

piles where damage to live trees and physical improvements can be avoided, a space shall be cleared in a location designated by Forest Service.

Slash within partial cut areas and road construction clearings shall be moved to take advantage of previously constructed or natural clearings in order to minimize the construction of new clearings.

Slash shall not be moved more than 120 feet to achieve the location requirement. Piles shall not be made on permanent roads, in drainage ditches, below high water marks of live streams, and in intermittent streamcourses.

Piles shall not be constructed within a 50 foot strip along the top edge of the cutting unit or within a 25 foot strip along the remaining edges of the unit.

KET-78

KETTLE MULTIPRODUCT SALE

Construction of Piles. Machine piles shall be compacted by pushing slash from all sides towards the center of the pile. A machine pile will not exceed an average diameter of 25 feet and pile height shall not be less than one-third the average diameter of the pile. All slash which protrudes 4-feet or more from outer edge of the pile shall be bucked off and placed on pile.

Unmerchantable material may be left between piles to protect regeneration seedlings and for site protection purposes as specified in writing by Forest Service.

Piling shall be accomplished in a manner that will prevent the accumulation of dirt in the piles

Logs and tops from felled trees within leave groups of trees inside or outside the cutting unit shall be yarded out of such leave groups to approved locations and piled. Where there is danger of damaging leave trees, long material shall be endlined out of leave groups.

| | | |
|---|---|---|
| Cover | "Covering Piles" | All slash piles shall be covered with a durable waterproof covering furnished by Purchaser as approved by the Forest Service. The material shall be at least 6 feet in width. Piles shall not be less than one-third covered, with the covering extending not less than halfway down all sides. Pieces of burnable material shall be placed on top of the waterproof covering to keep it from blowing off the pile. |
| Mach | "Site Preparation" | In conjunction with machine slash piling, a minimum of N/A percent and a maximum of N/A percent of the workable ground surface uniformly distributed over the unit area, shall be scarified down to bare mineral soil. Scarified ground is here defined as bare mineral soil in patches exceeding N/A feet by N/A feet. |

KET-79

KETTLE MULTIPRODUCT SALE

| | | |
|---|---|---|
| Scat | "Scattering" | Purchaser shall remove all slash greater than N/A inches in diameter and/or N/A feet long, a minimum of N/A feet away from each leave tree N/A inches d.b.h. and larger. Slash shall be placed upslope from, or along the upslope from, or along the contour from, leave trees. Slash shall not be placed downslope from leave trees. |
| Lop | Lopping" | Slash shall be treated by limbing or severing, or both, and scattered as necessary to place slash within 2 feet of the ground over entire area of cutting unit. Occasional slash which exceeds the maximum height, not to exceed 5 percent of slash to be lopped and scattered, is acceptable. When agreed in writing between Purchaser and Forest Service, crushing or chopping with mechanized equipment is permissible, where residual trees will not be excessively damaged and ground conditions are suitable. |

By agreement in writing, certain slash may be left for fuelwood. When the specified treatment is by a combination of methods, Logging Slash not treated by one of the methods shall be treated by the other(s).

(1) Treatment Along Permanent Roads. Permanent roads that require roadside slash treatment are listed in the attached table and shown on the Sale Area Map. All Logging and Construction Slash within Required Disposal Strips shall be treated by Purchaser. "Required Disposal Strips" are those areas adjacent to permanent roads where slash treatment is required for resource objectives. The width of Required Disposal Strips is shown in the attached table and is measured in slope distance from Roadbed edges of permanent roads. By agreement, in Clearcutting Units, slash from Required Disposal Strips may be treated with other Logging Slash. By agreement, the location of Required Disposal Strips may be adjusted from side to side without materially changing the total work required.

Slash treatment in Required Disposal Strips shall be accomplished without affecting the proper functioning of channels leading to and from drainage structures.

(a) Slash shall be treated by Scattering, Removing, Burying, Chipping, Piling, Bucking and Piling, Machine Piling or a combination of these methods as shown in the attached table. Logging Slash larger than treatment size requirements of the specified method shall either be Scattered outside Required Disposal Strip, within Required Disposal Strip or Decked at agreed locations as shown in the attached table.

KET-80



(b) Hardwood and coniferous trees within or extending over Required Disposal Strips and which have been partially knocked down by Purchaser's Operations shall be felled and treated as Logging Slash. Damaged trees which cannot be felled with reasonable safety may be pushed or pulled down.

