KET- 91

KETTLE MULTIPRODUCT SALE

R3-CT7.23
(5/89)

CT7.23 - Communications. (5/89) Purchaser shall furnish a serviceable telephone, radio-telephone or radio system connecting each operating side with Purchaser's headquarters. A radio-equipped fire patrolman vehicle will satisfy this requirement if in operation during the time required. When such headquarters is at a location which makes communication to it clearly impractical, Forest Service shall accept a reasonable alternative location. The communication system shall provide prompt and reliable communications between Purchaser's headquarters (or above stated alternative) and Forest Service via commercial or Forest Service telephone. The communications system shall be operable during Purchaser's Operations in Fire Precautionary Period described in AT13 and during the time fire patrolman service is required.

In the event no other means of communications will provide for prompt and reliable reporting of a fire, the Contracting Officer may allow use of a Forest Service two-way radio or Forest Service frequencies or emergency use only. The use of Forest Service frequencies will be by a written memorandum of agreement between the Contracting Officer and Purchaser.

KET-92

KETTLE MULTIPRODUCT SALE

WO-CT8.2
(6/92)

CT8.2 - Termination (6/92). The Chief, Forest Service, by written notice, may terminate this contract, in whole or in part, (1) to comply with a court order, regardless of whether this sale is named in such an order, upon determination that the order would be applicable to the conditions existing on this sale; or (2) upon a determination that the continuation of all or part of this contract would:

(a) cause serious environmental degradation or resource damage;

(b) be significantly inconsistent with land management plans adopted or revised in accordance with Section 6 of the Forest and Rangeland Renewable Resources Planning Act of 1974, as amended;

(c) cause serious damage to cultural resources pursuant to CT6.24#;

(d) adversely affect a Federally listed threatened or endangered species or a sensitive species identified by the Regional Forester.

Compensation for termination under this provision shall be calculated pursuant to CT9.5, except; compensation for termination under (1) and (2)(d) shall be calculated pursuant to CT9.53.

WO-CT8.21

CT8.21 - Delay in Reconstruction of Processing Facilities. (6/78) Notwithstanding the 12-month limitation in BT8.21, if Purchaser demonstrates a diligent effort has been made to replace primary timber processing facilities and that delays in doing so have been beyond Purchaser's control, Forest Service may authorize Contract Term Adjustment up to a total of 24 months.

KET-93

KETTLE MULTIPRODUCT SALE

WO-CT8.212#

CT8.212# Market-Related Contract Term Addition. (9/91) The term of this contract may be adjusted when a drastic reduction in wood product prices has occurred in accordance with 36 CFR 223.52. The Producer Price Index used to determine when a drastic reduction in price has occurred is the Other Species Dressed index, Number 081103. Purchaser will be notified whenever the Regional Forester determines that a drastic reduction in wood product prices has occurred. If the drastic reduction criteria specified in 36 CFR 223.52 are met for two consecutive calendar quarters, after contract award date, Forest Service will add 1 year to the contract term upon Purchaser's written request. For each additional consecutive quarter such as drastic reduction occurs, Forest Service will, upon written request, add an additional 3 months to the term during Normal Operating Season. Purchaser's written request for a Market-related Contract Term Addition must be received by the Forest Service before the expiration of this contract.

The total amount of contract term addition is limited to the lesser of twice the length of the original contract, or 3 years. The revised contract term may not exceed 10 years as a result of Market-related Contract Term Addition.

When a contract is lengthened as a result of market-related term additions, any subsequent periodic payment date shall be delayed one month for each month added to the contract's term.

Contract term additions will not be granted if the removal period for the timber is specified in the contract. Contract term additions will not be granted when, in the opinion of the Contracting Officer, the timber is in need of urgent removal, or that timber deterioration or resource damage will result from delay.

WO-CT8.23

CT8.23 - CONTRACT TERM EXTENSION. (7/91) "Contract Term Extension" means an extension of the term of this contract at the request of Purchaser other than Contract Term Adjustment under BT8.21 or Contract Term Addition under CT8.212# - Market-related Contract Term Addition. This provision shall not obligate Forest Service to grant Contract Term Extension.

