MUD 721

PRECISION PINE & TIMBER, INC.
P.O. Box 219
Heber, Arizona 85928
(602) 535-4906

August 15, 1997

THE INFORMATION SET FORTH HEREIN AND ATTACHED HERETO CONTAINS CONFIDENTIAL INFORMATION AND TRADE SECRETS WHICH ARE PROPRIETARY TO THE SUBMITTER. NEITHER THIS SHEET NOR ANY INFORMATION SET FORTH HEREIN IS TO BE DISCLOSED IN ANY MANNER OR TO ANY EXTENT TO ANY PERSON OUTSIDE OF THE UNITED STATES GOVERNMENT WITHOUT THE EXPRESS WRITTEN CONSENT OF THE SUBMITTER. ANY DISCLOSURE WITHOUT SUCH CONSENT CONSTITUTES A VIOLATION OF 18 U.S.C. § 1905 OF THE UNITED STATES CRIMINAL CODE.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**CERTIFIED NO. Z 295 870 832**

Mr. Ken Broyles
Contracting Officer
Coconino National Forest
2323 E. Greenlaw Lane
Flagstaff, AZ 86004-1890

**Re: The Mud Multiproduct Timber Sale**

Dear Mr. Broyles:

Pursuant to the Contract Disputes Act, Precision Pine & Timber, Inc. ("Precision Pine") submits this claim in the amount of $1,223,558.07 for damages it suffered as a result of the Forest Service's improper suspension of the Mud Multiproduct ("Mud") timber sale contract from August 24, 1995 until March 11, 1996.

## I. Overview Of The Mud Timber Sale.

As you know, the Mud timber sale was awarded to us on September 14, 1994 at rates subject to escalation of $104.40/MBF for Ponderosa Pine sawlogs and flat rates of $18.80/MBF for roundwood.[1] The sale had an original termination date of December 31, 1998. The original

[1] The contract was sold in units of one hundred cubic feet (CCF). The CCF values have been converted to one thousand board feet (MBF).

estimated volume of wood on the sale was 3099.5 MBF of sawlogs and 2030 MBF of roundwood contained in 5 Payment Units. The entire sale was to be Individual Tree Marked. The Normal Operating Season of the sale was from April 15 to November 30, inclusive. Precision Pine had been operating the Mud sale during the 1995 Operating Season and had intended to complete the sale during the third quarter of 1995. However, as set forth in greater detail below, due to the Forest Service's failure to submit the Land and Resource Management Plan (LRMP) for the Coconino National Forest to the Fish and Wildlife Service ("FWS") for re-consultation following listing of the Mexican spotted owl as threatened under the Endangered Species Act in 1993, the Forest Service wrongfully suspended Precision's harvest activities on the Mud sale beginning on August 25, 1995 until March 11, 1996.

## II. The Listing Of The Mexican Spotted Owl As Threatened Under The Endangered Species Act.

The Mexican spotted owl was listed by the FWS as a threatened species under the Endangered Species Act, 16 U.S.C. § 1531, et seq. ("ESA") on April 15, 1993. 58 Fed. Reg. 14,248. In the Final Rule listing the owl as threatened, the FWS identified timber harvest practices on public lands in the Southwest as the major threat to the species. Id. at 18,258. Immediately thereafter, the Forest Service began formal consultation with the FWS under the ESA on 88 site-specific projects that the Forest Service had determined might adversely affect the owl. Several timber harvesting companies, including Precision Pine, sought and were

