HAY-375

USDA-Forest Service

# TIMBER SALE ADMINISTRATION AGREEMENT AND/OR NOTICE CONTINUATION SHEET

PAGE 1 OF 1

Snow / Cold

Timber Sale Contract (SALE NAME) HAY # 001152

REPORT NUMBER

FOLLOWING ARE COMMENTS ON THE PERFORMANCE UNDER THE ABOVE DESIGNATED TIMBER SALE CONTRACT:

| CONTRACT PROVISION | LOCATION | COMMENTS, APPROVAL, AGREEMENT, OR BRIEF DESCRIPTION OF WORK OR ACTION NEEDED TO MEET CONTRACT REQUIREMENT |
|---|---|---|
| | PU 3, CU 23,24 25 | Sale visit |
| C 5.46 | | Blading on the 409, 8356 and |
| | | 8358 Roads is being kept current |
| | | |
| | | Hauling is progressing out of |
| | | CU's 23 and 24. |
| | | Roads are in good shape and |
| | | ground conditions well frozen |
| | | |
| C 6.314 | PU 2 | Falling will move to timing of |
| | | Logging restricted units |
| | | out the 8358 Rd |
| | | |
| | | Joel is on the sale daily |
| | | and operations are running |
| | | smoothly. |

(1) NAME AND SIGNATURE (FOREST SERVICE): Fred Martin

(2) TITLE: S/A

DATE: 1-7-97

I AGREE ON BEHALF OF PURCHASER *(delete if inapplicable)* AND I ACKNOWLEDGE RECEIPT OF THIS DOCUMENT.

(1) NAME AND SIGNATURE (PURCHASER)

DATE



FS-2400-7a (10/82)

 SRH-201

USDA-Forest Service

# TIMBER SALE ADMINISTRATION AGREEMENT AND/OR NOTICE

PAGE ___ OF ___

| TIMBER SALE CONTRACT (SALE NAME) | CONTRACT NO. | CONTRACT DATE | DATE ISSUED |
|---|---|---|---|
| Jensen Hollow | 007756 | 12/13/93 | 10/24/97 |

| DISTRICT | FOREST | A COPY OF THIS REPORT WAS GIVEN TO: | REPORT NUMBER |
|---|---|---|---|
| Hebron | A-S | | |

| FOLLOW UP NEEDED | YES ☐ | NO ☒ | DATE | NAME |
|---|---|---|---|---|

*INSTRUCTIONS: Use this form to document agreements or communications with the purchaser relative to timber sale contract administration. "Safety" shall be evaluated for each visit to the sale. This form may be used when written approval is required. (1) Signed by the individual with the contractual authority for the action. (2) Enter contract title from delegation of authority.*

This document is issued for the following reasons:

- ☒ Documentation of Sale Program
- ☐ Approval 1/ or authorization as called for in contract provision or Specification No. ________
- ☐ Mutual agreement as authorized in contract provision or Specification No. ________
- ☐ Minor change agreements
- ☐ Non-compliance with the contract requirements of contract provision of Specification No. ________

| WORK PROGRESS TO DATE: | Satisfactory | Needs Attention | Unsatisfactory |
|---|---|---|---|
| 1. Compliance with operating schedule | | | |
| 2. Utilization: | | | |
| a. Felling and bucking practices | X | | |
| b. Damaged trees cut currently | | | |
| c. Designated material yarded and removed | | | |
| 3. Logging | | | |
| a. Snags or unmerchant. trees felled | | | |
| b. Minimum damage to residual stand | | | |
| c. Orderly progression/completion on unit | | | |
| d. Erosion control measures done currently | | | |
| e. Attention to wet-weather operating | X | | |
| f. Minimum damage to Forest soils | | | |
| g. Stream protection adequate and timely | | | |
| h. Skid trails/roads location approved | X | | |
| i. Landing size and location approved | X | | |
| j. Yarding/piling or unutilized material | | | |
| 4. Roads and Maintenance: | | | |
| a. Spec. rds. constr. or reconstr. prior to haul | | | |
| b. Maintenance adequate and current | | | |
| c. Cleanup of logging slash/debris in road | | | |
| d. Surface rock replacement | | | |
| e. Dust abatement measures | | | |
| f. Snowplowing measures | | | |
| g. Temp. roads approved for location/width | | | |

