## Harrington, David

**From:** Harrington, David
**Sent:** Thursday, April 15, 2004 5:44 PM
**To:** 'rgoeken@saltmanandstevens.com'
**Subject:** Precision Pine & Timber, Inc. v. United States, No. 98-720C (Fed. Cl.).

Rick:

Please find attached the draft motion for summary judgment per our discussions earlier this afternoon. While the motion is complete with the exception of citations, we are providing this draft strictly as a courtesy and retain the discretion to modify the motion that is filed with the Court.

Best regards,

David

Draft Motion for Summary Judgm...

David A. Harrington, Attorney
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277