# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed April 21, 2004 |
| THE UNITED STATES, Defendant. | |

## ORDER

On April 15, 2004, defendant filed an unopposed motion for enlargement of time within which to file its motion for summary judgment, proposed findings of uncontroverted fact, and appendix. Because defendant requested only a one-day extension and because the motion was unopposed, defendant's motion for enlargement of time is GRANTED. The Court ORDERS that defendant shall file its motion for summary judgment, proposed findings of uncontroverted fact, and appendix by April 16, 2004.

On April 16, 2004, defendant filed a motion for leave to exceed the page limitation in connection with its motion for summary judgment. While the Court appreciates the concerns stated by plaintiff in its opposition to defendant's motion for leave to exceed the page limitation, the Court believes that the interests of justice are best served by permitting defendant to fully set forth the factual and legal grounds for its motion. Accordingly, defendant's motion for leave to exceed the page limitation in connection with its motion for summary judgment is GRANTED. The Court ORDERS that defendant's motion for summary judgment, also submitted on April 16, 2004, shall be filed as of this date.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge