# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br>Filed May 14, 2004 |

ORDER

On May 3, 2004, plaintiff filed a motion to exceed the page limit and for an enlargement of time within which to file its response to defendant's motion for partial summary judgment. On May 12, 2004, defendant filed an opposition to plaintiff's motion to exceed the page limit and for an enlargement of time. The Court understands that plaintiff's request is extraordinary, and urges plaintiff to draft its response in as clear and concise a manner as possible. The Court believes, however, that the interests of justice are best served by permitting plaintiff to fully set forth the factual and legal grounds for its response to defendant's motion for summary judgment. Accordingly, plaintiff's motion to exceed the page limitation in connection with its response to defendant's motion for summary judgment is GRANTED.

Additionally, plaintiff's motion for an enlargement of time in which to file its response is GRANTED. The Court ORDERS that plaintiff's response to defendant's motion for summary judgment shall be filed and served by June 4, 2004.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge