IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-720C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules of the Court of Federal Claims ("RCFC") 6.1, plaintiff hereby moves for an enlargement of three (3) business days to and including June 9, 2004 within which to file its Response to Defendant's Motion for Partial Summary Judgment in this matter. That Response is presently due on June 4, 2004. The basis for the plaintiff's request lies in the fact that one of the attorneys assigned to this matter, Mr. David Craig, has had a medical emergency, i.e., he has been diagnosed as having a pulmonary embolism.

Mr. Craig had substantial responsibilities for the production of the plaintiff's Response. These responsibilities included assuring that the assertions made in the brief are fully supported by evidence in the record including documentary evidence, deposition testimony and declarations. Moreover, Mr. Craig had primary responsibility for assembling plaintiff's appendix and assuring the correctness of citations for that appendix. Mr. Craig's medical emergency will substantially affect, if not preclude, his performing some or all of these

functions. As a result, the completion of the brief will be delayed beyond the present due date as members of the team working on this matter who are already substantially engaged in other aspects of producing plaintiff's Response will also have to do some or all of the work that Mr. Craig was assigned.

This is plaintiff's second request for an enlargement in this regard. However, plaintiff would not make this request absent the extraordinary intervening circumstances which have occurred.

Plaintiff's counsel attempted to contact counsel for the defendant about this matter on May 28, 2004 and left a message but did not hear back from counsel for defendant. Plaintiff's counsel attempted to contact counsel for the defendant again on June 1, 2004 but was unable to reach counsel for defendant.

For the reasons set forth above, plaintiff respectfully requests that this Court grant its Motion for an Enlargement of Time to and including June 9th within which to file its Response to defendant's motion.

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
David J. Craig
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: June 1, 2004