**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-720C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DAMAGES AND APPENDIX THERETO IN PAPER FORM**

Plaintiff hereby respectfully requests that the Court grant leave to file Plaintiff's Response to Defendant's Motion for Partial Summary Judgment Regarding Damages and the Appendix thereto in paper form, rather than electronically.

Because of the complex issues addressed in Plaintiff's Response to Defendant's Motion for Partial Summary Judgment Regarding Damages, plaintiff's response will cover almost 100 pages and the appendix to plaintiff's response may well approach 500 pages. Therefore, for the convenience of the Court and the parties, plaintiff respectfully requests that the Court grant leave to file plaintiff's response and appendix in paper form.

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
David J. Craig
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Dated: June 1, 2004