# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | No. 98-720 C |
| Plaintiff, | ) | |
| v. | ) | Filed June 2, 2004 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

On June 1, 2004, plaintiff filed a motion for enlargement of time within which to file its response to defendant's motion for partial summary judgment. Plaintiff attempted to contact defendant's counsel regarding this motion on May 28, 2004 and June 1, 2004. Defendant did not return plaintiff's phone calls. Because plaintiff showed good cause for making the request and requested only a three-day extension, plaintiff's motion for enlargement of time is GRANTED. The Court ORDERS that plaintiff shall file and serve its response to defendant's motion for partial summary judgment by June 9, 2004.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge