# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 98-720 C

Filed June 2, 2004

ORDER

On June 1, 2004, plaintiff filed an unopposed motion to file its response to defendant's motion for partial summary judgment regarding damages and appendix thereto in paper form. Because of the length of the response and its appendix, plaintiff's motion to file in paper form is GRANTED. The Court ORDERS that plaintiff shall file and serve its response to defendant's motion for partial summary judgment regarding damages and appendix thereto in paper form by June 9, 2004.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge