# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., | No. 98-720 C |
| Plaintiff, | |
| v. | Filed July 9, 2004 |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

On June 18, 2004, this Court issued an ORDER setting oral argument on defendant's motion for summary judgment for Friday, August 13, 2004. Due to a scheduling conflict, the August 13 oral argument needs to be rescheduled. After discussion with the parties, the Court ORDERS that the parties shall appear for oral argument on defendant's motion for summary judgment on Tuesday, August 10, 2004 at 9:30 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The August 10 proceedings will be in open court and on the record.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge