**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO SERVE OUT OF TIME**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, defendant, the United States, seeks an enlargement of time to serve its reply in support of summary judgment regarding damages, the accompanying appendix and its response to plaintiff's additional proposed findings of uncontroverted facts, out of time. Defendant's reply was to have been served by 5:00 p.m. on July 23, 2004. Defendant seeks an enlargement of 3 hours. We have contacted Richard W. Goeken, counsel for plaintiff Precision Pine & Timber, Inc. ("Precision Pine"), who has informed us that Precision Pine takes no position with respect to this motion.

In revising the briefing schedule in this action, the Court directed that defendant's reply brief be filed by July 23, 2004. The Court further directed that service be accomplished by hand delivery by 5:00 p.m. The United States' motion and accompanying documents are presently complete and will be filed on time. However, owing to the voluminous nature of the briefs, the large number of proposed findings of uncontroverted fact requiring a response, and the large appendix that required compilation and copying, the completion and copying of the briefs was not accomplished in sufficient time to served plaintiff by 5:00 p.m.

However, as noted above, the briefs are complete. In addition, service by and hand delivery can be accomplished today by undersigned counsel. Consequently, counsel anticipates serving defendant's reply brief this evening. Defendant, therefore, requests an enlargement of 3 hours to accomplish service of its reply brief and accompanying documents..

For these reasons, the United States respectfully requests that it be an enlargement of 3 hours to serve by hand defendant's reply brief and accompanying documents in this matter. No enlargement for filing with the Court is sought.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

Patricia Disert
Lori Polin Jones
Office of the General Counsel
U.S. Department of Agriculture

July 23, 2004