# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., | No. 98-720 C |
| Plaintiff, | |
| v. | Filed July 29, 2004 |
| THE UNITED STATES, | |
| Defendant. | |

ORDER

By Order dated June 18, 2004, this Court ordered that defendant's reply in support of its motion for summary judgment shall be filed, and served by hand, by Friday, July 23, 2004 at 5:00 p.m. Defendant was unable to serve its reply to plaintiff by 5:00 p.m., and on July 23, 2004, filed a motion for leave to serve its reply out of time. Plaintiff's counsel initially took no position with respect to this motion. In a telephone conversation on or about July 26, 2004, plaintiff's counsel informed the Court that it had received defendant's response on the evening of July 23, 2004, and would not oppose defendant's motion to serve out of time. Accordingly, defendant's motion to serve out of time is GRANTED.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge