# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | No. 98-720 C |
| Plaintiff, | ) | |
| v. | ) | Filed July 29, 2004 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

On July 26, 2004, plaintiff filed a motion for leave to file a sur-reply in order to respond to defendant's reply in support of its motion for summary judgment. Plaintiff contends that defendant, in its reply brief, raised "several issues of fact and law that it did not discuss in its initial motion." Defendant filed its opposition to plaintiff's motion for leave to file a sur-reply on July 28, 2004. RCFC 5.2 provides for a dispositive motion, a response to the motion, and a reply brief by the moving party. The rules do not contemplate the filing of a sur-reply. Whether to allow a party to file a sur-reply is within the sound discretion of the Court. The parties have submitted lengthy briefs (particularly, plaintiff's response brief of 100 pages) in support of their respective positions regarding defendant's motion for summary judgment. The Court is satisfied that it has received sufficient written material from the parties regarding the issues germane to the motion for summary judgment. Additionally, a sur-reply is not the last opportunity that plaintiff will have to be heard on the issue of summary judgment–the Court has scheduled a full day of oral argument for August 10, 2004. Plaintiff will have ample opportunity at that time to rebut the arguments set forth by defendant in its reply brief. Accordingly, plaintiff's motion for leave to file a sur-reply is DENIED.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge