# In the United States Court of Federal Claims

**98-720C**

**Filed: July 27, 2004**

**PRECISION PINE & TIMBER, INC.,**

**v.**

**THE UNITED STATES**

**Dft's Response to Pltf's Additional**
**Proposed Findings of Uncontroverted Fact**
**[FILED BY LEAVE OF THE JUDGE]**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.