ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 12 2004
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | |
| v. | ) | No. 98-720C (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DEMONSTRATIVE EXHIBITS AND FOR LEAVE TO FILE SAID EXHIBITS IN PAPER FORM**

Plaintiff hereby respectfully requests that the Court grant leave to file the two attached letter-sized hard copies of the two demonstrative charts that plaintiff exhibited and referenced during the August 10, 2004 oral argument on Defendant's Motion for Partial Summary Judgment Regarding Damages. Plaintiff believes that filing these charts with the Court would be useful in completing the record, particularly since referenced to the aforementioned charts will be reflected in the transcript of the oral argument. Plaintiff also requests leave to file said charts in paper form, rather than electronically, because of the technical complications of electronically filing color graphics, and because these charts will be most useful when considered in conjunction with the transcript of the oral argument, which will necessarily itself be in paper form. Counsel for defendant has been contacted and has indicated that defendant does not oppose the filing of this motion.

Respectfully submitted,

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
David J. Craig
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Dated: August 11, 2004

**Breach**

| **August 25, 1995 through April 1997** | **May 1997 through December 1999** |
| --- | --- |

**no harvesting of breached sales**

**harvesting breached sales (assume all sales harvested)**

[redacted]

**selling resulting lumber from breached sales at a profit of <u>less than $X</u>**

**(Transaction B)**

**Total Profit earned = less than $X (due to declining market)**

**If there were no breach**

| August 25, 1995 through April 1997 | May 1997 through December 1999 |
| --- | --- |
| harvesting breached sales | harvesting OTHER sales |
| [redacted] | [redacted] |
| selling resulting lumber from breached sales at a <u>profit of $X</u> (Transaction A) | selling resulting lumber from OTHER sales at a <u>profit of $Y</u> (Transaction B) |
| acquiring timber for harvesting in 1997, 1998, and 1999 | acquiring timber for harvesting in 2000, 2001, and 2002 |

**Total profit = $X+$Y**

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2004, I served via first class mail, postage prepaid, a copy of **PLAINTIFF'S MOTION FOR LEAVE TO FILE DEMONSTRATIVE EXHIBITS AND FOR LEAVE TO FILE SAID EXHIBITS IN PAPER FORM** on David A. Harrington, Esq., attorney for defendant, United States of America, United States Department of Justice, Commercial Litigation Branch, Civil Division, Attn: Classification Unit, 8th Floor, 1100 L Street, N.W., Washington, D.C. 20530.

Ethel Fluitt

Docket No. 98-720C

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE G. Miller

FROM: CLERK'S OFFICE

The attached was received on 8-11-04 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ____________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ____________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ This case has been designated as an *ECF* case. - motion for leave should be filed electronically
8. ____

Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
***(Note - This is a separately written order)***

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

George W. Miller
Signature

8/12/04
Date