ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 98-720C (Judge G. Miller) |

FILED AUG 1 2 2004 U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION *IN LIMINE* AND APPENDIX IN PAPER FORM**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, Precision Pine & Timber, Inc., respectfully requests that the Court grant it leave to file the Plaintiff's Motion *In Limine* to Exclude the Report, Testimony and Declaration of Defendant's Putative Expert Witness, Charles P. Adkins and Appendix thereto in paper form, rather than electronically.

The motion and appendix are over 170 pages long. Therefore, for the convenience of the Court and the parties, plaintiff respectfully requests that the Court permit the filing of the motion and the appendix in paper form. As required by RCFC 5.3(d), plaintiff has submitted for filing the original and two copies of the motion and the appendix. Additionally, plaintiff hand-served defendant with a paper copy of the instant motion, Plaintiff's Motion *In Limine* and supporting appendix on August 6, 2004.

Respectfully submitted,

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
David J. Craig
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: August 6, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2004, I caused to be served via hand delivery, a copy of **PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION *IN LIMINE* AND APPENDIX IN PAPER FORM** on David Harrington, Esq., attorney for defendant, United States of America, U.S. Department of Justice, Commercial Litigation Branch, Civil Division, Attn: Classification Unit, 8th Floor, 1100 L Street, N.W., Washington, D.C. 20530.

Ethel C. Fluitt

Docket No. 98-720C

UNITED STATES COURT OF FEDERAL CLAIMS

MEMORANDUM

TO: JUDGE G. Miller
FROM: CLERK'S OFFICE

The attached was received on 8-6-04
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ______________________ |

5. ✓ Original ~~affidavit(s)~~/declaration(~~s~~) is/~~are~~ missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ____ This case has been designated as an *ECF* case.
8. ✓ motion for leave should be filed electronically

[signature]
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***

***(Note - This is a separately written order)***

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

George W. Miller
Signature

8/12/04
Date