# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed August 16, 2004 |
| THE UNITED STATES, Defendant. | |

ORDER

On August 12, 2004, plaintiff filed a "Motion for Leave to File Demonstrative Exhibits and For Leave to File Said Exhibits in Paper Form." The demonstrative exhibits that plaintiff sought to file are letter-sized hard copies of the two demonstrative charts that plaintiff exhibited and referenced during the August 10, 2004 oral argument. Plaintiff represents that defendant does not oppose the motion. Plaintiff's motion is GRANTED and the Court ORDERS that plaintiff's demonstrative exhibits, filed with plaintiff's motion, shall be filed in paper form as of this date.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge