# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | No. 98-720 C |
| v. | ) | Filed August 24, 2004 |
| THE UNITED STATES, Defendant. | ) | |

ORDER

On August 12, 2004, plaintiff filed, by leave of Court, a "Motion for Leave to File Motion in Limine and Appendix in Paper Form." Plaintiff represented that its motion and appendix are over 170 pages long. Defendant did not object to this motion. Plaintiff's Motion for Leave to File Motion in Limine and Appendix in Paper Form is GRANTED.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge