# In the United States Court of Federal Claims

**98-720C**

**Filed: August 24, 2004**

**PRECISION PINE & TIMBER, INC.,**

**v.**

**THE UNITED STATES**

**Pltf's Motion in Limine to Exclude the Report,**
**Testimony and Declaration of Dft's**
**Putative Expert Witness, Charles P. Adkins,**
**Together with Separately Bound Appendix Volume**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.