# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 98-720 C

Filed August 30, 2004

## ORDER

On August 6, 2004, plaintiff served on defendant and submitted for filing with the Court, a Motion In Limine to Exclude the Report, Testimony, and Declaration of Defendant's Putative Expert Witness, Charles P. Adkins. Plaintiff's motion was filed by leave of Court on August 24, 2004. By oral motion on August 10, 2004, defendant requested that full briefing of plaintiff's motion in limine be deferred until the Court has ruled on defendant's pending motion for partial summary judgment regarding damages. Plaintiff objected to defendant's motion, stating that because the Government included a declaration from Mr. Adkins in its supplemental appendix filed in conjunction with its reply brief in support of its motion for summary judgment, plaintiff's motion in limine is ripe for consideration by the Court. At this time, the Court does not anticipate relying on Mr. Adkins' declaration in reaching a decision on defendant's summary judgment motion. Accordingly, defendant's motion to defer briefing of plaintiff's motion in limine is GRANTED.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge