# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | No. 98-720 C |
| v. | ) | Filed September 30, 2004 |
| THE UNITED STATES, Defendant. | ) | |

## ORDER

On September 9, 2004, plaintiff filed a Motion for Leave to File Supplemental Authority. Specifically, Precision Pine sought to draw the Court's attention to two recently-decided cases in which the Court of Federal Claims applied the "substantial factor" test when analyzing causation of lost profits. Defendant did not oppose the motion. Plaintiff's Motion for Leave to File Supplemental Authority is GRANTED. The August 31, 2004 opinion in *American Savings Bank, F.A. v. United States*, and the August 30, 2004 opinion in *Franconia Associates v. United States*, which were attached to plaintiff's motion for leave, shall be filed as supplemental authority as of this date.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge