# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br>Filed September 30, 2004 |

ORDER

On September 30, 2004, the Court held a scheduling conference in this case. Defendant represented to the Court that because of commitments in another case, defendant is unable to commence trial on January 18, 2005, as tentatively scheduled in the Court's Order of June 18, 2004. After discussion with the parties, the Court ORDERS that trial on damages in this case shall commence on May 2, 2005. This trial date is a firm date, and will be adjusted only upon a showing of compelling circumstances. Any party encountering what it deems to be compelling circumstances is ORDERED to inform opposing counsel and the Court as promptly as practicable. Currently, the trial is anticipated to last six weeks.

The parties are ORDERED to appear for a status conference on Tuesday, January 4, 2005 at 10:00 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. During the status conference, the Court will set a schedule for completion of the pre-trial activities, including those set forth in Appendix A to the Rules of the Court of Federal Claims. The parties will also discuss the location and duration of the trial. The January 4 proceedings will be in open court and on the record.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge