# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br>Filed November 2, 2004 |

ORDER

On September 30, 2004, the Court ordered that the trial on damages in this case shall commence on May 2, 2005. That trial date was to be a firm date, and would be adjusted only upon a showing of compelling circumstances. In a letter dated October 15, 2004, plaintiff notified the Court and opposing counsel of compelling circumstances as to why the trial of damages could not commence on May 2, 2005. Plaintiff represented to the Court that several witnesses were unavailable during the first ten days of May. Plaintiff requested that the trial commence on May 12, 2005. Defendant has not objected to plaintiff's request. Because compelling circumstances have been shown, plaintiff's request that trial commence on May 12, 2005 is GRANTED.

The parties are ORDERED to appear for a status conference on Tuesday, January 4, 2005 at 10:00 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. During the status conference, the Court will set a schedule for completion of the pre-trial activities, including those set forth in Appendix A to the Rules of the Court of Federal Claims. The parties will also discuss the location and duration of the trial. The January 4 proceedings will be in open court and on the record.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge