# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 98-720 C

Filed December 2, 2004

ORDER

On November 29, 2004, plaintiff filed a motion requesting an immediate status conference to discuss the proposed course of proceedings outlined by plaintiff in its November 24, 2004 letter to defendant. Counsel for defendant notified the Court orally that he is currently in trial in another case and would not be available for a status conference until after December 14, 2004. Plaintiff's motion for a status conference is GRANTED. After discussion with the parties, the Court ORDERS that the parties shall appear for a status conference on Thursday, December 16, 2004 at 10:00 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties shall be prepared to discuss plaintiff's proposal that the parties agree to a post-trial procedure such as that used in the recent case of Franconia Associates v. United States, 61 Fed. Cl. 718 (2004).

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge