**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

By order dated November 2, 2004, the Court directed that the parties appear for a status conference in this matter on January 4, 2005, at 10:00 a.m., in order to address pretrial scheduling issues.

The parties have exchanged proposed pretrial schedules.[1] Additionally, in our most recent letter, we invited counsel for Precision Pine telephone to discuss the parties' respective proposals. See Ex. 2 at 2. Precision Pine's attorneys apparently have been unavailable to participate in such discussions. Consequently, to apprise the Court of the parties' positions in advance of the January 4, 2004 status conference, the United States files this status report.

As set forth in our December 30, 2004 letter, the United States has proposed that the Court adopt the following pretrial schedule in this action.

| | |
|---|---|
| Plaintiff Identifies Expert Witness on Post-Suspension Harvesting | Monday, January 10, 2005 |
| Plaintiff Produces Expert Report on Post-Suspension Harvesting | Monday, January 24, 2005 |

[1] The schedule proposed by Precision Pine & Timber, Inc. ("Precision Pine"), with counsel's accompanying cover letter, is attached to this status report as Exhibit 1. The schedule proposed by the United States, with counsel's accompanying cover letter, is attached as Exhibit 2.

| | |
|---|---|
| Parties Exchange Preliminary Witness Lists | Monday, January 31, 2005 |
| Parties Exchange Preliminary Exhibit Lists | Monday, February 21, 2005 |
| Parties Meet in Accordance with Appendix A, ¶ 13(c) | Monday, February 28, 2005 |
| Plaintiff Files Memorandum of Facts and Law (App. A ¶ 14(a)), Final Witness List (App. A ¶ 15), and Final Exhibit List (App. A ¶ 16) | Monday, March 7, 2005 |
| Defendant Files Memorandum of Facts and Law (App. A ¶ 14(b)), Final Witness List (App. A ¶ 15), and Final Exhibit List (App. A ¶ 16) | Monday, April 4, 2005 |
| Parties File Motions *In Limine* | Monday, April 18, 2005 |
| Parties File Responses To Motions *In Limine* | Thursday, April 28, 2005 |
| Pre-Trial Conference | Thursday, May 5, 2005 |
| Trial | Thursday, May 12, 2005 |

Further, we propose: (1) a period of 30 days after the production of an expert report on post-suspension harvesting to conduct a deposition of Precision Pine's expert;[2] (2) the parties be allowed to add exhibits to their preliminary exhibit lists, without cause, up and until the filing of final trial exhibit lists; (3) parties each stipulate to the authenticity of documents that were produced to the opposing party during discovery; (4) the parties each be limited to presenting 40 hours of trial testimony; and (5) the pre-trial conference take place in Washington, D.C., at 10:00 a.m., on Thursday, May 5, 2005.

---

[2] The United States reserves the right to produce rebuttal reports, if warranted, following this period of discovery. In addition, the United States reserves the right to seek additional discovery if needed as a result of the content of the expert report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

Patricia Disert
Lori Polin Jones
Office of the General Counsel
U.S. Department of Agriculture

January 3, 2005