SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217
E-mail: asaltman@saltmanandstevens.com

December 29, 2004

**VIA FACSIMILE**

David A. Harrington, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530

Re: Precision Pine & Timber Co. v. United States, COFC No. 98-720C

Dear David:

Per my letter of last week, attached is a schedule of pretrial activity both in general and specifically with regard to the offset issue.

Please review it and get back to me or Rick.

I would also appreciate hearing back from you on where things stand on the proposed stipulations that we sent over to you some time ago

Sincerely yours,

SALTMAN & STEVENS, P.C.

Alan I. Saltman

AIS/bjr
Attachment

12/29/2004

| This schedule would cover all witnesses, documents, etc. except those related to any alleged offset due the government as a result of Precision Pine's post-suspension harvest of the sales in issue | | schedule dealing only with offset based on post-suspension harvesting of sales in issue | |
|---|---|---|---|
| parties meet to discuss stipulation of fact | 1/11/2005 | | |
| exchange preliminary witness list | 1/14/2005 | | |
| exchange final witness list | 1/28/2005 | | |
| file joint stipulation of fact | 2/4/2005 | | |
| file motions in limine re: witnesses | 2/11/2005 | | |
| | | plaintiff submits expert report on same | 2/14/2005 |
| | | defendant files expert report on same | 3/14/2005 |
| exchange list of exhibits (¶ 16 of Appendix A) | 3/25/2005 | | |
| | | depositions (in DC) re: these experts on matters related to offset issue | 3/28/2005 |
| file stipulation as to the admissability of exhibits | 4/1/2005 | | |
| file motions in limine re: exhibits | 4/8/2005 | | |
| | | file any motion in limine re: testimony, exhibits relating to offset issue | 4/20/2005 |
| pre-trial conference | 4/28/2005 | | |
| trial | 5/12/2005 | | |