**U.S. Department of Justice**

Civil Division

DMC:KAB:DHarrington
DJ No. 154-98-720

Telephone: (202) 307-0277
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

December 30, 2004

*Via Facsimile & U.S. Mail*

Alan I. Saltman, Esq.
Saltman & Stevens, P.C.
1801 K Street, N.W.
Washington, D.C. 20006

Re: *Precision Pine & Timber, Inc. v. United States*,
Fed. Cl. No. 98-720C (Judge George W. Miller)

Mr. Saltman:

I have reviewed the proposed pre-trial schedule attached to your December 29, 2004 letter and have concerns about various aspects of the schedule that you envision. Perhaps most significantly, I believe that the two track approach you suggest (i.e., having separate schedules for post-suspension harvesting matters and other matters) is cumbersome and prone to generate needless disputes. I have prepared a somewhat different schedule, which is enclosed with this letter. As you will see, it more closely hews to the schedule in Appendix A of the Rules of the Court of Federal Claims ("RCFC"). Additionally, it offers the benefit of being similar to a schedule used by Judge Miller in a case that he took to trial earlier this year.

A number of comments regarding the enclosed draft schedule are in order. First, while it is not specifically included as part of the schedule, I propose a period of 30 days after the production of an expert report on post-suspension harvesting to conduct a deposition of Precision Pine's expert. In addition, the United States reserves the right to produce rebuttal reports, if warranted, following this period of discovery.

Second, with respect to the preliminary exhibit list, I propose that the parties be allowed to add exhibits to the preliminary exhibit lists, without cause, up and until the filing of final trial exhibit lists.

Third, the draft schedule does not have fixed dates for filing stipulations (RCFC, App. A ¶ 17) or for filing joint exhibits (RCFC, App. A, ¶ 18). I anticipate that we will be able to work together with respect to factual stipulations and generating a joint exhibit list. However, such a process is likely to be ongoing and, consequently, locking in dates at this time would not be beneficial.

Fourth, I propose that the pre-trial conference take place starting in Washington, D.C., at 10:00 a.m., on Thursday, May 5, 2005. Naturally, trial will commence on May 12, 2005, in accordance with the Court's current scheduling order.

Lastly, as you will recall, during our December 18, 2004 status conference, we discussed a number of additional issues such as stipulating to the authenticity of documents produced during discovery, establishing time limits on the presentation of trial testimony, and determining the location of trial. While these issues are not addressed in your letter, I believe that it would be advantageous to address them as soon as possible.

I would welcome a call from you at around 11:00 a.m., on Monday, January 3, 2005, to discuss the issues raised in this letter and any other issues that you wish to discuss in advance of our January 4, 2005, status conference. I look forward to hearing from you.

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch

Enclosure

**DRAFT PRE-TRIAL SCHEDULE**

| | |
|---|---|
| Plaintiff Identifies Expert Witness on Post-Suspension Harvesting | Monday, January 10, 2005 |
| Plaintiff Produces Expert Report on Post-Suspension Harvesting | Monday, January 24, 2005 |
| Parties Exchange Preliminary Witness Lists | Monday, January 31, 2005 |
| Parties Exchange Preliminary Exhibit Lists | Monday, February 21, 2005 |
| Parties Meet in Accordance with Appendix A, ¶ 13(c) | Monday, February 28, 2005 |
| Plaintiff Files Memorandum of Facts and Law (App. A ¶ 14(a)), Final Witness List (App. A ¶ 15), and Exhibits for Trial (App. A ¶ 16) | Monday, March 7, 2005 |
| Defendant Files Memorandum of Facts and Law (App. A ¶ 14(b)), Final Witness List (App. A ¶ 15), and Exhibits for Trial (App. A ¶ 16) | Monday, April 4, 2005 |
| Parties File Motions *In Limine* | Monday, April 18, 2005 |
| Parties File Response To Motions *In Limine* | Thursday, April 28, 2005 |
| Pre-Trial Conference | Thursday, May 5, 2005 |
| Trial | Thursday, May 12, 2005 |