# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | No. 98-720 C |
| v. | ) | Filed January 6, 2005 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

On December 30, 2004, plaintiff filed a motion for partial reconsideration and clarification of the Court's Opinion and Order dated November 23, 2004. Plaintiff's motion for clarification is GRANTED.

## I. Motion for Reconsideration

Pursuant to RCFC 59(b), the Court hereby ORDERS that defendant file and serve a response to plaintiff's motion for partial reconsideration by Friday, January 21, 2005.

## II. Motion for Clarification

Plaintiff has requested that the Court clarify its November 23, 2004 Opinion and Order by specifying that Precision Pine may present evidence at trial relating to costs attributable to time spent by Precision Pine's employees in preparing the original claim letters submitted to the Government pre-litigation. The Court's Opinion addressed attorneys' fees only, and did not specifically consider the costs incurred by Precision Pine due to participation by its employees in pre-litigation claim preparation. That issue, while discussed briefly by the parties, has not been argued to the satisfaction of the Court. Without prejudice to any argument on the merits as to the propriety of Precision Pine's being able to recover such damages, plaintiff will be permitted to present evidence at trial regarding internal costs it incurred in pre-litigation claim preparation. Further legal arguments regarding recovery of pre-litigation claim preparation costs shall be set forth in the parties' pre- and post-trial contentions of law.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge