# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., | No. 98-720 C |
| Plaintiff, | Filed January 19, 2005 |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

On January 19, 2005, defendant filed an unopposed motion for enlargement of time of two days within which to file a response to plaintiff's motion for reconsideration. Defendant requested the enlargement of time in light of in light of government closures and increased security surrounding the Presidential inauguration on January 20.

In consideration of the above, and the fact that plaintiff does not oppose it, defendant's motion is GRANTED. The Court ORDERS that defendant shall file its response to plaintiff's motion for reconsideration by Tuesday, January 25, 2005.

IT IS SO ORDERED.

s/ George W. Miller

GEORGE W. MILLER
Judge