# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed January 24, 2005 |
| THE UNITED STATES, Defendant. | |

## SCHEDULING ORDER

On January 4, 2005, the Court issued an Order setting forth the schedule for further proceedings in this case. Plaintiff requested that the court clarify paragraph 8 of that Order. After discussion with the parties on January 24, 2005, the Court makes the following addition to paragraph (10) of the schedule set forth in the January 4 Order:

> No later than **April 11, 2005**, plaintiff may seek leave to conduct additional discovery related to the content of the report of defendant's rebuttal expert.

IT IS SO ORDERED.

s/ George W. Miller

GEORGE W. MILLER
Judge