# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | No. 98-720 C |
| v. | ) | Filed February 7, 2005 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

On February 7, 2005, the Court issued an Opinion and Order, document number 282, denying plaintiff's Motion for Partial Reconsideration. That Opinion and Order shall be stricken from the record. The Court will re-issue that Opinion and Order.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge