**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT STIPULATIONS OF FACT**

Pursuant to the Court's January 4, 2005 order, the parties are to file Joint Stipulations of Fact on March 2, 2005. Toward this end, the parties have exchanged draft stipulations and, on February 28, 2005, the parties met and discussed those draft stipulations for several hours. That meeting was productive and, at this time, the parties believe that several areas exist where stipulations can be agreed upon that will help to streamline and better focus the issues for trial. However, over the past several days the parties have also been in engaged in an out-of-town deposition of plaintiff's expert witness and the exchange and review of preliminary exhibits. As a result, the precise language of the stipulations remains to be finalized.

Accordingly, the parties respectfully request that (1) the Court grant the parties an additional 9 days, to and including Friday, March 11, 2005, within which to file their stipulations, and (2) that the parties be permitted to supplement that initial filing with such additional stipulations as they may be able to agree upon thereafter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleeker

KATHRYN A. BLEECKER
Assistant Director

s/ Alan I. Saltman

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 (fax)

Attorney for Plaintiff

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

March 2, 2005