# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br>Filed March 3, 2005 |

**ORDER**

On March 2, 2005, the parties filed a Joint Motion For an Enlargement of Time to File Joint Stipulations of Fact. The Joint Motion is GRANTED. The parties shall file Joint Stipulations of Fact by Friday, March 11, 2005, and the parties shall be permitted to supplement that initial filing with such additional stipulations as they may be able to agree upon thereafter.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge