**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | |
| v. | ) | No. 98-720C (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S FINAL WITNESS LIST**

Pursuant to the Court's order of January 4, 2005 and Appendix A, ¶ 15, plaintiff identifies the following witnesses to be called at trial in this matter. Plaintiff reserves the right to amend this list in accordance with the Court's Order and the Rules of the Court of Federal Claims.

1. Lorin Porter
   Precision Pine & Timber, Inc., President
   P.O. Box 70
   Heber, AZ 85928
   Phone: (928) 535-9112

   Anticipated Testimony: Timber acquisition, anticipated performance, mill operations, mitigation, product sales, general corporate operations, claim history, various items of damage, claim preparation time, company history, mill acquisitions. All matters discussed at his deposition. Rebuttal testimony as necessary based on events at trial.

2. Lewis Tenney
   Precision Pine & Timber, Inc., former Vice-President
   Home mailing address: P.O. 219, Heber, AZ 85928
   Home Phone: (928) 535-3212

Anticipated Testimony: Logging and hauling operations, mill acquisitions, timber acquisitions, general corporate operations, claim history, company history. All matters discussed at his deposition.

3. Stephen Reidhead
Tri-Star Logging, Inc., President
140 S. Otto Drive
Snowflake, AZ 85937
Phone: (928) 536-7848

Anticipated Testimony: Timber and pulpwood logging and hauling generally and on behalf of Precision Pine on the sales at issue in this case. All matters discussed at his deposition.

4. Robert Ness
35670 Myrtlewood Lane
Pleasant Hill, OR 97455
Phone: (541) 747-8940

Anticipated Testimony: Contents of expert report as to the calculation of damages caused by the suspension; the financial results of post-suspension harvesting, content of defendant's expert reports, etc. All matters discussed at his deposition. Rebuttal testimony as necessary based on events at trial.

5. Martin Devere
Consulting Forester
P.O. Box 457
Tombstone, AZ 85638
Phone: (520) 457-3557

Anticipated Testimony: Contents of expert report as to operations at sawmills in Arizona, including overrun factor. All matters discussed at his deposition. Rebuttal testimony as necessary based on events at trial.

6. James Matson
Vermillion Services, Inc.
135 W. Kanab Creek Dr.
Kanab, UT 84741
Phone: (435) 644-8841

Anticipated Testimony: Contents of expert report as to operations of Forest Service timber sales in Region 3 of the Forest Service in the 1990s, specifically including the impact of the permanent loss of a chip and/or pulpwood outlet on operations of Forest Service timber sales in Region 3. All matters discussed at his deposition. Rebuttal testimony as necessary based on events at trial.

7. Ron Lewis
1417 N. Concord Rd.
Concord, MI 49237
Phone: (517) 524-6089

Anticipated Testimony: Forest Service operations and procedures. The Forest Service's knowledge regarding potential impact of a suspension on it timber sale contractors. All matters discussed at his deposition and in his declaration in this case.

8. Doug McDonald
Timber Data Company, President
P. O. Box 10065
Eugene, OR 97440-0065
Phone: (541) 485-6239

Anticipated Testimony: To the extent not stipulated to by the parties, the volume of timber offered by the Forest Service in the post-suspension period.

9. Paul Fink
Appraisal programs
USDA Forest Service - Southwestern Region
Federal Building, 517 Gold Avenue, S.W.
Albuquerque, NM 87102
Phone: (505) 842-3423

Anticipated Testimony: The Forest Service timber sale appraisal process. All matters discussed at his deposition.

10. Jeff Hogg
Mensurationist
USDA Forest Service - Southwestern Region
Federal Building, 517 Gold Avenue, S.W.
Albuquerque, NM 87102
Phone: (505) 842-3423

Anticipated Testimony: The calculation of timber and by-product volumes by the Forest Service and in the forest products industry. All matters discussed at his deposition.

11. William K. Broyles
6020 Silver Saddle Rd.
Flagstaff, AZ 86004
Phone: (928) 526-2158

Anticipated Testimony: Mr. Broyles will, if called, testify about the terms and operation of the contracts at issue, the conduct of the parties in connection with the contracts at issue, his knowledge of Precision Pine and its operations, and any other matters discussed at his deposition.

12. David P. Harris
333 Broadway Blvd., S.E.
Albuquerque, NM 87102
Phone: (505) 842-3426

Anticipated Testimony: Mr. Harris will, if called, testify about the terms and operation of the contracts at issue, the conduct of the parties in connection with the contracts at issue, his knowledge of Precision Pine and its operations, and any other matters discussed at his deposition as well as his participation in this litigation, including the declarations he has submitted.

