**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-720C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S FINAL EXHIBIT LIST**

Pursuant to the Court's Order of January 4, 2005 and Appendix A, ¶ 16 to the Rules of the Court of Federal Claims, Precision Pine & Timber, Inc. ("Precision Pine") identifies the exhibits on the attached chart to be used by it at trial in this matter. Precision Pine presently intends to offer all of these exhibits into evidence. Moreover, many of the preliminary exhibits that have been identified by the government were created by third parties and were not previously disclosed in discovery in this matter or are otherwise documents not previously made available to Precision Pine (see, e.g., Defendant's preliminary exhibits 594-635, 660-663, 773-774). Because Precision Pine will have had copies of defendant's preliminary exhibits in its possession for only two business days before its final exhibit list was due, during which time Precision Pine has also been fully engaged in preparing its Memorandum of Facts and Law, Final Exhibit List and Final Witness List, Precision Pine reserves the right to add such rebuttal exhibits as are necessary.

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Washington, D.C. 20006
(202) 452-2140

Dated: March 7, 2005