March 7, 2005

# PLAINTIFF'S FINAL EXHIBIT LIST

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 1 | 1a | Appraisal Summary for the Hay timber sale with attached:<br>Data Sheet for Appraisal Summary (Form R3-2400-17);<br>Report of Timber Sale - Convertible and Nonconvertible Products | 1/10/1989 |
| 2 | 1b | Appraisal Summary for the Jersey Horse timber sale | 10/19/1993 |
| 3 | 1c | Appraisal Summary for the O.D. Ridge timber sale with attached:<br>Data Sheet for Appraisal Summary (Form R3-2400-17) | 10/18/1991 |
| 4 | 1d | Appraisal Summary for the Brookbank timber sale with attached:<br>Converted Scribner Appraisal Summary | 3/6/1995 |
| 5 | 1e | Converted Scribner Appraisal Summary for the Kettle timber sale with attached:<br>Converted Scribner Report of Timber Sale - convertible and nonconvertible products | 6/16/1995 |
| 6 | 1f | Appraisal Summary for the U-Bar timber sale with attached:<br>T.E.A. Appraisal Bulletin No. 08 CY 92 2nd (Aug) | 8/24/1992 |
| 7 | 1g | Appraisal Summary for the Mud timber sale | 7/25/1994 |
| 8 | 1h | Appraisal Summary for the Monument timber sale | 8/22/1994 |
| 9 | 1i | Appraisal Summary for the Salt timber sale with attached:<br>Converted Scribner Appraisal Summary | 12/12/1993 |
| 10 | 1j | Appraisal Summary for the Manaco timber sale with attached:<br>Report of Timber Sale - Convertible and Nonconvertible Products;<br>Converted Scribner Appraisal Summary;<br>Converted Scribner Report of Timber Sale - Convertible and Nonconvertible Products | 12/4/1994 |
| 11 | 1k | Appraisal Summary for the Saginaw-Kennedy timber sale | 8/2/1994 |
| 12 | 1l | Appraisal Summary for the St. Joe timber sale with attached:<br>Data Sheet for Appraisal Summary (Form R3-2400-17) | 10/30/1991 |
| 13 | 1m | Appraisal Summary for the Brann timber sale with attached:<br>Converted Scribner Appraisal Summary | 7/28/1994 |
| 14 | 1n | Appraisal Summary for the Hutch-Boondock timber sale with attached:<br>Converted Scribner Appraisal Summary | 5/19/1994 |
| 15 | 1o | Appraisal Summary for the Outlaw timber sale | 9/25/1990 |
| 16 | 1p | Pre-Sale Report and Appraisal Summary for the Barber timber sale | 8/20/1993 |
| 17 | 1q | Appraisal Summary for the Campbell timber sale | 8/30/1993 |
| 18 | 2 | Winslow Sawmill Production Reports:<br>yearly reports: 1/94-12/94, 4/93-3/94, 4/94-3/95, 4/95-3/96, 4/96-3/97<br>quarterly report: Apr, May, June 95<br>3/94, 4/94, 5/94, 6/94, 7/94, 8/94, 9/94, 10/94, 11/94 12/94<br>1/95, 2/95, 3/95, 4/95, 5/95, 6/95, 7/95, 8/95, 8/95 (fir cut), 9/95, 10/95 11/95, 12/95<br>1/96, 2/96, 3/96, 4/96, 5/96, 6/96, 7/96, 8/96, 9/96, 10/96, 11/96, 12/96<br>1/97, 2/97, 3/97, 4/97, 5/97, 6/97, 7/97, 8/97 | |

# PLAINTIFF'S FINAL EXHIBIT LIST

March 7, 2005

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 19 | 2 | Heber Sawmill Production Reports:<br>yearly report: 4/95-3/96, 4/98-3/99<br>1/94, 2/94, 3/94, 4/94, 6/94, 7/94, 8/94, 9/94, 10/94, 11/94, 12/94<br>1/95, 2/95, 4/95, 5/95, 6/95, 7/95, 8/95, 9/95, 11/95, 12/95<br>1/96, 2/96, 3/96, 4/96, 5/96, 6/96<br>10/97, 11/97, 12/97<br>1/98, 2/98, 3/98, 4/98, 5/98, 6/98, 7/98, 8/98, 9/98, 10/98, 11/98, 12/98<br>1/99, 6/99, 8/99, 9/99, 10/99, 11/99, 12/99<br>1/00 | |
| 20 | 2 | Eagar Sawmill Production Reports:<br>yearly report: 4/95-3/96<br>1/94, 2/94, 7/94, 8/94, 9/94, 10/94, 11/94 12/94<br>1/95, 2/95, 3/95, 4/95, 5/95, 6/95, 7/95, 8/95, 9/95, 10/95, 11/95, 12/95<br>2/97, 3/97, 4/97, 5/97, 6/97, 7/97 | |
| 21 | 4 | Purchaser's Certification of Timber Domestically Processed and Exported for CY 1992 (Saginaw-Kennedy) | 7/13/1993 |
| 22 | 4 | Purchaser's Certification of Timber Domestically Processed and Exported (Contract #000642) | 5/15/8? |
| 23 | 4 | Purchaser's Certification of Timber Domestically Processed and Exported (Contract #000790) | 12/??/?? |
| 24 | 4 | Purchaser's Certification of Timber Domestically Processed and Exported for CY 1989 (Horseshoe Salvage) | 11/7/1990 |
| 25 | 4 | Purchaser's Certification of Timber Domestically Processed and Exported for CY 1992 (Merritt Blowdown) | 7/9/1993 |
| 26 | 4 | Letter from Leaverton to Precision Pine re: Forest Service needs "Certification of Disposition of Timber" before Contract #001228 (Hidden) can be closed; also stating cash balance remaining on bond for sale. | 1/3/1995 |
| 27 | 4 | Letter from Porter to Leaverton re: transferring balance, with attached:<br>Purchaser's Certification of Timber from National Forest Sale for Contract #001228. | undated |
| 28 | 6a | Precision Pine Production & Sales Report | 9/94-2/95 |
| 29 | 6b | Precision Pine Production & Sales Report | 1/95 |
| 30 | 6c | Precision Pine Production & Sales Report | 2/95 |
| 31 | 8b(i) | Portions of Kaibab Forest Plan: cover, pp. 3-5, 16, 20-23, 240 | |
| 32 | 8b(ii) | Portions of Apache-Sitgreaves Forest Plans: cover, pp: 11-12, 283 | |
| 33 | 8b(iii) | Portions of Coconino Forest Plan: cover, pp: 7, 17-18, 21 (as amended 12/87), 28-32, 263 | |
| 34 | 8c | Portions of Wiggins Analysis Area Environmental Assessment: pages: i, 15 | 2/3/1998 |
| 35 | 8e | SBA Form 723 (1-76): Small Business Certification for Duran Multiproduct timber sale | 3/15/1993 |
| 36 | 8f | Letter from Jill Leonard, District Ranger, North Kaibab District to Precision Pine & Timber, Attn: John Smith; re: planned sales in the district for CY's '97 - '00 | 3/7/1997 |
| 37 | 8g | Forest Service Resource Bulletin Int-55, "Arizona's Timber Production Mill Residue, 1984" | 7/88 |
| 38 | 9 | Appraisal Report for Manaco Timber Sale | 12/9/1994 |
| 39 | 10 | Appraisal Report for Salt Timber Sale | 1/21/1994 |

