**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Defendant, the United States, submits this status report in advance of the March 16, 2005 status conference in this action.

The United States has requested a status conference as a result of the refusal of plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), to verify its interrogatory answers in accordance with the Rules of the Court of Federal Claims. See RCFC 33(b) (requiring that interrogatories be answered "separately and fully in writing under oath"). Attached to this status report is correspondence that contains the United States' most recent requests of Precision Pine to verify its interrogatory answers and that reflects the United States' efforts to resolve this issue without Court intervention. See Letter from David A. Harrington to Alan I. Saltman at 2 (Feb. 11, 2005) (requesting that Precision Pine verify its interrogatory answers) (attached as Exhibit A); Letter from Richard W. Goeken to David A. Harrington at 2 (Feb. 14, 2005) (agreeing to "exchange verifications") (attached as Exhibit B); Letter from David A. Harrington to Alan I. Saltman (Mar. 7, 2005) (forwarding verification of defendant's interrogatory answers and requesting that Precision Pine verify its answers) (attached as Exhibit C); Letter from Richard W. Goeken to David A. Harrington at 1 (Mar. 8, 2005) (declining to provide verified answers

from Precision Pine) (attached as Exhibit D); Letter from David A. Harrington to Alan I. Saltman at 1 (Mar. 9, 2005) (reiterating request to verify) (attached as Exhibit E); Letter from Richard W. Goeken to David A. Harrington (Mar. 10, 2005) (reiterating refusal to provide verification) (attached as Exhibit F).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

Patricia Disert
Lori Polin Jones
Office of the General Counsel
U.S. Department of Agriculture

March 15, 2005