**U.S. Department of Justice**

Civil Division

DMC:KAB:DHarrington
DJ No. 154-98-720

Telephone: (202) 307-0277
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

March 7, 2005

*Via Facsimile & U.S. Mail*

Alan I. Saltman, Esq.
Richard W. Goeken, Esq.
Saltman & Stevens, P.C.
1801 K Street, N.W.
Washington, D.C. 20006

FILE

Re: *Precision Pine & Timber, Inc. v. United States*,
Fed. Cl. No. 98-720C (Judge George W. Miller)

Gentlemen:

I have enclosed the declaration of Marlin A. Johnson, which verifies in accordance with RCFC 33 the answers in the United States' response to plaintiff's first set of interrogatories on quantum. Per your February 14, 2005 letter, please provide verification pages for Precision Pine's original and supplemental responses to the United States' interrogatories on damages.

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRECISION PINE & TIMBER, INC. ) | |
| Plaintiff, ) | |
| v. ) | No. 98-720C (Judge George Miller) |
| THE UNITED STATES ) | |
| Defendant. ) | |

**DECLARATION OF MARLIN A. JOHNSON**

I declare under penalty of perjury that the foregoing responses to plaintiff's interrogatories are true and correct to the best of my knowledge and belief.

Executed this 4th day of March, 2005

Marlin A. Johnson
Assistant Director of Forestry and Forest Health, Region 3
On behalf of the Defendant