**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXPEDITED BRIEFING**
**UPON ITS MOTION TO DISMISS FOR LACK OF JURISDICTION**

Defendant, the United States, respectfully requests that the Court order expedited briefing upon the motion to dismiss for lack of jurisdiction filed by the United States on April 4, 2005. The United States seeks expedited briefing so that its motion can be heard and decided at the pretrial conference on May 5, 2005. Counsel for the United States has contacted counsel for plaintiff, Richard W. Goeken, who has informed us that plaintiff will oppose this motion.

**DISCUSSION**

Expedited consideration of the United States' motion to dismiss is necessary because of the short time remaining before trial in this action. As explained more fully in our motion to dismiss, plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), intends to present at trial claims for increased log hauling costs and employee claim preparation costs. However, Precision Pine's certified claims – the claims that are the basis for the Court's jurisdiction under the Contract Disputes Act – fail to seek increased log hauling costs or employee claim preparation costs. The Court is, therefore, without jurisdiction to entertain Precision Pine's claims for such costs in this action.

The United States proposes that Precision Pine file a response to the motion to dismiss on or before April 22, 2005, that the United States file a reply in support of the motion to dismiss on or before May 2, 2005, and that the Court hear argument upon the motion to dismiss at the May 5, 2005 pretrial conference. Without an expedited schedule, the United States' motion to dismiss would not be ready to be heard at the pretrial conference. This would create uncertainty regarding the issues that are properly before the Court in the days leading up to trial. A ruling in advance of trial will help secure the just and efficient determination of this action.

## CONCLUSION

For these reasons, the United States respectfully requests that the Court grant this motion for expedited briefing and direct (i) that Precision Pine file any opposition to the United States' motion to dismiss on or before Friday, April 22, 2005, (ii) that the United States file its reply in support of the motion to dismiss on or before Monday, May 2, 2005, and (iii) that argument upon the United States' motion be heard at the pretrial conference on Thursday, May 5, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

April 4, 2005