**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE APPENDIX IN PAPER FORM**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully seeks leave, in lieu of electronic filing, to file and serve a paper copy of the appendix to defendant's motion to dismiss for lack of jurisdiction.

The appendix to defendant's motion to dismiss contains 14 claim letters and 14 final decisions from Forest Service contracting officers. These voluminous documents total 616 pages. Because of appendix's large size, electronic filing would be cumbersome. Additionally, the filing and service of a paper copy would likely be more convenient to the parties and the Court. We have contacted plaintiff's attorney, Richard W. Goeken, who has informed us that plaintiff will not oppose this motion.

Accordingly, the United States respectfully requests that the Court grant this motion for leave to file the appendix to its motion to dismiss for lack of jurisdiction in paper form.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

Attorneys for Defendant

OF COUNSEL:

Lori Polin Jones
Patricia L. Disert
Office of General Counsel
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

Dated: April 4, 2005