**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S FINAL WITNESS LIST**

Pursuant to the Court's January 4, 2005 order, and paragraph 15 of Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits the following witness list, which identifies witness that the United States anticipates that it will or may call to testify at trial in this action.

1. Charles P. Adkins
Adkins & Company
8435-A Backlick Road
P.O. Box 1213
Newington, VA 22122
(703) 339-1090
Mr. Adkins will, if called, testify about the subject areas addressed in his expert reports, as well as provide rebuttal testimony based upon observations and information gained during the course of trial.

2. William K. Broyles
6020 Silver Saddle Rd.
Flagstaff, AZ 86004
(928) 526-2158
Mr. Broyles will, if called, testify about the terms and operation of the contracts at issue and the conduct of the parties in connection with the contracts at issue.

3. Arthur M. Daley
12190 N. Peaks Parkway
Flagstaff, AZ 86004-5588
Phone: 928-527-4625
Mr. Daley will, if called, testify about the harvesting and sale of material from the Brann multi-products sale.

4. Clifford J. Dils
1474 Rodeo Road
Santa Fe, NM 87505
(505) 438-7817
Mr. Dils will, if called, testify about the terms and operation of the contracts at issue and the conduct of the parties in connection with the contracts at issue.

5. Paul Fink
333 Broadway Blvd., S.E.
Albuquerque, NM 87102
(505) 842-3423
Mr. Fink will, if called, testify regarding the Forest Service appraisal process and the appraisal prices contained in the contracts at issue.

6. David P. Harris
333 Broadway Blvd., S.E.
Albuquerque, NM 87102
(505) 842-3426
Mr. Harris will, if called, testify about the terms and operation of the contracts at issue, the conduct of the parties in connection with the contracts at issue, and the Forest Service timber sale program, policies and procedures.

7. Jeff Hogg
333 Broadway Blvd., S.E.
Albuquerque, NM 87102
(505) 842-3420
Mr. Hogg will, if called, testify regarding the cruise data and volume estimates used in connection with the contracts at issue.

8. Robert J. Leaverton
1920 Valley Drive
Pueblo, CO 81008
(719) 553-1400
Mr. Leaverton will, if called, testify about the terms and operation of the contracts at issue and the conduct of the parties in connection with the contracts at issue.

9. Susan N. Lee
333 Broadway Blvd., S.E.
Albuquerque, NM 87102
(505) 842-3281
Ms. Lee will, if called, testify about the terms and operation of the contracts at issue and the conduct of the parties in connection with the contracts at issue.

10. David Mauer
Black Mesa Ranger Station
2748 Hwy 260
P.O. Box 968
Overgaard, AZ 85933
(928) 535-4481
Mr. Mauer will, if called, testify about Precision Pine's harvesting practices and Precision Pine's operation of the contracts at issue.

11. Wayne G. Moosman
National Nuclear Security Administration
Kirtland Air Force Base
Pennsylvania & H Street
Building 384 - 3rd Floor
Albuquerque, NM 87114
(505) 845-5364
Mr. Moosman will, if called, testify about the subject areas addressed in his expert report, as well as provide rebuttal testimony based upon observations and information gained during the course of trial.

12. Ian A. Munn
Professor, Forest Economics and Management
Box 9681, Forestry Department
Mississippi State, MS 39762
(662) 325-4546
Mr. Munn will, if called, testify about the subject areas addressed in his expert report, as well as provide rebuttal testimony based upon observations and information gained during the course of trial.

13. Jonathan A. Neuberger
Economists, Inc.
5980 Horton St.
Emeryville, CA 94608
(510) 547-6910
Mr. Neuberger will, if called, testify about the subject areas addressed in his expert reports, as well as provide rebuttal testimony based upon observations and information gained during the course of trial.

14. Dan Panks
Sedona Ranger Station
250 Brewer Road
Sedona, AZ 86336
(928) 203-7517
Mr. Panks will, if called, testify about Precision Pine's harvesting practices and Precision Pine's operation of the contracts at issue.

15. Allan Schirman
Chiloquin Ranger District
38500 Highway 97 North
Chiloquin, OR 97624
(541) 783-4028
Mr. Schirman will, if called, testify about Precision Pine's harvesting practices and Precision Pine's operation of the contracts at issue.

16. Mel Bowers
Precision Pine & Timber
P.O. Box 70
Heber, AZ 85928
(928)535-9112
Mr. Bowers will, if called, testify about Precision Pine's internal reports, documents and recordkeeping, as well as the subject areas addressed in his deposition.

17. Lorin Porter
Precision Pine & Timber
P.O. Box 70
Heber, AZ 85928
(928)535-9112
Mr. Porter will, if called, testify about harvesting practices, logging and hauling operations, sawmill acquisitions and operations, product sales, and corporate history, as well as the subject areas addressed in his deposition.

18. Stephen Reidhead
Tri-Star Logging, Inc.
140 S. Otto Drive
Snowflake, AZ 85937
(928) 536-7848
Mr. Reidhead will, if called, testify about logging and hauling work upon behalf of Precision Pine, as well as the subject areas addressed in his deposition.

19. John Smith
Precision Pine & Timber
P.O. Box 70
Heber, AZ 85928
(928)535-9112
Mr. Smith will, if called, testify about harvesting practices, sawmill operations, and interactions between Precision Pine and the Forest Service, as well as the subject areas addressed in his deposition.

20. Lewis Tenney
Precision Pine & Timber, Inc.
P.O. Box 219
Heber, AZ 85928
(928) 535-3212
Mr. Tenney will, if called, testify about logging and hauling operations, sawmill acquisitions and operations, and corporate history, as well as subject areas addressed in his deposition.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

Attorneys for Defendant

OF COUNSEL:

Lori Polin Jones
Patricia L. Disert
Office of General Counsel
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

Dated: April 4, 2005