# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PRECISION PINE & TIMBER, INC., )
)
Plaintiff, )
) No. 98-720C
v. ) (Judge George W. Miller)
)
THE UNITED STATES, )
)
Defendant. )

## DEFENDANT'S FINAL EXHIBIT LIST

Pursuant to the Court's January 4, 2005 order, and paragraph 16 of Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits the following final exhibit list:

| DX NO. | DATE | AUTHOR | DESCRIPTION |
|---|---|---|---|
| 1 | 8/14/92 | | O.D. Ridge Timber Sale Contract |
| 2 | | | O.D. Ridge Timber Sale Contract Modifications |
| 3 | | | USFS Timber Sale Statements of Account (O.D. Ridge Contract) |
| 4 | 12/2/91 | Leaverton, Robert | Letter: High Bidder notification |
| 5 | 8/3/92 | Bedell, John | Letter: Permission to proceed at bid rates, Clauses must be replaced |
| 6 | 8/14/92 | Leaverton, Robert | Letter: to Precision Pine accepting bid and awarding sale. |
| 7 | 4/7/93 | Leaverton, Robert | Letter: Mexican Spotted Owl consultation process |
| 8 | | | NO DESIGNATED EXHIBIT |
| 9 | 6/28/94 | Caskey, Billy | Letter: 1994 Operating and Fire Plans |
| 10 | 7/26/94 | Caskey, Billy | Letter: Payment Unit 6 is completed |
| 11 | 9/7/94 | Caskey, Billy | Letter: Payment Unit 5 is completed |
| 12 | 8/25/95 | Leaverton, Robert | Letter: Timber Sale injunction |
| 13 | 3/26/96 | Lyons, James | Notice: USDA Extention of Timber Sale Contracts |
| 14 | 4/22/96 | Caskey, Billy | Letter to Bob Leaverton: Adjustment of the periodic payment date |
| 15 | 10/9/96 | Lee, Susan | Letter to John Smith: Modification #8 |
| 16 | 10/28/96 | Smith, John | Letter to Susan Lee: Requesting a contract term adjustment |
| 17 | 12/5/96 | Leaverton, Robert | Letter to Lewis Tenney: Injunction is ended |
| 18 | 1/24/97 | Leaverton, Robert | Letter to Lewis Tenney: Requesting clarification of request for compensation |
| 19 | 2/28/97 | Lee, Susan | Letter: Contract modifications due to delays caused by injunction |
| 20 | 5/8/97 | | Notes: Pre-Operation Meeting |
| 21 | 5/12/97 | Smith, John | Handwritten Letter: 1997 Logging schedule |

| | | | |
|---|---|---|---|
| 22 | 6/4/97 | Leaverton, Robert | Letter: Notice of suspension |
| 23 | 11/10/97 | Porter, Lorin | O.D. Ridge Damages Claim |
| 24 | 1/21/98 | Smith, John | Handwritten Letter: 1998 Logging schedule |
| 25 | 3/16/98 | Lee, Susan | Letter: Response and Decision to O.D. Ridge Damages Claim |
| 26 | 7/20/95 | | Kettle Multi-Product Sale Contract |
| 27 | | | Kettle Multi-Product Sale Contract Modifications |
| 28 | 5/30/99 | | Timber Sale Adminstration Agreement (w/ handwritten comments) |
| 29 | 5/15/97 | | USFS Timber Sale Synopsis (thru 05/15/97) |
| 30 | 11/3/97 | | USFS Timber Sale Synopsis (thru 10/31/97) |
| 31 | | | USFS Timber Sale Statements of Account (Kettle Contract) |
| 32 | 7/20/95 | Lee, Susan | Letter to Lewis Tenney: Bid has been accepted, sale is awarded |
| 33 | | | NO DESIGNATED EXHIBIT |
| 34 | 8/25/95 | Leaverton, Robert | Letter to Lewis Tenney: Notice of suspension |
| 35 | | | NO DESIGNATED EXHIBIT |
| 36 | | | NO DESIGNATED EXHIBIT |
| 37 | 2/13/97 | Lee, Susan | Letter to Lorin Porter: Request for return of refunded downpayments |
| 38 | | | NO DESIGNATED EXHIBIT |
| 39 | 4/18/97 | | Notes: Pre-Operation Meeting |
| 40 | 4/18/97 | Caskey, Billy | Letter to Charles Denton: Release payment Unit 1 |
| 41 | 4/28/97 | Lee, Susan | Letter to Lorin Porter: Pulp sized material |
| 42 | 4/30/97 | Buttrey, Bruce | Letter to Lorin Porter: Field check information |
| 43 | 5/5/97 | Buttrey, Bruce | Letter to Lorin Porter: Traffic safety |
| 44 | | | NO DESIGNATED EXHIBIT |
| 45 | 8/13/97 | Lee, Susan | Letter to Capitol Indemnity: PP Failure to pay |
| 46 | 8/19/97 | Lee, Susan | Letter to Lorin Porter: Operations suspended due to failure to pay |
| 47 | 8/21/97 | Porter, Lorin | Letter to Susan Lee: Third party to Stone Forest Products |
| 48 | 9/30/97 | Smith, John | Handwritten Letter to Fred Martin: Authorize Alternate Haul Route |
| 49 | 10/16/97 | Lee, Susan | Letter to Gary Yantis: Need bond for Third Party Agreement |
| 50 | 10/24/97 | Lee, Susan | Letter to Lewis Tenney: Volume sold and remaining |
| 51 | 11/4/97 | Lee, Susan | Letter to Lorin Porter: Third Party Agreement |
| 52 | 11/10/97 | Porter, Lorin | Kettle Damages Claim |
| 53 | 3/16/98 | Lee, Susan | Final Decision by Contracting Officer |
| 54 | 1/17/90 | | Hay Timber Sale Contract |
| 55 | 1/17/90 | | Hay Timber Sale Contract Modifications |
| 56 | 9/1/93 | | Inspection Report |
| 57 | 12/1/94 | | Timber Sale Adminstration Agreement (w/ handwritten comments) |
| 58 | 12/22/94 | | Timber Sale Adminstration Agreement (w/ handwritten comments) |
| 59 | 7/10/95 | | Timber Sale Adminstration Agreement (w/ handwritten comments) |

| | | | |
|---|---|---|---|
| 60 | 7/11/95 | | Timber Sale Adminstration Agreement (w/ handwritten comments) |
| 61 | 7/14/95 | | Timber Sale Adminstration Agreement (w/ handwritten comments) |
| 62 | 12/4/96 | | Timber Sale Adminstration Agreement (w/ handwritten comments) |
| 63 | 12/5/96 | | Timber Sale Adminstration Agreement (w/ handwritten comments) |
| 64 | 12/10/96 | | Timber Sale Adminstration Agreement (w/ handwritten comments) |
| 65 | 12/12/96 | | Timber Sale Adminstration Agreement (w/ handwritten comments) |
| 66 | 2/24/97 | | Timber Sale Inspection Report |
| 67 | | | Handwritten Notes: Sale activity stopped 02/08/97 |
| 68 | | | USFS Timber Sale Statements of Account (Hay Contract) |
| 69 | 1/17/90 | | Letter to Val Reidhead: Bid has been accepted, sale is awarded |
| 70 | 6/4/91 | Leaverton, Robert | Letter to Val Reidhead: Hay and Hidden TS transferred to Precision Pine |
| 71 | 6/4/91 | Leaverton, Robert | Letter to Lorin Porter: Hay and Hidden TS transferred to Precision Pine |
| 72 | | | |
| 73 | 4/7/93 | Leaverton, Robert | Letter: Mexican Spotted Owl (MSO) consultation process |
| 74 | 4/12/93 | Henson, Larry | Notice: Contract Activity Suspension due to MSO Listing |
| 75 | 6/30/93 | Caskey, Billy | Letter: Plan of Operation for 1993 |
| 76 | 4/5/94 | Tenny, Lewis | Letter: Timber Harvest Plan |
| 77 | 11/23/94 | Tenny, Lewis | Letter to Charles Denton: Ready to begin timber harvest |
| 78 | 1/27/95 | Thomas, Jack | Letter to Lorin Porter: Cancelling portions of Hay TS |
| 79 | 2/9/95 | Saltman, Alan | Letter to Robert Leaverton: PP denied access to sale |
| 80 | 3/7/95 | John, Michael | Fax and Cover Sheet: Greater Gila Stipulation and Order |
| 81 | 3/7/95 | Tenny, Lewis | Press Release: Greater Gila suspension |
| 82 | 3/14/95 | Tenny, Lewis | News Release: Snowflake Planer facility is closing |
| 83 | 4/28/95 | Tenny, Lewis | Letter to Robert Leaverton: Cutting will begin in Unit #7 |
| 84 | | | Chart: PP Operations 1993,1994,1995 |
| 85 | 5/30/95 | | Newspaper Article: Out-of-court agreement reached on Hay TS |
| 86 | | | NO DESIGNATED EXHIBIT |
| 87 | 9/27/95 | Hessel, David | Letter to Lorin Porter: Cancelling portions of Hay TS |
| 88 | 6/18/96 | Leaverton, Robert | Letter to Lewis Tenney: Decision on TS Contract Claim |
| 89 | 6/18/96 | Leaverton, Robert | Letter to Lewis Tenney: Decision on TS Contract Claim |
| 90 | | | NO DESIGNATED EXHIBIT |
| 91 | 12/9/96 | Smith, John | Letter to Robert Leaverton: Designate alternate scaling site |
| 92 | 12/9/96 | Smith, John | Letter to Robert Leaverton: Authorize alternate haul route |
| 93 | | | NO DESIGNATED EXHIBIT |
| 94 | | | NO DESIGNATED EXHIBIT |
| 95 | 1/23/97 | Smith, John | Letter to Robert Leaverton: Bonding |
| 96 | 1/30/97 | Smith, John | Letter to Robert Leaverton: Authorize Eagar Mill as second scaling site |
| 97 | 1/30/97 | Smith, John | Hand-drawn Map for Robert Leaverton: Haul Route |

