# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | No. 98-720 C |
| v. | ) | Filed April 4, 2005 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

On April 4, 2005, defendant filed an Unopposed Motion for Leave to File Appendix in Paper Form. Defendant's motion is GRANTED. Defendant may file its appendix to its Motion to Dismiss for Lack of Subject Matter Jurisdiction in paper form.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge