# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC.,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 98-720 C<br><br>Filed April 4, 2005 |

**ORDER**

On April 4, 2005, defendant filed a Motion for Expedited Briefing Upon its Motion to Dismiss for Lack of Jurisdiction. The parties are ORDERED to appear via telephone on Wednesday, April 6, 2005 at 9:45 a.m. for a hearing on defendant's Motion for Expedited Briefing. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge