# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., | |
| | No. 98-720 C |
| Plaintiff, | |
| v. | Filed April 7, 2005 |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

On April 4, 2005, defendant filed a partial motion to dismiss for lack of subject matter jurisdiction. Defendant also filed on that date, a motion for expedited briefing of its motion to dismiss for lack of subject matter jurisdiction. Pursuant to an April 4, 2005 Order of the Court, the parties appeared for a telephonic hearing on defendant's motion for expedited briefing on April 6, 2005. During the hearing, the Court considered the arguments of the parties and GRANTED defendant's motion for expedited briefing. The Court set the following briefing schedule for defendant's motion to dismiss:

1. Plaintiff shall file and serve its response to defendant's motion to dismiss by Thursday, April 28, 2005.

2. Defendant shall file and serve its reply in support of its motion to dismiss by noon on Wednesday, May 4, 2005.

3. The Court will hold oral argument on defendant's motion to dismiss at the pre-trial conference on Thursday, May 5, 2005.

The Court requested that the parties provide trial exhibits to the Court on CD-Rom, rather than in paper form in connection with the pre- and post-trial activities. The parties shall inform the Court by April 11, 2005, of the feasibility of the Court's request.

Several "housekeeping" matters were raised by the parties and resolved during the hearing. Those discussions were on the record. To the extent a party needs to refresh its recollection regarding those discussions, they may consult the transcript of proceedings.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge