U.S. Department of Justice

Civil Division

DMC:KAB:DHarrington
DJ No. 154-98-720

Telephone: (202) 307-0277
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

April 8, 2005

*Via Facsimile & U.S. Mail*

Alan I. Saltman, Esq.
Richard W. Goeken, Esq.
Saltman & Stevens, P.C.
1801 K Street, N.W.
Washington, D.C. 20006

FILE

Re: *Precision Pine & Timber, Inc. v. United States*,
Fed. Cl. No. 98-720C (Judge George W. Miller)

Gentlemen:

In accordance with discussions during the April 6, 2005 conference call with Judge Miller, we provide below the "will likely call" and "may call" witnesses on the United States' final witness list. These lists are for planning purposes and may change depending upon numerous factors such as rulings on the admissibility of evidence and testimony presented at trial. As you note in your April 6, 2005 letter, the lists represent our good faith belief regarding anticipated witness testimony at this point in time.

| **Witnesses The United States Will Likely Call At Trial** | **Estimated Hours Of Testimony On Direct Examination** |
|---|---|
| Jonathan A. Neuberger | 4.0 |
| David P. Harris | 6.0 |
| Paul Fink | 1.0 |
| John Smith | 2.0 |
| Robert J. Leaverton | 1.5 |
| Clifford Dils | 1.5 |
| Dan Panks | 1.0 |
| David Mauer | 1.0 |

| | |
|---|---|
| Ian A. Munn | 2.0 |
| Charles P. Adkins | 4.0 |
| Wayne G. Moosman | 4.0 |

| **Witnesses The United States May Call At Trial** | **Estimated Hours Of Testimony On Direct Examination** |
|---|---|
| Mel Bowers | N/A |
| William K. Broyles | N/A |
| Arthur M. Daley | N/A |
| Jeff Hogg | N/A |
| Susan N. Lee | N/A |
| Alan Schirman | N/A |

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch