**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-720C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO A NEW AND UNEXPECTED MATTER RAISED BY DEFENDANT IN ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

Pursuant to ¶ 14(c) of Appendix A, plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), respectfully moves the Court for leave to file the response attached hereto as Ex. 1 in order to respond to a new and unexpected matter presented in defendant's Memorandum of Contentions of Fact and Law at 28-29, i.e., an incorrect assumption by defendant that Precision Pine's response to Request for Admission No. 10 would be the same for the suspension period and the post-suspension period.

For the reasons set forth in the attached response, Precision Pine further moves the Court for leave to insert its supplemental answer to Request for Admission No. 10 attached hereto as Ex. 2 into Plaintiff's Exhibit 271.

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20008
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: April 15, 2005