**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a two-day enlargement of time, to and including Wednesday, April 20, 2005, within which to file and serve motions *in limine* or other objections with respect to the plaintiff's "summary" exhibits. The United States' objections to exhibits and motions *in limine* are currently due Monday, April 18, 2005.[1] This is the United States' first request for an enlargement of time for this purpose. We have discussed this request with Alan I. Saltman, counsel for plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), who has informed us that Precision Pine will oppose this motion.[2]

Precision Pine has included on its exhibit list a number of "summary" exhibits, i.e., exhibits that purport to "summarize voluminous writings" pursuant to Rule 1006 of the Federal

---

[1] The United States intends to file motions *in limine* and objections that do not concern plaintiff's summary exhibits on Monday, April 18, 2005.

[2] Mr. Saltman stated that he would agree only to a shorter enlargement.

Rules of Evidence.[3] The parties met to discuss these exhibits on April 14, 2005.[4] The United States received responses to various questions about Precision Pine's summary exhibits at 2:30 p.m., on April 15, 2005. The United States requires additional time to (1) review the answers received from Precision Pine, (2) determine if further information is needed, and (3) draft appropriate objections or motions *in limine* relating to Precision Pine's summary exhibits.

Accordingly, the United States respectfully requests that the Court grant this motion for an enlargement of time of two days to file objections to or motions *in limine* about Precision Pine's summary exhibits.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

---

[3] The following exhibits on Precision Pine's final exhibit list are summary exhibits: PX57-61; PX102-03; PX138; PX156-58; PX163; PX168; PX233; PX243; PX246-47; PX280; and PX288-89.

[4] On March 7, 2005, the United States originally requested a meeting to discuss Precision Pine's summary exhibits. The parties subsequently agreed that a meeting would take place during the latter half of the week of April 4, 2005. At the request of Precision Pine's counsel, this meeting was delayed to allow counsel additional time to prepare to take depositions of defendant's experts on April 12 and 13.

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

April 15, 2005 Attorneys for Defendant