Martin L. Devere CF
Consulting Forester
PO Box 457
Tombstone, Arizona 85638
502 457 3557

November 14, 2003

Alan I Saltman
Saltman & Stevens, P.C.
Suite M-110
1801 K St., N.W.
Washington, D.C. 20006

Re: Precision Pine vs. US
Subject: Overrun

Dear Mr. Saltman,

The following is my conclusion regarding the appropriateness of the 1.25 overrun factor being asserted by Precision Pine in the instant case.

Overrun or more precisely the difference between the greater volumes of lumber actually sawn over the lesser estimated log scale volume of a given log as measured in board feet. This is determined by two factors, the type of log scale used, in this case Scribner decimal C log rule and the efficiency of the sawmill.

In the Southwest the Forest Service uses Scribner decimal C to calculate the saw log volume in measured timber sales. Scribner is a diagram log rule that assumes 1-in. boards and 0.25-in. kerf that is based on diameter at the small end of the log, disregards taper, and does not provide for overrun. Scribner rule underestimates lumber yield on small logs and on long logs with taper. The Scribner decimal C takes the Scribner rule and measures to the closest 10 board feet and drops the drops the last digit. The scaling cylinder for Scribner Decimal C rule is an imaginary cylinder extending the length of the log with a diameter equal to the small end of the log. A log with a 6" small end diameter will measure 6 " for the entire cylinder even if the large end is 10 in. and side boards are removed in the course of manufacture. Just through this method of measurement the smaller the average log diameter on a given timber sale the greater the estimated overrun.

The mill owned by Precision Pine near Heber, Arizona is typical of smaller Ponderosa Pine cutting sawmills in the southern Rocky Mountains. It has a seven foot band headrig (first principle manufacture process), horizontal resaw, wide board edger, and trimmer. The owner s also installed one of the first computer operated laser set works on the head rig to give the saw operator the best options for volume and grade recovery. The

manufactured lumber is hand stacked on the green chain allowing for minimal loss due to damage.

I understand that a fire destroyed the Precision Pine records for the time in question but it is not too hard to determine an overrun factor applicable. Mr. Porter estimated the average log size to be about 100 board feet for a log 16 feet in length. Based on the log size and the sawmill efficiency, an overrun factor of 1.25 would seem conservative.

In 1999 the Beck Group, a Portland Oregon based sawmill consulting firm, conducted mill studies in the inland region, including Arizona, for Western Wood Products Association. (Pertinent Page Attached) These studies of nine mills, among other things, measured lumber recovery as related to log size. (Precision Pine was not part of the studies.) As a mill of at least average efficiency the Precision Pine sawmill should equal the median overrun factor derived from the studies. Of the nine mills studied the factor ranged from 1.07 to 1.73 with the smallest factor coming from a mill with a 290 board foot log average log size. The overall average log size was 124.2 board feet. Those with a log size similar to Precision Pine had factors or 1.29 to 1.35. The overall overrun factor was 1.31.

Based on all of the above, it is my opinion the 1.25 overrun factor claimed by Precision Pine is not only defendable but is, in fact, conservative.

Per your request, attached is a copy of my qualifications to make this statement. As we agreed my compensation for preparing this report is $90 per hour plus expenses and my compensation relating to any testimony that I may have to give with regard to it is $100 per hour plus expenses.

I last served as an expert witness in Culebra Ranch vs Southwest Mountain Resources (Idaho Timber Co.) in July 2000, Denver Federal Court.

Martin L. Devere CF
Consulting Forester

# SECTION IV - YIELDS & TIMBER RESOURCE

*Grade Stamp* — PONDEROSA PINE

| ITEM | MILL NUMBER | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | [redacted] | | | | | | | | | Survey Average |
| **YIELDS** | | | | | | | | | | |
| **Lumber Recovery** (MBM/MBF) | **1.07** | **1.16** | **1.20** | **1.22** | **1.29** | **1.29** | **1.35** | **1.50** | **1.73** | **1.31** |
| **Chip Yield** | | | | | | | | | | |
| - BDU [1]/MBF Log Scale | 0.22 | 0.52 | 0.78 | 0.70 | 0.61 | 0.31 | 0.32 | 0.40 | 0.84 | 0.52 |
| - BDU/MBM Lumber | 0.20 | 0.45 | 0.65 | 0.57 | 0.47 | 0.24 | 0.24 | 0.27 | 0.48 | 0.40 |
| - Planer Trim Chipped (Yes/No) | Yes | Yes | No | No | Yes | No | Yes | Yes | Yes | 67% |
| **RESOURCE DATA** | | | | | | | | | | |
| **Average Log Size** (Net BF/Log) | | | | | | | | | | |
| - Long Log | 290.0 | 84.0 | 130.0 | 80.0 | 101.0 | NA | NA | 60.0 | NA | 124.2 |
| - Bucked Log | 127.0 | 60.0 | 42.0 | 50.0 | 65.0 | 150.0 | 80.0 | 55.0 | 62.7 | 76.9 |
| **Average Log Length** (Feet) | | | | | | | | | | |
| - Long Log | 25.7 | 19.5 | 24.0 | 24.0 | 25.0 | 15.0 | 32.0 | 18.0 | NA | 22.9 |
| - Bucked Log | 12.7 | 15.7 | 14.0 | 14.0 | 15.0 | NA | 16.0 | 16.0 | 13.7 | 14.6 |
| **ROUGH GREEN LUMBER SIZE** | | | | | | | | | | |
| **Thickness** | | | | | | | | | | |
| - 1" | 1.062 | 1.000 | 0.970 | 1.000 | 0.969 | 1.015 | 1.000 | 0.915 | 0.920 | 0.983 |
| - 2" | 1.813 | 1.750 | 1.760 | 1.750 | - | - | - | - | 1.680 | 1.751 |
| - 4" | 4.250 | - | - | - | - | - | - | - | - | 4.250 |
| - 5/4" (Heavy) | 1.625 | - | 1.500 | 1.500 | 1.500 | 1.450 | 1.460 | 1.510 | - | 1.506 |
| - 6/4" (Heavy) | 1.813 | 1.780 | - | 1.750 | - | 1.675 | 1.685 | - | - | 1.741 |
| **Width** | | | | | | | | | | |
| - 4" | 3.625 | 3.880 | 4.375 | 4.250 | 4.000 | 4.000 | 3.875 | 3.875 | 3.787 | 3.963 |
| - 6" | 6.000 | 5.880 | 6.250 | 6.250 | 6.000 | 6.000 | 5.900 | 5.875 | 5.885 | 6.004 |
| - 8" | 8.125 | - | 8.000 | 8.250 | 7.875 | 7.750 | 7.875 | 7.775 | 7.750 | 7.925 |
| - 10" | 10.250 | - | 10.000 | 10.000 | 9.875 | 9.750 | 10.000 | 9.875 | 9.809 | 9.945 |
| - 12" | 12.125 | 11.880 | 12.000 | 12.000 | 11.875 | 12.000 | 12.125 | 12.000 | 11.863 | 11.985 |

[1] Bone Dry Unit = 2400 Lbs. Dry Weight