PRECISION PINE & TIMBER, INC., )
)
Plaintiff, )
)
vs. )
)
THE UNITED STATES, )
)
Defendant. )
)

DEPOSITION OF MARTIN DEVERE

Overgaard, Arizona

February 12, 2004

Certified Copy

time period?

A. Well, yes. My agreement with the trade association when I left was that for six months, they would have access to my expertise as such in various things and they could call. That was part of the deal. And, then, I started -- that was starting in April.

And in December, I started a consulting business and did work for various companies, and still do, all over the, all over the country.

Q. When you say December, was that December of 1983?

A. That's correct.

Q. It mentions on your resume that you were chairman of the board for Fort Apache Timber Company.

A. That's correct.

Q. When did you take that position?

A. That was about nineteen, it would have been 1991. I was on the board from '91 to 2001. The last two years on the board, I was chairman.

Q. What did you do as a board member for Fort Apache?

A. Well, we were primarily policy. We had, we had meetings every month through that period

and were responsible for the overall policy management part of Fort Apache Timber Company, which is an all Indian-owned, tribal-operated mill in Whiteriver, Arizona, and they have a mill at Cibecue.

They brought people on outside the tribe, primarily for their expertise. And because I was a forester and had background in sawmills and that type of thing, that's why I wound up on -- was on the board.

Q. Did you have any role in overseeing their sawmill operations?

A. In a policy way. We left the general manager to make the management decisions, but we kept informed all the time on all the operations, personnel and what-have-you to keep above -- and we would lend our expertise to what we thought needed to be done, which is one of the reasons, as I mentioned earlier, that the small log clinics, that type of thing I was going to -- we were going to put in a small log mill.

Q. It mentions that you participated in a Beck Group sawmill study for the Forest Service.

A. Well, it was for Western Wood Products Association, I think.

correctly.

Q. So that was you and the rest of the board that was doing that?

A. I believe all the board members were there. It just -- you know, that particular one lasted just a couple of days.

Q. Did you have any role in putting together the study?

A. Only from the standpoint of meeting with the Beck people to get it organized to begin with and how it was going to be set up and what was going to be done and all this.

Q. Looking at the one page of the study that you've attached to your report, which is the exhibit in front of you, could you flip to that page.

A. Yes.

Q. Can you identify which of the columns on the study was the mill operated by Fort Apache?

A. My agreement with Fort Apache, when I was able to get this study, was that it was proprietary information, and so I can't really divulge which mill they are.

For instance, when Fort Apache would receive that themselves, all of the other mills

were blacked out except theirs. And when I asked them for this, since I was technically in their employ, that proprietary information, I don't know that I -- I mean, I know which one it is by looking at it on here, but I don't think I can really put that out because of the way I received the information.

Q. Do you know which of the other mills -- do you know what the other mills were on this study?

A. No. Not -- I don't know specifically. Because I've been in this industry for a long time and there are mills that were in the Rocky Mountains, I probably know which mills were used, but I don't know that I could pick them out individually as I went down through.

Q. Do you have access to the full study that was performed by the Beck Group aside from this one page?

A. I don't at the moment. I don't know whether I could get it or not. I have, you know -- there were other information. This was really the pertinent page because it's the one that dealt with overrun and recovery.

Q. You say it's a proprietary study. Is

this something that's being kept confidential, then?

A. Yes.

Q. So it's not a study that's been published anywhere.

A. No. Only for the participating members, and it was for their information. What it was done for was to compare a particular mill against somebody else's, how good you were doing as opposed to how the industry was doing as a whole, or at least the industry, the type of thing you would be involved in.

Q. Your resume also mentions, back under the Western Pine Industries part, that you participated and directed sawmill recovery studies at Heber, Cutter, and Williams, Arizona.

A. That's correct.

Q. What studies are you referring to there?

A. We did similar mill studies like this one. Maybe not done exactly the same way, but because part of my job classification was production manager, I used to have to set up those type of things. And we would go through basically the same thing. A couple were done in conjunction with the Forest Service but sometimes they were

competitors have, especially if they, you know, are trying to gain a little edge in it.

