But you would have the size of the saw, would be one; the setworks that you had on the, on what they call the headrig, your main saw, as to how it sets up the log for its initial cut, the initial cut makes a big determination of what's going to come out at the end; and log size, which doesn't have anything to do particularly with the mill itself except that the, there are more efficient ways of cutting larger and smaller logs; and pieces of equipment. You kind of make your, try to have your mill equipment correspond with the average size log that you expect that you're going to be getting

Q. Would there be any other factors that would affect the efficiency of the mill?

A. Well, other than the human factor and how accurate the guy is who's counting the lumber and how accurate the guy is who is scaling the logs. I mean, that can affect it, you know, greatly.

Q. I take it you wouldn't have any information on the human factor that you're talking about as to --

A. No.

Q. -- Precision Pine's sales.

A. You assume they were doing a good job. You can't do anything else. They have experienced people so they should know what they are doing.

Q. When you say the guy counting lumber, what does that refer to?

A. Well, as the lumber comes out on the green chain, it's pulled and stacked into bundles. Somebody has to go through and count those boards by length and determine the board foot in a bundle of logs. And that's how the production would be calibrated for that, for the mill.

Q. And is that the same as the scaling of the logs that you were talking about?

A. No. The scaling, that's at the other end of the process. That's when you're measuring the log going in.

Q. And would the sawyer operating the equipment in the mill also have a role to play in the efficiency?

A. Oh, yes. The sawyer, a good sawyer with good equipment. And as I understand, Precision Pine was one of the first people around here to install a laser on the headrig, the setworks, laser setworks, so that they could determine the best grade from that. And the sawyer would have

roughly the same within this area.
Q. Was there a pronounced amount of taper for the trees growing in this area?
A. Not particularly. They would have been pretty average for Ponderosa pine in the southwest. They wouldn't have been -- nothing out of the ordinary.
Q. You talked about the saw curve affecting efficiency. Do you know what that would be with Precision Pine's three mills?
A. You know, I don't remember what it was. Lonnie told me. It is something considerably less than a quarter of an inch, and he gave to it me in a point -- I don't remember. As I recall, though, it was something, something in the neighborhood of about a 16th of an inch or less, but I don't remember specifically.
Q. And you also mentioned the setworks on the headrig. Is that the laser that you were talking about?
A. Yes. When a log lays up on the bed where it's going to be sawed, they have a laser beam that would run down and it would project ahead where that blade would be going on the saw. By knowing that, you can turn the log to get the

the dimension lumber, you would get a grade or overrun factor for the --

A. That's correct.

Q. -- shop.

A. It's built right into the process.

Q. Is it correct that the Beck Group study that you attached to the report, or the page which you attached to the report did not study any of Precision Pine's mills?

A. That's correct.

Q. Why did you choose to rely on the Beck Group study instead of actual records from Precision Pine?

A. I didn't have actual records from Precision Pine.

Q. Do you know if any records from Precision Pine were available?

A. Not at the time that I -- I asked, and there were none at the time that I was doing this.

Q. If there had been contemporaneous records from Precision Pine, would that have been a better method of determining what an appropriate overrun would be?

A. Oh, of course.

Q. What sort of records could you go to

projections in the mid-1990s that used the overrun factor for Ponderosa Pine between 1.05 and 1.15?

MR. SALTMAN: Objection; asked and answered.

You're free to answer the question.

THE WITNESS: I was going to say, I thought I answered that already as well.

Q. BY MR. HARRINGTON: Well, I guess my point was, would it affect your conclusion if you knew that it was Mr. Porter that was using a 1.05 or 1.15 overrun factor.

MR. SALTMAN: Objection. That assumes facts not in evidence.

But answer the question if you can.

THE WITNESS: Well, I don't care who did it. I would have to know the accuracy of the material that was there before it's going to change my conclusion.

Q. BY MR. HARRINGTON: In your report, are you assuming that all three mills that Precision Pine operated had essentially the same equipment and the same efficiency?

A. Yes.

Q. Do you have any personal knowledge concerning Precision Pine's mills other than the

equipment in use at any of the mills studied by the Beck Group?

A. No, I don't. Since I don't know what equipment was used -- I do know the equipment that was in there from, say, Fort Apache Timber Company, the closest mill, was actually very similar to what was used here at least in what they considered their big mill. They also had a small log operation that just operated with small logs. That would have been a separate operation, a little more innovative.

