**Harrington, David (CIV)**

**From:** alan@saltmanandstevens.com
**Sent:** Wednesday, April 06, 2005 7:49 PM
**To:** Harrington, David (CIV)
**Cc:** rick@saltmanandstevens.com

tmp.htm

Witnesses April 6, 2005.doc

As promised

Alan I. Saltman

SALTMAN & STEVENS, P.C.

1801 K Street, NW

Suite M110

Washington, D.C. 20006

Ph: (202) 452-2140 Fax: (202) 775-8217

---

This electronic message transmission contains information from the law firm of Saltman & Stevens, P.C. which may be confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (202)452-2140 or by electronic mail at the above address.

*SALTMAN & STEVENS, P.C.*
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217
Email: asaltman@saltmanandstevens.com

April 6, 2005

**VIA E- MAIL**

David A. Harrington
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Re: Precision Pine & Timber Co. v. United States, CoFC No. 98-720C
Defendant's Final Exhibit List

Dear David:

Pursuant to the request that Judge Miller made at this morning's conference call, set forth below is Plaintiff's Final Witness List divided, to the extent currently possible, into "will likely call" and "may call" witnesses. As you can appreciate, this division may change once we receive the government's corresponding list (in which case I will advise you of such changes as much in advance of Monday's submissions as I can). Likewise, I recognize that a witness for either party might slide from one category to another based on rulings that the Judge makes with regard to motions in limine and/or the admissibility of various documents into evidence. As such, I do not see this list, or the similar one that the government provides to us, as absolutely binding. That said, the list set forth below is our best good faith belief as of this point in time and I would expect the government's list to be the same.

At the Judge's request, I have set forth the witnesses in the order that we presently intend to call them and have indicated the amount of time that we anticipate it will take to elicit the direct testimony for the "will likely call" witnesses. I would ask that the list the government provides to us do the same. After we have exchanged lists, it may be appropriate to talk further about this.

| **Witnesses on Plaintiff's Final Witness list that it will likely call** | **Estimated number of Hours of Testimony on Direct Examination** |
|---|---|
| Lorin Porter | 12.5 |
| Lewis Tenney | 1.5 |
| Martin Devere | 2.0 |
| James Matson | 2.0 |
| Stephen Reidhead | 2.0 |
| Robert Ness | 9.5 |
| Ronald Lewis | 3.2 |

| **Witnesses on Plaintiff's Final Witness List that it may call** | |
|---|---|
| Douglas McDonald | |
| Alan Lucas | |
| Milo Larson | |
| Arthur Daley | |
| Paul Fink | |
| Jeff Hogg | |
| David Mauer | |
| Dan Panks | |
| Alan Schirman | |
| William Broyles | |
| David Harris | |
| Robert Leaverton | |
| Susan Lee | |
| Robert Wagonfehr | |

| | |
|---|---|
| Ian Munn | |
| Jonathan Neuberger | |
| Wayne Moosman | |
| Charles Adkins | |

In addition Plaintiff presently anticipates calling the following witnesses in its rebuttal case.

| | **Estimated number of Hours of Testimony in Rebuttal** |
|---|---|
| Lorin Porter | 3.0 |
| Robert Ness | 3.0 |

Sincerely yours,

SALTMAN & STEVENS, P.C.

*Alan*

Alan I. Saltman

AIS/asm