# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br>Filed April 18, 2005 |

ORDER

On April 18, 2005, defendant filed a motion for enlargement of time of two days within which to file and serve motions *in limine* or other objections with respect to plaintiff's "summary exhibits." Defendant's motions *in limine* are currently due on April 18, 2005. Defendant represented that plaintiff objects to the length of defendant's proposed enlargement. Defendant's motion for enlargement is GRANTED. Defendant shall file and serve its motions *in limine* or other objections with respect to plaintiff's "summary exhibits" by April 20, 2005. Plaintiff shall have until May 2, 2005 to respond to defendant's motions *in limine* or other objections with respect to plaintiff's "summary exhibits."

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge