IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, vs. THE UNITED STATES, Defendant. | Case Number: 98-720C |

DEPOSITION OF ROBERT A. NESS

February 25, 2005

Eugene, Oregon

BE IT REMEMBERED THAT, the deposition of ROBERT A. NESS was taken on behalf of the Defendant before Valia J. Lamb, on Friday, February 25, 2005, beginning at the hour of 9:00 a.m. at the United States Attorney's Office, 701 High Street, in the City of Eugene, State of Oregon.

A That's correct.
Q You said you used the same grade breakdown as with the original report?
A Yes.
Q Again, that grade breakdown is something that you were supplied; is that correct?
A That's correct.
Q So you didn't do any independent analysis of the breakdown that was used in this report or the original report?
A That's correct. Well, I kind of take it back when you say no analysis. I did look at the reasonableness of it. I mean, actually, I have looked at invoices.
If they said that they were going to get 15 percent number 3 shop, and I didn't see any number 3 shop invoices for any of the period, I would say, Well, that doesn't seem reasonable. So, yes, I didn't do anything specifically; but if it didn't look reasonable, I probably would have noticed it if it was significantly different.
Q So aside from simply looking at the numbers and seeing that they were the sorts of products that were in fact being produced?
A Yes, and that there is more number 3