**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OBJECTIONS TO EXHIBITS**
**ON PLAINTIFF'S FINAL EXHIBIT LIST**

Pursuant to the Court's January 4, 2005 and April 18, 2005 orders, defendant, the United States, respectfully identifies its objections to exhibits on the exhibit list provided by plaintiff, Precision Pine & Timber, Inc., on March 7, 2005.[1]

We reserve our right to object to any exhibit upon grounds of relevance, hearsay, and foundation, and with respect to exhibits that include handwritten notes upon the ground of authenticity. In addition to these general objections, we have identified on the attached list our objections to specific exhibits according to the following general categories: authenticity, composite, duplicate, hearsay and incompleteness.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

---

[1] The United States' objections are based upon a review of copies of trial exhibits produced by Precision Pine on March 4, 2005. To the extent that Precision Pine makes any changes to these exhibits, or did not provide complete copies of the listed exhibits, the United States reserves the right to supplement and amend its objections.

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

Patricia Disert
Lori Polin Jones
Office of the General Counsel
U.S. Department of Agriculture

March 18, 2005