**U.S. Department of Justice**

Civil Division

APR 11 2005

Telephone: (202) 307-0277
Facsimile: (202) 307-0972

DMC:KAB:DHarrington
DJ No. 154-98-720

*Washington, D.C. 20530*

April 6, 2005

*Via Facsimile & U.S. Mail*

Alan I. Saltman, Esq.
Richard W. Goeken, Esq.
Saltman & Stevens, P.C.
1801 K Street, N.W.
Washington, D.C. 20006

Re: *Precision Pine & Timber, Inc. v. United States*, Fed. Cl. No. 98-720C (Judge George W. Miller)

Gentlemen:

As you know, during yesterday's hearing before Judge Miller, I explained that various minor corrections and adjustments are needed with respect to some exhibits on the United States' preliminary list. This is hardly unexpected with respect to a preliminary list of nearly 800 exhibits. I am endeavoring to ensure that the adjustments and corrections are made on this end and will apprise you to the extent that adjustments are made or additional pages added. At this point, three specific exhibits have been identified: DX239; DX285; and DX436. The pages that should have been included with these exhibits are part of the respective contract modifications and are enclosed with this letter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

David Harrington

David A. Harrington
Trial Attorney
Commercial Litigation Branch

Enclosures

**Ex. 1**

# Release from Liability Statement
## Appendix _1__ to Contract No. _05-005556__

The execution of the contract extension modification is contingent upon the execution of this release statement by the Purchaser and the United States. The terms and conditions of this agreement are fully incorporated into contract no. _05-005556_and supersede any conflicting provisions in the contract (e.g., C(CT)9.5).

In consideration for the Government's modification of this contract, no. _05-005556_, by changing the termination date in A19(AT16) - Termination Date and periodic payment determination date(s) in C(CT)4.264 - Periodic Payment Schedule, Purchaser agrees to limit the contractual liability of the Government, as set forth below..

Purchaser, _Precision Pine & Timber, Inc._, hereby releases the Government from any and all liability arising from the suspension, modification, or cancellation (in whole or in part) of contract no. 05-005556___ in order to protect sensitive, threatened, or endangered species, or for other environmental reasons.

In the event the United States is compelled to suspend, modify, or cancel (in whole or in part) contract no. _05-005556 for environmental reasons, Purchaser, _Precision Pine & Timber, Inc._, and United States agree that the compensation to the Purchaser shall be limited to the following:

1. In the event of suspension, a contract term adjustment and out-of-pocket expenses in accordance with the contract.

2. In the event of a modification, a rate redetermination and out-of-pocket expenses in accordance with the contract.

3. In the event of a cancellation (in whole or in part), out-of-pocket expenses; value of unused Purchaser Credit; and estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of termination action. Compensation does **NOT** include the cost of replacement timber.

Out-of-pocket expenses do not include attorney's fees, lost profits, replacement timber, or any other anticipatory losses by the Purchaser.

The undersigned agree to the terms and conditions of the Release from Liability Statement as set forth above and agree that the above terms supersede any other compensation and/or liability provisions in this contract.

UNITED STATES:

David P. Harris 7/7/98
Signature Date
Contracting Officer

PURCHASER: Precision Pine & Timber, Inc.

[signature] 7/1/98
Signature Date
President
Title

TWO WITNESSES: ____________ ____________
Signature Signature

____________ ____________
Name Name

____________ ____________

____________ ____________
Address Address

Release from Liability Statement
Appendix _1__ to Contract No. _04-005564__

The execution of the contract extension modification is contingent upon the execution of this release statement by the Purchaser and the United States. The terms and conditions of this agreement are fully incorporated into contract no. _04-005564_and supersede any conflicting provisions in the contract (e.g., C(CT)9.5).

In consideration for the Government's modification of this contract, no. 04-005564 by changing the termination date in A19(AT16) - Termination Date and periodic payment determination date(s) in C(CT)4.264 - Periodic Payment Schedule, Purchaser agrees to limit the contractual liability of the Government, as set forth below.

Purchaser, _Precision Pine & Timber, Inc._, hereby releases the Government from any and all liability arising from the suspension, modification, or cancellation (in whole or in part) of contract no. 04-005564___ in order to protect sensitive, threatened, or endangered species, or for other environmental reasons.

In the event the United States is compelled to suspend, modify, or cancel (in whole or in part) contract no. _04-005564 for environmental reasons, Purchaser, _Precision Pine & Timber, Inc._, and United States agree that the compensation to the Purchaser shall be limited to the following:

1. In the event of suspension, a contract term adjustment and out-of-pocket expenses in accordance with the contract.

2. In the event of a modification, a rate redetermination and out-of-pocket expenses in accordance with the contract.

3. In the event of a cancellation (in whole or in part), out-of-pocket expenses; value of unused Purchaser Credit; and estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of termination action. Compensation does **NOT** include the cost of replacement timber.

Out-of-pocket expenses do not include attorney's fees, lost profits, replacement timber, or any other anticipatory losses by the Purchaser.

The undersigned agree to the terms and conditions of the Release from Liability Statement as set forth above and agree that the above terms supersede any other compensation and/or liability provisions in this contract.

UNITED STATES:

David P. Harris 7/7/98
Signature Date
Contracting Officer

PURCHASER: Precision Pine & Timber

[signature] 7/1/98
Signature Date
President
Title

TWO WITNESSES:

Signature Signature

Name Name

Address Address