HBD 622

United States Department of Agriculture

Forest Service

Coconino National Forest

2323 E. Greenlaw Lane
Flagstaff, AZ 86004
FAX: (520) 527-3620
V/TTY: (520) 527-3600

Reply To: 2450
Date: January 28, 1997

Mr. Lorin D. Porter, President
Precision Pine & Timber, Inc.
P.O. Box 70
Heber, Arizona 85928

Dear Lonnie:

The Chief has authorized 1 year extensions on certain timber sale contracts that were awarded prior to January 1, 1995. These extensions are not available for contracts that have been previously extended under market-related contract term addition contract provisions or to contracts that were sold with the objective of harvesting deteriorating timber. In addition, the Chief authorized deferral of periodic payments for 1 year on extended sales. To receive the extension and periodic payment deferral, purchasers are required to release the Forest Service from damages for the replacement cost of timber if the contract is canceled in the future.

The Hutch-Boondock Timber Sale Contract, Contract No. 005465, is eligible for an extension under this policy. To receive this contract extension you must request it in writing. A contract modification will be necessary to modify the termination date in AT16, the periodic payment determination dates in CT4.264 and to add the Release from Liability Statement. A copy of the Release from Liability Statement is enclosed for your review.

Currently the Hutch-Boondock Timber Sale Contract doesn't expire until August 12, 1998.

If you wish to discuss this or have questions, please give me a call.

Sincerely,

Ken Broyles

Ken Broyles
Contracting Officer

Enclosure

Ex. 2