# DEFENDANT'S OBJECTIONS TO PLAINTIFF'S "SUMMARY" EXHIBITS

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| Plaintiff's Exhibit Number | Number on Preliminary Exhibit List | Description | Objections |
|---|---|---|---|
| 57 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices: Moulding & Better | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit does not accurately represent underlying documents; exhibit not based upon voluminous documents (2 documents); exhibit prepared by counsel. |
| 58 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices:<br>5/4#2 Shop | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit does not accurately represent underlying documents; exhibit not based upon voluminous documents (2 documents); exhibit prepared by counsel. |
| 59 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices:<br>5/4#3 Shop | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit does not accurately represent underlying documents; exhibit not based upon voluminous documents (2 documents); exhibit prepared by counsel. |
| 60 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices:<br>Paragraph 99 | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit does not accurately or fairly represent underlying documents; exhibit not based upon voluminous documents (2 documents); exhibit prepared by counsel. |
| 61 | 30 | Summary Comparison of Bids on 14 suspended sales | Authenticity; foundation; exhibit includes comments and footnotes that are not properly part of a summary; exhibit prepared by counsel. |

**DEFENDANT'S OBJECTIONS TO**
**PLAINTIFF'S "SUMMARY" EXHIBITS**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | |
|---|---|---|---|
| 102 | 40 | Harvest projection for the volume remaining as of August 25, 1995 on the 11 Forest Service sales that were breached and summary of volume of sawlogs by payment unit on specified sales | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit presents argument and inferences that are not properly included in a summary; exhibit not based upon voluminous documents (5 documents); exhibit prepared by counsel. |
| 156 | 63 | Summary of Forest Service Timber Sale Offerings on Tonto, Apache-Sitgreaves, Coconino, Kaibab National Forests 8/25/95-12/31/98 | Authenticity; foundation; relevance; underlying documents are inadmissible (hearsay); exhibit does not accurately and fairly summarize post-suspension timber sale offerings by the Forest Service; exhibit prepared by counsel. |
| 158 | 65 | Summary of Total Remaining Volume on Sales in Issue as of August 25, 1995 | Authenticity; foundation; exhibit does not accurately and fairly summarize the underlying documents; exhibit not based upon voluminous documents (14 documents); exhibit prepared by counsel. |
| 163 | 69 | Summary of mill shutdowns greater than one week in duration | Authenticity; foundation; exhibit does not accurately and fairly summarize the underlying documents; exhibit not based upon voluminous documents (3 documents); exhibit prepared by counsel. |
| 168 | 72 | Summary comparison of WWPA index and stumpage price on U-Bar | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit is unclear and misleading; exhibit not based upon voluminous documents (2 documents); exhibit prepared by counsel. |
| 233 | 89 | Summary of Sales with Comparable Anticipated Log and Haul Costs | Authenticity; foundation; exhibit contains analysis, argument and inferences not appropriate in a summary; exhibit does not accurately represent underlying documents; exhibit prepared by counsel. |
| 243 | 96 | Summary of breached sales not containing Douglas Fir showing award date, average dbh and overrun factor | Authenticity; foundation; exhibit prepared by counsel. |

**DEFENDANT'S OBJECTIONS TO**
**PLAINTIFF'S "SUMMARY" EXHIBITS**

***Precision Pine and Timber, Inc. v. United States*****, No. 98-720 C (Fed. Cl.)**

| | | | |
|---|---|---|---|
| 246 | 100 | Summary of Precision Pine's lumber production 1993-1997 | Authenticity; foundation; underlying documents are inadmissible (hearsay); Precision Pine did not make the exhibits author, Robert A. Ness, available to discuss how the summary was prepared as required by RCFC App. A. |
| 247 | 101 | Summary of Precision Pine's net income for FYE 3/31/92 through FYE 3/31/00 | Authenticity; foundation; exhibit is inaccurate, misleading and contains expert analysis not appropriate in a summary; exhibit prepared by counsel. |
| 263 | 112g | Summary of lumber produced at Eagar Mill from timber harvested on Hay Sale | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit purports to summarize inadmissible witness testimony (hearsay); exhibit contains argument and inferences not appropriate in a summary; exhibit prepared by counsel. |
| 268 | 112l | Summary of Hay volume hauling in 1998 | Authenticity; foundation; relevance; exhibit contains analysis, argument and inferences not appropriate in a summary; exhibit does not accurately represent underlying documents; exhibit not based upon voluminous documents (8 documents); exhibit prepared by counsel. |
| 288 | 122 | Summary of Precision Pine's product mix at various times | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit contains analysis, argument and inferences not appropriate in a summary; exhibit not based upon voluminous documents (2 documents); Precision Pine did not make the author of page 1 of the exhibit, Robert A. Ness, available to discuss how the summary was prepared as required by RCFC App. A; page 2 of the exhibit prepared by counsel. |
| 289 | 123 | Summary of Precision Pine's production by lumber product (July 1994— July 1995) (13 pages) | Authenticity; foundation; exhibit not based upon voluminous documents (1 document); exhibit prepared by counsel. |