# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S REVISED OBJECTIONS TO EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST

Pursuant to the Court's January 4, 2005 and April 18, 2005 orders, defendant, the United States, respectfully identifies its revised objections to exhibits on the exhibit list provided by plaintiff, Precision Pine & Timber, Inc., on March 7, 2005.[1]

We reserve our right to object to any exhibit upon grounds of relevance, hearsay, and foundation, and with respect to exhibits that include handwritten notes upon the ground of authenticity. In addition to these general objections, we have identified on the attached list our objections to specific exhibits according to the following general categories: authenticity, composite, duplicate, hearsay and incompleteness.[2]

---

[1] Plaintiff's exhibit list describes PX103, PX138, PX157 and PX280 as summaries. As a result, objections to these exhibits were not asserted in our original April 18, 2005 filing. See Def.'s Mot. for Enlargement of Time (filed April 18, 2005). Upon further review, the United States has determined that PX103, PX138, PX157 and PX280 are not governed by FRE 1006 and, accordingly, asserts objections to these exhibits in this revised filing. Objections to summary exhibits governed by Rule 1006 are addressed in a separate motion *in limine* and are summarized in this revised filing.

[2] The United States' objections are based upon a review of copies of trial exhibits produced by Precision Pine on March 4, 2005. To the extent that Precision Pine makes any changes to these exhibits, or did not provide complete copies of the listed exhibits, the United States reserves the right to supplement and amend its objections.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

Patricia Disert
Lori Polin Jones
Office of the General Counsel
U.S. Department of Agriculture

March 20, 2005