**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| Plaintiff's Exhibit Number | Number on Preliminary Exhibit List | Description | Date | Objections |
|---|---|---|---|---|
| 1 | 1a | Appraisal Summary for the Hay timber sale with attached: Data Sheet for Appraisal Summary (Form R3-2400-17);<br>Report of Timber Sale - Convertible and Nonconvertible Products | 1/10/1989 | Relevance – Precision Pine was not the high bidder on the Hay contract. |
| 2 | 1b | Appraisal Summary for Jersey Horse timber sale | 10/19/1993 | No objection. |
| 3 | 1c | Appraisal Summary for the O.D. Ridge timber sale with attached: Data Sheet for Appraisal Summary (Form R3-2400-17) | 10/18/1991 | Relevance – Precision Pine was not the high bidder on the O.D. Ridge contract. |
| 4 | 1d | Appraisal Summary for the Brookbank timber sale with attached: Converted Scribner Appraisal Summary | 3/6/1995 | No objection. |
| 5 | 1e | Appraisal Summary for the Kettle timber sale with attached: Converted Scribner Report of Timber Sale - convertible and nonconvertible products | 6/16/1995 | Exhibit contains multiple documents. |
| 6 | 1f | Appraisal Summary for the U-Bar timber sale with attached: T.E.A. Appraisal Bulletin No. 08 CY 92 2nd (Aug) | 8/24/1992 | No objection. |
| 7 | 1g | Appraisal Summary for the Mud timber sale | 7/25/1994 | No objection. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 8 | 1h | Appraisal Summary for the Monument timber sale | 8/22/1994 | No objection. |
| 9 | 1i | Appraisal Summary for the Salt timber sale with attached: Converted Scribner Appraisal Summary | 12/12/1993 | No objection. |
| 10 | 1j | Appraisal Summary for the Manaco timber sale with attached: Report of Timber Sale - Convertible and Nonconvertible Products;<br>Converted Scribner Appraisal Summary;<br>Converted Scribner Report of Timber Sale - Convertible and Nonconvertible Products | 12/4/1994 | Exhibit is comprised of multiple documents. |
| 11 | 1k | Appraisal Summary for the Saginaw-Kennedy timber sale | 8/2/1994 | No objection. |
| 12 | 1l | Appraisal Summary for the St. Joe timber sale with attached: Data Sheet for Appraisal Summary (Form R3-2400-17) | 10/30/1991 | No objection. |
| 13 | 1m | Appraisal Summary for the Brann timber sale with attached: Converted Scribner Appraisal Summary | 7/28/1994 | No objection. |
| 14 | 1n | Appraisal Summary for the Hutch-Boondock timber sale with attached:<br>Converted Scribner Appraisal Summary | 5/19/1994 | No objection. |
| 15 | 1o | Appraisal Summary for the Outlaw timber sale | 9/25/1990 | Relevance – the Outlaw timber sale is not at issue in this action. |
| 16 | 1p | Pre-Sale Report and Appraisal Summary for the Barber timber sale | 8/20/1993 | Relevance – the Barber timber sale is not at issue in this action. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 17 | 1q | Appraisal Summary for the Campbell timber sale | 8/30/1993 | Relevance – the Campbell timber sale is not at issue in this action. |
| 18 | 2 | Winslow Sawmill Production Reports:<br>yearly reports: 1/94-12/94, 4/93-3/94, 4/94-3/95, 4/95-3/96, 4/96-3/97<br>quarterly report: Apr, May, June 95<br>3/94, 4/94, 5/94, 6/94, 7/94, 8/94, 9/94, 10/94, 11/94 12/94<br>1/95, 2/95, 3/95, 4/95, 5/95, 6/95, 7/95, 8/95, 8/95 (fir cut), 9/95, 10/95 11/95, 12/95<br>1/96, 2/96, 3/96, 4/96, 5/96, 6/96, 7/96, 8/96, 9/96, 10/96, 11/96, 12/96<br>1/97, 2/97, 3/97, 4/97, 5/97, 6/97, 7/97, 8/97 | | No objection. However, monthly production reports from 9/97 through the mill's closure in 9/98 are omitted. |
| 19 | 2 | Heber Sawmill Production Reports:<br>yearly report: 4/95-3/96, 4/98-3/99<br>1/94, 2/94, 3/94, 4/94, 6/94, 7/94, 8/94, 9/94, 10/94, 11/94, 12/94<br>1/95, 2/95, 4/95, 5/95, 6/95, 7/95, 8/95, 9/95, 11/95, 12/95<br>1/96, 2/96, 3/96, 4/96, 5/96, 6/96<br>10/97, 11/97, 12/97<br>1/98, 2/98, 3/98, 4/98, 5/98, 6/98, 7/98, 8/98, 9/98, 10/98, 11/98, 12/98<br>1/99, 6/99, 8/99, 9/99, 10/99, 11/99, 12/99<br>1/00 | | Heber sawmill production records are incomplete. Monthly production reports for 3/95, 10/95, 2/99-5/99 and 7/99 are omitted. Monthly production reports appear to come from two sources, as reports from 10/97 to 12/98 have handwritten entries, whereas all other monthly reports are typed. Monthly reports for 10/97, 3/98, 7/98, 8/98 and 12/19 provide no data. The year for monthly reports ostensibly for 7/94, 8/94, 10/94 and 11/94 has been altered by hand. Exhibit supposedly contains, but is missing the 4/98-3/99 yearly report and monthly reports from 1/94 to 4/94. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 20 | 2 | Eagar Sawmill Production Reports:<br>yearly report: 4/95-3/96<br>1/94, 2/94, 7/94, 8/94, 9/94, 10/94, 11/94 12/94<br>1/95, 2/95, 3/95, 4/95, 5/95, 6/95, 7/95, 8/95, 9/95, 10/95, 11/95, 12/95<br>2/97, 3/97, 4/97, 5/97, 6/97, 7/97 | | Eagar sawmill production records are incomplete. Monthly production reports for 3/94-6/94, 1/96-1/97 and after 7/97 are omitted. Monthly production reports appear to come from two sources, as reports for 1/94 and 2/94 have handwritten entries, whereas all other monthly reports are typed. The monthly production report ostensibly for 2/95 has an altered date of unknown origin. |
| 21 | 4 | Purchaser's Certification of Timber Domestically Processed and Exported for CY 1992 (Saginaw-Kennedy) | 7/13/1993 | No objection. |
| 22 | 4 | Purchaser's Certification of Timber Domestically Processed and Exported (Contract #000642) | | Document is illegible. |
| 23 | 4 | Purchaser's Certification of Timber Domestically Processed and Exported (Contract #000790) | | Document date is cut off. |
| 24 | 4 | Purchaser's Certification of Timber Domestically Processed and Exported for CY 1989 (Horseshoe Salvage) | 11/7/1990 | No objection. |
| 25 | 4 | Purchaser's Certification of Timber Domestically Processed and Exported for CY 1992 (Merritt Blowdown) | 7/9/1993 | Document contains handwriting of unknown origin. |

**DEFENDANT'S OBJECTIONS TO EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 26 | 4 | Letter from Leaverton to Precision Pine re: Forest Service needs "Certification of Disposition of Timber" before Contract #001228 (Hidden) can be closed; also stating cash balance remaining on bond for sale. | 1/3/1995 | Relevance: the Hidden contract is not at issue in this action. |
| 27 | 4 | Letter from Porter to Leaverton re: transferring balance, with attached: Purchaser's Certification of Timber from National Forest Sale for Contract #001228. | undated | Relevance: the Hidden contract is not at issue in this action; second page appears to be a separate document. |
| 28 | 6a | Precision Pine Production & Sales Report | 9/94 - 2/95 | No objection. |
