United States Department of Agriculture | Forest Service | Southwestern Region | 333 Broadway Blvd, SE
Albuquerque, NM 87102
FAX (505) 842-3800

**Prepared For:** U.S. Department of Justice
Commercial Litigation Branch, Civil Division
ATTN: David A. Harrington, Attorney
1100 L Street, N.W.
Washington, D.C. 20530

United States Department of Agriculture
Office of the General Counsel
ATTN: Patricia Leigh Disert, Attorney
517 Gold Avenue, SW
Albuquerque, NM 87012

United States Department of Agriculture
Office of the General Counsel
ATTN: Lori Polin Jones, Senior Counsel
1400 Independence Ave., S.W.
Room 3351
Washington, D.C. 20250

**Prepared By:** Wayne G. Moosman, CPA, CMA, CIA
Assistant Director, Reviews and Analyses
Budget and Finance
USDA Forest Service, Southwestern Region
333 Broadway, SE
Albuquerque, NM 87102

**Subject:** Financial Analysis of Precision Pine & Timber, Inc. v. United States
United States Court of Federal Claims
No. 98-720C

**Report Release Restrictions:** See Page 162

**Ex. 5**

terms; (ii) overstating market prices for lumber, roundwood, and by-products; (iii) using incorrect overrun and MBF conversion factors, (iv) overstating the volume of high value products within the claimed product mix of each sale; (v) overstating its potential roundwood and by-product revenue; and (vi) understating the variable costs that would have been incurred on each sale.

2. The costs claimed for increased logging and hauling costs on the Hay and O.D. Ridge contracts (i) are unjustified as remote consequential damages, and (ii) fail to also recognize and give credit for the $401 thousand increase in revenues that PP&T realized by harvested and milling this timber during the later periods.

3. The costs claimed for inefficient sawmill operations represents a double recovery of the claimed lost market opportunities for lumber, roundwood, and by-products.

4. The "interest costs on notes" that PP&T seeks to recover represents a double recovery of its claimed lost market opportunities. Additionally, in accordance with the Federal Acquisition Regulations (FAR), interest is not an allowable cost. Finally, the claimed "interest costs on notes" constitutes a remote consequential damage.

5. PP&T has provided inadequate cost data for the costs in claim preparation and claimed attorney's fees. In addition, FAR 31.205-47(f)(1) states that costs related to legal proceedings are unallowable if incurred in connection with "the prosecution of claims or appeals against the Federal Government."

## Scope of Financial Analysis

I performed the financial analysis to assist the USDOJ and OGC in evaluating the financial aspects of PP&T's claim. The results expressed in this report are based on my analyses of the available documents. I respectfully reserve the right to adjust, supplement, and/or amend the expressed results in this report, or provide additional reasons for these results, as additional documents are produced, the transcripts of experts and fact depositions become available for my analysis, and new facts are introduced during discovery and trial. I have identified as Attachments 1 through 28 the documents I considered in preparing my report. I also may consider additional exhibits introduced in connection with the testimony of other experts or witnesses, or other documents produced in this case, and I may revise or amend the expressed results accordingly.

## Results of Financial Analysis

This report provides the financial analysis which I performed on PP&T's November 14, 2003 Claim for Damages, at the request of USDOJ and OGC. The following schedule summarizes PP&T's claim, and the results of my financial analysis: