**Last Updated:** November 15, 2001

# Lumber Price Indexes and Index Logs

To better reflect the product and grade mix coming from the current log supply, WW changed its Lumber Price Indexes starting in January 2000.

WWPA Coast and Inland Lumber Price Indexes represent weighted price averages for the major Western species. The prices are weighted according to grade recovery percentages of an Index Log, or "typical" log as determined by WWPA mill surveys. Starting in January 2000, the two indexes will show prices calculated on average lum grade recoveries for 1997-98. Previous index prices were based on Index Logs set u grade recoveries from 1992 and 1993.

WWPA has prepared the following to explain the changes in the Lumber Price Indexe and provide information on the Association lumber price statistics. This information c be found in the following sections:

**Frequently Asked Questions about Price Index Changes**

**Overview of 1997-98 Grade Recovery Survey Results**

**WWPA Indexes and Price Reports: What They Are, How They Work, How to Them**

*The Index Logs for Coast and Inland species and historical Index prices for 1997 through 1999, adjusted to the new basis, are presented as PDF files, which require* ***Adobe Acrobat*** *to view on screen or print. To download the free Adobe Acrobat™ reader,* ***click here.***

**Coast Index Log (PDF file)**
**Adjusted Coast Lumber Price Index - 1997-98 (PDF file)**
**Adjusted Coast Lumber Price Index - 1998-99 (PDF file)**

**Inland Index Log (PDF file)**
**Adjusted Inland Lumber Price Index - 1997-98 (PDF file)**
**Adjusted Inland Lumber Price Index - 1998-99 (PDF file)**

---

## Frequently Asked Questions about Price Index Changes

### What are price indexes?

Each month WWPA publishes Lumber Price Indexes that are used to indicate lumber price changes by species or species group. The index prices shown are based upon reported lumber prices combined into grade groups, which in turn are multiplied by t fixed percentages as shown in WWPA's index logs.

### What are index logs?

For each species or species group represented in WWPA Lumber Price Indexes there an *index log*, a hypothetical log containing the average percentage of grades recover as reported in the latest survey of Western mills. A new survey was recently complet for the years 1997 and 1998. The index logs now in use reflect the grade group

percentages produced in 1997-98.

**Why did WWPA change the index logs?**

The index logs were updated because:

- WWPA's contract with the U.S. Forest Service, which reimburses the Associati for compiling the Lumber Price Indexes, requires index log percentages be revised every five years.
- The grade mix in some Western species has changed significantly and the 1992-93 indexes no longer accurately reflect recoveries in those species.

**What procedures were used to develop the new index logs?**

WWPA's Economic Services department contacted all Western mills asking them to supply 1997-98 production by species and grade information for the purpose of producing the new index logs. The responses represent approximately 70 percent of total Western production in the index species or species groups.

**How are the new index logs implemented?**

WWPA began publishing the new indexes with the January 2000 report. The U.S. For Service is using these index prices for all new timber sales advertised. Existing contr are being revised using differentials calculated from a recent 24-month period (December 1997 to November1999). The reason for the differentials is to reduce the impact of short-term market swings and seasonal biases. The same method was use for the last three index log revisions completed by WWPA. The formula for adjusting existing contracts is as follows:

***New 24-month Index minus Old 24-month Index = Differential***

*New Base Index = Existing Contract Base plus Differential*

**Differentials by Species**

| **Coast Index** | **Differential** |
|---|---|
| Douglas Fir | -$1.06 |
| Hem-Fir | +$3.36 |
| **Inland Index** | |
| Idaho White Pine | -$0.25 |
| Douglas Fir/Larch | -$15.11 |
| White Fir | -$7.39 |
| Inland Red Cedar | +$1.02 |
| Rocky Mountain Ponderosa Pine | -$55.93 |
| Coast/Inland Ponderosa Pine | -$44.14 |
| Sugar Pine | -$68.82 |
| White Woods | -$20.53 |

---

**Overview of the 1997-98 Grade Recovery Survey Results**

**Coast Douglas Fir**

In the 1997-98 survey, C and D Selects comprised less than 1 percent of total Coast Douglas Fir production, compared to 1.6 percent in the 1992-93 survey. Because of low percentage, Selects production was incorporated into a new "Selects and Shop"

WESTERN WOOD PRODUCTS ASSOCIATION

ISSN: 0195-8395

Inland

For the month: **November 1998**

# LUMBER PRICE INDEX

(1992-83 Basis)

