# CHARLES P. ADKINS, P.E.

**PRESIDENT/PRINCIPAL** **ADKINS & COMPANY, INC.**

## CONSULTING EXPERTISE

Construction consulting expertise includes strong credentials and proven capabilities in the evaluation of delayed, impacted, or problem projects; the prevention and resolution of contract disputes; the assessment and crisis management of financially-troubled engineering or construction firms; the investigation and resolution of insurance claims, to include surety claims consulting and A/E professional liability defense work; bankruptcy consulting and problem loan workouts; and the management of contracting programs and entities. Background experience is not only extensive but also broad-based, including hands-on roles as an owner's representative-11 years with the U.S. Army Corps of Engineers; as a project manager and construction company executive (7 years); and as a consultant (18 years) to virtually all types of participants in the construction industry – owners, architects/engineers, contractors, insurance companies, fabricators, financial institutions, etc. Enhanced capacity to assess crises and to resolve disputes based upon the unique insights and valuable perspectives gained through this diverse experience. Representative major assignments:

*EXPERT TESTIMONY*

- Expert testimony experience on behalf of Marriott Corporation which terminated the general contractor for untimely performance on a $40 million retirement community/health care construction project, resulting in a favorable $3 million net judgment.

- Expert testimony on behalf of the Department of Justice on scheduling, construction and damages issues to defend the US Coast Guard against a $6.5 million contractor claim alleging changed site conditions, design errors, and owner interference on a major housing project in Kodiak, Alaska. Adkins' discrete delay and damage analyses refuted the applicability of a total cost approach and demonstrated that the overruns were not caused by the government. Therefore the contractor was awarded less than 5% of its claimed delay/impact damages.

- Testimony before the Armed Forces Board of Contract Appeals on behalf of a contractor which was terminated for default for untimely performance on two multi-million dollar Navy procurement contracts. Schedule analysis testimony quantified the contract delays and attributed their cause to owner design errors. Successful verdict converted the termination for cause to a termination for convenience, resulting in a $25 million award.

- Expert testimony on behalf of the Department of Veteran Affairs in the defense of a contractor delay claim on a $10 million medical center project. Testimony included both schedule, impact and damage analyses. Favorable judgment resulted in the decision that the contractor owed the government money.

- Financial testimony assisting a wrongly defaulted subcontractor in obtaining a favorable judgment against a major environmental general contractor on a $54 million EPA Superfund Site in New Jersey.

- Expert testimony (schedule/delay/impact, estimating, damages & construction) for the Department of Justice to defend the Federal Aviation Administration on a Total Cost/Total

Time litigation brought by the contractor of a fiber optic cable installation contract at the Dallas/Ft. Worth Airport.

*CLAIM ANALYSIS AND RESOLUTION*

- Engagement as schedule and damage expert by the Department of Justice to assist in the defense of an electrical contractor's claim on a project at the U.S. Soldiers' and Airmen's Home in Washington, D.C. Successfully directed negotiations which resolved a three-year-old dispute for only a fraction of the amount claimed.

- Delay and damage analyses defending a design firm from a $7.5 million contractor claim on major tunnel contracts in the state of New York, resulting in a successful summary judgment motion dismissing the lawsuit against the designer.

- Preparation and defense of multi-million dollar claims (typically $10 million to $20 million each) on highway, bridge, transit, tunnel and building contracts for owners, contractors and subcontractors.

- Analysis and defense of multiple construction claims (to $42 million) alleging errors and omissions by a major A/E joint venture on the $1.5 billion Miami Rapid Transit Program on behalf of a major professional liability carrier.

*SURETY CONSULTING*

- Evaluation of a $160 million per year distressed specialty contractor on behalf of a surety, completion of 47 bonded projects (institutional and commercial buildings, high-rises, power plants, wastewater treatment plants and transit projects) and analyses of numerous disputed and terminated contracts with aggregate claims to $60 million.

- Surety underwriting evaluation of a financially troubled $80 million general contractor, including both financial and management assessments.

