**Martin L. Devere**
**Consulting Forester**
**PO Box 457**
**Tombstone, AZ 85638**
**520 457 3557 520 457 3348**
**520 457 2449 FAX**
**541 953 1798 Cell**
**devere@c2i2.com**

RESUME

Martin L. Devere, CF
Consulting Forester

Position: Independent Consulting Forester
Proprietor, Hon Dah House, Tombstone, AZ

Education: Purdue University, BS Forestry

Forestry &Lumber Manufacturing Experience

Past:

Lumber Sales, Stahl Lumber Company, Los Angeles, California

Vice President, Western Pine Industries, Snowflake, Arizona, with responsibilities ranging from Resource Manager, Mill Manager, Division Manager, to Washington D.C. company spokesman. Participated in and directed sawmill recovery studies at Heber, Cutter, and Williams, Arizona. Worked with Western Wood Products Association on sawmill recovery study in Chama, New Mexico while General Manager.

Executive, North West Timber Association, representing independent lumber and plywood firms in western Oregon and southern Washington

Chairman of the Board, Fort Apache Timber Company, a major forest products company in Arizona, owned and operated by the White Mountain Apache Tribe. Participated in Beck Group sawmill study for Forest Service.

Present: Independent Consulting Forester, specializing in the development of small to medium-sized forest products businesses. Also engaged in forestland management.

Partial Client List:

Georgia Pacific Corporation
Atlanta, Georgia

Rio Grande Lumber Company
Espanola, New Mexico

Colville Tribal Enterprises Corporation
Nespelum, Washington

**Ex. 3**

Taylor Ranch
San Luis, Colorado

Saltman & Stevens, Attorneys
Washington, D.C.

Vermejo Park Ranch, LLC
Raton, New Mexico

NUERA Forest Products, LLC
Albuquerque, New Mexico

| | |
|---|---|
| Other Business Interests: | Devere, Limited Inc, President |
| Past: | Western Forest Industries Association<br>Past Vice President and Board of Directors<br><br>Chairman, Timber Appraisal Committee, Western Wood Products Assoc.<br><br>Society of American Foresters, Past Chapter President |
| Public Interests: | Arizona Governor's Fire/Forest Health Advisory Committee<br>Past Member, Economic Planning & Development Board, Arizona<br>Tombstone Lions Club, Past President<br>City Council, Tombstone, Arizona |