IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 98-720 C

(Filed January 30, 2004)

- - - - - - - - - - - - - - - - -x

PRECISION PINE & TIMBER, INC., :

Plaintiff, :

v. :

THE UNITED STATES, :

Defendant. :

- - - - - - - - - - - - - - - - -x

Washington, D.C.

Tuesday, February 3, 2004

Deposition of LORIN D. PORTER, a witness herein, called for examination by counsel for Defendant in the above-entitled matter, pursuant to notice, the witness being duly sworn by CATHERINE S. BOYD, a Notary Public in and for the District of Columbia, taken at the offices of Saltman & Stevens, P.C., 1801 K Street, N.W., Washington, D.C. 20006, at 9:05 a.m., Tuesday, February 3, 2004, and the proceedings being taken down by Stenotype by CATHERINE S. BOYD and transcribed under her direction.

Certified Copy



Ex. 1

find work, you know, just worked driving a loader, some things I had learned to do, so the skills I developed, but anyway --

Q. During that period, was it work in the timber business?

A. No, not, not for the most part. It was more of just whatever I could find, you know.

You know, I was doing some planning at time. I had some ideas, you know, it's a possibility that if Evergreen doesn't make it, then there might be an opportunity for someone else to build a mill in the area, and that's kind of what was in the back of my mind.

Q. After that period, what did you do then?

A. Well, in 1984, I got together with my brother-in-law, and I told him a wild hair plan I had to build a sawmill, and anyway, I hocked my home, what equity I had in it, and we had found another partner that was interested in the logging part of it, and again, in the meantime, my father had sold out, and he said I'm willing to lend some expertise.

The company we, that had bought us had

basically folded. They hadn't really yet, but they hadn't been paying all the payments they were supposed to pay to my Dad, and he didn't have any money, but he offered his expertise.

And so we found a piece of property outside of town and dug a hole.

I started on a basement. Laid some block. That's basically where it went from there when we started.

Q. You mentioned a couple of people who were working with you then, your brother-in-law and also a partner in logging.

Who were they?

A. One was Lewis Tenney, and a man by the name of Danny Petersen.

Q. And so --

A. Hence PP&T -- Porter, Petersen and Tenney. That's kind of where that, Precision Pine & Timber.

Q. So what did you do to start up the business in 1984 when you were doing this?

A. Worked my tail off, and that's the truth.

I worked everywhere I could to earn a living for my family, and just went to work in

this business, and dedicated my heart and my life to it.

Q. What sorts of, what parts of the business were you particularly involved in then?

A. Involved in the construction at that point, you know, trying to get the thing built, everything from helping laying the block and mixing the mortar and to finishing the cement, whatever, whatever I had to do.

Q. How long did it take to build the mill?

A. It took us about most part of a year probably.

Q. When did you, when did the mill start operating?

A. It started operating in the fall of, late fall of '84 I believe.

It's hard to remember; something like that.

Q. And what position did you have with the new company when you started it up?

A. You know, I don't know if you want to call it a company then.

It was just a venture, and at the very first, I was just kind of in charge, the chief

cook and bottle washer I guess, and of course I didn't need any logs until the mill was built.

I needed expertise and help, and Lewis helped in that some, but it was basically my job was just trying to get the thing up and try to find some way to produce, and we did this without owning any timber.

It was interesting.

Q. When did you start buying timber?

A. If I can remember, I don't remember exactly when we started buying the timber.

It had to be, you know, there were, there were little sales, salvage sales and things like that, and I'm not sure that I even bought timber for a while there.

I think Mr. Petersen may have bought -- I can't remember whether he bought at a little salvage sale or how that went.

Q. How has your role with the company changed from its early days on through today?

A. Well, there have been a lot of changes, a lot of changes since then.

We formed the corporation, and I was voted in as the president of the corporation and served in that capacity, well, until today.

Q. When did you form the corporation?
A. I can't remember. I would have to go back.
Q. Was it shortly after you had built the mill, or was it before you had built the mill?
A. I cannot remember exactly when we did that, if it was in the process, if it was after the mill was running.
I do not remember.
Q. Was it some time in the mid-1980s then?
A. Yeah, some time in, you know, some time in that general area, we formed the corporation.
Q. And as president of the company, have you been involved in acquiring timber for the company?
A. Yes. Yes.
Q. When did you start doing that work roughly?
A. Oh, it would have been, you know, about in the beginning there when we started buying our own timber.
Mr. Petersen didn't stay very long in the company. He got a, a good job in a logging

business in northern Arizona, so northern Arizona, Fredonia, and he moved, he moved away, and we told him we would basically purchase his shares over a period of time, and that's what we did.

