IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 98-720 C

(Filed January 30, 2004)

- - - - - - - - - - - - - - - - -x

PRECISION PINE & TIMBER, INC., :
Plaintiff, :
v. :
THE UNITED STATES, :
Defendant. :

- - - - - - - - - - - - - - - - -x

Washington, D.C.
Wednesday, February 4, 2004

Continued deposition of LORIN D. PORTER, a witness herein, recalled for examination by counsel for Defendant in the above-entitled matter, pursuant to notice, the witness having been duly sworn by CATHERINE S. BOYD, a Notary Public in and for the District of Columbia, taken at the offices of Saltman & Stevens, P.C., 1801 K Street, N.W., Washington, D.C. 20006, at 9:07 a.m., Wednesday, February 4, 2004, and the proceedings being taken down by Stenotype by CATHERINE S. BOYD and transcribed under her direction.

Certified Copy



Ex. 2

shutting any sawmills down prior to the, prior to the suspension.

I don't have any idea.

BY MR. HARRINGTON:

Q. I'm asking if you know if it was something that was being considered.

A. I don't. I don't know. That does not make a lot of sense to me, so I don't know.

That's the first time that I remember seeing the letter.

Q. Okay.

A. I wonder about the date.

(There was a pause in the proceedings.)

BY MR. HARRINGTON:

Q. We have spoken a little bit about the Winslow sales record?

A. Um-hm.

Q. Could you describe for me exactly what that record is, what it consisted of?

A. Not exactly. I could probably generally tell you what --

Q. Could you tell me generally?

A. Yes. It was a record that tracked our sales.

We had a secretary in the office that had worked for Duke City Lumber company that had maintained a sales record for them, and she basically took that, took that thing over and just did the same thing for Precision Pine.

You know, she was the one that decided what went where generally speaking, and I didn't pay any attention to that.

But I, you know, I did look at the record, and then see what it was.

It was generally something that we tried to see what our average sales utilization was, not by product, but by, by, by overall, you know, just get an idea of where we were, at least in my mind.

Q. So was this something that you used to track the sales that Precision Pine was making?

A. At times, yes. And when you say sales, you're talking about lumber sales? Yeah. Yeah.

Q. Did it include rough cut sales?

A. It may have included some rough cut stuff that was sold from -- actually I can't remember whether those were included from the Heber and Eagar Mills, or if they had a separate

we're doing.

We know that they're giving us an estimate of what they came up with, but we also know that they have given us a disclaimer saying you have to look at this yourself, and so we go out and look at it ourselves and try to evaluate what we see there, and then using my experience, you know, I look at the limbs.

I look at the diameter. I look at the area that the logs came from.

I think I talked about this some yesterday.

Q. Did you do or have Precision Pine do its own cruise to check the Forest Service's DBH and grade percentages?

A. We did our own, our own method of cruise, yes, and it was I'm sure totally different than what the Forest Service uses.

Q. What was your method?

A. Our method was a method of experience, a method of looking at it as closely as we possibly could, and coming up with a, an evaluation on our own.

Q. In doing this, did you do any systematic measurement of the trees?

A. We measured the trees, and we would measure some of the trees on our own out there, and we would estimate the heights of the limbs, you know, and we would, you know, we went through a process of that as well as trying to examine what the Forest Service had done and get an idea of what they had done and make a comparison.

Q. When you say we, are you talking about you yourself, or are you talking about somebody else at Precision Pine?

A. We usually, almost always, in looking at timber, it was myself and Mr. Tenney.

This was just such an important part of our, of our business, and Mr. Tenney was involved in the, in the procurement side, the logging side, the transportation side.

It was just more he and I that went and had at this, and as I mentioned, we would either walk it or we would ride in four-wheel machines out through the woods. We would examine the timber.

Q. How much time would you spend out on the sale when you did that?

A. Oh, it depends on, on the size of the

sale, the volume in the sale, the area that the sale covered.

It was, it was -- it varied.

