HBD 622

United States Department of Agriculture | Forest Service | Coconino National Forest | 2323 E. Greenlaw Lane
Flagstaff, AZ 86004
FAX: (520) 527-3620
V/TTY: (520) 527-3600

Reply To: 2450
Date: January 28, 1997

Mr. Lorin D. Porter, President
Precision Pine & Timber, Inc.
P.O. Box 70
Heber, Arizona 85928

Dear Lonnie:

The Chief has authorized 1 year extensions on certain timber sale contracts that were awarded prior to January 1, 1995. These extensions are not available for contracts that have been previously extended under market-related contract term addition contract provisions or to contracts that were sold with the objective of harvesting deteriorating timber. In addition, the Chief authorized deferral of periodic payments for 1 year on extended sales. To receive the extension and periodic payment deferral, purchasers are required to release the Forest Service from damages for the replacement cost of timber if the contract is canceled in the future.

The Hutch-Boondock Timber Sale Contract, Contract No. 005465, is eligible for an extension under this policy. To receive this contract extension you must request it in writing. A contract modification will be necessary to modify the termination date in AT16, the periodic payment determination dates in CT4.264 and to add the Release from Liability Statement. A copy of the Release from Liability Statement is enclosed for your review.

Currently the Hutch-Boondock Timber Sale Contract doesn't expire until August 12, 1998.

If you wish to discuss this or have questions, please give me a call.

Sincerely,

Ken Broyles

Ken Broyles
Contracting Officer

Enclosure

HBD 623

Release from Liability Statement
Appendix 001 to Hutch-Boondock Timber Sale Contract No. 005465

The execution of the contract extension modification is contingent upon the execution of this release statement by the Purchaser and the United States. The terms and conditions of this agreement are fully incorporated into contract no. 005465 and supersede any conflicting provisions in the contract (e.g., CT9.5).

In consideration for the Government's modification of this contract, no. 005465, by changing the termination date in AT16 - Termination Date and periodic payment determination dates in CT4.264 - Periodic Payment Schedule, Purchaser agrees to limit the contractual liability of the Government, as set forth below.

Purchaser, Precision Pine & Timber, hereby releases the Government from any and all liability arising from the suspension, modification, or cancellation (in whole or in part) of contract no. 005465 in order to protect sensitive, threatened, or endangered species, or for other environmental reasons.

In the event the United States is compelled to suspend, modify, or cancel (in whole or in part) contract no. 005465 for environmental reasons, Purchaser, Precision Pine & Timber, and United States agree that the compensation to the Purchaser shall be limited to the following:

1. In the event of suspension, a contract term adjustment and out-of-pocket expenses in accordance with the contract.

2. In the event of a modification, a rate redetermination and out-of-pocket expenses in accordance with the contract.

3. In the event of a cancellation (in whole or in part), out-of-pocket expenses; value of unused Purchaser Credit; and estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of termination action. Compensation does NOT include the cost of replacement timber.

Out-of-pocket expenses do not include attorney's fees, lost profits, replacement timber, or any other anticipatory losses by the Purchaser.

The undersigned agree to the terms and conditions of the Release from Liability Statement as set forth above and agree that the above terms supersede any other compensation and/or liability provisions in this contract.

UNITED STATES:

Signature ______ Date ______
Contracting Officer

PURCHASER:

Signature ______ Date ______

Title ______

TWO WITNESSES:

| | |
|---|---|
| Signature | Signature |
| Name | Name |
| Address | Address |