United States Department of Agriculture | Forest Service | Kaibab National Forest | 800 S. 6th Street
Williams, AZ 86046
520/635-8200

File Code: 2450

Date: March 21, 1997

MR. LORIN D. PORTER
PRECISION PINE & TIMBER , INC.
P.O. BOX 70
HEBER, AZ. 85928

Dear Mr. Porter:

The Chief has authorized 1 year extensions on certain timber sale contracts that were awarded prior to January 1, 1995. These extensions are not available for contracts that have been previously extended under market-related contract term addition contract provisions or to contracts that were sold with the objective of harvesting deteriorating timber. In addition, the Chief authorized deferral of periodic payments for 1 year on extended sales. To receive the extension and periodic payment deferral, purchasers are required to release the Forest Service from damages for the replacement cost of timber if the contract is canceled in the future.

The _BRANN___ Timber Sale Contract, Contract No. _006577___, is eligible for an extension under this policy. To receive this contract extension you must request it writing. A contract modification will be necessary to modify the termination date in A19 [AT16] [, the periodic payment determination date(s) in C4.264 (CT4.264)] and to add the Release from Liability Statement. A copy of the Release from Liability Statement is enclosed for your review.

Your contract has periodic payment determination dates within 30 days, therefore I am delaying determination of any amount due and billing until APRIL 20, 1997 so that you have adequate time to request an extension and consider the contract modification. By this letter I am also cancelling the pending Bill for Collection, number 8183 in the amount of $48,120.62.

If you wish to discuss this or have questions, please give me a call at 520-635-8240.

Sincerely,

David P. Harris

DAVID P. HARRIS
Contracting Officer

Enclosure

BRN 6079

Release from Liability Statement
Appendix ___ to Contract No. __________

Add Fill in Blanks & ship along with the proposed modifications :

The execution of the contract extension modification is contingent upon the execution of this release statement by the Purchaser and the United States. The terms and conditions of this agreement are fully incorporated into contract no. __________ and supersede any conflicting provisions in the contract (e.g., C(CT)9.5).

In consideration for the Government's modification of this contract, no. __________, by changing the termination date in A19(AT16) - Termination Date and periodic payment determination date(s) in C(CT)4.264 - Periodic Payment Schedule, Purchaser agrees to limit the contractual liability of the Government, as set forth below.

Purchaser, (Purchaser's name), hereby releases the Government from any and all liability arising from the suspension, modification, or cancellation (in whole or in part) of contract no. __________ in order to protect sensitive, threatened, or endangered species, or for other environmental reasons.

In the event the United States is compelled to suspend, modify, or cancel (in whole or in part) contract no. __________ for environmental reasons, Purchaser, (Purchaser's name), and United States agree that the compensation to the Purchaser shall be limited to the following:

1. In the event of suspension, a contract term adjustment and out-of-pocket expenses in accordance with the contract.

2. In the event of a modification, a rate redetermination and out-of-pocket expenses in accordance with the contract.

3. In the event of a cancellation (in whole or in part), out-of-pocket expenses; value of unused Purchaser Credit; and estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of termination action. Compensation does NOT include the cost of replacement timber.

Out-of-pocket expenses do not include attorney's fees, lost profits, replacement timber, or any other anticipatory losses by the Purchaser.

The undersigned agree to the terms and conditions of the Release from Liability Statement as set forth above and agree that the above terms supersede any other compensation and/or liability provisions in this contract.

UNITED STATES:

____________________ __________
Signature Date
Contracting Officer

PURCHASER:

____________________ __________
Signature Date

____________________
Title

TWO WITNESSES:

____________________ ____________________
Signature Signature

____________________ ____________________
Name Name

____________________ ____________________
____________________ ____________________
Address Address