BRN 689

Brann Sale

**PRECISION PINE & TIMBER, INC.**
P.O. BOX 70
HEBER, ARIZONA 85928
(602) 535-9112 • FAX (602) 535-9196
P.O. DRAWER W WINSLOW, AZ 86047

12 May 97

David P. Harris, C.O.
Kaibab N.F.

RE: Brann T.S.

Dave,

Will you please grant Precision Pine and Timber a "Substantial Overriding Public Interest Extension as per the Chiefs letter dated 31 July 1996 on the Brann T.S. - Contract # 006577?

Attached is a "Release from Liability Statement" as required.

Thank you for your consideration on this matter.

Sincerely
John B. Smith
Pur. Rep.

BRN 690

Release from Liability Statement
Ap. ix ___ to Contract No. 00657

The execution of the contract extension modification is contingent upon the execution of this release statement by the Purchaser and the United States. The terms and conditions of this agreement are fully incorporated into contract no. 006577 and supersede any conflicting provisions in the contract (e.g., C(CT)9.5).

In consideration for the Government's modification of this contract, no. 006577, by changing the termination date in A19(AT16) - Termination Date and periodic payment determination date(s) in C(CT)4.264 - Periodic Payment Schedule, Purchaser agrees to limit the contractual liability of the Government, as set forth below.

Purchaser, Precision Pine & Timber hereby releases the Government from any and all liability arising from the suspension, modification, or cancellation (in whole or in part) of contract no. 006577 in order to protect sensitive, threatened, or endangered species, or for other environmental reasons.

In the event the United States is compelled to suspend, modify, or cancel (in whole or in part) contract no. 006577 for environmental reasons, Purchaser, Precision Pine & Timber, and United States agree that the compensation to the Purchaser shall be limited to the following:

1. In the event of suspension, a contract term adjustment and out-of-pocket expenses in accordance with the contract.

2. In the event of a modification, a rate redetermination and out-of-pocket expenses in accordance with the contract.

3. In the event of a cancellation (in whole or in part), out-of-pocket expenses; value of unused Purchaser Credit; and estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of termination action. Compensation does NOT include the cost of replacement timber.

Out-of-pocket expenses do not include attorney's fees, lost profits, replacement timber, or any other anticipatory losses by the Purchaser.

The undersigned agree to the terms and conditions of the Release from Liability Statement as set forth above and agree that the above terms supersede any other compensation and/or liability provisions in this contract.

UNITED STATES:

Signature — Date
Contracting Officer

PURCHASER: [signature] 12 May 97 Void Illegal Signature

Signature — Date
Purchaser Representative
Title

TWO WITNESSES: [signature] — Signature; Jim Bryant — Name
[signature] — Signature; Karen J. Clay — Name

2/2