May 21, 1998

Mr. Dave Harris
U.S.D.A. Forest Service
Coconino - Kaibab N.F.

Dear Mr. Harris,

Please send us a substantial overriding Public intrest extension to us as soon as possible.

We would like to consider the possiblility of this extension on the Monument and the Mud Timber Sales.

We appreciate your help in this matter -

Sincerely,

[signature]

President
Precision Pine & Timber Inc.
P.O. Box 70
Heber, Az. 85928