BRN 692

United States Department of Agriculture | Forest Service | Kaibab National Forest | 800 S. 6th Street Williams, AZ 86046 520/635-8200

File Code: 2450

Date: May 16, 1997

MR LORIN D PORTER
PRECISION PINE & TIMBER INC
PO BOX 70
HEBER AZ 85928

Dear Mr. Porter:

I am in receipt of a request from Purchaser Representative John Smith for a One year Contract Term Extension for the Brann Timber Sale, Contract No. 006577, under the "Substantial Overriding Public Interest Extension" authority granted by the Chief in a letter dated July 31, 1996. The Brann sale does qualify for the requested One year extension.

The revised termination date for the Brann Timber Sale (previously modified to August 13, 1997)will now be August 13, 1998.

The revised termination date for the contract triggers a change in the dates of the "Initial" and "Additional" payments contained in CT4.264#- Periodic Payment Schedule (10/91). Since you have already met the required payment amount for the initial payment (as a result of volume removed and paid for) I have adjusted the due date for ONLY the Additional Payment. The revised due date for the Additional payment is now MARCH 15, 1998.

Enclosed is an FS-2400-9 Agreement to Modify Contract which contains the revised clause CT4.264#- Periodic Payment Schedule and includes a revised Page 1 of the contract to reflect the revised termination date.

I have also enclosed the Release of Liability Statement for the Brann sale which must be signed by you as a condition of granting the extension. The copy previously signed by Purchaser Representative John Smith is not valid as it must be signed by the person who entered into the contract originally or by their successor.

OFFICIAL FILE COPY



E-MAILED

BRN 693



Please sign and return the 2400-9 and the Release from Liability Statement to this office at your earliest convenience and I will expedite execution from this end.

As always, please fell free to contact me, if you have any questions.

Sincerely,

David P Harris

DAVID P. HARRIS
Contracting Officer

Enclosures

cc:
John Smith
PO Drawer W
Winslow, AZ 86047
John Holmes, Williams/Chalender RD

downpayment amount listed in CT4.220#. The funds released may be refunded or transferred to other sales. If the downpayment was being covered by Effective Purchaser Credit, the credit may be released.

Upon receipt of written notification by the Contracting Officer that operations may resume, Purchaser shall have 30 calendar days excluding the day notice is received to return the downpayment to the full amount. Harvesting operations on the contract shall not be allowed until the downpayment amount is restored to the full amount. Failure to provide the full downpayment amount will be considered a material breach of contract. Purchaser will have 30 calendar days to remedy the breach or the contract shall terminate. Forest Service will charge Purchaser interest at the rate prescribed in CT4.41, on the amount Purchaser is required to return, if it is not received by the Forest Service by the prescribed date.

WO-CT4.224

CT4.224 - Deposit When Payment Guaranteed. (6/87) To the extent payment guarantee is provided under BT4.3, requirements for advance cash deposits under BT4.221 or CT4.221, shall be waived for the value of timber on Sale Area which has been Released for Cutting but not removed, and for the estimated value of species and products removed from Sale Area for not more than a monthly billing period subject to the provisions of CT4.4.

WO-CT4.23

CT4.23 - Refund of Excess Cash. (7/91) If at any time the credit balance of Timber Sale Account exceeds the charges for timber within Payment Units Released for Cutting and for designated material not included in AT2 expected to be cut within the next 60 calendar days, any portion of such excess that is due to cash in the account shall be refunded if requested by Purchaser unless deposited under CT4.220# - Downpayment, CT4.254 - Extension Deposits, or CT4.264# - Periodic Payment Schedule. If no cutting is planned within the next 60 calendar days, refund of the entire unencumbered cash balance, except as provided above, may be made. However, said credit balance shall not be reduced below the total value of partially cut Payment Units and designated material not included in AT2 which is cut before operations cease. After a refund for a shutdown, deposits shall be made to meet the requirements of CT4.221 - Advance Deposits, before additional timber may be cut.

WO-CT4.264#

CT4.264# - Periodic Payment Schedule. (10/91). Purchaser shall make periodic payments for stumpage value as follows:

| | Amount | Periodic Payment Determination Date |
|---|---|---|
| Initial | $51,000.00 | March 15, 1996 |
| Additional | $109,200.00 | MARCH 15, 1998 |

BRN 695

Release from Liability Statement
Appendix _1_ to Contract No. 006577

The execution of the contract extension modification is contingent upon the execution of this release statement by the Purchaser and the United States. The terms and conditions of this agreement are fully incorporated into contract no. _006577___ and supersede any conflicting provisions in the contract (e.g., C(CT)9.5).

In consideration for the Government's modification of this contract, no. _006577__, by changing the termination date in A19(AT16) - Termination Date and periodic payment determination date(s) in C(CT)4.264 - Periodic Payment Schedule, Purchaser agrees to limit the contractual liability of the Government, as set forth below.

Purchaser, Precision Pine & Timber, Inc. hereby releases the Government from any and all liability arising from the suspension, modification, or cancellation (in whole or in part) of contract no. _006577___ in order to protect sensitive, threatened, or endangered species, or for other environmental reasons.

In the event the United States is compelled to suspend, modify, or cancel (in whole or in part) contract no. 006577 for environmental reasons, Purchaser, Precision Pine & Timber, Inc., and United States agree that the compensation to the Purchaser shall be limited to the following:

1. In the event of suspension, a contract term adjustment and out-of-pocket expenses in accordance with the contract.

2. In the event of a modification, a rate redetermination and out-of-pocket expenses in accordance with the contract.

3. In the event of a cancellation (in whole or in part), out-of-pocket expenses; value of unused Purchaser Credit; and estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of termination action. Compensation does NOT include the cost of replacement timber.

Out-of-pocket expenses do not include attorney's fees, lost profits, replacement timber, or any other anticipatory losses by the Purchaser.

The undersigned agree to the terms and conditions of the Release from Liability Statement as set forth above and agree that the above terms supersede any other compensation and/or liability provisions in this contract.

UNITED STATES: PURCHASER:

Signature Date Signature Date
Contracting Officer
Title

TWO WITNESSES:

Signature Signature

Name Name

Address Address