FS-2400-9 (3/69)

United States Department of Agriculture
Forest Service

| Contract No.
| 005465
| HUTCH-BOONDOCK
| MULTIPRODUCT TS

HBD 160

A G R E E M E N T T O M O D I F Y C O N T R A C T
(Timber Sale) (FSM 2433)

It is mutually agreed that the above designated timber sale contract, signed by Lorin D. Porter, President, Precision Pine & Timber Inc. of Heber, Arizona, hereinafter called the purchaser and by Ken Broyles (Name), Contracting Officer (Title) for the United States of America, as of the 29 th day of June, 1994 [6], as heretofore modified, be modified as follows:

Pursuant to the Chief's determination that this contract qualifies for a one year market related contract term extension under 36 CFR 223.52, request by the Purchaser, and terms of the attached Release From Liability, Appendix 001 to Hutch-Boondock Timber Sale Contract No. 005465, signed by Lorin D. Porter on 6/21/97, the following changes are made:

1. The new contract termination date in AT16 - Termination Date is December 31, 1998.
2. The due date for additionad payment in CT4.264 - Periodic Payment Schedule is June 19, 1998.

New contract pages reflecting these changes are enclosed as part of this modification.

---

2. Pursuant to this mutual agreement, the purchaser hereby agrees to cut and remove timber in strict accordance with all and singular the terms and provisions of the aforesaid contract as herein modified.

IN WITNESS WHEREOF, the parties hereto have executed this modification of contract as of the [1] 30th day of July, 1997.

UNITED STATES OF AMERICA

By: Ken Broyles Contracting Officer
(Signature of approving officer) (Title)

Two Witnesses: [2]

(Name of Witness)

(Address)

(Name of Witness)

(Address)

Precision Pine & Timber, Inc.
(Purchaser) [3]

(Purchaser)
P.O. Box 70
(Business Address)
Heber, AZ 85928
(Business Address)

I, [4] Tonyta Porter, certify that I am the Secretary of the corporation named as purchaser herein; that Lorin D. Porter who signed this contract on behalf of the purchaser was then President of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

Tonita Porter

| Corporate |
| Seal 5/ |

1/ The date approving Forest officer signs this form.
The signatures and address of two witnesses are required if sale is to other than a corporation.
If contracting party is a co-partnership, the signatures should be: XYZ Company, by John Doe, a member of the firm. If contracting party is a corporation, form of signature should be: XYZ Company, by John Doe, President (or other officer or agent) and the seal of the corporation must be impressed or indicated.

HBD

HBD 1161

HUTCH-BOONDOCK MULTIPRODUCT TIMBER SALE

CT4.264# - Periodic Payment Schedule. (10/91). Purchaser shall make periodic payments for stumpage value as follows:

| | Amount | Periodic Payment Determination Date |
|---|---|---|
| Initial | $165,500 | April 24, 1996 |
| Additional | $354,600 | June 19, 1998 |

Superceded 7/7/98

In the event Purchaser has not paid the above indicated amount(s), as stumpage for volume removed, by the Periodic Payment Determination Date(s), Forest Service shall issue a Bill for Collection for the difference between the required amount and payments made by Purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next timber sale statement of account billing date.

The amount of the periodic payment(s) will be reduced if the payment(s) would result in the purchaser's credit balance for timber charges exceeding the current contract value.

Only cash or Effective Purchaser Credit earned on this sale or transferred into this contract may be used for this purpose. No other form of payment is acceptable. Such cash will be used to meet subsequent charges on this sale under the terms of CT4.221 - Advance Deposits. Purchaser Credit used to meet this obligation cannot be transferred to another sale unless replaced by cash.

Periodic Payment Determination Date(s) that have not been reached shall be adjusted when a Contract Term Adjustment under BT8.21 or a Market-related Contract Term Addition under CT8.212# is granted. When a contract is lengthened as a result of market-related contract term additions any subsequent Periodic Payment Determination Date(s) shall be delayed one month for each month added to the contract's term. Periodic Payment Determination Date(s) will not be adjusted when the Contract Term Extension is granted under CT8.23.

HBD 629

Release from Liability Statement
Appendix 001 to Hutch-Boondock Timber Sale Contract No. 005465

The execution of the contract extension modification is contingent upon the execution of this release statement by the Purchaser and the United States. The terms and conditions of this agreement are fully incorporated into contract no. 005465 and supersede any conflicting provisions in the contract (e.g., CT9.5).

In consideration for the Government's modification of this contract, no. 005465, by changing the termination date in AT16 - Termination Date and periodic payment determination dates in CT4.264 - Periodic Payment Schedule, Purchaser agrees to limit the contractual liability of the Government, as set forth below.

Purchaser, Precision Pine & Timber, hereby releases the Government from any and all liability arising from the suspension, modification, or cancellation (in whole or in part) of contract no. 005465 in order to protect sensitive, threatened, or endangered species, or for other environmental reasons.

In the event the United States is compelled to suspend, modify, or cancel (in whole or in part) contract no. 005465 for environmental reasons, Purchaser, Precision Pine & Timber, and United States agree that the compensation to the Purchaser shall be limited to the following:

1. In the event of suspension, a contract term adjustment and out-of-pocket expenses in accordance with the contract.

2. In the event of a modification, a rate redetermination and out-of-pocket expenses in accordance with the contract.

3. In the event of a cancellation (in whole or in part), out-of-pocket expenses; value of unused Purchaser Credit; and estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of termination action. Compensation does NOT include the cost of replacement timber.

Out-of-pocket expenses do not include attorney's fees, lost profits, replacement timber, or any other anticipatory losses by the Purchaser.

The undersigned agree to the terms and conditions of the Release from Liability Statement as set forth above and agree that the above terms supersede any other compensation and/or liability provisions in this contract.

UNITED STATES:

[signature] 7/30/97
Signature Date
Contracting Officer

PURCHASER:

[signature] 6/21/97
Signature Date

President
Title

TWO WITNESSES:

[signature]
Signature
John B. Smith
Name
909 Warren
Winslow Az 86047
Address

[signature]
Signature
Karen Clay
Name
1302 E Aspinwall
Winslow, Az 86047
Address