FS-2400-9 (3/69)

United States Department of Agriculture
Forest Service

Mud Multiproduct 05 005556

MUD 201

# AGREEMENT TO MODIFY CONTRACT

(Timber Sale) (FSM 2430)

1. It is mutually agreed that the above designated timber sale contract, signed by LORIN D PORTER

President of Precision Pine and Timber, hereinafter called the purchaser and by

KEN BROYLES (Name), Contracting Officer (Title) for the United States of America, as

of the 14th day of September, 1994 6/ as heretofore modified, be modified as follows:

Pursuant to the One Year Substantial Overriding Public Interest Act, this sale is extended one year.

a. New termination date is 10/7/2000.

b. CT4.264#, Periodic Payment Determination Dates are 4/7/1999 and 4/7/2000.

Draw a diagonal line with pen and ink in unused portion of form.

2. Pursuant to this mutual agreement, the purchaser hereby agrees to cut and remove timber in strict accordance with all and singular the terms and provisions of the aforesaid contract as herein modified.

IN WITNESS WHEREOF, the parties hereto have executed this modification of contract as of the 1/ 7th day of July, 1998

UNITED STATES OF AMERICA

BY David P. Harris (Signature of approving officer) Contracting Officer (Title)

Two Witnesses: 2/

(Name of Witness)

(Address)

(Name of witness)

(Address)

Precision Pine & Timber Inc (Purchaser) 3/

BY [signature] (Purchaser)

P.O. Box 70 (Business Address)

Heber, AZ 85928 (Business Address)

I, 4/ Tonita Porter, certify that I am the Secretary of the corporation named as Purchaser herein; that Lorin D. Porter who signed this contract on behalf of Purchaser, was then President of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

Tonita Porter

CORPORATE SEAL 5/

1/ The date approving Forest officer signs this form.
2/ The signatures and address of two witnesses are required if sale is to other than a corporation.
3/ If contracting party is a co-partnership, the signatures should be: XYZ Company, by John Doe, a member of the firm. If contracting party is a corporation, form of signature should be: XYZ Company, by John Doe, President (or other officer or agent) and the seal of the corporation must be impressed or indicated.
4/ The certificate must be completed if the purchaser is a corporation.
5/ If the corporation has no corporate seal that fact shall be stated, in which case a scroll or adhesive seal shall follow the corporate name.
6/ Delete "as heretofore modified" if not applicable.

AT16 - Termination Date, applicable to BT8.2 **October 7, 2000**

CT4.264# - Periodic Payment Schedule. (10/91). Purchaser shall make periodic payments for stumpage value as follows:

| | Amount | Periodic Payment Determination Date |
|---|---|---|
| Initial | $ 85,200.00 | **April 7, 1999** |
| Additional | $182,600.00 | **April 7, 2000** |

In the event Purchaser has not paid the above indicated amount(s), as stumpage for volume removed, by the Periodic Payment Determination Date(s), Forest Service shall issue a Bill for Collection for the difference between the required amount and payments made by purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next timber sale statement of account billing date.

The amount of the periodic payment(s) will be reduced if the payment(s) would result in the purchaser's credit balance for timber charges exceeding the current contract value.

Only cash or Effective Purchaser Credit earned on this sale or transferred into this contract may be used for this purpose. No other form or payment is acceptable. Such cash will be used to meet subsequent charges on this sale under the terms of CT4.221 - Advance Deposits. Purchaser Credit used to meet this obligation cannot be transferred to another sale unless replaced by cash.

Periodic Payment Determination Date(s) that have not been reached shall be adjusted when a Contract Term Adjustment under BT8.21 or a Market-related Contract Term Addition under CT8.212# is granted. When a contract is lengthened as a result of market-related contract term additions any subsequent Periodic Payment Determination Date(s) shall be delayed one month for each month added to the contract's term. Periodic Payment Determination Date(s) will not be adjusted when the Contract Term Extension is granted under CT8.23.

