S-K 2

FS-2400-9 (3/69)

Forest Service

Contract No. 01-006585
Saginaw-Kennedy T.S.

# AGREEMENT TO MODIFY CONTRACT

(Timber Sale) (FSM 2430)

1. It is mutually agreed that the above designated timber sale contract, signed by LORIN D. PORTER PRESIDENT. PRECISION PINE & TIMBER, INC. of HEBER AZ, herinafter called the purchaser and by DAVID P. HARRIS (Name), CONTRACTING OFFICER (Title) for the United States of America, as of the 29TH day of SEPTEMBER, 1994 [6] as heretofore modified, be modified as follows:

**Revised Termination Date in AT16 to read: April 28, 2000 (1 Year Substantial Overriding Piblic Interest Extension)**

**Replace CT4.264#- with revised version of same: Revised dates for "Initial" and "Additional" periodic payments required in the contract.**

Draw a diagonal line with pen and ink in unused portion of form.

2. Pursuant to this mutual agreement, the purchaser hereby agrees to cut and remove timber in strict accordance with all and singular the terms and provisions of the aforesaid contract as herein modified.

IN WITNESS WHEREOF, the parties hereto have executed this modification of contract as of the [1] 10th day of July, 1998

UNITED STATES OF AMERICA

BY David P. Harris (Signature of approving officer) Contracting Officer (Title)

Two Witnesses: [2]

_______________ (Name of Witness)

_______________ (Address)

_______________ (Name of witness)

_______________ (Address)

Precision Pine & Timber, Inc. (Purchaser) [3]

BY L.D. Porter (Purchaser)

P.O. Box 70 (Business Address)

Heber, AZ 85928 (Business Address)

I, [4] Tonita Porter, certify that I am the Secretary of the corporation named as Purchaser herein; that Lorin D. Porter who signed this contract on behalf of Purchaser, was then President of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

Tonita Porter

CORPORATE SEAL [5]

[1] The date approving Forest officer signs this form.
[2] The signatures and address of two witnesses are required if sale is to other than a corporation.
[3] If contracting party is a co-partnership, the signatures should be: XYZ Company, by John Doe, a member of the firm. If contracting party is a corporation, form of signature should be: XYZ Company, by John Doe, President (or other officer or agent) and the seal of the corporation must be impressed or indicated.
[4] The certificate must be completed if the purchaser is a corporation.
[5] If the corporation has no corporate seal that fact shall be stated, in which case a scroll or adhesive seal shall follow the corporate name.
[6] Delete "as heretofore modified" if not applicable.

TS

SK 3

Release from Liability Statement
Appendix 1 to Contract No. 01-006585

The execution of the contract extension modification is contingent upon the execution of this release statement by the Purchaser and the United States. The terms and conditions of this agreement are fully incorporated into contract no. 01-006585 and supersede any conflicting provisions in the contract (e.g. CT9.5)

In consideration for the Government's modification of this contract, no. 01-006585, by changing the termination date in **AT16 - Termination Date** and periodic payment determination dates in **CT4.264# - Periodic Payment Schedule,** Purchaser agrees to limit the contractual liability of the Government, as set forth below.

Purchaser, **Precision Pine & Timber, Inc.**, hereby releases the Government from any and all liability arising from the suspension, modification, or cancellation (in whole or in part) of contract no. 01-006585 in order to protect sensitive, threatened, or endangered species, or for other environmental reasons.

In the event the United States is compelled to suspend, modify, or cancel (in whole or in part) contract no. 01-006585 for environmental reasons, Purchaser, **Precision Pine & Timber, Inc.**, and United States agree that compensation to the Purchaser shall be limited to the following:

1. In the event of suspension, a contract term adjustment and out-of-pocket expenses in accordance with the contract.

2. In the event of a modification, a rate redetermination and out-of-pocket expenses in accordance with the contract.

3. In the event of a cancellation (in whole or in part), out-of-pocket expenses; value of unused Purchaser Credit; and estimated expenditures for felling, bucking, lopping, skidding, and decking any products so processed, but not removed from the Sale Area because of termination action. Compensation does NOT include the cost of replacement timber.

Out-of-pocket expenses DO NOT include attorney's fees, lost profits, replacement timber or any other anticipatory losses by the Purchaser.

The undersigned agree to the terms and conditions of the release from Liability Statement as set forth above and agree that the above terms supersede any other compensation and/or liability provisions of this contract.

UNITED STATES:

Daniel P. Harris — 7/7/98
Signature — Date
Contracting Officer

PURCHASER: Precision Pine & Timber

[signature] — 7/1/98
Signature — Date

President
Title

TWO WITNESSES:

| | |
|---|---|
| Signature | Signature |
| Name | Name |
| Address | Address |