SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217
E-mail: rgoeken@saltmanandstevens.com

March 18, 2005

**VIA FACSIMILE**

David A. Harrington
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Re: Precision Pine & Timber, Inc. v. United States, CoFC No. 98-720C

Dear David:

We are reviewing the government's proposed stipulations regarding post-suspension timber sale offerings. Although we have provided the government with the information we used to derive the volume of post-suspension timber offerings, we have not seen the information that the government used in preparing its stipulations. Accordingly, we have the following questions about discrepancies between our volume numbers and those contained in the government's proposed stipulations:

1. Kaibab 1997 Sawlogs – Timber Data shows 29,536 MBF of sawlogs were offered while the government claims that 29,379 of sawlogs were offered. Can the government explain this relatively small difference?

2. Kaibab 1997 Pulpwood – Timber Data shows 4,822 MBF of pulpwood were offered while the government claims that 5,397of pulpwood were offered. Can the government explain the difference?

3. Apache-Sitgreaves 1998 Pulpwood – Timber Data shows 17,258 MBF of pulpwood were offered while the government claims that 18,831 MBF of pulpwood were offered. It appears to us that the Little MP pulpwood volume may have been added twice in the government's number and that the correct volume is 17,258 MBF. Please check this and let me know if the government agrees.

**Ex. 3**

4. Coconino 1997 – As you know, there is a very large discrepancy between the Timber Data information and what the government is claiming, both with respect to sawlogs and roundwood. We would be interested in knowing what accounts for the difference. Can the government provide us with the supporting documents for its numbers?

5. Coconino 1998 – As you know, there is a very large discrepancy between the Timber Data information and what the government is claiming, both with respect to sawlogs and roundwood. Can the government provide us with the supporting documents for its numbers?

Additionally, with this letter I am providing you with draft stipulations regarding the volume of timber remaining on the breached contracts at the time of the suspension. As we discussed at the meeting of counsel, for contracts originally offered in CCF, I have used CCF and for those contracts offered in MBF, I have used MBF. As this information was obtained from Forest Service Timber Sale Statements of Account, I trust that there will be no difficulty in stipulating to the correct volumes. I think that it makes sense to include a stipulation as to the volume remaining at the time of the suspension along with a stipulation on the volume of post-suspension timber sale offerings.

Very truly yours,

SALTMAN & STEVENS, P.C.

Richard W. Goeken

RWG/bjr
Attachment