# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| _____ ) | | |
| PRECISION PINE & TIMBER, INC., ) | | |
| ) | | No. 98-720 C |
| ) | | |
| Plaintiff, ) | | |
| v. ) | | Filed April 29, 2005 |
| ) | | |
| THE UNITED STATES, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

### ORDER

     On August 24, 2004, plaintiff filed a Motion *in Limine* to Exclude the Report, Testimony, and Declaration of Defendant's Putative Expert Witness, Charles P. Adkins, document 258. Briefing on this motion was deferred. Defendant filed a Response to plaintiff's motion on April 28, 2005, document 327. The Court will evaluate Mr. Adkins' qualification as an expert witness after the voir dire. Additionally, in the event that Mr. Adkins is qualified as an expert, plaintiff will have an opportunity to cross-examine the witness and in reaching a decision after trial, the Court will give his testimony the weight it deserves. Accordingly, plaintiff's Motion *in Limine* to Exclude the Report, Testimony, and Declaration of Defendant's Putative Expert Witness, Charles P. Adkins is DENIED.

IT IS SO ORDERED.

                                                                     s/ George W. Miller  
                                                                     GEORGE W. MILLER  
                                                                       Judge