# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) ) ) | No. 98-720 C |
| Plaintiff, | ) ) |  |
| v. | ) ) | Filed April 29, 2005 |
| THE UNITED STATES, | ) ) |  |
| Defendant. | ) ) |  |

### ORDER

      On April 15, 2005, plaintiff filed a Motion for Leave to File a Response to a New and Unexpected Matter Raised by Defendant in its Memorandum of Contentions of Fact and Law, document 311.  Plaintiff also moved the Court for leave to insert its supplemental answer to Request for Admission No. 10 into Plaintiff's Exhibit 271.  Defendant filed an opposition to plaintiff's motion on April 19, 2005, document 322.  Plaintiff's Motion for Leave to File a Response to a New and Unexpected Matter Raised by Defendant in its Memorandum of Contentions of Fact and Law is GRANTED.  In light of the relatively recent focus on post-suspension harvesting, it is reasonable and appropriate to permit plaintiff to supplement its response in the manner proposed.  Plaintiff's Response to a New and Unexpected Matter Raised by Defendant in its Memorandum of Contentions of Fact and Law shall be filed as of this date.  Plaintiff's Supplemental Answer to Request for Admission No. 10 shall also be filed as of this date, and it may be inserted into Plaintiff's Exhibit 271.

IT IS SO ORDERED.

                                                                     s/ George W. Miller  
                                                                    GEORGE W. MILLER  
                                                                    Judge