# In the United States Court of Federal Claims

_____
                                   )
PRECISION PINE & TIMBER, INC.,     )
                                   )   No. 98-720 C
                                   )
            Plaintiff,             )
v.                                 )   Filed April 29, 2005
                                   )
THE UNITED STATES,                 )
                                   )
            Defendant.             )
_____)

### ORDER

    On April 18, 2005, defendant filed a Motion *in Limine* to Exclude Testimony From Ronald D. Lewis, document 315.  Plaintiff filed a response to defendant's motion on April 28, 2005, document 333.  The Court is of the view that the admissibility of Mr. Lewis's testimony under Federal Rule of Evidence 701 should be left for determination at trial.  Accordingly, defendant's Motion *in Limine* to Exclude Testimony From Ronald D. Lewis is DENIED.

IT IS SO ORDERED.

                                               s/ George W. Miller  
                                               GEORGE W. MILLER  
                                               Judge