# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) ) ) ) | No. 98-720 C |
| Plaintiff, | ) ) | |
| v. | ) ) | Filed April 29, 2005 |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

### ORDER

On April 18, 2005, defendant filed a Motion *in Limine* to Exclude Testimony Regarding Hypothetical, Post-Suspension Timber Purchases, document 314.  Plaintiff filed a response to defendant's motion on April 28, 2005, document 334.  In light of the fact that the Court has today entered an Order permitting plaintiff to supplement its response to Request for Admission No. 10, defendant's Motion *in Limine* to Exclude Testimony Regarding Hypothetical, Post-Suspension Timber Purchases is DENIED.

IT IS SO ORDERED.

                                                            s/ George W. Miller
                                                            GEORGE W. MILLER
                                                            Judge