# In the United States Court of Federal Claims

|  |  |
|---|---|
| _____ ) | |
| PRECISION PINE & TIMBER, INC.,  ) | |
| ) | No. 98-720 C |
| ) | |
| Plaintiff, ) | |
| v.  ) | Filed April 29, 2005 |
| ) | |
| THE UNITED STATES,  ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER

     On April 18, 2005, defendant filed a Motion *in Limine* to Exclude "Product Mix" Testimony from Lorin Porter, document 317.  Plaintiff filed a response to defendant's motion on April 28, 2005, document 331.  The Court is of the view that the admissibility of Mr. Porter's testimony under Federal Rule of Evidence 701 should be left for determination at trial.  Accordingly, defendant's Motion *in Limine* to Exclude "Product Mix" Testimony from Lorin Porter DENIED.

IT IS SO ORDERED.

                                                  s/ George W. Miller  
                                                  GEORGE W. MILLER  
                                                  Judge