SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217
E-mail: rgoeken@saltmanandstevens.com

March 18, 2005

**VIA FACSIMILE**

David A. Harrington
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Re: Precision Pine & Timber, Inc. v. United States, CoFC No. 98-720C

Dear David:

We are reviewing the government's proposed stipulations regarding post-suspension timber sale offerings. Although we have provided the government with the information we used to derive the volume of post-suspension timber offerings, we have not seen the information that the government used in preparing its stipulations. Accordingly, we have the following questions about discrepancies between our volume numbers and those contained in the government's proposed stipulations:

1. Kaibab 1997 Sawlogs – Timber Data shows 29,536 MBF of sawlogs were offered while the government claims that 29,379 of sawlogs were offered. Can the government explain this relatively small difference?

2. Kaibab 1997 Pulpwood – Timber Data shows 4,822 MBF of pulpwood were offered while the government claims that 5,397of pulpwood were offered. Can the government explain the difference?

3. Apache-Sitgreaves 1998 Pulpwood – Timber Data shows 17,258 MBF of pulpwood were offered while the government claims that 18,831 MBF of pulpwood were offered. It appears to us that the Little MP pulpwood volume may have been added twice in the government's number and that the correct volume is 17,258 MBF. Please check this and let me know if the government agrees.

**Exhibit 3**

4. Coconino 1997 – As you know, there is a very large discrepancy between the Timber Data information and what the government is claiming, both with respect to sawlogs and roundwood. We would be interested in knowing what accounts for the difference. Can the government provide us with the supporting documents for its numbers?

5. Coconino 1998 – As you know, there is a very large discrepancy between the Timber Data information and what the government is claiming, both with respect to sawlogs and roundwood. Can the government provide us with the supporting documents for its numbers?

Additionally, with this letter I am providing you with draft stipulations regarding the volume of timber remaining on the breached contracts at the time of the suspension. As we discussed at the meeting of counsel, for contracts originally offered in CCF, I have used CCF and for those contracts offered in MBF, I have used MBF. As this information was obtained from Forest Service Timber Sale Statements of Account, I trust that there will be no difficulty in stipulating to the correct volumes. I think that it makes sense to include a stipulation as to the volume remaining at the time of the suspension along with a stipulation on the volume of post-suspension timber sale offerings.

Very truly yours,

SALTMAN & STEVENS, P.C.

Richard W. Goeken

RWG/bjr
Attachment

**DRAFT STIPULATIONS RE: VOLUME REMAINING ON THE BREACHED CONTRACTS AS OF 8/25/95**

As of August 25, 1995, the Brookbank contract had a remaining volume of 2,711.3 CCF of Ponderosa Pine sawlogs and 5,346.80 CCF of pulpwood.

As of August 25, 1995, the Hay contract had a remaining volume of 3,561.67 Thousand Board Feet (MBF) of Ponderosa Pine sawlogs as well as 257.55 MBF of Douglas Fir and other species of sawlogs. The Hay contract did not contain any pulpwood.

As of August 25, 1995, the Jersey Horse contract had a remaining volume of 3,040 CCF of Ponderosa Pine sawlogs. The Jersey Horse contract did not contain any pulpwood

As of August 25, 1995, the Kettle contract had a remaining volume of 5,483.94 CCF of Ponderosa Pine sawlogs and 3,958 CCF of pulpwood.

As of August 25, 1995, the Manaco contract had a remaining volume of 5,003 CCF of Ponderosa Pine sawlogs and 1,348 CCF of pulpwood.

As of August 25, 1995, the Monument contract had a remaining volume of 1,461 CCF of Ponderosa Pine sawlogs and 1,100 CCF of pulpwood.

As of August 25, 1995, the Mud contract had a remaining volume of 6,199 CCF of Ponderosa Pine sawlogs and 4,060 CCF of pulpwood.

As of August 25, 1995, the O.D. Ridge contract had a remaining volume of 1,921 MBF of Ponderosa Pine sawlogs, 441 MBF of Douglas-fir sawlogs, as well as 264 MBF of Englemann Spruce sawlogs. The contract did not contain any pulpwood.

As of August 25, 1995, the Saginaw-Kennedy contract had a remaining volume of 2,268 CCF of Ponderosa Pine sawlogs and 1,658 CCF of pulpwood.

As of August 25, 1995, the Salt contract had a remaining volume of 4,463 CCF of Ponderosa Pine sawlogs and 1,835 CCF of pulpwood.

As of August 25, 1995, the U-Bar contract had a remaining volume of 1,824.45 MBF of Ponderosa Pine sawlogs, as well as 1,361 MBF of Douglas-fir sawlogs and 37.80 CCF of topwood.