**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-720C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO SUPPLEMENT FINAL EXHIBIT LIST WITH DEFENDANT'S RECALCULATION OF DAMAGES IN CASE NO. 02-131C**

Plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), requests leave of the Court to amend its final exhibit list to include the attached documents as "PX 303 – Defendant's April 2005 recalculations of default damages in Case No. 02-131C – April 28, 2005." (*See* PX 182).

As the Court is aware, in making his calculation of Precision Pine's post-suspension profits, plaintiff's expert used the Contracting Officer's Final Decisions that the Court referenced in its October 29 Opinion. *See Precision Pine & Timber, Inc. v. United States*, 62 Fed. Cl. 635 at 639. The documents that Plaintiff now seeks to add to its exhibit list are the Defendant's recalculations of the damages first calculated in those Contracting Officers' Final Decisions. Defendant only recently created these documents in response to the Court's Opinion of October 29, 2004 in *Precision Pine & Timber, Inc. v. United States*, No. 02-131C, 62 Fed. Cl. 635. Accordingly, Plaintiff could not have added these documents prior to the deadline for submitting a Final Exhibit List.

For the foregoing reason, plaintiff requests leave of the Court to amend its Final Exhibit list as described above.

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
Bryan T. Bunting
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: May 3, 2005