**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S APRIL 2005 STATUS REPORT**

On October 29, 2004, the Court remanded this action in order to facilitate the recalculation of breach of contract damages by the United States Forest Service in accordance with the Court's opinion of that date. Opinion and Order of Judge George W. Miller (Oct. 29, 2004). The Court directed that the recalculation of damages be completed within six months and further directed the United States to "file and serve the recalculations together with a brief describing the methodology used in each recalculation and explaining how it is consistent with CT 9.4 as interpreted by the Court." Id.

In accordance with the Court's order, the Forest Service has competed the recalculation of damages owed by plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), as a result of the breach of the Brann, Brookbank, Gentry, Hutch-Boondock, Jersey Horse, Lily, Manaco, Monument, O.D. Ridge and Saginaw-Kennedy, U-Bar and Wiggins contracts. Additionally, the Forest Service has prepared a summary describing how the calculations were performed and demonstrating that the calculations are in accordance with the Court's interpretation of CT 9.4.

The Forest Service's summary of the methodology used to recalculate the damages is attached to this filing as Exhibit A. The detailed calculations of damages in connection the Brann, Brookbank, Gentry, Hutch-Boondock, Jersey Horse, Lily, Manaco, Monument,

O.D. Ridge and Saginaw-Kennedy, U-Bar and Wiggins contracts are attached as Exhibits B – M, respectfully.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

April 28, 2005

**Precision Pine and Timber, Inc**
**v.**
**The United States**

**Summary Regarding Final Damage Calculations**
**Pursuant to Provision CT9.4 -- Failure to Cut (4/82)**

Pursuant to the Opinion and Order of the Court dated October 29, 2004, this memorandum documents the methodology used in the recalculation of damages and explains how each recalculation is consistent with provision CT9.4 as interpreted by the Court.

The contracts addressed in this memorandum are: O.D. Ridge (Contract No.001574), Brookbank (Contract No. 001822, Jersey Horse (Contract No. 001756), Saginaw-Kennedy, (Contract No. 006585), Brann (Contract No. 006577), U-Bar (Contract No.005051) Monument (Contract No. 005564), Manaco (Contract No. 004625), Hutch-Boondock (Contract No. 005465), Gentry (Contract No. 005564), Wiggins (Contract No. 020012), and Lily (Contract No. 020140).

Each of the contracts contained provision CT 9.4-Failure to Cut (4/82) describing the method for calculating damages in the event of termination for breach:

> CT9.4 - FAILURE TO CUT. (4/82) In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination Date, Forest Service shall appraise remaining Included Timber, unless termination is under CT8.2 or BT8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.
>
> Damages due the United States for Purchaser's failure to cut and remove Included Timber meeting Utilization Standards shall be the amount by which Current Contract Value, plus costs described below, less any Effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and unused Effective Purchaser Credit, plus any of the following applicable costs:
>
> (a) The cost of resale or reoffering;
>
> (b) Any increase in Purchaser Credit Limit allowance for un-constructed Specified Road facilities which are needed to harvest the remaining uncut volume. Such increases are limited to costs for constructing the road to the same standard and specifications required by this contract;

(c) If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for occasional trees not cut for reasons stated in BT6.4;

(d) The Government's loss caused by the delay in receipt of stumpage payments. Such loss will be measured by interest at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8025.2) on the unpaid contract value at Termination Date. Interest will be charged for the total number of months, or portions thereof from Termination Date until midpoint of the contract resale period, less any time in excess of 1 year needed to make the resale;

(e) Any increase in reforestation costs, including site preparation, seeding, and planting caused by Purchaser's failure to harvest Included Timber by Termination Date.

Based upon the provision, and consistent with the Court's finding, there are two alternative methods for determining damages in the event of breach: one where the timber has been resold; and another where the timber has not been resold. This memorandum uses the following abbreviations:

| | | |
|---|---|---|
| Appraised Value @ Termination | = | AppV |
| Current Contract Value (@ term) | = | CCV |
| Effective Purchaser Credit | = | EPC |
| Resale Value @ New Bid Rates | = | RSV |
| Subparagraphs (a) through (e) (or 1-5) | = | MISC$ |

Therefore, pursuant to CT9.4, damages are calculated according to the following formulas:

1) Damages Under Resale = [(CCV+MISC$-EPC)-RSV] = Damages

2) Damages with No Resale = [ (CCV-EPC)- AppV + MISC$] = Damages

Detailed calculations using these formulas are shown on spreadsheets addressing each sale.

Final damages are calculated under formula 1 for the O.D. Ridge, Jersey Horse and Wiggins contracts.

Final Damages under formula 2 are affected by the fact that there are at least two scenarios which could result in "no resale:" one where there is a management decision to not reoffer the sale; and a second where there is a reoffered sale which received "No Bids." The only

difference between the two scenarios is on the inclusion of certain MISC$ values (*i.e.* under a management decision to not reoffer, there would be no charges for subpart (a) - the cost of resale or reoffering.)

The following sales were not reoffered for sale due to management decisions or on-the-ground conditions: Brann, Saginaw-Kennedy, Hutch-Boondock, and U-Bar. Damages are assessed pursuant to formula 2 with MISC$ charges for subparts (b), (c) and (d), if applicable. The following sales were reoffered for sale but received "no bids" on the assigned date of bid opening: Manaco (reoffered as the "Diamond" sale), Lily, Monument, Brookbank and Gentry. The final damage assessments are based on Formula 2 and include the costs incurred for resale or reoffering pursuant to subparagraph (a), and costs detailed in subparagraphs (b), (c) and (e), if applicable.

The following table summarizes the final damage assessments for each of the sales at issue and shows the change from the initial damage estimates. Amounts shown do not include interest or penalties as prescribed by provisions CT4.4 and CT4.41 of the contract.

| Sale Name | Original Forest Service Damage Estimate | Forest Service "Final" Damage Estimates ++ | Difference |
|---|---|---|---|
| O.D.Ridge Timber Sale | $148,845.38 | $0.00 | *** |
| Jersey Horse Timber Sale | $9,035.47 | $17,056.01 | $8,020.54 |
| Saginaw-Kennedy Timber Sale | $101,642.20 | $83,157.15 | ($18,485.05) |
| Brann Timber Sale | $36,888.97 | $25,994.78 | ($10,894.19) |
| U-Bar Timber Sale | $215,691.04 | $124,367.14 | ($91,323.90) |
| Monument Multi-Product Sale | $81,477.88 | $70,835.50 | ($10,642.38) |
| Hutch-Boondock Multi-Product Sale | $2,278.72 | $2,278.72 | $0.00 |
| Gentry Multi-Product Sale | $92,236.78 | $75,241.81 | ($16,994.97) |
| Wiggins Multi-Product sale | $13,016.93 | $14,387.27 | $1,370.34 |
| Lily Timber Sale | $66,512.35 | $58,890.90 | ($ 7,621.45) |
| Brookbank Multi-Product Sale | $0.00 | $0.00 | $0.00 |
| Manaco Timber Sale | $0.00 | $0.00 | $0.00 |
| **Total (Excluding Interest)** | **$767,625.72** | **$472,209.28** | |

++ Final Damage Estimates **do not** include interest charges. Interest charges are shown on a spreadsheet attached to this memorandum.

*** **O.D. Ridge**: The original damage assessment showed there were no damages suffered by the Government pursuant to provision CT9.4. The damages shown above are charges Precision Pine owed for timber cut and removed from the sale area that had not been paid. Precision Pine subsequently paid for this timber, plus applicable interest and penalty charges. The calculation of final damages confirms that there were no other damages.

A separate document attached at the end of this memorandum provides a summary of damages due and interest calculations for each sale. Interest is calculated from the date of initial billing for estimated damages through May 31, 2005.

INTEREST AND PENALTIES:

No damages are being assessed pursuant to CT9.4 for the O.D. Ridge timber sale, Manaco timber sale or Brookbank multi-product sale. The following discussion does not, therefore, pertain to these sales.

Each of the remaining contracts contains contract provision CT4.4- Payments Not Received for Timber Cut and Other Charges (version 1/84, 3/93 or 10/96). The U-Bar contract contains the (1/84) version of the provision; Brann, Saginaw-Kennedy, Hutch-Boondock, Monument, and Jersey Horse contain the (3/93) version of the provision and the Lily, Gentry and Wiggins contracts each contain the (10/96) version of the provision. With the exception of the U-Bar contract, each of the contracts also contains contract provision CT4.41- Other Payments Not Received (3/93).

Contract provision CT4.4-Payments Not Received for Timber Cut and Other Charges (3/93 and 10/96 versions) states, in pertinent part:

> Pursuant to the Debt Collection Act, as amended (31 U.S.C 3701, et seq.) , if payment is not received by the Forest Service within 15 days of the date of issue as indicated on the Bill for Collection:
>
> 1. Simple Interest shall be assessed at the higher of the U.S. Treasury current value of funds rate, as published by the Secretary of Treasury in the Federal Register, or the rate established by the Secretary of Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611). Interest will begin to accrue as of the date of issue as indicated on the initial Bill for Collection.
>
> 2. Debtors will be assessed administrative charges in addition to the delinquent amount due. Administrative charges are those additional costs incurred by the Government in processing, handling and collecting delinquent debts.
>
> 3. A penalty charge of 6 percent per annum will be assessed on any portion of a debt delinquent more than 90 days. This penalty charge will be in addition to the interest and administrative charges under paragraph (1) and (2). Such penalty charge shall accrue from the date of issue as indicated on the Bill for Collection and shall be assessed on all outstanding amounts including interest and administrative costs assessed under paragraphs (1) and (2).

