# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., | No. 98-720 C |
| Plaintiff, | |
| v. | Filed May 6, 2005 |
| THE UNITED STATES, | |
| Defendant. | |

ORDER

On April 20, 2005, defendant filed a Motion in Limine to Exclude Plaintiff's "Summary" Exhibits. Plaintiff filed an opposition on May 2, 2005. As discussed during the pre-trial conference held on May 5, 2005, defendant's Motion in Limine is GRANTED in part and DENIED in part. The conditions upon which, and the extent to which, plaintiff may introduce its "summary" exhibits are set forth in the transcript of proceedings for the pre-trial conference.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge