# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 98-720 C

Filed May 6, 2005

ORDER

On April 26, 2005, plaintiff filed a Motion to Supplement Final Exhibit List. For the reasons discussed at the pre-trial conference held on May 5, 2005, plaintiff's motion is GRANTED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge