# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed May 6, 2005 |
| THE UNITED STATES, Defendant. | |

## ORDER

On May 3, 2005, plaintiff filed a Motion to Supplement Final Exhibit List With Defendant's Recalculation of Damages in Case No. 02-131C. For the reasons discussed at the pre-trial conference held on May 5, 2005, plaintiff's motion is GRANTED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge