IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | |
| v. | ) | No. 98-720C (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S MOTION TO ADMIT CERTAIN EXHIBITS ON ITS FINAL EXHIBIT LIST INTO EVIDENCE AND FOR EXPEDITED TREATMENT THEREOF**

Plaintiff respectfully requests to have certain of the exhibits listed on its Final Exhibit List admitted into evidence as of the commencement of trial. The exhibits plaintiff seeks to so admit are listed on the attached chart.

In its Order of January 4, 2005, the Court provided that the parties would file their objections to each other's exhibits by April 18, 2005. Both parties complied. The defendant raised objections to a number of plaintiff's exhibits based on relevance and foundation. At the pre-trial conference, the Court deferred ruling on most of these objections until trial. However, there were documents to which the defendant raised no objection. As reflected on the attached list, for all of the exhibits that plaintiff seeks to admit as substantive evidence at the commencement of trial, the defendant had absolutely no objection, including to their foundation or relevance. Accordingly, they should be admitted into evidence without further delay. Admitting the exhibits as evidence now would serve the interest of efficiency, and not consume

the Court's time at trial laying the foundation for exhibits for which there is no such objection. Additionally, allowing the defendant to raise new objections later would render meaningless the portion of the Court's Order that required the parties to file objections by April 18, 2005.

Additionally, plaintiff respectfully requests that the Court give expedited treatment to this motion so that plaintiff can anticipate whether it will be required to consume some of its trial time with the formulaic procedures to lay foundation for each of the exhibit on the attached list.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for plaintiff

OF COUNSEL:

Richard W. Goeken
Bryan T. Bunting
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Washington, D.C. 20006
(202) 452-2140

Dated: May 6, 2005