**ATTACHMENT A to PLAINTIFF'S MOTION TO ADMIT CERTAIN EXHIBITS ON ITS FINAL EXHIBIT LIST INTO EVIDENCE**

| PX | DESCRIPTION | DATE | DEFENDANT'S OBJECTIONS |
|---|---|---|---|
| 2 | Appraisal Summary for the Jersey Horse timber sale | 10/19/1993 | No objection. |
| 4 | Appraisal Summary for the Brookbank timber sale with attached: Converted Scribner Appraisal Summary | 3/6/1995 | No objection. |
| 6 | Appraisal Summary for the U-Bar timber sale with attached: T.E.A. Appraisal Bulletin No. 08 CY 92 2nd (Aug) | 8/24/1992 | No objection. |
| 7 | Appraisal Summary for the Mud timber sale | 7/25/1994 | No objection. |
| 8 | Appraisal Summary for the Monument timber sale | 8/22/1994 | No objection. |
| 9 | Appraisal Summary for the Salt timber sale with attached: Converted Scribner Appraisal Summary | 12/12/1993 | No objection. |
| 11 | Appraisal Summary for the Saginaw-Kennedy timber sale | 8/2/1994 | No objection. |
| 12 | Appraisal Summary for the St. Joe timber sale with attached: Data Sheet for Appraisal Summary (Form R3-2400-17) | 10/30/1991 | No objection. |
| 13 | Appraisal Summary for the Brann timber sale with attached: Converted Scribner Appraisal Summary | 7/28/1994 | No objection. |
| 14 | Appraisal Summary for the Hutch-Boondock timber sale with attached: Converted Scribner Appraisal Summary | 5/19/1994 | No objection. |
| 18 | Winslow Sawmill Production Reports:<br>yearly reports: 1/94-12/94, 4/93-3/94, 4/94-3/95, 4/95-3/96, 4/96-3/97<br>quarterly report: Apr, May, June 95<br>3/94, 4/94, 5/94, 6/94, 7/94, 8/94, 9/94, 10/94, 11/94 12/94<br>1/95, 2/95, 3/95, 4/95, 5/95, 6/95, 7/95, 8/95, 8/95 (fir cut), 9/95, 10/95 11/95, 12/95<br>1/96, 2/96, 3/96, 4/96, 5/96, 6/96, 7/96, 8/96, 9/96, 10/96, 11/96, 12/96<br>1/97, 2/97, 3/97, 4/97, 5/97, 6/97, 7/97, 8/97 | | No objection. However, monthly production reports from 9/97 through the mill's closure in 9/98 are omitted. |
| 21 | Purchaser's Certification of Timber Domestically Processed and Exported for CY 1992 (Saginaw-Kennedy) | 7/13/1993 | No objection. |
| 24 | Purchaser's Certification of Timber Domestically Processed and Exported for CY 1989 (Horseshoe Salvage) | 11/7/1990 | No objection. |
| 28 | Precision Pine Production & Sales Report | 9/94-2/95 | No objection. |
| 30 | Precision Pine Production & Sales Report | 2/95 | No objection. |
| 35 | SBA Form 723 (1-76): Small Business Certification for Duran Multiproduct timber sale | 3/15/1993 | No objection. |
| 37 | Forest Service Resource Bulletin Int-55, "Arizona's Timber Production Mill Residue, 1984" | 7/88 | No objection. |
| 63 | Profit Projection Sheets for Bunger Timber Sale (2 pages) | 12/12/1990 | No objection. |
| 67 | Profit Projection Sheets for Limestone Timber Sale (2 pages) | 9/12/1991 | No objection. |
| 68 | Profit Projection Sheets for Cap Mamie Timber Sale (2 pages) | 3/22/1990 | No objection. |
| 69 | Profit Projection Sheet for Hidden Timber Sale (1 page) | 12/27/1990 | No objection. |

