# In the United States Court of Federal Claims

**Filed: 5/5/05**

**No. 98-720**

**PRECISION PINE AND TIMBER, INC.,**

**V.**

**THE UNITED STATES**

**Transcript of Proceedings (1 Volume) Taken at Washington, DC**
**Before Judge Honorable George W. Miller**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.