**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STIPULATION OF FACTS</u>**

The parties, plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), and defendant, the United States, respectfully submit the following joint stipulation of facts for use at trial in this matter. These stipulations shall not be cited, quoted, referenced or otherwise used, and are not binding, in any other matter in this or any other forum.

1. Between August 25, 1995, and December 31, 1995, 3,556 mbf of sawtimber and 1,503 mbf of roundwood were offered by the Forest Service for sale from the Apache-Sitgreaves National Forest.

2. Between January 1, 1996 and December 5, 1996, no sawtimber or roundwood was offered on the Apache-Sitgreaves National Forest.

3. Between December 6, 1996 and December 31, 1996, 215 mbf of sawtimber were offered by the Forest Service for sale from the Apache-Sitgreaves National Forest.

4. During calendar year 1997, 5,190 mbf of sawtimber and 10,426 mbf of roundwood were offered by the Forest Service for sale from the Apache-Sitgreaves National Forest.

5. During calendar year 1998, 9,782 mbf of sawtimber and 17,258 mbf of roundwood were offered by the Forest Service for sale from the Apache-Sitgreaves National Forest.

6. Between August 25, 1995, and December 31, 1995, 75 mbf of sawtimber and 2 mbf of roundwood were offered by the Forest Service for sale from the Coconino National Forest.

7. Between January 1, 1996 and December 5, 1996, no sawtimber or roundwood was offered on the Coconino National Forest.

8. Between December 6, 1996 and December 31, 1996, 2,279 mbf of sawtimber were offered by the Forest Service for sale from the Coconino National Forest.

9. During calendar year 1997, 13,803 mbf of sawtimber and 11,765 mbf of roundwood were offered by the Forest Service for sale from the Coconino National Forest.

10. During calendar year 1998, 11,063 mbf of sawtimber and 12,749 mbf of roundwood were offered by the Forest Service for sale from the Coconino National Forest.

11. Between August 25, 1995, and December 31, 1995, no sawtimber or roundwood was offered by the Forest Service for sale from the Kaibab National Forest.

12. Between January 1, 1996 and December 5, 1996 no sawtimber or roundwood was offered on the Kaibab National Forest.

13. Between December 6, 1996 and December 31, 1996, 6,008 mbf of sawtimber and no roundwood were offered by the Forest Service for sale from the Kaibab National Forest.

14. During calendar year 1997, 29,379 mbf of sawtimber and 6,027 mbf of roundwood were offered by the Forest Service for sale from the Kaibab National Forest.

15. During calendar year 1998, 13,304 mbf of sawtimber and 4,421 mbf of roundwood were offered by the Forest Service for sale from the Kaibab National Forest.

16. Between August 25, 1995, and December 31, 1995, no sawtimber or roundwood was offered by the Forest Service for sale from the Tonto National Forest.

17. During calendar year 1996, no sawtimber or roundwood was offered by the Forest Service for sale from the Tonto National Forest.

18. During calendar year 1997, no sawtimber or roundwood was offered by the Forest Service for sale from the Tonto National Forest.

19. During calendar year 1998, 2,291 mbf of sawtimber and 822 mbf of roundwood were offered by the Forest Service for sale from the Tonto National Forest.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 (fax)

Attorney for Plaintiff

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

Dated: May 12, 2005