# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed June 21, 2005 |
| THE UNITED STATES, Defendant. | |

## ORDER

The trial on damages in this matter concluded on June 20, 2005. At the conclusion of the trial, the parties and the Court adopted the following schedule for post-trial proceedings:

| | |
|---|---|
| July 26, 2005: | Parties to submit proposed corrections to trial transcript. |
| August 26, 2005: | Parties to file simultaneous Proposed Findings of Fact and post-trial briefs. There is no page limit on the Proposed Findings of Fact. Post-trial briefs shall be limited to 60 pages. |
| October 21, 2005: | Parties to file simultaneous response briefs. Response briefs shall be limited to 60 pages. |
| December 16, 2005: | Parties to appear for closing argument at 9:00 a.m. at the National Courts Building. |

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge