## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 98-720C (Judge George W. Miller) |

## PLAINTIFF'S MOTION FOR AN EXTENISION OF TIME

Pursuant to the Rules of the Court of Federal Claims, Rule 6.1, Plaintiff Precision Pine & Timber, Inc. ("Precision Pine"), for the reasons set forth below, hereby moves the Court to grant a one week enlargement in time within which to complete the post-trial briefing in this matter. This is Precision Pine's first motion for this purpose. Counsel for Precision Pine called counsel for the defendant earlier in the week and left a voicemail message raising this issue and identifying the proposed revised briefing schedule. That call and message have not been returned by counsel for the defendant.

The parties' opening post-trial briefs are currently due on Friday, August 26, 2005 and the parties' response briefs are due Friday, October 21, 2005. Precision Pine seeks a one week enlargement, i.e., seven days to and including Friday, September 2, 2005, of the date by which the parties must file opening post-trial briefs and corresponding enlargement of one week, to and including Friday October 28, 2005, within which the parties are to file their response briefs. This additional time is requested as co-counsel for Precision Pine has a previous commitment to be

out-of-town during the week of August 22-August 26, 2005 when the parties opening briefs are currently due that had been overlooked at the time the briefing schedule was made.

In light of the foregoing, Precision Pine respectfully requests that the Court grant the instant motion for enlargement of one week in the post-trial briefing schedule.

Respectfully submitted,

s/ Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
Bryan T. Bunting
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Dated: June 24, 2005