**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S COUNTER-DESIGNATIONS**
**FROM THE DEPOSITION OF JOHN B. SMITH**

During the course of trial, in order to accommodate certain medical conditions of John B. Smith, the United States agreed to designate testimony from Mr. Smith's deposition in lieu of live direct testimony. Plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), had not identified Mr. Smith as one of its potential trial witness. However, Precision Pine was permitted to counter-designate testimony from Mr. Smith's deposition in lieu of cross-examination.

Upon review of the proposed counter-designations, the United States determined that Precision Pine had proposed testimony beyond the scope of the United States' designations. For instance, Precision Pine counter-designated testimony about various exhibits that were not cited or discussed in Mr. Smith's direct testimony. Because cross-examination is properly limited to the scope of testimony elicited during direct examination, and because Precision Pine's counter-designations are not so limited, the United States respectfully requests that the Court strike the designations identified on the attachment to this motion.[1]

---

[1] During pretrial proceedings, the Court indicated that where a witness was identified by both parties as a trial witness and was called to testify during the plaintiff's case-in-chief, all testimony from the witness would be given at one time. Accordingly, the Court indicated that the witness would first testify in plaintiff's case-in-chief and, following the (continued...)

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

June 27, 2005

[1](...continued)
completion of direct and cross-examination, would then provide testimony as part of the defendant's case-in-chief. Precision Pine did not identify Mr. Smith as a potential trial witness, and did not call Mr. Smith during its case. Consequently, this procedure is irrelevant to the issue currently before the Court.