**OBJECTIONS TO PLAINTIFF'S COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY OF JOHN B. SMITH**

| Designation (by page & line) | Objection |
|---|---|
| 45:3-17 | Beyond the scope of designated direct testimony. |
| 74:23-75:12 | Irrelevant; beyond the scope of designated direct testimony. |
| 76:10-77:20 | Beyond the scope of designated direct testimony. |
| 79:25-80:8 | Beyond the scope of designated direct testimony. |
| 102:25-103:16 | Beyond the scope of designated direct testimony. |
| 115:12-18 | Beyond the scope of designated direct testimony. |
| 125:25-126:14 | Beyond the scope of designated direct testimony. |
| 127:13-23 | Beyond the scope of designated direct testimony. |
| 129:20-131:3 | Beyond the scope of designated direct testimony. |
| 131:22-25 | Beyond the scope of designated direct testimony. |
| 132:4-22 | Beyond the scope of designated direct testimony. |
| 139:23-140:1 | Beyond the scope of designated direct testimony. |
| 140:7-25 | Beyond the scope of designated direct testimony. |
| 155:13-23 | Beyond the scope of designated direct testimony. |
| 156:19-23 | Beyond the scope of designated direct testimony. |

| | |
|---|---|
| 170:5-171:8 | Beyond the scope of designated direct testimony. |
| 172:1-3 | Beyond the scope of designated direct testimony. |
| 221:9-222:11 | Beyond the scope of designated direct testimony. |
| 252:3-15 | Irrelevant; the only designated testimony is discussion between counsel. |
| 261:21-262:17 | Beyond the scope of designated direct testimony. |
| 262:23-263:2 | Beyond the scope of designated direct testimony. |
| 268:15-270:22 | Beyond the scope of designated direct testimony. |
| 278:22-24 | Beyond the scope of designated direct testimony. |