# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br>Filed June 28, 2005 |

## ORDER

On June 21, 2005, the Court, after consultation with the parties, entered an order setting forth the post-trial schedule in this case. On June 24, 2005, plaintiff filed a Motion for Extension of Time within which to file and serve the initial proposed findings of fact and post-trial briefs in this matter. The parties' initial post-trial filings are currently due on Friday, August 26, 2005. Plaintiff requested that initial filings be due on September 2, 2005. Plaintiff also requested a corresponding enlargement of one week, to and including October 28, 2005, within which to file and serve responsive briefs. On June 27, 2005, defendant filed an opposition to plaintiff's motion, citing potential conflicts in counsel's schedule that would result from a change in the post-trial briefing schedule.

In consideration of the parties' submissions, plaintiff's Motion for Extension of Time is GRANTED. The parties shall file and serve their initial post-trial filings by Friday, September 2, 2005 and their responsive briefs by Friday, October 28, 2005. In granting plaintiff's motion, the Court recognizes that defendant may require similar consideration in the future and would be amenable to further adjustments to the post-trial schedule to accommodate defendant's needs.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge