**U.S. Department of Justice**

Civil Division

DMC:KAB:DHarrington
DJ No. 154-98-720

Telephone: (202) 307-0277
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

July 25, 2005

*Via Facsimile & U.S. Mail*

Alan I. Saltman, Esq.
Saltman & Stevens
1801 K Street, N.W.
Washington, D.C. 20006

FILE

Re: *Precision Pine & Timber, Inc. v. United States*,
Fed. Cl. No. 98-720C (Judge George W. Miller)

Dear Mr. Saltman:

I received your July 22, 2005 letter, which contained 30 pages of proposed transcript corrections. As you note, we are also preparing transcript corrections. I agree with the proposal in your letter, namely, that the parties jointly file proposed corrections. However, given the number of transcript corrections that you propose and my ongoing responsibilities in other matters, it is not feasible to check your corrections, cross-reference the two lists, and prepare a single consolidated list for filing by tomorrow, July 26, 2005. Consequently, I propose that we file a motion for enlargement of one week to enable, to the greatest extent possible, the filing of a single consolidated list of mutually agreed changes. Please contact me as soon as possible to let me know if this proposal is acceptable.

Very truly yours,

David Hart

David A. Harrington
Trial Attorney
Commercial Litigation Branch