# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC., )
) No. 98-720 C
)
Plaintiff, )
v. ) Filed July 26, 2005
)
THE UNITED STATES, )
)
Defendant. )

## ORDER

On July 26, 2005, defendant filed a Motion for Enlargement of Time of seven days, to and including Tuesday, August 2, 2005, within which to file and serve corrections to the trial transcript. Defendant's Motion for Enlargement of Time is GRANTED. The parties shall file a single, consolidated list of mutually agreed upon corrections to the trial transcript by Tuesday, August 2, 2005.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge