# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | No. 98-720 C |
| v. | ) | Filed July 27, 2005 |
| THE UNITED STATES, Defendant. | ) | |

## ORDER

During the course of trial, in order to accommodate certain medical conditions of John B. Smith, the United States agreed to designate testimony from the transcript of Mr. Smith's deposition taken February 2, 2004 in lieu of live direct testimony. Plaintiff was permitted to counter-designate testimony from Mr. Smith's deposition in lieu of cross-examination. *See* Trial Tr. at 4427, 4713-21, 4766. (Mr. Smith also testified by telephone. *See* Trial Tr. 4805-06, 5310-33.) On June 27, 2005, defendant filed Objections to Plaintiff's Counter-Designations From the Deposition of John B. Smith, docketed as a "Motion To Strike Certain Counter-Designations From the Deposition of John B. Smith," requesting that the Court strike plaintiff's counter-designations to which defendant objected. On July 11, 2005, plaintiff filed a response brief setting forth the basis for including in the record the counter-designations to which defendant objected. Defendant filed a reply brief on July 25, 2005. The Court has reviewed the parties' filings and the transcript of the deposition of John B. Smith on which each party's designations are marked (Def.'s Ex. 838) and has determined that defendant's Objections to Plaintiff's Counter-Designations From the Deposition of John B. Smith should be, and they hereby are, OVERRULED. Defendant's "Motion To Strike Certain Counter-Designations From the Deposition of John B. Smith," is therefore DENIED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge