**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING CONSOLIDATED LIST OF MUTUALLY AGREED CORRECTIONS TO TRIAL TRANSCRIPT**

Pursuant to the Court's July 26, 2005 order, the United States, upon behalf of both parties, respectfully submits a consolidated list of mutually agreed-upon corrections to the trial transcript in this action. The list of agreed corrections is attached to this notice as Exhibit A.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

July 26, 2005

Attorneys for Defendant