# *Precision Pine & Timber, Inc. v. United States*, No. 98-720C (Fed. Cl.).

## Trial Transcript Corrections

| Transcript Page & Line | Transcribed Text | Corrected Text |
|---|---|---|
| 12:5 | is | are |
| 12:5 | contract | contracts |
| 20:9 | But any | But like any |
| 22:16 | were | was |
| 23:11 | cleaning | planing |
| 24:19 | characterize. | characterize it. |
| 26:22 | owed | owned |
| 27:3 | operate of | operate and of |
| 31:19 | contain | containing |
| 31:20 | pulp wood | pulpwood |
| 31:22 | pulp wood | pulpwood |
| 31:25 | pulp wood | pulpwood |
| 32:1 | pulp wood | pulpwood |
| 32:6 | pulp wood | pulpwood |
| 32:7 | pulp wood | pulpwood |
| 32:10 | pulp wood | pulpwood |
| 36:23 | lumber.  That is | lumber – that is |
| 39:6 | people | timber |
| 44:8 | law | clause |
| 44:17 | law | clause |
| 45:20 | cation | action |
| 50:14 | contract | contracts |

| | | |
|---|---|---|
| 61:19 | The Precision Pine | Precision Pine |
| 74:22 | these | the |
| 79:22 | number | lumber |
| 79:23 | and the surfaced | and surfaced |
| 79:25 | an | and |
| 81:9 | scow | snow |
| 94:20 | yang | gang |
| 94:21 | it he | in the |
| 94:24 | earlier in aerie | in earlier |
| 95:11 | Service | Service’s |
| 97:4 | excipient | equipment |
| 99:3 | food | foot |
| 101:14 | curve | kerf |
| 101:24 | that | the |
| 104:18 | close | closed |
| 105:4 | Sholo | Show Low |
| 105:13 | Sholo | Show Low |
| 106:14 | candy mill | Grand Canyon mill |
| 107:2 | Pasan | Payson |
| 107:3 | Pasan | Payson |
| 107:4 | Movillon | Mogollon |
| 107:6 | Cidgraze | Sitgreaves |
| 107:10 | Pasan | Payson |
| 107:23 | Pasan | Payson |
| 107:25 | Pasan | Payson |
| 108:6 | Pasan | Payson |
| 108:9 | Pasan | Payson |

| | | |
|---|---|---|
| 108:11 | Pasan | Payson |
| 108:17 | Pasan | Payson |
| 109:23 | banding | bandying |
| 109:24 | banding | bandying |
| 110:3 | logs. or | logs or |
| 111:3 | increase | trees |
| 112:24 | Brook Bank | Brookbank |
| 112:25 | Brook Bank | Brookbank |
| 112:25-113:1 | Brook Bank | Brookbank |
| 116:4 | Brook Bank | Brookbank |
| 120:9 | train | terrain |
| 123:7 | in two | into |
| 123:11 | fur | Fir |
| 124:12 | timber? | timber. |
| 124:14 | scales | scaled |
| 124:15 | scale | scaled |
| 124:16 | scale | scaled |
| 124:17 | scale | scaled |
| 124:17 | That's another term | Another term |
| 124:19 | Scridnor | Scribnor |
| 124:21 | broad | board |
| 124:24 | timbre | timber |
| 125:8 | scale | scaled |
| 125:17 | scale | scaled |
| 125:19 | scale | scaled |
| 125:22 | treat-measurement | tree-measurement |
| 125:23 | treat | tree |

| | | |
|---|---|---|
| 127:20 | shock | shop |
| 127:22 | shock | shop |
| 127:23 | shock | shop |
| 128:1 | rate | grade |
| 128:4 | molding of | molding out of |
| 128:6 | shock | shop |
| 128:9 | shock | shop |
| 128:15 | shock | shop |
| 128:24 | shock | shop |
| 129:3 | gradiment | gradermen |
| 129:6 | gradiment | gradermen |
| 129:8 | gradiment | gradermen |
| 129:9 | gradiment | gradermen |
| 129:15 | shock | shop |
| 129:16 | shock | shop |
| 129:21 | gradiments | gradermen |
| 129:23 | gradiments | gradermen |
| 130:10 | shock | shop |
| 130:25 | gradiment | graderman |
| 131:2 | gradmient | graderman |
| 131:13 | gradmient | graderman |
| 136:11 | Precision | Ponderosa |
| 140:3 | measure log | measure a log |
| 140:12 | go | grow |
| 140:13 | goes | grows |
| 141:9 | you a | you use a |
| 144:12 | away | of the way |

