# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br><br>Filed August 5, 2005 |

## ORDER

By Order of June 21, 2005, the Court ordered the parties to file an agreed list of corrections to the trial transcript by July 26, 2005. That deadline was extended until August 2, 2005 by order dated July 26, 2005. On August 2, 2005 the parties filed a "Notice of Filing" with an attached list of agreed "Trial Transcript Corrections" (Docket No. 377).

Having reviewed the corrections proposed by the parties, the Court concurs with their view that the corrections should be made. Accordingly, the Court hereby directs the Clerk of the Court to furnish promptly to Heritage Reporting Corporation ("Heritage") a copy of the parties' "Notice of Filing" and the attached list of agreed "Trial Transcript Corrections," along with a copy of this Order. The Court ORDERS that Heritage shall make the corrections proposed by the parties. The parties' initial post-trial briefs are due to be filed on September 2, 2005, so time is of the essence.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge