**IN THE UNITED STATES COURT OF FEDRAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT ON POST-TRIAL OPENNING BRIEF**

Plaintiff respectfully requests that the Court grant it leave to exceed the 60-page limit set for the opening post-trial brief. Counsel for plaintiff has contacted counsel for defendant, who has stated that defendant does not concur in this motion.

As the Court is aware, plaintiff bears the burden of proof of its damages. Needless to say, given all of the assertions that were raised in the course of a five and a half week trial, in meeting this burden there are many points that require exposition. As Plaintiff is nearing completion of its opening brief, despite its best efforts it keep its arguments short, it has realized that, in order to deal with the issues before the Court adequately, it requires that the page limitation be enlarged to 85.

For the foregoing reasons, plaintiff respectfully requests that the Court grant its motion to file an 85-page opening brief.

Respectfully submitted,

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
Bryan T. Bunting
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 –facsimile

Dated: August 24, 2005