**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE IN OPPOSITION TO**
**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

On August 25, 2005, plaintiff, Precision Pine & Timber, Inc., filed a motion seeking leave to exceed (by 25 pages) the 60-page limit for post-trial briefs established by the Court's June 21, 2005 order. The United States respectfully opposes Precision Pine's motion.[1]

The page limit in the Court's order was established at the close of trial *in consultation with counsel for both parties*. The page limit is reasonable. Further, a significant increase in the size allowed for post-trial briefing would, at this late date, be unfair and prejudicial. The United States has drafted a post-trial brief with the understanding that it would be subject to a 60-page limit. While the United States' brief has not been finalized, it would not be feasible to rework the brief to accommodate an increase of 25 pages at this juncture. Nor is Precision Pine suggestion that it has some unique need for additional pages valid. Both parties must address the same issues and both parties' briefs are being submitted at the same time.

[1] While we do not view the agreed 60-page limit as unreasonable or burdensome, in the spirit of compromise, we informed Precision Pine's counsel that we would not oppose a request to increase the page limit for both parties to 70 pages. Precision Pine's counsel was not interested in this compromise.

The Court heard both parties' views at the conclusion of trial and established a page limit taking those views into account. Accordingly, the United States respectfully requests that the Court deny Precision Pine's request for a 25-page increase in the page limit for its post-trial brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

OF COUNSEL:

Patricia L. Disert
Lori Polin Jones
Office of the General Counsel
U.S. Department of Agriculture

August 29, 2005