# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed August 29, 2005 |
| THE UNITED STATES, Defendant. | |

ORDER

On August 25, 2005, plaintiff filed a motion to exceed the 60-page limit on its opening post-trial brief by 25 pages. Plaintiff requested an increase in the page limit in order to deal with the issues that were raised during the trial on damages. Defendant filed an opposition to plaintiff's motion on August 29, 2005. Defendant argued that the 60-page limit was established at the close of trial in consultation with counsel for both parties, and that granting a 25-page increase at this stage would be unfair and prejudicial. Defendant also stated that it had advised plaintiff that it would not oppose a request to increase the page limit for both parties to 70 pages.

In the Court's experience, more length does not necessarily make for a better post-trial brief. A reasonable page limitation forces the parties to focus on the most important issues and to omit or truncate their discussion of issues of lesser importance. When the parties exercise such judgment they both improve the persuasive effect of their briefs and assist the Court in making effective use of their briefs in arriving at a fair and just resolution of the case.

In consideration of the above, plaintiff's motion is GRANTED IN PART. The Court ORDERS that the page limit for both parties' opening post-trial briefs shall be, and the same hereby is, increased to 70 pages.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge