# DEFENDANT'S APPENDIX

# CONVERSION OF TIMBER VOLUMES FROM CCF TO MBF (L.S.)

## *Percent Overstatement Of Contract Timber*

| Contract | Contract-Specific Conversion Factor | Precision Pine's "Rule of Thumb" Conversion Factor | Percent Overstatement |
|---|---|---|---|
| Brookbank | 0.4780 | 0.5000 | 4.6% |
| Hutch-Boondock | 0.4656 | 0.5000 | 7.6% |
| Kettle | 0.4757 | 0.5000 | 5.1% |
| Manaco | 0.4845 | 0.5000 | 3.2% |
| Monument | 0.4456 | 0.5000 | 12.2% |
| Mud | 0.4516 | 0.5000 | 10.7% |
| Sag-Kennedy | 0.5000 | 0.5000 | 0.0% |
| Salt | 0.4652 | 0.5000 | 7.5% |

Source: PX4-5, 9-10, 13-14.

# PROFITABILITY OF PRECISION PINE'S CONTRACTS

***Using Lorin Porter's July 17, 1995 Projections And Robert Ness's Roundwood Cost Figures***

| Contract | Gross Profit On Lumber And By-Products | Costs Due To Roundwood | Total Gross Profit |
|---|---|---|---|
| Brookbank | $238,187 | $401,025 | ($162,838) |
| Hay | $947,785 | n/a | $947,785 |
| Jersey Horse | ($52,985) | n/a | ($52,985) |
| Kettle | $120,352 | $296,850 | ($176,498) |
| Manaco | $43,277 | $101,100 | ($57,823) |
| Monument | $20,437 | $82,500 | ($62,063) |
| Mud | $211,913 | $304,500 | ($92,587) |
| O.D. Ridge | $158,256 | n/a | $158,256 |
| Sag-Kennedy | $68,028 | $124,350 | ($56,322) |
| Salt | ($94,487) | $137,625 | ($232,112) |
| U-Bar | ($22,494) | n/a | ($22,494) |

Note: Gross profit figures are taken from Precision Pine's July 17, 1995 profit projections. Roundwood costs are calculated at $75.00 per ccf in accordance with Mr. Ness's cost figures and testimony.

Source: DX519; DX521-45; PX131; (exhibit 4 & App. A); Tr. 2597-99, 2754, 2843 (Ness).

# CORRECTED LOG HAULING COSTS

***Per Costs In Precision Pine Annual Financial Statements***

## During December 1996 and January 1997

| | |
|---|---|
| FYE March 31, 1997 Logging & Hauling Costs | $154.64 /mbf (l.s.) |
| Pre-Suspension Logging & Hauling Costs | $93.70 /mbf (l.s.) |
| | ---------------- |
| Increase in Costs (Hay) (per mbf) | $64.94 /mbf (l.s.) |

| | |
|---|---|
| Increase in Costs (Hay) (per mbf) | $64.94 /mbf (l.s.) |
| Total Volume Removed | 1,070 mbf (l.s.) |
| | ---------------- |
| Additional Hauling Costs | $69,485.80 |

| | |
|---|---|
| Additional Hauling Costs | $69,485.80 |
| Reduction in Hauling Costs for Green Lumber | $33,437.50 |
| | ---------------- |
| ***Total Additional Hauling Costs*** | ***$31,768.30*** |

## During 1998

| | |
|---|---|
| FYE March 31, 1999 Logging & Hauling Costs | $137.47 /mbf (l.s.) |
| Pre-Suspension Logging & Hauling Costs | $93.70 /mbf (l.s.) |
| | ---------------- |
| Increase in Costs (Hay) (per mbf) | $43.77 /mbf (l.s.) |

| | |
|---|---|
| Increase in Costs (Hay) (per mbf) | $43.77 /mbf (l.s.) |
| Total Volume Removed | 1,662 mbf (l.s.) |
| | ---------------- |
| Additional Hauling Costs | $72,745.74 |

| | |
|---|---|
| Additional Hauling Costs | $72,745.74 |
| Reduction in Hauling Costs for Green Lumber | $14,542.50 |
| | ---------------- |
| ***Total Additional Hauling Costs*** | ***$58,203.24*** |

Source: PX248; PX318; DX68.