**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PRECISION PINE & TIMBER, INC., )
)
Plaintiff, )
)
v. ) No. 98-720C
) (Judge George W. Miller)
THE UNITED STATES, )
)
Defendant. )
)

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A CORRECTED POST-TRIAL BRIEF AND PROPOSED FINDINGS OF FACT *NUNC PRO TUNC***

Plaintiff respectfully moves for leave to file a corrected Post-Trial Brief and Proposed Findings of Fact *nunc pro tunc*. The basis for the motion is that, subsequent to the filing of its brief, plaintiff was contacted by defendant with regard to a suggestion made on page 32 of plaintiff's original post-trial brief with respect to the testimony of one of defendant's witnesses, Mr. Maurer. Upon receipt of defendant's letter on the subject, counsel for plaintiff re-examined all of the facts and circumstances surrounding the subject regarding which Mr. Maurer had testified.

Based on that review, plaintiff continues to believe that the facts are at odds with Mr. Maurer's testimony. However, plaintiff also believes that evidence leading to the unavoidable conclusion that his testimony was perjurious is lacking. As such, plaintiff seeks leave to file the

corrected brief and corrected proposed findings of fact[1] (copy attached), to delete any suggestion to the contrary.

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
Bryan T. Bunting
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: September 12, 2005

[1] The only changes to the original version of these documents appear at page 32 of the brief and page 132 of the proposed findings.