# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 98-720 C

Filed September 16, 2005

ORDER

On September 12, 2005, the Plaintiff filed a Motion for Leave to File a Corrected Post-Trial Brief and Proposed Findings of Fact *Nunc Pro Tunc* (Docket Entry 386). Plaintiff's reason for this request was to delete any suggestion in the Plaintiff's Post-Trial Brief and Proposed Findings of Fact, filed September 2, 2005 (Docket Entries 384 and 385), that the testimony of one of Defendant's witnesses was perjurious. Plaintiff's Motion is unopposed by Defendant and appears to have been initiated at Defendant's request. Plaintiff's Motion for Leave to File a Corrected Post-Trial Brief and Proposed Findings of Fact *Nunc Pro Tunc* is GRANTED. The Clerk shall cause to be filed Plaintiff's Corrected Post-Trial Brief and Proposed Findings of Fact, which were attached to the Motion for Leave to File, and Plaintiff's Corrected Brief and Proposed Findings of Fact shall be deemed to have been filed as of September 2, 2005.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge