IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 98-720C |
| v. | ) | |
| | ) | (Judge George Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 17-day enlargement of time, to and including November 14, 2005, within which to file its post-trial response brief. Our response brief is currently due on October 28, 2005. Defendant's counsel contacted plaintiff's counsel regarding this motion. Plaintiff's counsel states that plaintiff takes no position on the enlargement.

This enlargement is necessary to afford the Government sufficient time to finish drafting, incorporating comments of agency counsel, and obtaining review of our response brief in this case. Defendant's counsel has been on paternity leave since September 12, 2005 and is not expected to return to the office until October 11, 2005. Accordingly, defendant seeks a modest enlargement of an additional 17 days to file its response brief.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/David A. Harrington by Marla T. Conneely
DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

October 7, 2005

Attorneys for Defendant