# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br>Filed October 7, 2005 |

ORDER

On October 7, 2005, defendant filed a Motion for Enlargement of Time within which to file its post-trial response brief. Plaintiff contacted the Court and requested a status conference to discuss defendant's Motion for Enlargement of Time.

The Court ORDERS that the parties shall participate in a brief telephonic status conference to be held at 12:00 noon on **Wednesday, October 12, 2005**. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge