# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br>Filed October 13, 2005 |

ORDER

Defendant filed a motion on October 7, 2005 seeking a 17-day extension of the deadline for filing its post-trial responsive brief from October 28, 2005 until November 14, 2005. (Docket Entry 388). Defendant's lead counsel has been on paternity leave since September 12, 2005 and was not expected to return to the office until October 11, 2005. Plaintiff took no position on defendant's motion, but drew attention to the desirability of maintaining the present date for closing argument, December 16, 2005. At plaintiff's request, the Court held a status conference with the parties on October 12, 2005 to discuss defendant's motion and plaintiff's concerns.

Having heard and considered the positions of the parties, the Court has determined that defendant's motion should be, and the same hereby is, GRANTED. The Court ORDERS that defendant and plaintiff shall file and serve their post-trial responsive briefs on or before **Monday, November 14, 2005**.

The Court FURTHER ORDERS that closing argument, which was originally scheduled for December 16, 2005, shall be held on **Friday, January 6, 2006** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. beginning at **9 a.m**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge