# In the United States Court of Federal Claims

**98-720C**

**Filed: November 4, 2005**

**PRECISION PINE & TIMBER, INC.**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX w/Exhibits**
**For Trial Held in Washington, D.C.**
**May 12, 2005 - June 20, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.