# DEFENDANT'S SUPPLEMENTAL APPENDIX

# INDEX TO APPENDIX

Document | Page

Precision Pine's July 1995 Profit Projections: Adjustment To Increase Overrun From 1.10 To 1.25 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Profitability Of Precision Pine's Contracts: Using July 17, 1995 Projections And Robert Ness's Roundwood Cost Figures . . . . . . . . . . . . . . . . . . . 2

# PRECISION PINE'S JULY 1995 PROFIT PROJECTIONS

***Adjustment To Increase Overrun***
***From 1.10 To 1.25***

**Brookbank Profit Projection:**

| | |
|---|---|
| Total Timber Volume: | 1600 mbf (l.s.) |
| Projected Overrun: | 1.10 |
| Projected Lumber Volume: | 1760 mbf (l.t.) |
| Per MBF Gross Profit (incl. by-prod.): | $135.33 /mbf (l.t.) |
| Total Projected Gross Profit: | $238,187.20 |

**Adjusted Brookbank Profit Projection:**

| | |
|---|---|
| Total Timber Volume: | 1600 mbf (l.s.) |
| Adjusted Overrun: | 1.25 |
| Adjusted Lumber Volume: | 2000 mbf (l.t.) |
| Per MBF Gross Profit (incl. by-prod.): | $135.33 /mbf (l.t.) |
| Total Adjusted Gross Profit: | $270,660.00 |

**Increase In Projected Profit:**

$270,660 ÷ 238,187 = **13.6 percent**

Source: DX539

# PROFITABILITY OF PRECISION PINE'S CONTRACTS

***Using Adjusted July 17, 1995 Projections And Robert Ness's Roundwood Cost Figures***

| Contract | Gross Profit On Lumber And By-Products | Costs Due To Roundwood | Total Gross Profit |
|---|---|---|---|
| Brookbank | $270,660 | $401,025 | ($130,365) |
| Hay | $1,077,028 | n/a | $1,077,028 |
| Jersey Horse | ($60,210) | n/a | ($60,210) |
| Kettle | $136,764 | $296,850 | ($160,086) |
| Manaco | $49,178 | $101,100 | ($51,922) |
| Monument | $23,224 | $82,500 | ($59,276) |
| Mud | $240,810 | $304,500 | ($63,690) |
| O.D. Ridge | $179,836 | n/a | $179,836 |
| Sag-Kennedy | $61,845 | $124,350 | ($62,505) |
| Salt | ($94,487) | $137,625 | ($244,997) |
| U-Bar | ($25,561) | n/a | ($25,561) |

Note: Gross profit figures are 13.6 percent higher than Precision Pine's July 17, 1995 profit projections in order to reflect a 1.25 overrun. Roundwood costs are calculated at $75.00 per ccf in accordance with Mr. Ness's cost figures and testimony.

Source: DX519; DX521-45; PX131; (exhibit 4 & App. A); Tr. 2597-99, 2754, 2843 (Ness).