**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE**
**TO FILE CORRECTED PROPOSED FINDINGS OF FACT**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully seeks leave to file a corrected copy of defendant's proposed findings of fact. A copy of the proposed filing is attached to this motion as Exhibit A.

Upon reviewing the United States' proposed findings of fact, counsel determined that a small number of citations to the record were incorrect. Most frequently, incorrect citations occurred because the same document was listed on the parties' exhibit lists more than once. For instance, defendant cites to the Hay Timber Sale Contract as DX54. See DPFOF ¶ 173. While the contract was not moved into evidence as DX54, it was admitted as PX169. The United States seeks to correct its proposed findings of fact so that only admitted documents are cited as record evidence.

Accordingly, the United States respectfully requests that the Court grant this motion for leave to file proposed findings of facts with corrected record citations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

Attorneys for Defendant

OF COUNSEL:

LORIE POLIN JONES
PATRICIA L. DISERT
Office of General Counsel
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

Dated: December 13, 2005