**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING REDLINED COPY OF DEFENDANT'S CORRECTED PROPOSED FINDINGS OF FACT**

Pursuant to a request received from the Court on or about December 22, 2005, the United States respectfully submits a redlined copy of its corrected proposed findings of fact. The redlined copy is attached as Exhibit A. It shows added text in red with double underlining, and deleted text in blue using strikeout characters.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

January 4, 2006

Attorneys for Defendant