**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-720C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF REVIEW OF DEFENDANT'S "NOTICE OF FILING REDLINED COPY OF DEFENDANT'S CORRECTED PROPOSED FINDINGS OF FACT"**

Plaintiff, Precision Pine & Timber, Inc., ("Precision Pine"), as an aid to the Court, hereby respectfully provides notice of the results of its Review of Defendant's Relined Copy of its Correct Proposed Findings of Fact, which is attached hereto as Exhibit A.[1]

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

[1]Precision Pine was not alerted to the Court's purported request that defendant file a redlined version of defendant proposed "corrections" to its proposed findings of fact.

OF COUNSEL:
Richard W. Goeken
Bryan T. Bunting
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: January 6, 2006