**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-720C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE COMMENTS ON THE GOVERNMENT'S CORRECTED PROPOSED FINDINGS OF FACT**

Plaintiff, Precision Pine & Timber Inc., respectfully requests that it be granted leave to file the attached Comments On The Government's Corrected Proposed Findings Of Fact in lieu of a revised post-trial response brief for the reasons set forth below.

By order dated January 10, 2006, the Court granted Precision Pine leave to file a response to corrections made in defendant's proposed findings of fact. Although the Court's order anticipated that Precision Pine's new points would be made in a revised post-trial response brief, several logistical difficulties arose in attempting to make the revisions to the brief. Most importantly, there were often no apt places in the current brief to insert responses to a new argument, as the points that Precision Pine seeks to make do not all relate to current arguments in the brief.

Therefore, in lieu of submitting a revised post-trial response brief, Precision Pine requests that it be granted leave to file the attached four page Comments On The Government's Corrected

Proposed Findings Of Fact. The proposed filing has the distinct advantage of concentrating the new points and arguments in one place, rather than breaking up the current brief with new points, some of which are not made in defendant's post-trial briefing and therefore do not fit easily into the existing brief. In this way, the new arguments also will be more readily accessible to the parties and the Court. Of course, the attached document complies with the stylistic requirements set forth in the Court's order and is, in fact, well within the page limit.

Accordingly, Precision Pine respectfully requests that the Court accept the attached Comments On The Government's Corrected Proposed Findings Of Fact and utilize it in resolving the issues raised at trial in this matter.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
Bryan T. Bunting
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: January 23, 2006