# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., | No. 98-720 C |
| Plaintiff, | |
| v. | Filed February 1, 2006 |
| THE UNITED STATES, | |
| Defendant. | |

ORDER

On January 10, 2006, the Court granted plaintiff the opportunity to revise its Post-Trial Response Brief (Docket Entry 396) for the limited purpose of: 1) deleting any arguments that had been vitiated by reason of the corrections made in Defendant's Corrected Proposed Findings of Fact (Docket Entry 401, Exhibit A); or 2) adding any new arguments that were responsive to the corrections. On January 23, 2006, plaintiff filed a Motion for Leave to File Comments on the Government's Corrected Proposed Findings of Fact (Docket Entry 410), requesting that plaintiff be permitted to file comments in lieu of a revised Post-Trial Response Brief. Plaintiff asserted that there were often no appropriate places in the Post-Trial Response Brief to insert responses to new arguments, as the comments that plaintiff sought to make did not all relate to current arguments in the Post-Trial Response Brief.

On January 26, 2006, defendant filed Defendant's Response to Plaintiff's Motion for Leave to File Comments on the Government's Corrected Proposed Findings of Fact (Docket Entry 411), requesting that plaintiff's motion be denied because it failed to comply with the Court's January 10, 2006 Order. In addition, defendant argued that Plaintiff's Comments on Defendant's Corrected Proposed Findings of Fact (which was attached as an exhibit to plaintiff's motion) contained assertions that were inaccurate and misleading. Defendant also stated that if plaintiff's motion were not denied, prejudice to defendant could only be obviated if the Court were to make defendant's responses to Plaintiff's Comments on Defendant's Corrected Proposed Findings of Fact (contained in Docket Entry 411) part of the record.

On January 27, 2006, counsel for plaintiff informed the Court that plaintiff did not intend to file a reply to Defendant's Response to Plaintiff's Motion for Leave to File Comments on the Government's Corrected Proposed Findings of Fact.

Plaintiff's Motion for Leave to File Comments on the Government's Corrected Proposed Findings of Fact is GRANTED. Defendant's request to make defendant's responses to Plaintiff's

Comments on Defendant's Corrected Proposed Findings of Fact (contained in Docket Entry 411) part of the record is also GRANTED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge