# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed February 14, 2006 |
| THE UNITED STATES, Defendant. | |

## ORDER

On January 23, 2006, the Court issued an Order setting forth questions that the parties shall be prepared to address during closing argument scheduled for February 17, 2006. The Court has discovered an error in the Court's January 23, 2006 Order. Accordingly, the Court ORDERS that the first question to the plaintiff set forth on page 3 of the Court's January 23, 2006 Order (Docket Entry 409) shall be revised as follows:

1. Can plaintiff quantify or specify which damages are based on a breach of the duty to cooperate as compared to the duty not to hinder? Is plaintiff exclusively seeking damages based upon a breach of the duty not to hinder since no damages are sought on the sole contract (Brann) where the duty to cooperate but not the duty to hinder was breached?

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge