# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., | No. 98-720 C |
| Plaintiff, | |
| v. | Filed February 22, 2006 |
| THE UNITED STATES, | |
| Defendant. | |

ORDER

On February 17, 2006, the Court held closing argument in this case. Both parties had the opportunity to present arguments and to respond to questions posed by the Court in its Orders of January 23, 2006, February 1, 2006, February 15, 2006 and February 16, 2006. However, time constraints required that closing argument adjourn before plaintiff had the opportunity to present its rebuttal arguments. The Court advised the parties that it would schedule the conclusion of closing argument as soon as practicable at the convenience of the parties and the Court.

After consulting with counsel for the parties, the Court ORDERS that on **Wednesday, March 1, 2006 at 9:00 a.m.** the parties shall appear at the National Courts Building, 717 Madison Place, N.W., Washington, D.C., for the conclusion of closing argument. Plaintiff shall have the opportunity at that time to present its rebuttal arguments. After plaintiff has presented its rebuttal arguments, the Court shall determine in its discretion whether it believes that a response by defendant or any additional arguments by plaintiff would be beneficial to the Court in resolving the issues in this case.

If any party intends to present, during the course of its argument, documents purporting to summarize evidence introduced at trial, the party shall provide copies of such documents to his adversary by noon on **Monday, February 27, 2006**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge