# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 98-720 C

Filed September 26, 2006

## ORDER

On September 25, 2006, counsel for plaintiff orally requested a status conference regarding the Opinion and Order filed in this case on September 19, 2006. The stated purpose of the status conference is to seek clarification of the requests for further briefing set forth in the Opinion and Order. Based on the availability of counsel for both parties, the Court ORDERS that the parties shall participate in a telephonic status conference on **Tuesday, October 3, 2006, at 10:30 a.m.** The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge