# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-720 C<br>Filed October 3, 2006 |

**ORDER**

Pursuant to the Court's Order filed September 26, 2006, the Court and the parties participated in a telephonic status conference on October 3, 2006. Counsel for plaintiff posed three questions relating to the Court's Opinion and Order filed September 19, 2006 ("Opinion and Order"). The Court responded to one of them, and, with respect to the other two, suggested that counsel file a motion for clarification or for reconsideration. After some further discussion, counsel stated plaintiff would not be filing such a motion.

The parties requested, and the Court granted, a seven-day extension of the deadlines for supplemental briefs set forth on pages 49 and 50 of the Court's Opinion and Order. Accordingly, the Court **ORDERS** that, in lieu of the dates set forth in the Opinion and Order, the parties' initial briefs shall be filed and served by **Tuesday, October 17, 2006**; the parties' responsive briefs by **Tuesday, October 31**, **2006**; and the parties' reply briefs by **Wednesday, November 8, 2006.**

The parties questioned whether the third round of briefing was necessary. The Court stated it would reserve judgment on whether to eliminate the third round of briefing until it had reviewed the parties' initial and responsive briefs. Counsel for plaintiff suggested that the Court consider holding oral argument after the supplemental briefing was completed, and the Court stated it would also reserve judgment on that matter until after the supplemental briefing was completed.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge