# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed October 24, 2006 |
| THE UNITED STATES, Defendant. | |

## ORDER

The Defendant has requested a status conference to discuss the recent filings in the above-captioned case. After consulting with both parties, a telephonic status conference has been scheduled for **Thursday, October 26th, at 4 pm**. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge