# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 98-720 C

Filed October 27, 2006

## ORDER

Pursuant to the Court's Order filed October 24, 2006, the parties participated with the Court in a telephonic status conference on Thursday, October 26, 2006. The purpose of the status conference was to discuss certain questions raised by defendant as to how it should respond to plaintiff's most recent filings (Docket Entries 430 and 431). After consultation with the parties, the Court **ORDERS** that:

1) Plaintiff's Motion for Relief from Limited Aspects of the Court's Order and Opinion of September 19, 2006 (Docket Entry 431) shall be treated as a motion for reconsideration pursuant to Rule 59(a)(1) of the Rules of the Court of Federal Claims ("RCFC"). Pursuant to RCFC 59(b) no response to the motion may be filed unless requested by the Court.

2) The deadlines for further briefing set forth in the Court's Order filed October 3, 2006 are extended as follows: the parties' responsive briefs shall be filed and served by **Tuesday, November 14, 2006,** and the parties' reply briefs shall be filed and served by **Wednesday, November 22, 2006.**

The Court **FURTHER ORDERS** that in the future the parties shall confer among themselves with a view toward reaching agreement on matters such as those (including especially requests for extensions of time) that occupied much of the time of counsel and the Court during the status conferences held October 3, 2006, and October 26, 2006. Having conferred among themselves with respect to such matters, the parties shall, except in the most compelling

circumstances, file and serve a joint motion for entry of an agreed order resolving such matters without the necessity for intervention by the Court. *See* Transcript of October 3, 2006, Status Conference at p. 20, lines 9–14, 16–21.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge