# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed November 15, 2006 |
| THE UNITED STATES, Defendant. | |

## ORDER

In the Court's Opinion and Order of September 19, 2006, the Court ordered the parties to submit further briefing addressing four specific questions in connection with whether the plaintiff can qualify as a lost volume seller. The Court's original Order set a schedule for three rounds of simultaneous briefing. During a telephonic status conference of October 3, 2006, the parties questioned whether the third round of supplemental briefs was necessary. In the Court's Order of October 3, 2006, the Court indicated that it would reserve judgment on whether a third round of supplemental briefing was necessary until after reviewing the parties' responsive briefs. Both parties submitted their responsive briefs, consisting of the second round of briefs, on November 14, 2006. After careful review, the Court is of the opinion that a third round of briefs is not necessary. Accordingly, the Court **ORDERS** that the parties shall not file any additional briefs responding to the Court's Opinion and Order.

On October 17, 2006, plaintiff filed a document entitled "Plaintiff's Motion for Relief From Limited Aspects of the Court's Order and Opinion of September 19, 2006" (Docket Entry 431). In the Court's Order of October 27, 2006, the Court ordered that this filing be treated as a motion for reconsideration under Rule 59(a)(1) of the Rules of the Court of Federal Claims ("RCFC"). Pursuant to RCFC 59(a)(1), defendant is not permitted to respond to such a motion unless requested by the Court to do so. The Court is of the opinion that it would benefit from a response from defendant to plaintiff's motion for reconsideration. Accordingly, the Court **ORDERS** that defendant shall file and serve a response to plaintiffs motion no later than **Friday, December 15, 2006**. Such response shall not exceed 20 pages in length. The Court

further **ORDERS** that plaintiff shall file and serve a reply to defendant's responsive brief on or before **Friday, January 5, 2007**. Plaintiff's reply shall not exceed 10 pages in length.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge