# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed September 17, 2007 |
| THE UNITED STATES, Defendant. | |

## ORDER

For the reasons stated in the Court's Opinion and Order filed September 14, 2007 (docket entry 440), plaintiff's "Motion for Relief from Limited Aspects of the Court's Order and Opinion of September 19, 2006," filed October 17, 2006 (docket entry 431), treated by the Court as a motion for reconsideration of the Court's September 19, 2006 Opinion and Order, shall be, and the same hereby is, **DENIED**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge