**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | No. 98-720 C |
| v. | ) | (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLETE RECALCULATION OF DAMAGES**

For the reasons set forth below, plaintiff hereby moves for an enlargement of eight (8) days, to and including December 07, 2007, within which to complete its recalculation of damages in accordance with the Court's decision of September 14, 2007 (the current deadline for which is November 30, 2007). Plaintiff's counsel has communicated with counsel for the defendant who has advised that he has no objection to this motion.

Recalculation of damages has taken longer than anticipated, and as a result, Plaintiff requires more time to complete the recalculation.

For this reason, Precision Pine & Timber, Inc. respectfully requests that the Court enter an order granting plaintiff an 8-day enlargement to December 7, 2007, within which to prepare its recalculation of damages.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: November 29, 2007