## Summary

| | | | | |
|---|---|---|---|---|
| **Lost Market opportunity** | Recalculation consistent with all court findings and the court's Alternative Harvesting and Milling Schedule (Tab A) | Recalculation consistent with all court findings and the court's Alternative Harvesting and Milling Schedule but using logging and hauling rates in evidence to determine logging and hauling cost (Tab B) | Recalculation consistent with all court findings but using a corrected Alternative Harvesting and Milling Schedule (Tab C) | Recalculation consistent with all court findings but using a corrected Alternative Harvesting and Milling Schedule and the logging and hauling rates in evidence (Tab D) |
| | $ 5,502,293.93 | $ 6,221,427.40 | $ 5,625,898.25 | **$ 6,344,638.68** |
| **Post -Suspension Profits*** | Recalculation of post-suspension profits consistent with all court findings (Tab E, Ex. E1) | Recalculation of post-suspension profits consistent with all court findings (Tab E, Ex. E1) | Recalculation of post-suspension profits consistent with all court findings (Tab E, Ex. E2) | Recalculation of post-suspension profits consistent with all court findings (Tab E, Ex. E2) |
| | $ 2,066,708.82 | $ 2,066,708.82 | $ 2,063,499.02 | **$ 2,063,499.02** |
| **difference** | $ 3,435,585.11 | $ 4,154,718.58 | $ 3,562,399.23 | **$ 4,281,139.66** |
| **Other damages** | | | | |
| Mill Inefficiency Related to Brann (Tab F) | $13,930.94 | $13,930.94 | $13,930.94 | **$13,930.94** |
| Snow Removal Costs | $1,020 | $1,020 | $1,020 | **$1,020** |
| **Total** | $ 3,450,536.05 | $ 4,169,669.52 | $ 3,577,350.17 | **$ 4,296,090.60** |

* discounted to obviate the effect of having been earned in a period different from when the lost market opportunity occurred