# Index

**Summary**

Calculations

**I** **Lost Market Opportunity**

TAB A — Recalculation consistent with all court findings and the court's Alternative Harvesting and Milling Schedule

- AI Lost market opportunity during the suspension by period
  - **a** September 1995 - April 14, 1996
  - **b** April 15, 1996 - June 30, 1996
  - **c** July 1, 1996 -February 1997
- A2 Appendix A & B of Court's decision
  - **a** Appendix A of Court's Decsion
  - **b** Appendix B of Court's Decsion
- A3 Delivered Log cost by sale using financial statement for FYE 3/30/95 to determine logging and hauling cost)
  - **a** Log Cost Escalation - Applicable Rate to be Paid to the Forest Service
  - **b** Logging and Hauling cost using FYE 3/31/95 financial statement
- A4 Lumber production by sale
- A5 Product Mix / Lumber sales by period
  - Wtd average Product mix and Sales Amount by period
    - **a** September 1995 - April 14, 1996
    - **b** April 15, 1996 - June 30, 1996
    - **c** July 1, 1996 -February 1997
  - Wtd average Lumber Product Prices by period
    - **d** September 1995 - April 14, 1996
    - **e** April 15, 1996 - June 30, 1996
    - **f** July 1, 1996 -February 1997
- A6 Manufacturing Cost
- A7 Other data

TAB B — Recalculation consistent with all court findings including the court's Alternative Harvesting and Milling Schedule but using logger pay slips in the record to determine logging and hauling cos

- B1 Lost market opportunity during the suspension by period
  - **a** September 1995 - April 14, 1996

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **b** | April 15, 1996 - June 30, 1996 | | |
| | | | **c** | July 1, 1996 -February 1997 | | |
| | | | **d** | Total | | |
| | | B2 | Appendix A & B of Court's decision | | | |
| | | | **a** | Appendix A of Court's Decsion | | |
| | | | **b** | Appendix B of Court's Decsion | | |
| | | B3 | Delivered Log cost by sale (using logger pay slips in the record to determine logging and hauling cost) | | | |
| | | | **a** | Log Cost Escalation - Applicable Rate to be Paid to the Forest Service | | |
| | | B4 | Lumber production by sale | | | |
| | | B5 | Resulting Product Mix / Lumber sales by period | | | |
| | | | | Wtd average Product mix and Sales Amount by period | | |
| | | | | **a** | September 1995 - April 14, 1996 | |
| | | | | **b** | April 15, 1996 - June 30, 1996 | |
| | | | | **c** | July 1, 1996 -February 1997 | |
| | | | | | | |
| | | | | | Wtd average Lumber Product Prices by period | |
| | | | | | **d** | September 1995 - April 14, 1996 |
| | | | | | **e** | April 15, 1996 - June 30, 1996 |
| | | | | | **f** | July 1, 1996 -February 1997 |
| | | B6 | Manufacturing Cost (Same as A7) | | | |
| | | B7 | Other data | | | |
| | | | | | | |
| | TAB C | Recalculation consistent with the court's findings but using a corrected Alternative Harvesting and Milling Schedule (EX C2) | | | | |
| | | C1 | Lost market opportunity during the suspension by period | | | |
| | | | **a** | September 1995 - April 14, 1996 | | |
| | | | **b** | April 15, 1996 - June 30, 1996 | | |
| | | | **c** | July 1, 1996 -February 1997 | | |
| | | | **d** | total | | |
| | | C2 | corrected Appendix A & B | | | |
| | | | **a** | Corrected Appendix A | | |
| | | | **b** | Corrected Appendix B | | |
| | | | **c** | Recalculation of Timber Harvest- Breached Contracts As a Whole | | |
| | | C3 | Delivered Log cost by sale using financial statement for FYE 3/30/95 to determine logging and hauling cost) | | | |
| | | | **a** | Log Cost Escalation - Applicable Rate to be Paid to the Forest Service | | |
| | | | **b** | Logging and Hauling cost using FYE 3/31/95 financial statement | | |
| | | C4 | Lumber production by sale | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | C5 | Resulting Product Mix / Lumber sales by period | | | |
| | | | | Wtd average Product mix and Sales Amount by period | | |
| | | | | **a** | September 1995 - April 14, 1996 | |
| | | | | **b** | April 15, 1996 - June 30, 1996 | |
| | | | | **c** | July 1, 1996 -March 1997 | |
| | | | | | | |
| | | | | | Wtd average Lumber Product Prices by period | |
| | | | | | **d** | September 1995 - April 14, 1996 |
| | | | | | **e** | April 15, 1996 - June 30, 1996 |
| | | | | | **f** | July 1, 1996 -March 1997 |
| | | C6 | Manufacturing Cost | | | |
| | | C7 | Other data | | | |
| | | | | | | |
| | TAB D | Recalculation consistent with the court's findings but using a corrected Alternative Harvesting and Milling Schedule (Ex D2) and logger pay slips in the record to determine logging and hauling cost (Ex D3) | | | | |
| | | D1 | Lost market opportunity during the suspension by period | | | |
| | | | **a** | September 1995 - April 14, 1996 | | |
| | | | **b** | April 15, 1996 - June 30, 1996 | | |
| | | | **c** | July 1, 1996 -February 1997 | | |
| | | | **d** | Total | | |
| | | D2 | Corrected Appendix A & B of Judges decision | | | |
| | | | **a** | Corrected Appendix A | | |
| | | | **b** | Corrected Appendix B | | |
| | | | **c** | Recalculation of Timber Harvest- Breached Contracts As a Whole | | |
| | | D3 | Delivered Log cost by sale (using logger pay slips in the record to determine logging and hauling cost) | | | |
| | | | **a** | Log Cost Escalation - Applicable Rate to be Paid to the Forest Service | | |
| | | D4 | Lumber production by sale | | | |
| | | D5 | Wtd average Product mix and Lumber Sales by period | | | |
| | | | **a** | September 1995 - April 14, 1996 | | |
| | | | **b** | April 15, 1996 - June 30, 1996 | | |
| | | | **c** | July 1, 1996 -March 1997 | | |
| | | | | | | |
| | | | | Wtd average Lumber Product Prices by period | | |
| | | | | | **d** | September 1995 - April 14, 1996 |
| | | | | | **e** | April 15, 1996 - June 30, 1996 |
| | | | | | **f** | July 1, 1996 -March 1997 |
| | | D6 | Manufacturing Cost | | | |

| | | | |
|---|---|---|---|
| | | D7 | Other data |
| | | | |
| | | | |
| **II** | **Post-Suspension profits** | | |
| | | | |
| | TAB E | Recalculation of post-suspension profits consistent with all court findings * | |
| | | | |
| | * discounted to obviate the effect of having been earned in a period different from when the lost market opportunity occurred | | |
| | | | |
| | | | |
| **III** | **Other Items** | | |
| | | | |
| | TAB F | Mill Ineficiency Related to Brann | |
| | | | |
| | | | |