**Exhibit E1**

## Post Suspension Profits
## Calculation Using the Court's Alternative Harvesting and Milling Schedule

| | FYE 3/31/97 | FYE 3/31/98 | FYE 3/31/99 | FYE 3/31/00 | FYE 3/31/01 | Total |
|---|---|---|---|---|---|---|
| Gross Profit * | $ 1,406,022.82 | $ 382,573.03 | $ 470,789.17 | $ 3,053.60 | $ 18,121.09 | $ 2,280,559.71 |
| Deduct: Grindings By-Product Revenue * | (17,034.50) | (11,933.75) | (14,017.25) | (2,043.15) | (3,500.50) | (48,529.15) |
| Add: Sale of Kettle to Stone Forest ** | - | 60,495.00 | - | - | - | 60,495.00 |
| Deduct: Profits related to harvest of 618 mbf (LS) on Manaco per court's direction *** | - | - | (59,505.50) | - | - | (59,505.50) |
| **Total** | $ 1,388,988.32 | $ 431,134.28 | $ 397,266.42 | $ 1,010.45 | $ 14,620.59 | $ 2,233,020.06 |
| Present Value at 10/01/99 @ 6.17%**** | | | | | $ 13,770.92 | |
| Present Value at 10/01/98 @ 5.27%**** | | | | $ 959.87 | $ 13,081.53 | |
| Present Value at 10/01/97 @ 5.57%**** | | | $ 376,306.17 | $ 909.22 | $ 12,391.33 | |
| Present Value at 10/01/96 @ 6.46%**** | $ 1,359,709.25 | $ 404,973.02 | $ 353,471.88 | $ 854.05 | $ 11,639.42 | |
| **Present Value at 4/15/96 @ 6.75%**** | **$ 1,318,905.61** | **$ 392,820.15** | **$ 342,864.51** | **$ 828.42** | **$ 11,290.14** | **$ 2,066,708.82** |

*** Amounts are as set forth in PX 182, Ex 2 @ pages 20 - 22**

**** PX 182, EX 1**

***** 80% of amounts shown on PX 182, Ex 2 at pg 13 of 22 as directed by the Court on pg 40 of its opinion.**

****** The rate used is the average yield of 10 year Treasury notes for the applicable period - See Ex E1a**

Note the profits for each Fiscal Year (April 1 - March 31) were discounted from the mid-point (Oct 1) of the Fiscal Year in which they were earned to the mid-point of the suspension period (April 15, 1996).

This was done by discounting the profits for each fiscal year to the midpoint of the previous fiscal year (by making a net present value calculation as of that date using the average yield of 10 year Treasury notes for the year, See Ex E1a) and repeating the process until the present value as of April 15, 1996 was determined. The sum of present values of the profit earned on breached sales in each year of the post-suspension period equals the total net present value as of the midpoint of the suspension period of all profits earned on the breached sales in the post-suspension period.

The profits for FYE 3/31/97 were earned after the lifting of the suspension on December 4, 1996. Therefore the mid-point of these profits for discounting purposes is February 1, 1997.

Performing this discounting is absolutely required in order to properly carry out the order of the court to subtract dollars earned in one time period from lost profits incurred in another.

