**Exhibit F**

# Mill Inefficiency Costs On the Brann Contract

| Mill | Production MBF (LT) from Brann Contract During Suspension * | Direct Manufacturing Cost Before Suspension ** | Direct Manufacturing Cost During Suspension ** | Difference | Increased Cost |
|---|---|---|---|---|---|
| | | | | | |
| Winslow Sawmill | 1,141.88 | 63.98 | 67.75 | 3.77 | $ 4,304.89 |
| | | | | | |
| Winslow Planer | 1,141.88 | 42.63 | 51.06 | 8.43 | 9,626.05 |
| | | | | | $ 13,930.94 |
| | | | | | |
| * Production from harvest of 913.5 MBF (LS) on Brann Contract during the Suspension Period | | | | | |
| | | | | | |
| ** Manufacturing Costs as specified in PX 131 Exhibit 15 | | | | | |
| | | | | | |