**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 98-720C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXPEDITED STATUS CONFERENCE**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims ("RCFC"), the United States respectfully requests that the Court schedule a status conference to establish a schedule for further proceedings in this action. The United States has consulted with Richard Goeken, counsel for plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), who has stated that Precision Pine does not oppose the relief sought by this motion.[1]

**BACKGROUND**

This Court conducted a 24-day trial on damages in May and June 2005. At the conclusion of trial, each party submitted proposed findings of fact and comprehensive post-trial briefs. Precision Pine's proposed factual findings alone exceeded 150 pages. On September 19, 2006, the Court issued an Opinion and Order that resolved various legal issues. Order & Opinion (Sept. 19, 2006). On September 14, 2007, the Court issued a second Opinion and Order that resolved additional issues, concluded that Precision Pine had failed to meet its burden of proof, developed a new methodology for calculating lost profit damages, and ordered Precision Pine to file and serve "a revised damages calculation consistent with the Court's findings" within 60 days. Order and Opinion at 41-45, 76 (Sept. 14, 2007).

---

[1] The parties are available this week through 2:30 p.m. on Friday, December 14,2007.

After seeking two enlargements of time, Precision Pine filed its new damages calculations on December 7, 2007. Pl.'s Revised Damages Calculations (filed Dec. 7, 2007). Precision Pine's filing is 293 pages in length and contains four different scenarios: (1) calculations based upon the Court-established methodology and factual findings; (2) calculations using modified logging and hauling rates; (3) calculations using a modified harvesting and milling schedule; and (4) calculations using modified logging and hauling rates, and using a modified harvesting and milling schedule. Id. Precision Pine has also filed a motion for reconsideration in which it asks the Court to revisit certain factual findings about logging and hauling costs in the September 14, 2007 decision. Pl.'s Mot. For Reconsideration (filed Dec. 7, 2007).

## DISCUSSION

Precision Pine has submitted a request for reconsideration that could affect the calculation of damages in this action. Indeed, Precision Pine has submitted four different calculations of damages. It would be inefficient and inappropriate for the United States to respond to four different damages calculations -- three of which inevitably will not be used by the Court.

Furthermore, Precision Pine did not request, and the Court did not grant, an enlargement for the United States to respond to Precision Pine's new damages calculations. As a result, the United States' response currently is due December 13, 2007. Order & Opinion at 76 (Sept. 14, 2007). The United States has only begun its analysis of Precision Pine's new damages calculations and will require substantially more than six days to prepare a meaningful response.

## CONCLUSION

For these reasons, the United States respectfully requests that the Court promptly schedule a status conference to discuss and establish a schedule for further proceedings in this action.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Deputy Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

December 12, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 12th day of December 2007, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR EXPEDITED STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington