# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 98-720 C |
| v. | Filed December 17, 2007 |
| THE UNITED STATES, Defendant. | |

## ORDER

On December 7, 2007, plaintiff filed its revised damages calculations (docket entry 449). In its filing, plaintiff stated that in performing the recalculation, it discovered mathematical errors in the Court's Appendix A and B as they appear in the Court's further errata issued October 3, 2007 (docket entry 444). These mathematical errors and their impact on the appendices are described in the declaration of Robert A. Ness, filed in support of the recalculation of damages (docket entry 449-2). In conjunction with the revised damages calculations, plaintiff also filed a motion for reconsideration of the aspect of the Court's September 14, 2007 ruling (docket entry 440) that relates to plaintiff's logging and hauling expenses (docket entry 450). The plaintiff's revised damages calculations set forth four different calculations, addressing each potential scenario depending on how the Court rules on the purported mathematical errors and motion for reconsideration.

On December 12, 2007, defendant filed an unopposed motion for expedited status conference (docket entry 451). In its motion, defendant stated that it would be inefficient and inappropriate for it to respond to four different damages calculations, three of which will not be used by the Court. On December 17, 2007, the parties participated in a joint telephonic status conference to discuss the timing and nature of further proceedings. During the discussion, defendant and the Court stated that they believed they would benefit from a more detailed explanation of the purported mathematical errors, and defendant requested the opportunity to respond both to the mathematical errors and the motion for reconsideration regarding logging and hauling expenses.

In light of the above, the Court **ORDERS** that plaintiff shall file and serve a memorandum or declaration explaining in more detail the basis for its contentions relating to purported mathematical errors and their impact on Appendix A and B no later than **Friday, December 21, 2007.** The Court further **ORDERS** that defendant shall file a response addressing both the purported mathematical errors and the motion for reconsideration with respect to its logging and hauling expenses no later than **Friday, January 18, 2008.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge