# Plaintiff's Additional Explanation of Its Calculations for Corrected Appendix A

| | Court's Appendix A - As Revised 10/03/07 | | | | Plaintiff's Corrected Appendix A 12/07/07 | | | |
|---|---|---|---|---|---|---|---|---|
| Period | Timber Harvest From Breached Contracts MBF (LS) * | Logs Milled From Breached Contracts MBF (LS) ** | Court's Apparent Log Inventory End of Period MBF (LS) | | Timber Harvest From Breached Contracts MBF (LS) *** | Logs Milled From Breached Contracts MBF (LS) **** | Plaintiff's Calculation Of Log Inventory End of Period MBF (LS) | |
| Sep 95 - Mar 96 | 7,585 | 6,934 | 651 | [1] | 7,585 | 6,935 | 650 | [1] |
| Apr 96 | 2,317 | 1,395 | 1,573 | [2] | 1,341 | 1,395 | 596 | [3] |
| May 96 | 629 | 851 | 1,351 | [3] | 118 | 714 | 0 | [3] |
| Jun 96 | 0 | 1,351 | 0 | [3] | 0 | 0 | 0 | [3] |
| Jul 96 | 3,359 | 1,615 | 1,744 | [3] | 2,575 | 1,486 | 1,089 | [3] |
| Aug 96 | 1,555 | 1,555 | 1,744 | [3] | 1,664 | 1,555 | 1,198 | [3] |
| Sep 96 | 4,138 | 1,711 | 4,171 | [3] | 3,085 | 1,711 | 2,572 | [3] |
| Oct 96 | 3,849 | 1,595 | 6,425 | [3] | 4,166 | 1,594 | 5,144 | [3] |
| Nov 96 | 0 | 1,698 | 4,727 | [3] | 2,864 | 1,698 | 6,310 | [3] |
| Dec 96 | 0 | 1,829 | 2,898 | [3] | 0 | 1,829 | 4,481 | [3] |
| Jan 97 | 0 | 1,533 | 1,365 | [3] | 0 | 1,533 | 2,948 | [3] |
| Feb 97 | 0 | 1,365 | 0 | [3] | 0 | 1,597 | 1,351 | [3] |
| Mar 97 | 0 | 0 | 0 | | 0 | 1,351 | 0 | [3] |
| | 23,432 | 23,432 | | | 23,398 | 23,398 | | |

**All Exhibits Referenced Are From Plaintiff's Recalculation of Damages filed 12/07/07**

* See Exhibit A2a

** See Exhibit A2a - Lumber Milled from Breached Contracts divided by Overrun of 1.25

*** See Exhibit C2a

**** See Exhibit C2a - Lumber Milled from Breached Contracts divided by Overrun of 1.25

[1] This 651 MBF LS would have been manufactured into lumber from April 1 through April 14,1996

[2] 1573 MBF LS = (the decked volume at the start of the month (651 MBF LS) + the total volume of timber harvested from the breached sales during the month (2317 MBF LS) ) less the volume of timber from the breached sales actually milled during the month (1395 MBF LS)

[3] The decked volume was determined in exactly the same way as set forth in note 2

**Exhibit 1**