# EXHIBIT 2

# Appendix A: The Court's Alternative Harvesting and Milling Schedule

| | Timber Harvested From Breached Contracts (Mbf (LS)) | Vol. Milled from Breached Contracts (Mbf (LT)) | Vol Milled from Other Contracts (Mbf (LT)) | Total Mill Production (Mbf (LT)) |
|---|---|---|---|---|
| Sept. 1995 | 1598 | 853 | 1827 | 2680 |
| Oct. 1995 | 2061 | 1431 | 1249 | 2680 |
| Nov. 1995 | 1856 | 1175 | 1505 | 2680 |
| Dec. 1995 | 2070 | 1442 | 1408 | 2850 |
| Jan. 1996 | 0 | 1114 | 1836 | 2950 |
| Feb. 1996 | 0 | 826 | 2124 | 2950 |
| Mar. 1996 | 0 | 1827 | 1123 | 2950 |
| Apr. 1996 | 2093 | 1744 | 1206 | 2950 |
| May. 1996 | 559 | 1064 | 1886 | 2950 |
| Jun. 1996 | 0 | 1320 | 1258 | 2578 |
| Jul. 1996 | 3257 | 1858 | 446 | 2465 |
| Aug. 1996 | 1555 | 1944 | 1006 | 2950 |
| Sept. 1996 | 4283 | 2139 | 811 | 2950 |
| Oct. 1996 | 4095 | 1993 | 957 | 2950 |
| Nov. 1996 | 0 | 2122 | 828 | 2950 |
| Dec. 1996 | 0 | 2286 | 664 | 2950 |
| Jan. 1997 | 0 | 1916 | 1034 | 2950 |
| Feb. 1997 | 0 | 1872 | 952 | 2824 |
| Mar. 1997 | 0 | 359 | 524 | 883 |
| ***TOTAL:*** | 23426 | | | |

Any single-digit discrepancies between the figures in the Appendix A table and the figures in the Appendix B tables are due to rounding. The footnotes to the tables at Appendix B provide a more detailed description of discrepancies due to rounding.

# Appendix B: The Volume of Timber That, Pursuant to the Court's Alternative Approach, the Court Treats As the Volume That Plaintiff Would Have Harvested From Each of the Breached Contracts During the Suspension Period

| 1995 3rd Quarter (September) | Total Volume Remaining in Mbf (LS) | Harvesting Days | Vol x No. Days | Fractional Portion | Apportioned Volume |
|---|---|---|---|---|---|
| Brookbank | 1355.5 | 30 | 40665 | 0.127 | 203 |
| Hay | 3819 | 0 | 0 | 0.000 | 0 |
| Jersey Horse | 1520 | 0 | 0 | 0.000 | 0 |
| Kettle | 2851 | 30 | 85530 | 0.267 | 427 |
| Manaco | 2503 | 30 | 75090 | 0.235 | 375 |
| Monument | 730.5 | 30 | 21915 | 0.069 | 110 |
| Mud | 2086.5 | 30 | 62595 | 0.196 | 313 |
| O.D. Ridge | 2626 | 0 | 0 | 0.000 | 0 |
| Saginaw-Kennedy | 1134 | 30 | 34020 | 0.106 | 170 |
| Salt | 2230 | 0 | 0 | 0.000 | 0 |
| U-Bar | 3194 | 0 | 0 | 0.000 | 0 |
| *TOTAL:* | 24050 | | 319815 | | 1598 |

| 1995 4th Quarter | Total Volume Remaining in Mbf (LS) | Harvesting Days | Vol x No. Days | Fractional Portion | Apportioned Volume |
|---|---|---|---|---|---|
| Brookbank | 1152 | 46 | 53006 | 0.097 | 582 |
| Hay | 3819 | 0 | 0 | 0.000 | 0 |
| Jersey Horse | 1520 | 0 | 0 | 0.000 | 0 |
| Kettle | 2424 | 31 | 75133 | 0.138 | 825 |
| Manaco | 2128 | 61 | 129796 | 0.238 | 1425 |
| Monument | 621 | 61 | 37881 | 0.069 | 416 |
| Mud † | 1774 | 91.05 | 161499 | 0.296 | 1773 |
| O.D. Ridge | 2626 | 0 | 0 | 0.000 | 0 |
| Saginaw-Kennedy † | 964 | 91.05 | 87774 | 0.161 | 964 |
| Salt | 2230 | 0 | 0 | 0.000 | 0 |
| U-Bar | 3194 | 0 | 0 | 0.000 | 0 |
| *TOTAL:* | 22452 | | 545088 | | 5986* |

