**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | |
| v. | ) | No. 98-720C (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S FURTHER REVISED DAMAGES CALCULATIONS**

Pursuant to the Court's order of March 13, 2008, attached hereto is Plaintiff's Further Revised Damages Calculations consistent with the Court's rulings and the March 13th order. As is reflected in the Summary, plaintiff's further revised damages total $3,509,921.35.

As can also be seen, the monthly figures set out on Exhibit 2a of the enclosed material, which are seminal to the revised calculation, are identical to the figures set forth in Appendix A to the Court's order of March 13, 2008. Similarly, the basic techniques used by plaintiff to calculate the $3,509,921.35 are the same as were used to produce the revised damages calculations submitted to the Court back on December 7, 2007.

As it did with previous iterations of its damages calculations, plaintiff will hand-deliver a courtesy copy of the calculations, both in hard form and in Excel format, to the Court and to defendant.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: March 18, 2008