(2) Treatment Along Temporary Roads. Outside of Clearcutting Units, all hardwood and coniferous trees felled or pushed over and trees damaged beyond recovery by Temporary Road construction shall be felled, limbed to a stem diameter of approximately 3 inches, at which point the top shall be cut from the remainder of the stem, and stem shall be bucked into lengths not exceeding 4 feet. Such slash shall be Scattered free of soil to reduce concentrations unless treatment is required by another specified method.

(3) Landings and Disposal Sites. Unutilized logs accumulated at landings and disposal sites shall be Decked by Purchaser. Other slash accumulated at landings and disposal sites shall be kept separate from unutilized logs and treated by the method shown in the attached table.

(4) View and Special Management Units. Areas identified as "VIEW" on the Sale Area Map are Travel and Water Influence Zones and Special Management Units which include roads, recreation trails, streamsides, lakeshores, and other view areas. The "VIEW" boundaries are identified on the ground or a distance limitation is specified on the Sale Area Map. Primary treatment shall be by Removing, Burying, Chipping, Hand Piling, Machine Piling, or a combination of these means unless a method is specified or prohibited on Sale Area Map. Logging Slash not readily treated by the selected or specified method shall be removed to designated areas or treated as agreed.

KET-81

# KETTLE MULTIPRODUCT SALE

## PURCHASER UNIT SLASH RESPONSIBILITY (CT6.7#)

| Description of Cutting Units | | Acres | Type of Treatment | Remarks |
|---|---|---|---|---|
| Payment Unit #1 | | | | |
| Cutting units | 23 | 155 | Lop 2' | |
| | 24 | 21 | Mpile/Lop | |
| | 25 | 85 | Lop 2' | |
| | 26 | 253 | Lop 2' | |
| | 27 | 83 | Lop 2' | |
| Payment Unit #2 | | | | |
| Cutting units | 28 | 60 | Lop 2' | |
| | 29 | 14 | Lop 2' | |
| | 30 | 177 | Lop 2' | |
| | 31 | 114 | Lop 2' | |
| | 34 | 21 | Lop 2' | |
| Payment Unit #3 | | | | |
| Cutting units | 5 | 21 | Lop 2' | |
| | 20 | 177 | Mpile/Lop 154 ac. Lop 2' 23 ac. | |
| | 21 | 100 | Lop 2' | |
| | 22 | 24 | Lop 2' | |
| Payment Unit #4 | | | | |
| Cutting units | 1 | 150 | Lop 2' | |
| | 6 | 50 | Lop 2' | |
| | 7 | 39 | Lop 2' | |
| Payment Unit #5 | | | | |
| Cutting Units | 2 | 23 | Mpile/Lop | |
| | 3 | 113 | Lop 2' | |
| | 4 | 21 | Lop 2' | |
| | 12 | 19 | Lop 2' | |
| | 14 | 32 | Lop 2' | |
| | 15 | 21 | Mpile/Lop | |
| Payment Unit #6 | | | | |
| Cutting units | 10 | 92 | Mpile/Lop | |
| | 11 | 27 | Mpile/Lop | |
| | 16 | 47 | Lop 2' | |
| | 17 | 24 | Mpile/Lop | |
| | 18 | 41 | Lop 2' | |
| All Units | | 2454 | Fell - Felling damaged trees >3' | |
| Landings | | all | Mpile | |

Also See Sale Area Fuel Treatment Map for Slash Treatments per Cutting Unit

KET-82

KETTLE MULTIPRODUCT SALE

R3-CT6.8#
(4/83)

CT6.8# - Quantity Determination Methods. (4/83) The estimated quantity of timber in AT2 was determined by (1) Automatic Data Processing, or (2) hand computation, using approved volume tables. Cruise data may be examined in the Forest Supervisor's or District Ranger's Office.

The following categories of timber have been 100 percent tree measured:

(1)

| Species or Species Group | Product | Diameter Range |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

The following categories of timber have been sampled:

(2)

| Species or Species Group | Product | Sample System and Frequency Interval Used |
|---|---|---|
| PP 9-17.9" | Sawlogs | Frequency sample 1:100.42 |
| PP 18"+ | Sawlogs | Frequency sample 1:50.11 |
| PP 5-8.9" | Roundwood | Frequency sample 1:1052.94 |
| | | |

For timber designation under BT2.1 and BT2.3, Forest Service will use the tables listed below for volume determination of any such additional volume for payment purposes:

| Species | Volume Tables |
|---|---|
| Ponderosa Pine | R-3 Timber Cruising Handbook 2409.12 Section 22.22; U.S.D.A. Research Paper INT-209 & 210 (Hann & Bare). For data sources by species see FSH 2409.12, Section 22.22 |

KET-83

KETTLE MULTIPRODUCT SALE

WO-CT6.82

CT6.82 - Product Identification. (9/90) Unless Forest Service determines that circumstances warrant a written waiver or adjustment, (1) all products from Sale Area shall be hammer branded on both ends with an assigned brand, (2) all domestic processing products shall be painted on both ends with highway yellow paint. Purchaser will furnish and apply highway yellow paint of a lasting quality (oil base or equivalent). Paint sticks are not acceptable. Each paint mark must cover an area equal to a 2-inch circle.