When such extension is made, Forest Service shall make an appraisal using standard Forest Service methods and appraisal data in effect 45 calendar days prior to the original Termination Date. Bid Premiums shall be added to such appraised rates to establish Flat Rates or Tentative Rates for the extension period. In event rates so established would develop Current Contract Value immediately prior to such an extension that is less than Current Contract Value at that time, Flat Rates and Tentative Rates in effect immediately prior to extension shall be retained for the extension period.

KET-94

KETTLE MULTIPRODUCT SALE

The cost of unconstructed facilities shall be appraised, by applying current costs to original quantities used to establish amounts by construction phases shown in Schedule of Items, to establish new Purchaser Credit amounts. However, except for agreed changes in planned construction, Purchaser Credit Limit shall not be increased above the limit specified on the original Termination Date, or as adjusted pursuant to BT8.21 or CT8.212# - Market-related Contract Term Addition.

In consideration for granting an extension, Purchaser shall pay the Government for Purchaser's failure to cut and remove timber meeting Utilization Standards prior to "Contract Term Extension," an amount which shall be the total of the costs to the Government resulting from the delay in harvest of Included Timber. Such costs will be determined by Forest Service and shall include, but not be limited to, the following:

(a) Interest on Current Contract Value of timber remaining on Sale Area, less the credit balance of any deposit made pursuant to CT4.264# - Periodic Payment Schedule, as of the original Termination Date, or as adjusted pursuant to B(T)8.21 or C(T)8.212# - Market-related Contract Term Addition, until the midpoint of the extension period.

(b) Increased costs of regeneration, including nursery stock loss, carryover or replacement costs.

(c) Costs of remarking timber on Sale Area or reestablishing cutting unit boundaries.

KET-95



WO-CT8.231

CT8.231 - CONDITIONS FOR CONTRACT TERM EXTENSION. (7/91) Forest Service may grant Purchaser's written request for Contract Term Extension if all of the following conditions have been met by Purchaser at time of Purchaser's request:

(a) At least 75 percent of estimated volume in AT2 has been cut and removed from Sale Area.

(b) Specified Roads needed by Purchaser for removal of all Included Timber in accordance with the approved plan of operations submitted pursuant to CT6.3 - Plan of Operations, were constructed and accepted by Forest Service prior to the applicable road completion date shown in CT5.101# - Road Completion Date.

(c) Purchaser's Operations to date have been in reasonable compliance with contract terms and the approved plan of operations under C(T)6.3 - Plan of Operations.

(d) All contractual requirements have been met by Purchaser and accepted by Forest Service on area cutover at time of Purchaser's request except for areas where logging is in progress at time of Purchaser's request. Purchaser's burning of current slash, or seeding or planting for erosion control, may be temporarily waived if weather or other considerations make such work impractical.

(e) Any payment required under or CT4.264# - Periodic Payment Schedule, has been made.

Contract Term Extension shall not become effective unless payments required by CT8.23 - Contract Modification, have been paid and the initial Extension Deposit required by CT4.254 - Extension Deposits, shall have been made by the effective date of any extension.

WO-CT8.3

CT8.3 - Contract Modification. (10/77) This contract may be modified to revise Tables AT9 and AT10 to add roads not listed in AT9 as necessary to facilitate reconstruction of existing Forest Service roads or accepted Specified Roads including appurtenances thereto. Roads or road segments to be added must meet the following conditions: a) the required work must be on an actual hauling route used by, or scheduled for use by, Purchaser, b) the required work must be the result of unforeseen cause, such as slides, slumps, washouts, subgrade conditions or similar causes, and c) the work must be necessary for economic, safe and practical use of the road by Purchaser. Additions will not be made when reconstruction is made necessary by Purchaser's negligence.