5T5-248

USDA - Forest Service

# TIMBER SALE INSPECTION REPORT

FOREST A-S DISTRICT Heber PURCHASER Precision Pine

DATE OF INSPECTION 5/16/96 SALE St. Joe SUBDIV'N NO. 22 & 21

ACTION [ ] ACCEPTANCE [ ] AGREEMENT [ ] OTHER [ ] PAGE ___ OF ___

| Work progress to date - | SATISFACTORY | NEED ATTENTION | UNSATISFACTORY |
|---|---|---|---|
| 1. Compliance with Operating Schedule | | | |
| 2. Utilization: | | | |
| a. Felling and bucking practices | X | | |
| b. Damaged trees cut currently | | | |
| c. Designated material yarded and removed | | | |
| 3. Logging: | | | |
| a. Protection of wildlife/reserve trees | | | |
| b. Minimum damage to residual stand | X | | |
| c. Retention of large woody material | | | |
| d. Erosion control measures done currently | | | |
| e. Attention to wet weather operating | | | |
| f. Minimum damage to Forest soils | X | | |
| g. Stream protection adequate and timely | | | |
| h. Skid trails/roads location approved | X | | |
| i. Landing size and location approved | X | | |
| j. Orderly progression/completion on unit | | | |
| k. Slash treatment current | | | |
| 4. Roads and Maintenance: | | | |
| a. Maintenance adequate and current | | | |
| b. Cleanup of logging slash/debris in road | | | |
| c. Dust abatement measures | | | |
| d. Snow plowing measures | | | |
| e. Temp. rds. approved for location/width | | | |
| 5. Product Accountability: | | | |
| a. Logs properly presented for scale | | | |
| b. Branding, painting, DP compliance | | | |
| c. Log removal permits being used | | | |
| d. Log trucks using approved haul routes | | | |
| 6. General: | | | |
| a. Purchaser/Field Reps. Supervision | X | | |
| b. Public and FS Safety recognized | | | |
| 7. Resource Protection: | | | |
| a. Threat. Endang. Sens. species protected | | | |
| b. Cultural sites protected | | | |
| c. Camp sites approval/compliance | | | |
| d. Refuse materials removed from NF lands | | | |
| e. Improvements protected | | | |
| f. Pollution prevention( soils, air, water) | | | |
| 8. Timber Designation: | | | |
| a. Operation trees designated in advance | | | |
| b. Payment prior to cutting (tree ms. sales) | | | |
| 9. Fire Prevention and Presuppression | | | |
| a. Certification and compliance | | | |
| b. Precaution Level compliance | X | | |
| c. Fire Security | | | |

Following are: comments on the performance, mutual agreements, approval(s), acceptance of work, or noncompliance under the above timber sale contract.

| Provisions Applicable | | FOLLOW-UP (DATE/INITIAL) |
|---|---|---|
| | Cutting unit 22- Falling and skidding are complete. | |
| BT6.23 | Survey corner has survived untouched. | |
| BT2.37 | Cutting unit 21- Designated a 12" 2 log and an 11" 1 log tree for cutting. Tops were broken out during falling. | |
| CT7.2 | Found field rep cutting after 9:00 AM (it was 10:00 AM). Riot act has been read and will Follow up with call to purchaser rep. Even if trees are alongside the road - falling operations are to stop at 9 AM! | |
| BT6.42 | Skidding has started in cutting unit 21 and is acceptable. | |
| | Approved 2 landings along 9534 O road on north side of drainage. Also approved landing on 178 rd. | |

Approval as used herein relates to those work items which require Forest Service approval. It does not mean final approval under B6.35, Acceptance of Work, unless specifically indicated as such.

| Signature: Sale Administrator | Signature: Forest Service Representative | Date: |
|---|---|---|
| Patty Bennett | | 5/16/96 |

I agree on behalf of Purchaser (delete if inapplicable) and I acknowledge receipt of this document.

| Signature: Purchaser's Field Representative | Signature: Purchaser Representative | Date: |
|---|---|---|
| [signature] | | |

Contracting Officer's copy R6-FS-2400-131 (5/91)

Distribution (Delete those not used)
Purchaser, Operator; TSO, SO, File

TIMBER SALE INSPECTION REPORT

MUD 2/5

FOREST Coconino DISTRICT Mormon Lake PURCHASER Precision Pine & Timber

DATE OF INSPECTION 8-5-96 SALE Mud Multiproduct SUBDIV'N NO. Pay Unit 1 & 2

| Work Progress To Date - | SATISFACTORY | NEED ATTENTION | UNSATISFACTORY |
|---|---|---|---|
| 1. Compliance with operating schedule | | | |
| 2. Utilization: | | | |
| a. Felling and bucking practices | X | | |
| b. Damaged trees cut currently | | | |
| c. Designated material yarded and removed | | | |
| 3. Logging: | | | |
| a. Snags or unmerch. trees felled | | | |
| b. Minimum damage to residual stand | | | |
| c. Orderly progression/completion on unit | | | |
| d. Erosion control measures done currently | | | |
| e. Attn. to wet weather operating | | | |
| f. Minimum damage to Forest soils | | | |
| g. Stream protection adequate and timely | | | |
| h. Skid trails/roads location approved | | | |
| i. Landing size and location approved | | | |
| k. Yarding/piling of unutilized material | | | |
| 4. Roads and Maintenance: | | | |
| a. Spec. rds. constr. or recon. prior to haul | | | |
| b. Maintenance adequate and current | | | |
| c. Cleanup of logging slash/debris in road | | | |
| d. Surface rock replacement | | | |
| e. Dust abatement measures | | | |
| f. Snow plowing measures | | | |
| g. Temp. rds. approved for location/width | | | |