| WORK PROGRESS TO DATE: | Satisfactory | Needs Attention | Unsatisfactory |
|---|---|---|---|
| 5. Scaling and Log Accountability: | | | |
| a. Logs properly presented for scale | | | |
| b. Branding, painting, DP compliance | | | |
| c. Log removal permits being used | | | |
| d. Log trucks using approved haul routes | | | |
| 6. General: | | | |
| a. Company supervision of operation | | | |
| b. Purchaser representative readily available | X | | |
| c. Public safety recognized | | | |
| d. Forest improvement protected | | | |
| 7. Sanitation and Servicing: | | | |
| a. Trailer/camping sites approved | | | |
| b. Inorganic material removed from NF lands | | | |
| c. Purchaser improvement removed | | | |
| d. Pollution prevention (soils, air, water) | | | |
| 8. Product Removal: | | | |
| a. Estimate of timber cut | | | |
| b. Average loads a day | | | |
| 9. Fire Prevention and Presuppression: | | | |
| a. Sale fire plans being followed | | | |
| b. Fire trails constructed currently | | | |
| c. Hand/machine slash piling current | | | |

Any conditions noted as *unsatisfactory* require followup action by Timber Sale Officer and written letter to purchaser outlining necessary work. In some situations, breach action may be appropriate.

| CONTRACT PROVISION | LOCATION | COMMENTS, APPROVAL, AGREEMENT OR BRIEF DESCRIPTION OF WORK OR ACTION NEEDED TO MEET CONTRACT REQUIREMENT |
|---|---|---|
| CT6.4# | C.U. 4 | Skid trails holding up well. |
| BT6.6 | | |

1/ Approval as used herein relates to those specifications which require Forest Service approval for a given work item. It does not mean final approval under B6.35, Acceptance of Work.

| (1) NAME AND SIGNATURE (FOREST SERVICE) | (2) TITLE | DATE |
|---|---|---|
| [signature] | TSA | 10/27/97 |

I AGREE ON BEHALF OF PURCHASER *(delete if inapplicable)* AND I ACKNOWLEDGE RECEIPT OF THIS DOCUMENT.

| (1) NAME AND SIGNATURE (PURCHASER) | (2) TITLE | DATE |
|---|---|---|
| | | |

(Distribution (delete those not used): Purchaser SA, FSR, Purchaser Repres



R3-FS-2400-7 (Rev. 12/85)

DRIV 359

USDA-Forest Service

# TIMBER SALE ADMINISTRATION AGREEMENT AND/OR NOTICE

PAGE 1 OF 2

| TIMBER SALE CONTRACT (SALE NAME) BRANN | CONTRACT NO. 006577 | CONTRACT DATE 9/29/94 | DATE ISSUED 5/8/97 |
|---|---|---|---|
| DISTRICT CHALENDER / FOREST KAIBAB | A COPY OF THIS REPORT WAS GIVEN TO: | | REPORT NUMBER 84 |
| FOLLOW UP NEEDED — YES ☐ NO ☐ | DATE | NAME | |

*INSTRUCTIONS: Use this form to document agreements or communications with the purchaser relative to timber sale contract administration. "Safety" shall be evaluated for each visit to the sale. This form may be used when written approval is required. (1) Signed by the individual with the contractual authority for the action. (2) Enter contract title from delegation of authority.*

This document is issued for the following reasons:

- ☑ Documentation of Sale Program
- ☑ Approval 1/ or authorization as called for in contract provision or Specification No. R3CT 7.2; -22#; BT7.2
- ☐ Mutual agreement as authorized in contract provision or Specification No. ______
- ☐ Minor change agreements
- ☐ Non-compliance with the contract requirements of contract provision of Specification No. ______

| WORK PROGRESS TO DATE: | Satisfactory | Needs Attention | Unsatisfactory |
|---|---|---|---|
| 1. Compliance with operating schedule | | | |
| 2. Utilization: | | | |
| a. Felling and bucking practices | | | |
| b. Damaged trees cut currently | | | |
| c. Designated material yarded and removed | | | |
| 3. Logging | | | |
| a. Snags or unmerchant. trees felled | | | |
| b. Minimum damage to residual stand | | | |
| c. Orderly progression/completion on unit | | | |
| d. Erosion control measures done currently | | | |
| e. Attention to wet-weather operating | | | |
| f. Minimum damage to Forest soils | | | |
| g. Stream protection adequate and timely | | | |
| h. Skid trails/roads location approved | | | |
| i. Landing size and location approved | | | |
| j. Yarding/piling or unutilized material | | | |
| 4. Roads and Maintenance: | | | |
| a. Spec. rds. constr. or reconstr. prior to haul | | | |
| b. Maintenance adequate and current | | | |
| c. Cleanup of logging slash/debris in road | | | |
| d. Surface rock replacement | | | |
| e. Dust abatement measures | | | |
| f. Snowplowing measures | | | |
| g. Temp. roads approved for location/width | | | |

| WORK PROGRESS TO DATE: | Satisfactory | Needs Attention | Unsatisfactory |
|---|---|---|---|
| 5. Scaling and Log Accountability: | | | |
| a. Logs properly presented for scale | | | |
| b. Branding, painting, DP compliance | | | |
| c. Log removal permits being used | | | |
| d. Log trucks using approved haul routes | | | |
| 6. General: | | | |
| a. Company supervision of operation | | | |
| b. Purchaser representative readily available | | | |
| c. Public safety recognized | | | |
| d. Forest improvement protected | | | |
| 7. Sanitation and Servicing: | | | |
| a. Trailer/camping sites approved | | | |
| b. Inorganic material removed from NF lands | | | |
| c. Purchaser improvement removed | | | |
| d. Pollution prevention (soils, air, water) | | | |
| 8. Product Removal: | | | |
| a. Estimate of timber cut | | | |
| b. Average loads a day | | | |
| 9. Fire Prevention and Presuppression: | | | |
| a. Sale fire plans being followed | | | |
| b. Fire trails constructed currently | | | |
| c. Hand/machine slash piling current | | | |
| D. EQUIPMENT, NEEDS | | ✓ | |

Any conditions noted as *unsatisfactory* require followup action by Timber Sale Officer and written letter to purchaser outlining necessary work. In some situations, breach action may be appropriate.

| CONTRACT PROVISION | LOCATION | COMMENTS, APPROVAL, AGREEMENT OR BRIEF DESCRIPTION OF WORK OR ACTION NEEDED TO MEET CONTRACT REQUIREMENT |
|---|---|---|
| BT7.2, CT7.2 | C.U. 21 | MET GEORGE OBART AT SALE AREA |
| | | CRAIG CHRISTMAN F.P.O. COMPLETED FIRE |
| | | INSPECTION OF SITE AND EQUIPMENT. |
| | | 1) SAWS + TRACTOR OK. |
| | | 2) FIRE TOOL BOX STILL NEEDS AX |
| | | AND ROCK |
| | | 3) TRUCK NEEDS SHOVEL + EXTINGUISHER |

1/ Approval as used herein relates to those specifications which require Forest Service approval for a given work item. It does not mean final approval under B6.35, Acceptance of Work.

| (1) NAME AND SIGNATURE (FOREST SERVICE) S. MULLEN [signature] | (2) TITLE SALE ADMIN. | DATE 5/8/97 |
|---|---|---|

I AGREE ON BEHALF OF PU... / ...OWLEDGE RECEIPT OF THIS DOCUMENT.