13. Robert J. Leaverton
1920 Valley Drive
Pueblo, CO 81008
Phone: (719) 553-1400

Anticipated Testimony: Mr. Leaverton will, if called, testify about the terms and operation of the contracts at issue, the conduct of the parties in connection with the contracts at issue, his knowledge of Precision Pine and its operations, and any other matters discussed at his deposition.

14. Susan N. Lee
333 Broadway Blvd., S.E.
Albuquerque, NM 87102
Phone: (505) 842-3281

Anticipated Testimony: Ms. Lee will, if called, testify about the terms and operation of the contracts at issue, the conduct of the parties in connection with the contracts at issue, her knowledge of Precision Pine and its operations, and any other matters discussed at her deposition.

15. Robert O. Wagenfehr
8122 W. Montebello Avenue
Glendale, AZ 85303
(623) 931-6471

Anticipated Testimony: Mr. Wagenfehr will, if called, testify about the terms and operation of the contracts at issue, the conduct of the parties in connection with the contracts at issue, his knowledge of Precision Pine and its operations, and any other matters discussed at his deposition.

16. Alan Lucas
Former Timber Sales Group Leader
Last known Address:
USDA Forest Service - Southwestern Region
Federal Building, 517 Gold Avenue, SW
Albuquerque, NM 87102
Phone: (505) 842-3423

Anticipated Testimony: To the extent not stipulated to by the government, verification of contents of declaration submitted February 14, 1995 (Pl. App. 290-291).

17. Milo Larson
Former Director of Forestry and Forest Health
Last known Address:
USDA Forest Service – Southwestern Region
Federal Building, 517 Gold Avenue, SW
Albuquerque, NM 87102
Phone: (505) 842-3423

Anticipated Testimony: To the extent not stipulated to by the government, verification of contents of declaration submitted May 28, 1997 (Pl. App. 292-293).[1]

---

[1]Based on conversations with counsel for defendant, plaintiff anticipates being able to stipulate to the authenticity of various other documents prepared by the Forest Service, however,

18. <u>Charles P. Adkins</u>
Adkins & Company
8435-A Backlick Road
P.O. Box 1213
Newington, VA 22122
Phone: (703) 339-1090

<u>Anticipated Testimony</u>: Mr. Adkins will, if called, testify about the subject areas addressed in his expert report.

19. <u>Arthur M. Daley</u>
12190 N. Peaks Parkway
Flagstaff, AZ 86004-5588
Phone: (928) 527-4625

<u>Anticipated Testimony</u>: Mr. Daley will, if called, testify about timber and pulpwood logging and hauling on behalf of Precision Pine as well as the harvesting and sale of material from the Brann multi-product sale.

20. <u>Clifford J. Dils</u>
1474 Rodeo Road
Santa Fe, NM 87505
Phone: (505) 438-7817

<u>Anticipated Testimony</u>: Mr. Dils will, if called, testify about the terms and operation of the contracts at issue, the conduct of the parties in connection with the contracts at issue, and his knowledge of Precision Pine and its operations.

21. <u>David Mauer</u>
Black Mesa Ranger Station
2748 Hwy 260
P.O. Box 968
Overgaard, AZ 85933
Phone: (928) 535-4481

<u>Anticipated Testimony</u>: Mr. Mauer will, if called, testify about Precision Pine's harvesting practices and Precision Pine's operation of the contracts at issue.

---

to the extent that this does not prove to be the case, plaintiff reserves the right to call the authors and/or custodians of such records.

22. Wayne G. Moosman
National Nuclear Security Administration
Kirtland Air Force Base
Pennsylvania & H Street
Building 384- 3rd Floor
Albuquerque, NM 87114
Phone: (505) 845-5364

Anticipated Testimony: Mr. Mossman will, if called, testify about the subject areas addressed in his expert report.

23. Ian P. Munn
Professor, Forest Economics and Management
Box 9681, Forestry Department
Mississippi State, MS 39762
Phone: (662) 325-4546

Anticipated Testimony: Mr. Munn will, if called, testify about the subject areas addressed in his expert report.

24. Jonathan A. Neuberger
Economists, Inc.
5980 Horton St.
Emeryville, CA 94608
Phone: (510) 547-6910

Anticipated Testimony: Mr. Neuberger will, if called, testify about the subject areas addressed in his expert report.

25. Dan Panks
Sedona Ranger Station
250 Brewer Road
Sedona, AZ 86336
Phone: (928) 203-7517

Anticipated Testimony: Mr. Panks will, if called, testify about Precision Pine's harvesting practices and Precision Pine's operation of the contracts at issue.

26. Alan Schirman
Chiloquin Ranger District
38500 Highway 97 North
Chiloquin, OR 97624
Phone: (541) 783-4028

Anticipated Testimony: Mr. Schirman will, if called, testify about Precision Pine's harvesting practices and Precision Pine's operation of the contracts at issue.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Washington, D.C. 20006
(202) 452-2140

Dated: March 7, 2005