# PLAINTIFF'S FINAL EXHIBIT LIST

March 7, 2005

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 40 | 11 | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '92, Tonto National Forest | undated |
| 41 | 11 | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '92, Apache-Sitgreaves National Forest | undated |
| 42 | 11 | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '92, Coconino National Forest | undated |
| 43 | 11 | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '92, Kaibab National Forest | undated |
| 44 | 12 | Blank Forest Service Form 2400-14 (9/91), "Bid for Advertised Timber Sale" with attached "Instructions to Bidders" | |
| 45 | 12 | Blank Forest Service Form 2400-43 (2/91), "Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber." | |
| 46 | 12 | Blank Forest Service Form 2400-44 (2/91), "Export of Private Timber" | |
| 47 | 12 | Blank Forest Service Form 2400-45 (2/91), "Purchase of National Forest System Timber" | |
| 48 | 12 | Blank Forest Service Form 2400-46 (2/91), "Purchaser Certification of Timber Domestically Processed and Exported" | |
| 49 | 13 | Declaration of Milo Larson in Forest Guardian v. Dombeck | 5/28/1997 |
| 50 | 14 | Affidavit of Alan Lucas in Greater Gila Biodiversity v. USFS | 2/14/1995 |
| 51 | 20 | Expert Report of Martin L. Devere | 11/14/2003 |
| 52 | 20 | Resume of Martin L. Devere | 11/14/2003 |
| 53 | 21 | Expert Report of James L. Matson | 11/16/2003 |
| 54 | 21 | Resume of James L. Matson | 11/16/2003 |
| 55 | 24 | Resume of Ronald D. Lewis | undated |
| 56 | 25 | Curriculum Vitae of Robert Ness | 11/14/2003 |
| 57 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices: Moulding & Better | |
| 58 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices: 5/4 #2 Shop | |
| 59 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices: 5/4 #3 Shop | |
| 60 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices: Paragraph 99 | |
| 61 | 30 | Summary Comparison of Bids on 14 suspended sales | |
| 62 | 31 | Western Wood Products Assoc. (WWPA) Inland Index Logs | 1/95 |
| 63 | 32a | Profit Projection Sheets for Bunger Timber Sale (2 pages) | 12/12/1990 |
| 64 | 32b | Profit Projection Sheets for Holder Timber Sale (3 pages) | 6/28/1988 |
| 65 | 32d | Profit Projection Sheets for Ridge Timber Sale (4 pages) | 9/26/1989 |
| 66 | 32e | Profit Projection Sheets for Limestone Timber Sale (4 pages) | 5/23/1989 |
| 67 | 32e | Profit Projection Sheets for Limestone Timber Sale (2 pages) | 9/12/1991 |