| | | | |
|---|---|---|---|
| 98 | | | NO DESIGNATED EXHIBIT |
| 99 | | | NO DESIGNATED EXHIBIT |
| 100 | 12/19/97 | Lee, Susan | Letter to Lorin Porter: Lifting of suspension |
| 101 | 11/10/97 | Porter, Lorin | Hay Damages Claim |
| 102 | | | NO DESIGNATED EXHIBIT |
| 103 | 2/23/98 | Smith, John | Letter to Susan Lee: Stone Container no longer buying chips |
| 104 | 3/16/98 | Lee, Susan | Final Decision by Contracting Officer |
| 105 | 4/13/95 | | Brookbank Multi-Product Sale Contract |
| 106 | | | Brookbank Multi-Product Sale Contract Modifications |
| 107 | 5/19/95 | | Contract Daily Diary (Warren Smith Construction) |
| 108 | 9/14/95 | | USFS Timber Sale Synopsis |
| 109 | | | USFS Timber Sale Statements of Account (Brookbank Contract) |
| 110 | 4/13/95 | Lee, Susan | Letter: Notification that Bid is accepted |
| 111 | | | NO DESIGNATED EXHIBIT |
| 112 | 5/4/95 | Smith, John | Letter to Patty Bennett: Plan of Operations |
| 113 | 5/24/95 | Smith, John | Letter to Patty Bennett: Plan of Operations |
| 114 | 5/25/95 | Smith, John | Letter to Patty Bennett: Site map and haul route |
| 115 | | | NO DESIGNATED EXHIBIT |
| 116 | 9/21/95 | Tenny, Lewis | Letter to Robert Leaverton: Refund of bid deposits |
| 117 | 10/28/96 | Smith, John | Letter to Susan Lee: Requesting a contract term adjustment |
| 118 | 11/5/96 | Smith, John | Letter to Susan Lee: Requesting a contract term adjustment |
| 119 | 12/6/96 | Smith, John | Letter to John Martin: Planned activity on Brookbank |
| 120 | | | NO DESIGNATED EXHIBIT |
| 121 | | | NO DESIGNATED EXHIBIT |
| 122 | 11/14/97 | Smith, John | Letter to Kate Klein: Request to operate outside normal season |
| 123 | 11/17/97 | Porter, Lorin | Brookbank Damages Claim |
| 124 | 3/16/98 | Lee, Susan | Letter to Lorin Porter: Contracting Officer's Final Decision |
| 125 | 12/13/93 | | Jersey Horse Timber Sale Contract |
| 126 | | | Jersey Horse Timber Sale Contract Modifications |
| 127 | | | USFS Timber Sale Synopsis (thru 08/31/95) |
| 128 | | | USFS Timber Sale Statements of Account (Jersey Horse Contract) |
| 129 | 12/13/93 | Barber, Douglas | Letter: Bid has been accepted and sale is awarded. |
| 130 | | | NO DESIGNATED EXHIBIT |
| 131 | | | NO DESIGNATED EXHIBIT |
| 132 | 4/5/94 | Tenny, Lewis | Letter to Robert Leaverton: Plan of Operation |
| 133 | 4/5/94 | Tenny, Lewis | Letter to Robert Leaverton: 1994 Logging Plan |
| 134 | 4/24/95 | Smith, John | Letter to Patty Bennett: request to push back completion date |
| 135 | 5/10/95 | Leaverton, Robert | Letter to Lorin Porter: Modifications to completion date |

| | | | |
|---|---|---|---|
| 136 | 8/23/95 | Smith, John | Letter to Patty Bennett: Release payment Unit 1 for harvest |
| 137 | | | NO DESIGNATED EXHIBIT |
| 138 | 10/13/95 | Leaverton, Robert | Letter to Lewis Tenney: Waive periodic payment |
| 139 | 8/7/96 | Leaverton, Robert | Letter: Modification #8, extends termination date |
| 140 | 10/16/96 | Smith, John | Letter to Robert Leaverton: Requesting a contract term adjustment |
| 141 | | | NO DESIGNATED EXHIBIT |
| 142 | | | NO DESIGNATED EXHIBIT |
| 143 | 11/14/97 | Smith, John | Letter to Susan Lee: Extend road completion date |
| 144 | 11/17/97 | Porter, Lorin | Jersey Horse Damages Claim |
| 145 | 11/26/97 | Klein, Kate | Letter to John Smith: Release of payment |
| 146 | 12/11/97 | Smith, John | Letter to Susan Lee: Modification #12 |
| 147 | | | NO DESIGNATED EXHIBIT |
| 148 | 3/16/98 | Lee, Susan | Letter to Lorin Porter: Contracting Officer's Final Decision |
| 149 | 2/28/94 | | Salt Multi-Product Sale Contract |
| 150 | | | Salt Multi-Product Sale Contract Modifications |
| 151 | | | TS Inspection Report |
| 152 | | | USFS Timber Sale Statements of Account (Salt Contract) |
| 153 | 2/28/94 | Wagenfehr, Robert | Letter to Lorin Porter: Bid accepted, sale awarded |
| 154 | 5/3/94 | Wagenfehr, Robert | Letter to Lorin Porter: Request for plan of operations |
| 155 | 5/10/94 | Tenny, Lewis | Letter to Robert Wagenfehr: Plan of operations |
| 156 | 10/14/94 | Dils, Clifford | Letter to Lorin Porter: Road completion date |
| 157 | 10/27/94 | Tenny, Lewis | Letter to Clifford Dils: Need to extend road completion date |
| 158 | 11/2/94 | Dils, Clifford | Letter to Lorin Porter: Revised road completion date |
| 159 | | Porter, Lorin | Fax: John Smith is Purchaser Representative |
| 160 | 8/25/95 | Dils, Clifford | Letter to Lorin Porter: Timber operations suspended |
| 161 | 9/21/95 | Tenny, Lewis | Letter to Clifford Dils: Request for bid deposit refund |
| 162 | 9/27/95 | Dils, Clifford | Letter to Lorin Porter: Refund bid deposits |
| 163 | 11/29/95 | Smith, John | Letter to Clifford Dils: Contract Term Adjustment |
| 164 | 12/19/95 | Dils, Clifford | Letter to Lorin Porter: Contract Term Adjustment approved |
| 165 | 10/16/96 | Smith, John | Letter to Clifford Dils: Contract Term Adjustment |
| 166 | 12/9/96 | Gunzel, Stephen | Letter to Clifford Dils: Suspension lifted |
| 167 | 12/31/96 | Tenny, Lewis | Letter to Eddie Alford: Preliminary claim letter |
| 168 | | | NO DESIGNATED EXHIBIT |
| 169 | 2/7/97 | Dils, Clifford | Letter to Lewis Tenney: Compension for suspension |
| 170 | 2/12/97 | Dils, Clifford | Letter to Lorin Porter: Granting MSO term adjustment |
| 171 | 4/11/97 | Dils, Clifford | Letter to Lorin Porter: Contract Term Adjustment |
| 172 | 6/6/97 | Dils, Clifford | Letter to Lorin Porter: Partial suspension |

| | | | |
|---|---|---|---|
| 173 | 11/17/97 | Porter, Lorin | Salt Damages Claim |
| 174 | 1/21/98 | Smith, John | Letter to Clifford Dils: 1998 Operating Plan |
| 175 | 3/16/98 | Dils, Clifford | Contracting Officer's Final Decision |
| 176 | 1/17/95 | | Manaco Multi-Product Sale Contract |
| 177 | 7/7/98 | | Manaco Multi-Product Sale Contract Modifications |
| 178 | 6/23/95 | | TS Inspection Report |
| 179 | 8/25/95 | | TS Inspection Report |
| 180 | 12/27/95 | | TS Inspection Report |
| 181 | 2/14/96 | | TS Inspection Report |
| 182 | 7/7/95 | | USFS TS Synopsis |
| 183 | 8/3/95 | | USFS TS Synopsis |
| 184 | 8/15/95 | | USFS TS Synopsis |
| 185 | 8/30/95 | | USFS TS Synopsis |
| 186 | | | USFS Timber Sale Statements of Account (Manaco Contract) |
| 187 | 1/17/95 | Dils, Clifford | Letter to Lorin Porter: Bid accepted, sale awarded |
| 188 | | | NO DESIGNATED EXHIBIT |
| 189 | 3/28/95 | Tenny, Lewis | Letter to Clifford Dils: Release payment unit #7 |
| 190 | 3/28/95 | Tenny, Lewis | Letter to Clifford Dils: Plan of Operations |
| 191 | 3/28/95 | Tenny, Lewis | Letter to Clifford Dils: Sale Haul Route |
| 192 | 4/13/95 | Tenny, Lewis | Letter to Clifford Dils: Amended Plan Of Operation |
| 193 | 4/19/95 | Tenny, Lewis | Letter to Ellen George: John Smith is designated representative |
| 194 | 5/8/95 | Porter, Lorin | Fax: John Smith is Purchaser Representative |
| 195 | 6/29/95 | Dils, Clifford | Letter to Lorin Porter: Revised Bill of Collection |
| 196 | 7/31/95 | Dils, Clifford | Letter to Lorin Porter: Suspension for failure to pay |
| 197 | 8/14/95 | Dils, Clifford | Letter to Lorin Porter: Confirm payment |
| 198 | 8/21/95 | Dils, Clifford | Letter to Lorin Porter: Letters of Credit's |
| 199 | 8/25/95 | Dils, Clifford | Letter to Lorin Porter: Replacement Letter of Credit |
| 200 | 8/25/95 | Dils, Clifford | Letter to Lorin Porter: Timber operations suspended |
| 201 | | | NO DESIGNATED EXHIBIT |
| 202 | 9/27/95 | Dils, Clifford | Letter to Lorin Porter: Refund down payment |
| 203 | 12/19/95 | Dils, Clifford | Letter to Lorin Porter: Contract Term Adjustment |
| 204 | 10/28/96 | Smith, John | Letter to Clifford Dils: Requesting Contract Term Adjustment |
| 205 | 12/10/96 | Gunzel, Stephen | Letter to Lorin Porter: Suspension lifted |
| 206 | 3/24/97 | Dils, Clifford | Letter to Lorin Porter: Contract Term Adjustment |
| 207 | 11/17/97 | Porter, Lorin | Manaco Damages Claim |
| 208 | | | NO DESIGNATED EXHIBIT |
| 209 | 1/26/98 | Smith, John | Letter to Clifford Dils: Bonding documentation |
| 210 | 3/16/98 | Dils, Clifford | Contracting Officer's Final Decision |