Q. Would the Beck Group have prepared a different study for each of the participants in the study?

A. Yes, they would have.

Q. And so each of the participants would have gotten information on their own mills but not on their competitors'?

A. That's correct. Except for the end results. And, then, the competitors' names and locations, all of that would have been blocked out when they received it.

Q. And the one sheet you attached is part of the end results?

A. That's correct.

Q. We would like to get a copy of the whole study as you reviewed it if that is possible. Not just the one page.

A. I will see what I can do. I have the end result pages that was given to me. I don't know, I just don't know whether I'll be able to get the entire study. It's pretty thick. I mean, there's a lot of just detail work in there that I don't know would mean a whole lot, but I probably

the small end of the logs were that were going in the mill and that would make it much less precise. And so if I had the availability, as they had, to the individual logs, that's what you would want to look at.

Q. Did you have available to you information on scaling of individual logs going into Precision Pine's --

A. Only the end results of the total volumes of those particular things that they used.

Q. When you say the end results, what is it that you're referring to exactly?

A. Well, you could say I had an inventory of X, hundred thousand board feet of logs. And they were scaled. That's the information I had. The average log size, I just got from Mr. Porter. I asked him what he figured that his average log size was back in 1995, 1996. He said, Marty, I ran probably about a hundred board feet.

Q. Did he give you just one log size across all of his sales?

A. I asked him what his average log size would have been when he was running in that period, yes, and that's what I received.

Q. Could you have done it on a sale by sale

basis?

A. If I had the information, sure.

Q. What information would you have needed to do it that way?

A. The log scaling from those individual sales. You'd have to have the sizes that they would run. I didn't have -- you'd have to have a lot of the materials, say, that the Forest Service did to put together that timber sale as to what the average log sizes were or individual scaling sheets from those sales to know what the sizes were. But I didn't have that. All I had was the end result.

Q. And that's what you would have looked at going into the mill. Is that correct?

A. That's correct.

Q. And, then, coming out of the mill, you would have looked at the board feet produced?

A. Yes.

Q. And how are the board feet coming out of the mill measured?

A. Well, it depends on what type it is. Part of what they are producing is what are called shop grades, molding and shop. Those are measured in green precisely. We are selling either

that because you'd have to do it over time. But over time, yeah, it should be. At least, they would get the same recovery. I hesitate because some mills could go up in Idaho and other places that would be a little bit out of -- but if you took the mills in Arizona and New Mexico, southern Colorado, probably Utah, you're looking at, should look at a similar recovery.

Q. Would the WWPA Inland Rocky Mountain numbers be the best measure that you would look at to figure out what that would be?

A. Probably just about the only measure, frankly, that's available today. If there's others, I don't know of them.

Q. What did you do to try to figure out whether the Heber mill that Precision Pine was running was comparable to its mill in Winslow or its mill in Eagar?

A. Just discussions with Lon Porter as to what was in those mills when we visited this one. And he told me they were, you know, they were very close to being the same.

Q. Did you discuss the specific equipment that was in use at each mill?

A. No. I did not get into the specific

equipment. Just this one.

Q. So you simply took his word that they were comparable mills --

A. Yeah.

Q. -- in preparing your report?

A. And they would be a comparable mill to just about anything. Fort Apache Timber Company, for instance, is much larger but has very similar equipment. If you're going to cut Ponderosa pine in this area for recovery like they are, you're going to be using the equipment that they are using, say unless you really got into an extremely high tech operation, million and millions of dollars invested.

Q. We've talked about a couple of things that can affect the overrun factor. I guess broadly, you talked about efficiency of the mill.

What sorts of things generally would affect the efficiency of the mill and, therefore, affect the overrun factor?

A. Well, part of it would be, right off the bat, saw curve, how wide the saw is that you're using. You, again, have a point of diminishing returns. If they get too thin, then they don't cut good lumber.