But for what was used in the mill comparable to this one, the equipment was very similar.

Q. Would a mill that was looking simply to cut dimension lumber generally achieve a higher overrun factor than mills that were not just cutting the dimension lumber?

A. Assuming that the mill that was going to be cutting the dimension lumber was using a small log, which is what, the only reason they would typically do it, yes. They would be getting a higher overrun factor. Just from the -- as I explained earlier, just from the measurements, you'd be getting a higher overrun factor.

kind of a trend as to the smaller logs. You do have a greater overrun factor. And that's for the one we've already gone through, which is they are making dimension lumber, but also built directly into the Scribner formula.

The smaller logs, if you discounted everything else, the smaller logs are going to have a greater overrun factor than the larger logs down to a point of diminishing returns. If you got down to where there was only one 2x4 in a log or something like that, it wouldn't quite work that way.

But, the bigger you go, the more Scribner to a certain point directly affects the actual board foot volume in that log.

Q. Would the variation here -- I mean, it doesn't drop straight off, you know, go from the largest to the smallest on the bucked logs.

A. Yeah.

Q. Would the variation be the result of efficiencies in the mills?

A. To a certain extent, it could be. Another way it might be is, would be reflecting the actual log that they're putting there. There's varying areas, quality of logs. Not every

16-inch log is of the same quality all over, for instance, and so if somebody is cutting up timber that is highly defective, lots of knots, this type of thing, it's going to be different than if they have that same log that has clear sides on, say on three sides, what-have-you, and is going to have some shop.

So it would reflect to a certain extent efficiency, but it also reflects the type of log that's going through the mill.

Without giving anything else away, I can tell you that the one from the southwest, the closest mill falls right close to the center of this page. You can pick out maybe three different mills, and it's right close to the center of the page.

Q. Well, I'm afraid, if you want to make that assertion, Mr. Devere, you're going to have to give away more than that.

A. Well, I don't know that I can do that. But it's -- what I'm getting at is the center portion is pretty average as to what's going on. And the way they have it laid out here, that's just the way it works. And, so, your mills down here in the southwest are going to fall into that,

A. Basically, I'm sure they were cutting just dimension.

Q. So would that be something that would account for the high overrun factor there?

A. Yes.

Q. What you were talking about -- well, let me start over.

Did you look at any of Precision Pine's records to determine what average log size that it was running in the mid 1990's?

A. No. It's strictly word of mouth.

Q. When it's referring to a log 16 feet in length in your report, is that the bucked log length?

A. Yes.

Q. Does the bucked log length have a connection to overrun?

A. No. It shouldn't. You're going to get the same thing -- the only time that that bucked log length would have an effect on overrun is like the very first example there where it was large logs. And by trimming the log to those sizes, they could get an increased high-grade or shop and molding out of it. When you get down to a certain point, it's not going to have any effect

That's what I want to make -- I wanted to make it clear. Was I being clear?

Q. I am not sure.

MR. SALTMAN: Neither am I.

THE WITNESS: All right.

Q. BY MR. HARRINGTON: Let me go ahead and just ask some questions --

A. Okay. All right.

Q. -- because I don't think that was really in response to any of my questions, strictly speaking.

Just talking about the conclusions in your report, those conclusions were based on the Beck study?

A. The Beck study and 40 years' of experience.

Q. Was there anything written besides the Beck study that you're basing your conclusions on?

A. Not for this particular case, no.

Q. Aside from the limited role that you had in the mill with Apache that you discussed earlier, did you have any role in preparing the Beck study?

MR. SALTMAN: Objection to that characterization of his limited role. His role is

what it is.

MR. HARRINGTON: His testimony speaks for itself.

MR. SALTMAN: It does.

THE WITNESS: In the preparation of this study? No. We reviewed it, yes, and went through it when they presented it to the board of directors. We went through it and did it that way. But in the preparation of the numbers, no. The Beck -- that's what they were hired to do and so that's what they did.

Q. BY MR. HARRINGTON: Does the report itself, the full report, describe how this study was done and the methodologies used?

A. Yes. I believe it does. I'm having to think back now from when looking at the full report several years ago, but I'm sure -- most all of these reports that they do like that, they go through the methodology.

Q. And does it include a methodology on how the overrun numbers were calculated?

A. Well, you do that the same way. I mean, you take the lumber out and the logs in and you calculate the overrun, which is the difference. So that's not a -- yes. It would have been done