| 29 | 6b | Precision Pine Production & Sales Report | 1/95 | Handwritten notes of unknown origin; otherwise no objection. |
| 30 | 6c | Precision Pine Production & Sales Report | 2/95 | No objection. |
| 31 | 8b(i) | Portions of Kaibab Forest Plan: cover, pp. 3-5, 16, 20-23, 240 | | Document is incomplete. |
| 32 | 8b(ii) | Portions of Apache-Sitgreaves Forest Plans: cover, pp: 11-12, 283 | | Document is incomplete |
| 33 | 8b(iii) | Portions of Coconino Forest Plan: cover, pp: 7, 17-18,21 (as amended 12/87), 28-32, 263 | | Document is incomplete. |
| 34 | 8c | Portions of Wiggins Analysis Area Environmental Assessment: pages: i, 15 | 2/3/1998 | Document is incomplete. |
| 35 | 8e | SBA Form 723 (1-76): Small Business Certification for Duran Multiproduct timber sale | 3/15/1993 | No objection. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 36 | 8f | Letter from Jill Leonard, District Ranger, North Kaibab District to Precision Pine & Timber, Attn: John Smith; re: planned sales in the district for CY’s ‘97 - ‘00 | 3/7/1997 | Relevance |
| 37 | 8g | Forest Service Resource Bulletin lnt-55, “Arizona’s Timber Production Mill Residue, 1984” | 7/88 | No objection. |
| 38 | 9 | Appraisal Report for Manaco Timber Sale | 12/9/1994 | Document is incomplete. |
| 39 | 10 | Appraisal Report for Salt Timber Sale | 1/21/1994 | Document is incomplete and contains highlighting of an unknown origin. |
| 40 | 11 | Forest Service Form 2400-46 (12186) Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY ‘92, Tonto National Forest | undated | Foundation: document is unsigned. |
| 41 | 11 | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY ‘92, Apache-Sitgreaves National Forest | undated | Foundation: document is unsigned and undated. |
| 42 | 11 | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY ‘92, Coconino National Forest | undated | Foundation: document is unsigned and undated. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 43 | 11 | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY ‘92, Kaibab National Forest | undated | Foundation: document is unsigned. |
| 44 | 12 | Blank Forest Service Form 2400-14 (9/91), “Bid for Advertised Timber Sale” with attached “Instructions to Bidders” | | Foundation; relevance. |
| 45 | 12 | Blank Forest Service Form 2400-43 (2/91), “Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber.” | | Foundation; relevance. |
| 46 | 12 | Blank Forest Service Form 2400-44 (2/91), “Export of Private Timber” | | Foundation; relevance. |
| 47 | 12 | Blank Forest Service Form 2400-45 (2/91), “Purchase of National Forest System Timber” | | Foundation; relevance. |
| 48 | 12 | Blank Forest Service Form 2400-46 (2/91), “Purchaser Certification of Timber Domestically Processed and Exported” | | Foundation; relevance. |
| 49 | 13 | Declaration of Milo Larson in Forest Guardian v. Dombeck | 5/28/1997 | Hearsay – under FRE 804 a prior sworn statement is admissible only if the witness is unavailable. |
| 50 | 14 | Affidavit of Alan Lucas in Greater Gila Biodiversity v. USFS | 2/14/1995 | Hearsay – under FRE 804 a prior sworn statement is admissible only if the witness is unavailable. |
| 51 | 20 | Expert Report of Martin L. Devere | 11/14/2003 | Addressed in a separately filed motion *in limine*. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 52 | 20 | Resume of Martin L. Devere | 11/14/2003 | Hearsay. |
| 53 | 21 | Expert Report of James L. Matson | 11/16/2003 | Hearsay. |
| 54 | 21 | Resume of James L. Matson | 11/16/2003 | Hearsay. |
| 55 | 24 | Resume of Ronald D. Lewis | undated | Relevance; hearsay. |
| 56 | 25 | Curriculum Vitae of Robert Ness | 11/14/2003 | Hearsay. |
| 57 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices: Moulding & Better | | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit does not accurately represent underlying documents; exhibit not based upon voluminous documents (2 documents); exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 58 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices:<br>5/4#2 Shop | | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit does not accurately represent underlying documents; exhibit not based upon voluminous documents (2 documents); exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 59 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices:<br>5/4#3 Shop | | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit does not accurately represent underlying documents; exhibit not based upon voluminous documents (2 documents); exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 60 | 28 | Summary Comparison of Precision Pine's Prices v. Random Length's Prices:<br>Paragraph 99 | | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit does not accurately or fairly represent underlying documents; exhibit not based upon voluminous documents (2 documents); exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 61 | 30 | Summary Comparison of Bids on 14 suspended sales | | Authenticity; foundation; exhibit includes comments and footnotes that are not properly part of a summary; exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 62 | 31 | Western Wood Products Assoc. (W\NPA) Inland Index Logs | 1/95 | Hearsay. |
| 63 | 32a | Profit Projection Sheets for Bunger Timber Sale (2 pages) | 12/12/1990 | No objection. |
| 64 | 32b | Profit Projection Sheets for Holder Timber Sale (3 pages) | 6/28/1988 | Document contains handwriting of unknown origin. |
| 65 | 32d | Profit Projection Sheets for Ridge Timber Sale (4 pages) | 9/26/1989 | Document contains illegible handwriting of unknown origin. |
| 66 | 32e | Profit Projection Sheets for Limestone Timber Sale (4 pages) | 5/23/1989 | Document contains handwriting of unknown origin. |
| 67 | 32e | Profit Projection Sheets for Limestone Timber Sale (2 pages) | 9/12/1991 | No objection. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 68 | 32j | Profit Projection Sheets for Cap Mamie Timber Sale (2 pages) | 3/22/1990 | No objection. |
| 69 | 32k | Profit Projection Sheet for Hidden Timber Sale (1 page) | 12/27/1990 | No objection. |
| 70 | 32k | Profit Projection Sheets for Hidden Timber Sale (2 pages) | 2/26/1990 | Document contains handwriting of unknown origin. |
| 71 | 32l | Profit Projection Sheets for Red Lake Timber Sale (3 pages) | 11/30/1989 | Document contains handwriting of unknown origin. |
| 72 | 32m | Profit Projection Sheets for Aspen Lake Timber Sale (3 pages) | 9/25/1991 | No objection. |
| 73 | 32n | Profit Projection Sheets for Barber Timber Sale (2 pages) | 9/27/1993 | Document contains handwriting of unknown origin. |
| 74 | 32o | Profit Projection Sheet for Kettle Timber Sale (1 page) | 3/23/1997 | No objection. |
| 75 | 32p | Profit Projection Sheets for McNeil Timber Sale (3 pages) | 3/7/1990 | No objection. |