Issued: December 3, 1998

| | Coast-Inland North Ponderosa Pine | | Rocky Mountain Ponderosa Pine | | Idaho White Pine* | | Sugar Pine | |
|---|---|---|---|---|---|---|---|---|
| | 1997 | 1998 | 1997 | 1998 | 1997 | 1998 | 1997 | 1998 |
| Jan. | 703.07 | 583.12 | 494.20 | 425.34 | 627.12 | 638.95 | 854.83 | 720.31 |
| Feb. | 712.86 | 580.06 | 511.58 | 424.07 | 644.28 | 625.41 | 843.95 | 725.71 |
| Mar. | 721.12 | 577.09 | 517.85 | 413.73 | 677.08 | 612.82 | 866.96 | 713.53 |
| Avg. | ($712.35) | ($580.09) | ($507.88) | ($421.05) | ($677.08) | ($612.82) | ($855.25) | ($719.85) |
| Apr. | 729.49 | 572.19 | 513.08 | 424.07 | 700.05 | 607.91 | 869.95 | 708.94 |
| May | 725.00 | 573.03 | 529.75 | 407.97 | 725.62 | 583.48 | 865.86 | 723.66 |
| Jun. | 728.18 | 572.22 | 510.87 | 400.73 | 718.24 | 547.15 | 882.61 | 725.27 |
| Avg. | ($727.56) | ($572.48) | ($517.90) | ($410.92) | ($718.24) | ($547.15) | ($872.81) | ($719.29) |
| Jul. | 703.15 | 578.40 | 498.49 | 400.45 | 725.44 | 525.71 | 867.55 | 731.80 |
| Aug. | 666.76 | 571.56 | 489.92 | 394.07 | 720.89 | 499.53 | 828.19 | 748.21 |
| Sep. | 661.12 | 578.66 | 463.95 | 404.29 | 714.91 | 488.16 | 815.25 | 748.55 |
| Avg. | ($677.01) | ($576.21) | ($484.12) | ($399.60) | ($714.91) | ($488.16) | ($837.00) | ($742.85) |
| Oct. | 616.47 | 564.43 | 426.32 | 390.41 | 701.69 | 495.89 | 776.97 | 741.93 |
| Nov. | 587.21 | 565.12 | 420.73 | 389.66 | 670.39 | 501.17 | 737.10 | 716.38 |
| Dec. | 589.31 | | 426.09 | | 646.98 | | 741.38 | |
| Avg. | ($597.66) | | ($424.38) | | ($646.98) | | ($751.82) | |
| **Average Annual Index Price** | $696.24 | | $471.10 | | $677.22 | | $812.37 | |

| | White Fir (Hem-Fir) | | Douglas Fir-Larch | | White Woods | | Inland Red Cedar | |
|---|---|---|---|---|---|---|---|---|
| | 1997 | 1998 | 1997 | 1998 | 1997 | 1998 | 1997 | 1998 |
| Jan. | 432.84 | 343.52 | 433.83 | 366.59 | 410.62 | 360.14 | 793.34 | 948.20 |
| Feb. | 440.98 | 341.65 | 439.44 | 366.90 | 399.47 | 354.94 | 825.88 | 924.99 |
| Mar. | 439.38 | 354.12 | 446.62 | 368.22 | 414.03 | 361.19 | 820.92 | 929.65 |
| Avg. | ($437.73) | ($346.43) | ($439.96) | ($367.24) | ($408.04) | ($358.76) | ($813.38) | ($934.28) |
| Apr. | 432.05 | 352.52 | 442.69 | 367.63 | 401.35 | 370.50 | 817.88 | 906.49 |
| May | 443.07 | 342.31 | 450.96 | 359.22 | 418.91 | 362.20 | 832.23 | 897.86 |
| Jun. | 441.59 | 316.27 | 441.80 | 338.72 | 420.53 | 344.89 | 851.18 | 848.73 |
| Avg. | ($438.90) | ($337.03) | ($445.15) | ($355.19) | ($413.60) | ($359.20) | ($833.76) | ($884.36) |
| Jul. | 431.87 | 332.25 | 431.04 | 349.03 | 425.87 | 342.29 | 886.25 | 879.64 |
| Aug. | 422.22 | 333.67 | 416.59 | 367.08 | 397.13 | 348.96 | 900.53 | 846.62 |
| Sep. | 408.02 | 330.28 | 407.29 | 368.81 | 421.62 | 346.65 | 915.56 | 876.59 |
| Avg. | ($420.70) | ($332.07) | ($418.31) | ($361.64) | ($414.87) | ($345.97) | ($900.78) | ($867.62) |
| Oct. | 374.10 | 309.19 | 382.81 | 338.73 | 384.32 | 338.12 | 922.53 | 903.42 |
| Nov. | 367.04 | 306.59 | 380.42 | 336.32 | 377.18 | 324.04 | 930.87 | 847.42 |
| Dec. | 355.78 | | 378.01 | | 375.34 | | 929.77 | |
| Avg. | ($365.64) | | ($380.41) | | ($378.95) | | ($927.72) | |
| **Average Annual Index Price** | $426.10 | | $430.26 | | $405.94 | | $866.78 | |