- Complete surety claim consulting services on an insolvent heavy/highway contractor on Long Island, New York, involving multiple, defaulted projects, including bridge, highway and pipeline contracts.

*PROBLEM LOAN WORKOUTS/BANKRUPTCIES*

- Problem loan assignment for a bank group seeking recovery on working capital loans to a bankrupt, major mechanical electrical contractor (MMR, Inc.) with annual revenues in excess of $500 million. Included analysis of collateralized assets, evaluation of several hundred projects throughout the United States, assessment of recovery potential, and professional advise during bankruptcy proceedings.

- Problem loan services for a $100 million contractor and fabricator operating in Virginia, Colorado, Ohio and Texas. Assisted with workout negotiations to obtain a substantial forbearance and forgiveness agreement, thereby avoiding forced liquidation and bankruptcy.

- Technical, financial and managerial evaluations on behalf of owners or lenders of distressed general contractors, heavy and highway contractors, manufacturers and subcontractors with annual revenues form $25 million to $200 million.

*PROJECT / CONTRACT MANAGEMENT*

- Project management oversight services on behalf of the developer of a $800 million residential and multi-use project in New Jersey.

- Completion of a defaulted contract on an academic building at Gallaudet University, in Washington, D.C. on behalf of a surety.

- Contract preparation, cost estimating, bid letting and award, as well as project management oversight of a $16 million contract for the completion of the Navy Yard Metro Station, Washington, DC

- Supervision, inspection and contract administration of various Corps of Engineers contracts, including dams, levees, hospitals, military facilities, etc.

Extensive experience in project management and general management of contracting firms involved in civil engineering and construction of building, heavy civil works projects, foundations, tunnels, utilities and highways. Completion construction contracting experience via a career progressing through the positions of project engineer and project manager to executive-in-charge of multiple, multi-million dollar contracts throughout the United States. Management of joint ventures, prime contract and subcontracts for numerous federal, state and municipal agencies and many private industries.

General management of the construction division of a Fortune 100 firm and an American/ European joint venture construction company. District Manager of a successful, well-established company specializing in design/build foundations. Contracting Officer and Resident Engineer experience with U.S. Army Corps of Engineers, responsible for contract administration, quality control and project supervision duties on major projects.

Assistant Professor, U.S. Military Academy, West Point, New York. Taught mechanical engineering courses in the Department of Mechanics and served as Course Director, Strength of Materials.

## EDUCATION

| | | |
|---|---|---|
| U.S. Military Academy, West Point, NY | 1968 | B.S. Engineering |
| University of California, Berkeley, CA | 1973 | M.S. Civil Engineering |
| | 1974 | M.S. Mechanical Engineering |
| Long Island University, NY | 1978 | M.B.A. Business/Financial Management |

## REGISTRATION AND PROFESSIONAL AFFILIATIONS

Professional Engineer – PA, VA, MD, NY, DC, OH, DE
Past Arbitrator – Construction Panel: American Arbitration Association
Phi Kappa Phi Honor Society
National Society of Professional Engineers
Society of American Military Engineers
American Society of Civil Engineers

## PRIOR EXPERIENCE AND ACCOMPLISHMENTS

**NATIONAL DIRECTOR – Grant Thornton** **1993-1994**

Served as National Director of Surety Consulting Services and Contract Consulting Services in Grant Thornton's Engineering and Construction Industry practice. Provided expert testimony, and managed major engagements delivering engineering, financial, business, scheduling, construction and project management expertise.

**VICE PRESIDENT – High-Point Schaer** **1986-1993**

General management of High-Point Schaer's Northeastern consulting practice providing technical, contractual, financial and managerial expertise t the engineering, construction and real estate industries. Duties included the management of major consulting engagements for owners, developers, contractors, architects, engineers, sureties, financial institutions, professional liability carriers and insurers, as well as expert testimony. Also served as national director of surety services. Managed consulting offices located in New England, New York, New Jersey, D.C. and Virginia.