Q. And at about the time that he left, is that when you started doing more on the acquiring of timber?

A. Yes. It was about that time.

Q. And what has your role been with the company in, in the purchasing, the acquiring of timber?

A. I have been generally the one that, you know, I would look at the timber.

I would just evaluate the timber. I knew what, I knew from our experience what, what kind of lumber would come out of what kind of tree.

I knew the basic area. I had been around it most of my life. I had been down in these other mills and seen timber go through them, so I, I became familiar with what, what grades and those kind of things I could expect from timber in different areas and different locations, and anyway, that's how I, we would

look at the timber, my partner and I.

We became partners, 50 percent owners in the company, and we would generally look at the timber together, evaluate the timber, and make some decisions about what we felt like we could bid, and go from there.

Q. So would you go out to the sale and cruise the sale yourself to determine what you would do?

A. Every time.

Q. When did you stop doing the cruising yourself?

A. I never have.

Q. You still go out to the sales before you bid them?

A. I do absolutely. Absolutely.

Q. When you do that, what do you do?

A. You mean as far as cruising?

Q. Um-hm.

A. Try to see as much of the timber as you can. You try to check to -- you know, you're looking at several things.

You're looking not only at grade, you're looking at terrain.

You're looking at logging costs.

You're trying to evaluate as much as you can about the value of the timber and the cost to get it to your mill and what it would cost to produce it.

You just -- and so you're trying to look at every bit of it that you can, you know.

We would walk sometimes. Sometimes I would run. Sometimes I'd ride a four-wheeler. Sometimes I'd ride a horse, you know, so just depending on the terrain and the timber, the terrain of the country and where the timber laid.

Q. And would you typically do the bidding on a sale if it was an auction sort of sale?

A. Pretty much; we would have the, either myself or my partner, and generally speaking, I would think that I was the one that actually did the bidding, and it wasn't just me. It was we were together on the thing.

Q. When did you start acquiring timber sales from the Forest Service?

A. You know, there's not many other places to get timber in Arizona.

There's like very, very little, comparatively speaking anyway, private property.

clarify? You said at this time.

I'm not sure what time you're relating to.

BY MR. HARRINGTON:

Q. Well, maybe I can do it better and say when did you start overseeing the mill operations for Precision Pine?

A. From the beginning.

Q. And have you done that through the present time?

A. Yeah, you know, with help. It's not like you just do it by yourself, you know, but you have really good mill managers, millwrights and electricians and those kind of things, and but yes, from the very beginning.

Q. What sorts of things would you do to oversee what was going on at the mill?

A. I spent, I spent a considerable amount of time in the mills myself just, you know, watching what was being produced and how it was being produced.

There's a lot of different theories about how to cut a log, and I had my own, and I tried to train and teach our people, teach them the grades and other things that we wanted to,

you know, achieve out of that, so I spent a considerable amount of time in the mills, you know.

MR. SALTMAN: Question for you -- you said the mill and he responded to mills.

I'm not sure you're on the same page.

THE WITNESS: Okay.

MR. HARRINGTON: Well, you know, I'm aware that they acquired additional mills later on, and we'll talk about them.

MR. SALTMAN: Okay.

BY MR. HARRINGTON:

Q. Did you also become involved in the sales of the product it was you were producing at your first, your mill in Heber and then your other mills?

A. First mill in Heber, yes, and the other mills, I was involved in that, and we had a sales department or a salesman, and he and I worked very closely together as well.

Q. So you were less directly involved as the company grew, is that true?

A. I don't know if that's true or not. I mean it's hard to, you can't be two places at one time, but I was as involved as I could be

I know he had been in the hardware business and that kind of thing.

Q. Would that be transporting lumber or timber, or more generally?

A. Yeah, it was more generally I think. It wasn't isolated to just one thing.

Q. You said earlier you knew from experience what would come out of a tree.

What experience is that you're referring to, and how did you get this sort of knowledge?

A. Experience is my time in Chama, New Mexico, and my time managing the mills in Heber, and Snowflake was my father's company, and the time I spent with Evergreen, and also in my youth, that's, you know, that's where I worked.

That was my summer jobs and that was my, my father's life, and I spent a lot of time with him and learned from his experience, and so all those things, just being there, and I spent time in the woods with my Dad.

I'd seen the trees. I knew where they came from. I heard him talk of it. I'd seen them cut in mills, and so yeah, it was just a lifetime of experience.

Q. So it was from your experience as opposed to some formal education that you had?

A. Yeah, in relation to -- I'm not sure there is formal education, the sum of that, you know.

Q. Changing the subject a little bit, can you tell me what you did to prepare for your deposition here today?

A. Well, we looked, just looked over some things, kind of refreshed, trying to refresh our memories on the history of what's happened.

A limit of water's gone under the bridge, you know, so yeah, just mainly trying to review and go over some things that brought back some of our memories, you know.