Q. Would you spend more than one day on a given sale?

A. Oh, yeah. There were times we spent many days.

Q. For say the Manaco sale that we're looking at here, how long would you have spent on a sale like this one?

A. I can't remember on the Manaco particularly.

I know we were on the sale, and it was -- we spent a substantial amount of time.

I can't tell you exactly how much. I'm almost sure it was more than, more than just one day or even two days.

We were down there probably at different times, probably looked at it more than once.

Q. What were you doing while you were on the sale?

A. I think I mentioned that I, we would measure the trees.

We would check the heights to the

limbs, and we would check the boundaries to make sure the boundaries were, we would follow the boundaries, make sure we were inside the boundaries, make sure we knew -- there were times we would look at a sale and we would have to go back and get a clarification from the Forest Service, go back and look at the sale again.

There were times we went with the Forest Service in the initial show-me trips to look at timber, and they explained to us what they had done and where the boundaries were, and then we would come back on our own time, time and time again.

There were times that I looked at it, and Mr. Tenney would look at it at the same time.

There were times we would go out separately, and there were times that we would come back again and go together again, so it, it just varied in the way that we, we approached that.

Q. Did you put anything down in writing when you made these trips to the sales?

A. Generally speaking, we would write

some things down, yes.

We would write some diameters down and those kind of things, discuss it amongst ourselves, and try to determine what we felt was best.

You're talking about the whole process from, from the stumpage price that we might be able to pay to our logging costs to our milling costs and all those kind of things.

Q. Did you keep the records that you made when you were on the sales?

A. Seldom, seldom, if ever. I don't know if we ever kept them.

You know, if we purchased the timber, then we knew we had, we had to get after it and get to work on it, and so --

Q. So you wouldn't have any of the records that you made on the sales now?

A. I'm sure I don't.

Q. And when I say you, in that context, I mean Precision Pine.

A. Precision Pine, not that I'm aware of. We never did purposely that I'm aware of keep track of those, of those records.

Q. The percentages you used in the Manaco

sale here, are they the same percentages that you would have used in your profit projections for the company?

A. It depends on when I, you know, when I was making that profit projection.

You know, if I was making it prior to the sale, I would have had probably several different scenarios that I would use to, many different scenarios that I would have used, and it depends on whether we had seen some of the timber cut, you know, and had an idea of what that was.

You know, I really, I really don't know.

Q. You said you would also look at timber as it was processed through the mills?

A. Yes.

Q. Did you do that for every sale?

A. Pretty much every sale, yes.

Q. Did you determine the volumes of the different categories of product that were being produced from the sale when you were there looking?

A. Repeat that again. You're talking about did I come up with a percentage on each

one of these products when I was looking?

Q. Based on what was being produced when you were watching the production.

A. Well, yeah. You know, I didn't stand there with a calculator or whatever and say well, there's two point something or three point something or No. 1 or No. 2 shop, but I had a real good idea as I watched that lumber being cut at the mill what kind of grade percentages we were coming up with and whether it, whether I, you know, whether it matched up with what I had seen in the woods, you know, and those kind of things.

You know, I had a good idea of what was going through there and what was coming out of that particular sale.

Q. Did you count the number of boards or the volume of wood that was coming out of the sale?

A. Okay. Occasionally I would actually count those. I would, I would track how long it took to cut a log.

I would track, you know, the grade that was coming out of that particular log or a group of logs that were coming through.

I would check to make sure which sale they were coming from.

I'd talk to the sawyer that cut them all day long. I'd say is this representative of the type of logs that you're getting in the mill? And he'd say well, yeah, and we're you know, the grades, the grades are looking, the grade's looking good or the grade's about what we were expecting from these logs, or he'll say we're coming up with a little more rock than we expected or those kind of things.

Q. When you say what we expected, would that have been based on the initial distribution that you would put together before the sale?

A. Yeah, probably so.

Q. How would you do it with the sale that was never cut?

A. The sale that was never cut would have to be from the experience we have had in the past, and based on our estimation of the diameters and the grades and the things that we saw when we out there examining the timber.

Q. When you were there at the mill, did you keep written records of what you were being told and what you were learning?