8/29/96

MUD 203

AT12 - Culvert Cost Rates, applicable to BT5.252

| CULVERTS | | | | DRAINAGE ACCESSORIES | | | |
|---|---|---|---|---|---|---|---|
| DIAMETER OR RISE AND SPAN | GAUGE & MATERIAL (Al / Fe) | ESTIMATED COST RATE PER FOOT: FURNISH & INSTALL $ | ESTIMATED COST RATE PER FOOT: INSTALL ONLY $ | ITEM AND SIZE | GAUGE & MATERIAL (Al / Fe) | ESTIMATED COST PER UNIT: FURNISH & INSTALL $ | ESTIMATED COST PER UNIT: INSTALL ONLY $ |
| | TO DETERMINE MATERIAL, THICKNESS REQUIREMENTS, AND COST FOR CULVERTS AND DRAINAGE ACCESSORIES, SEE THE SCHEDULE OF ITEMS, SPECIFICATIONS, AND DRAWINGS. | | | | | | |

Material Abbreviation Al - Aluminum; Fe - Galvanized Steel

AT13 - Fire Precautionary Period, applicable to BT7.2
April 15 to November 30, inclusive

AT14 - Purchaser Responsibility to Furnish Crews and Equipment for:
Initial Fire Suppression, applicable to BT7.3
Within 10 road miles

Fire Suppression Reinforcement, applicable to BT7.312 and BT7.313
Within 50 road miles

AT15 - Maximum Amount of Purchaser's Obligation per Operations Fire, applicable to BT7.41
$ 5,800.

AT16 - Termination Date, applicable to BT8.2, ~~October 7, 1999~~. Oct 7, 2000 > mod dtd 7/7/98

AT17 - Normal Operating Season, applicable to BT6.31, BT6.65, BT8.21, and BT9.3
June 1 to December 31, inclusive

AT18 - Performance Bond Amount, applicable to BT9.1
$25,000.00

Release from Liability Statement
Appendix _1__ to Contract No. _05-005556__

The execution of the contract extension modification is contingent upon the execution of this release statement by the Purchaser and the United States. The terms and conditions of this agreement are fully incorporated into contract no. _05-005556_and supersede any conflicting provisions in the contract (e.g., C(CT)9.5).

In consideration for the Government's modification of this contract, no. _05-005556_, by changing the termination date in A19(AT16) - Termination Date and periodic payment determination date(s) in C(CT)4.264 - Periodic Payment Schedule, Purchaser agrees to limit the contractual liability of the Government, as set forth below.

Purchaser, _Precision Pine & Timber, Inc._, hereby releases the Government from any and all liability arising from the suspension, modification, or cancellation (in whole or in part) of contract no. 05-005556___ in order to protect sensitive, threatened, or endangered species, or for other environmental reasons.

In the event the United States is compelled to suspend, modify, or cancel (in whole or in part) contract no. _05-005556 for environmental reasons, Purchaser, _Precision Pine & Timber, Inc._, and United States agree that the compensation to the Purchaser shall be limited to the following:

1. In the event of suspension, a contract term adjustment and out-of-pocket expenses in accordance with the contract.

2. In the event of a modification, a rate redetermination and out-of-pocket expenses in accordance with the contract.

3. In the event of a cancellation (in whole or in part), out-of-pocket expenses; value of unused Purchaser Credit; and estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from Sale Area because of termination action. Compensation does **NOT** include the cost of replacement timber.

Out-of-pocket expenses do not include attorney's fees, lost profits, replacement timber, or any other anticipatory losses by the Purchaser.

The undersigned agree to the terms and conditions of the Release from Liability Statement as set forth above and agree that the above terms supersede any other compensation and/or liability provisions in this contract.

UNITED STATES:

David P. Harris 7/7/98
Signature Date
Contracting Officer

PURCHASER: Precision Pine & Timber, Inc.

[signature] 7/1/98
Signature Date
President
Title

TWO WITNESSES: ______ ______
Signature Signature

______ ______
Name Name

______ ______
______ ______
Address Address