> Payments will be credited on the date received by the designated depository or collection officer, at the designated address.

Additionally, contract provision CT4.41 – Other Payments Not Received (3/93) states, in pertinent part:

> Payments are due and payable on the date of issue as indicated on the Bill for Collection. When payment for charges other than those subject to CT4.4 is not received at the location designated by the Forest Service by the date allowed for receipt of payment as indicated on the Bill for Collection, Forest Service will suspend all or any of the Purchaser's Operations until payment is received. Such charges may be, but are not limited to: (a) damages pursuant to CT9.4, (b) ineffective Purchaser Credit, (c) road use fees, (Periodic Payments pursuant to CT4.264#, or (e) other mandatory deposits.
>
> Except for Advance Deposits, failure to pay amounts due by the date allowed for receipt of payment.....shall be considered a breach under BT9.3.............
>
> If performance or payment is guaranteed by surety bond, the surety(s) will receive..........for immediate payment.
>
> Pursuant to the Debt Collection Act, as amended (31 U.S.C 3701, et seq.) , if payment is not received by the Forest Service within 15 days of the date of issue as indicated on the Bill for Collection:
>
> 1. Simple Interest shall be assessed at the higher of the U.S. Treasury current value of funds rate, as published by the Secretary of Treasury in the Federal Register, or the rate established by the Secretary of Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611). Interest will begin to accrue as of the date of issue as indicated on the initial Bill for Collection.
>
> 2. Debtors will be assessed administrative charges in addition to the delinquent amount due. Administrative charges are those additional costs incurred by the Government in processing, handling and collecting delinquent debts.
>
> 3. A penalty charge of 6 percent per annum will be assessed on any portion of a debt delinquent more than 90 days. This penalty charge will be in addition to the interest and administrative charges under paragraph (1) and (2). Such

> penalty charge shall accrue from the date of issue as indicated on the Bill for Collection and shall be assessed on all outstanding amounts including interest and administrative costs assessed under paragraphs (1) and (2).

> Payments will be credited on the date received by the designated depository or collection officer, at the designated address.

Provisions CT4.4 (3/93 and 10/96 versions) and CT4.41 (3/93) are applicable to all contracts at issue in this matter with the exception of O.D. Ridge and U-Bar and provide the Government the authority and obligation to assess both interest and penalties on amounts due from the initial date indicated on the Bill for Collection.

Provision CT4.4 – Payments Not Received (1/84 version) is applicable to the U-Bar contract only. The provision states:

> When payment is not received by collection officer or depository at the designated address within 15-calander days of billing, Forest Service may suspend all or any part of Purchaser's Operations until payment or acceptable payment guarantee is received.
>
> Failure to pay amounts due when payments are guaranteed by a payment guarantee shall be considered a breach under BT9.3, and the 30-calander day notice period prescribed therein shall begin to run as of end of business of the 15-calalder days allowed for such payment. Such payments received after the due date are subject to interest charges (*emphasis in original*) at the current rate of interest prescribed by the U.S. Department of treasury (TFRM 6-8020.20), as published in the FEDERAL REGISTER, beginning from the date the bill was due. (*emphasis in original)*. Such interest rate shall remain unchanged until those bills have been paid or settled. If follow-up becomes necessary due to failure to pay principal and/or interest due, cost of such billings may be added to the amounts due. *In addition, amounts overdue in excess of 90 days shall be subject to an additional 6 percent penalty charge.* (*Emphasis Added*) Payments will be credited on the date received by the designated depositary or collection officer.
>
> Forest Service remedies for Purchaser's failure to pay amounts due, except for the accrual of interest, suspension of all or any part or Purchaser's Operation and Administrative offset, shall be stayed for so long as (a) bona fide dispute exists as to Purchaser's obligation to make such payment, and (b) Purchaser files and prosecutes and timely claim under the Contract Disputes Act of 1978.

Based upon the language of the provision, the Forest Service is authorized to assess interest and penalty charges for damages owed the Government on the U-Bar contract.

Prepared By:

David P. Harris
Forester, Southwestern Region
USDA Forest Service
333 Broadway, SE
Albuquerque, NM 87102

**Summary of Final Default Damages in PP&T v United States, Fed Cl. No. 02-131C**

Damages are calculated pursuant to CT9.4 and represent the final calculations. The initial, estimated damages calculations resulted in Bills for Collection being issued. The respective bills were never paid when initially issued and interest continues to accrue pursuant to CT4.4 or CT4.41. Additionally, amounts due in exces of 90 days are assessed a penalty, from the initial date of issue, at the rate of 6 % per annum on all principal, accrued interest and accrued administrative charges. The interest rate is 6.3755% for simple interest in effect in the first half of 2001 (January, '01 through June 30, '01. No administrative charges have been applied to these calculations. Penalties are assessed per CT4.4 or CT4.41 of the timber sale contract

| Sale Name | Final Damages | Interest Rate/Yr | Date of Initial Bill For Collection | Length of time for Int. Calcs thru 5/31/2005 (Years = D/365) | | Accrued Simple Interest | Subtotal P&I Due | Penalty per CT4.41 @ 6% | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| **Brann** | **$25,994.78** | 6.375 | 03/01/2001 | 4.25479 | **$** | **7,050.91** | **$33,045.69** | **$8,436.16** | **$41,481.84** |
| **Saginaw-Kennedy** | **$83,157.15** | 6.375 | 03/01/2001 | 4.25479 | **$** | **22,555.81** | **$105,712.96** | **$26,987.21** | **$132,700.17** |
| **Manaco** | **$0.00** | 6.375 | N/A | N/A | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **U-Bar** | **$124,367.14** | 6.375 | 02/17/2001 | 4.28767 | **$** | **33,994.39** | **$158,361.53** | **$40,740.13** | **$199,101.67** |
| **Hutch-Boondock** | **$2,278.72** | 6.375 | 02/21/2001 | 4.27397 | **$** | **620.87** | **$2,899.59** | **$743.57** | **$3,643.16** |
| **Monument** | **$70,845.50** | 6.375 | 02/17/2001 | 4.28767 | **$** | **19,364.84** | **$90,210.34** | **$23,207.54** | **$113,417.88** |
| **O.D.Ridge** | **$0.00** | 6.375 | N/A | N/A | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Jersey Horse** | **$17,056.01** | 6.375 | 03/01/2001 | 4.25479 | **$** | **4,626.33** | **$21,682.34** | **$5,535.23** | **$27,217.57** |
| **BrookBank** | **$0.00** | 6.375 | N/A | N/A | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Gentry** | **$63,629.56** | 6.375 | 03/01/2001 | 4.25479 | **$** | **17,259.08** | **$80,888.64** | **$20,649.87** | **$101,538.52** |
| **Wiggins** | **$9,128.73** | 6.375 | 03/01/2001 | 4.25479 | **$** | **2,476.11** | **$11,604.84** | **$2,962.57** | **$14,567.41** |
| **Lily** | **$59,761.05** | 6.375 | 03/15/2001 | 4.21644 | **$** | **16,063.65** | **$75,824.70** | **$19,182.61** | **$95,007.31** |
| | | | | | | | | | |
| **Totals** | **$456,218.64** | | | | **$** | **124,011.98** | **$580,230.62** | **$148,444.89** | **$728,675.52** |

| Calculation of Interest: | | Days |
|---|---|---|
| 2001 | 2/17 thru 12/31 | 318 |
| | 2/21 thru 12/31 | 313 |
| | 3/1 thru 12/31 | 306 |
| | 3/15 thru 12/31 | 292 |
| 2002 | 1/1 thru 12/31 | 365 |
| 2003 | 1/1 thru 12/31 | 365 |
| 2004 | 1/1 thru 12/31 | 366 |
| 2005 | 1/1 thru 5/31 | 151 |

**FINAL DEFAULT DAMAGE CALCULATIONS**

**BRANN TIMBER SALE**
**CONTRACT NO. 02-006577**

**USDA FOREST SERVICE**
**KAIBAB NATIONAL FOREST**

The Brann Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Brann timber sale consisted of three (3) separate payment units when originally sold. Only payment unit 2 was ever operated, with essentially all of the sawtimber removed and a portion of the pulpwood. The remaining volume of included timber on the Brann timber sale, at the time of termination, was 783.81 CCF of sawtimber and 1395.87 CCF of roundwood. The current contract value of the sale at termination was **$68,223.02**. The sale was sold as a Flat Rate. All purchaser credit on the sale was earned and either used or transferred to another sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$23,914.08.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Brann timber sale contract. The Brann timber sale was not re-offered for sale following the default. Therefore, no miscellaneous costs for sale preparation or interest charges (subparagraphs (a) and (d)) are included in the final calculation.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (# 1 & #3)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 776 CCF | $70.30/CCF | $ 54,552.80 |
| PP Roundwood | 823 CCF | $ 9.40/CCF | $ 7,736.20 |

Released (Cut-Over) Payment Units (#2)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 7.81 CCF | $70.30/CCF | $ 549.04 |
| PP-Roundwood | 572.87 CCF | $ 9.40/CCF | $ 5,384.98 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$68,223.02**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

There was no re-offer or resale of the Brann timber sale. Therefore, there are no associated costs of resale attributable to the damage calculations.