**ATTACHMENT A to PLAINTIFF'S MOTION TO ADMIT CERTAIN EXHIBITS ON ITS FINAL EXHIBIT LIST INTO EVIDENCE**

| PX | DESCRIPTION | DATE | DEFENDANT'S OBJECTIONS |
|---|---|---|---|
| 72 | Profit Projection Sheets for Aspen Lake Timber Sale (3 pages) | 9/25/1991 | No objection. |
| 74 | Profit Projection Sheet for Kettle Timber Sale (1 page) | 3/23/1997 | No objection. |
| 75 | Profit Projection Sheets for McNeil Timber Sale (3 pages) | 3/7/1990 | No objection. |
| 76 | Profit Projection Sheet for McNeil Timber Sale (1 page) | 3/14/1990 | No objection. |
| 77 | Profit Projection Sheet for Gamma Timber Sale (1 page) | 6/29/1993 | No objection. |
| 79 | Profit Projection Sheet for All Fir under contract (1 page) | 9/22/1994 | No objection. |
| 80 | Profit Projection Sheet for Saginaw-Kennedy Timber Sale, Smallwood (1 page) | 9/17/1994 | No objection. |
| 83 | Profit Projection Sheet for Hutch-Boondock Timber Sale (1 page) | 10/31/1995 | No objection. |
| 84 | Profit Projection Sheets for Manaco Timber Sale (2 pages) | 1/11/1995 | No objection. |
| 85 | Profit Projection Sheet for Saginaw-Kennedy Timber Sale (1 page) | 9/17/1994 | No objection. |
| 87 | Letter from John Smith to Patty Bennett, re: Jersey Horse Operating Schedule | 8/23/1995 | No objection. |
| 88 | Letter from Keith Pajkos to John Smith, re: Park Multi-product sale, Precision out of compliance therewith | 7/17/1996 | No objection. |
| 89 | Letter from John Smith to Keith Pajkos, re: requesting one-year extension on Park timber sale | 8/29/1996 | No objection. |
| 90 | Letter from Keith Pajkos to John Smith, re: extension for Park timber sale will be granted upon certain conditions | 9/4/1996 | No objection. |
| 91 | Letter from John Smith to Keith Pajkos, re: can State estimate cost of contract. | 9/26/1996 | No objection. |
| 92 | Letter from Keith Pajkos to John Smith, re: cost of contract | 10/3/1996 | No objection. |
| 94 | Letter from Keith Pajkos to John Smith, re: reduced costs of contract | 10/9/1996 | No objection. |
| 95 | Letter from John Smith to Keith Pajkos, re: accepting terms of State's proposal | 10/10/1996 | No objection. |
| 96 | Memo from John Smith to Lon Porter, re: State agreed to lesser payment | 10/11/1996 | No objection. |
| 97 | Letter from John Smith to Keith Pajkos, re: payment, with photocopy of check | 10/17/1996 | No objection. |
| 98 | Letter from Keith Pajkos to John Smith, re: lesser payment due; contains handwritten memo from "J" re: check in the mail. | 10/17/1996 | No objection. |
| 106 | Stipulation from Silver v. Babbitt | 10/18/1995 | No objection. |
| 107 | Order Approving Stipulation from Silver v. Babbitt | 10/18/1995 | No objection. |
| 108 | Agreement to Modify Mud Timber Sale | 8/29/1996 | No objection. |
| 109 | Letter from Ken Broyles to Lorin Porter, re: Mud sale release from injunction | 3/11/1996 | No objection. |
| 110 | Letter from John Smith to Dan Panks, requesting some Payment Units on the Mud sale be open for harvest | 3/25/1996 | No objection. |
| 111 | Letter from John Smith to Richard Stevens, requesting waiver of the "1 June restriction" on Mud | 4/5/1996 | No objection. |
| 112 | Letter from Richard Stevens to John Smith, declining to waive clause CT6.314# (Timing of Logging Operations) in Mud Contract | 4/12/1996 | No objection. |
| 113 | Letter from Richard Stevens to John Smith, re: operations suspended do due increased fire risk | 5/24/1996 | No objection. |