| | | |
|---|---|---|
| 147:13 | dimensioned | dimension |
| 147:16 | dimensioned | dimension |
| 156:2 | and | at |
| 163:13 | specie | species |
| 163:15 | specie | species |
| 163:16 | mix | mixed |
| 167:13 | grader man | graderman |
| 169:10 | mix | mixed |
| 179:5 | start | shot |
| 179:15 | subsequence | substance |
| 183:25 | process | processing |
| 185:12 | of | or |
| 187:9 | addition | edition |
| 191:18 | Eaton | Eagar |
| 193:20 | on | in |
| 200:1 | They're | They |
| 216:21 | of | to |
| 218:15 | Precision | Stone |
| 273:14 | Rule 8035 | Rule 803(5) |
| 274:13 | Rule 8035 | Rule 803(5) |
| 274:16 | Rule 8035 | Rule 803(5) |
| 278:7 | they | there |
| 286:9 | Ms. Reporter | Mr. Porter |
| 293:10 | Mr. Deveere | Mr. Devere |
| 293:12 | Mr. Deveere | Mr. Devere |
| 293:16 | Mr. Deveere | Mr. Devere |
| 305:20 | MR. SALTMAN | THE COURT: |

| | | |
|---|---|---|
| 310:10 | fall | saw |
| 363:18 | fall | saw |
| 367:14 | breach | breached |
| 371:16 | grader man | graderman |
| 379:13 | lay | convey |
| 384:10 | Mudd | Mud |
| 384:10 | Hookbank | Brookbank |
| 393:8 | it | it’s |
| 396:14 | petter | better |
| 396:18 | planter | planer |
| 396:20 | planting | planing |
| 396:24 | Snow Flake planter | Snowflake planer |
| 397:4 | planter | planer |
| 397:6 | Planter | Planer |
| 397:19 | petter | better |
| 398:2 | petter | better |
| 399:17 | which | with |
| 399:25 | petter | better |
| 400:6 | petter | better |
| 417:10 | compatibility | comparability |
| 417:16 | compatibility | comparability |
| 418:16 | compatibility | comparability |
| 423:23 | will | well |
| 428:14 | breach | breached |
| 429:2 | breach | breached |
| 430:1 | breach | breached |
| 431:2 | in the issue | in issue |

| | | |
|---|---|---|
| 432:24 | breach | breached |
| 438:11 | rever | aver |
| 443:8 | mbs | mbf |
| 450:2 | shock | shop |
| 450:3 | shock | shop |
| 455:24 | skewer | skew |
| 456:2 | skewer | skew |
| 456:15 | fourth | four |
| 456:17 | shock | shop |
| 456:19 | skewer | skew |
| 458:21 | Ponderosa’s pine lump | Ponderosa pine lumber |
| 459:12 | Elerbe | F.O.B. |
| 459:18 | Elerbe | F.O.B. |
| 461:1 | Elerbe | F.O.B. |
| 461:5 | Elerbe | F.O.B. |
| 461:6 | Elerbe | F.O.B. |
| 465:2 | orderly | quarterly |
| 466:25 | shock | shop |
| 467:2 | shock | shop |
| 467:4 | shock | shop |
| 468:10 | shock | shop |
| 468:25 | shock | shop |
| 469:2 | shock | shop |
| 469:4 | shock | shop |
| 469:5 | shock | shop |
| 469:22 | shock | shop |
| 470:4 | shock | shop |

| | | |
|---|---|---|
| 470:6 | shock | shop |
| 470:8 | shock | shop |
| 471:4 | shock | shop |
| 471:5 | shock | shop |
| 471:11 | shock | shop |
| 471:13 | shock | shop |
| 471:15 | shock | shop |
| 472:14 | shock | shop |
| 472:22 | shock | shop |
| 473:2 | shock | shop |
| 473:5 | shock | shop |
| 473:8 | shock | shop |
| 473:11 | shock | shop |
| 474:7 | shock | shop |
| 474:19 | shock | shop |
| 474:20 | shock | shop |
| 474:23 | shock | shop |
| 474:25 | shock | shop |
| 475:1 | shock | shop |
| 475:22 | shock | shop |
| 507:23 | the paper stumpage | the stumpage |
| 511:2 | scale | scaled |
| 521:7 | assigned | signed |
| 525:14 | log | logs |
| 579:16 | Monaco | Manaco |
| 602:9 | Shawn | Sean |
| 604:13 | Shawn | Sean |