**Exhibit E1a**

## Post Suspension Profits - Yield on 10 Year Treasury Notes

| Period | | | | | |
|---|---|---|---|---|---|
| **From:** | **Apr 96** | **Oct 96** | **Oct 97** | **Oct 98** | **Oct 99** |
| **To:** | **Sep 96** | **Sep 97** | **Sep 98** | **Sep 99** | **Sep 00** |
| | | | | | |
| Oct | | 6.53% | 6.03% | 4.53% | 6.11% |
| Nov | | 6.20% | 5.88% | 4.83% | 6.03% |
| Dec | | 6.30% | 5.81% | 4.65% | 6.28% |
| Jan | | 6.58% | 5.54% | 4.72% | 6.66% |
| Feb | | 6.42% | 5.57% | 5.00% | 6.52% |
| Mar | | 6.69% | 5.65% | 5.23% | 6.26% |
| Apr | 6.51% | 6.89% | 5.64% | 5.18% | 5.99% |
| May | 6.74% | 6.71% | 5.65% | 5.54% | 6.44% |
| June | 6.91% | 6.49% | 5.50% | 5.90% | 6.10% |
| July | 6.87% | 6.22% | 5.46% | 5.79% | 6.05% |
| Aug | 6.64% | 6.30% | 5.34% | 5.94% | 5.83% |
| Sep | 6.83% | 6.21% | 4.81% | 5.92% | 5.80% |
| | | | | | |
| **Average** | 6.75% | 6.46% | 5.57% | 5.27% | 6.17% |
| | | | | | |

**Exhibit E2**

# Post Suspension Profits
## Calculation Using a Corrected Alternative Harvesting and Milling Schedule

| | FYE 3/31/97 | FYE 3/31/98 | FYE 3/31/99 | FYE 3/31/00 | FYE 3/31/01 | Total |
|---|---|---|---|---|---|---|
| Gross Profit * | $ 1,406,022.82 | $ 382,573.03 | $ 470,789.17 | $ 3,053.60 | $ 18,121.09 | $ 2,280,559.71 |
| Deduct: Grindings By-Product Revenue * | (17,034.50) | (11,933.75) | (14,017.25) | (2,043.15) | (3,500.50) | (48,529.15) |
| Add: Sale of Kettle to Stone Forest ** | - | 60,495.00 | - | - | - | 60,495.00 |
| Deduct: Profits related to harvest of 652 mbf (LS) on Manaco per court's direction *** | - | - | (63,224.60) | - | - | (63,224.60) |
| **Total** | $ 1,388,988.32 | $ 431,134.28 | $ 393,547.32 | $ 1,010.45 | $ 14,620.59 | $ 2,229,300.96 |
| Present Value at 10/01/99 @ 6.17%**** | | | | | $ 13,770.92 | |
| Present Value at 10/01/98 @ 5.27%**** | | | | $ 959.87 | $ 13,081.53 | |
| Present Value at 10/01/97 @ 5.57%**** | | | $ 372,783.29 | $ 909.22 | $ 12,391.33 | |
| Present Value at 10/01/96 @ 6.46%**** | $ 1,359,709.25 | $ 404,973.02 | $ 350,162.78 | $ 854.05 | $ 11,639.42 | |
| **Present Value at 4/15/96 @ 6.75%****** | **$ 1,318,905.61** | **$ 392,820.15** | **$ 339,654.71** | **$ 828.42** | **$ 11,290.14** | **$ 2,063,499.02** |

*** Amounts are as set forth in PX 182, Ex 2 @ pages 20 - 22**

**** PX 182, EX 1**

***** 85% of amounts shown on PX 182, Ex 2 at pg 13 of 22. In the corrected Appendex A the volume not harvested on the Monaco Timber Sale is 652 MBF (LS). See Ex C2a of Tab C**

****** The rate used is the average yield of 10 year Treasury notes for the applicable period - See Ex E1a**

Note the profits for each Fiscal Year (April 1 - March 31) were discounted from the mid-point (Oct 1) of the Fiscal Year in which they were earned to the mid-point of the suspension period (April 15, 1996).

This was done by discounting the profits for each fiscal year to the midpoint of the previous fiscal year (by making a net present value calculation as of that date using the average yield of 10 year Treasury notes for the year, See Ex E1a) and repeating the process until the present value as of April 15, 1996 was determined. The sum of present values of the profit earned on breached sales in each year of the post-suspension period equals the total net present value as of the midpoint of the suspension period of all profits earned on the breached sales in the post-suspension period.

The profits for FYE 3/31/97 were earned after the lifting of the suspension on December 4, 1996. Therefore the mid-point of these profits for discounting purposes is February 1, 1997.

Performing this discounting is absolutely required in order to properly carry out the order of the court to subtract dollars earned in one time period from lost profits incurred in another.