† By contract, the Mud and Saginaw-Kennedy sales would have provided for 92 harvesting days in the 4th Quarter of 1995. However, neither sale would have contained enough timber to last for a full 92 days, using the Court's methodology. Thus, for each of those contracts, the number of harvesting days was adjusted downward, so that at the end of the 4th Quarter of 1995, each contract would have exactly 0 Mbf (LS) remaining timber. As the Court found, *supra,* Section II.A.1.a, ¶ 2, plaintiff would have managed its inventory of standing timber so as to maximize its harvesting season.

*There is a difference of one Mbf (LS) for the 1995 4th quarter as shown in Appendix A, the sum of 2061, 1856, and 2070, *i.e.*, 5987 Mbf (LS), and that value as shown in Appendix B, 5986 Mbf (LS). This difference is due to rounding.

| 1996 2nd Quarter | Total Volume Remaining in Mbf (LS) | Harvesting Days | Vol. x No. Days | Fractional Portion | Apportioned Volume |
|---|---|---|---|---|---|
| Brookbank | 570 | 21 | 11975 | 0.057 | 150 |
| Hay | 3819 | 21 | 80199 | 0.382 | 1001 |
| Jersey Horse | 1520 | 21 | 31920 | 0.152 | 399 |
| Kettle | 1599 | 0 | 0 | 0.000 | 0 |
| Manaco | 702 | 5 | 3512 | 0.017 | 44 |
| Monument | 205 | 21 | 4305 | 0.020 | 54 |
| Mud | 0 | 0 | 0 | 0.000 | 0 |
| O.D. Ridge | 2626 | 0 | 0 | 0.000 | 0 |
| Saginaw-Kennedy | 0 | 0 | 0 | 0.000 | 0 |
| Salt | 2230 | 5 | 11150 | 0.053 | 139 |
| U-Bar | 3194 | 21 | 67074 | 0.319 | 838 |
| *TOTAL:* | 16466 | | 210135 | | 2624 |

| 1996 3rd Quarter | Total Volume Remaining in Mbf (LS) | Harvesting Days | Vol. x No. Days | Fractional Portion | Apportioned Volume |
|---|---|---|---|---|---|
| Brookbank | 419 | 83 | 34786 | 0.034 | 307 |
| Hay | 2807 | 83 | 232969 | 0.226 | 2055 |
| Jersey Horse | 1117 | 83 | 92724 | 0.090 | 818 |
| Kettle | 1599 | 83 | 132682 | 0.129 | 1170 |
| Manaco †† | 658 | 6 | 3949 | 0.004 | 35 |
| Monument | 151 | 83 | 12506 | 0.012 | 110 |
| Mud | 0 | 0 | 0 | 0.000 | 0 |
| O.D. Ridge | 2626 | 83 | 217958 | 0.211 | 1922 |
| Saginaw-Kennedy | 0 | 0 | 0 | 0.000 | 0 |
| Salt †† | 2089 | 52 | 108643 | 0.105 | 958 |
| U-Bar | 2347 | 83 | 194842 | 0.189 | 1719 |
| *TOTAL:* | 13814 | | 1031058 | | 9094* |

| 1996 4th Quarter | Apportioned Volume |
|---|---|
| Brookbank | 112 |
| Hay | 752 |
| Jersey Horse | 299 |
| Kettle | 428 |
| Manaco | 0 |
| Monument | 40 |
| Mud | 0 |
| O.D. Ridge | 704 |
| Saginaw-Kennedy | 0 |
| Salt | 1131 |
| U-Bar | 629 |
| *TOTAL:* | 4096* |

†† The Manaco and Salt contracts provided that no harvesting occur between July 15 and August 15.

* There is a difference of one Mbf (LS) for the 1996 3rd quarter as shown in Appendix A, the sum of 3257, 1555, and 4283, *i.e.*, 9095 Mbf (LS), and that value as shown in Appendix B, 9094 Mbf (LS), as well as a difference of one Mbf (LS) for the 1996 4th quarter as shown in Appendix A, the sum of 4095, 0, and 0, *i.e.*, 4095 Mbf (LS), and that value as shown in Appendix B, 4096 Mbf (LS). These differences are due to rounding.