All products shall be branded with the assigned sale brand before removal from Sale Area. Such brands shall be State registered brands if the Sale Area is within a State that maintains a log brand register. Painting of domestic processing products shall be done before removal from Sale Area.

All hammer brands and/or yellow paint must remain on logs until they are domestically processed. Purchaser may remanufacture such products into different log lengths subject to agreement with Forest Service on surveillance by Forest Service. Remanufactured products to be removed from the area of remanufacture to another facility must be rebranded with the assigned sale brand unless otherwise agreed to in writing by Forest Service. For such remanufactured products, Forest Service may approve use of a State registered brand to be used exclusively as a catch brand, in lieu of the assigned sale brand. Purchaser shall pay all surveillance costs except, that Forest Service may waive such payment if such costs are minor and part of normal surveillance activities.

R3-CT6.84
(4/83)

CT6.84 - Accountability. (4/83) Unless otherwise agreed in writing and prior to hauling from Sale Area, products shall be accounted for as follows:
The truck driver shall obtain a removal receipt furnished by Forest Service. Purchaser shall assign a competent individual at the landing to issue removal receipts for products removed from Sale Area. A duplicate copy or stub of such receipt shall be retained by Purchaser and delivered to Forest Service at periodic intervals. When products are in transit, the truck driver shall keep the original copy of the receipt in his possession and show it upon request or display it as evidence of his authority to remove products. The original removal receipt shall be surrendered at the unloading point or as requested by Forest Service.

KET-84

KETTLE MULTIPRODUCT SALE

R3-CT7.2
(3/91)

CT7.2 - Specific Fire Precautionary Measures. (3/91) Purchaser shall provide the personnel, tools and equipment to take the following precautionary measures:

SMOKING AND LUNCH FIRE RESTRICTIONS

Purchaser shall prohibit smoking and building of camp and lunch fires by persons engaged in Purchaser's operations, except at established camps or in areas that Forest Service may designate. Smoking may be permitted at these designated areas only after all flammable material has been cleared to mineral soil. All fires and smoking materials shall be completely extinguished at end of lunch or smoking period.

FIRE TOOLS

Purchaser shall furnish and maintain; i.e., cutting edges sharp, handles sanded and tightly fitted, clean of rust and foreign material; fires tools to be used only for suppressing forest fires. Each logging operation shall be provided with one firefighting tool per man to equip 100 percent of the personnel engaged in Purchaser's operations. Approved firefighting tools are: double-bit axe; brushhook; pulaski; McLeod; and round-pointed, size 0 or larger lady shovel. The proper tool mix will be stipulated in the Timber Sale Fire Plan. These tools are required separate from, and in addition to, the tools required in the section, "Fire Tools on Equipment," and in CT7.21 Fire Guards. Fire tools for firefighting purposes for use of personnel engaged in all phases of the logging operations shall be located in the active operating area of the sale or as stated in the fire plan.

BURNING OF REFUSE

No camp refuse of slash or other debris, such as that resulting from clearing around camps or on right-of-way, shall be burned without the written consent of the Forest Service.

KET-85

KETTLE MULTIPRODUCT SALE

SPARK ARRESTERS AND MUFFLERS

Each internal combustion engine shall be equipped with a spark arrester qualified and rated under USDA Forest Service Standard (Spark Arrester Guide) 5100-1a or the latest revision of Society of Automotive Engineers "medium size engine, SAE recommended practice J350" unless it is:

(a) Equipped with a turbin-driven exhaust supercharger such as the turbocharger. There shall be no exhaust bypass.

(b) A multi-position engine, such as on power saws purchased after 6/30/77 which must meet the performance levels set forth in the Society of Automotive Engineers "multi-positioned small engine exhaust fire ignition standard, SAE recommended practice J335B" as now or hereafter amended. Those purchased prior to the above date shall be equipped with an approved spark arrester/muffler containing a 0.023 inch mesh screen in good condition.