KET-96

KETTLE MULTIPRODUCT SALE

Revised Table AT9 and adjustments to Purchaser Credit Limit in AT10 shall be by Forest Service in accordance with BT5.2. Increase in Purchaser Credit Limit shall be limited to $20,000 or less. Cost adjustments for increase in Purchaser Credit Limit for added roads shall be calculated in accordance with CT5.251#, CT5.253 and CT5.254.

Forest Service may make modifications in Timber Specifications in BT2.0, Transportation Facilities in BT5.0, or Operations in BT6.0, or in related Special Provisions, if and to the extent that such changes are reasonably necessary to make the contract consistent with guidelines and standards developed to implement Section 6 of the Forest and Rangeland Renewable Resources Planning Act of 1974, as amended, and with land management plans, developed or revised thereunder. Such modifications shall be limited to requirements with which Purchaser can reasonably comply. Resulting changes in the value of remaining Included Timber shall be reflected in a rate redetermination conducted in accordance with CT3.312. Rates so redetermined shall apply to timber Released for Cutting after the effective date of the modification.

WO-CT8.63

CT8.63 - Nondiscrimination in Employment. (6/78) Nothing in this contract shall be construed to require or permit discrimination based on sex.

KET-97

KETTLE MULTIPRODUCT SALE

WO-CT8.641#

CT8.641# - Use of Timber. (9/90) This contract is subject to the Forest Resources Conservation and Shortage Relief Act of 1990 (P.L. 101-382:104 Stat. 714-726; 16 U.S.C. 620 et. seq.).

Except for none determined pursuant to public hearing to be surplus, unprocessed Included Timber shall not be exported from the United States nor used in direct or indirect substitution for unprocessed timber exported from private lands by Purchaser or any person as defined in Section 493 (16 U.S.C. 620e) of the Act.

Timber in the following form will be considered unprocessed: (a) trees or portions of trees or other roundwood not processed to standards and specifications suitable for end product use; (b) lumber, construction timbers or cants intended for remanufacturing not meeting standards defined in Section 493 (16 U.S.C 620e) of the Act; (c) Aspen or other pulpwood bolts exceeding 100 inches in length.

Unless otherwise agreed in writing, unprocessed Included Timber shall be delivered to a domestic processing facility and shall not be mixed with logs intended for export.

Prior to award, during the life of this contract, and for a period of 6 years from Termination Date, Purchaser shall furnish to Forest Service upon request records showing the volume and geographic origin of unprocessed timber from private lands exported or sold for export by Purchaser or affiliates.

Prior to delivering unprocessed Included Timber to another party, Purchaser shall require each buyer, exchangee, or recipient to execute an acceptable agreement, which shall: (1) identify the federal origin of the timber, (2) specify domestic processing for the timber involved, (3) require the execution of such agreements between the parties to any subsequent transactions involving said timber, (4) require that all hammer brands and/or yellow paint must remain on logs until they are either legally exported or domestically processed, whichever is applicable, and (5) otherwise comply with the requirements of Section 492 (16 U.S.C. 620d) of the Act.

No later than 10 days following the execution of any such agreement between Purchaser and another party, Purchaser shall furnish to Forest Service a copy of each such agreement. Purchaser shall retain, for 6 years from Termination Date, the records of all sales, exchanges, or dispositions of all Included Timber.

For breach of this provision, Forest Service may terminate this contract and take such other action as may be provided by statute or regulation, including the imposition of penalties. When terminated by Forest Service under this provision Forest Service will not be liable for any claim submitted by Purchaser relating to the termination.

KET-98



WO-CT9.1

CT9.1 - Letters of Credit (6/78) Notwithstanding the provisions of BT9.1, approved letters of credit may be used in lieu of a surety bond for performance bond purposes. Such letters of credit shall be subject to Forest Service approval.

WO-CT9.2

CT9.2 - Disputes. (7/80)

(a) This contract is subject to the Contract Disputes Act of 1978 (Pub. L. 95-563).

(b) Except as provided in the Act, all disputes arising under or relating to this contract shall be resolved in accordance with this clause.