| Work Progress To Date - | SATISFACTORY | NEED ATTENTION | UNSATISFACTORY |
|---|---|---|---|
| 5. Scaling and Log Accountability: | | | |
| a. Logs properly presented for scale | | | |
| b. Branding, painting, DP compliance | | | |
| c. Log removal permits being used | | | |
| d. Log trucks using approved haul routes | | | |
| 6. General: | | | |
| a. Company supervision of operation | X | | |
| b. Purchaser rep. readily available | X | | |
| c. Public safety recognized | X | | |
| d. Forest improvement protected | | | |
| 7. Sanitation and Servicing: | | | |
| a. Trailer/camping sites approved | | | |
| b. Inorganic material removed from NF lands | | | |
| c. Purchaser improvement removed | | | |
| d. Pollution prevention (soils, air, water) | | | |
| 8. Product Removal: | | | |
| a. Estimate of timber cut | | | |
| b. Average loads a day | | | |
| 9. Fire Prevention and Presuppression: | | | |
| a. Forms R6-5110-16 completed/corr. action | | | |
| b. Sale fire plans being followed | | | |
| c. Fire trails constructed currently | | | |
| d. Hand/machine slash piling current | | | |

Following are: comments on the performance, mutual agreements, approval(s), acceptance of work, or non compliance under the above timber sale contract.

| Provisions Applicable | |
|---|---|
| 6.33 | Arrived on sale to find all "Truck Warning" signs & "Tree Felling" signs in place. |
| BT6.41 | A general inspection of felling work looks good. Most trees are fell to & from the skidtrails |
| BT6.422 CT6.4 | Approved a few landings & their skid trails in Unit 1S. Marked marked a few trees within landings & tallied their volume for ATSA. Permission is granted to start cutting in Unit 1S |
| BT2.12 | Marked & measured several trees within R.O.W. of Rd that runs from 78A at Fern Tank into cut units 5 & 6. This Rd is a design change so as no to use FR 9463Y. |
| CT5.183 CT6.24 | Looked at road in Unit 2 that can be used once it has a cultural resource clearance |

Approval as used herein relates to those work items which require Forest Service approval. It does not mean final approval under B6.35, Acceptance of work.

| (1) Name and Signature (Forest Service) | (2) Title | Date |
|---|---|---|
| [signature] | TSA | 8-5-96 |

I agree on behalf of Purchaser (delete if inapplicable) and I acknowledge receipt of this document.

| Name and Signature (Purchaser) | (2) Title | Date |
|---|---|---|
| [signature] | CONTREP | 8/6/96 |

Distribution (Delete those not used)
Purchaser, Operator, TSO, SO, File



R6-2430-131 (11/81)

BKB-190

USDA-Forest Service

# TIMBER SALE ADMINISTRATION AGREEMENT AND/OR NOTICE

PAGE 1 OF 1

| | | | |
|---|---|---|---|
| TIMBER SALE CONTRACT *(SALE NAME)* Beet Bank | CONTRACT NO. 001822 | CONTRACT DATE | DATE ISSUED 12/30/97 |
| DISTRICT Heber | FOREST A-S | A COPY OF THIS REPORT WAS GIVEN TO: | REPORT NUMBER |
| FOLLOW UP NEEDED | YES ☐ NO ☐ | DATE | NAME |

*INSTRUCTIONS: Use this form to document agreements or communications with the purchaser relative to timber sale contract administration. "Safety" shall be evaluated for each visit to the sale. This form may be used when written approval is required. (1) Signed by the individual with the contractual authority for the action. (2) Enter contract title from delegation of authority.*

This document is issued for the following reasons:

- ☑ Documentation of Sale Program
- ☐ Approval 1/ or authorization as called for in contract provision or Specification No. ______
- ☐ Mutual agreement as authorized in contract provision or Specification No. ______
- ☐ Minor change agreements
- ☐ Non-compliance with the contract requirements of contract provision of Specification No. ______