| (1) NAME AND SIGNATURE (PURCHASER) | ...E | DATE |
|---|---|---|

449

[Distribution (delete those not used): Purchaser SA, FSR, Purchaser Representative, C.O., file]

R3-FS-2400-7 (Rev. 12/85)

BRN 360

USDA-Forest Service

PAGE 2 OF 2

TIMBER SALE ADMINISTRATION
AGREEMENT AND/OR NOTICE
CONTINUATION SHEET

Timber Sale Contract (SALE NAME) BRANN T.S.

REPORT NUMBER 84

FOLLOWING ARE COMMENTS ON THE PERFORMANCE UNDER THE ABOVE DESIGNATED TIMBER SALE CONTRACT:

| CONTRACT PROVISION | LOCATION | COMMENTS, APPROVAL, AGREEMENT, OR BRIEF DESCRIPTION OF WORK OR ACTION NEEDED TO MEET CONTRACT REQUIREMENT |
|---|---|---|
| BT6.0 | C.U. 21 | FELLING ON GOING |
| | | HAULING ON GOING |
| BT6.3 | C.U. 21, 16, 9 | JOHN SMITH CALLED 5/8 0730. |
| | | OBART WILL MOVE FROM UNIT |
| | | 21 TO UNIT 16 AND REMOVE |
| | | REMAINDER OF DOWN INCLUDED TIMBER. |
| | | ART DALEY WILL FINISH SLASH WORK. |
| | | AFTER 16 COMPLETE, GEORGE WILL |
| | | MOVE TO C.U. 9 AND FINISH |
| | | REMOVAL OF STANDING AND DOWN |
| | | INCLUDED TIMBER. |

| (1) NAME AND SIGNATURE (FOREST SERVICE) | (2) TITLE | DATE |
|---|---|---|
| S. Mulrooney [signature] | SALE ADMIN. | 5/8/97 |

I AGREE ON BEHALF OF PURCHASER *(delete if inapplicable)* AND I ACKNOWLEDGE RECEIPT OF THIS DOCUMENT.

| (1) NAME AND SIGNATURE (PURCHASER) | E | DATE |
|---|---|---|
| | | |



R3-FS-2400-7a (10/

Precision Pine & Timber Inc.
Inventory [illegible]
10-31-95

WILSON JONES COMPANY

| | | | | |
|---|---|---|---|---|
| Winslow | | | | |
| Finished Lumber | | | | |
| Moulding | 16302 | 1500 | 1250 | $20377.50 |
| #1 Shop | 1905 | 1100 | 800 | $1,524.00 |
| 2 Shop | 7607 | 1000 | 700 | $5324.90 |
| 3 Shop | 5647 | 715 | 530 | $2,992.91 |
| [illegible] Shop + Mldg | 3929 | 350 | 300 | $1,178.70 |
| Common + Dimension | 287713 | 325 | 315 | $90629.60 |
| Total Finished Lumber | 323103 | | | $122,027.60 |
| Winslow | | | | |
| Stacked Lumber | | | | |
| Moulding | 35240 | 1400 | 1150 | $40526.00 |
| #1 Shop | 24600 | 900 | 750 | $18450.00 |
| 2 Shop | 98400 | 700 | 650 | $63960.00 |
| 3 Shop | 98400 | 500 | 450 | $44280.00 |
| Common + Dimension | 646058 | 325 | 300 | $193817.40 |
| Total Stacked Lumber | 902698 | | | $361033.40 |
| Winslow | | | | |
| Green Lumber | | | | |
| Moulding | 0 | 1200 | 1000 | 0 |
| #1 Shop | 0 | 700 | 650 | 0 |
| 2 Shop | 0 | 600 | 550 | 0 |
| 3 Shop | 0 | 450 | 400 | 0 |
| Common + Dimension | 83272 | 225 | 225 | $187362.0 |
| Total Green Lumber | 83272 | | | $187362.0 |
| Total Winslow Lumber | 1309073 | | | $501917.20 |
| Total Winslow Logs | 130000 | | | $37925.00 |
| Total RV Lumber | 46524 | | | $6223.74 |
| Total RV Logs | 2310000 | | | $79250.00 |
| | | | | $625195.94 |
| Total value all Inventory | | | | $625195.94 |
| Total Value all Acct Rec. | | | | $544255.94 |
| Total Pellet Inv. | | | | $41550.00 |
| Total value Comb. Receivables | | | | $1211001.88 |