# PLAINTIFF'S FINAL EXHIBIT LIST

March 7, 2005

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 68 | 32j | Profit Projection Sheets for Cap Mamie Timber Sale (2 pages) | 3/22/1990 |
| 69 | 32k | Profit Projection Sheet for Hidden Timber Sale (1 page) | 12/27/1990 |
| 70 | 32k | Profit Projection Sheets for Hidden Timber Sale (2 pages) | 2/26/1990 |
| 71 | 32l | Profit Projection Sheets for Red Lake Timber Sale (3 pages) | 11/30/1989 |
| 72 | 32m | Profit Projection Sheets for Aspen Lake Timber Sale (3 pages) | 9/25/1991 |
| 73 | 32n | Profit Projection Sheets for Barber Timber Sale (2 pages) | 9/27/1993 |
| 74 | 32o | Profit Projection Sheet for Kettle Timber Sale (1 page) | 3/23/1997 |
| 75 | 32p | Profit Projection Sheets for McNeil Timber Sale (3 pages) | 3/7/1990 |
| 76 | 32p | Profit Projection Sheet for McNeil Timber Sale (1 page) | 3/14/1990 |
| 77 | 32q | Profit Projection Sheet for Gamma Timber Sale (1 page) | 6/29/1993 |
| 78 | 32r | Profit Projection Sheets for Kendrick-Saddle Timber Sale (2 pages) | 11/24/1997 |
| 79 | 32s | Profit Projection Sheet for All Fir under contract (1 page) | 9/22/1994 |
| 80 | 32t | Profit Projection Sheet for Saginaw-Kennedy Timber Sale, Smallwood (1 page) | 9/17/1994 |
| 81 | 32u | Profit Projection Sheets for Canyon Timber Sale (3 pages) | 1/18/1989 |
| 82 | 32v | Profit Projection Sheets for St. Joe Timber Sale (2 pages) | 12/11/1991 |
| 83 | 32w | Profit Projection Sheet for Hutch-Boondock Timber Sale (1 page) | 10/31/1995 |
| 84 | 32x | Profit Projection Sheets for Manaco Timber Sale (2 pages) | 1/11/1995 |
| 85 | 32y | Profit Projection Sheet for Saginaw-Kennedy Timber Sale (1 page) | 9/17/1994 |
| 86 | 33 | Letter from Clifford Dils to Lorin Porter, re: suspension of Manaco | 8/14/1995 |
| 87 | 34 | Letter from John Smith to Patty Bennett, re: Jersey Horse Operating Schedule | 8/23/1995 |
| 88 | 35a | Letter from Keith Pajkos to John Smith, re: Park Multi-product sale, Precision out of compliance therewith | 7/17/1996 |
| 89 | 35b | Letter from John Smith to Keith Pajkos, re: requesting one-year extension on Park timber sale | 8/29/1996 |
| 90 | 35c | Letter from Keith Pajkos to John Smith, re: extension for Park timber sale will be granted upon certain conditions | 9/4/1996 |
| 91 | 35d | Letter from John Smith to Keith Pajkos, re: can State estimate cost of contract. | 9/26/1996 |
| 92 | 35e | Letter from Keith Pajkos to John Smith, re: cost of contract | 10/3/1996 |
| 93 | 35f | Fragment of Letter from John Smith to Keith Pajkos, re: reasons Precision would want to complete sale. | 10/7/1996 |
| 94 | 35g | Letter from Keith Pajkos to John Smith, re: reduced costs of contract | 10/9/1996 |
| 95 | 35h | Letter from John Smith to Keith Pajkos, re: accepting terms of State's proposal | 10/10/1996 |
| 96 | 35i | Memo from John Smith to Lon Porter, re: State agreed to lesser payment | 10/11/1996 |
| 97 | 35j | Letter from John Smith to Keith Pajkos, re: payment, with photocopy of check | 10/17/1996 |
| 98 | 35k | Letter from Keith Pajkos to John Smith, re: lesser payment due; contains handwritten memo from "J" re: check in the mail. | 10/17/1996 |
| 99 | 36 | Letter from Lewis Tenney to Milo Larson, re: Forest Service's proposed settlement with Enviro plaintiffs is not economically feasible for timber companies | 9/27/1995 |
| 100 | 37 | Stone Forest Products Corp computer-generated settlement statements for Tri-Star delivery of pulpwood to Snowflake for weeks ending: 9/17, 9/24, 10/01, 10/08, 10/15, 10/26, 11/03, 11/19, 11/26 in 1995. | various |