| | | | |
|---|---|---|---|
| 211 | 4/14/92 | | St. Joe Timber Sale Contract |
| 212 | 4/14/92 | | St. Joe Timber Sale Contract Modifications |
| 213 | 4/14/92 | | St. Joe TS Agreement |
| 214 | 7/18/95 | | St. Joe TS Agreement (Work updates) |
| 215 | 7/28/95 | | St. Joe TS Agreement (Work updates) |
| 216 | 11/15/95 | | St. Joe TS Agreement (Falling has started) |
| 217 | 11/16/95 | | St. Joe TS Agreement (Falling in progress and acceptable) |
| 218 | 7/31/95 | | USFS TS Synopsis |
| 219 | 8/31/95 | | USFS TS Synopsis |
| 220 | | | USFS Timber Sale Statements of Account (St. Joe Contract) |
| 221 | 12/12/91 | Leaverton, Robert | Letter: Notice of Award |
| 222 | 4/14/92 | Bedell, John | Letter: Bid accepted, sale awarded |
| 223 | | | NO DESIGNATED EXHIBIT |
| 224 | 10/22/92 | Leaverton, Robert | Letter: Contract Modification #1 |
| 225 | 4/7/93 | Leaverton, Robert | Letter: MSO Consultation process |
| 226 | 6/21/94 | Tenny, Lewis | Letter: Plan of Operation for 1994 |
| 227 | | | NO DESIGNATED EXHIBIT |
| 228 | 4/24/95 | Smith, John | Letter to Patty Bennett: Release PU #2 |
| 229 | 7/28/95 | Leaverton, Robert | Letter to Lorin Porter: Suspension for failure to pay |
| 230 | | | NO DESIGNATED EXHIBIT |
| 231 | 11/15/95 | Smith, John | Letter to Patty Bennett: Release PU #10 |
| 232 | 11/15/95 | Klein, Kate | Letter to John Smith: Release of PU #10 |
| 233 | 11/15/95 | Smith, John | Letter to Patty Bennett: Plan of Operations |
| 234 | 11/15/95 | Smith, John | Letter to Patty Bennett: Operate outside the normal operating season? |
| 235 | 7/2/97 | Klein, Kate | Letter to Robert Leaverton: Close sale and release bond |
| 236 | 11/17/97 | Porter, Lorin | St. Joe Damages Claim |
| 237 | 3/16/98 | Lee, Susan | Contracting Officer's Final Decision |
| 238 | 6/29/94 | | Hutch-Boondock Multi-Product Sale Contract |
| 239 | 10/24/94 | | Hutch-Boondock Multi-Product Sale Contract Modifications |
| 240 | 7/14/95 | | Hutch-Boondock Contract Daily Diary (Roadwork completed) |
| 241 | 10/31/95 | | TS Inspection Report (Cutting has started) |
| 242 | 11/6/95 | | TS Inspection Report (Work updates) |
| 243 | 11/14/95 | | TS Inspection Report (Work updates) |
| 244 | 5/6/96 | | TS Inspection Report (Work updates) |
| 245 | 7/9/96 | | TS Inspection Report (Forest reopening from fire) |
| 246 | 1/7/97 | | TS Inspection Report (2 feet of snow) |
| 247 | 5/7/97 | | TS Inspection Report (John Smith visit) |
| 248 | 6/2/97 | | TS Inspection Report (David has moved out) |

| | | | |
|---|---|---|---|
| 249 | 9/26/95 | | USFS TS Synopsis |
| 250 | 8/1/97 | | USFS TS Synopsis |
| 251 | | | USFS Timber Sale Statements of Account (H-B Contract) |
| 252 | | | NO DESIGNATED EXHIBIT |
| 253 | | | NO DESIGNATED EXHIBIT |
| 254 | 6/29/94 | Broyles, Ken | Letter: Bid accepted, sale awarded |
| 255 | 4/26/95 | Smith, John | Letter: Operating Schedule |
| 256 | 5/3/95 | Broyles, Ken | Letter to John Smith: Request for adjustment in road completion dates |
| 257 | 8/29/95 | Broyles, Ken | Letter to Lorin Porter: Notice of Suspension |
| 258 | 9/21/95 | Tenny, Lewis | Letter to Ken Broyles: Refund of Bid Deposits |
| 259 | 9/28/95 | Broyles, Ken | Letter to Lorin Porter: Reduction of the down payment |
| 260 | 10/20/95 | Broyles, Ken | Letter to Lorin Porter: Down payment must be re-established |
| 261 | 10/24/95 | Smith, John | Letter to Al Schirman: Pre-Work operating plan |
| 262 | | | Pre-Work Operating Plan |
| 263 | 10/31/95 | Smith, John | Letter to Al Schirman: Pulpwood |
| 264 | 11/15/95 | Smith, John | Letter to Al Schirman: Request to operate outside of normal season |
| 265 | 11/27/95 | Greco, Bruce | Letter to John Smith: Denying request to operate outside of normal season |
| 266 | 11/29/95 | Smith, John | Letter to Ken Broyles: Request for Contract Term Adjustment |
| 267 | 12/1/95 | Broyles, Ken | Letter to John Smith: Granting Contract Term Adjustment |
| 268 | 12/4/95 | Greco, Bruce | Letter to John Smith: Granting request to operate outside of normal season |
| 269 | 3/22/96 | Broyles, Ken | Letter to John Smith: Granting Contract Term Adjustment |
| 270 | 3/26/96 | Smith, John | Letter to Dan Derrick:Starting operations |
| 271 | 3/29/96 | Broyles, Ken | Letter to John Smith: Availability of Market-related term adjustment |
| 272 | 4/2/96 | Smith, John | Letter to Ken Broyles: Adjust the Periodic Payment Dates |
| 273 | 10/22/96 | Smith, John | Letter to Dan Derrick: Granting equest to operate outside of normal season |
| 274 | 10/31/96 | Derrick, Dan | Letter to Lorin Porter: Breach of Contract |
| 275 | 11/5/96 | Smith, John | Letter to Ken Broyles: Request for Contract Term Adjustment |
| 276 | | | NO DESIGNATED EXHIBIT |
| 277 | 11/12/96 | Broyles, Ken | Letter to John Smith: Granting Contract Term Adjustment |
| 278 | 11/22/96 | Derrick, Dan | Letter to Lorin Porter: Breach has been lifted |
| 279 | 1/22/97 | Smith, John | Letter: Fall 1997 Operating Schedule |
| 280 | 7/1/97 | Broyles, Ken | Letter to John Smith: Cannot modify contracts |
| 281 | 8/15/97 | Porter, Lorin | Hutch-Boondock Damages Claim |
| 282 | 10/20/97 | Broyles, Ken | Letter to Lewis Tenney: Volume sold and remaining |
| 283 | 12/1/97 | Broyles, Ken | Contracting Officer's Final Decision |
| 284 | 9/14/94 | | Mud Multi-Product Sale Contract |
| 285 | 6/14/94 | | Mud Multi-Product Sale Contract Modifications |
| 286 | 3/27/96 | | TS Inspection Report |