| 76 | 32p | Profit Projection Sheet for McNeil Timber Sale (1 page) | 3/14/1990 | No objection. |
| 77 | 32q | Profit Projection Sheet for Gamma Timber Sale (1 page) | 6/29/1993 | No objection. |
| 78 | 32r | Profit Projection Sheets for Kendrick-Saddle Timber Sale (2 pages) | 11/24/1997 | Document contains handwriting of unknown origin. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,*** **No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 79 | 32s | Profit Projection Sheet for All Fir under contract (1 page) | 9/22/1994 | No objection. |
| 80 | 32t | Profit Projection Sheet for Saginaw-Kennedy Timber Sale, Smallwood(1 page) | 9/17/1994 | No objection. |
| 81 | 32u | Profit Projection Sheets for Canyon Timber Sale (3 pages) | 1/18/1989 | Document contains handwriting of unknown origin. |
| 82 | 32v | Profit Projection Sheets for St. Joe Timber Sale (2 pages) | 12/11/1991 | Document contains handwriting of unknown origin. |
| 83 | 32w | Profit Projection Sheet for Hutch-Boondock Timber Sale (1 page) | 10/31/1995 | No objection. |
| 84 | 32x | Profit Projection Sheets for Manaco Timber Sale (2 pages) | 1/11/1995 | No objection. |
| 85 | 32y | Profit Projection Sheet for Saginaw-Kennedy Timber Sale (1 page) | 9/17/1994 | No objection. |
| 86 | 33 | Letter from Clifford Dils to Lorin Porter, re: suspension of Manaco | 8/14/1995 | Document is incomplete and unsigned. |
| 87 | 34 | Letter from John Smith to Patty Bennett, re: Jersey Horse Operating Schedule | 8/23/1995 | No objection. |
| 88 | 35a | Letter from Keith Pajkos to John Smith, re: Park Multi-product sale, Precision out of compliance therewith | 7/17/1996 | No objection. |

| DEFENDANT'S OBJECTIONS TO EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST<br>*Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.) | | | | |
|---|---|---|---|---|
| 89 | 35b | Letter from John Smith to Keith Pajkos, re: requesting one-year extension on Park timber sale | 8/29/1996 | No objection. |
| 90 | 35c | Letter from Keith Pajkos to John Smith, re: extension for Park timber sale will be granted upon certain conditions | 9/4/1996 | No objection. |
| 91 | 35d | Letter from John Smith to Keith Pajkos, re: can State estimate cost of contract. | 9/26/1996 | No objection. |
| 92 | 35e | Letter from Keith Pajkos to John Smith, re: cost of contract | 10/3/1996 | No objection. |
| 93 | 35f | Fragment of Letter from John Smith to Keith Pajkos, re: reasons Precision would want to complete sale. | 10/7/1996 | Foundation; relevance. |
| 94 | 35g | Letter from Keith Pajkos to John Smith, re: reduced costs of contract | 10/9/1996 | No objection. |
| 95 | 35h | Letter from John Smith to Keith Pajkos, re: accepting terms of State’s proposal | 10/10/1996 | No objection. |
| 96 | 35i | Memo from John Smith to Lon Porter, re: State agreed to lesser payment | 10/11/1996 | No objection. |
| 97 | 35j | Letter from John Smith to Keith Pajkos, re: payment, with photocopy of check | 10/17/1996 | No objection. |
| 98 | 35k | Letter from Keith Pajkos to John Smith, re: lesser payment due; contains handwritten memo from “J” re: check in the mail. | 10/17/1996 | No objection. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,*** **No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 99 | 36 | Letter from Lewis Tenney to Milo Larson, re: Forest Services proposed settlement with Enviro plaintiffs is not economically feasible for timber companies | 9/27/1995 | Hearsay. |
| 100 | 37 | Stone Forest Products Corp computer-generated settlement statements for Tn-Star delivery of pulpwood to Snowflake for weeks ending: 9/17, 9/24, 10/01, 10/08, 10/15, 10/26, 11/03, 11/19, 11/26 in 1995. | various | Foundation; hearsay; relevance. Exhibit is comprised of multiple documents. To the extent this document was generated directly from computer records, it was not produced to the United States in discovery and should be excluded. E.g., RCFC 37. |
| 101 | 37 | Handwritten Logger Pay memos for Tn-Star hauling pulpwood to Stone from various sales dated in 1995: 8/2 (Dutch Joe), 8/17 (Merritt), 8/17 (Dutch Joe), 9/7 (Brookbank), 9/7 (Merritt), 917 (Dutch Joe), 9/21 (Brookbank) | various | Exhibit is comprised of multiple documents. With the exception of documents relating to the Brookbank contract, the exhibit is irrelevant. |
| 102 | 40 | Harvest projection for the volume remaining as of August 25, 1995 on the 11 Forest Service sales that were breached and summary of volume of sawlogs by payment unit on specified sales | | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit presents argument and inferences that are not properly included in a summary; exhibit not based upon voluminous documents (5 documents); exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 103 | 42 | Summary Effects of Mexican Spotted Owl Injunction | 9/14/1995 | Foundation; hearsay. |
| 104 | 43 | Map of Arizona | | Hearsay. |

**DEFENDANT'S OBJECTIONS TO
EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 105 | 44 | Excerpts from The Dictionary of Forestry (John A. Helms, ed., 1998): cover, title page, 18-19, 88,144-145, 160-161 | | Hearsay. |
| 106 | 45 | Stipulation from Silver v. Babbitt | 10/18/1995 | No objection. |
| 107 | 46 | Order Approving Stipulation from Silver v. Babbitt | 10/18/1995 | No objection. |
| 108 | 47a | Agreement to Modify Mud Timber Sale | 8/29/1996 | No objection. |
| 109 | 47b | Letter from Ken Broyles to Lorin Porter, re: Mud sale release from injunction | 3/11/1996 | No objection. |
| 110 | 47c | Letter from John Smith to Dan Panks, requesting some Payment Units on the Mud sale be open for harvest | 3/25/1996 | No objection. |
| 111 | 47d | Letter from John Smith to Richard Stevens, requesting waiver of the "1 June restriction" on Mud | 4/5/1996 | No objection. |
| 112 | 47e | Letter from Richard Stevens to John Smith, declining to waive clause CT6.314# (Timing of Logging Operations) in Mud Contract | 4/12/1996 | No objection. |
| 113 | 47f | Letter from Richard Stevens to John Smith, re: operations suspended due to increased fire risk | 5/24/1996 | No objection. |
| 114 | 47g | Timber Sale Inspection Report for Mud Timber Sale, re: opening some units for harvest; waiving certain restrictions for l996 season | 8/1/1996 | No objection. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 115 | 48a | Letter from Lorin Porter to Chip Cartwright, re: sawmill operations being closed as result of suspension | 6/25/1996 | Hearsay. |
| 116 | 48c | Letter from Lorin Porter to Chip Cartwright, re: Precision's situation as a result of suspension/injunction | rec'd 6/26/1996 | Hearsay |