**Quarterly Averages are shown in parentheses.**

These index prices reflect the trend of weighted prices for the entire area producing inland species. The grade percentages used are based upon the Association's analyses of realization of the various grades for each species in the years shown. All prices are subject to a cash discount; sales commissions or sales discounts are deducted. Any claims or allowances have not been adjusted. Grade prices used in computing these index prices are available on request. Index levels are estimated to be representative of market levels experienced four to eight weeks prior to publication.

*Idaho White Pine monthly prices are 3-month rolling averages from July 1990

W E S T E R N   W O O D   P R O D U C T S   A S S O C I A T I O N

ISSN. 0195-9395

Inland

For the month: **December 1999**

# LUMBER PRICE INDEX

(1992-93 Basis)

Issued January 6, 2000

| | Coast-Inland North Ponderosa Pine | | Rocky Mountain Ponderosa Pine | | Idaho White Pine* | | Sugar Pine | |
|---|---|---|---|---|---|---|---|---|
| | *1998* | *1999* | *1998* | *1999* | *1998* | *1999* | *1998* | *1999* |
| Jan. | 583.12 | 572.36 | 425.34 | 398.10 | 638.95 | 550.92 | 720.31 | 733.45 |
| Feb. | 580.06 | 586.05 | 424.07 | 412.05 | 625.41 | 579.33 | 725.71 | 735.69 |
| Mar. | 577.09 | 587.17 | 413.73 | 421.53 | 612.82 | 604.26 | 713.53 | 745.72 |
| Avg. | ($580.09) | ($581.86) | ($421.05) | ($410.56) | ($612.82) | ($604.26) | ($719.85) | ($738.29) |
| Apr. | 572.19 | 593.88 | 424.07 | 424.18 | 607.91 | 618.81 | 708.94 | 729.88 |
| May | 573.03 | 615.09 | 407.97 | 423.56 | 583.48 | 617.42 | 723.66 | 766.74 |
| Jun. | 572.22 | 639.27 | 400.73 | 442.27 | 547.15 | 608.18 | 725.27 | 795.61 |
| Avg. | ($572.48) | ($616.08) | ($410.92) | ($430.00) | ($547.15) | ($608.18) | ($719.29) | ($764.08) |
| Jul. | 578.40 | 658.65 | 400.45 | 457.56 | 525.71 | 598.64 | 731.80 | 821.35 |
| Aug. | 571.56 | 661.27 | 394.07 | 465.87 | 499.53 | 593.08 | 748.21 | 829.36 |
| Sep. | 578.66 | 652.02 | 404.29 | 432.52 | 488.16 | 624.82 | 748.55 | 812.56 |
| Avg. | ($576.21) | ($657.31) | ($399.60) | ($451.98) | ($488.16) | ($624.82) | ($742.85) | ($821.09) |
| Oct. | 564.43 | 637.56 | 390.41 | 436.47 | 495.89 | 625.57 | 741.93 | 793.83 |
| Nov. | 565.12 | 629.21 | 389.66 | 433.72 | 501.17 | 624.19 | 716.38 | 781.76 |
| Dec. | 570.74 | 609.55 | 385.59 | 432.14 | 528.76 | 608.54 | 717.89 | 761.52 |
| Avg. | ($566.76) | ($625.44) | ($388.55) | ($434.11) | ($528.76) | ($608.54) | ($725.40) | ($779.04) |
| Average Annual Index Price | $574.00 | $621.47 | $404.76 | $431.85 | $540.08 | $610.70 | $727.13 | $777.29 |