**EXECUTIVE VICE PRESIDENT/GENERAL MANAGER – Recosol, Inc.** **1984-1986**

Served as Chief Operating Officer of this design/build foundation contracting firm – a joint venture of the Reinforced Earth Company (American) and Soletanche (French). From start-up in 1984, Recosol executed $14 million of sales in 1985 with a $10 million backlog for 1986 on a nationwide basis. Recruited a key management team; implemented cost control and reporting systems; developed business and marketing plans; and standardized estimating procedures. Full operating, business development, and profit and loss responsibility.

Executed multi-million dollar projects in the federal civil works (Corps of Engineers, Bureau of Reclamation), state highway (GA, TX, WA), municipal, private building (e.g. Gallery at Harbor Place, Baltimore, MD for the Rouse Company) and industrial markets. Design/build services included dam repair, precast and CIP concrete retaining walls, building foundations and hazardous waste containment.

**DISTRICT MANAGER – Franki Foundation Company** **1983-1984**

Responsible for all contracting, engineering, equipment, construction, estimating and business development activities for this specialized, design/build foundation contractor in the commercial building market for the Middle Eastern and Central States. Expanded District's annual volume from $5 million in previous years to $11 million in 1984. Reduced overhead by 12%, while doubling operating profit.

Typical major projects included the World Finance Center (NYC) for developer: Olympia & York; Baltimore Harbor Court (high-rise) for owner: Murdock, GC: Kiewit; NSA Operations Building, Ft. Meade, for the Corps of Engineers, GC: Centex.

**ASSISTANT GENERAL MANAGER – Armco, Inc. Construction Services** **1979-1983**

Second in charge of the $25 million/year profit center in Armco's Professional Services Division, which also included Burns & McDonnell, Wilbur Smith Associates and Bovay Engineers. Duties included general management, financial administration, construction operations, business development, organizational and business planning, estimating the corporate reporting. Reorganized, computerized and integrated the entire accounting and reporting functions. In three years, sales were up by 60%, overhead

reduced 50% and return on equity was 32%. Established C&A Constructors, Inc., a wholly-owned, open-shop subsidiary and served as President. Also served as project manager and/or construction manager on multiple projects in excess of $25 million.

Services included steel erection; utility and tunnel construction; site, concrete work and heavy construction. Clients included full range of public agencies (federal, state, local and highway) and private owners (utilities, railroads, mining and industrial companies). Typical major projects included Bi-County Water Tunnel, $25 million, for Washington Suburban Sanitary Commission; Somerset Power Plant Cooling System, $13 million, for NY State Electric and Gas, GC: Ebasco; East White Rock Sewer, $4 million, for Dallas, TX; Mt. Adams Interchange, Cincinnati, $25 million, for Ohio Department of Transportation.

**U.S. ARMY CORPS OF ENGINEERS** **Full Time** **1968-1979**
**Part Time** **1979-1996**

Twenty-seven years experience as a commissioned Corps of Engineers Officer – 11 years active and 16 years reserve duty. Active duty experience included serving as the Contracting Officer's Representative on the Blue Marsh Lake and Dam Project, an $80 million civil works project near Reading, PA. Responsible for inspection, quality control, contract administration, document preparation and field engineering, as well as office management, budgeting, scheduling, public relations and coordination with local agencies. Project included mass earthwork, large concrete structures, residential and commercial buildings, major pumping station, bridge and highway work, utility relocation and demolition/restoration.

As Colonel in the U.S. Army Reserves, annual assignments have included service with Mobile, Louisville, Nashville and Baltimore Districts. These assignments involved administration and inspection of construction contracts; evaluation and negotiation of change orders; bidability and constructability reviews; schedule and delay analyses; claims analyses and the resolution of disputes. Typical major projects included U.S. Soldiers' and Airmen's Home in Washington, DC; DOD Operations Facility, Greenbelt, MD; Reserve Centers in Baltimore and Gaithersburg, MD; family housing at Ft. Meade; base hospital at Wright-Patterson Air Force Base. Other experiences with Corps of Engineers included management of military and civil construction activities in the U.S., Germany and Vietnam.