Q. What sort of things did you go over?

MR. SALTMAN: I'm going to object to the extent that your answer relates to discussions that you had with counsel.

Those are attorney-client privileged, and I would direct you not to answer, but with regard to anything else that was responsive to Mr. Harrington's question, you're free to answer.

THE WITNESS: I'll need you to repeat

Q. When you say clean and smooth, you mean without lots of limbs?

A. Without lots of limbs, yeah. You don't want the limbs.

The higher the limbs start, the better off you are in timber and finding the grade out of lumber, you know, the lumber.

Q. And what about size? Is that something that would be important to you?

A. Yes. The size makes a difference. There's no question that the average size makes a difference in the quality of the logs.

It's not the total thing, but it is, it is something, yes.

Q. So aside from size and I think you -- excuse me. I think you used the term grade.

What did you mean by that?

A. Grade is something I refer to in lumber, you know, and when I looked at a tree, I didn't know how to grade a tree.

I don't have, you know, I don't know what grades people use or may use with trees, but I know as I look at a tree, I visualize the grade of lumber that can be produced from that tree, and so that's, when I talk about grade,

that's what I'm talking about.

Q. Were there any other things that you would look at besides what you have already said about the quality of timber that's being put up for sale?

A. Of course; you know, you look at, you know, if you're talking about a salvage sale when they were just picking up a blow-down or bug kill or whatever, you know, and you had, you know, one tree per acre or ten trees per acre, and you know, it made a difference in your logging costs, so sure, you would examine all those things.

Q. So there you're talking about the density of the trees, how many trees per acre?

A. Not, not so much the number of trees per acre, but the, you know, the number of trees that may be selected to be cut in an acre, and also how many other trees that were in there, what kind of, you know, what kind of brush work, what kind of all those things.

Just because it was dense didn't make it better, you know, or it could make it worse, and so there's just a lot of things to consider as you looked at timber.

mouth, which I'm sure drives her crazy.

(Comments were made off the record.)

BY MR. HARRINGTON:

Q. What records are you referring to that you would have kept during the milling process?

A. We kept production records at the sawmills, not as specific as these.

We also kept records from our sales records.

Q. Do the production records at the sawmill show what sale timber came from?

A. I'm not sure if they do or not. I think there was some times we would write that in there. Other times we might not.

However, it was fairly readily available to me to know what timber was running, running logs or hammer branded on the end so you know what's being run in your mill.

As you go in there, you can tell. You walk up and see the end of the logs, and you can tell which, which logs are run.

Q. When you bring the timber into your yard, is it separated by the sale that it came from?

A. Generally speaking, yes.

into the mill, the lumber coming out of the mill was coming from a specific timber sale, and it made it more easily trackable to do that, and there were times that, you know, we would do that, yes.

Q. If you were to look at lumber that you sold, just looking at the lumber that was being sold, would there be any way to know which sale it came from?

A. Yeah. Yeah, there would be.

Q. Was it marked by sale?

A. It was grade stamped -- not grade stamped, but hammer branded, and the hammer brand, especially when your shop brands, would stay on there because you didn't trim off the ends, and you could tell by going to a bundle and just checking a little bit and see the hammer brands on there.

Q. Would they all have the same hammer brand?

A. From the same sale, yes.

Q. Would there be a hammer brand on each piece of shop grade lumber?

A. Oh, no. Oh, no, but you see a consistency in the, in the, in the ends of the

bundles.

You'd see different, several different stamps that show up as it comes from different logs in a bundle.

Q. Did you keep records of this?

A. Of?

Q. Of what sale, what timber sale lumber was coming from when it was being sold.

A. We tracked our sales as far as, you know, in the percentages that were sold, and if we knew -- you know, it wasn't a specific thing where we actually, you know, tried to, I don't know if you want to say -- I just know that we tracked the things by sale, by watching the sales record, and you can get a real good idea of what was going through your mill, what was coming out of your logs by what you were selling.

MR. SALTMAN: Mr. Harrington?

MR. HARRINGTON: Yes.

MR. SALTMAN: May I just have about 30 seconds?

I just want to run and get something to drink.

MR. HARRINGTON: Yeah. Sure.

one of them, all of them.

I'm just saying that this, these are sales it looks to me that Precision Pine had under contract.

Q. The ones that are listed look to be Precision Pine sales?

A. Yes.

Q. And then it provides various other information about those sales?

A. Yes.

Q. There is a column called CUR percent done?

A. Um-hm.

Q. What would that column be?

A. It would be probably what Mr. Bowers estimated that we had, had finished there, percentage of the sale that was completed.

Q. Do you know if this is dealing with just sawtimber, or also considers roundwood?

A. I don't know what he would have had there.

I don't.

(Porter Exhibit No. 39 was marked for identification.)