**None**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was no resale of the Brann timber sale there is no mid-point period to calculate interest to and therefore, there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 783.81 CCF | $29.21/CCF | $ 22,895.09 |
| PP-Roundwood | 1,395.87 CCF | $ 0.73/CCF | $ 1,018.99 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 23,914.08**

| | | | | |
|---|---|---|---|---|
| **A)** | **Calculation of Final Damages:** | | **VOLUME** | **VALUE** |
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 776 | $ 54,552.80 |
| | | Pulpwood | 823 | $ 7,736.20 |
| | b. On area cut over | Sawtimber | 7.81 | $ 549.04 |
| | | Pulpwood | 572.87 | $ 5,384.98 |
| TOTAL REMAINING TIMBER | | Sawtimber | 783.81 | $ 55,101.84 |
| | | Pulpwood | 1395.87 | $ 13,121.18 |
| | | **TOTAL** | | **$ 68,223.02** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 0.00 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 0.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| 8. | Maximum Potential Damages | | | **$ 68,223.02** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination:** | |
| | (783.81ccf @ $29.21/ccf) = $22,895.09 | **$ 23,914.08** |
| | (1395.87 ccf @ $0.73/ccf) =$ 1,018.99 | |
| | a) Add Remaining Effective Purchaser Credit | $ 0.00 |
| | **Sub-Total** | **$ 23,914.08** |
| **2.** | Actual Bid Value of Resale | $ 0.00 |
| **3.** | Resale Value | **$ 23,914.08** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 68,223.02 |
| 2. | Resale Value (B3) | $ 23,914.08 |
| 3. | **Damages (1-2)** | **$ 44,308.94** |
| 4. | Unobligated Cash on Account | $ 18,314.17 |
| 5. | **Estimated Damages to Bill Purchaser** | **$ 25,994.77** |
| 6. | Refund Due Purchaser | $ 0.00 |

**FINAL DEFAULT DAMAGE CALCULATIONS**

**BROOKBANK MULTI-PRODUCT SALE**
**CONTRACT NO. 05-001822**

**USDA FOREST SERVICE**
**APACHE-SITGREAVES NATIONAL FOREST**

The Brookbank Multi-Product Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Brookbank Multi-Product sale consisted of six (6) separate payment units when originally sold. Payment units 2, 3, 5 and 6 were operated, with all sawtimber and roundwood removed. Payment units 1 and 4 were partially cut. The remaining volume of included timber on the Brookbank Multi-Product sale, at the time of termination, was 1,292 CCF of sawtimber and 1,903 CCF of roundwood. The current contract value of the sale at termination was **$24,348.20**. There is **$2,752.54** of Effective Purchaser Credit remaining on the sale account. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$57,914.19.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Brookbank Multi-Product sale contract. The Brookbank Multi-Product sale was re-offered for sale following the default, on August 1, 2001. There were "No Bids" received on the reoffered sale package. Sale preparation charges for the re-offer are displayed below; however, there will be no interest charges (subparagraph (d)) included in the final damage calculations.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Released (Partially Cut-Over) Payment Units (#1 & 4)

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 1,292 CCF | $ 5.00/CCF | $ 6,460.00 |
| PP-Roundwood | 1,903 CCF | $ 9.40/CCF | $ 17,888.20 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$ 24,348.20**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

The Brookbank multi-product sale was originally prepared in 1993 and 1994 and needed touch-up marking of both cut trees and boundaries prior to re-offering the sale. Additionally, re-cruising of the remaining volume was necessary in order to accurately reflect the remaining volume on the project. Additional costs for preparation of a new appraisal, prospectus and contract along with the charges associated with preparing the sale of bid opening are included and displayed.

**Cruising, Vehicle, Supplies, Paint and Data Entry Costs for Recruise of Payment Units 1 and 4:**

| | | | |
|---|---|---|---|
| 4- GS-5 Marker/Cruisers | | 44 person days x $145.00/day | = $ 6,380.00 |
| 1 GS-7 Marker/Cruiser | | 3 person days x $162.00/day | = $ 486.00 |
| Paint and Supplies: | | | = $ 175.00 |
| Data Entry and Cruise Design: | | | |
| 1, GS-9 Presale Forester | | 2 person days x $202.00/day = | = $ 404.00 |
| Sale Administrator, | GS-9 | 1 person day x $202.00/day | = $ 202.00 |
| Vehicle Costs: | 768 Miles x $0.35/mile= | | = $ 268.80 |
| **Subtotal, Field Preparation for Resale** | | | **= $ 7,915.80** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS-9 | 2 days @$202.00/day | $ 404.00 |
| Timber Resource Clerk | GS-7 | 2 days @$180.00/day | $ 360.00 |
| | **Total** | | **$ 764.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Presale Forester | GS-9 | 2 days @$202.00/day | $ 404.00 |
| Contracting Officer | GS-12 | 1 days @$270.00/day | $ 270.00 |
| District Timber Staff | GS-11 | 2 days @$260.00/day | $ 520.00 |
| Misc. Costs: | | | |
| Mailing, Printing Costs, Legal Ads, | | | $ 110.00 |
| | **Subtotal** | | **$ 1,304.00** |

**Total Cost for Appraisal and Contract Package Preparation** **$ 2,068.00**

**TOTAL RESALE COSTS:** **$ 9,983.80**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area or Completing Other Contractual Requirements:**

Required final Road Maintenance of payment unit 2 roads which were not completed by Purchaser prior to termination: the work included blading, erosion control measures and water barring.

Total Cost was: $ 435.00

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was no resale of the Brookbank multi-product sale there is no mid-point period to calculate interest to and, therefore, there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,292 CCF | $43.75/CCF | $ 56,525.00 |
| PP-Roundwood | 1,903 CCF | $ 0.73/CCF | $ 1,289.19 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 57,914.19**

A) **Calculation of Final Damages:**

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| | b. On area cut over | Sawtimber | 1292 | $ 6,460.00 |
| | | Pulpwood | 1903 | $ 17,888.20 |
| TOTAL REMAINING TIMBER | | Sawtimber | 1292 | $ 6,460.00 |
| | | Pulpwood | 1903 | $ 17,888.20 |
| | | | **TOTAL** | **$ 24,348.20** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 7,915.80 |
| 4. | Cost of Completing Contractual Requirements | | | $ 435.00 |
| 5. | Interest on remaining contract value | | | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 2,065.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| 8. | Maximum Potential Damages | | | $ 34,764.00 |

B) **Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination**:<br>(1292 ccf @ 43.75/ccf) = $56,525.00<br>(1903 ccf @ $0.73/ccf) =$ 1,389.19 | **$ 57,914.19** |
| | a) Add Remaining Effective Purchaser Credit | $ 2,752.54 |
| | **Sub-Total** | **$ 60,666.73** |
| 2. | Actual Bid Value of Resale | $ 0.00 |
| 3. | Resale Value | **$ 60,666.73** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

C) **Calculation of Damages**:

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 34,764.00 |
| 2. | Resale Value (B3) | $ 60,666.73 |
| 3. | **Damages (1-2)** | **$ (25,902.73)** |
| 4. | Unobligated Cash on Account | $ 0.00 |
| 5. | **Damages Due Government** | **$ 0.00** |
| 6. | Refund Due Purchaser | $ 0.00 |

# FINAL DEFAULT DAMAGE CALCULATIONS

## GENTRY MULTI-PRODUCT SALE
## CONTRACT NO. 04-001939

## USDA FOREST SERVICE
## APACHE-SITGREAVES NATIONAL FOREST

The Gentry Multi-product Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Gentry Multi-product sale consisted of four (4) separate payment units when originally sold. No harvesting was ever done on any of the payment units. No roads were ever built and, consequently, no Purchaser Credit was ever earned. The remaining volume of included timber on the Gentry Multi-product sale, at the time of termination, was 3800 CCF of sawtimber and 893 CCF of roundwood. The current contract value of the sale at termination was **$230,743.46.** The sale was sold as a Flat Rate sale so there will be no adjustments to the current contract rates necessary. There is **$24,734.01** of unearned Purchaser Credit on the sale account. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$145,127.89.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Gentry Multi-product sale contract. The Gentry Multi-product sale was re-offered for sale on May 30, 2001 and received "No Bids." Therefore, miscellaneous costs for sale preparation are shown in the damage calculations but there will be no charges for interest on delayed receipt of stumpage deposits (subparagraph (d)).

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (# 1- 4)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber (9-12") | 1,076 CCF | $21.89/CCF | $ 23,553.64 |
| PP-Sawtimber (12+) | 2,742 CCF | $73.93/CCF | $ 201,385.32 |
| PP Roundwood | 893 CCF | $ 6.50/CCF | $ 5,804.50 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$ 230,743.46**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

Because the Gentry Multi-product sale was marked and cruised in 1996 and 1997 is did not require any additional marking prior to re-offer. Volume estimates were considered to still be valid at the time of re-offer so there was no additional cruising either. Costs shown are for the preparation of a new appraisal, prospectus and contract package, along with the associated personnel and miscellaneous charges associated with a timber sale offering.