**ATTACHMENT A to PLAINTIFF'S MOTION TO ADMIT CERTAIN EXHIBITS ON ITS FINAL EXHIBIT LIST INTO EVIDENCE**

| PX | DESCRIPTION | DATE | DEFENDANT'S OBJECTIONS |
|---|---|---|---|
| 114 | Timber Sale Inspection Report for Mud Timber Sale, re: opening some units for harvest; waiving certain restrictions for 1996 season | 8/1/1996 | No objection. |
| 117 | Agreement between Stone Container Corp. and Precision Pine - transfer of Kettle Timber Sale from Precision to Stone, with attached Letter from Lorin Porter to Gary Yantis, dated Dec. 29, 1997, re: remaining balance on sale due. | 8/15/1997 | No objection. |
| 118 | Forest Service Form 2400-12 (9/72) - Third-party Agreement (Timber Sale) between Precision and Stone for transfer of Kettle Timber Sale | 11/3/1997 | No objection. |
| 135 | Forest Service Form 2400-14 (5/91) "Bid for Advertised Timber," (Bid Form) for U-Bar sale with attached: "Instructions to Bidders" Forest Service Form 2400-43 (2/91), "Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber" for U-Bar sale. | | No objection. |
| 136 | Forest Service Form 2400-14 (3/94) "Bid for Advertised Timber," (Bid Form) for Kettle sale with attached: "Instructions to Bidders" Blank Forest Service Form 2400-43 (2/91), "Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber." | | No objection. |
| 137 | Forest Service Form 2400-43 (2/91), "Certification of Nonsubstitution of Timber Purchased and Disposition of Domestically Processed and Exported Timber" for Saginaw-Kennedy Timber Sale for CY 92. | 7/13/1993 | No objection. |
| 144 | Forest Service Form 2400-46 (4/94), Purchaser Certification of Timber Domestically Processed and Exported, for Precision Pine & Timber, Inc., CY '95, Tonto National Forest (Salt and Manaco sales) | 4/9/1996 | No objection. |
| 152 | Letter from Lewis Tenney to Eddie Alford, re: requesting compensation for delays | 12/31/1996 | No objection. |
| 153 | Letter from Robert Leaverton to Lewis Tenney, re: compensation under clauses CT6.01 and C9.2 | 1/24/1997 | No objection. |
| 154 | Letter from Ken Broyles to Lewis Tenney, re: compensation under clauses CT6.01 and C9.2 | 1/30/1997 | No objection. |
| 155 | Letter from Clifford Dils to LewisTenney, re: compensation under clauses CT6.01 and C9.2 | 2/7/1997 | No objection. |
| 159 | Letter from Robert Leaverton to Val Reidhead, re: transfer of Hay and Hidden Timber Sales | 6/4/1991 | No objection. |
| 160 | Letter from Ronald Tissaw to John Holmes re: completed roadwork on the Saginaw-Kennedy Timber Sale | 12/6/1995 | No objection. |
| 161 | Specified Road Final Acceptance Report for Monument Timber Sale | 9/7/1995 | No objection. |
| 167 | Letter from John Smith to Susan Lee, re: requesting 1 year C.T.A. for Brookbank sale | 1/5/2000 | No objection. |
| 184 | Salt Timber Sale Prospectus | Bid date: 1/8/99 | No objection. |
| 185 | O.D. Ridge Timber Sale Prospectus | Bid date: 12/11/91 | No objection. |

**ATTACHMENT A to PLAINTIFF'S MOTION TO ADMIT CERTAIN EXHIBITS ON ITS FINAL EXHIBIT LIST INTO EVIDENCE**

| PX | DESCRIPTION | DATE | DEFENDANT'S OBJECTIONS |
|---|---|---|---|
| 186 | Mud Timber Sale Prospectus | Bid date: 9/13/94 | No objection. |
| 187 | Monument Timber Sale Prospectus | Bid date: 9/27/94 | No objection. |
| 191 | Jersey Horse Timber Sale Prospectus | Bid date: 12/8/93 | No objection. |
| 192 | U-Bar Timber Sale Prospectus | Bid date: 9/29/92 | No objection. |
| 223 | Agreement with Stone for 3500 Cords of Pulpwood from Mud | 11/4/1997 | No objection. |
| 227 | Precision Pine's lumber sale invoices during the period of the suspension | | No objection. |
| 239 | Logger Pay memo: Pulpwood from Eagar to Stone | 9/5/1997 | No objection. |
| 240 | Logger Pay memo: Pulpwood U-Bar to Stone | 5/21/1997 | No objection. |
| 241 | Logger Pay memo: Pulpwood U-Bar to Stone | 6/4/1997 | No objection. |
| 242 | Logger Pay memo: Whether Stone or Precision owes balance due to Tri-Star | 12/18/1997 | No objection. |
| 244 | Binder of Precision Pine's lumber sales invoices for CY's '97 & '98 | | No objection. |
| 245 | Binder of Precision Pine's lumber sales invoices for CY's '99 & '00 | | No objection. |
| 257 | Letter from Smith to Leaverton, re: Hay volume to Winslow | 12/9/1996 | No objection. |
| 258 | Letter from Smith to Leaverton, requesting alternate haul route | 12/9/1996 | No objection. |
| 260 | Letter from Tenney to Denton, re: plan to haul Hay timber to Eagar | 11/23/1994 | No objection. |
| 265 | Letter Smith to Leaverton, re: will haul Hay volume to Eagar starting 2/3/97 | 1/30/1997 | No objection. |
| 266 | Agreement between Precision and Forest Service to scale logs at Heber Mill with attached scale area sketch | 3/4/1998 | No objection. |
| 290 | TSSA's for the breached sales | | No objection. |
| 294 | Winslow Sales Journal 1994-2000 | | No objection. |
| 296 | Letter from John Smith to Susan Lee, with attached copy of contract clause CT3.431 (8/97) | 9/8/1997 | No objection. |
| 301 | Snowflake sales journal (April 1993-March 1995) | | No objection. |