| | | |
|---|---|---|
| 606:18 | crafting | krafting |
| 606:19 | crafting | krafting |
| 615:17 | tear | tare |
| 615:18 | tear | tare |
| 615:19 | tear | tare |
| 619:9 | them | time |
| 622:16 | shaving? | shavings? |
| 642:23 | sales | sale |
| 650:16 | each new of | each of the |
| 651:5 | Prime | Pine |
| 652:18 | Flat weight rate, | Flat rate, |
| 664:6 | Walapai | Hualapai |
| 664:8 | Walapai | Hualapai |
| 680:22 | precision pine | Precision Pine |
| 681:2 | to | for |
| 684:18 | Dailey | Daley |
| 693:18 | Breech | breached |
| 708:19 | lows | logs |
| 719:17 | sales | sale |
| 721:14 | Caspi | Caskey |
| 722:4 | Caspi | Caskey |
| 722:5 | Caspi | Caskey |
| 722:7 | Caspi | Caskey |
| 730:25 | count | date |
| 734:6 | $1,070.01 | 1,070.01 |
| 737:12 | mail | mill |
| 743:10 | log | logs |

| | | |
|---|---|---|
| 747:5 | 11,000 30-board | 11,030 board |
| 747:7 | 11,000 of 30-board | 11,030 board |
| 747:16 | 11,000 and 30 | 11,030 |
| 755:2 | would people | would be people |
| 755:3 | ripes | wrights |
| 760:22 | $1,069.93 | 1,069.93 |
| 762:9 | read. | ready. |
| 767:15 | affects | effects |
| 788:2 | remainder logger | remainder of the logger |
| 801:1 | Caski | Caskey |
| 801:1 | t his | this |
| 801:10 | kn ow | know |
| 801:11 | Caski | Caskey |
| 801:13 | Caski | Caskey |
| 808:6 | existed. Not | existed, not |
| 809:5 | owns | own |
| 821:4 | Deveere | Devere |
| 821:7 | Deveere | Devere |
| 821:12 | Deveere | Devere |
| 821:15 | Deveere | Devere |
| 859:20 | paper | taper |
| 888:1 | columns; | commons; |
| 888:2 | size in | ties and |
| 890:1 | kill | scale |
| 891:7 | columns and dimensions of timbers | commons and dimensions and timbers |
| 900:23 | possibility | profitability |

| | | |
|---|---|---|
| 910:1 | focal | vocal |
| 910:2 | role | roll |
| 934:15 | confirm | confirmed |
| 942:4 | shock | shop |
| 942:5 | shock | shop |
| 942:6 | shock | shop |
| 962:21 | resending | rescinding |
| 963:6 | resending | rescinding |
| 1014:12 | and | and was |
| 1016:5 | Tristar would have | Tristar have |
| 1020:1 | pay | paid |
| 1022:12 | of | at |
| 1031:4 | sell | so |
| 1031:23 | sale of cruise | sale cruise |
| 1044:5 | evidence | evident |
| 1045:10 | and were | and we were |
| 1045:11 | purchase and | purchaser |
| 1045:16 | purchase or | purchaser |
| 1045:17 | purchase or | purchaser |
| 1047:8 | call | recall |
| 1084:20 | and | in |
| 1091:5 | sawed | saw |
| 1100:19 | sawed | saw |
| 1100:21 | sawed | saw |
| 1100:24 | sawed | saw |
| 1101:1 | sawed | saw |
| 1106:19 | Steve Reed | Steve Reidhead |

| | | |
|---|---|---|
| 1109:7 | Mr. Reed | Mr. Reidhead |
| 1109:11 | saw mills | sawmills |
| 1109:13 | saw mills | sawmills |
| 1139:16 | Trauma | Chama |
| 1191:23 | billed | built |
| 1191:25 | billed | built |
| 1223:4 | Precision | Ponderosa |
| 1247:25 | Mr. Sultan | Mr. Saltman |
| 1248:2 | waive | raise |
| 1265:16 | equally, even | inquiries into |
| 1267:11 | poor | Forest |
| 1267:12 | starting | Guardian |
| 1282:1 | Tinney | Tenney |
| 1284:4 | Kennedy | Tenney |
| 1302:4 | pattern | tally |
| 1326:9 | seel | sell |
| 1369:17 | cells | sales |
| 1370:14 | deviation | dbh |
| 1371:2 | of thrust | at breast |
| 1373:7 | deviation | percent |
| 1373:12 | deviation | percent |
| 1393:25 | scales | scale |
| 1454:19 | MR. SALTMAN | THE COURT |
| 1498:14 | determination | termination |
| 1524:17 | normal Mud contract | normal operating season on the Mud contract |
| 1532:14 | graft | graph |