(c) A passenger carrying vehicle or light truck, or medium truck up to 40,000 GVW, used on roads and equipped with a factory designed muffler and an exhaust system in good working condition.

(d) A heavy duty truck, such as a dump or log truck, or other vehicle used for commercial hauling, used only on roads and equipped with a factory designed muffler and with a vertical stack exhaust system extending above the cab.

Exhaust equipment described in this Subsection, including spark arresters and mufflers, shall be properly installed and constantly maintained in serviceable condition.

POWERSAWS

During periods of use, each powersaw operator shall have readily available for use one long-handled round-pointed shovel and one chemical-pressurized fire extinguisher of not less than 8-ounce capacity by weight. Muffler, extinguisher, and shovel shall be maintained in good working order at all times. Any fueling or refueling of a powersaw shall be done in an area which has been cleared of material which will carry fire. Powersaws shall be moved at least 10 feet from the place of fueling or refueling before starting.

KET-86

KETTLE MULTIPRODUCT SALE

FIRE TOOLS ON EQUIPMENT

Each internal combustion fuel carrying truck, loader, skidder, heavy truck, and tractor shall be provided with one long-handled round-pointed shovel, and one 5-pound capacity ABC dry chemical fire extinguisher. Passenger carrying vehicles, including light pickup trucks shall be equipped with one (1) long-handled round-pointed shovel and one (1) ABC chemical fire extinguisher not less than 2 1/2 pounds capacity. Shovels and fire extinguishers shall be so mounted as to be readily reached from the ground.

INSPECTION REQUIREMENTS FOR INTERNAL-COMBUSTION ENGINES

Each internal-Combustion motor vehicle or item of equipment shall be inspected and approved in advance of use by Forest Service. Purchaser shall require that all persons engaged in Purchaser's operations submit all internal-combustion motors and equipment for inspection and approval prior to use in Purchaser's operations on National Forest lands. Vehicles and equipment not approved for use shall be repaired to meet existing standards, reinspected, and approved by Forest Service prior to use.

BLASTING

Use of fuses in blasting shall not be permitted. A long-handled round-pointed shovel and 5-gallon backpack pump with attached handpump filled with water shall be available at all times. During periods when Fire Precaution Plan B or C is in effect, a fire guard shall remain on duty for at least one hour after blasting is finished and shall be equipped with a shovel and backpack. Blasting is prohibited under Fire with a shovel and backpack. Blasting is prohibited under Fire Precaution Plan D. (CT7.22)

TRACTOR LIGHTS

All crawler tractors and rubber-tired skidders suitable for fire suppression work, and with power source, shall be equipped with two (2) factory type headlights and one (1) backup light, or brackets mounted for portable self-contained battery operated lights. These portable lights shall be furnished and maintained by the Purchaser at a location agreed by the Forest Service.

CABLE YARDING

Tail and corner blocks shall be located to prevent cables from rubbing against trees, snags, and down logs. Areas adjacent to tail and corner blocks shall be cleared of flammable material within a 5-foot radius. One 5-gallon standard backpack water container (filled at all times and with handpump attached), one shovel, and one pulaski, shall be maintained within 10 feet of each block.

GAS AND OIL STORAGE AND SERVICE AREAS

The location of equipment service areas and gas and oil storage areas shall be approved in writing by Contracting Officer. All areas shall be cleared of brush, litter, grass or other flammable debris for a radius of 50 feet.

WELDING

An area within a 10 foot radius shall be cleared down to mineral soil before welding operations are started. Prior to welding, purchaser shall have available a round-pointed long-handled shovel, a 5-gallon backpack pump filled with water with attached hand pump, and a 5-pound fire extinguisher at each welding site. A fire guard will remain on duty for at least one (1) hour after welding is completed during periods when Fire Precaution Plan B or C is in effect. Welding is prohibited under Fire Precaution Plan D.

KET-88



R3-CT7.21
(11/75)

CT7.21 - Fire Guards. (11/75) Purchaser shall designate at least one representative to train and supervise each woodsworking group of men in fire prevention, detection, and suppression. Each such representative shall be named in the fire plan.

To prevent, detect, and suppress fire, Purchaser shall provide a trained fire guard at each operating area where power-driven equipment has been operated during the day. The fire guards shall constantly perform their duties during operating hours and for three (3) hours after the woodswork stops for the day, when the Fire Precaution Plan is Plan B, C, or D (CT7.22#).

Fire guard service on one operating area shall satisfy the requirements on adjacent areas if the travel time with available transportation is not in excess of ten (10) minutes to any of the other areas requiring such service.