(c) (i) As used herein, "claim" means a written demand or assertion by one of the parties seeking, as a legal right, the payment of money, adjustment or interpretation of contract terms, or other relief, arising under or relating to this contract.

(ii) A voucher, invoice, or request for payment that is not in dispute when submitted is not a claim for the purposes of the Act. However, where such submission is subsequently not acted upon in a reasonable time, or disputed either as to liability or amount, it may be converted to a claim pursuant to the Act.

(iii) A claim by the contractor shall be made in writing and submitted to the Contracting Officer for decision. A claim by the Government against the contractor shall be subject to a decision by the Contracting Officer.

(d) For contractor claims of more than $50,000, the contractor shall submit with the claim a certification that the claim is made in good faith; the supporting data are accurate and complete to the best of the contractor's knowledge and belief; and the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable. The certification shall be executed by the contractor if an individual. When the contractor is not an individual, the certification shall be executed by a senior company official in charge at the contractor's plant or location involved, or by an officer or general partner of the contractor having overall responsibility for the conduct of the contractor's affairs.

KET-99



(e) For contractor claims of $50,000 or less, the Contracting Officer must render a decision within 60 days. For contractor claims in excess of $50,000, the Contracting Officer must decide the claim within 60 days or notify the contractor of the date when the decision will be made.

(f) The Contracting Officer's decision shall be final unless the contractor appeals or files a suit as provided in the Act.

(g) The authority of the Contracting Officer under the Act does not extend to claims or disputes which by statute or regulation other agencies are expressly authorized to decide.

(h) Interest on the amount found due on a contractor claim shall be paid from the date the claim is received by the Contracting Officer until the date of the payment.

(i) Except as the parties may otherwise agree, pending final resolution of a claim of the contractor arising under the contract the contractor shall proceed diligently with the performance of the contract in accordance with the Contracting Officer's decision.

WO-CT9.21

CT9.21 - Submission of Claim. (4/94) Purchaser claims under this contract shall be submitted in writing to the Contracting Officer through the Forest Supervisor of the National Forest on which the sale is located. Date of receipt by Forest Supervisor shall be considered as the beginning date for determining any interest due on claims.

Purchaser shall file such claim within the following time limits. Failure by Purchaser to submit a claim within these time limits shall relinquish the United States from any and all obligations whatsoever arising under said contract or portions thereof when:

(a) <u>Purchaser constructs specified road</u> - Purchaser must file any claim not later than 60 days after receipt of Forest Service written notification of acceptance.

(b) <u>Forest Service constructs specified road</u> - Purchaser must file any claim not later than 60 days after receipt of Forest Service written notification authorizing use of road.

(c) <u>Payment Units</u> - Purchaser must file a claim not later than 60 days after receipt of Forest Service written notification that Payment Unit has been accepted.

(d) <u>All other</u> - Purchaser must file any claims not later than 60 days after receipt of Forest Service written notice to purchaser that sale is closed.

KET-100



WO-CT9.3

CT9.3 - Breach. (6/90) The Contracting Officer, with the concurrence of the Regional Forester, may terminate this contract for breach in the event Purchaser:

(a) is convicted for violation of criminal statutes, civil standards, or any other offense indicating a lack of business integrity or honesty that seriously and directly affects the responsibility of Purchaser pursuant to CT6.0;

(b) is convicted for a violation of criminal statutes or civil standards, orders, permits, or other regulations for the protection of environmental quality issued by a Federal agency, State agency, or political subdivision thereof in the conduct of operations thereunder on National Forest System lands, pursuant to CT6.0;

(c) files false information or makes false statements on bid forms or other documents to gain award of this contract;

(d) has engaged in a pattern of activity that demonstrates flagrant disregard for the terms of this contract, such as, but not limited to; repeated suspensions for breach pursuant to BT9.3; causing undesignated timber meeting Utilization Standards to be unnecessarily damaged, negligently, or willfully cut; or, causing other serious environmental degradation or resource damage.

(e) fails to remedy a breach of contract within time limits stated in BT9.3.

Damages due the United States for termination under this provision shall be determined pursuant to CT9.4.