| WORK PROGRESS TO DATE: | Satisfactory | Needs Attention | Unsatisfactory |
|---|---|---|---|
| 1. Compliance with operating schedule | | | |
| 2. Utilization: | | | |
| a. Felling and bucking practices | | | |
| b. Damaged trees cut currently | | | |
| c. Designated material yarded and removed | | | |
| 3. Logging | | | |
| a. Snags or unmerchant. trees felled | | | |
| b. Minimum damage to residual stand | | | |
| c. Orderly progression/completion on unit | | | |
| d. Erosion control measures done currently | | | |
| e. Attention to wet-weather operating | | | |
| f. Minimum damage to Forest soils | | | |
| g. Stream protection adequate and timely | | | |
| h. Skid trails/roads location approved | | | |
| i. Landing size and location approved | | | |
| j. Yarding/piling or unutilized material | | | |
| 4. Roads and Maintenance: | | | |
| a. Spec. rds. constr. or reconstr. prior to haul | | | |
| b. Maintenance adequate and current | | | |
| c. Cleanup of logging slash/debris in road | | | |
| d. Surface rock replacement | | | |
| e. Dust abatement measures | | | |
| f. Snowplowing measures | | | |
| g. Temp. roads approved for location/width | | | |

| WORK PROGRESS TO DATE: | Satisfactory | Needs Attention | Unsatisfactory |
|---|---|---|---|
| 5. Scaling and Log Accountability: | | | |
| a. Logs properly presented for scale | | | |
| b. Branding, painting, DP compliance | | | |
| c. Log removal permits being used | | | |
| d. Log trucks using approved haul routes | | | |
| 6. General: | | | |
| a. Company supervision of operation | | | |
| b. Purchaser representative readily available | | | |
| c. Public safety recognized | | | |
| d. Forest improvement protected | | | |
| 7. Sanitation and Servicing: | | | |
| a. Trailer/camping sites approved | | | |
| b. Inorganic material removed from NF lands | | | |
| c. Purchaser improvement removed | | | |
| d. Pollution prevention (soils, air, water) | | | |
| 8. Product Removal: | | | |
| a. Estimate of timber cut | | | |
| b. Average loads a day | | | |
| 9. Fire Prevention and Presuppression: | | | |
| a. Sale fire plans being followed | | | |
| b. Fire trails constructed currently | | | |
| c. Hand/machine slash piling current | | | |

Any conditions noted as *unsatisfactory* require followup action by Timber Sale Officer and written letter to purchaser outlining necessary work. In some situations, breach action may be appropriate.

| CONTRACT PROVISION | LOCATION | COMMENTS, APPROVAL, AGREEMENT OR BRIEF DESCRIPTION OF WORK OR ACTION NEEDED TO MEET CONTRACT REQUIREMENT |
|---|---|---|
| CT5.46 | Sale Area | - Snowplowing looks good. Roger A. was "winging" berms out on 177 Rd. |
| BT6.4 | P.U. 3 | - Skidding, felling, + hauling are acceptable. |
| CT6.314# | " " | - The ground is frozen + approx. 1' of snow covers the unplowed areas. |

1/ Approval as used herein relates to those specifications which require Forest Service approval for a given work item. It does not mean final approval under B6.35, Acceptance of Work.

| | | |
|---|---|---|
| (1) NAME AND SIGNATURE (FOREST SERVICE) Donald J. [signature] | (2) TITLE Acting FSR | DATE 12/30/97 |

I AGREE ON BEHALF OF PURCHASER *(delete if inapplicable)* AND I ACKNOWLEDGE RECEIPT OF THIS DOCUMENT.

| | | |
|---|---|---|
| (1) NAME AND SIGNATURE (PURCHASER) | (2) TITLE | DATE |

[Distribution (delete those not used): Purchaser SA, FSR, Purchaser Repres

R3-FS-2400-7 (Rev. 12/85)

 MCO-274

TIMBER SALE INSPECTION REPORT

FOREST: TONTO DISTRICT: PAYSON PURCHASER: Precision

DATE OF INSPECTION: 2-3-98 SALE: MANACO SUBDIV'N NO. 1+2

| Work Progress To Date - | SATISFACTORY | NEED ATTENTION | UNSATISFACTORY |
|---|---|---|---|
| 1. Compliance with operating schedule | | | |
| 2. Utilization: | | | |
| a. Felling and bucking practices | | | |
| b. Damaged trees cut currently | | | |
| c. Designated material yarded and removed | | | |
| 3. Logging: | | | |
| a. Snags or unmerch. trees felled | | | |
| b. Minimum damage to residual stand | | | |
| c. Orderly progression/completion on unit | | | |
| d. Erosion control measures done currently | | | |
| e. Attn. to wet weather operating | | | |
| f. Minimum damage to Forest soils | | | |
| g. Stream protection adequate and timely | | | |
| h. Skid trails/roads location approved | | | |
| i. Landing size and location approved | | | |
| j. Yarding/piling of unutilized material | | | |
| 4. Roads and Maintenance: | | | |
| a. Spec. rds. constr. or recon. prior to haul | | | |
| b. Maintenance adequate and current | | | |
| c. Cleanup of logging slash/debris in road | | | |
| d. Surface rock replacement | | | |
| e. Dust abatement measures | | | |
| f. Snow plowing measures | | | |
| g. Temp. rds. approved for location/width | | | |