Precision Pine & Timber Inc.
Inventory Summary
1-31-96

| | Volume Inv. | Market | Cost | Total |
|---|---|---|---|---|
| Winslow | | | | |
| Finished Lumber | | | | |
| Moulding | 3888 | 15.00 | 12.50 | $ 4860.00 |
| #1 Shop | 3599 | 11.00 | 8.00 | $ 2639.20 |
| 2 Shop | 5578 | 10.00 | 7.00 | $ 3904.[illegible] |
| 3 Shop | 36374 | 7.15 | 5.30 | 19278.[illegible] |
| Stain Shop & Mlg | -0- | 3.50 | 3.00 | -0- |
| Common & Dimension | 252765 | 3.25 | 3.15 | $ 79,620.98 |
| Total Finished Lumber | 302204 | | | $ 110,303.00 |
| Winslow | | | | |
| Stacked Lumber | | | | |
| Moulding | 45480 | 14.00 | 11.50 | $ 52302.00 |
| #1 Shop | 39034 | 9.00 | 7.50 | $ 29275.50 |
| 2 Shop | 168603 | 7.00 | 6.50 | $ 109591.95 |
| 3 Shop | 212239 | 5.00 | 4.50 | $ 95507.55 |
| Common & Dimension | 629155 | 3.25 | 3.00 | $ 188746.50 |
| Total Stacked Lumber | 1094511 | | | $ 475,423.50 |
| Winslow | | | | |
| Green Lumber | | | | |
| Molding | -0- | 12.00 | 10.00 | -0- |
| #1 Shop | -0- | 7.00 | 6.50 | -0- |
| 2 Shop | -0- | 6.00 | 5.50 | -0- |
| 3 Shop | -0- | 4.50 | 4.00 | -0- |
| Common & Dimension | 200600 | 2.25 | 2.25 | $ 45135.00 |
| Total Green Lumber | 200600 | | | 45135.00 |
| Total Winslow Lumber | 1597315 | | | $ 630861.50 |
| Total Winslow Logs | 631000 | | | $ 126200.00 |
| Total RV Logs | 10000 | | | $ 3750.00 |
| Total Heber Lumber | 106105 | | | $ 52277.50 |
| Total Heber Logs | 1116000 | | | $ 418500.00 |
| | | | | 1231089.00 |
| Total Value all Inventory | | | | $ 1231089.00 |
| Total value all Acct Rec. | | | | $ 502895.88 |
| Total Pellet Inv. | | | | 242228.70 |
| Total Value Acct Rec + Inv. | | | | $ 1976213.58 |