# PLAINTIFF'S FINAL EXHIBIT LIST

March 7, 2005

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 101 | 37 | Handwritten "Logger Pay" memos for Tri-Star hauling pulpwood to Stone from various sales dated in 1995: 8/2 (Dutch Joe), 8/17 (Merritt), 8/17 (Dutch Joe), 9/7 (Brookbank), 9/7 (Merritt), 9/7 (Dutch Joe), 9/21 (Brookbank) | various |
| 102 | 40 | Harvest projection for the volume remaining as of August 25, 1995 on the 11 Forest Service sales that were breached and summary of volume of sawlogs by payment unit on specified sales | |
| 103 | 42 | Summary Effects of Mexican Spotted Owl Injunction | 9/14/1995 |
| 104 | 43 | Map of Arizona | |
| 105 | 44 | Excerpts from The Dictionary of Forestry (John A. Helms, ed., 1998): cover, title page, 18-19, 88,144-145, 160-161 | |
| 106 | 45 | Stipulation from Silver v. Babbitt | 10/18/1995 |
| 107 | 46 | Order Approving Stipulation from Silver v. Babbitt | 10/18/1995 |
| 108 | 47a | Agreement to Modify Mud Timber Sale | 8/29/1996 |
| 109 | 47b | Letter from Ken Broyles to Lorin Porter, re: Mud sale release from injunction | 3/11/1996 |
| 110 | 47c | Letter from John Smith to Dan Panks, requesting some Payment Units on the Mud sale be open for harvest | 3/25/1996 |
| 111 | 47d | Letter from John Smith to Richard Stevens, requesting waiver of the "1 June restriction" on Mud | 4/5/1996 |
| 112 | 47e | Letter from Richard Stevens to John Smith, declining to waive clause CT6.314# (Timing of Logging Operations) in Mud Contract | 4/12/1996 |
| 113 | 47f | Letter from Richard Stevens to John Smith, re: operations suspended do due increased fire risk | 5/24/1996 |
| 114 | 47g | Timber Sale Inspection Report for Mud Timber Sale, re: opening some units for harvest; waiving certain restrictions for 1996 season | 8/1/1996 |
| 115 | 48a | Letter from Lorin Porter to Chip Cartwright, re: sawmill operations being closed as result of suspension | 6/25/1996 |
| 116 | 48c | Letter from Lorin Porter to Chip Cartwright, re: Precision's situation as a result of suspension/ injunction | rec'd 6/26/1996 |
| 117 | 49a | Agreement between Stone Container Corp. and Precision Pine - transfer of Kettle Timber Sale from Precision to Stone, with attached Letter from Lorin Porter to Gary Yantis, dated Dec. 29, 1997, re: remaining balance on sale due. | 8/15/1997 |
| 118 | 49b | Forest Service Form 2400-12 (9/72) - Third-party Agreement (Timber Sale) between Precision and Stone for transfer of Kettle Timber Sale | 11/3/1997 |
| 119 | 50a | Letter from Robert Leaverton to Lorin Porter, re: Forest Guardians suspension of the Hay and O.D. Ridge Timber Sales | 6/4/1997 |
| 120 | 50b | Letter from David Harris to Lorin Porter, re: Forest Guardians suspension of the Saginaw-Kennedy Timber Sale | 6/6/1997 |
| 121 | 50c | Letter from David Harris to Lorin Porter, re: Forest Guardians the suspension of the Brann Timber Sale | 6/6/1997 |
| 122 | 50d | Letter from Clifford Dils to Lorin Porter, re: Forest Guardians suspension of the Salt Timber Sale | 6/6/1997 |
| 123 | 50e | Letter from Ken Broyles to Lorin Porter, re: Forest Guardians suspension of the U-Bar Timber Sale | 6/3/1997 |
| 124 | 50f | Letter from Clifford Dils to Lorin Porter, re: Forest Guardians suspension of the Manaco Timber Sale | 6/6/1997 |
| 125 | 51a | Letter from Steve Bennet to Precision Pine & Timber, re: Stone is closing Snowflake Pulpmill; will no longer accept pulpwood | 2/12/1998 |
| 126 | 51b | Letter from Steve Bennet to Lon Porter, re: Stone's ending chip purchases | 2/12/1998 |

March 7, 2005

# PLAINTIFF'S FINAL EXHIBIT LIST

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 127 | 51e | Letter from Steve Bennett to John Kirkpatrick, Acting Regional Forester, re: Stone is notifying Forest Service that it will no longer accept chips or pulpwood at Snowflake | 2/12/1998 |
| 128 | 52a | Memorandum from John Bedell to Timber Purchasers, re: Precision's Winslow mill destroyed by fire on Sept. 17, 1998 | 11/9/1999 |
| 129 | 52b | Letter from Lorin Porter to Steve Gunzel, re: Winslow fire of Sept. 17, 1998 | 9/24/1998 |
| 130 | 53 | Precision Pine's harvest projection, "Anticipated Quantity of Wood Per Contract (in MBF (log scale))," as provided in Plaintiff's Answers to Interrogatories. | |
| 131 | 54 | Expert Report on Damages by Robert Ness ("Ness Report" on Suspension Period Damages) | 11/14/2003 |
| 132 | 55a | Forest Service Manual § 2430.2, effective February 12, 1990 | 2/12/1990 |
| 133 | 55b | Forest Service Manual § 2430.2, effective April 5, 2004 | 4/5/2004 |
| 134 | 55c | Forest Service Manual § 2430.2, 5/83 Amendment 129 | 5/83 |
| 135 | 56a | Forest Service Form 2400-14 (5/91) "Bid for Advertised Timber," (Bid Form) for U-Bar sale with attached:<br>"Instructions to Bidders"<br>Forest Service Form 2400-43 (2/91), "Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber" for U-Bar sale. | |
| 136 | 56b | Forest Service Form 2400-14 (3/94) "Bid for Advertised Timber," (Bid Form) for Kettle sale with attached:<br>"Instructions to Bidders"<br>Blank Forest Service Form 2400-43 (2/91), "Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber." | |
| 137 | 57 | Forest Service Form 2400-43 (2/91), "Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber" for Saginaw-Kennedy Timber Sale for CY 92. | 7/13/1993 |
| 138 | 58 | Forest Service Regional Summary, "Effects of Injunction on Timber Harvest Activities on Region Three's Existing and Planned Timber Sale Program" | 8/28/1995 |
| 139 | 59a | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '92, Tonto National Forest | undated |
| 140 | 59a | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '92, Apache-Sitgreaves National Forest | undated |
| 141 | 59a | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '92, Coconino National Forest | undated |
| 142 | 59a | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '92, Kaibab National Forest | undated |
| 143 | 59a | Letter from Clifford Dils to Lorin Porter, re: Purchaser Certification Forms needed for Salt and Manaco sales for CY '95 | 3/26/1996 |
| 144 | 59a | Forest Service Form 2400-46 (4/94), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '95, Tonto National Forest (Salt and Manaco sales) | 4/9/1996 |
| 145 | 59b | Purchaser's Certification of Timber Domestically Processed and Exported (Contract #000642) | 5/15/1988 |