| | | | |
|---|---|---|---|
| 287 | 7/31/96 | | TS Inspection Report (Work updates) |
| 288 | 8/5/96 | | TS Inspection Report (Work updates) |
| 289 | 8/8/96 | | TS Inspection Report (Work updates) |
| 290 | | | NO DESIGNATED EXHIBIT |
| 291 | | | USFS Timber Sale Statements of Account (Mud Contract) |
| 292 | 9/14/94 | Broyles, Ken | Letter: Bid accepted, sale awarded |
| 293 | 9/19/94 | Broyles, Ken | Letter: Delegations of Authority |
| 294 | 2/27/95 | Smith, John | Letter: 1995 Operating Schedule |
| 295 | | | NO DESIGNATED EXHIBIT |
| 296 | | | NO DESIGNATED EXHIBIT |
| 297 | 1/19/96 | Broyles, Ken | Letter to Billy Caskey: Replacement volume not available |
| 298 | | | NO DESIGNATED EXHIBIT |
| 299 | 2/27/96 | Broyles, Ken | Letter to Lorin Porter: Permission to start logging denied |
| 300 | 3/11/96 | Broyles, Ken | Letter to Lorin Porter: Mud released from injunction |
| 301 | 3/13/96 | Smith, John | Letter to Ken Broyles: Request for Contract Term Adjustment |
| 302 | 3/19/96 | Smith, John | Letter to Ken Broyles: Operating plan notes |
| 303 | 3/21/96 | Broyles, Ken | Letter to John Smith: Granting Contract Term Adjustment |
| 304 | 3/25/96 | Smith, John | Letter to Dan Parks: Release Payment Units 1, 2 and 3 for harvest |
| 305 | 3/26/96 | Broyles, Ken | Letter to Lorin Porter: Down payment must be re-established |
| 306 | 4/9/96 | Smith, John | Letter to Richard Stephens: Logging Plans |
| 307 | 4/12/96 | Stephens, Richard | Letter to John Smith: Unable to waive logging requirements |
| 308 | 5/24/96 | Stephens, Richard | Letter to John Smith: Operations remain in shutdown (Fire) |
| 309 | 7/12/96 | Smith, John | Letter to Richard Stevens: Operating Plans |
| 310 | | | NO DESIGNATED EXHIBIT |
| 311 | 8/15/96 | Hessel, David | Letter to Lewis Tenney: Partial cancellation |
| 312 | 9/19/96 | Smith, John | Letter to Dan Parks: Release Payment Unit 4 harvest |
| 313 | 9/26/96 | Stephens, Richard | Letter to John Smith: Releasing Payment Unit 4 |
| 314 | 10/23/96 | Stephens, Richard | Letter to John Smith: Pulpwood volume |
| 315 | | | NO DESIGNATED EXHIBIT |
| 316 | 8/15/97 | Porter, Lorin | Mud Damages Claim |
| 317 | 12/1/97 | Broyles, Ken | Contracting Officer's Final Decision |
| 318 | 9/29/94 | | Saginaw-Kennedy Multi-Product Sale Contract |
| 319 | 9/29/94 | | Saginaw-Kennedy Multi-Product Sale Contract Modifications |
| 320 | | | USFS Timber Sale Statements of Account (Sag-Kennedy Contract) |
| 321 | 9/29/94 | Harris, David | Letter: Bid accepted, sale awarded |
| 322 | 11/23/94 | Smith, John | Letter: 1994 Operating Plan |
| 323 | 11/30/94 | Harris, David | Letter: Road Completion date |
| 324 | | | NO DESIGNATED EXHIBIT |

| | | | |
|---|---|---|---|
| 325 | | | NO DESIGNATED EXHIBIT |
| 326 | 8/30/95 | Harris, David | Letter to Lorin Porter: Notice of Suspension |
| 327 | 9/21/95 | Tenny, Lewis | Letter to David Harris: Refund of Bid Deposits |
| 328 | 10/11/95 | Harris, David | Letter to Lorin Porter: Requested refunds of down payment deposits |
| 329 | 10/11/95 | Harris, David | Letter to Lorin Porter: Down payment/ Refund balances |
| 330 | 1/3/96 | Smith, John | Letter to David Harris: Contract Term Adjustment |
| 331 | 1/9/96 | Harris, David | Letter to Lorin Porter: Contract Term Adjustment granted |
| 332 | 4/22/96 | Harris, David | Letter to Lorin Porter: Deferment of Periodic Payments granted |
| 333 | 5/6/96 | Holmes, John | Letter to John Smith: Entering into Fire Precautionary plan |
| 334 | 10/16/96 | Smith, John | Letter to David Harris: Requesting Contract Term Adjustment |
| 335 | 11/5/96 | Smith, John | Letter to David Harris: Requesting Contract Term Adjustment |
| 336 | 11/12/96 | Harris, David | Letter to Lorin Porter: Contract Term Adjustment granted |
| 337 | 12/6/96 | Smith, John | Letter to John Holmes: Harvesting Plans |
| 338 | 2/4/97 | Harris, David | Letter to Lorin Porter: Downpayment Redeposit |
| 339 | 6/20/97 | Harris, David | Letter: Contract modifications |
| 340 | 8/15/97 | Porter, Lorin | Saginaw-Kennedy Damages Claim |
| 341 | 11/28/97 | Harris, David | Contracting Officer's Final Decision |
| 342 | 9/29/94 | | Brann Multi-Product Sale Contract |
| 343 | 9/29/94 | | Brann Multi-Product Sale Contract Modifications |
| 344 | 9/29/94 | | TS Inspection Report (Restricted area due to MSO) |
| 345 | 8/9/95 | | Contract Daily Diary (Road conditions) |
| 346 | 8/29/95 | | Contract Daily Diary (Road updates) |
| 347 | 1/26/96 | | Brann TS Agreement |
| 348 | 1/26/96 | | Brann TS Agreement |
| 349 | 1/30/96 | | Brann TS Agreement |
| 350 | 3/3/96 | | Brann TS Agreement |
| 351 | 3/6/96 | | Prework Meeting (Items of Discussion) |
| 352 | 4/12/96 | | Brann TS Agreement (Work Updates) |
| 353 | 4/12/96 | | Brann TS Agreement (Work Updates) |
| 354 | 4/16/96 | | Brann TS Agreement (Work Updates) |
| 355 | 4/19/96 | | Brann TS Agreement (Work Updates) |
| 356 | 9/9/96 | | Brann TS Agreement (Work Updates) |
| 357 | | Daley, Art | Letter to John Holmes: Operating Plan in Payment Unit 2 |
| 358 | 5/1/97 | | Brann TS Agreement (Work Updates- Not meeting specs) |
| 359 | 12/16/97 | | Brann TS Agreement (Work Updates) |
| 360 | 11/25/96 | | USFS TS Synopsis |
| 361 | | | USFS Timber Sale Statements of Account (Brann Contract) |
| 362 | 9/29/94 | | Letter: Bid accepted, sale awarded |

| | | | |
|---|---|---|---|
| 363 | 11/23/94 | Smith, John | Letter to David Harris: 1994 Plan of Operation |
| 364 | 11/30/94 | Harris, David | Letter: Extending road completion date |
| 365 | | | NO DESIGNATED EXHIBIT |
| 366 | 8/30/95 | Harris, David | Letter to Lorin Porter: Notice of Suspension |
| 367 | 9/21/95 | Tenny, Lewis | Letter to David Harris: Refund of Bid Deposits |
| 368 | 10/11/95 | Harris, David | Letter to Lorin Porter: Requested refunds of down payment deposits |
| 369 | 10/11/95 | Harris, David | Letter to Lorin Porter: Down payment/refund balances |
| 370 | 10/11/94 | Harris, David | Letter to Lorin Porter: Denying request for refund |
| 371 | 10/23/95 | Smith, John | Letter to John Holmes: Fall 1995 Operating Plans |
| 372 | 1/3/96 | Smith, John | Letter to David Harris: 57 day Contract Term Adjustment |
| 373 | 1/9/96 | Harris, David | Letter to Lorin Porter: Contract Term Adjustment granted |
| 374 | 1/26/96 | | Prework Meeting (Items of Discussion) |
| 375 | 1/26/96 | Harris, David | E-Mail to John Holmes: Delayed Pulpwood removal |
| 376 | 2/12/96 | Smith, John | Letter to John Holmes: Brann logging plan for 1996 |
| 377 | 3/6/96 | Smith, John | Letter to John Holmes: Roundwood operating plan for 1996 |
| 378 | 5/3/96 | Holmes, John | Letter to John Smith: Entering into Fire Precautionary plan |
| 379 | 7/9/96 | Holmes, John | Letter to John Smith: Area closures and fire restrictions are rescinded |
| 380 | 10/16/96 | Smith, John | Letter to David Harris: Request for Contract Term Adjustment |
| 381 | 10/31/96 | | Brann TS Contract Term Adjustment worksheet |
| 382 | 11/25/96 | Smith, John | Letter to Dave Harris: Request to operate outside of normal season |
| 383 | 3/7/97 | Harris, David | Letter to Lorin Porter: Periodic Payments Schedule |
| 384 | 3/21/97 | Harris, David | Fax Cover Sheet to John Smith: 1 year extention on Brann |
| 385 | 5/5/97 | Holmes, John | Letter to John Smith: Brann TS meeting |
| 386 | 5/12/97 | Smith, John | Letter to David Harris: Substantial Overriding Public Interest Extension |
| 387 | 5/16/97 | Harris, David | Letter to Lorin Porter: Substantial Overriding Public Interest Extension granted |
| 388 | 5/28/97 | Harris, David | Letter to Lorin Porter: Reconfirm termination dates |
| 389 | | | NO DESIGNATED EXHIBIT |
| 390 | 6/6/97 | Harris, David | Letter to Lorin Porter: Region 3 TS injunction |
| 391 | 5/20/97 | Harris, David | Release from Liability Statement |
| 392 | 4/22/98 | Harris, David | Memo: Lack of market for pulpwood materials |
| 393 | 8/15/97 | Porter, Lorin | Brann Damages Claim |
| 394 | 11/28/97 | Harris, David | Contracting Officer's Final Decision |
| 395 | 10/5/92 | | U-Bar Timber Sale Contract |
| 396 | 10/5/92 | | U-Bar Timber Sale Contract Modifications |
| 397 | 5/12/94 | Smith, John | Letter to Dan Derrick: Authorize Alternate Haul Route |
| 398 | 6/15/95 | | Contract Daily Diary |
| 399 | 6/15/95 | | TS Inspection Report (Contractual work completed) |