| 117 | 49a | Agreement between Stone Container Corp. and Precision Pine - transfer of Kettle Timber Sale from Precision to Stone, with attached Letter from Lorin Porter to Gary Yantis, dated Dec. 29, 1997, re: remaining balance on sale due. | 8/15/1997 | No objection. |
| 118 | 49b | Forest Service Form 2400-12 (9/72) - Third-party Agreement (Timber Sale) between Precision and Stone for transfer of Kettle Timber Sale | 11/3/1997 | No objection. |
| 119 | 50a | Letter from Robert Leaverton to Lorin Porter, re: Forest Guardians suspension of the Hay and O.D. Ridge Timber Sales | 6/4/1997 | Relevance – compensation as a result of the *Forest Guardians* suspension in 1997 is the subject of another action filed by Precision Pine |
| 120 | 50b | Letter from David Harris to Lorin Porter, re: Forest Guardians suspension of the Saginaw-Kennedy Timber Sale | 6/6/1997 | Relevance – compensation as a result of the *Forest Guardians* suspension in 1997 is the subject of another action filed by Precision Pine |
| 121 | 50c | Letter from David Harris to Lorin Porter, re: Forest Guardians the suspension of the Brann Timber Sale | 6/6/1997 | Relevance – compensation as a result of the *Forest Guardians* suspension in 1997 is the subject of another action filed by Precision Pine |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 122 | 50d | Letter from Clifford Dils to Lorin Porter, re: Forest Guardians suspension of the Salt Timber Sale | 6/6/1997 | Relevance – compensation as a result of the *Forest Guardians* suspension in 1997 is the subject of another action filed by Precision Pine |
| 123 | 50e | Letter from Ken Broyles to Lorin Porter, re: Forest Guardians suspension of the U-Bar Timber Sale | 6/3/1997 | Relevance – compensation as a result of the *Forest Guardians* suspension in 1997 is the subject of another action filed by Precision Pine |
| 124 | 50f | Letter from Clifford Dils to Lorin Porter, re: Forest Guardians suspension of the Manaco Timber Sale | 6/6/1997 | Relevance – compensation as a result of the *Forest Guardians* suspension in 1997 is the subject of another action filed by Precision Pine |
| 125 | 51a | Letter from Steve Bennet to Precision Pine & Timber, re: Stone is closing Snowflake Pulpmill; will no longer accept pulpwood | 2/12/1998 | Relevance; hearsay. |
| 126 | 51b | Letter from Steve Bennet to Lon Porter, re: Stone’s ending chip purchases | 2/12/1998 | Relevance; hearsay. |
| 127 | 51e | Letter from Steve Bennett to John Kirkpatrick, Acting Regional Forester, re: Stone is notifying Forest Service that it will no longer accept chips or pulpwood at Snowflake | 2/12/1998 | Relevance; hearsay. |
| 128 | 52a | Memorandum from John Bedell to Timber Purchasers, re: Precision’s Winslow mill destroyed by fire on Sept. 17, 1998 | 11/9/1999 | Relevance. |
| 129 | 52b | Letter from Lorin Porter to Steve Gunzel, re: Winslow fire of Sept. 17,1998 | 9/24/1998 | Relevance; hearsay. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 130 | 53 | Precision Pine's harvest projection, "Anticipated Quantity of Wood Per Contract (in MBF (log scale))," as provided in Plaintiffs Answers to Interrogatories | | Foundation; hearsay. |
| 131 | 54 | Expert Report on Damages by Robert Ness ("Ness Report" on Suspension Period Damages) | 11/14/2003 | Hearsay. |
| 132 | 55a | Forest Service Manual § 2430.2, effective February 12, 1990 | 2/12/1990 | Document is incomplete. |
| 133 | 55b | Forest Service Manual § 2430.2, effective April 5, 2004 | 4/5/2004 | Document is incomplete. |
| 134 | 55c | Forest Service Manual § 2430.2, 5/83 Amendment 129 | 5/83 | Document is incomplete. |
| 135 | 56a | Forest Service Form 2400-14 (5/91) "Bid for Advertised Timber," (Bid Form) for U-Bar sale with attached:"Instructions to Bidders" Forest Service Form 2400-43 (2/91), "Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber" for U-Bar sale. | | No objection. |

| DEFENDANT'S OBJECTIONS TO EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST<br>*Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.) | | | | |
|---|---|---|---|---|
| 136 | 56b | Forest Service Form 2400-14 (3/94) “Bid for Advertised Timber,” (Bid Form) for Kettle sale with attached: “Instructions to Bidders” Blank Forest Service Form 2400-43 (2/91), “Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber.” | | No objection. |
| 137 | 57 | Forest Service Form 2400-43 (2/91), “Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber” for Saginaw-Kennedy Timber Sale for CY 92. | 7/13/1993 | No objection. |
| 138 | 58 | Forest Service Regional Summary, “Effects of Injunction on Timber Harvest Activities on Region Three’s Existing and Planned Timber Sale Program” | 8/28/1995 | Foundation. |
| 139 | 59a | Forest Service Form 2400-46(12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY ‘92, Tonto National Forest | undated | Foundation: document unsigned. Same as PX40. |
| 140 | 59a | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY ‘92, Apache-Sitgreaves National Forest | undated | Foundation: document unsigned, undated and contains handwriting of unknown origin. Same as PX41. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 141 | 59a | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '92, Coconino National Forest | undated | Foundation: document unsigned and undated. Same as PX42. |
| 142 | 59a | Forest Service Form 2400-46 (12/86), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '92, Kaibab National Forest | undated | Foundation: document unsigned and undated. Same as PX43. |
| 143 | 59a | Letter from Clifford Dils to Lorin Porter, re: Purchaser Certification Forms needed for Salt and Manaco sales for CY '95 | 3/26/1996 | Relevance. |
| 144 | 59a | Forest Service Form 2400-46 (4/94), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '95, Tonto National Forest (Salt and Manaco sales) | 4/9/1996 | No objection. |
| 145 | 59b | Purchaser's Certification of Timber Domestically Processed and Exported (Contract #000642) | 5/15/1988 | Document is illegible. Same as PX22. |
| 146 | 59b | Purchaser's Certification of Timber Domestically Processed and Exported (Contract #000790) | | Document date is cut off. Same as PX23. |
| 147 | 59b | Letter from Leaverton to Precision Pine re: Need "Certification of Disposition of Timber" before Contract #001228 (Hidden) can be closed & cash balance on sale. | 1/3/1995 | Relevance: the Hidden contract is not at issue in this action. Same as PX26 |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 148 | 59b | Purchaser's Certification of Disposition of Timber from National Forest Sale for Contract #001228 | undated | Relevance: the Hidden contract is not at issue in this action. Same as second page of PX27. |