| | White Fir (Hem-Fir) | | Douglas Fir-Larch | | White Woods | | Inland Red Cedar | |
|---|---|---|---|---|---|---|---|---|
| | *1998* | *1999* | *1998* | *1999* | *1998* | *1999* | *1998* | *1999* |
| Jan. | 343.52 | 332.36 | 366.59 | 351.45 | 360.14 | 351.21 | 948.20 | 799.21 |
| Feb. | 341.65 | 354.24 | 366.90 | 374.53 | 354.94 | 358.04 | 924.99 | 794.51 |
| Mar. | 354.12 | 365.04 | 368.22 | 385.90 | 361.19 | 353.87 | 929.65 | 808.24 |
| Avg. | ($346.43) | ($350.55) | ($367.24) | ($370.63) | ($358.76) | ($354.37) | ($934.28) | ($800.65) |
| Apr. | 352.52 | 375.46 | 367.63 | 391.90 | 370.50 | 355.05 | 906.49 | 794.80 |
| May | 342.31 | 394.15 | 359.22 | 411.89 | 362.20 | 374.10 | 897.86 | 781.91 |
| Jun. | 316.27 | 426.60 | 338.72 | 442.11 | 344.89 | 383.82 | 848.73 | 752.31 |
| Avg. | ($337.03) | ($398.74) | ($355.19) | ($415.30) | ($359.20) | ($370.99) | ($884.36) | ($776.34) |
| Jul. | 332.25 | 474.55 | 349.03 | 474.93 | 342.29 | 414.95 | 879.64 | 730.21 |
| Aug. | 333.67 | 462.45 | 367.08 | 457.04 | 348.96 | 386.76 | 846.62 | 791.88 |
| Sep. | 330.28 | 393.00 | 368.81 | 411.77 | 346.65 | 386.64 | 876.59 | 818.65 |
| Avg. | ($332.07) | ($443.33) | ($361.64) | ($447.91) | ($345.97) | ($396.12) | ($867.62) | ($780.25) |
| Oct. | 309.19 | 371.81 | 338.73 | 396.62 | 338.12 | 360.33 | 903.42 | 788.03 |
| Nov. | 306.59 | 373.88 | 336.32 | 394.47 | 324.04 | 372.09 | 847.42 | 769.05 |
| Dec. | 320.65 | 382.31 | 340.49 | 403.52 | 338.19 | 380.34 | 776.14 | 743.13 |
| Avg. | ($312.14) | ($376.00) | ($338.51) | ($398.20) | ($333.45) | ($370.92) | ($842.33) | ($766.74) |
| Average Annual Index Price | $331.42 | $390.24 | $355.79 | $409.31 | $349.82 | $372.24 | $883.65 | $780.75 |

**Quarterly Averages are shown in parentheses.**

These index prices reflect the trend of weighted prices for the entire area producing inland species. The grade percentages used are based upon the Association's analyses of realization of the various grades for each species in the years shown. All prices are subject to a cash discount, sales commissions or sales discounts are deducted. Any claims or allowances have not been adjusted. Grade prices used in computing these index prices are available on request. Index levels are estimated to be representative of market levels experienced four to eight weeks prior to publication.

*Idaho White Pine monthly prices are 3-month rolling averages from July 1990

W E S T E R N   W O O D   P R O D U C T S   A S S O C I A T I O N

ISSN: 0195-9395

Inland

# LUMBER PRICE INDEX

For the month: October 2001

(1997-98 Basis)