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS-9 | 2 days @$205.00/day | $ 410.00 |
| Timber Resource Clerk | GS-7 | 2 days @$180.00/day | $ 360.00 |
| | **Total** | | **$ 770.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Presale Forester | GS-9 | 4 days @$202.00/day | $ 808.00 |
| Contracting Officer | GS-12 | 2 days @$270.00/day | $ 540.00 |
| District Timber Staff | GS-11 | 2 days @$260.00/day | $ 520.00 |
| Misc. Costs: | | | |
| Mailing, Printing Costs, Legal Ads, | | | $110.00 |
| | **Subtotal** | | **$1,978.00** |

**Total Cost for Appraisal and Contract Package Preparation** **$2,748.00**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was no resale of the Gentry Multi-product sale there is no mid-point period to calculate interest on delayed receipt of stumpage deposits (subparagraph (d)) and, therefore, there are no associated charges for interest due to the delay in receipt of stumpage payments.

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 3,800 CCF | $38.02/CCF | $144,476.00 |
| PP-Roundwood | 893 CCF | $ 0.73/CCF | $ 651.89 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 145,127.89**

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| **A)** | **Calculation of Final Damages:** | | | |
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 3800 | $ 224,938.96 |
| | | Pulpwood | 893 | $ 5,804.50 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 3800 | $ 224,938.96 |
| | | Pulpwood | 893 | $ 5,804.50 |
| | | **TOTAL** | | **$ 230,743.46** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 0.00 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 2,748.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ (24,734.01) |
| 8. | Maximum Potential Damages | | | **$ 208,757.45** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination:** | |
| | (3800 ccf@ 38.029.21/ccf) = $144,476.00 | **$ 145,127.89** |
| | ( 893 ccf @ $0.73/ccf) = 651.89 | |
| | a) Add Remaining Effective Purchaser Credit | $ 0.00 |
| | **Sub-Total** | **$ 145,127.89** |
| 2. | Actual Bid Value of Resale | $ 0.00 |
| 3. | Resale Value | **$ 145,127.89** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 208,757.45 |
| 2. | Resale Value (B3) | $ 145,127.89 |
| 3. | **Damages (1-2)** | **$ 63,629.56** |
| 4. | Unobligated Cash on Account | $ 0.00 |
| 5. | **Damages Due Government** | **$ 63,629.56** |
| 6. | Refund Due Purchaser | $ 0.00 |

# FINAL DEFAULT DAMAGE CALCULATIONS

## HUTCH-BOONDOCK MULTIPRODUCT SALE
## CONTRACT NO. 04-005465

## USDA FOREST SERVICE
## COCONINO NATIONAL FOREST

The Hutch-Boondock Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Hutch-Boondock timber sale consisted of two (2) separate payment units when originally sold. Operations occurred in both payment units with nearly all of the sawtimber and a portion of the pulpwood removed. The remaining volume of included timber on the Hutch-Boondock timber sale, at the time of termination, was 23 CCF of sawtimber and 905 CCF of roundwood. The current contract value (CCV) of the sale at termination was **$9,366.28**. The sale was sold as an Escalated Rate sale, however all payment units have been released and the rates are fixed for the quarter in which released. Therefore, there will be no adjustments to the current contract rates. The sale contained a revised Purchaser Credit limit of $4,786.44. All of the Purchaser Credits were transferred out of the sale and used to pay timber stumpage on other sales. There is no unused, effective purchaser credit (EPC) remaining on the sale account. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$1,455.99.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Hutch-Boondock Multi-product sale contract. The Hutch-Boondock Multi-Product sale was not re-offered for sale following the default. Therefore, no miscellaneous costs for sale preparation or interest charges (subparagraph (a) and (d)) are included in the final calculation of damages.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units $ 0.00

Released (Cut-Over) Payment Units

| Species | Volume | Rate @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 23 CCF | $37.36/CCF | $ 859.28 |
| PP-Roundwood | 905 CCF | $ 9.40/CCF | $ 8,507.00 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$ 9,366.28**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

The decision was made to not re-offer the Hutch-Boondock timber sale. Therefore, there are no associated costs of resale attributable to the damage calculations.

**(b) Increased Purchaser Credit**

**None**

**(c) Costs of Completing Contract Requirements:**

At the end of the last active operations, the operator moved off of the sale area with anticipation that operations would continue in the next field season. However, operations have never resumed. A total of 23 roads have been left open in anticipation of removal of the remaining timber.

The roads total 7.5 miles and need to be closed pursuant to the contract.
Road Closure work is appraised at $500/mile
Total Cost to close 7.5 miles x $500/mile **=$3,750.00**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

The Hutch-Boondock Multi-product sale was not re-sold so there is no mid-point period to calculate interest to. Therefore, there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 23 CCF | $ 34.58/CCF | $ 795.34 |
| PP-Roundwood | 905 CCF | $ 0.73/CCF | $ 660.65 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 1,455.99**

## A) Calculation of Final Damages:

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| | b. On area cut over | Sawtimber | 23 | $ 859.28 |
| | | Pulpwood | 905 | $ 8,507.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 23 | $ 859.28 |
| | | Pulpwood | 905 | $ 8,507.00 |
| | | **Subtotal** | | **$ 9,366.28** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 0.00 |
| 4. | Cost of Completing Contractual Requirements | | | $ 3,750.00 |
| 5. | Interest on remaining contract value | | | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 0.00 |
| | | **Subtotal** | | **$ 3,750.00** |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| 8. | Maximum Potential Damages | | | **$ 13,116.28** |

---

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | | |
|---|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination:** | | |
| | ( 23 ccf @ $34.58/ccf) = $ | 795.34 | **$ 1,455.99** |
| | (905 ccf @ $0.73/ccf) =$ | 660.65 | |
| | a) Add Remaining Effective Purchaser Credit | | $ 0.00 |
| | **Sub-Total** | | **$ 1,455.99** |
| 2. | Actual Bid Value of Resale | | $ 0.00 |
| 3. | Resale Value | | **$ 1,455.99** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

## C) Calculation of Damages:

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 13,116.28 |
| 2. | Resale Value (B3) | $ 1,455.99 |
| 3. | **Damages (1-2)** | **$ 11,660.29** |
| 4. | Unobligated Cash on Account | $ 9,381.57 |
| 5. | **Damages Due Government** | **$ 2,278.72** |
| 6. | Refund Due Purchaser | $ 0.00 |

# FINAL DEFAULT DAMAGE CALCULATIONS

## JERSEY HORSE TIMBER SALE
## CONTRACT NO 05-001756

## USDA FOREST SERVICE
## APACHE-SITGREAVES NATIONAL FOREST

The Jersey Horse Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Jersey Horse timber sale consisted of seven (7) separate payment units when originally sold. Payment Units 1, 5, 6, and 7 were operated and harvested. Payment Units 2, 3, and 4 were never released for harvest. The remaining volume of included timber on the Jersey Horse timber sale, at the time of termination, was 1,354 CCF of sawtimber. The current contract value of the sale at termination was **203,831.16**. Current Contract Value is based upon the rates in effect for unreleased payment units as of the date of termination. An appraisal at the time of termination, using the standard Forest Service method in use at that time and the conditions of the original contract, resulted in an appraised value of **$227,783.42.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Jersey Horse timber sale contract. The Jersey Horse timber sale was re-offered for sale following the default, on November 1, 2001. Precision Pine was the successful bidder and the sale had a termination date of December 31, 2004. Miscellaneous costs for sale preparation or interest charges (subparagraph (a) and (d)) are include in the final calculation.

### REMAINING TIMBER

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (# 2, 3 & 4)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 1,352 CCF | $150.54/CCF | $ 203,831.16 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$ 203,831.16**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

This sale was an older sale, marked and cruised in 1991 and 1992, that needed some touch-up marking of included timber as well as remarking of the boundaries, The remaining payment units were also re-cruised to more accurately assess the remaining volume prior to resale. Additional costs are shown for a new appraisal, prospectus, advertisement and contract package necessary for the resale of the timber.