| | | |
|---|---|---|
| 1537:17 | saw mill | sawmill |
| 1541:11 | saw mill | sawmill |
| 1541:13 | saw mill | sawmill |
| 1542:11 | a | as |
| 1542:21 | renew | remove |
| 1543:9 | saw mill | sawmill |
| 1544:17 | saw mill | sawmill |
| 1545:1 | saw mill | sawmill |
| 1546:1 | saw mill | sawmill |
| 1553:19 | pre-profit | pre-bid |
| 1565:7 | frontal | profit |
| 1567:7 | saw mills | sawmills |
| 1582:12 | ale | sale |
| 1584:22 | Sag 10 | Sag-Ken |
| 1590:23 | Were | Was |
| 1594:5 | EP&T | PP&T |
| 1599:14 | nay | Hay |
| 1600:14 | ACON | Hay |
| 1600:25 | hay | Hay |
| 1601:14 | hay | Hay |
| 1613:2 | hay | Hay |
| 1613:6 | hay | Hay |
| 1613:13 | hay | Hay |
| 1613:22 | hay | Hay |
| 1614:1 | hay | Hay |
| 1614:3 | hay | Hay |
| 1614:9 | hay | Hay |

| | | |
|---|---|---|
| 1615:4 | saw mills | sawmills |
| 1615:11 | saw mills | sawmills |
| 1629:2 | add | had |
| 1636:9 | period | portion |
| 1705:23 | ethnics | ethics |
| 1709:20 | suggestive | suggested |
| 1714:15 | gather | father |
| 1715:12 | Snow Flake | Snowflake |
| 1715:22 | Snow Flake | Snowflake |
| 1715:24 | Snow Flake | Snowflake |
| 1717:4 | MR. HARRINGTON | MR. GOEKEN |
| 1717:7 | BY MR. HARRINGTON | BY MR. GOEKEN |
| 1720:16 | at Heber | at the Heber |
| 1721:13 | BY MR. HARRINGTON | BY MR. GOEKEN |
| 1721:18 | MR. HARRINGTON | MR. GOEKEN |
| 1721:21 | BY MR. HARRINGTON | BY MR. GOEKEN |
| 1722:4 | BY MR. HARRINGTON | BY MR. GOEKEN |
| 1723:1 | BY MR. HARRINGTON | BY MR. GOEKEN |
| 1723:7 | finished | finished with |
| 1723:20 | haul out | haul route |
| 1723:21 | discuss, as | discuss; and |
| 1724:1 | timber stock | timber sale |
| 1726:8 | limp | limb |
| 1727:17 | BY MR. HARRINGTON | BY MR. GOEKEN |
| 1731:11 | stomage | stumpage |
| 1733:25 | BY MR. SALTMAN | BY MR. GOEKEN |
| 1736:12 | Brookband | Brookbank |

| | | |
|---|---|---|
| 1736:16 | page | pay |
| 1738:15 | inscripe | inscribe |
| 1741:8 | Reinhead | Reidhead |
| 1743:19 | share | shears |
| 1743:20 | filer buncher | feller-buncher |
| 1743:24 | a D-6 sea crawler | a D-6C crawler |
| 1746:16 | cuttings | cutting |
| 1750:8 | you | your |
| 1751:17 | geared | governed |
| 1752:13 | Inf act | In fact |
| 1758:19 | same | same time |
| 1831:16 | knockwood | roundwood |
| 1833:12 | 02131 | 02-131 |
| 1843:1 | BY MR. SALTMAN | BY MR. HARRINGTON |
| 1854:14 | Nutrio also | Nutrioso |
| 1898:7 | inclined | advised |
| 1920:19 | Zumi | Zuni |
| 1943:1 | round wood | roundwood |
| 1943:2 | kettle of the multiproduct | Kettle multiproduct |
| 1943:9 | round wood | roundwood |
| 1943:23 | round wood | roundwood |
| 1944:1 | consider | contract |
| 1944:4 | round wood | roundwood |
| 1956:17 | outback | outlet |
| 1956:20 | outback | outlet |
| 1957:10 | pis beetle description | ips beetle restriction |
| 1967:1 | Sherman | Schirman |

| | | |
|---|---|---|
| 1973:16 | Sherman | Schirman |
| 1973:18 | Sherman | Schirman |
| 1974:5 | Sherman | Schirman |
| 1974:11 | Sherman | Schirman |
| 1974:12 | Sherman | Schirman |
| 1975:4 | Sherman | Schirman |
| 1975:17 | Sherman | Schirman |
| 1976:19 | Mr. Gain | Mr. Goeken |
| 1979:15 | principle | principal |
| 2038:7 | Haulapai | Hualapai |
| 2038:9 | Haulapai | Hualapai |
| 2038:15 | Magaffy | McGaffy |
| 2038:17 | Magaffy | McGaffy |
| 2038:18 | Magaffy | McGaffy |
| 2073:5 | options | auction |
| 2077:25 | shock | shop |
| 2079:7 | this average | this an average |
| 2096:12-13 | Sit Greaves | Sitgreaves |
| 2140:22 | makings | maintenance |
| 2143:20 | $18,672 | 18,672 |
| 2143:24 | $23,541 | 23,541 |
| 2144:16 | $23,000 | 23,000 |
| 2147:8 | ominous | synonymous |
| 2148:10 | on | of |
| 2148:11 | facing | face |
| 2151:13 | Pleasantail | Pleasanton |
| 2156:1 | side | site |