Each fire guard shall be physically able, vigilant, and trained to prevent, detect, and report any fires and to promptly and efficiently take suppression action with available required firefighting equipment and men on any fire that starts on Sale Area. Each fire guard shall be equipped with a vehicle and a fire tool cache consisting of a cache box, 2 four-to-five gallon backpack pumps filled with water, 2 size 0 shovels, 2 Pulaskis, and 2 McLeod tools maintained in serviceable condition.

KET-89

KETTLE MULTIPRODUCT SALE

R3-CT7.22#
(3/91)

CT7.22#- Emergency Fire Precautions. (3/91) Purchaser will restrict operations in accordance with the attached Emergency Fire Precaution Schedule. The five-day average energy release component of the National Fire Danger Rating System from a representative weather station will be applied to the table below using Fuel Model ALPINE J . When there is a predicted change, Forest Service shall, inform the Purchaser by 6:00 pm, Mountain Standard Time, of the predicted change in the Industrial Fire Precaution Plan. The procedure for the Forest Service to notify the Purchaser of a change shall be stated in the timber sale fire plan required by BT7.1. The Contracting Officer may adjust the predicted Industrial Fire Precaution Plan for local weather conditions on Sale Area. Changes in the predicted Industrial Fire Precaution Plan shall be in writing.

The representative weather station will be identified in the legend of the Sale Area Map. If Purchaser elects to install, or has access to, a fire weather station approved by the Forest Service that is representative of Sale Area, the Industrial Fire Precaution Plan shall be governed by the five day average ERC determined from weather measurements taken at that station. Fire weather stations established and operated by Purchaser shall meet the specifications and standards enumerated in Fire-Weather Observers' Handbook (Intermountain Forest and Range Experiment Station, February 1972), which is available for inspection at the District Ranger's Office. Records of such weather measurements shall be maintained and shall be made available to Forest Service on request. The location and frequency of weather observations shall be agreed upon and included in fire plan required by BT7.1.

Emergency Fire Precaution Schedule

FIVE DAY AVERAGE ERC BY FUEL MODEL / INDUSTRIAL FIRE PRECAUTION PLAN

| A | B | C | F | G | J | K | L | T | | INDUSTRIAL FIRE PRECAUTION PLAN |
|---|---|---|---|---|---|---|---|---|---|---|
| 0-1 | 0-37 | 0-9 | 0-18 | 0-35 | 0-109 | 0-37 | 0-3 | 0-9 | -------- | A |
| 2-2 | 38-73 | 10-19 | 19-37 | 36-70 | 110-217 | 38-74 | 4-6 | 10-18 | -------- | B |
| 3-3 | 74-93 | 20-21 | 38-50 | 71-79 | 218-239 | 75-82 | 7-9 | 19-20 | -------- | C |
| 4+ | 94+ | 22+ | 51+ | 80+ | 240+ | 83+ | 10+ | 21+ | -------- | D |

AREA CLOSURE PROCLAIMED by Regional Forester ---------------------------------- D

RED FLAG ALERT ISSUED by Forest Supervisor ---------------------------------- D

KET-90

KETTLE MULTIPRODUCT SALE

| FIRE PRECAUTION PLAN | DESCRIPTION |
|---|---|
| A | Normal Fire Precautions (CT7.2) No fire guard required. |
| B | Normal Fire Precautions (CT7.2) except designated areas for smoking and warming or cooking fires require a written permit. Purchaser will provide fire guard (CT7.21). |
| C | Shutdown from 12:00 noon until 8:00 pm, Mountain Standard Time; all machine treatment of slash; mechanical equipment used for shearing, bunching, or delimbing; skidding; cable yarding; blasting; welding; metal cutting; and clearing. No smoking, warming or cooking fires permitted at any time.<br><br>Power saws will shut down from 9:00 am until 8:00 pm, Mountain Standard Time, except they may be used from 9:00 am until 2:00 pm, Mountain Standard Time, for limbing on landings cleared to mineral soil. Loading is authorized to continue from 12:00 noon until 2:00 pm, Mountain Standard Time, on landings cleared to mineral soil. Log hauling trucks must be out of the Sale Area to a surfaced road by 2:00 pm, Mountain Standard Time. Operations on mineral soil involving road excavation, watering, grading, surfacing, rock crushing, and/or other equipment maintenance may continue. |
| D | Shutdown all operations; except operations on mineral soil involving road excavation, watering, grading, gravel surfacing, androck crushing may continue with special Forest Service permit. |