WO-CT9.4

CT9.4 - Failure to Cut. (4/82) In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination Date, Forest Service shall appraise remaining Included Timber, unless termination is under CT8.2 or BT8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

KET-101

KETTLE MULTIPRODUCT SALE

Damages due the United States for Purchaser's failure to cut and remove Included Timber meeting Utilization Standards shall be the amount by which Current Contract Value, plus costs described below, less any Effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and unused Effective Purchaser Credit, plus any of the following applicable costs:

(1) The cost of resale or reoffering;

(2) Any increase in Purchaser Credit Limit allowance for unconstructed Specified Road facilities which are needed to harvest the remaining uncut volume. Such increases are limited to costs for constructing the road to the same standard and specifications required by this contract;

(3) If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for occasional trees not cut for reasons stated in BT6.4;

(4) The Government's loss caused by the delay in receipt of stumpage payments. Such loss will be measured by interest at the current rate being paid for borrowing by the United States (as calcuated and published by the Treasury Department in TFRM 6-8020-20) on the unpaid contract value at Termination Date. Interest will be charged for the total number of months, or portions thereof from Termination Date until midpoint of the contract resale period, less any time in excess of 1 year needed to make the resale.

(5) Any increase in reforestation costs, including site preparation, seeding, and planting caused by Purchaser's failure to harvest Included Timber by Termination Date.

KET-102

KETTLE MULTIPRODUCT SALE

WO-CT9.41

CT9.41 - Failure to Execute Contract (4/94). The Purchaser's failure to execute and return this contract in conformance with the terms, conditions, and requirements contained in the Contracting Officer's letter of award shall constitute repudiation of Purchaser's bid and breach of this contract.

Damages due the United States shall be determined in the following manner:

(1) the costs, as described below, incurred by the Forest Service in contacting the other qualified bidders regarding accepting the award of the contract at the high bidders repudiated rate; or,

(2) if the repudiated contract is reofered within 6 months of the date of repudiation, damages shall be the difference between the total resale bid value and the total value of the Purchaser's repudiated bid, plus costs described below, or if there are no responsive bids on the reoffered contract damages shall be the difference between the reoffered appraised value and the total bid value of the Purchaser's repudiated bid, plus costs described below; or,

(3) if the repudiated contract will not be reoffered or the reoffer is not made within six months of the Purchaser's repudiation, damages shall be the difference between the appraised value of this contract as of the date of the Purchaser's repudiation and the total value of the Purchaser's repudiated bid, plus the costs described below.

The costs to be included in damages are the costs the Government incurs in making the reoffer,including but not limited to, salary costs, documernt preparation and duplication costs, mailing costs, and advertisement costs.

Damages will also include interest measured by using the current rate of interest being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20) on the difference between the Purchaser's retained bid guarantee and the downpayment amount pursuant to CT4.220# and other deposits required at award. Interest will be calculated from the date of the Purchaser's repudiation to the date of award of the reoffered contract, or to the date a determination is made not to reoffer the repudiated contract, or for six months, whichever comes first.

The Purchaser and the Forest Service agree that the Purchaser's bid guarantee shall be retained by the Forest Service and applied toward damages due the United States for the Purchaser's failure to execute this contract.

KET-103

KETTLE MULTIPRODUCT SALE

WO-CT9.5

CT9.5 - Settlement. (10/77) If this contract is terminated by Forest Service under CT8.2, Purchaser agrees that the liability of the United States shall be limited to the sum of (1) the value of unused Purchaser Credit; (2) the estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of the termination action; (3) out-of-pocket expenses involved in acquiring and holding the contract such as maintaining performance bonds and cash deposits; and (4) the difference between (a) Current Contract Rates for the remaining uncut volume, and (b) the rates paid for comparable timber on the same National Forest during the preceding 6-month period for the remaining uncut volume.

Comparable timber is timber of similar size and quality with similar topography and access. Cost estimates for items listed in (2) shall be based upon Forest Service appraisal methods in use on the date contract is terminated.