| Work Progress to Date - | SATISFACTORY | NEED ATTENTION | UNSATISFACTORY |
|---|---|---|---|
| 5. Scaling and Log Accountability: | | | |
| a. Logs properly presented for scale | | | |
| b. Branding, painting, OP compliance | | | |
| c. Log removal permits being used | | | |
| d. Log trucks using approved haul routes | | | |
| 6. General: | | | |
| a. Company supervision of operation | | | |
| b. Purchaser rep. readily available | | | |
| c. Public safety recognized | | | |
| d. Forest improvement protected | | | |
| 7. Sanitation and Servicing: | | | |
| a. Trailer/camping sites approved | | | |
| b. Inorganic material removed from NF lands | | | |
| c. Purchaser improvement removed | | | |
| d. Pollution prevention (soils, air, water) | | | |
| 8. Product Removal: | | | |
| a. Estimates of timber cut | | | |
| b. Average loads a day | | | |
| 9. Fire Prevention and Presuppression: | | | |
| a. Form R3-FS-5100-4 completed/corr. action | | | |
| b. Sale fire plans being followed | | | |
| c. Fire trails constructed currently | | | |
| d. Hand/machine slash piling current | | | |

Following are: comments on the performance, mutual agreements, approval(s), acceptance of work, or noncompliance under the above timber sale contract.

| Provisions Applicable | |
|---|---|
| | Falling began CU42, Feller/buncher + 3 Fallers working the area. |
| CT7.2 | checked saws, equipment for Fire requirements - buncher needs a shovel, personal trucks need Fire extinguishers + 2 need shovels. Ford F150 has bad exhaust system + if it is to be driven to the sale will be parked on the main Road until repaired. Steve was on site for inspection + is aware of needed equipment, he will take care of this in 1-2 days. |
| CT6.4# / BT6.422 | Checked skid trail + landing layout in CU42 + CU1. Looks good, care taken to avoid excessive damage. Showed Steve a hole in skid layout in CU42, he tied this area in. SE corner of CU1 |
| BT2.322 | needs additional layout - Steve will check this area again. |
| BT2.35 | Marked some additional volume to accomodate a (Red paint) couple landings, volumes coming into these will be large + additional space needed as landing locations are |

Approval as used herein relates to those work items which require Forest Service approval. It does not mean final approval under BT6.35, Acceptance of work.

| (1) Name and Signature (Forest Service) | (2) Title | Date |
|---|---|---|
| | | |

I agree on behalf of Purchaser (delete if inapplicable) and I acknowledge receipt of this document.

| (1) Name and Signature (Purchaser) | (2) Title | Date |
|---|---|---|
| | | |

Distribution (Delete those not used)
Purchaser, Operator, TSO, SO, File

C/D 2/9/98

 MCO-275

USDA FOREST SERVICE

R3-FS-2400-7a (10/82)

TIMBER SALE ADMINISTRATION
AGREEMENT AND/OR NOTICE
CONTINUATION SHEET

PAGE 2 OF 2

Timber Sale Contract (SALE NAME): MANACO

Report Number:

FOLLOWING ARE COMMENTS ON THE PERFORMANCE UNDER THE ABOVE DESIGNATED TIMBER SALE CONTRACT:

| CONTRACT PROVISION | LOCATION | COMMENTS, APPROVAL, AGREEMENT, OR BRIEF DESCRIPTION OF WORK OR ACTION NEEDED TO MEET CONTRACT REQUIREMENT |
|---|---|---|
| | | limited to some extent. |
| CT6.4#, BT6.411 BT6.411, BT6.412 BT6.6 | | Falling looks good, residual damage is within reason. Skidding started around noon at 1st landing, no problems seen at this time. Looked for Arch site locations in cu1, SE corner + adjacent drainage - location not found at this time. |
| CT6.24#, CT6.242 CT6.241 BT5.1 | | Looked at drainage crossing w/steve, where an Arch site is directly adjacent. I told steve that we may have to do some plating in some rutted areas within the site prior to blading but I would check with the arch. |
| BT6.422 | | Upper portion of cu1 (finger) will have some difficult access + long skids to be worked out. At this time not flagged out yet. |

(1) ~~NAME AND~~ SIGNATURE (FOREST SERVICE): [signature] | (2) TITLE: SA | DATE: 2-3-98

I AGREE ON BEHALF OF PURCHASER (Delete if inapplicable) AND I ACKNOWLEDGE RECEIPT OF THIS DOCUMENT.