Precision Pine + Timber Inc
Inventory Summary
4-30-96

| | Volume Inv | Market | Cost | Total |
|---|---|---|---|---|
| **Winslow** | | | | |
| Finished Lumber | | | | |
| Moulding | 17309 | 1375 | 1275 | $ 22,068.98 |
| #1 Shop | 2034 | 915 | 865 | $ 1,759.41 |
| 2 Shop | 15131 | 810 | 760 | $ 11,499.56 |
| 3 Shop | 51357 | 630 | 600 | $ 30,814.20 |
| Stair Shop + Mldg | -0- | | | -0- |
| Commons + Dimensions | 352711 | 365 | 350 | $ 123,448.85 |
| Total Finished Lumber | 438542 | | | $ 189591.00 |
| **Winslow** | | | | |
| Stacked Lumber | | | | |
| Moulding | 24600 | 1325 | 1200 | $ 29520.00 |
| #1 Shop | 24600 | 865 | 850 | $ 20910.00 |
| 2 Shop | 98400 | 760 | 730 | $ 71832.00 |
| 3 Shop | 98400 | 600 | 575 | $ 56580.00 |
| Commons + Dimensions | 163337 | 350 | 300 | $ 49001.00 |
| Total Stacked Lumber | 495104 | | | $ 227,843.00 |
| **Winslow** | | | | |
| Green Lumber | | | | |
| Moulding | -0- | 1200 | 1100 | -0- |
| #1 Shop | 6781 | 800 | 700 | $ 4746.70 |
| 2 Shop | 13561 | 700 | 600 | $ 8136.60 |
| 3 Shop | 13561 | 600 | 500 | $ 6780.50 |
| Commons + Dimensions | 55602 | 250 | 200 | $ 11120.40 |
| Total Green Lumber | 89505 | | | $ 30784.20 |
| Total Winslow Lumber | 1023151 | | | $ 448218.20 |
| Total Winslow Logs | 850000 | | | $ 80500.00 |
| Total RV Logs | 10000 | | | $ 2750.00 |
| Total Heber Lumber | 94481 | | | $ 40769.57 |
| Total Heber Logs | 308000 | | | $ 163579.71 |
| | | | | $ 735817.48 |
| Total Value all Inventory | | | | $ 735817.48 |
| Total Value all Acct Rec | | | | $ 356828.26 |
| Total Pellet Inventory | | | | $ 253465.30 |
| Total Value Comb. Rec + Inv | | | | $ 1346111.04 |

# Precision Pine & Timber
## Inventory Summary
## 11-30-96

| | Initials |
|---|---|
| Prepared By | |
| Approved By | |

WILSON JONES COMPANY

| | Volume | Market | Cost | Total |
|---|---|---|---|---|
| Window | | | | |
| Finished Lumber | | | | |
| Moulding | 1608 | 1450 | 1400 | 225120 |
| #1 Shop | 546 | 980 | 925 | 50505 |
| 2 Shop | 29515 | 890 | 830 | 2497450 |
| 3 Shop | 38822 | 720 | 700 | 2717540 |
| Stair Shop + Moulding | | | | |
| Commons + Dimensions | 134839 | 365 | 350 | 4719365 |
| Total Finished Lumber | 205330 | | | 10209980 |
| Window | | | | |
| Stacked Lumber | | | | |
| Moulding | — | 1400 | 1350 | — |
| #1 Shop | 17676 | 950 | 900 | 1590840 |
| 2 Shop | 106056 | 850 | 800 | 8484480 |
| 3 Shop | 229788 | 675 | 625 | 14361750 |
| Commons + Dimensions | — | 350 | 300 | — |
| Total Stacked Lumber | 353520 | | | 24437070 |
| Window | | | | |
| Green Lumber | | | | |
| Moulding | — | 1200 | 1100 | — |
| #1 Shop | — | 850 | 750 | — |
| 2 Shop | — | 750 | 650 | — |
| 3 Shop | — | 650 | 550 | — |
| Commons + Dimensions | 33880 | 250 | 200 | 677600 |
| Total Green Lumber | 33880 | | | 677600 |
| Total Window Lumber | 592730 | | | 41423050 |
| Total Window Logs | 8000 | | | 288000 |
| Total R.V. Logs | 10000 | | | 275000 |
| Total Weir Lumber | 103473 | | | 3825522 |
| Total Weir Logs | — | | | 0 |
| Total Value of Inventory | | | | 45811572 |
| Total Value of A/R | | | | 21567307 |
| Total Rebate Inventory | | | | 19679920 |
| Total Value of A/R + Inventory | | | | 87358799 |