March 7, 2005

# PLAINTIFF'S FINAL EXHIBIT LIST

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 146 | 59b | Purchaser's Certification of Timber Domestically Processed and Exported (Contract #000790) | 12/??/?? |
| 147 | 59b | Letter from Leaverton to Precision Pine re: Need "Certification of Disposition of Timber" before Contract #001228 (Hidden) can be closed & cash balance on sale. | 1/3/1995 |
| 148 | 59b | Purchaser's Certification of Disposition of Timber from National Forest Sale for Contract #001228. | undated |
| 149 | 61 | Excerpt from "Government's Response to Appellant's May 9th Reply Regarding Appellant's motion for summary judgment, and Government's Motion for Summary Judgment" in Reidhead Bros. Lumber Mill, Inc. v. Dept. of Agriculture, AGBCA No. 200-126-1: pages: 1, 4-5 | 6/5/2000 |
| 150 | 62a | Excerpt from Scott Timber Co. v. United States, Nos. 94-784C, 96-204C, slip op. pages 1, 7-9 (Fed. Cl. July 11, 2001) | 7/11/2001 |
| 151 | 62b | Judgment, Scott Timber Co. v. United States, No. 94-784C (Fed. Cl. July 8, 2002) | 7/8/2002 |
| 152 | 62c | Letter from Lewis Tenney to Eddie Alford, re: requesting compensation for delays | 12/31/1996 |
| 153 | 62d | Letter from Robert Leaverton to Lewis Tenney, re: compensation under clauses CT6.01 and C9.2 | 1/24/1997 |
| 154 | 62e | Letter from Ken Broyles to Lewis Tenney, re: compensation under clauses CT6.01 and C9.2 | 1/30/1997 |
| 155 | 62f | Letter from Clifford Dils to LewisTenney, re: compensation under clauses CT6.01 and C9.2 | 2/7/1997 |
| 156 | 63 | Summary of Forest Service Timber Sale Offerings on Tonto, Apache-Sitgreaves, Coconino, Kaibab National Forests 8/25/95-12/31/98 | |
| 157 | 64 | Forest Service Timber Sale Offering Data as Provided by Timber Data Corp. 1995-1998 | |
| 158 | 65 | Summary of Total Remaining Volume on Sales in Issue as of August 25, 1995 | |
| 159 | 66 | Letter from Robert Leaverton to Val Reidhead, re: transfer of Hay and Hidden Timber Sales | 6/4/1991 |
| 160 | 67a | Letter from Ronald Tissaw to John Holmes re: completed roadwork on the Saginaw-Kennedy Timber Sale | 12/6/1995 |
| 161 | 67b | Specified Road Final Acceptance Report for Monument Timber Sale | 9/7/1995 |
| 162 | 67c | Letter from John Smith to Nancy Kehret re: Salt Timber Sale road completion | 5/17/1995 |
| 163 | 69 | Summary of mill shutdowns greater than one week in duration | |
| 164 | 71c | Letter from John Smith to David Cummings, re: Forest Service reducing its pulpwood price to $.73/ccf | 2/23/1999 |
| 165 | 71d | Letter from John Smith to David Cummings, re: operating plan for Manaco in '99 | 2/24/1999 |
| 166 | 71e | Letter from David Cummings to John Smith, re: inquirying about reducing pulpwood price on Precision's contracts | 3/5/1999 |
| 167 | 71i | Letter from John Smith to Susan Lee, re: requesting 1 year C.T.A. for Brookbank sale | 1/5/2000 |
| 168 | 72 | Summary comparison of WWPA index and stumpage price on U-Bar | |
| 169 | 73 | Hay timber sale contract including modifications and sale area maps (Bates stamps HAY 1-182) | |
| 170 | 73 | Jersey Horse timber sale contract including modifications and sale area maps (Bates stamps JRH 1 - 158) | |
| 171 | 73 | OD Ridge timber sale contract including modifications and sale area maps (Bates stamps ODR 1-129) | |
| 172 | 73 | Brookbank timber sale contract including modifications and sale area maps (Bates stamps BRB 1 - 116) | |
| 173 | 73 | Kettle timber sale contract including modifications and sale area maps (Bates stamps KET 1 - 120) | |
| 174 | 73 | U-Bar timber sale contract including modifications and sale area maps (Bates stamps U-B 1 - 246) | |
| 175 | 73 | Mud timber sale contract including modifications and sale area maps (Bates stamps MUC 1 - 206) | |
| 176 | 73 | Monument timber sale contract including modifications and sale area maps (Bates stamps MON 1 - 142) | |
| 177 | 73 | Salt timber sale contract including modifications and sale area maps (Bates stamps SLT 1 - 186) | |