| | | | |
|---|---|---|---|
| 400 | | | NO DESIGNATED EXHIBIT |
| 401 | 4/30/97 | | TS Inspection Report (Work updates) |
| 402 | 5/2/97 | | TS Inspection Report (Work updates) |
| 403 | 6/6/97 | | TS Inspection Report (Work updates) |
| 404 | 6/18/97 | | TS Inspection Report (Work updates) |
| 405 | 1/10/96 | | USFS TS Synopsis |
| 406 | 1/3/97 | | USFS TS Synopsis |
| 407 | | | USFS Timber Sale Statements of Account (U-Bar Contract) |
| 408 | | | NO DESIGNATED EXHIBIT |
| 409 | 10/5/92 | Broyles, Ken | Letter to Lorin Porter: Bid accepted, sale awarded |
| 410 | | | NO DESIGNATED EXHIBIT |
| 411 | 1/26/93 | Derrick, Dan | Letter to Lorin Porter: Plan of Operation deadline has expired |
| 412 | 2/5/93 | Porter, Lorin | Letter to Dan Derrick: Plan of Operation |
| 413 | 2/22/93 | Porter, Lorin | Letter to Dan Derrick: 1993 Operating Schedule |
| 414 | 3/19/93 | Tenny, Lewis | Letter to Dan Derrick: Determine what TS can continue to operate |
| 415 | 11/2/93 | Smith, John | Letter to Dan Derrick: 1993 Operating Plan for U-Bar |
| 416 | 11/30/93 | Smith, John | Letter to Dan Derrick: 1993 Operating Plan for U-Bar (11/30/93) |
| 417 | | | NO DESIGNATED EXHIBIT |
| 418 | 12/6/93 | Calish, Steven | Letter to Lorin Porter: Breach of Contract |
| 419 | 1/27/94 | Derrick, Dan | Letter to Lorin Porter: Breach of Contract investigation results |
| 420 | 9/2/94 | Smith, John | Letter to Dan Derrick: Logging schedule for Fall 1994 |
| 421 | 3/23/95 | Broyles, Ken | Letter to Lorin Porter: Updated WWPA indices |
| 422 | 3/29/95 | Smith, John | Letter to Steven Calish: Change to 1995 logging schedule |
| 423 | 3/31/95 | Smith, John | Letter to Jerry Chapman: Logging plans |
| 424 | 4/7/95 | Smith, John | Letter to Steven Calish: Request to release Payment Unit 15 |
| 425 | 4/10/95 | Calish, Steven | Letter to John Smith: Request to release Payment Unit 15 is granted |
| 426 | 4/27/95 | Smith, John | Letter to Steven Calish: Approve Alternate Haul Route |
| 427 | | | NO DESIGNATED EXHIBIT |
| 428 | 11/13/96 | Broyles, Ken | Letter to John Smith: Contract Term Adjustment granted |
| 429 | 12/5/96 | Broyles, Ken | Letter to Lorin Porter: Notice of ending of MSO suspension |
| 430 | | | NO DESIGNATED EXHIBIT |
| 431 | 8/1/97 | Broyles, Ken | Letter to Lorin Porter: Late payment charge |
| 432 | 11/15/97 | Porter, Lorin | U-Bar Damages Claim |
| 433 | | | NO DESIGNATED EXHIBIT |
| 434 | 12/1/97 | Broyles, Ken | Contracting Officer's Final Decision |
| 435 | 9/28/94 | | Monument Multi-Product Sale Contract |
| 436 | 9/28/94 | | Monument Multi-Product Sale Contract Modifications |
| 437 | | | USFS Timber Sale Statements of Account (Monument Contract) |

| | | | |
|---|---|---|---|
| 438 | | | NO DESIGNATED EXHIBIT |
| 439 | | | NO DESIGNATED EXHIBIT |
| 440 | 9/28/94 | Broyles, Ken | Letter to Lorin Porter: Bid accepted, sale awarded |
| 441 | | | Timber Sales Fire Plan |
| 442 | | | NO DESIGNATED EXHIBIT |
| 443 | | | NO DESIGNATED EXHIBIT |
| 444 | | | NO DESIGNATED EXHIBIT |
| 445 | | | NO DESIGNATED EXHIBIT |
| 446 | | | NO DESIGNATED EXHIBIT |
| 447 | 12/19/96 | Broyles, Ken | Letter to John Smith: Requesting updated Plan of Operation |
| 448 | 1/23/97 | Broyles, Ken | Letter to Lorin Porter: Breach for failure to re-establish down payment |
| 449 | 1/28/97 | Broyles, Ken | Letter to Lorin Porter: Notice that Monument TS is eligible for an extention |
| 450 | 2/4/97 | Broyles, Ken | Letter to Lorin Porter: Payment to re-establish down payment received |
| 451 | | | PP&T Coconino National Forest Fire Plan 1997 |
| 452 | 8/15/97 | Porter, Lorin | Monument Damages Claim |
| 453 | 12/1/97 | Broyles, Ken | Contracting Officer's Final Decision |
| 454 | 3/22/96 | Lorin Porter | Draft Letter to Milo Larson re pulpwood |
| 455 | 3/7/97 | David Harris | Letter to Lorin Porter with handwritten note to John Smith |
| 456 | 11/12/93 | Lewis Tenney | Letter to Western Organics re billings |
| 457 | 10/21/91 | | Pulpwood Purchase Agreement re Limestone |
| 458 | 7/12/95 | John Smith | Mid Point Payments |
| 459 | 2/2/99 | John Smith | Brookbank Pulpwood to Heber Mill |
| 460 | | | |
| 461 | 8/29/97 | John Smith | Monument Sale harvesting quote |
| 462 | 9/2/92 | Terry Coffin | Fax to Lorin Porter and Lewis Tenney re GCFI asset purchase agreement |
| 463 | 4/18/95 | Lewis Tenney | Agreement with Steve Reidhead on future logging |
| 464 | 2/24/99 | John Smith | Manaco Operating Plans |
| 465 | 5/29/96 | Porter, Lorin | Letter to Mel: Mexican Lumber Prices |
| 466 | 9/26/97 | Smith, John | Letter to Lorin Porter: TS Volume and Price numbers |
| 467 | | | PP&T Production & Sales (September 1994-January 1995) |
| 468 | | | Pulpwood Purchase Agreement |
| 469 | 4/12/95 | Leary, Sean | Letter to Lewis Tenney: sale of 20 loads of pulpwood from Manaco to Stone |
| 470 | 10/11/93 | | Stone contract for topwood from PP&T |
| 471 | 8/9/93 | | Log Purchase Agreement to buy Pulpwood from PP&T |
| 472 | 7/10/95 | Leary, Sean | Letter to Lewis Tenney: sale of 500 cords of pulpwood from Manaco to Stone |
| 473 | 7/31/95 | Smith, John | Letter to Lewis Tenney: TS maps you requested |
| 474 | 9/21/95 | Tenny, Lewis | Letter to Sean Leary: offer of roundwood to Stone |

| | | | |
|---|---|---|---|
| 475 | 10/3/95 | Leary, Sean | Letter to Lewis Tenney: Stone not looking for new pulpwood commitments |
| 476 | 12/27/95 | Bennett, Steven | Letter to Lorin Porter: suspension of Stone's chip purchases |
| 477 | 8/15/97 | | Agreement to sell Kettle contract to Stone |
| 478 | 2/28/94 | | PP&T Inventory Summary (Snowflake) |
| 479 | 2/28/94 | | PP&T Inventory Summary (Winslow) |
| 480 | 1/31/96 | | PP&T Inventory Summary (Winslow) |
| 481 | 7/31/95 | | PP&T Inventory Summary (Winslow) |
| 482 | 5/31/95 | | PP&T Inventory Summary (Winslow) |
| 483 | 6/30/95 | | PP&T Inventory Summary (Winslow) |
| 484 | 8/31/96 | | PP&T Inventory Summary (Winslow) |
| 485 | 8/31/95 | | PP&T Inventory Summary (Winslow) |
| 486 | 1/31/95 | | PP&T Inventory Summary (Snowflake) |
| 487 | 1/31/95 | | PP&T Inventory Summary (Winslow) |
| 488 | 2/28/95 | | PP&T Inventory Summary (Snowflake) |
| 489 | 2/28/95 | | PP&T Inventory Summary (Winslow) |
| 490 | 1/30/95 | | PP&T Inventory Summary (Winslow) |
| 491 | 10/31/95 | | PP&T Inventory Summary (Winslow) |
| 492 | 11/30/95 | | PP&T Inventory Summary (Winslow) |
| 493 | 12/29/95 | | PP&T Inventory Summary (Winslow) |
| 494 | 1/31/96 | | PP&T Inventory Summary (Winslow) |
| 495 | 2/29/96 | | PP&T Inventory Summary (Winslow) |
| 496 | 3/28/96 | | PP&T Inventory Summary (Winslow) |
| 497 | 4/30/96 | | PP&T Investory Summary (Winslow) |
| 498 | 9/30/96 | | PP&T Inventory Summary (Winslow) |
| 499 | 10/31/96 | | PP&T Inventory Summary (Winslow) |
| 500 | 11/30/96 | | PP&T Inventory Summary (Winslow) |
| 501 | | | NO DESIGNATED EXHIBIT |
| 502 | | | NO DESIGNATED EXHIBIT |
| 503 | | | NO DESIGNATED EXHIBIT |
| 504 | | | NO DESIGNATED EXHIBIT |
| 505 | | | PP&T Goals Report (April 1995) |
| 506 | 2/24/00 | | PP&T Gross Profit Projection - Salt TS |
| 507 | 9/17/94 | | PP&T Gross Profit Projection - Saginaw-Kennedy TS |
| 508 | 11/13/95 | | PP&T Gross Profit Projection - St. Joe TS |
| 509 | | | PP&T Gross Profit Projection (Oct.- Dec. 1995) |
| 510 | 7/14/98 | | PP&T Gross Profit Projection - Pratt Canyon TS |
| 511 | 12/27/96 | | PP&T Gross Profit Projection - Pot Fire Salvage TS |
| 512 | 7/25/94 | | PP&T Gross Profit Projection - O.D. Ridge TS |