| 149 | 61 | Excerpt from "Government's Response to Appellant's May 9th Reply Regarding Appellant's motion for summary judgment, and Government's Motion for Summary Judgment" in Reidhead Bros. Lumber Mill, Inc. v. Dept. of Agriculture, AGBCA No. 200-126-1: pages: 1, 4-5 | 6/5/2000 | Relevance; parol evidence rule; document is incomplete. |
| 150 | 62a | Excerpt from Scott Timber Co. v. United States, Nos. 94-784C, 96-204C, slip op. pages 1, 7-9 (Fed. Cl. July 11, 2001) | 7/11/2001 | Relevance. Court decision constitutes legal authority and is not properly part of an exhibit list. |
| 151 | 62b | Judgment, Scott Timber Co. v. United States, No. 94-784C (Fed. Cl. July 8, 2002) | 7/8/2002 | Inadmissible offer of compromise. FRE 418. Use of the stipulated settlement in *Scott Timber* is a violation of settlement agreement in that case. |
| 152 | 62c | Letter from Lewis Tenney to Eddie Alford, re: requesting compensation for delays | 12/31/1996 | No objection. |
| 153 | 62d | Letter from Robert Leaverton to Lewis Tenney, re: compensation under clauses CT6.01 and C9.2 | 1/24/1997 | No objection. |
| 154 | 62e | Letter from Ken Broyles to Lewis Tenney, re: compensation under clauses CT6.01 and C9.2 | 1/30/1997 | No objection. |
| 155 | 62f | Letter from Clifford Dils to Lewis Tenney, re: compensation under clauses CT6.01 and C9.2 | 2/7/1997 | No objection. |

| **DEFENDANT'S OBJECTIONS TO<br>EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**<br><br>***Precision Pine and Timber, Inc. v. United States,*** **No. 98-720 C (Fed. Cl.)** | | | | |
|---|---|---|---|---|
| 156 | 63 | Summary of Forest Service Timber Sale Offerings on Tonto, Apache-Sitgreaves, Coconino, Kaibab National Forests 8/25/95-12/31/98 | | Authenticity; foundation; relevance; underlying documents are inadmissible (hearsay); exhibit does not accurately and fairly summarize post-suspension timber sale offerings by the Forest Service; exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 157 | 64 | Forest Service Timber Sale Offering Data as Provided by Timber Data Corp. 1995- 1998 | | Foundation; hearsay. |
| 158 | 65 | Summary of Total Remaining Volume on Sales in Issue as of August 25, 1995 | | Authenticity; foundation; exhibit does not accurately and fairly summarize the underlying documents; exhibit not based upon voluminous documents (14 documents); exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 159 | 66 | Letter from Robert Leaverton to Val Reidhead, re: transfer of Hay and Hidden Timber Sales | 6/4/1991 | No objection. |
| 160 | 67a | Letter from Ronald Tissaw to John Holmes re: completed roadwork on the Saginaw-Kennedy Timber Sale | 12/6/1995 | No objection. |
| 161 | 67b | Specified Road Final Acceptance Report for Monument Timber Sale | 9/7/1995 | No objection. |
| 162 | 67c | Letter from John Smith to Nancy Kehret re: Salt Timber Sale road completion | 5/17/1995 | Hearsay. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,*** **No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 163 | 69 | Summary of mill shutdowns greater than one week in duration | | Authenticity; foundation; exhibit does not accurately and fairly summarize the underlying documents; exhibit not based upon voluminous documents (3 documents); exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 164 | 71c | Letter from John Smith to David Cummings, re: Forest Service reducing its pulpwood price to $.73/ccf | 2/23/1999 | Relevance. |
| 165 | 71d | Letter from John Smith to David Cummings, re: operating plan for Manaco in '99 | 2/24/1999 | Relevance. |
| 166 | 71e | Letter from David Cummings to John Smith, re: inquiring about reducing pulpwood price on Precision's contracts | 3/5/1999 | Relevance. |
| 167 | 71i | Letter from John Smith to Susan Lee, re: requesting 1 year C.TA. for Brookbank sale | 1/5/2000 | No objection. |
| 168 | 72 | Summary comparison of WWPA index and stumpage price on U-Bar | | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit is unclear and misleading; exhibit not based upon voluminous documents (2 documents); exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 169 | 73 | Hay timber sale contract including modifications and sale area maps (Bates stamps HAY 1-182) | | No objection. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 170 | 73 | Jersey Horse timber sale contract including modifications and sale area maps (Bates stamps JRH 1 - 158) | | No objection. |
| 171 | 73 | OD Ridge timber sale contract including modifications and sale area maps (Bates stamps ODR 1-129) | | No objection. |
| 172 | 73 | Brookbank timber sale contract including modifications and sale area maps (Bates stamps BRB 1 - 116) | | No objection. |
| 173 | 73 | Kettle timber sale contract including modifications and sale area maps (Bates stamps KET 1 - 120) | | No objection. |
| 174 | 73 | U-Bar timber sale contract including modifications and sale area maps (Bates stamps U-B 1 -246) | | No objection. |
| 175 | 73 | Mud timber sale contract including modifications and sale area maps (Bates stamps MUC 1 -206) | | No objection. |
| 176 | 73 | Monument timber sale contract including modifications and sale area maps (Bates stamps MON 1 -142) | | No objection. |
| 177 | 73 | Salt timber sale contract including modifications and sale area maps (Bates stamps SLT 1 -186) | | No objection. |
| 178 | 73 | Manaco timber sale contract including modifications and sale area maps (Bates stamps MCO 1 -206) | | No objection. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,*** **No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 179 | 73 | Saginaw-Kennedy timber sale contract including modifications and sale area maps (Bates stamps S-K 1 -276) | | No objection. |
| 180 | 74 | Precision Pines Calculation Binder | 2/26/2003 | Hearsay. |
| 181 | 75 | Binder (Volume I) of Supporting Documents to Precision Pines Calculation Binder | 2/26/2003 | Hearsay; document combines numerous, unrelated exhibits. |
| 182 | 77 | Robert Ness's report regarding post-suspension harvesting | 2/7/2005 | Hearsay. |
| 183 | 78 | Kaibab Timber Sale Prospectus | Bid date: 9/22/94 | Document description inaccurate. |
| 184 | 78 | Salt Timber Sale Prospectus | Bid date: 1/8/99 | No objection. |
| 185 | 78 | O.D. Ridge Timber Sale Prospectus | Bid date: 12/11/91 | No objection. |
| 186 | 78 | Mud Timber Sale Prospectus | Bid date: 9/13/94 | No objection. |
| 187 | 78 | Monument Timber Sale Prospectus | Bid date: 9/27/94 | No objection. |
| 188 | 78 | Manaco Timber Sale Prospectus | Bid date: 1/13/95 | Exhibit is comprised of multiple documents: the last page is not part of the Manaco propspectus. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 189 | 78 | Hay Timber Sale Prospectus | Bid date: 3/8/89 | Exhibit is comprised of multiple documents: the exhibit contains additional forms and documents that are not part of the other prosectuses. |