Issued: November 7, 2001

| | Coast-Inland North Ponderosa Pine | | Rocky Mountain Ponderosa Pine | | Idaho White Pine* | | Sugar Pine | |
|---|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2000 | 2001 | 2000 | 2001 | 2000 | 2001 |
| Jan. | 570.00 | 478.41 | 382.32 | 278.91 | 615.70 | 520.95 | 678.55 | 620.48 |
| Feb. | 573.44 | 471.70 | 378.96 | 281.52 | 625.87 | 513.45 | 708.18 | 621.10 |
| Mar. | 565.08 | 486.25 | 367.58 | 289.67 | 599.60 | 520.07 | 690.62 | 617.56 |
| Avg. | (569.51) | (478.79) | (376.29) | (283.37) | (599.60) | (520.07) | (692.45) | (619.71) |
| Apr. | 556.83 | 488.85 | 365.41 | 301.83 | 573.65 | 520.96 | 711.32 | 620.85 |
| May | 532.02 | 474.08 | 340.17 | 299.24 | 562.73 | 521.47 | 682.85 | 602.23 |
| Jun. | 488.73 | 490.15 | 323.27 | 323.28 | 545.43 | 536.58 | 629.65 | 637.58 |
| Avg. | (525.86) | (484.36) | (342.95) | (308.12) | (545.43) | (536.58) | (674.61) | (620.22) |
| Jul. | 452.43 | 484.96 | 315.88 | 318.08 | 504.13 | 542.01 | 612.14 | 635.26 |
| Aug. | 444.99 | 483.77 | 298.15 | 296.97 | 495.24 | 556.83 | 601.58 | 616.78 |
| Sep. | 458.35 | 502.78 | 297.27 | 300.06 | 496.35 | 504.89 | 604.85 | 644.84 |
| Avg. | (451.92) | (490.50) | (303.77) | (305.04) | (496.35) | (504.89) | (606.19) | (632.29) |
| Oct. | 487.45 | 514.39 | 307.33 | 309.71 | 503.62 | 497.63 | 631.98 | 628.48 |
| Nov. | 498.58 | | 300.41 | | 514.52 | | 624.03 | |
| Dec. | 499.43 | | 304.09 | | 519.50 | | 639.58 | |
| Avg. | (495.15) | | (303.94) | | (519.50) | | (631.86) | |
| Average Annual Index Price | 512.94 | | $333.67 | | $537.56 | | $652.51 | |

| | White Fir (Hem-Fir) | | Douglas Fir-Larch | | White Woods | | Inland Red Cedar | |
|---|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2000 | 2001 | 2000 | 2001 | 2000 | 2001 |
| Jan. | 370.21 | 264.04 | 392.70 | 310.37 | 346.34 | 246.61 | 726.24 | 743.33 |
| Feb. | 369.30 | 270.25 | 390.65 | 316.98 | 346.94 | 245.80 | 693.18 | 736.50 |
| Mar. | 378.17 | 270.85 | 390.93 | 316.29 | 345.84 | 263.76 | 694.01 | 712.97 |
| Avg. | (372.56) | (268.38) | (391.43) | (314.55) | (346.37) | (252.06) | (704.48) | (730.93) |
| Apr. | 367.62 | 287.56 | 375.62 | 318.83 | 330.12 | 282.65 (R) | 685.70 | 756.62 |
| May | 335.49 | 325.39 | 345.81 | 344.50 | 321.59 | 317.86 | 674.98 | 744.08 |
| Jun. | 329.35 | 354.54 | 335.06 | 375.58 | 313.67 | 349.62 | 696.97 | 776.35 |
| Avg. | (344.15) | (322.50) | (352.16) | (346.30) | (321.79) | (316.71) | (685.88) | (759.02) |
| Jul. | 309.97 | 308.76 | 318.63 | 338.47 | 307.38 | 310.47 | 702.71 | 747.22 |
| Aug. | 279.35 | 308.94 | 310.14 | 344.37 | 285.83 | 324.29 | 707.25 | 775.55 |
| Sep. | 278.95 | 316.25 | 321.38 | 348.92 | 268.72 | 330.82 | 739.75 | 761.15 |
| Avg. | (289.42) | (311.32) | (316.72) | (343.92) | (287.31) | (321.86) | (716.57) | (761.31) |
| Oct. | 290.01 | 277.77 | 327.33 | 316.66 | 269.17 | 290.18 | 724.00 | 810.38 |
| Nov. | 280.28 | | 320.12 | | 267.34 | | 746.82 | |
| Dec. | 282.79 | | 328.13 | | 262.75 | | 790.57 | |
| Avg. | (284.36) | | (325.19) | | (266.42) | | (753.80) | |
| Average Annual Index Price | $324.57 | | $347.42 | | $310.20 | | $709.39 | |

**Quarterly Averages are shown in parentheses.**

These index prices reflect the trend of weighted prices for the entire area producing inland species. The grade percentages used are based upon the Association's analyses of realization of the various grades for each species in the years shown. All prices are subject to a cash discount; sales commissions or sales discounts are deducted. Any claims or allowances have not been adjusted. Grade prices used in computing these index prices are available on request. Index levels are estimated to be representative of market levels experienced four to eight weeks prior to publication.

(R) Revised

*Idaho White Pine monthly prices are 3-month rolling averages from July 1990