**Cruising, Vehicle, Supplies, Paint and Data Entry Costs:**

4, GS-5 Marker/Cruisers 68 person days x $145.00/day = $9,860.00

Data Entry and Cruise Design
1, GS-9 Presale Forester6 days x $202.00/day = $1,212.00

Vehicle Costs
1,309 Miles x $0.35/mile = $ 458.15

Supplies and Paint: = $2,095.00

**TOTAL UPDATED CRUISING COSTS = $13,625.15**

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | | |
|---|---|---|---|---|
| Presale Forester | GS-9 | 5 days x $202.00/day | = | $1,010.00 |
| Timber Resource Clerk | GS-5 | 2 days x $143.00/dau | = | $ 286.00 |
| | | Subtotal | = | $ 1,296.00 |

**Sale Package Preparation:**

| | | | | |
|---|---|---|---|---|
| Pre-Sale Forester | GS-9 | 2 days x $202.00/day | = | $ 404.00 |
| Contracting Officer | GS=11 | 2 days x $233.00/day | = | $ 466.00 |
| Engineering | GS-11 | 1 day x $272.00/day | = | $ 272.00 |
| Timber Resource Clerk | GS-6 | 3 days x $161.00/day | = | $ 483.00 |
| Sale Administrator | GS-9 | 2 days x $206.00/day | = | $ 412.00 |
| Miscellaneous Costs: | | | | |
| Mailings/Printing/Legal Ads: | | | = | $ 100.00 |
| | | Subtotal | = | $2,137.00 |

**TOTAL COST OF OFFICE PREP FOR RESALE: $ 3,433.00**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value Due to Delay in Receipt of Stumpage Payments:**

Per CT9.4-Failure to Cut (4/82), subparagraph (d) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." The Jersey Horse timber sale was offered for sale on November 1, 2001 and subsequently awarded. The sale had a termination date of December 31, 2004. The interest rate in effect at the time of termination was 6.0% and the associated charges for interest on delayed stumpage receipts are as follows:

Termination Date: January 9, 2001
Re-sale Termination Date: December 31, 2004
Therefore:

| | | | |
|---|---|---|---|
| 2001 | 1/9 through 12/31 | = | 356 days |
| 2002 | 1/1 through 12/31 | = | 365 days |
| 2003 | 1/1 through 12/31 | = | 365 days |
| 2004 | 1/1 through 12/31 | = | 366 days |
| Total Days: | | = | 1,452 days ÷ 2 = 726 days of interest (D) |

Unpaid Contract Value at Termination Date: $203,831.16

I = CCV*.06*(D/365)
= $203,831.16 *.06* (726/365) = **$ 24,325.71**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,354 CCF | $168.23/CCF | $227,783.42 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$227,783.42**

A) **Calculation of Final Damages:**

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 1,354 | $ 203,831.16 |
| | | Pulpwood | 0 | $ 0.00 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 1,354 | $ 203, 831.16 |
| | | Pulpwood | 0 | $ 0.00 |
| | | **TOTAL** | | **$ 203,831.16** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 13,615.15 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 24,325.71 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 3,433.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| 8. | Maximum Potential Damages | | | **$ 245,215.02** |

B) **Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | | |
|---|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination:** PP-Sawtimber 1,354 CCF @ 168.23/ccf | = | **$ 227,783.42** |
| | a) Add Remaining Effective Purchaser Credit | | $ 0.00 |
| | **Sub-Total** | | **$ 227,783.42** |
| 2. | Actual Bid Value of Resale | | $ 86,290.64 |
| 3. | Resale Value | | **$ 227,783.42** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

C) **Calculation of Damages**:

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 245,215.02 |
| 2. | Resale Value (B3) | $ 227,783.42 |
| 3. | **Damages (1-2)** | **$ 17,431.60** |
| 4. | Unobligated Cash on Account | $ 0.00 |
| 5. | **Damages due Government** | **$ 17,431.60** |
| 6. | Refund Due Purchaser | $ 0.00 |

# FINAL DEFAULT DAMAGE CALCULATIONS

## LILY TIMBER SALE
## CONTRACT NO. 03-020140

## USDA FOREST SERVICE
## GILA NATIONAL FOREST

The Lily Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Lily timber sale consisted of three (3) separate payment units when originally sold. No harvest operations were ever conducted on the sale so all of the original volume remains to be removed. The remaining volume of included timber on the Lily timber sale, at the time of termination, was 1,890 CCF of sawtimber and 750 CCF of roundwood. The current contract value of the sale at termination (CCV) was **$79,593.90**. The sale was sold as a Flat Rate sale. There was no purchaser credit on the sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$ 13,728.00.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Lily timber sale contract. The Lily timber sale was re-offered for sale on September 6, 2001 and received "No Bids." Costs associated with the preparation for resale and re-offer are included in the MISC$ calculations. However, since there was no resale, there are no corresponding charges for interest on delayed stumpage receipts pursuant to subparagraph (d).

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units ( ALL )

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 1,710 CCF | $41.59/CCF | $ 71,118.90 |
| DF&O-Sawtimber | 180 CCF | $20.00/CCF | $ 3,600.00 |
| PP Roundwood | 750 CCF | $ 6.50/CCF | $ 4,875.00 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$ 79,593.90**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

The sale area and cutting unit boundaries required remarking prior to the re-offer. There was also some touch up marking of "cut-tree" marks though not over the entire sale area.

**Remark Boundaries, Touch-up mark Included Timber:**

| | |
|---|---|
| GS-9 @10 Days @ $213.00/day | $2,130.00 |
| Paint: 12.0 Gallons @ @8.99/Gal | $ 348.00 |
| Vehicle Costs: 550 miles @.45/mi | $ 247.50 |
| FOR: 1/3 month @ $350/mo | $ 116.65 |
| **Total Field Preparation Costs:** | **$ 2,842.15** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS-9 | 3 days @$195.00/day | $ 585.00 |
| Forestry Technician | GS-9 | 2 days @$213.00/day | $ 426.00 |
| Forestry Resource Clerk | GS9/8 | 2 days @$213.00/day | $ 426.00 |
| | **Total** | | **$1,437.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Forester | GS-11 | 3 days @$255.00/day | $ 765.00 |
| Forestry Resource Clerk | GS-9/8 | 2 days @$213.00/day | $ 426.00 |
| Mailing, Printing Costs, Legal Ads, | | | $ 125.00 |
| | **Subtotal** | | **$ 1,316.00** |

**Total Cost for Appraisal and Package Preparation:** **$ 5,595.15**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since the re-offer of the Lily sale resulted in "No Bids" there was no resale, there was no mid-point period on which to base the calculation of interest. Therefore, there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,710 CCF | $ 7.25/CCF | $ 12,397.50 |
| DF&O-Sawtimber | 180 CCF | $ 4.35/CCF | $ 783.00 |
| PP-Roundwood | 750 CCF | $ 0.73/CCF | $ 547.50 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 13,728.00**

The Predicted Bid Value, Line 28, of the appraisal at termination shows a negative value, indicating a deficit timber sale. Rates used, therefore, are the Base Rate values from the appraisal, which are the lowest value that Forest Service timber can be sold for.

**A) Calculation of Final Damages:**

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber (All) | 1,890 | $ 74,718.90 |
| | | Pulpwood | 750 | $ 4,875.00 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 1,890 | $ 74,718.90 |
| | | Pulpwood | 750 | $ 4,875.00 |
| | | **TOTAL** | | **$ 79,593.90** |

| | | |
|---|---|---|
| 2. | Liquidated Damages | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | $ 2842.15 |
| 4. | Cost of Completing Contractual Requirements | $ 0.00 |
| 5. | Interest on remaining contract value | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package) | $ 2,753.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | $ 0.00 |
| 8. | Maximum Potential Damages | **$ 85,189.05** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

1. **Predicted High Bid Appraisal value at termination:**

(PP-Sawtimber 1,710 CCF @ $7.25./CCF) = $12,397.50 **$ 13,728.00**

(DF&O-Sawtimber 180 CCF @ $4.35/CCF) = $ 783.00

(PP-Roundwood 750 CCF @ $0.73/CCF $0.73/ccf) =$ 547.50

a) Add Remaining Effective Purchaser Credit $ 0.00

**Sub-Total** **$ 13,728.00**

2. Actual Bid Value of Resale $ 0.00

3. Resale Value **$ 13,728.00**

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 85,189.05 |
| 2. | Resale Value (B3) | $ 13,728.00 |
| 3. | **Damages (1-2)** | **$ 71,461.05** |
| 4. | Unobligated Cash on Account | $ 11,700.00 |
| 5. | **Damages Due Government** | **$ 59,761.05** |
| 6. | Refund Due Purchaser | $ 0.00 |

# FINAL DEFAULT DAMAGE CALCULATIONS

## MANACO TIMBER SALE
## CONTRACT NO. 04-004625

## USDA FOREST SERVICE
## TONTO NATIONAL FOREST

The Manaco Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Manaco timber sale consisted of ten (10) separate payment units when originally sold. Payment units 1 and 2 were operated, with all of the sawtimber and pulpwood removed. Payment unit 7 was also operated in with five (5) of the six (6) cutting units completely cut. The remaining cutting unit was never operated. At the time of termination the remaining volume of included timber on the Manaco timber sale was 3,514 CCF of sawtimber and 902 CCF of roundwood. The current contract value of the sale at termination was **$173,813.16**. The sale was sold as an Escalated Rate sale for sawtimber. The rate used to calculate the current contract value for unreleased payment units is the rate in effect at the end of the quarter immediately preceding the termination. This rate was the Base Rate for the sale. Roundwood was sold at a flat rate. There remains **$128,816.00** of unearned purchaser credit on the sale. There was no unused Effective Purchaser Credit (EPC) remaining. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$163, 813.48.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Manaco timber sale contract. The Manaco timber sale was re-offered for sale on 8/31/2001 as the "Diamond" timber sale and received "No Bids." Miscellaneous costs for sale preparation and re-offer are shown in the final damage calculation. There is no calculation of interest for delayed receipt of stumpage charges (subparagraph (d)).