| | | |
|---|---|---|
| 2160:9 | Umfall | Umpqua |
| 2162:9 | Blane | Lane |
| 2168:17 | change | chain |
| 2168:18 | change, packing the people | chain, talking to people |
| 2209:19 | rage | rate |
| 2216:3 | Ody | O.D. |
| 2216:10 | Ody | O.D. |
| 2216:14 | Ody | O.D. |
| 2222:16 | foregasted | before taxes |
| 2224:13 | was off onto | wasn't off until |
| 2319:23 | enveloped | developed |
| 2352:6 | Increase | Entries |
| 2360:9 | WPA | WWPA |
| 2365:19 | binding | grindings |
| 2366:18 | sixth-test | six-test |
| 2390:9 | dumpage | stumpage |
| 2404:25 | of | or |
| 2406:4 | stuffage | stumpage |
| 2406:14 | mud | Mud |
| 2408:7 | mud | Mud |
| 2408:9 | mud | Mud |
| 2408:12 | load | logs |
| 2410:23 | mud | Mud |
| 2412:5 | mud | Mud |
| 2417:1 | mud | Mud |
| 2418:7 | in-processed | in-process |
| 2430:25 | mud | Mud |

| | | |
|---|---|---|
| 2431:7 | mud | Mud |
| 2432:7 | plywood | pulpwood |
| 2432:9 | round wood | roundwood |
| 2432:14 | round wood | roundwood |
| 2432:23 | round wood | roundwood |
| 2433:12 | stone | Stone |
| 2437:20 | round wood | roundwood |
| 2443:11 | purchase | produce |
| 2580:11 | calling | hauling |
| 2598:25 | Forrest | Forest |
| 2616:23 | $2.3 | 2.3 |
| 2633:22 | Sine | Since |
| 2644:16 | aid | add |
| 2662:15 | films | kilns |
| 2709:22 | subscriptions | descriptions |
| 2710:7 | fourth | four |
| 2711:2 | random | Random |
| 2711:3 | lengths | Lengths |
| 2722:8 | paid | made |
| 2724:14 | hither | higher |
| 2731:5 | stone | Stone |
| 2732:11 | long | log |
| 2734:19 | MR. HARRINGTON | MR. SALTMAN |
| 2750:18 | scales | sales |
| 2750:18 | types of scales | of sales |
| 2758:14 | June 15th | page 15 |
| 2811:2 | $14.889 | 14.889 |

| | | |
|---|---|---|
| 2811:14 | would | what |
| 2841:5 | past pre-claim | pass through claim |
| 2846:10 | is | if |
| 2869:17 | preparation testimony | preparation for testimony |
| 2880:3 | TP | teepee |
| 2880:7 | TP | teepee |
| 2880:8 | TP | teepee |
| 2880:19 | TP | teepee |
| 2883:16 | Panwitch | Pangwitch |
| 2894:10 | multiplied | multi-product |
| 2898:13 | MR. HARRINGTON | MR. SALTMAN |
| 2900:6 | timbre sale would I have | timber sale would have |
| 2900:19 | no | now |
| 2903:25 | lock | lop |
| 2904:3 | lock | lop |
| 2904:14 | locking | lopping |
| 2905:4 | ground | crown |
| 2905:18 | lopp | lop |
| 2905:24 | in the | in the |
| 2906:7 | fold in depth | be felled and decked |
| 2906:23 | had outlet | had no outlet |
| 2907:6 | craft | kraft |
| 2907:10 | effected | affected |
| 2910:24 | Learning Tree | learned treatise |
| 2910:24-25 | Learning Tree itself was not | learned treatise itself is not |
| 2912:2 | the first board foot, the | the first, board foot – the |
| 2912:4 | the abbreviated | abbreviated bd ft |