R3-CT9.53
(6/92)

CT9.53 - Settlement. (6/92) If this contract is terminated pursuant to CT8.2 (1) or (2)(d) by the Chief, Forest Service, in whole or in part, Purchaser agrees that the liability of the United States shall be limited to the express remedies contained within this provision.

Purchaser agrees that its sole and exclusive remedy shall be the sum of (1) the value of unused Effective Purchaser Credit earned on this sale; (2) the estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area; and (3) the out-of-pocket expenses involved in acquiring and holding this contact. Cost estimates for items listed in (2) shall be based upon Forest Service appraisal methods in use on the date contract is terminated. Out-of-pocket expenses in (3) do not include lost profits, replacement cost of timber or any other anticipatory losses suffered by Purchaser. Purchaser agrees to provide receipts or other documentation to the Contracting Officer which clearly identify and verify actual expenditures.

HAY-669

Reidhead Lumber Company, Inc.
WHOLESALERS - PONDEROSA PINE - INLAND FIR
BOX E, SHOW LOW, ARIZONA

December 1_, 1989

U.S.D.A Forest Service
P.O. Box 640
Springerville, Arizona 85938

Attention: John Hart

Reidhead Lumber Co., Inc. chooses to accept the Hay Timber Sale, at the high bid, on the Springerville District. Reidhead Lumber Co., Inc. rejects the Hidden Timber Sale, at high bid, on the Lakeside District.

Thank You,

Val Reidhead

Val Reidhead - President
Reidhead Lumber Co., Inc.
P.O. Box 139
Show Low, Arizona 85901

HAY-15712

United States Department of Agriculture
Forest Service

# AGREEMENT TO MODIFY CONTRACT
(Timber Sale) (Ref. FSM 2430) Modification #2

Contract #
Hay TS
001152

1. It is mutually agreed that the above designated timber sale contract, signed by Val L. Reidhead

Reidhead Lumber Co., Inc., P.O. Box 189

of Show Low, AZ 85901 hereinafter

called the purchaser and by John S. Hart (Name), Contracting Officer (Title) for

the United States of America as of the 17th day of January, 1990 6/ as heretofore modified, be modified as follows:

Change Purchaser from Reidhead Lumber Co., Inc., to Precision Pine & Timber Inc., P.O. Box 70, Heber, AZ 85928.

Delete old Page 101 and replace with new Page 101.

Draw a diagonal line with pen and ink in unused portion of form.

2. Pursuant to this mutual agreement, the purchaser hereby agrees to cut and remove timber in strict accordance with all and singular the terms and provisions of the aforesaid contract as herein modified.

IN WITNESS WHEREOF, the parties hereto have executed this modification of contract as of the 1/ 24 day of June, 1991

UNITED STATES OF AMERICA

By: Robert J. Leaverton (Signature of approving officer) Contracting Officer (Title)

Two witnesses: 2/

(Name of witness)

(Address)

(Name of witness)

(Address)

[signature] 3/ Purchaser

Precision Pine & Timber Inc.

P.O. Box 70

Heber, AZ 85928 Purchaser's Business Address

I, 4/ Tonita Porter, certify that I am the Secretary of the corporation named as purchaser herein; that Loris D. Porter who signed this contract on behalf of the purchaser, was then President of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

Tonita Porter

CORPORATE SEAL 5/

1/ The date approving Forest officer signs this form.
2/ The signatures and addresses of two witnesses are required if sale is to other than a corporation.
3/ If contracting party is a co-partnership, the signatures should be: XYZ Company, by John Doe, a member of the firm. If contracting party is a corporation, form of signature should be: XYZ Company, by John Doe, President (or other officer or agent) and the seal of the corporation must be impressed or indicated.
4/ The certificate must be completed if the purchaser is a corporation.
5/ If the corporation has no corporate seal that fact shall be stated, in which case a scroll or adhesive seal shall follow the corporate name.
6/ Delete "as heretofore modified" if not applicable.

FS-2400-9 (3/69)