(1) NAME AND SIGNATURE (PURCHASER) | (2) TITLE | DATE

C/E 2/9/98

TIMBER SALE INSPECTION REPORT HBD 191

FOREST Coconino DISTRICT Long Valley PURCHASER Precision Pine + Timber

DATE OF INSPECTION 12/5/95 SALE Hutch-Boondock SUBDIV'N NO. P.U.# 1

04-005465

| Work Progress To Date - | SATISFACTORY | NEED ATTENTION | UNSATISFACTORY |
|---|---|---|---|
| 1. Compliance with operating schedule | X | | |
| 2. Utilization: | | | |
| a. Felling and bucking practices | X | | |
| b. Damaged trees cut currently | | | |
| c. Designated material yarded and removed | X | | |
| 3. Logging: | | | |
| a. Snags or unmerch. trees felled | | | |
| b. Minimum damage to residual stand | X | | |
| c. Orderly progression/completion on unit | X | | |
| d. Erosion control measures done currently | | | |
| e. Attn. to wet weather operating | | | |
| f. Minimum damage to Forest soils | X | | |
| g. Stream protection adequate and timely | | | |
| h. Skid trails/roads location approved | | | |
| i. Landing size and location approved | | | |
| k. Yarding/piling of unutilized material | | | |
| 4. Roads and Maintenance: | | | |
| a. Spec. rds. constr. or recon. prior to haul | | | |
| b. Maintenance adequate and current | | | |
| c. Cleanup of logging slash/debris in road | | | |
| d. Surface rock replacement | | | |
| e. Dust abatement measures | | | |
| f. Snow plowing measures | | | |
| g. Temp. rds. approved for location/width | X | | |

| Work Progress To Date - | SATISFACTORY | NEED ATTENTION | UNSATISFACTORY |
|---|---|---|---|
| 5. Scaling and Log Accountability: | | | |
| a. Logs properly presented for scale | | | |
| b. Branding, painting, DP compliance | | | |
| c. Log removal permits being used | | | |
| d. Log trucks using approved haul routes | | | |
| 6. General: | | | |
| a. Company supervision of operation | | | |
| b. Purchaser rep. readily available | | | |
| c. Public safety recognized | | | |
| d. Forest improvement protected | | | |
| 7. Sanitation and Servicing: | | | |
| a. Trailer/camping sites approved | | | |
| b. Inorganic material removed from NF lands | | | |
| c. Purchaser improvement removed | | | |
| d. Pollution prevention (soils, air, water) | | | |
| 8. Product Removal: | | | |
| a. Estimate of timber cut | | | |
| b. Average loads a day | | | |
| 9. Fire Prevention and Presuppression: | | | |
| a. Forms R6-5110-16 completed/corr. action | | | |
| b. Sale fire plans being followed | | | |
| c. Fire trails constructed currently | | | |
| d. Hand/machine slash piling current | | | |
| e. 2' Lopping | X | | |

Following are: comments on the performance, mutual agreements, approval(s), acceptance of work, or non compliance under the above timber sale contract.

| Provisions Applicable | |
|---|---|
| | Ken Broyles (C.O.) visited Sale Area. |
| BT6.41 | We looked at Felling & Bucking, Temp road construction, |
| BT6.62 | completed slashwork. |
| CT6.7 | |
| | Ken said that sale looks good. |



Approval as used herein relates to those work items which require Forest Service approval. It does not mean final approval under B6.35, Acceptance of work.

| (1) Name and Signature (Forest Service) | (2) Title | Date |
|---|---|---|
| Allen W. Schirsner | S.A. | 12/5/95 |

I agree on behalf of Purchaser (delete if inapplicable) and I acknowledge receipt of this document.

| Name and Signature (Purchaser) | (2) Title | Date |
|---|---|---|
| Dean Redhead | Woods Rep | 12-5-95 |

Distribution (Delete those not used)
Purchaser, Operator, TSO, SO, File



R6-2430-131 (11/81)