March 7, 2005

# PLAINTIFF'S FINAL EXHIBIT LIST

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 178 | 73 | Manaco timber sale contract including modifications and sale area maps (Bates stamps MCO 1 - 206) | |
| 179 | 73 | Saginaw-Kennedy timber sale contract including modifications and sale area maps (Bates stamps S-K 1 - 276) | |
| 180 | 74 | Precision Pine’s Calculation Binder | 2/26/2003 |
| 181 | 75 | Binder (Volume I) of Supporting Documents to Precision Pine’s Calculation Binder | 2/26/2003 |
| 182 | 77 | Robert Ness’s report regarding post-suspension harvesting | 2/7/2005 |
| 183 | 78 | Kaibab Timber Sale Prospectus | Bid date: 9/22/94 |
| 184 | 78 | Salt Timber Sale Prospectus | Bid date: 1/8/99 |
| 185 | 78 | O.D. Ridge Timber Sale Prospectus | Bid date: 12/11/91 |
| 186 | 78 | Mud Timber Sale Prospectus | Bid date: 9/13/94 |
| 187 | 78 | Monument Timber Sale Prospectus | Bid date: 9/27/94 |
| 188 | 78 | Manaco Timber Sale Prospectus | Bid date: 1/13/95 |
| 189 | 78 | Hay Timber Sale Prospectus | Bid date: 3/8/89 |
| 190 | 78 | Kettle Timber Sale Prospectus | Bid date: 7/19/95 |
| 191 | 78 | Jersey Horse Timber Sale Prospectus | Bid date: 12/8/93 |
| 192 | 78 | U-Bar Timber Sale Prospectus | Bid date: 9/29/92 |
| 193 | 78 | Brookbank Timber Sale Prospectus | Bid date: 4/12/95 |
| 194 | 79 | Claim letter for Salt Timber Sale | 11/17/1997 |
| 195 | 79 | Contracting Officer's final decision for Salt Timber Sale | 3/16/1998 |
| 196 | 79 | Claim letter for Brookbank Timber Sale | 11/17/1997 |
| 197 | 79 | Contracting Officer's final decision for Brookbank Timber Sale | 3/16/1998 |
| 198 | 79 | Claim letter for Manaco Timber Sale | 11/17/1997 |
| 199 | 79 | Contracting Officer's final decision for Manaco Timber Sale | 3/16/1998 |
| 200 | 79 | Claim letter for St. Joe Timber Sale | 11/17/1997 |
| 201 | 79 | Contracting Officer's final decision for St. Joe Timber Sale | 3/16/1998 |
| 202 | 79 | Claim letter for Jersey Horse Timber Sale | 11/17/1997 |
| 203 | 79 | Contracting Officer's final decision for Jersey Horse Timber Sale | 3/16/1998 |

March 7, 2005

# PLAINTIFF'S FINAL EXHIBIT LIST

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 204 | 79 | Claim letter for Hay Timber Sale | 11/10/1997 |
| 205 | 79 | Contracting Officer's final decision for Hay Timber Sale | 3/16/1998 |
| 206 | 79 | Claim letter for Kettle Timber Sale | 11/10/1997 |
| 207 | 79 | Contracting Officer's final decision for Kettle Timber Sale | 3/16/1998 |
| 208 | 79 | Claim letter for O.D. Ridge Timber Sale | 11/10/1997 |
| 209 | 79 | Contracting Officer's final decision for O.D. Ridge Timber Sale | 3/16/1998 |
| 210 | 79 | Claim letter for Brann Timber Sale | 8/15/1997 |
| 211 | 79 | Contracting Officer's final decision for Brann Timber Sale | 11/28/1997 |
| 212 | 79 | Claim letter for Saginaw-Kennedy Sale | 8/15/1997 |
| 213 | 79 | Contracting Officer's final decision for Saginaw-Kennedy Sale | 12/4/1997 |
| 214 | 79 | Claim letter for U-bar Timber Sale | 8/15/1997 |
| 215 | 79 | Contracting Officer's final decision for U-bar Timber Sale | 12/1/1997 |
| 216 | 79 | Claim letter for Monument Timber Sale | 8/15/1997 |
| 217 | 79 | Contracting Officer's final decision for Monument Timber Sale | 12/1/1997 |
| 218 | 79 | Claim letter for Mud Timber Sale | 8/15/1997 |
| 219 | 79 | Contracting Officer's final decision for Mud Timber Sale | 12/1/1997 |
| 220 | 79 | Claim letter for Hutch-Boondock Timber Sale | 8/15/1997 |
| 221 | 79 | Contracting Officer's final decision for Hutch-Boondock Timber Sale | 12/1/1997 |
| 222 | 80 | 55 Fed. Reg. 50,643 | 12/7/1990 |
| 223 | 82 | Agreement with Stone for 3500 Cords of Pulpwood from Mud | 11/4/1997 |
| 224 | 84a | Letter from Rick Goeken to David Harrington, re: discovery issues | 9/15/2003 |
| 225 | 84b | Letter from David Harrington to Rick Goeken, re: discovery issues | 2/9/2004 |
| 226 | 84c | Letter Rick Goeken to David Harrington, re: discovery issues | 2/20/2004 |
| 227 | 87 | Precision Pine's lumber sale invoices during the period of the suspension | |
| 228 | 88 | Random Lengths 2000 Yearbook, 175: Ponderosa Pine, Kiln Dried, 4/4, #1, Shop | |
| 229 | 88 | Random Lengths 2000 Yearbook, 176: Ponderosa Pine, Kiln Dried, 5/4, #2, Shop | |
| 230 | 88 | Random Lengths 2000 Yearbook, 178: Ponderosa Pine, Kiln Dried, 5/4, #3, Shop | |
| 231 | 88 | Random Lengths 2000 Yearbook, 179: Ponderosa Pine, Kiln Dried, 5/4, Para 99, Shop | |
| 232 | 88 | Random Lengths 2000 Yearbook, 180: Ponderosa Pine, Kiln Dried, 5/4, Moulding & Btr, 10/15% C&Btr, Rough | |
| 233 | 89 | Summary of Sales with Comparable Anticipated Log and Haul Costs | |
| 234 | 89a | Logger Pay Records for Brann:<br>computer generated: 2/1-2/29/96<br>handwritten: 2/19/96, 2/19/96 (deduction), 3/4/96 | |