| | | | |
|---|---|---|---|
| 513 | 9/12/94 | | PP&T Gross Profit Projection - Mud TS |
| 514 | 9/2/97 | | PP&T Gross Profit Projection - Kettle TS |
| 515 | 3/23/97 | | PP&T Gross Profit Projection - Kettle TS |
| 516 | 1/11/95 | | PP&T Gross Profit Projection - Monaco TS |
| 517 | 10/21/96 | | PP&T Gross Profit Projection - Highway TS |
| 518 | 1/24/96 | | PP&T Gross Profit Projection - C-3 TS |
| 519 | 7/17/95 | | PP&T Gross Profit Projection - Ramah TS |
| 520 | | | NO DESIGNATED EXHIBIT |
| 521 | 7/17/95 | | PP&T Gross Profit Projection - Hay TS |
| 522 | 7/17/95 | | PP&T Gross Profit Projection - Hay TS (Fir only) |
| 523 | 7/17/95 | | PP&T Gross Profit Projection - Jersey Horse TS |
| 524 | 7/17/95 | | PP&T Gross Profit Projection - Manaco TS |
| 525 | 7/17/95 | | PP&T Gross Profit Projection - Kettle TS |
| 526 | 7/17/95 | | PP&T Gross Profit Projection - Salt TS |
| 527 | 7/17/95 | | PP&T Gross Profit Projection - St. Joe TS |
| 528 | 7/17/95 | | PP&T Gross Profit Projection - Campbell TS |
| 529 | 7/17/95 | | PP&T Gross Profit Projection - Dog TS |
| 530 | 7/17/95 | | PP&T Gross Profit Projection - Brann TS |
| 531 | 7/17/95 | | PP&T Gross Profit Projection - Hutch TS |
| 532 | 7/17/95 | | PP&T Gross Profit Projection - Monument TS |
| 533 | 7/17/95 | | PP&T Gross Profit Projection - Mud TS |
| 534 | 7/17/95 | | PP&T Gross Profit Projection - Saginaw-Kennedy TS |
| 535 | 7/17/95 | | PP&T Gross Profit Projection - U-Bar TS |
| 536 | 7/17/95 | | PP&T Gross Profit Projection - U-Bar TS (Fir only) |
| 537 | 7/17/95 | | PP&T Gross Profit Projection - O.D. Ridge TS |
| 538 | 7/17/95 | | PP&T Gross Profit Projection - O.D. Ridge TS (Fir only) |
| 539 | 7/17/95 | | PP&T Gross Profit Projection - Brookbank TS |
| 540 | 7/17/95 | | PP&T Gross Profit Projection - Merritt TS |
| 541 | 7/17/95 | | PP&T Gross Profit Projection - Merritt TS (Fir only) |
| 542 | 7/17/95 | | PP&T Gross Profit Projection - Haulapai TS |
| 543 | 7/17/95 | | PP&T Gross Profit Projection - Dutch Joe TS |
| 544 | 7/17/95 | | PP&T Gross Profit Projection - Park TS |
| 545 | 7/17/95 | | PP&T Gross Profit Projection - Barber TS |
| 546 | 10/17/96 | Smith, John | Letter to Keith Pajkos: Check for forfeit of Park TS |
| 547 | | Smith, John | Summary 1995-1996 |
| 548 | | | PP&T (TRRI) - December 16-31, 1994 |
| 549 | 12/31/94 | | PP&T Timber Sale Status Report |
| 550 | 7/31/95 | | PP&T Timber Sale Status Report |

| | | | |
|---|---|---|---|
| 551 | 8/31/95 | | PP&T Timber Sale Status Report |
| 552 | 12/31/96 | | PP&T Timber Sale Status Report |
| 553 | 9/5/97 | Smith, John | Letter to Nancy: Pulpwood haul from Eagar Mill to Stone Paper Mill |
| 554 | 8/29/94 | Smith, John | Letter to Lorin Porter: Brann TS - Sealed Bid |
| 555 | 6/5/96 | Smith, John | Letter to Keith Pajkos: Alternatives to Pulpwood purchase |
| 556 | 2/22/93 | Smith, John | Letter to Lorin Porter: Estimated Logging Schedule for Winslow |
| 557 | 2/22/93 | Smith, John | Letter to Dan Derrick: 1993 Operating Plan for Winslow |
| 558 | 1/17/95 | Smith, John | Volume Under Contract |
| 559 | | | PP&T Historical Data (1991-Present) |
| 560 | | | PP&T Ledger - Heber and Winslow Division (June 16-30) |
| 561 | | | PP&T Ledger - TRRI Heber (February 1-15, 1995) |
| 562 | 6/6/97 | Dils, Clifford | Letter to Lorin Porter: Areas approved were not suspended |
| 563 | | | NO DESIGNATED EXHIBIT |
| 564 | 11/4/97 | | Timber Sales Agreement: Stone buys Mud Pulpwood from PP&T |
| 565 | 8/16/94 | Smith, John | PP&T Gross Profit Projection - Mormon Lake/Mud |
| 566 | 1/5/00 | Smith, John | Letter to Richard Stephens: Contract Term Adjustment |
| 567 | | | NO DESIGNATED EXHIBIT |
| 568 | 12/22/99 | Smith, John | Letter to Susan Lee: Operating plans on the A-S sales for 2000 |
| 569 | | | NO DESIGNATED EXHIBIT |
| 570 | 8/14/98 | Tenny, Lewis | Letter to Stephen Gunzel: PP&T default on Salt TS |
| 571 | 3/23/93 | | Sale Agreement between Kaibab and PP&T (PP&T buys Sawmill) |
| 572 | Mar-93 | | Press Release: Kaibab to Close Payson Sawmill |
| 573 | | | PP&T Annual Mill Operating Summary 1990 |
| 574 | | | PP&T Annual Mill Operating Summary 1991 |
| 575 | | | PP&T Annual Mill Operating Summary 1993 |
| 576 | | | Monthly Dues Statement For Grading Subscribers for 1994 |
| 577 | | | Monthly Dues Statement For Grading Subscribers for 1994 |
| 578 | | | Monthly Dues Statement For Grading Subscribers for 1995 |
| 579 | | | Monthly Dues Statement For Grading Subscribers for 1996 |
| 580 | | | Monthly Dues Statement For Grading Subscribers for 1997 |
| 581 | | | Monthly Dues Statement For Grading Subscribers for 1998 |
| 582 | | | Monthly Dues Statement For Grading Subscribers for 1999 |
| 583 | | | Monthly Dues Statement For Grading Subscribers for 2000 |
| 584 | 10/15/97 | Smith, John | Letter to Lewis Tenny: Updates on Brookbank & JH |
| 585 | 5/4/95 | Smith, John | Letter to Patty Bennett: No immediate plans to operate on Brookbank |
| 586 | 5/25/95 | Smith, John | Letter to Patty Bennett: Brookbank site map and haul route |
| 587 | 12/29/97 | Porter, Lorin | Letter to Gary Yantis: Kettle projections |
| 588 | 9/21/95 | Smith, John | Letter to Nancy: TriStar hauled one load |

| | | | |
|---|---|---|---|
| 589 | 9/7/95 | Smith, John | Letter to Nancy: TriStar hauled 30 loads |
| 590 | 8/4/95 | Smith, John | Letter to Nancy: Karen found a wayward load |
| 591 | 8/2/95 | Smith, John | Letter to Nancy: TriStar hauled 10 loads |
| 592 | 7/19/95 | Smith, John | Letter to Nancy: TriStar hauled 3 loads |
| 593 | 9/26/95 | Smith, John | Handwritten memo to Lonnie re sale quality |
| 594 | | | Forest Product Market Prices & Statistics - Yearbook 2000 |
| 595 | | | Forest Product Market Prices & Statistics - Yearbook 2001 |
| 596 | | | The Buyers And Sellers Directory of the Forest Products Industry 2001 |
| 597 | | | 1992 Statistical Yearbook of the Western Lumber Industry |
| 598 | | | 1996 Statistical Yearbook of the Western Lumber Industry |
| 599 | | | 1998 Statistical Yearbook of the Western Lumber Industry |
| 600 | Apr-02 | | Yardstick Article - "Lumber Production Capacity Grows Despite Mill Closures" |
| 601 | Jan-96 | | Yardstick Article - "Structural Panel Producers Target Market Expansion" |
| 602 | Feb-96 | | Yardstick Article - "Log Costs, Availability Continue to Squeeze U.S. Mills" |
| 603 | Mar-96 | | Yardstick Article - "Lumber Consumption to Rise, But Output is Lagging" |
| 604 | Apr-96 | | Yardstick Article - "Dealers Bullish, But Price Hikes Raise Concerns" |
| 605 | May-96 | | Yardstick Article - "Building Booms in Phoenix, Atlanta, Vegas" |
| 606 | Jun-96 | | Yardstick Article - "Dealers, Builders Oppose Canadian Lumber Quota" |
| 607 | Jul-96 | | Yardstick Article - "Dealers Cautious About Near-Term Sales Prospects" |
| 608 | Aug-96 | | Yardstick Article - "Western State Still Lead U.S. Lumber Production" |
| 609 | Sep-96 | | Yardstick Article - "Sawmills Keeping an Eye on Chip Markets" |
| 610 | Oct-96 | | Yardstick Article - "Experts Disagree on Number of Factory-Built Homes" |
| 611 | Nov-96 | | Yardstick Article - "Demand Spurs Higher Western Lumber Output" |
| 612 | Dec-96 | | Yardstick Article - "Lumber Traders Optimistic About First-Quarter Prospects" |
| 613 | | | 2000 Grade Price Averages (Used In Computing Coast Index Prices) |
| 614 | | | 2001 Grade Price Averages (Used In Computing Coast Index Prices) |
| 615 | | | 2002 Grade Price Averages (Used In Computing Coast Index Prices) |
| 616 | | | Jan-July 2003 Grade Price Averages (Used In Computing Coast Index Prices) |
| 617 | | | 1993 Grade Price Averages (Used In Computing Inland Index Prices) |
| 618 | | | 1996-1998 Grade Price Averages (Used In Computing Inland Index Prices) |
| 619 | | | 1992 Grade Price Averages (Used In Computing Inland Index Prices) |
| 620 | | | Index And Price Reports "What They Are - How They Work - How To Use" |
| 621 | | | 1994 Grade Price Averages (Used In Computing Inland Index Prices) |
| 622 | | | 1995 Grade Price Averages (Used In Computing Inland Index Prices) |
| 623 | | | 1999 Grade Price Averages (Used In Computing Inland Index Prices) |
| 624 | | | 2000 Grade Price Averages (Used In Computing Inland Index Prices) |