| 190 | 78 | Kettle Timber Sale Prospectus | Bid date: 7/19/95 | Document contains handwritten notes of unknown origin |
| 191 | 78 | Jersey Horse Timber Sale Prospectus | Bid date: 12/8/93 | No objection. |
| 192 | 78 | U-Bar Timber Sale Prospectus | Bid date: 9/29/92 | No objection. |
| 193 | 78 | Brookbank Timber Sale Prospectus | Bid date: 4/12/95 | Exhibit is comprised of multiple documents: the last page is not part of the Brookbank propsectus |
| 194 | 79 | Claim letter for Salt Timber Sale | 11/17/1997 | Hearsay. |
| 195 | 79 | Contracting Officer's final decision for Salt Timber Sale | 3/16/1998 | No objection. |
| 196 | 79 | Claim letter for Brookbank Timber Sale | 11/17/1997 | Hearsay. |
| 197 | 79 | Contracting Officer's final decision for Brookbank Timber Sale | 3/16/1998 | No objection. |
| 198 | 79 | Claim letter for Manaco Timber Sale | 11/17/1997 | Hearsay. |
| 199 | 79 | Contracting Officer's final decision for Manaco Timber Sale | 3/16/1998 | No objection. |
| 200 | 79 | Claim letter for St. Joe Timber Sale | 11/17/1997 | Hearsay. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 201 | 79 | Contracting Officer’s final decision for St. Joe Timber Sale | 3/16/1998 | No objection. |
| 202 | 79 | Claim letter for Jersey Horse Timber Sale | 11/17/1997 | Hearsay. |
| 203 | 79 | Contracting Officer’s final decision for Jersey Horse Timber Sale | 3/16/1998 | No objection. |
| 204 | 79 | Claim letter for Hay Timber Sale | 11/10/1997 | Hearsay. |
| 205 | 79 | Contracting Officers final decision for Hay Timber Sale | 3/16/1998 | No objection. |
| 206 | 79 | Claim letter for Kettle Timber Sale | 11/10/1997 | Hearsay. |
| 207 | 79 | Contracting Officers final decision for Kettle Timber Sale | 3/16/1998 | No objection. |
| 208 | 79 | Claim letter for O.D. Ridge Timber Sale | 11/10/1997 | Hearsay. |
| 209 | 79 | Contracting Officers final decision for O.D. Ridge Timber Sale | 3/16/1998 | No objection. |
| 210 | 79 | Claim letter for Brann Timber Sale | 8/15/1997 | Hearsay. |
| 211 | 79 | Contracting Officers final decision for Brann Timber Sale | 11/28/1997 | No objection. |
| 212 | 79 | Claim letter for Saginaw-Kennedy Sale | 8/15/1997 | Hearsay. |
| 213 | 79 | Contracting Officers final decision for Saginaw-Kennedy Sale | 12/4/1997 | No objection. |

**DEFENDANT'S OBJECTIONS TO EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 214 | 79 | Claim letter for U-Bar Timber Sale | 8/15/1997 | Hearsay. |
| 215 | 79 | Contracting Officers final decision for U-Bar Timber Sale | 12/1/1997 | No objection. |
| 216 | 79 | Claim letter for Monument Timber Sale | 8/15/1997 | Hearsay. |
| 217 | 79 | Contracting Officers final decision for Monument Timber Sale | 12/1/1997 | No objection. |
| 218 | 79 | Claim letter for Mud Timber Sale | 8/15/1997 | Hearsay. |
| 219 | 79 | Contracting Officers final decision for Mud Timber Sale | 12/1/1997 | No objection. |
| 220 | 79 | Claim letter for Hutch-Boondock Timber Sale | 8/15/1997 | Hearsay. |
| 221 | 79 | Contracting Officer’s final decision for Hutch-Boondock Timber Sale | 12/1/1997 | No objection. |
| 222 | 80 | 55 Fed. Reg. 50,643 | 12/7/1990 | Hearsay. |
| 223 | 82 | Agreement with Stone for 3500 Cords of Pulpwood from Mud | 11/4/1997 | No objection. |
| 224 | 84a | Letter from Rick Goeken to David Harrington, re: discovery issues | 9/15/2003 | Relevance; hearsay. |
| 225 | 84b | Letter from David Harrington to Rick Goeken, re: discovery issues | 2/9/2004 | Relevance; hearsay. |
| 226 | 84c | Letter Rick Goeken to David Harrington, re: discovery issues | 2/20/2004 | Relevance; hearsay. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 227 | 87 | Precision Pine's lumber sale invoices during the period of the suspension | | No objection. |
| 228 | 88 | Random Lengths 2000 Yearbook, 175: Ponderosa Pine, Kiln Dried, 4/4, #1, Shop | | Hearsay |
| 229 | 88 | Random Lengths 2000 Yearbook, 176: Ponderosa Pine, Kiln Dried, 5/4, #2, Shop | | Hearsay |
| 230 | 88 | Random Lengths 2000 Yearbook, 178: Ponderosa Pine, Kiln Dried, 5/4, #3, Shop | | Hearsay |
| 231 | 88 | Random Lengths 2000 Yearbook, 179: Ponderosa Pine, Kiln Dried, 5/4, Para 99, Shop | | Hearsay |
| 232 | 88 | Random Lengths 2000 Yearbook, 180: Ponderosa Pine, Kiln Dried, 5/4, Moulding & Btr, 10/15% C&Btr, Rough | | Hearsay |
| 233 | 89 | Summary of Sales with Comparable Anticipated Log and Haul Costs | | Authenticity; foundation; exhibit contains analysis, argument and inferences not appropriate in a summary; exhibit does not accurately represent underlying documents; exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 234 | 89a | Logger Pay Records for Brann: computer generated: 2/1 -2/29/96<br>handwritten: 2/19/96, 2/19/96 (deduction), 3/4/96 | | Foundation (regarding printed pages). To the extent this document was generated directly from computer records, the records were not produced to the United States in discovery and should be excluded. E.g., RCFC 37. Exhibit is comprised of selected documents and is not complete. |
| 235 | 89b | Logger Pay Records for Brookbank: computer generated: 6/1-6/30/95; 9/1-9/15/95<br>handwritten: 6/8/95, 6/19/95, 6/22/95, 7/5/95, 7/6/95 (Reg. logs), 7/6/95 (Reg. logs-w. correction), 7/6/95 (Little logs), 7/6/95 (TW/PW to Zellner), 7/14/95, 7/18/95, 7/19/95 (PWto Stone), 7/19/95 (Haul to Zellner), 7/20/95, 8/2/95 (no annotation), 8/2/95 (TW/PW to Stone), 8/4/95, 8/17/95, 9/5/95, 9/7/95, 9/14/95, 9/21/95 | | Foundation (regarding printed pages). To the extent this document was generated directly from computer records, the records were not produced to the United States in discovery and should be excluded. E.g., RCFC 37. Exhibit is comprised of selected documents and is not complete. |
| 236 | 89c | Logger Pay Records for Hay: computer generated: 12/1-12/31/94 ($4,149.99 due); 12/1-12/31/94 ($42,991.47 due); 1/1-1/15/95; 3/1-3/15/95; 5/15-5/31/95; 6/1 -6/30/95; 7/1-7/17/95<br>handwritten: 10/1/98, 10/16/98 (first 1/2 Oct), 10/16/98 (Sept. Correction), 11/3/98, 11/17/98, 11/20/98 (correcting 1- 16 Nov), 11/20/98 (Scale information for October), 12/2/98, 12/11/98, 12/17/98, 1/21/99 | | Foundation (regarding printed pages). To the extent this document was generated directly from computer records, the records were not produced to the United States in discovery and should be excluded. E.g., RCFC 37. Exhibit is comprised of selected documents and is not complete. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 237 | 89d | Logger Pay Records for Hutch-Boondock (all handwritten): 11/20/95, 12/5/95, 12/19/95, 1/3/96, 1/17/96, 2/2/96, 2/19/96, 8/20/96, 11/15/96, 12/2/96, 5/5/97, 5/16/97, 7/1/98, 7/17/98, 8/3/98, 8/17/98, 8/28/98 | | Exhibit is comprised of selected documents and is not complete. |