## REMAINING TIMBER

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 3,468CCF | $46.55/CCF | $ 161,435.40 |
| PP Roundwood | 836 CCF | $ 9.40/CCF | $ 7,858.40 |

Released (Cut-Over) Payment Units

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 46 CCF | $84.76/CCF | $ 3,989.96 |
| PP-Roundwood | 66 CCF | $ 9.40/CCF | $ 620.40 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$173.813.16**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

Because this sale is an older sale, marked and cruised in 1994, it needed touch-up marking of cut trees and remarking of cutting unit boundaries prior to re-offer. The sale was also re-cruised in order to estimate additional volume due to growth. Additional costs associated with the resale include the cost of preparing a revised appraisal and contract package as well as an additional advertisement. Costs shown are those incurred by the Forest to complete the resale package.

**Remark cutting unit and sale area boundaries, touch-up mark of cut trees and re-cruise the sale:**

| | |
|---|---|
| GS 6 @ $146.00/day x 28 days | $ 4,088.00 |
| GS-7 @ $105.00/day x 28 days | $ 2,940.00 |
| 2 GS-9 @ $213.00/day x 56 days | $11,928.00 |
| Subtotal | $18,956.00 |
| Paint: 37.5 cases @ $72.00/case | $ 2,700.00 |
| Vehicle Costs: 1200 miles @.45/mi | $ 540.00 |
| FOR: 1 month @ $350/mo | $ 350.00 |
| **Total Field Preparation Costs:** | **$22,546.00** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forestry Technician | GS9/5 | 2 days @$195.00/day | $ 390.00 |
| Forestry Technician | GS9/3 | 2 days @$213.00/day | $ 426.00 |
| Forestry Resource Clerk | GS9/8 | 2 days @$213.00/day | $ 426.00 |
| | **Total** | | **$1,242.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Forestry Technician | GS9/5 | 2 days @$195.00/day | $ 390.00 |
| Forestry Technician | GS9/3 | 3 days @$213.00/day | $ 639.00 |
| Forestry Resource Clerk | GS9/8 | 2 days @$213.00/day | $ 426.00 |
| Cost to Revise Engineering Package: | | | |
| Engineer | GS-11 | 1.5 days @ $250.00/day | $375.00 |
| Review by Forestry Team Leader | | 1 day @ $274.00.day | $274.00 |
| Bid Day Attendance | | .5 day @ $274.00/day | $137.00 |
| Mailing, Printing Costs, Legal Ads, | | | $125.00 |
| | **Subtotal** | | **$2,366.00** |

**Total Cost for Appraisal and Package Preparation:** **$3,608.00**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was no resale of the Manaco timber sale there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|---|
| PP-Sawtimber | 3,514 | CCF | $46.43/CCF | $163,155.02 |
| PP-Roundwood | 902 | CCF | $ 0.73/CCF | $ 658.46 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 163,813.48**

## A) Calculation of Final Damages:

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 3,468 | $ 161,485.40 |
| | | Pulpwood | 836 | $ 7,858.40 |
| | b. On area cut over | Sawtimber | 46 | $ 3,898.96 |
| | | Pulpwood | 66 | $ 620.40 |
| TOTAL REMAINING TIMBER | | Sawtimber | 3,514 | $ 165,334.36 |
| | | Pulpwood | 902 | $ 8,478.80 |
| | | TOTAL | | **$ 173,813.16** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 22,546.00 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package ) | | | $ 3,608.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ (128,816.00) |
| 8. | Maximum Potential Damages | | | **$ 71,151.16** |

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination:** | |
| | (3,514 ccf @ $46.43/ccf) = $163,155.02 | **$ 163,813.48** |
| | ( 902 ccf @ $0.73/ccf) =$ 658.46 | |
| | a) Add Remaining Effective Purchaser Credit | $ 0.00 |
| | **Sub-Total** | **$ 163,813.48** |
| 2. | Actual Bid Value of Resale | $ 0.00 |
| 3. | Resale Value | **$ 163,813.48** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

## C) Calculation of Damages:

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 71,151.16 |
| 2. | Resale Value (B3) | $ 163,813.48 |
| 3. | **Damages (1-2)** | **$ (92,662.32)** |
| 4. | Unobligated Cash on Account | $ 0.00 |
| 5. | **Damages Due Government** | **$ 0.00** |
| 6. | Refund Due Purchaser | $ 0.00 |

# FINAL DEFAULT DAMAGE CALCULATIONS

## MONUMENT MULTI-PRODUCT SALE
## CONTRACT NO. 04-005564

## USDA FOREST SERVICE
## COCONINO NATIONAL FOREST

The Monument Multi-product Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Monument Multi-product sale consisted of two (2) separate payment units when originally sold. No harvest operations were ever conducted on the sale and, therefore, all of the original sale volume remains to be harvested. The remaining volume of included timber on the Monument Multi-product Sale, at the time of termination, was 1,461 CCF of sawtimber and 1,100 CCF of roundwood. The current contract value (CCV) of the sale at termination was **$100,922.00**. The sale was sold as a Flat Rate sale. The sale contained a Purchaser Credit limit of $ 22,649.28. All of the required roadwork was completed and accepted and all purchaser credit was earned. The earned purchaser credit was subsequently transferred out of this sale to pay stumpage charges on other timber sales. There is no earned Effective Purchaser Credit (EPC) remaining on the account. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$ 20,526.50.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Monument Multi-product sale. The Monument Multi product Sale was re-offered for sale on September 18, 2001 and received "No Bids."

### REMAINING TIMBER

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (All)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 1,461 CCF | $62.00/CCF | $ 90,582.00 |
| PP Roundwood | 1,100 CCF | $ 9.40/CCF | $ 10,340.00 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$100,922.00**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

A review of the marking on the sale revealed that the Cut Tree Mark (Blue Paint) was still in fairly good condition. That is, all the marks were identifiable and it was felt that the mark would hold up for the duration of any resale contract period. District personnel concluded that re-cruising (re-measuring) the sale was not necessary. The sale was reoffered using the volume of the original sale offering.

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS-11 | 2 days @$260.00/day | $ 520.00 |
| Timber Resource Clerk | GS-7 | 2 days @$180.00/day | $ 360.00 |
| | **Total** | | **$ 880.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Presale Forester | GS-9 | 2 days @$200.00/day | $ 400.00 |
| Contractinig Officer | GS-12 | 2 days @$270.00/day | $ 540.00 |
| Distgrict Timber Staff | GS-11 | 2 days @$260.00/day | $ 520.00 |
| Misc. Costs: | | | |
| Mailing, Printing Costs, Legal Ads, | | | $110.00 |
| | **Subtotal** | | **$1,570.00** |

**Total Cost for Appraisal and Contract Package Preparation** **$2,450.00**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since the re-offer resulted in "No Bids" there was no resale of the Monument Multi-product sale and there is no mid-point period to calculate interest to. There are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,461 CCF | $13.50/CCF | $ 19,723.50 |
| PP-Roundwood | 1,100 CCF | $ 0.73/CCF | $ 803.00 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 20,526.50**

| | | | | VOLUME | VALUE |
|---|---|---|---|---|---|
| A) | **Calculation of Final Damages:** | | | | |
| 1. | Volume and Contract Value, remaining timber: | | | | |
| | a. On area not cut over | | Sawtimber | 1,461 | $ 90,582.00 |
| | | | Pulpwood | 1,100 | $ 10,340.00 |
| | b. On area cut over | | Sawtimber | 0 | $ 0.00 |
| | | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | | Sawtimber | 1,461 | $ 90,582.00 |
| | | | Pulpwood | 1,100 | $ 10,340.00 |
| | | | | **TOTAL** | **$100, 922.00** |
| 2. | Liquidated Damages | | | | $ 0.00 |
| 3. | Cost of Resale (Office Prep Only) | | | | $ 2,450.00 |
| 4. | Cost of Completing Contractual Requirements | | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | | $ 0.00 |
| 6. | Other Damages | | | | $ 0.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | | $ 0.00 |
| 8. | Maximum Potential Damages | | | | **$ 103,372.00** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination:** | |
| | (1,461 ccf @ $13.50/ccf) = $19,723.50 | **$ 20,526.50** |
| | (1,100 ccf @ $0.73/ccf) = $ 803.00 | |
| | a) Add Remaining Effective Purchaser Credit | $ 0.00 |
| | **Sub-Total** | **$ 20,526.50** |
| 2. | Actual Bid Value of Resale | $ 0.00 |
| 3. | Resale Value | $ **20,526.50** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 103,372.00 |
| 2. | Resale Value (B3) | $ 20,526.50 |
| 3. | **Damages (1-2)** | **$ 82,845.50** |
| 4. | Unobligated Cash on Account | $ 12,000.00 |
| 5. | **Damages Due Government** | **$ 70,845.50** |
| 6. | Refund Due Purchaser | $ 0.00 |

# FINAL DEFAULT DAMAGE CALCULATIONS

## O.D. RIDGE TIMBER SALE
## CONTRACT NO. 06-001574

## USDA FOREST SERVICE
## APACHE-SITGREAVES NATIONAL FOREST

The O.D. Ridge Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The O.D. Ridge timber sale consisted of six (6) separate payment units when originally sold. Through a contract modification, payment units 2 and 3 were split into units 2 and 2A and 3 and 3A, respectively. Payment units 1, 2, 3, 4, 5, and 6 were operated and harvested. Payment units 2A and 3A were never released for harvest and were not operated. The remaining volume of included timber on the O.D. Ridge timber sale, at the time of termination, was 1,281 MBF of sawtimber. The current contract value of the sale at termination (CCV) was **$292,663.18**. The sale was sold as an Escalated Rate sale. Rates used to calculate CCV for unreleased payment units are those in effect at the end of the quarter immediately preceding the termination for default. All purchaser credit on the sale was earned and used. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$455,374.20**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the O.D. Ridge timber sale contract. The O.D. Ridge timber sale was re-offered for sale following the default on July 11, 2001 and was sold to Reidhead Brothers. Miscellaneous costs for sale preparation and interest charges (Subparagraph (a) and (d)) are include in the final calculation.