| | | |
|---|---|---|
| 2912:5 | board foot, not in | note in |
| 2912:8 | the announced slag??, sacker calmly 1,000 board feet | the amount of slab, and saw kerf, commonly, 1,000 board feet |
| 2912:9 | written MBF | written as 1 MBF |
| 2912:9 | foot | feet |
| 2912:10 | as: MMBF | as: 1 mmbf |
| 2913:21 | craft | kraft |
| 2915:6 | sawer | sawyer |
| 2915:7 | sawer | sawyer |
| 2915:10 | sawer | sawyer |
| 2915:13 | of? And | of scale |
| 2915:21 | tree | (3) |
| 2915:22 | or utilization, to | (4) utilization, to |
| 2915:24 | fuel wood | fuelwood |
| 2915:25 | check scaler and Braden | checkscaler grading |
| 2917:6 | Curve, is based on a | Kerf, is based on |
| 2918:19 | relief | relied |
| 2919:19 | b ut | but |
| 2922:3 | round wood | roundwood |
| 2922:8 | round wood | roundwood |
| 2926:18 | FBA | SBA |
| 2926:19 | FBA | SBA |
| 2927:3 | Loren | Lorin |
| 2928:22 | Loren | Lorin |
| 2931:25 | Loren | Lorin |
| 2932:25 | Remsey | Rensi |

| | | |
|---|---|---|
| 2936:11 | interventions | intervention |
| 2936:12 | to make us briefs | briefs, |
| 2945:19 | sympathy | syntilating |
| 2957:25 | perspectus | prospectus |
| 2961:12 | Manoco | Manaco |
| 2961:13 | sale | sales |
| 2962:14 | Graves | Sitgreaves |
| 2962:21 | LD | O.D. |
| 2972:10 | UR sale | U-Bar sale |
| 2982:20 | barks | bark |
| 2989:6 | Verdi | Verde |
| 3010:16 | seek that | seek to admit that |
| 3021:19 | talking | taking |
| 3069:17 | property | properly |
| 3079:22 | bowl | bole |
| 3135:1-2 | by at least less than its losses | or at least lessen its losses |
| 3151:15 | no | know |
| 3155:6 | product | profit |
| 3162:2 | no | know |
| 3183:5 | saw | say |
| 3196:25 | also that | also asking that |
| 3221:25 | equipment | schedule |
| 3225:6 | beseems | bespeaks |
| 3228:13 | log | lost |
| 3230:3 | Sisque | Sitgreaves |
| 3230:4 | Sisque | Sitgreaves |
| 3232:18 | purchaser chips | purchaser of chips |

| | | |
|---|---|---|
| 3235:21 | the Eager | Hay to the Eagar |
| 3318:25 | 1995-1969 | 1995-1996 |
| 3320:3 | on the contract | on the contracts |
| 3341:22 | figure alludes | figure eludes |
| 3352:1 | price column | price column and |
| 3351:11 | fair bid of | fair bit of |
| 3391:13 | product | products |
| 3392:17 | mixers | mixes |
| 3402:23 | who | what |
| 3437:15 | Northern Goss Hawk | Northern Goshawk |
| 3438:3 | Northern Goss Hawk | Northern Goshawk |
| 3439:2 | Northern Goss Hawk | Northern Goshawk |
| 3439:24 | Goss Hawk | Goshawk |
| 3440:3 | Northern Goss Hawk | Northern Goshawk |
| 3440:13 | Northern Goss Hawk | Northern Goshawk |
| 3441:9 | aware there | aware of there |
| 3442:25 | Northern Goss Hawk | Northern Goshawk |
| 3443:5 | Goss Hawk | Goshawk |
| 3455:8 | phrased | phrase |
| 3490:1 | brief | breach |
| 3497:11 | hear | here |
| 3499:18 | substantially | substantial |
| 3513:20 | Nowhere, yes. | Not yet. |
| 3514:6 | charge | page |
| 3516:3 | plain | planed |
| 3522:17 | for | where |
| 3524:19 | fourth quarter | “four quarter” |

| | | |
|---|---|---|
| 3525:12 | fourth | four |
| 3529:23 | shot | shop |
| 3530:20 | invoices properly categorize | invoices, properly categorized, |
| 3539:15 | section) of the | section of the |
| 3540:11 | agreement | period |
| 3552:8 | Ness' – model | Ness' – "model |
| 3556:9 | Ponderosa | Precision |
| 3576:12 | I'm | I |
| 3589:5 | lease | least |
| 3599:16 | lease | least |
| 3600:15 | pointing yo | pointing you |
| 3602:1 | big | bid |
| 3739:10 | Precision | Ponderosa |
| 3756:2 | quarters | quarts |
| 3759:7 | transactional | transaction |
| 3828:16 | cabbing | calvin |
| 3840:6 | You suffer | Yew sucker |
| 3840:9 | suffer | sucker |
| 3840:13 | U Creek | Yew Creek |
| 3841:21 | HARRINGTON | SALTMAN |
| 3866:19 | PSSA | TSSA |
| 3867:1 | PSSAs | TSSAs |
| 3886:5 | questionnaire | questino |
| 3895:4 | MR. SALTMAN | THE COURT |
| 3898:9 | the | an |
| 3917:2 | riles | files |