HBD

TIMBER SALE INSPECTION REPORT

U-B 423

FOREST Coconino DISTRICT Blue Ridge PURCHASER Precision Pine & Timber

DATE OF INSPECTION 5/13/97 SALE U-Bar SUBDIV'N NO. 2

07-005051

| Work Progress To Date - | Satisfactory | Need Attention | Unsatisfactory |
|---|---|---|---|
| 1. Compliance with operating schedule | X | | |
| 2. Utilization: | | | |
| a. Felling and bucking practices | X | | |
| b. Damaged trees cut currently | | | |
| c. Designated material yarded and removed | X | | |
| 3. Logging: | | | |
| a. Snags or unmerch. trees felled | | | |
| b. Minimum damage to residual stand | X | | |
| c. Orderly progression/completion on unit | X | | |
| d. Erosion control measures done currently | | | |
| e. Attn. to wet weather operating | | | |
| f. Minimum damage to Forest soils | X | | |
| g. Stream protection adequate and timely | | | |
| h. Skid trails/roads location approved | | | |
| i. Landing size and location approved | | | |
| k. Yarding/piling of unutilized material | | X | |
| 4. Roads and Maintenance: | | | |
| a. Spec. rds. constr. or recon. prior to haul | | | |
| b. Maintenance adequate and current | | | |
| c. Cleanup of logging slash/debris in road | | | |
| d. Surface rock replacement | | | |
| e. Dust abatement measures | | | |
| f. Snow plowing measures | | | |
| g. Temp. rds. approved for location/width | | | |

| Work Progress To Date - | Satisfactory | Need Attention | Unsatisfactory |
|---|---|---|---|
| 5. Scaling and Log Accountability: | | | |
| a. Logs properly presented for scale | | | |
| b. Branding, painting, DP compliance | | | |
| c. Log removal permits being used | | | |
| d. Log trucks using approved haul routes | | | |
| 6. General: | | | |
| a. Company supervision of operation | | | |
| b. Purchaser rep. readily available | | | |
| c. Public safety recognized | | | |
| d. Forest improvement protected | | | |
| 7. Sanitation and Servicing: | | | |
| a. Trailer/camping sites approved | | | |
| b. Inorganic material removed from NF lands | | | |
| c. Purchaser improvement removed | | | |
| d. Pollution prevention (soils, air, water) | | | |
| 8. Product Removal: | | | |
| a. Estimate of timber cut | | | |
| b. Average loads a day | | | |
| 9. Fire Prevention and Presuppression: | | | |
| a. Forms R6-5110-16 completed/corr. action | | | |
| b. Sale fire plans being followed | | | |
| c. Fire trails constructed currently | | | |
| d. Hand/machine slash piling current | | | |

Following are: comments on the performance, mutual agreements, approval(s), acceptance of work, or non compliance under the above timber sale contract.

| Provisions Applicable | |
|---|---|
| BT2.35 | Inspected Cutting Unit #906, inspected cut stump and areas walked all stumps had blue paint. |
| CT6.7* 3.K | Machine piling has start on the North end of cutting unit. Machine piles need to be more compact. All slash more than 4' from base of pile needs to be trimmed and thrown on top of pile. |
| BT2.2 | The felling and skidding looks good, operator has done a good job |
| CT6.7 | Lopping which has been flagged off has been completed, operator has done a good job |

Approval as used herein relates to those work items which require Forest Service approval. It does not mean final approval under B6.35, Acceptance of work.

| (1) Name and Signature (Forest Service) | (2) Title | Date |
|---|---|---|
| Allan W. Schurman | S.A. | 5/13/97 |

I agree on behalf of Purchaser (delete if inapplicable) and I acknowledge receipt of this document.

| (1) Name and Signature (Purchaser) | (2) Title | Date |
|---|---|---|
| [signature] | Pur Rep | 13 May 97 |

Distribution (Delete those not used)
Purchaser, Operator, TSO, SO, File

R6-2430-131 (11/81)

U-B ____

HAY-374

USDA-Forest Service

# TIMBER SALE ADMINISTRATION AGREEMENT AND/OR NOTICE

PAGE OF

| TIMBER SALE CONTRACT (SALE NAME) Hay | CONTRACT NO. 001152 | CONTRACT DATE 1-17-96 | DATE ISSUED 1-7-97 |
|---|---|---|---|
| DISTRICT 06 / FOREST 01 | | A COPY OF THIS REPORT WAS GIVEN TO: CO FSR PP | REPORT NUMBER |
| FOLLOW UP NEEDED | YES ☐ / NO ☐ | DATE | NAME |