March 7, 2005

# PLAINTIFF'S FINAL EXHIBIT LIST

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 235 | 89b | Logger Pay Records for Brookbank:<br>computer generated: 6/1-6/30/95; 9/1-9/15/95<br>handwritten: 6/8/95, 6/19/95, 6/22/95, 7/5/95, 7/6/95 (Reg. logs), 7/6/95 (Reg. logs - w. correction), 7/6/95 (Little logs), 7/6/95 (TW/PW to Zellner), 7/14/95, 7/18/95, 7/19/95 (PW to Stone), 7/19/95 (Haul to Zellner), 7/20/95, 8/2/95 (no annotation), 8/2/95 (TW/PW to Stone), 8/4/95, 8/17/95, 9/5/95, 9/7/95, 9/14/95,<br>9/21/95 | |
| 236 | 89c | Logger Pay Records for Hay:<br>computer generated: 12/1-12/31/94 ($4,149.99 due); 12/1-12/31/94 ($42,991.47 due); 1/1-1/15/95; 3/1-3/15/95; 5/15-5/31/95; 6/1-6/30/95; 7/1-7/17/95<br>handwritten: 10/1/98, 10/16/98 (first 1/2 Oct), 10/16/98 (Sept. Correction), 11/3/98, 11/17/98, 11/20/98 (correcting 1-16 Nov), 11/20/98 (Scale information for October), 12/2/98, 12/11/98, 12/17/981/21/99 | |
| 237 | 89d | Logger Pay Records for Hutch-Boondock (all handwritten):<br>11/20/95, 12/5/95, 12/19/95, 1/3/96, 1/17/96, 2/2/96, 2/19/96, 8/20/96, 11/15/96, 12/2/96, 5/5/97, 5/16/97, 7/1/98, 7/17/98, 8/3/98, 8/17/98, 8/28/98 | |
| 238 | 89e | Logger Pay Records for U-Bar (all computer-generated):<br>5/1-5/31/94; 10/1-10/31/95; 11/1-11/30/94; 12/1-12/31/94; 5/1-5/31/95 | |
| 239 | 94a | Logger Pay memo: Pulpwood from Eagar to Stone | 9/5/1997 |
| 240 | 94b | Logger Pay memo: Pulpwood U-Bar to Stone | 5/21/1997 |
| 241 | 94c | Logger Pay memo: Pulpwood U-Bar to Stone | 6/4/1997 |
| 242 | 94d | Logger Pay memo: Whether Stone or Precision owes balance due to Tri-Star | 12/18/1997 |
| 243 | 96 | Summary of breached sales not containing Douglas Fir showing award date, average dbh and overrun factor | |
| 244 | 97a | Binder of Precision Pine's lumber sales invoices for CY's '97 & '98 | |
| 245 | 97b | Binder of Precision Pine's lumber sales invoices for CY's '99 & '00 | |
| 246 | 100 | Summary of Precision Pine's lumber production 1993-1997 | |
| 247 | 101 | Summary of Precision Pine's net income for FYE 3/31/92 through FYE 3/31/00 | |
| 248 | 102 | Precision Pine's Income Statements FYE 3/31/92-3/31/01; Statement of Income for 5 months ended August 1995 | |
| 249 | 105 | Winslow Sales Ledger for August 1995 | 8/95 |
| 250 | 107a | Logger Pay Records for Brann:<br>computer generated: 2/1-2/29/96<br>handwritten: 2/19/96, 2/19/96 (deduction for trespass), 3/4/96 | |
| 251 | 107b | Logger Pay Records for Hutch-Boondock (all handwritten):<br>11/20/95, 12/5/95, 12/19/95, 1/3/96, 1/17/96, 2/2/96, 2/19/96, 8/20/96, 11/15/96, 12/2/96, 5/5/97, 5/16/97, 7/1/98, 7/17/98, 8/3/98, 8/17/98, 8/28/98. | |