| | | | |
|---|---|---|---|
| 625 | | | 2001 Grade Price Averages (Used In Computing Inland Index Prices) |
| 626 | | | 2002 Grade Price Averages (Used In Computing Inland Index Prices) |
| 627 | | | 2003 Grade Price Averages (Used In Computing Inland Index Prices) |
| 628 | | | Index And Price Reports "What They Are - How They Work - How To Use" |
| 629 | | | 1992 Grade Price Averages (Used In Computing Coast Index Prices) |
| 630 | | | 1993 Grade Price Averages (Used In Computing Coast Index Prices) |
| 631 | | | 1994 Grade Price Averages (Used In Computing Coast Index Prices) |
| 632 | | | 1995 Grade Price Averages (Used In Computing Coast Index Prices) |
| 633 | | | 1996 Grade Price Averages (Used In Computing Coast Index Prices) |
| 634 | | | 1997 Grade Price Averages (Used In Computing Coast Index Prices) |
| 635 | | | 1998 Grade Price Averages (Used In Computing Coast Index Prices) |
| 636 | | | PP&T Financial Statement For the Year Ended March 31, 1991 |
| 637 | | | PP&T Financial Statement For the Years Ended March 31, 1992 and 1991 |
| 638 | | | PP&T Financial Statement For the Years Ended March 31, 1993 and 1992 |
| 639 | | | PP&T Financial Statement For the Years Ended March 31, 1994 and 1993 |
| 640 | | | PP&T Financial Statement For the Years Ended March 31, 1995 and 1994 |
| 641 | | | PP&T Financial Statement For the Years Ended March 31, 1996 and 1995 |
| 642 | | | PP&T Financial Statement For the Years Ended March 31, 1997 and 1996 |
| 643 | | | PP&T Financial Statement For the Years Ended March 31, 1998 and 1997 |
| 644 | | | PP&T Condensed Balance Sheet As Of March 31, 1999 |
| 645 | | | PP&T Balance Sheet As Of March 31, 1999 |
| 646 | | | PP&T Statement Of Income For Twelve Months Ended March 31, 1999 |
| 647 | | | PP&T Statement Of Income For Year Ended March 31, 2000 |
| 648 | | | PP&T Balance Sheet As Of March 31, 2000 |
| 649 | | | PP&T Financial Statements For The Period Ended March 31, 2000 |
| 650 | | | PP&T Amended Income Tax Return For The Year Ending March 31, 1991 |
| 651 | | | PP&T Income Tax Return For The Year Ending March 31, 1992 |
| 652 | | | PP&T Income Tax Return For The Year Ending March 31, 1993 |
| 653 | | | PP&T Amended Income Tax Return For The Year Ending March 31, 1994 |
| 654 | | | PP&T Extension of Time Tax Return For The Year Ending March 31, 1995 |
| 655 | | | PP&T Income Tax Return For The Year Ending March 31, 1996 |
| 656 | | | PP&T Income Tax Return For The Year Ending March 31, 1997 |
| 657 | | | PP&T Extension of Time Tax Return For The Year Ending March 31, 1998 |
| 658 | | | PP&T Extension of Time Tax Return For The Year Ending March 31, 1999 |
| 659 | | | PP&T Extension of Time Tax Return For The Year Ending March 31, 2000 |
| 660 | | | Dept. of Interior Report of Timber Cut for C-16 TS for Aug. 1-Nov. 13, '95 |
| 661 | | | Dept. of Interior Report of Timber Cut for C-16 TS for Nov. 1, 94-Jul. 31, '95 |
| 662 | | | Dept. of Interior Report of Timber Cut for Oct. 1-30, '94 |

| | | | |
|---|---|---|---|
| 663 | | | Dept. of Interior Report of Timber Cut for C-16 TS for Sep. 1-30, '94 |
| 664 | 8/29/96 | | Forest Service Agreement to Modify Mud Contract |
| 665 | | | Forest Service Report of Timber Sale for St. Joe dtd 121291 |
| 666 | | | NO DESIGNATED EXHIBIT |
| 667 | 11/30/95 | | Forestry & Resources Inspection Form re: Stone not accepting pulpwood |
| 668 | 10/25/93 | | Performance Bond for Park (containing contract date) |
| 669 | 10/3/95 | | PP&T Letter from Stone to PP&T re: not looking for pulpwood |
| 670 | 8/15/97 | | PP&T Agreement between Stone Container Corp., & PP&T re: Kettle Timber Sale |
| 671 | 6/9/94 | | PP&T John B. Smith letter to Keith Pajkos |
| 672 | | | PP&T Agreement between PP&T and Art. Daley |
| 673 | 3/6/96 | | PP&T Agreement with Art Daley for Daley regarding Brann Pulpwood |
| 674 | | | PP&T Bill Pre-Sale Summary for Brookbank Office Memo to Lewis N. Tenney |
| 675 | | | PP&T Combined Statement of Income for 12 Months Ended 31 Mar. '03 |
| 676 | | | PP&T Combined Statement of Income for 12 Months Ended 31 Mar. '94 |
| 677 | | | PP&T Combined Statement of Income for 12 Months Ended 31 Mar. '95 |
| 678 | | | NO DESIGNATED EXHIBIT |
| 679 | | | NO DESIGNATED EXHIBIT |
| 680 | | | NO DESIGNATED EXHIBIT |
| 681 | | | PP&T Estimated Logging Schedule for 1997 |
| 682 | 6/28/98 | | PP&T Gross Profit Projection - Holder Timber Sale |
| 683 | 3/26/02 | | PP&T Gross Profit Projection - San Carlos Timber Sale |
| 684 | | | PP&T Harvesting Plan - dtd April 1995 |
| 685 | 9/14/95 | | PP&T Haul Record for Jersey Horse |
| 686 | | | PP&T Heber Sawmill Cut Report August 1994 |
| 687 | | | PP&T Heber Sawmill Cut Report December 1994 |
| 688 | | | PP&T Heber Sawmill Cut Report February 1995 |
| 689 | | | PP&T Heber Sawmill Cut Report January 1995 |
| 690 | | | PP&T Heber Sawmill Cut Report July 1994 |
| 691 | | | PP&T Heber Sawmill Cut Report June 1994 |
| 692 | | | PP&T Heber Sawmill Cut Report November 1994 |
| 693 | | | PP&T Heber Sawmill Cut Report October 1994 |
| 694 | | | PP&T Heber Sawmill Cut Report September 1994 |
| 695 | | | PP&T Heber Sawmill Cut Yearly Report - April 1995 March 1995 |
| 696 | | | PP&T Heber Sawmill Production Report April 1994 |
| 697 | | | PP&T Heber Sawmill Production Report Fiscal Year Ended 3/31/1999 |
| 698 | 2/7/95 | | PP&T JBS Winslow Logging Schedule 1995 Season |
| 699 | 10/10/96 | | PP&T John B. Smith "Friendly Default" letter on Park to Keith Pajkos |