| 238 | 89e | Logger Pay Records for U-Bar (all computer-generated): 5/1-5/31/94; 10/1-10/31/95; 11/1-11/30/94; 12/1-12/31/94; 5/1-5/31/95 | | Foundation (regarding printed pages). To the extent this document was generated directly from computer records, the records were not produced to the United States in discovery and should be excluded. E.g., RCFC 37. Exhibit is comprised of selected documents and is not complete. |
| 239 | 94a | Logger Pay memo: Pulpwood from Eagar to Stone | 9/5/1997 | No objection. |
| 240 | 94b | Logger Pay memo: Pulpwood U-Bar to Stone | 5/21/1997 | No objection. |
| 241 | 94c | Logger Pay memo: Pulpwood U-Bar to Stone | 6/4/1997 | No objection. |
| 242 | 94d | Logger Pay memo: Whether Stone or Precision owes balance due to Tn-Star | 12/18/1997 | No objection. |
| 243 | 96 | Summary of breached sales not containing Douglas Fir showing award date, average dbh and overrun factor | | Authenticity; foundation; exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 244 | 97a | Binder of Precision Pine's lumber sales invoices for CY's '97 & 98 | | No objection. |
| 245 | 97b | Binder of Precision Pine's lumber sales invoices for CY's '99 & 00 | | No objection. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 246 | 100 | Summary of Precision Pine's lumber production 1993-1997 | | Authenticity; foundation; underlying documents are inadmissible (hearsay); Precision Pine did not make the exhibits author, Robert A. Ness, available to discuss how the summary was prepared as required by RCFC App. A. Addressed in a separately filed motion *in limine*. |
| 247 | 101 | Summary of Precision Pine's net income for FYE 3/31/92 through FYE 3/31/00 | | Authenticity; foundation; exhibit is inaccurate, misleading and contains expert analysis not appropriate in a summary; exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 248 | 102 | Precision Pine's Income Statements FYE 3/31/92-3/31/01; Statement of Income for 5 months ended August 1995 | | Exhibit is comprised of multiple documents; some documents contain handwriting of unknown origin; the exhibit contains extraneous pages. Foundation (regarding the statement of income for part of 1995). |
| 249 | 105 | Winslow Sales Ledger for August 1995 | 8/95 | Foundation; hearsay. To the extent this document was generated directly from computer records, the records were not produced to the United States in discovery and should be excluded. E.g., RCFC 37. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 250 | 107a | Logger Pay Records for Brann: computer generated: 2/1 -2/29/96 handwritten: 2/19/96, 2/19/96 (deduction for trespass), 3/4/96 | | Foundation (regarding printed pages). To the extent this document was generated directly from computer records, the records were not produced to the United States in discovery and should be excluded. E.g., RCFC 37. Exhibit is comprised of selected documents and is not complete. Same as PX234. |
| 251 | 107b | Logger Pay Records for Hutch-Boondock (all handwritten): 11/20/95, 12/5/95, 12/19/95, 1/3/96, 1/17/96, 2/2/96, 2/1 9/96, 8/20/96, 11/15/96, 12/2/96, 5/5/97, 5/16/97, 7/1/98, 7/17/98, 8/3/98, 8/17/98, 8/28/98. | | Foundation (regarding printed pages). To the extent this document was generated directly from computer records, the records were not produced to the United States in discovery and should be excluded. E.g., RCFC 37. Exhibit is comprised of multiple documents and is not complete. Same as PX237 |
| 252 | 107c | Logger Pay Records for St. Joe: computer-generated: 6/1-6/31/93, 7/1-7/31/93, 8/1-8/31/93, 4/1-4/30/93, 7/1-7/15/94, 12/1-12/31/94, 1/1-1/31/95, 4/24-4/30/95, 5/1-5/31/95, 6/1-6/30/95, 11/16-11130/95, 12/1-12/31/95, 1/1-1/31/96, 2/1-2/29/96, 3/1-3/15/96, 4/1 - 4/30/96, 5/1-5/31/96 handwritten: 5/18/95, 6/22/95, 7/5/95, 7/6/95, 12/5/95, 1/5/96, 1/17/96, 2/2/96, 2/12/96, 2/19/96, 3/4/96, 3/8/96, 3/1 8/96, 3/19/96, 4/16/96, 5/3/96, 5/16/96, 5/16/96 (April correction), 6/4/96 | | Foundation (regarding printed pages). To the extent this document was generated directly from computer records, the records were not produced to the United States in discovery and should be excluded. E.g., RCFC 37. Exhibit is comprised of multiple documents. |
| 253 | 108c | Logger Pay memo: Pulpwood from Eagar to Stone | 9/5/1997 | Same as PX239. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,*** **No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 254 | 108d | Letter from Tn-Star to John Smith: pulpwood tickets from Jersey Horse left unpaid | 12/15/1997 | Hearsay; Relevance. The Court addressed and rejected Precision Pine's "pass-through" claim. |
| 255 | 109 | Corrected page C-0048 to Calculations Binder, dated February 26, 2003 re: calculation of damages--grindings | | Foundation; hearsay. |
| 256 | 111 | Government's discovery responses (Defendant's Response to Plaintiff's First Set of Interrogatories and Request for Production of Documents on Quantum) | 7/14/2003 | No objection. |
| 257 | 112a | Letter from Smith to Leaverton, re: Hay volume to Winslow | 12/9/1996 | No objection. |
| 258 | 112b | Letter from Smith to Leaverton, requesting alternate haul route | 12/9/1996 | No objection. |
| 259 | 112c | Letter from Porter to Cartwright, re: status of contracts in region- built Eagar Mill especially for Hay | 6/26/1996 | Hearsay. |
| 260 | 112d | Letter from Tenney to Denton, re: plan to haul Hay timber to Eagar | 11/23/1994 | No objection. |
| 261 | 112e | Scaling reports at Eagar mill: 6/1 5/95,12/22/94 | | Foundation; hearsay. |
| 262 | 112f | Letter from Lewis Tenney to Chip Cartwright, re: ability to harvest Hay in winter. | 10/25/1996 | Hearsay. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 263 | 112g | Summary of lumber produced at Eagar Mill from timber harvested on Hay Sale | | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit purports to summarize inadmissible witness testimony (hearsay); exhibit contains argument and inferences not appropriate in a summary; exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 264 | 112h | Excerpts from Eagar production ledger: Feb., Mar. and Apr. 1997 | | Document is incomplete. Same as PX20. |
| 265 | 112i | Letter from Smith to Leaverton, re: will haul Hay volume to Eagar starting 2/3/97 | 1/30/1997 | No objection. |
| 266 | 112j | Agreement between Precision and Forest Service to scale logs at Heber Mill with attached scale area sketch | 3/4/1998 | No objection. |