## REMAINING TIMBER

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (2A & 3A)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 1,154 MBF | $249.95/MBF | $ 288,442.30 |
| DF-Sawtimber | 40 MBF | $ 62.82/MBF | $ 2,512.80 |
| ES –Sawtimber | 24 MBF | $ 71.17/MBF | $ 1,708.08 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV) $292,663.18**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

The O.D. Ridge sale is an older sale and had previously been remarked in 1999. However, there was a need to recruise the sale to accurately determine the remaining volume prior to reoffer. The following costs represent the cost of recruising the sale as well as preparing a revised appraisal and a new contract package for offer.

**Cruising, Vehicle, Supplies, Paint and Data Entry Costs for Re-cruise of Payment Units 2A and 3A:**

| | | |
|---|---|---|
| 4- GS-5 Marker/Cruisers | 66.25 days x $143.00/day | $ 9,473.75 |
| Paint and Supplies: | | $ 124.40 |
| Data Entry and Cruise Design: | | |
| GS-9 Presale Forester | 2.75 days x $202.00/day | $ 555.50 |
| Vehicle Costs | | |
| 1056 Miles x $0.35/mile= | | $ 369.60 |
| **Subtotal, Field Preparation for Resale** | | **$10,523.25** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS-9 | 2 days @$202.00/day | $ 404.00 |
| Timber Resource Clerk | GS-7 | 2 days @$180.00/day | $ 360.00 |
| | **Total** | | **$ 764.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Presale Forester | GS-9 | 2 days @$202.00/day | $ 404.00 |
| Contracting Officer | GS-12 | 1 days @$270.00/day | $ 270.00 |
| District Timber Staff | GS-11 | 2 days @$260.00/day | $ 520.00 |
| Misc. Costs: | | | |
| Mailing, Printing Costs, Legal Ads, | | | $110.00 |
| | **Subtotal** | | **$ 1,304.00** |

**Total Cost for Appraisal and Contract Package Preparation** **$ 2,068.00**

**TOTAL RESALE COSTS:** **$ 12,591.25**

**b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82), "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Interest is charged at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20). The current interest rate in effect as of January, 2001 is 6 % per annum. The sale was sold on July 11, 2001 and the reoffered sale had a termination date of December 31, 2003.

Termination Date: January 9, 2001
Re-sale Termination Date: December 31, 2003
Therefore:

| | | | |
|---|---|---|---|
| 2001 | 1/9 through 12/31 | = | 356 days |
| 2002 | 1/1 through 12/31 | = | 365 days |
| 2003 | 1/1 through 12/31 | = | 365 days |
| Total Days: | | = | 1086 days ÷ 2 = 543 days of interest (D) |

Unpaid Contract Value at Termination Date: $292,663.18

I = CCV*.06*(D/365)
= $292,663.18 *.06* (543/365) **= $ 26,123.20**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,154 MBF | $387.26/MBF | $ 446,898.04 |
| DF-Sawtimber | 40 MBF | $132.44/MBF | $ 5,297.60 |
| ES –Sawtimber | 24 MBF | $132.44/MBF | $ 3,178.56 |
| **TOTAL REAPPRAISED VALUE @ TERMINATION (AppV)** | | | **$ 455,374.20** |

| | | | | |
|---|---|---|---|---|
| **A)** | **Calculation of Final Damages:** | | **VOLUME** | **VALUE** |
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber (ALL) | 1,218 MBF | $ 292,663.18 |
| | | Roundwood | 0 | $ 0.00 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 1,218 MBF | $ 292,663.18 |
| | | Pulpwood | 0.001 | $ 0.00 |
| | | **TOTAL** | | **$ 292,663.18** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 10,523.25 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 26,123.20 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 2,068.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| | | **SUBTOTAL** | | **$ 38,714.45** |
| 8. | Maximum Potential Damages | | | **$ 331,377.63** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | | |
|---|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination:** | | **$ 455,374.20** |
| | PP-Sawtimber | 1,154 MBF @ $387.26/MBF | $ 446,898.04 |
| | DF-Sawtimber | 40 MBF @ $132.44/MBF | $ 5,297.60 |
| | ES –Sawtimber | 24 MBF @ $132.44/MBF | $ 3,178.56 |
| | a) Add Remaining Effective Purchaser Credit | | $ 0.00 |
| | | **Sub-Total** | **$ 455,374.20** |
| 2. | Actual Bid Value of Resale | | $ 81,263.20 |
| 3. | Resale Value | | **$ 455,374.20** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 331,377.63 |
| 2. | Resale Value (B3) | $ 455,374.20 |
| 3. | **Damages (1-2)** | **$ (123,986.57)** |
| 4. | Unobligated Cash on Account | $ 0.00 |
| 5. | **Damages Due Government** | **$ 0.00** |
| 6. | Refund Due Purchaser | $ 0.00 |

# FINAL DEFAULT DAMAGE CALCULATIONS

## SAGINAW-KENNEDY TIMBER SALE
## CONTRACT NO. 01-006585

## USDA FOREST SERVICE
## KAIBAB NATIONAL FOREST

The Saginaw-Kennedy Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Saginaw-Kennedy timber sale was never operated during the life of the contract with the exception of the completion of all specified road construction/reconstruction. All purchaser credit was earned and posted to the timber sale statement of account ($14,480) and a total of $5,075.53 was subsequently transferred to another timber sale. A the time of termination, the remaining volume of included timber on the Saginaw-Kennedy timber sale was 2268 CCF of sawtimber and 1658 CCF of roundwood. The current contract value at termination was **$142,593.20.** The sale was sold as a Flat Rate sale. There was a total of **$9,764.47** of Effective Purchaser Credit (EPC) remaining on the sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and the conditions of the original contract, resulted in an appraised value of **$35,071.58**.

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Saginaw-Kennedy timber sale contract. The Saginaw-Kennedy timber sale was not re-offered for sale following the default. Therefore, no miscellaneous costs for sale preparation or interest charges (subparagraph (a) and (d)) are included in the final calculation.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (All)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 2268 CCF | $56.00/CCF | $127,008.00 |
| PP Roundwood | 1658 CCF | $ 9.40/CCF | $ 15,585.20 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$142,593.20**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

There was no re-offer or resale of the Saginaw-Kennedy timber sale and, therefore, there are no associated costs of resale attributable to the damage calculations.

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was no resale of the Brann timber sale there is no mid-point period to use for the calculation of interest. Therefore, there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 2268 CCF | $14.93/CCF | $ 33,861.24 |
| PP-Roundwood | 1658 CCF | $ 0.73/CCF | $ 1,210.34 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 35,071.58**

| A) | **Calculation of Final Damages:** | | **VOLUME** | **VALUE** |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 2268 | $ 127,008.00 |
| | | Pulpwood | 1658 | $ 15,585.20 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 2268 | $ 127,008.00 |
| | | Pulpwood | 1658 | $ 15,585.20 |
| | | **TOTAL** | | **$ 142,593.20** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 0.00 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 0.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| 8. | Maximum Potential Damages | | | **$ 142,593.20** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| **1.** | **Predicted High Bid Appraisal value at termination:** | |
| | (2268ccf @ $14.93/ccf) = $33,861.24 | **$ 35,071.58** |
| | ( 1658 ccf @ $0.73/ccf) =$ 1,210.34 | |
| | a) Add Remaining Effective Purchaser Credit | $ 9,764.47 |
| | **Sub-Total** | **$ 44,836.05** |
| **2.** | Actual Bid Value of Resale | **$ 0.00** |
| **3.** | Resale Value | **$ 44,836.05** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 142,593.20 |
| 2. | Resale Value (B3) | $ 44,836.05 |
| **3.** | **Damages (1-2)** | **$ 97,757.15** |
| 4. | Unobligated Cash on Account (Down Payment Deposit) | $ 14,600.00 |
| 5. | **Estimated Damages to Bill Purchaser** | **$ 83,157.15** |
| 6. | Refund Due Purchaser | $ 0.00 |