| | | |
|---|---|---|
| 3920:12 | three's | there is |
| 3926:7 | rant | grant |
| 3929:23 | no | on |
| 3937:19 | tb | It |
| 3937:24 | medication | modification |
| 3948:11 | nate | not |
| 3951:11 | three | there |
| 4084:11 | Borrow | Bar O |
| 4094:3 | ground | round |
| 4135:13 | Forestry people in region | forestry people in Region |
| 4136:17 | sale | scale |
| 4137:11 | region | Region |
| 4137:24 | region | Region |
| 4155:17 | crib | crew |
| 4155:20 | on to | onto |
| 4159:20 | region | Region |
| 4192:5 | from | of |
| 4196:22 | Furdonia | Fredonia |
| 4209:16 | Merritt | Maurer |
| 4212:10 | for | or |
| 4234:18 | Umqua | Umpqua |
| 4234:25 | Umqua | Umpqua |
| 4235:3 | Umqua | Umpqua |
| 4250:12 | Umqua | Umpqua |
| 4256:7 | pumping | consulting |
| 4348:24 | inland | Inland |
| 4410:5 | reputing | refuting |

| | | |
|---|---|---|
| 4415:17 | Maur | Maurer |
| 4415:22 | Maur | Maurer |
| 4415:24 | Maur | Maurer |
| 4416:11 | Maur | Maurer |
| 4416:24 | Maur | Maurer |
| 4417:19 | take in Mr. | take Mr. |
| 4417:20 | Maur | Maurer |
| 4428:15 | Maur | Maurer |
| 4430:19 | Maur | Maurer |
| 4431:7 | Maur | Maurer |
| 4431:8 | Maur | Maurer |
| 4431:14 | Maur | Maurer |
| 4431:17 | Maur | Maurer |
| 4431:23 | Maur | Maurer |
| 4432:3 | Maur | Maurer |
| 4432:5 | Maur | Maurer |
| 4432:17 | Maur | Maurer |
| 4433:12 | Maur | Maurer |
| 4433:16 | Maur | Maurer |
| 4433:22 | Maur | Maurer |
| 4434:7 | ranger district | Ranger District |
| 4435:1 | Maur | Maurer |
| 4437:1 | Maur | Maurer |
| 4437:16 | Maur | Maurer |
| 4443:17 | annuals | manuals |
| 4455:18 | rehearse | revisit |
| 4492:2 | ips | Ips |

| | | |
|---|---|---|
| 4501:19 | NIFMA | NFMA |
| 4501:22 | NIFMA | NFMA |
| 4533:13 | suspicion | such |
| 4536:3 | Sherman | Schirman |
| 4559:25 | Brook Bank | Brookbank |
| 4561:4 | diverted | deferred |
| 4562:10 | round wood | roundwood |
| 4563:10 | pulp wood | pulpwood |
| 4565:3 | Terri | Terry |
| 4570:5 | Settle | Kettle |
| 4586:11 | Srpingville | Springerville |
| 4590:19 | deputy | Deputy |
| 4590:20 | forest supervisor | Forest Supervisor |
| 4590:21 | deputy forest supervisor | Deputy Forest Supervisor |
| 4590:23 | forest supervisor | Forest Supervisor |
| 4591:5 | deputy | Deputy |
| 4591:6 | forest supervisor | Forest Supervisor |
| 4603:7 | BD | BT |
| 4616:9 | Monaco | Manaco |
| 4623:4 | Monaco | Manaco |
| 4625:13 | Monaco | Manaco |
| 4625:16 | Monaco | Manaco |
| 4625:19 | Monaco | Manaco |
| 4627:6 | Monaco | Manaco |
| 4629:11 | Monaco | Manaco |
| 4630:13 | Monaco | Manaco |
| 4630:18 | Monaco | Manaco |