*INSTRUCTIONS: Use this form to document agreements or communications with the purchaser relative to timber sale contract administration. "Safety" shall be evaluated for each visit to the sale. This form may be used when written approval is required. (1) Signed by the individual with the contractual authority for the action. (2) Enter contract title from delegation of authority.*

This document is issued for the following reasons:

- ☑ Documentation of Sale Program
- ☐ Approval 1/ or authorization as called for in contract provision or Specification No. ______
- ☐ Mutual agreement as authorized in contract provision or Specification No. ______
- ☐ Minor change agreements
- ☐ Non-compliance with the contract requirements of contract provision of Specification No. ______

| WORK PROGRESS TO DATE: | Satisfactory | Needs Attention | Unsatisfactory |
|---|---|---|---|
| 1. Compliance with operating schedule | | | |
| 2. Utilization: | | | |
| a. Felling and bucking practices | | | |
| b. Damaged trees cut currently | | | |
| c. Designated material yarded and removed | | | |
| 3. Logging | | | |
| a. Snags or unmerchant. trees felled | | | |
| b. Minimum damage to residual stand | | | |
| c. Orderly progression/completion on unit | | | |
| d. Erosion control measures done currently | | | |
| e. Attention to wet-weather operating | | | |
| f. Minimum damage to Forest soils | | | |
| g. Stream protection adequate and timely | | | |
| h. Skid trails/roads location approved | | | |
| i. Landing size and location approved | | | |
| j. Yarding/piling or unutilized material | | | |
| 4. Roads and Maintenance: | | | |
| a. Spec. rds. constr. or reconstr. prior to haul | | | |
| b. Maintenance adequate and current | | | |
| c. Cleanup of logging slash/debris in road | | | |
| d. Surface rock replacement | | | |
| e. Dust abatement measures | | | |
| f. Snowplowing measures | | | |
| g. Temp. roads approved for location/width | | | |

| WORK PROGRESS TO DATE: | Satisfactory | Needs Attention | Unsatisfactory |
|---|---|---|---|
| 5. Scaling and Log Accountability: | | | |
| a. Logs properly presented for scale | | | |
| b. Branding, painting, DP compliance | | | |
| c. Log removal permits being used | | | |
| d. Log trucks using approved haul routes | | | |
| 6. General: | | | |
| a. Company supervision of operation | | | |
| b. Purchaser representative readily available | | | |
| c. Public safety recognized | | | |
| d. Forest improvement protected | | | |
| 7. Sanitation and Servicing: | | | |
| a. Trailer/camping sites approved | | | |
| b. Inorganic material removed from NF lands | | | |
| c. Purchaser improvement removed | | | |
| d. Pollution prevention (soils, air, water) | | | |
| 8. Product Removal: | | | |
| a. Estimate of timber cut | | | |
| b. Average loads a day | | | |
| 9. Fire Prevention and Presuppression: | | | |
| a. Sale fire plans being followed | | | |
| b. Fire trails constructed currently | | | |
| c. Hand/machine slash piling current | | | |

Any conditions noted as *unsatisfactory* require followup action by Timber Sale Officer and written letter to purchaser outlining necessary work. In some situations, breach action may be appropriate.

| CONTRACT PROVISION | LOCATION | COMMENTS, APPROVAL, AGREEMENT OR BRIEF DESCRIPTION OF WORK OR ACTION NEEDED TO MEET CONTRACT REQUIREMENT |
|---|---|---|
| | CU 21 | Skidders moved to unit, fellers (2) will move |
| | CU 20 | to 20 Wed or Thur. |
| | CU 23 | [illegible] about 6" new snow - blading rds |
| | | 5 loads hauled about 35 to 40 loads left |
| | | to haul in CU 24, 23 |
| | CU 25 | Brush cut working in CU 25 |
| | | |
| | | |

1/ Approval as used herein relates to those specifications which require Forest Service approval for a given work item. It does not mean final approval under B6.35, Acceptance of Work.

| (1) NAME AND SIGNATURE (FOREST SERVICE) [signature] | (2) TITLE | DATE 1-7-97 |
|---|---|---|

I AGREE ON BEHALF OF PURCHASER (*delete if inapplicable*) AND I ACKNOWLEDGE RECEIPT OF THIS DOCUMENT.

| (1) NAME AND SIGNATURE (PURCHASER) | (2) TITLE | DATE 1-7-97 |
|---|---|---|

[Distribution (delete those not used): Purchaser SA, FSR, Purchaser Re



R3-FS-2400-7 (Rev. 12/85)