March 7, 2005

# PLAINTIFF'S FINAL EXHIBIT LIST

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 252 | 107c | Logger Pay Records for St. Joe: computer-generated: 6/1-6/31/93, 7/1-7/31/93, 8/1-8/31/93, 4/1-4/30/93, 7/1-7/15/94, 12/1-12/31/94, 1/1-1/31/95, 4/24-4/30/95, 5/1-5/31/95, 6/1-6/30/95, 11/16-11/30/95, 12/1-12/31/95, 1/1-1/31/96, 2/1-2/29/96, 3/1-3/15/96, 4/1-4/30/96, 5/1-5/31/96 handwritten: 5/18/95, 6/22/95, 7/5/95, 7/6/95, 12/5/95, 1/5/96, 1/17/96, 2/2/96, 2/12/96, 2/19/96, 3/4/96, 3/8/96, 3/18/96, 3/19/96, 4/16/96, 5/3/96, 5/16/96, 5/16/96 (April correction), 6/4/96 | |
| 253 | 108c | Logger Pay memo: Pulpwood from Eagar to Stone | 9/5/1997 |
| 254 | 108d | Letter from Tri-Star to John Smith: pulpwood tickets from Jersey Horse left unpaid | 12/15/1997 |
| 255 | 109 | Corrected page C-0048 to Calculations Binder, dated February 26, 2003 re: calculation of damages--grindings | |
| 256 | 111 | Government's discovery responses (Defendant's Response to Plaintiff's First Set of Interrogatories and Request for Production of Documents on Quantum) | 7/14/2003 |
| 257 | 112a | Letter from Smith to Leaverton, re: Hay volume to Winslow | 12/9/1996 |
| 258 | 112b | Letter from Smith to Leaverton, requesting alternate haul route | 12/9/1996 |
| 259 | 112c | Letter from Porter to Cartwright, re: status of contracts in region- built Eagar Mill especially for Hay | 6/26/1996 |
| 260 | 112d | Letter from Tenney to Denton, re: plan to haul Hay timber to Eagar | 11/23/1994 |
| 261 | 112e | Scaling reports at Eagar mill: 6/15/95,12/22/94 | |
| 262 | 112f | Letter from Lewis Tenney to Chip Cartwright, re: ability to harvest Hay in winter. | 10/25/1996 |
| 263 | 112g | Summary of lumber produced at Eagar Mill from timber harvested on Hay Sale | |
| 264 | 112h | Excerpts from Eagar production ledger: Feb., Mar. and Apr. 1997 | |
| 265 | 112i | Letter Smith to Leaverton, re: will haul Hay volume to Eagar starting 2/3/97 | 1/30/1997 |
| 266 | 112j | Agreement between Precision and Forest Service to scale logs at Heber Mill with attached scale area sketch | 3/4/1998 |
| 267 | 112k | Logger Pay Records for Hay: computer generated: 12/1-12/31/94 ($4,149.99 due); 12/1-12/31/94 ($42,991.47 due); 1/1-1/15/95; 3/1-3/15/95; 5/15-5/31/95; 6/1-6/30/95; 7/1-7/17/95 handwritten: 10/1/98, 10/16/98 (first 1/2 Oct), 10/16/98 (Sept. Correction), 11/3/98, 11/17/98, 11/20/98 (correcting 1-16 Nov), 11/20/98 (Scale information for October), 12/2/98, 12/11/98, 12/17/98, 1/21/99 | |
| 268 | 112l | Summary of Hay volume hauling in 1998 | |
| 269 | 112m | Form ASNF 2400-30, pg.2 "3P Computation Sheet-Volume" for Hay Sale, Sept., 1998, with attached Forest Service Scale data sheets dated 9/30/98 and 10/1/98 | |
| 270 | 113 | Excerpts from State of AZ Land Dept. fact sheet | |
| 271 | 115 | Precision Pine's Answers to the Government's Requests for Admissions | |
| 272 | 116a | Deposition Transcript (including exhibits) of Leaverton | |
| 273 | 116b | Deposition Transcript (including exhibits) of Lee | |
| 274 | 116c | Deposition Transcript (including exhibits) of Wagonfehr | |
| 275 | 116d | Deposition Transcript (including exhibits) of Broyles | |
| 276 | 116e | Deposition Transcript (including exhibits) of Harris | |

March 7, 2005

# PLAINTIFF'S FINAL EXHIBIT LIST

Precision Pine and Timber, Inc. v. United States

No. 98-720

| Plaintiff's Ex. Number | Number on Preliminary Exhibit List | Description | Date |
|---|---|---|---|
| 277 | 116f | Deposition Transcript (including exhibits) of Fink | |
| 278 | 116g | Deposition Transcript (including exhibits) of Hogg | |
| 279 | 118 | Kettle Pre-sale report and Appraisal | Prepared: 6/7/95 |
| 280 | 119 | Excerpt from Brann Cruise Report: Sale Summary page 5 | 9/21/1994 |
| 281 | 120a | Contracting Officer's final decision for Jersey Horse | 3/16/1998 |
| 282 | 120b | Contracting Officer's final decision for Monument | 8/15/1997 |
| 283 | 120c | Contracting Officer's final decision for O.D. Ridge | 3/16/1998 |
| 284 | 120d | Contracting Officer's final decisions for Saginaw-Kennedy | 12/4/1997 |
| 285 | 120e | Contracting Officer's final decisions for Salt | 3/16/1998 |
| 286 | 120f | Contracting Officer's final decisions for U-Bar | 12/1/1997 |
| 287 | 121 | Rebuttal Exhibit re: Moosman's use of sales journals | 2/26/2005 |
| 288 | 122 | Summary of Precision Pine's product mix at various times | |
| 289 | 123 | Summary of Precision Pine's production by lumber product (July 1994 – July 1995) (13 pages) | |
| 290 | 124 | TSSA's for the breached sales | |
| 291 | 125a | Precision Pine's CPA's (Baldwin Jones') work papers: Inventory sheets from "Section F" for FYE 3/31/93, 3/31/94, 3/31/95, 3/31/96, 3/31/97; inventory sheet dated 8/31/95 | |
| 292 | 125b | Precision Pine's CPA's (Baldwin Jones') work papers:<br>Lead schedules for FYE 1995 - 1998<br>"Adjusting Journal Entries" FYE 3/31/96<br>Winslow Sales Records: FYE 3/97, FYE 3/96, FYE 3/94<br>Winslow Shipments: FYE 3/95<br>Winslow Production report: FYE 3/94<br>Snowflake Sale Records: FYE 3/95 | |
| 293 | 126 | Precision Pine's CPA's (Baldwin Jones') financial statements FYE's 3/31/91-3/31/98 | |
| 294 | 127 | Winslow Sales Journal 1994-2000 | |
| 295 | 128 | Binder of Precision Pine's Answers and Supplemental Answers to Interrogatories | |
| 296 | 129a | Letter from John Smith to Susan Lee, with attached copy of contract clause CT3.431 (8/97) | 9/8/1997 |
| 297 | 129b | Contract clause CT3.43 (9/91) | |
| 298 | 131 | Letter from Precision Pine to Eleanor Towns, Regional Forester, re: issues in Region 3 | 5/4/1999 |
| 299 | 132 | Letter from Lewis Tenney to Ken Broyles, re: impact of suspension on Precision Pine's operations | 9/5/1995 |
| 300 | 133 | Letter from Lorin Porter to David Harris, re: impact of suspensions on Precision Pine's operations | 10/4/1995 |
| 301 | 135 | Snowflake sales journal (April 1993-March 1995) | |