| | | | |
|---|---|---|---|
| 700 | 1/21/98 | | PP&T John B. Smith Anticipated Logging Schedule for 1998 Letter to Susan Lee |
| 701 | 9/2/94 | | PP&T John B. Smith Anticipated Logging Schedule Letter to Dan Derrick |
| 702 | 5/12/97 | | PP&T John B. Smith Anticipated Logging Schedule to Susan Lee |
| 703 | 8/29/96 | | PP&T John B. Smith Contract Term Adjustment letter on Park to Keith Pajkos |
| 704 | 7/7/95 | | PP&T John B. Smith Contract Term Adjustment letter on Park to Keith Pajkos |
| 705 | 10/17/96 | | PP&T John B. Smith letter concerning forfeiture of Park to Keith |
| 706 | | | |
| 707 | 9/2/94 | | PP&T John B. Smith Logging Schedule Letter to Dan Derrick |
| 708 | 2/22/98 | | PP&T John B. Smith Operating Plan for 1993 Letter to Dan Derrick |
| 709 | 1/21/98 | | PP&T John B. Smith Operating Plan for 1998 letter to Dave Harris |
| 710 | 12/22/99 | | PP&T John B. Smith Operating Plans for 2000 letter to Susan Lee |
| 711 | 5/4/95 | | PP&T John B. Smith Plan of Operations for Brookbank letter to Patty Bennett, |
| 712 | | | |
| 713 | 10/11/96 | | PP&T John letter to Lonnie concerning Park |
| 714 | 9/2/94 | | PP&T letter from J. B. Smith to D. Derrick re: anticipated logging schedule for fall 94 |
| 715 | 4/2/96 | | PP&T Letter from J. B. Smith to D. Zellner re: Sale of pulpwood from Hutch-Boondock |
| 716 | | | NO DESIGNATED EXHIBIT |
| 717 | 9/26/95 | | PP&T Letter from J. B. Smith to K. Pajkos re: Defaulting the Park Timber Sale |
| 718 | 2/25/94 | | PP&T Letter from J. B. Smith to Lewis / Lonnie re: Cowley Multi-Products Sales |
| 719 | 7/12/96 | | PP&T Letter from J. B. Smith to R. Stevens re: no outlet for Mud TS pulpwood |
| 720 | 9/21/95 | | PP&T Letter from L. Tenney to Stone re: offer of 1000 cords at $93 per cord from Park |
| 721 | 8/21/97 | | PP&T Letter from L.D. Porter to S. Lee at Forest Service re: intent to 3rd Party Kettle |
| 722 | 12/1/95 | | PP&T Letter from L.Tenney to Apache County |
| 723 | | | PP&T Letter from PP&T to Marty Moore re: PP&T Historical Data |
| 724 | 5/26/92 | | PP&T Letter from Stone to L. Tenney re: Pulpwood Delivery Restrictions |
| 725 | 7/10/95 | | PP&T Letter from Stone to L. Tenney re: limited acceptance of pulpwood from Brookbank |
| 726 | 4/5/94 | | PP&T Lewis N. Tenney Jersey Horse Plan of Operation Letter to Bob Leaverton |
| 727 | 12/1/95 | | PP&T Lewis N. Tenney letter to Apache County |
| 728 | 4/5/94 | | PP&T Lewis N. Tenney Plan for Harvest for mill in Eagar letter to Timber Staff |

| | | | |
|---|---|---|---|
| 729 | 9/3/96 | | PP&T Logger Pay Record for Mud |
| 730 | 5/17/95 | | PP&T Logger Pay Record for U-Bar |
| 731 | 7/6/95 | | PP&T Logger Pay Record for U-Bar |
| 732 | 6/6/95 | | PP&T Logger Pay Record for U-Bar |
| 733 | 7/18/95 | | PP&T Logger's Pay Record for Park |
| 734 | 6/19/95 | | PP&T Logger's Pay Record for Park |
| 735 | 8/2/96 | | PP&T Logger's Pay Record for Park |
| 736 | 8/20/96 | | PP&T Logger's Pay Record for Park |
| 737 | 9/3/96 | | PP&T Logger's Pay Record for Park |
| 738 | 7/6/95 | | PP&T Logger's Pay Record for Park |
| 739 | 5/10/94 | | PP&T Logging Plan for Park Letter to Kathryn Hardgrave |
| 740 | 7/8/96 | | PP&T Logging Plan for Park Letter to Keith Pajkos |
| 741 | 7/12/95 | | PP&T Memo from J. B. Smith to L. Tenney re: Mid Point Payments |
| 742 | | | PP&T Operations Table for Sep. '93 - Jun. '95 |
| 743 | | | PP&T Overrun Factor Study - Winslow Mill FY96 Summary |
| 744 | 10/18/94 | | PP&T Revised Logging Plan for Park letter to Kathryn Hardgrave |
| 745 | 6/9/95 | | PP&T Revised Logging Plan for Park letter to Keith Pajkos |
| 746 | | | PP&T Sales Record Quarterly Reports April, May, June 1995 |
| 747 | | | PP&T Sawmill Cut Yearly Report - 1994 - Winslow |
| 748 | | | PP&T Sawmill Cut Yearly Report - April 1994 March 1995 - Winslow |
| 749 | | | PP&T Scale Load Summary for Jersey Horse for 9/1 - 9/15/95 |
| 750 | | | PP&T Scale Load Summary for Manaco for 5/1 - 5/31/95 |
| 751 | | | PP&T Scale Load Summary for Mud for 10/1 - 10/31/96 |
| 752 | | | PP&T Statement of Income for 12 Months Ended 31 Mar. '93 |
| 753 | | | PP&T Timber Sale Status Report As of August 31, 1994 |
| 754 | | | PP&T Timber Sale Status Report As of August 31, 1996 |
| 755 | | | PP&T Timber Sale Status Report As of August 31, 1997 |
| 756 | | | PP&T Timber Sale Status Report As of August 31, 1998 |
| 757 | | | PP&T Timber Sale Status Report As of February 28, 1995 |
| 758 | | | PP&T Timber Sale Status Report As of July 31, 1995 |
| 759 | | | PP&T Timber Sale Status Report As of June 30, 1995 |
| 760 | | | PP&T Timber Sale Status Report As of September 30, 1994 |
| 761 | | | PP&T Timber Sale Status Report As of September 30, 1996 |
| 762 | | | PP&T Timber Sale Status Report As of August 31, 1995 |
| 763 | Jun/Jul-9 5 | | PP&T Tri-Star logger payment for roundwood from Park Timber Sale |
| 764 | | | PP&T Winslow Sales Records April 1993 - July 1999 |
| 765 | | | PP&T Snowflake Sales Records April 1993 - May 1995 |
| 766 | | | PP&T Winslow's Sawmill Cut Yearly Report - April 1995 March 1996 |

| | | | |
|---|---|---|---|
| 767 | | | PP&T Winslow's Sawmill Cut Yearly Report - April 1996 March 1997 |
| 768 | 10/17/96 | | State Land Department Keith Pajkos Default letter on Park to John Smith |
| 769 | 7/17/95 | | State Land Department Keith Pajkos letter on Park extension to John, |
| 770 | | | Table on Brookbank Multiproduct Timber Sale |
| 771 | 9/29/00 | | USDA Forest Service Breach History for PP&T |
| 772 | | | PP&T Cost Comparison Reports (3/94 - 7/97) |
| 773 | 2/20/04 | | High-Grading (http://www.daviesand.com/Choices/Silvicultural_Systems/High-Grading?) |
| 774 | Jul-95 | | Wrap-up / Implementation Report - Restoration Resources and Investment Potential |
| 775 | | Munn, Ian | Expert Witness Report of Ian A. Munn, Ph.D. |
| 776 | | Neuberger, Jonathan | Expert Witness Report of Jonathan A. Neuberger, Ph.D. |
| 777 | | Moosman, Wayne | Financial Analysis of PP&T prepared by Wayne Moosman (with exhibits) |
| 778 | | Adkins, Charles | Expert Report by Charles Adkins (with exhibits) |
| 779 | 8/25/03 | | Plaintiff's Responses to First Set of Interrogatories on Damages (served 8/25/2003) |
| 780 | 8/25/03 | | Plaintiff's Responses to First Set of Requests for Admission on Damages (served 8/25/2003) |
| 781 | 10/13/03 | | Plaintiff's First Supplemental Answers to Def's Interrogatories (served 10/13/2003) |
| 782 | 10/17/03 | | Plaintiff's Additional Answers in light of Def's Status Report (served 10/17/2003) |
| 783 | 10/20/03 | | Plaintiff's Supplemental Answers to Def's Interrogatories re RCFC 33(d) (served 10/20/2003) |
| 784 | 10/27/03 | | Plaintiff's Second Supplemental Answers to Def's Interrogatories (served 10/27/2003) |
| 785 | 11/3/03 | | Plaintiff's Second Supplemental Answer to Interrogatory No. 34 (served 11/3/2003) |
| 786 | 11/7/03 | | Plaintiff's Third Supplemental Answer to Interrogatory No. 34 (served 11/7/2003) |
| 787 | 12/18/03 | | Plaintiff's Further Supplemental Responses to Def's Interrogatories (served 12/18/2003) |
| 788 | 2/26/03 | | Precision Pine & Timber - Damages Calculations Binder |
| 789 | 10/1/03 | | Hearing Transcript, Case No. 98-720 (Oct. 1, 2003) |
| 790 | 10/20/03 | | Hearing Transcript, Case No. 98-720 (Oct. 20, 2003) |
| 791 | 11/4/03 | | Hearing Transcript, Case No. 98-720 (Nov. 4, 2003) |
| 792 | 11/14/03 | Ness, Robert | Report to Alan Saltman: review and revision of damages calculations |
| 793 | 11/14/03 | Devere, Martin | Report to Alan Saltman: regarding overrun factor |
| 794 | 11/16/03 | Matson, James | Report to Alan Saltman: regarding loss of local outlet for chips and roundwood |
| 795 | 2/7/05 | Ness, Robert | Supplemental Report of Robert Ness: regarding post-suspension harvesting profits |

| | | | |
|---|---|---|---|
| 796 | 3/21/05 | Neuberger, Jonathan | Supplemental Report of Jonathan A. Neuberger, Ph.D. |
| 797 | 3/21/05 | Adkins, Charles | Supplemental Report of Charles Adkins |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

Attorneys for Defendant

OF COUNSEL:

Lori Polin Jones
Patricia L. Disert
Office of General Counsel
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

Dated: April 4, 2005