| 267 | 112k | Logger Pay Records for Hay: computer generated: 12/1-12/31/94 ($4,149.99 due); 12/1-12/31/94($42,991.47 due); 1/1-1/15/95; 3/1-3/15/95; 5/15- 5/31/95; 6/1-6/30/95; 7/1-7/17/95 handwritten: 10/1/98, 10/16/98 (first 1/2 Oct), 10/16/98 (Sept. Correction), 11/3/98, 11/17/98, 11/20/98 (correcting 1- 16 Nay), 11/20/98 (Scale information for October), 12/2/98, 12/11/98, 12/17/98, 1/21/99 | | Foundation (regarding printed pages). To the extent this document was generated directly from computer records, the records were not produced to the United States in discovery and should be excluded. E.g., RCFC 37. Exhibit is comprised of selected documents and is not complete. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 268 | 112l | Summary of Hay volume hauling in 1998 | | Authenticity; foundation; relevance; exhibit contains analysis, argument and inferences not appropriate in a summary; exhibit does not accurately represent underlying documents; exhibit not based upon voluminous documents (8 documents); exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 269 | 112m | Form ASNF 2400-30, pg.2 “3P Computation Sheet-Volume” for Hay Sale, Sept., 1998, with attached Forest Service Scale data sheets dated 9/30/98 and 10/1/98 | | Foundation; hearsay. |
| 270 | 113 | Excerpts from State of AZ Land Dept. fact sheet | | Hearsay. |
| 271 | 115 | Precision Pine’s Answers to the Government’s Requests for Admissions | | Hearsay. |
| 272 | 116a | Deposition Transcript (including exhibits) of Leaverton | | Hearsay – under FRE 804 a prior sworn statement is admissible only if the witness is unavailable. |
| 273 | 116b | Deposition Transcript (including exhibits) of Lee | | Hearsay – under FRE 804 a prior sworn statement is admissible only if the witness is unavailable. |
| 274 | 116c | Deposition Transcript (including exhibits) of Wagonfehr | | Hearsay – under FRE 804 a prior sworn statement is admissible only if the witness is unavailable. |
| 275 | 116d | Deposition Transcript (including exhibits) of Broyles | | Hearsay – under FRE 804 a prior sworn statement is admissible only if the witness is unavailable. |
| 276 | 116e | Deposition Transcript (including exhibits) of Harris | | Hearsay – under FRE 804 a prior sworn statement is admissible only if the witness is unavailable. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 277 | 116f | Deposition Transcript (including exhibits) of Fink | | Hearsay – under FRE 804 a prior sworn statement is admissible only if the witness is unavailable. |
| 278 | 116g | Deposition Transcript (including exhibits) of Hogg | | Hearsay – under FRE 804 a prior sworn statement is admissible only if the witness is unavailable. |
| 279 | 118 | Kettle Pre-sale report and Appraisal | Prepared: 6/7/95 | Document is incomplete. |
| 280 | 119 | Excerpt from Brann Cruise Report: Sale Summary page 5 | 9/21/1994 | Document is incomplete. |
| 281 | 120a | Contracting Officer’s final decision for Jersey Horse | 3/16/1998 | Same as PX203. |
| 282 | 120b | Contracting Officer’s final decision for Monument | 8/15/1997 | Same as PX217. |
| 283 | 120c | Contracting Officer’s final decision for O.D. Ridge | 3/16/1998 | Same as PX209. |
| 284 | 120d | Contracting Officer’s final decisions for Saginaw-Kennedy | 12/4/1997 | Same as PX213. |
| 285 | 120e | Contracting Officer’s final decisions for Salt | 3/16/1998 | Same as PX195. |
| 286 | 120f | Contracting Officer’s final decisions for U-Bar | 12/1/1997 | Same as PX215. |
| 287 | 121 | Rebuttal Exhibit re: Moosman’s use of sales journals | 2/26/2005 | Addressed in a separately filed motion *in limine*. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States*, No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 288 | 122 | Summary of Precision Pine's product mix at various times | | Authenticity; foundation; underlying documents are inadmissible (hearsay); exhibit contains analysis, argument and inferences not appropriate in a summary; exhibit not based upon voluminous documents (2 documents); Precision Pine did not make the author of page 1 of the exhibit, Robert A. Ness, available to discuss how the summary was prepared as required by RCFC App. A; page 2 of the exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 289 | 123 | Summary of Precision Pine's production by lumber product (July 1994— July 1995) (13 pages) | | Authenticity; foundation; exhibit not based upon voluminous documents (1 document); exhibit prepared by counsel. Addressed in a separately filed motion *in limine*. |
| 290 | 124 | TSSA's for the breached sales | | No objection. |
| 291 | 125a | Precision Pine's CPA's (Baldwin Jones') work papers: Inventory sheets from "Section F" for FYE 3/31/93, 3/31/94, 3/31/95, 3/31/96, 3/31/97; inventory sheet dated 8/31/95 | | Foundation; hearsay; exhibit is comprised of multiple documents; documents are incomplete. |

**DEFENDANT'S OBJECTIONS TO**
**EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**

***Precision Pine and Timber, Inc. v. United States,* No. 98-720 C (Fed. Cl.)**

| | | | | |
|---|---|---|---|---|
| 292 | 125b | Precision Pine's CPA's (Baldwin Jones') work papers:<br>Lead schedules for FYE 1995- 1998<br>"Adjusting Journal Entries" FYE 3/31/96<br>Winslow Sales Records: FYE 3/97, FYE 3/96, FYE 3/94<br>Winslow Shipments: FYE 3/95<br>Winslow Production report: FYE 3/94<br>Snowflake Sale Records: FYE 3/95 | | Foundation; hearsay; exhibit is comprised of multiple documents; documents are incomplete. |
| 293 | 126 | Precision Pine's CPA's (Baldwin Jones') financial statements FYE's 3/31/91-3/31/98 | | Foundation; exhibit is comprised of multiple documents; documents contain handwritten notes of unknown origin; exhibit contains extraneous pages; hearsay as to "adjusting journal entries" document. |
| 294 | 127 | Winslow Sales Journal 1994-2000 | | No objection. |
| 295 | 128 | Binder of Precision Pine's Answers and Supplemental Answers to Interrogatories | | Hearsay. |
| 296 | 129a | Letter from John Smith to Susan Lee, with attached copy of contract clause CT3.431 (8/97) | 9/8/1997 | No objection. |
| 297 | 129b | Contract clause CT3.43 (9191) | | Relevance; incomplete document. |
| 298 | 131 | Letter from Precision Pine to Eleanor Towns, Regional Forester, re: issues in Region 3 | 5/4/1999 | Hearsay. |
| 299 | 132 | Letter from Lewis Tenney to Ken Broyles, re: impact of suspension on Precision Pine's operations | 9/5/1995 | Relevance; hearsay. |

| **DEFENDANT'S OBJECTIONS TO EXHIBITS ON PLAINTIFF'S FINAL EXHIBIT LIST**<br><br>***Precision Pine and Timber, Inc. v. United States,*** **No. 98-720 C (Fed. Cl.)** | | | | |
|---|---|---|---|---|
| 300 | 133 | Letter from Lorin Porter to David Harris, re: impact of suspensions on Precision Pine's operations | 10/4/1995 | Hearsay. |
| 301 | 135 | Snowflake sales journal (April 1993-March 1995) | | No objection. |