**FINAL DEFAULT DAMAGE CALCULATIONS**

**U-BAR TIMBER SALE**
**CONTRACT NO. 07-005051**

**USDA FOREST SERVICE**
**COCONINO NATIONAL FOREST**

The U-Bar Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The U-Bar timber sale consisted of nine (9) separate payment units when originally sold. The U-Bar sale had two (2) contract modifications, which increased the final number of separate payment units to nineteen (19). Ten (10) payments units have been cut and accepted. Eight (8) payment units have not been entered and one (1) payment unit has been released for harvest and a portion of the timber removed. At the time of termination, the remaining volume of included timber on the U-Bar timber sale was: 1,634 MBF of ponderosa pine sawtimber, 903 MBF of Douglas Fir & Other sawtimber and 48 cords of roundwood. The current contract value (CCV) of the sale at termination was **$677,204.60.** Rates used to determine CCV at termination for unreleased payment units are those in effect at the end of the quarter immediately preceding the termination. The final, revised purchaser credit limit on the sale was $208,843.59. No Effective Purchaser Credit remains on the sale account. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value at termination of **$552,837.46.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the U-Bar timber sale contract. After careful consideration a decision was made to not re-offer the U-Bar timber sale for sale following the default. Therefore, no miscellaneous costs for sale preparation or interest charges (subparagraph (a) and (d)) are include in the final calculation.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units ( 1 & 3) (Rates as of 3/31/2001-Quarter End)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 1,600 MBF | $353.88/MBF | $ 566,208.00 |
| DF&O Sawtimber | 826 MBF | $ 99.30/MBF | $ 82,021.80 |
| PP Roundwood | 48 Cords | $ 3.00/Cord | $ 144.00 |
| Released (Cut-Over) Payment Unit (2) | | | |
| PP-Sawtimber | 34 MBF | $453.00/MBF | $ 15,402.00 |
| DF&O Sawtimber | 77 MBF | $174.40/MBF | $ 13,428.80 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV) $677,204.60**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

There was no re-offer or resale of the U-Bar timber sale. Therefore, there are no associated costs of resale attributable to the damage calculations.

**None**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was no resale of the U-Bar timber sale there is no mid-point period to use for the calculation of interest. Therefore, there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,634 MBF | $ 270.10/MBF | $441,343.40 |
| DF&O Sawtimber | 903 MBF | $ 123.44/MBF | $111,466.32 |
| PP-Roundwood | 38 CCF | $ 0.73/CCF | $ 27.74 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 552,837.46**

**A) Calculation of Final Damages:**

| | | VOLUME | | VALUE |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber(All) | 2,426 | $ 648,229.80 |
| | | Roundwood | 48 | $ 144.00 |
| | b. On area cut over | Sawtimber (All) | 111 | $ 28,830.80 |
| TOTAL REMAINING TIMBER | | Sawtimber | 2,537 | $ 677,060.60 |
| | | Pulpwood | 48 | $ 144.00 |
| | | **TOTAL** | | **$ 677,204.60** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 0.00 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 0.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| 8. | Maximum Potential Damages | | | **$ 677,204.60** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

1. **Predicted High Bid Appraisal value at termination**: **$ 552,837.46**
   (PP Sawtimber 1,634 MBF @ $270.10/MBF) = $441,343.40
   (DF&O Sawtimber, 903 MBF @ $123.44/MBF) = $111,466.32
   (Roundwood 38 CCF @ $0.73/ccf) =$ 27.74

   a) Add Remaining Effective Purchaser Credit $ 0.00

   **Sub-Total** **$ 552,837.46**

2. **Actual Bid Value of Resale** **$ 0.00**

3. **Resale Value** **$ 552,837.46**
(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 677,204.60 |
| 2. | Resale Value (B3) | $ 552,837.46 |
| 3. | **Damages (1-2)** | **$ 124,367.14** |
| 4. | Unobligated Cash on Account | $ 0.00 |
| 5. | **Damages Due Government** | **$ 124,367.14** |
| 6. | Refund Due Purchaser | $ 0.00 |

# FINAL DEFAULT DAMAGE CALCULATIONS

## WIGGINS MULTI-PRODUCT SALE
## CONTRACT NO. 04-020012

## USDA FOREST SERVICE
## APACHE-SITGREAVES NATIONAL FOREST

The Wiggins Multi-Product Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Wiggins Multi-Product sale consisted of four (4) separate payment units when originally sold. Payment units 2, 3 and 4 were operated and harvested. Scattered decks of small material remain in Payment units 2 and 4. Payment unit 1 was released and partially cut and has standing timber and scattered decks of small material remaining. The remaining volume of included timber on the Wiggins Multi-Product sale, at the time of termination, was 991 CCF of roundwood. The current contract value of the sale at termination was **$ 723.43.** The sale was sold as an Escalated Rate sale for sawtimber. However, roundwood is sold at a flat rate so there were no adjustments to the current contract rate necessary. There was no purchaser credit on the sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$ 723.43.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Wiggins Multi-Product sale contract. The Wiggins Multi-Product sale was re-offered for sale on July 11, 2001 and received one valid bid with subsequent award. Miscellaneous costs for sale preparation or interest charges (subparagraphs (a) and (d)) are included in the final calculation.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Released (Cut-Over) Payment Unit (# 1)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP Roundwood | 991 CCF | $ 0.73/CCF | $ 723.43 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$ 723.43**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

There was some touch-up marking on the remaining timber and the sale area was recruised to accurately determine remaining volume. Therefore, there are no associated costs of resale attributable to the damage calculations.

**Cruising, Marking, Vehicle, Paint Supplies associated with the volume determination in Payment Unit 1 and associated volume determination of decked material in payment units 2 and 4.**

| | | | |
|---|---|---|---|
| **Marking & Cruising:** | | | |
| 4, GS-5 Marker/Cruisers | 11.13 person days x $145.00/day | = | $ 1,613.85 |
| 1, GS-7 Marker/Cruiser | 4.38 person days x $162.00/day | = | $ 709.60 |
| **Data Entry and Cruise Design** | | | |
| 1, GS-9 Presale Forester | 3.5 days x $202.00/day | = | $ 707.00 |
| **Data Entry and Contract Preparation** | | | |
| 1, GS-9 Presale Forester | 10 days x $202.00/day | = | $ 2,020.00 |
| **Sale Administrator:** | | | |
| 1, GS-9 Forester | 10 days x $202.00/day | = | $ 2,020.00 |
| **Vehicle Costs:** | | | |
| 1,309 Miles x $0.35/mile | | = | $ 458.15 |
| **Paint and Supplies:** | | = | $ 175.00 |
| **TOTAL UPDATED CRUISING COSTS** | | = | **$7,703.60** |

**Appraisal, Prospectus, Contract Prep and advertisement Costs:**

| | | | | |
|---|---|---|---|---|
| Presale Forester | GS-9 | 3 days x $202.00/day | = | $ 606.00 |
| Timber Resource Clerk | GS-5 | 1 days x $143.00/dau | = | $ 143.00 |
| | | **Subtotal** | = | **$749.00** |

**Sale Package Preparation:**

| | | | | |
|---|---|---|---|---|
| Pre-Sale Forester | GS-9 | 2 days x $202.00/day | = | 404.00 |
| Contracting Officer | GS=11 | 1day x $233.00/day | = | 233.00 |
| Timber Resource Clerk | GS-6 | 3 days x $161.00/day | = | 483.00 |
| Sale Administrator | GS-9 | 1days x $206.00/day | = | 206.00 |
| Miscellaneous Costs: | | | | |
| Mailings/Printing/Legal Ads: | | | = | 100.00 |
| | | **Subtotal** | = | **$1,426.00** |

**TOTAL OFFICE PREP COSTS:** **$2,175.00**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area or Complete Other Contractual Requirements.**

None

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was resale of the Wiggins Multi-Product sale, interest calculations need to be included. The appropriate Interest rate is 6%; the termination date of the resale is 12/31/2002 and the sale was terminated on January 9, 2001.

| | | |
|---|---|---|
| Time Period: | | |
| 1/9/2001 thru 12/31/2001 | | 356 days |
| 1/1/2002 thru 12/31/2002 | | 365 days |
| Total Days | = | 721 ÷ 2 = 360.5 days (D) |

$723.43 x .06 x (360.5/365) = $42.87 interest

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Roundwood | 991 CCF | $ 0.73/CCF | $ 723.43 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** $ 723.43

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| A) | **Calculation of Final Damages:** | | | |
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 991 | $ 723.40 |
| | TOTAL REMAINING TIMBER | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 991 | $ 723.40 |
| | | **TOTAL** | | **$ 723.40** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 7,703.60 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 42.87 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 2,175.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| 8. | Maximum Potential Damages | | | **$ 10,644.87** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | | |
|---|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination:** | | |
| | | (991ccf @ $ 0.73/ccf) = $ 723.40 | $ 723.40 |
| | a) Add Remaining Effective Purchaser Credit | | $ 0.00 |
| | | **Sub-Total** | **$ 723.40** |
| 2. | Actual Bid Value of Resale | | $ 1,516.17 |
| 3. | Resale Value | | **$ 1,516.17** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 10,644.87 |
| 2. | Resale Value (B3) | $ 1,516.17 |
| 3. | **Damages (1-2)** | **$ 9,128.70** |
| 4. | Unobligated Cash on Account | $ 0.00 |
| 5. | **Damages Due Government** | **$ 9,128.70** |
| 6. | Refund Due Purchaser | $ 0.00 |