| | | |
|---|---|---|
| 4630:21 | Monaco | Manaco |
| 4643:4 | Monaco | Manaco |
| 4651:19 | Monaco | Manaco |
| 4654:4 | Maur | Maurer |
| 4660:9 | Maur’s | Maurer’s |
| 4663:15 | Maur | Maurer |
| 4706:8 | review | refer |
| 4708:4 | Wrigton | Wright |
| 4708:6 | in teaching | impeaching |
| 4721:24 | Overguard | Overgaard |
| 4804:14 | Ritton Miller | Wright & Miller |
| 4809:14 | can get assist | can assist |
| 4817:20 | Ye, | Yes, |
| 4852:4 | because you | because of you |
| 4889:11 | cell | sale |
| 4889:13 | cells | sales |
| 4891:20 | grant | graph |
| 4893:16 | object | objection |
| 4971:25 | bar | bark |
| 4973:7 | $31,264.25 | 31,264.25 mbf |
| 4977:7 | 3:60 | 3:50 |
| 4979:19 | THE COURT | MS. CONNEELY |
| 5005:24 | Newberger | Neuberger |
| 5012:21 | document | documents |
| 5020:4 | on | one |
| 5023:2 | breach | breached |
| 5029:17 | re-back | read back |

| | | |
|---|---|---|
| 5031:23 | for | [delete "for"] |
| 5092:16 | in | and |
| 5093:8 | prefer | refer |
| 5101:18 | weight | weighted |
| 5101:19 | of | [delete "of"] |
| 5120:14 | decide | decision |
| 5132:18 | is | uses |
| 5133:25 | Mousman | Moosman |
| 5136:25 | facts | fax |
| 5137:10 | facts | fax |
| 5137:17 | Mousman | Moosman |
| 5142:11 | Mousman | Moosman |
| 5143:21 | Mousman | Moosman |
| 5144:5 | Mousman | Moosman |
| 5144:20 | Mousman | Moosman |
| 5144:25 | Mousman | Moosman |
| 5145:7 | Mousman | Moosman |
| 5148:25 | crop | profit |
| 5149:4 | performers | pro formas |
| 5149:13 | profit | product |
| 5149:13 | radios | ratios |
| 5150:1 | Mousman | Moosman |
| 5151:15 | Mousman | Moosman |
| 5153:7 | MAN'S VOICE | MR. HARRINGTON |
| 5156:7 | would | you would |
| 5163:6 | revenue | total |
| 5163:6 | Mousman | Moosman |

| | | |
|---|---|---|
| 5165:21 | barely | clearly |
| 5167:3 | Mousman | Moosman |
| 5168:9 | Mousman | Moosman |
| 5168:23 | Mousman | Moosman |
| 5169:9 | soft timber | saw timber |
| 5174:12 | looking | looking at |
| 5175:12 | rapid | rabbit |
| 5177:5 | The transfer | Tri-Star |
| 5180:1 | pump | pulp |
| 5180:2 | pump | pulp |
| 5183:22 | Q | A |
| 5184:23 | in tact | intact |
| 5187:6 | sale | sales |
| 5187:14 | three | third |
| 5191:6 | 4,050 | 4,750 |
| 5192:18 | 4,050 and | 4,750 |
| 5194:16 | breach | breached |
| 5195:9 | breach | breached |
| 5198:7 | William | Williams |
| 5201:24 | I | It |
| 5201:24 | 60 | 6D |
| 5203:3 | lessors | ledgers |
| 5208:4 | start | starts |
| 5209:11 | access | axis |
| 5209:15 | access | axis |
| 5209:18 | date | data |
| 5210:4 | standards errors | standard error |

| | | |
|---|---|---|
| 5214:12 | Q Mr. Ness, there's | Q There's |
| 5218:20 | MR. GOEKEN | MR. HARRINGTON |
| 5238:14 | for | per |
| 5255:13 | /service | surface |
| 5257:7 | loss | lost |
| 5288:11 | different jive | did not jibe |
| 5417:3 | installments | sawmills |
| 5417:5 | installments | sawmills |
| 5436:20 | thine | think |
| 5453:21 | affects | effects |
| 5456:25 | duty to | duty not to |
| 5481:11 | indexed | index |
| 5481:19 | Moyellon | Mogollon |
| 5481:21 | southern pine | Southern Pine |
| 5481:22 | Moyellon | Mogollon |
| 5484:10 | Rule 50 (c) | Rule 5(c) |
| 5486:5 | Mr. Moosman's, is Mr. Moosman? | Mr. Moosman's testimony. Mr. Moosman |
| 5530:4 | | MR. SALTMAN |
| 5567:24 | lid | lay |
| 5573:12 | PSSAs | TSSAs |
| 5579:21 | MR. SALTMAN | MR. HARRINGTON |
| 5579:25 | MR. HARRINGTON | MR. SALTMAN |
| 5587:1 | crest | breast |
| 5593:1 | The Brand | The Brann |
| 5601:16 | deviations | DBH's |
| 5606:1 | Put | Took |

| | | |
|---|---|---|
| 5714:18 | million | milling |