**Attachment 1**

NAVIGANT
CONSULTING

# Todd D. Menenberg

**Todd D. Menenberg**
Managing Director

**Navigant Consulting**
1201 Third Avenue, Suite 3320
Seattle, WA 98101
Tel: 206.292.2381
Fax: 206.622.2787

tmenenberg@navigantconsulting.com

**Professional History**

- Managing Director, Navigant Consulting
- Chief Operating Officer, Tucker Alan Inc.
- Vice President, Peterson Consulting Limited Partnership
- Senior Manager, Arthur Andersen & Co.

**Education**

- Certified Public Accountant, Washington
- Chartered Accountant, Australia
- B.A., Business Administration, University of Michigan

**Professional Associations**

- American Institute of Certified Public Accountants
- Washington State Society of Certified Public Accountants
- Former Member, King County Bar Foundation, Board of Trustees

Mr. Menenberg is a Managing Director at Navigant Consulting with 30 years of business and accounting experience. He is on the worldwide Practice Operating Committee of Navigant Consulting and also helps direct their litigation practice in the Western Region of the United States.

## Professional Experience

**Clients:** Various Fortune 500 companies including forest product companies, financial institutions, insurance companies, federal government agencies including the Federal Deposit Insurance Corporation, Resolution Trust Corporation, Department of Justice, numerous state government agencies, and others.

**Industries:** Forest products, financial services, real estate, healthcare, and others.

## Forest Products Experience

» Audited numerous forest product companies, including such integrated producers as Weyerhaeuser and ITT Rayonier. The audits of Weyerhaeuser included both the financial statement audits of its worldwide consolidated financial statements while he was in the Seattle office of Arthur Andersen & Co. as well as Weyerhaeuser's Far East operations when Mr. Menenberg was in the Sydney, Australia office of Arthur Andersen & Co.

» Assisted counsel for the largest Chinese log importer (CITIC) who had a dispute with a large national bank. This matter involved various parties including a bankrupt forest products company. This project consisted of preparing a lost profits claim from the non-completion of a 5,000,000 board feet contract. This entailed analyzing worldwide logging prices for numerous species, local timber markets, raw material and labor costs and other factors influencing the contract.

- Assisted counsel for an international forest products company (ITT Rayonier) in a contract dispute involving the operation of a log sort yard. This was a lost profits claim associated with the operation of the sortyard and alleged lost royalties involving timber supply. This project consisted of analyzing yard operations, capacity issues, profit margins and related costs.

- Assisted counsel analyzing a claim related to a utility and an Alaskan pulp mill. This project entailed analyzing the pulp mill's capacity, customers, relevant markets, and types of product. Mr. Menenberg also did detailed analyses of product pricing, including determining fixed and variable costs of different products. Much of this project focused on reconstructing historical financial statements based on numerous source accounting documents.

- Assisted counsel for an integrated forest products company (Plum Creek Timber) in a chip supply contract dispute. This project entailed analyzing chip prices in various markets worldwide over a twenty-five year period, as well as testing compliance with a long-term chip supply contract.

- Assisted counsel for a large box manufacturer (Seattle Packaging) in a partnership dispute. This project entailed analyzing the markets for paper products, and boxes in the Pacific Northwest over a five-year period. Mr. Menenberg also did a detailed analysis of box revenues, costs, margins, as well as transfer prices between divisions of an integrated box manufacturer.

- Assisted counsel to a paper manufacturer (Green Bay Packaging) in a dispute with a Korean buyer related to a shipment of alleged damaged goods. This project entailed analyzing the worldwide paper markets for a five-year period, as well as the specific economic environment that the buyer was in.

## Financial Institution and Real Estate Experience

- Assisted Independent Committee of Eminent Persons in evaluating proposals by professional firms in tracing use of Nazi gold in Swiss banks.

- Led independent investigation in assisting outside counsel to Resolution Trust Corporation of Whitewater matter. Presented findings to U.S. Senate Whitewater Banking Committee.

- Assisted the U.S. Attorney General in a major criminal matter involving bank funds used to purchase real estate around the country. Traced funds through a series of accounts and showed damages to the thrift.

- Assisted FDIC counsel with fidelity bond claims in the largest savings and loan failure (American Savings & Loan - $28 billion) in the United States. Reconstructed loan transactions, traced cash flows from several bank accounts, analyzed the propriety of project construction.

- Assisted FDIC counsel with fidelity bond, director and officer, and accounting malpractice claims in second largest savings and loan failure (Home Fed - $18 billion) in the United States. Analyzed numerous lending transactions, financial statements and auditor's work papers.

- Assisted outside counsel and governmental agencies in more than thirty matters involving failed financial institutions, including accountant liability, director and officer negligence, broker-dealer liability, and fraud.

- Assisted outside counsel in large bankruptcy matter of real estate developer. Searched and identified preference payments and fraudulent conveyances.

- Assisted counsel in analyses of large commercial real estate loans for regulatory compliance, appraisal adequacy and economic viability.

- Assisted counsel in reconstructing futures and options trading by a major Wall Street firm on behalf of a failed savings and loan institution.

- Assisted a major utility in due diligence in a potential acquisition of one of the largest thrifts in the western United States. Evaluated systems and procedures and determined the adjusted book value for troubled loans and real estate.

## Professional Malpractice

- Assisted counsel to a "Big 4" accounting firm in analyzing damages claim related to alleged malpractice over the audit of an environmental / construction company.

- Assisted counsel to a "Big 4" accounting firm in analyzing damages claim related to alleged malpractice over professional services rendered in a purchase investigation.

- Assisted counsel to a "Big 4" accounting firm in analyzing liability and damages claims related to alleged malpractice over the audit of a large regional bank and its oil and gas lending.

## Healthcare Experience

- Assisted national group of Attorneys General and outside counsel in analyzing economic issues related to structure of $206 billion settlement with major tobacco companies.

- Assisted the State of California in analyzing claims made as a result of the passage of Proposition 187. This included analyzing the costs of social services, education, incarceration, and health care for illegal aliens in California.

NAVIGANT
CONSULTING

Todd D. Menenberg

- Assisted numerous states, including Washington, Texas, Florida, and Mississippi in their health care claims against the major tobacco companies over the health care costs incurred by the states as a result of tobacco-related diseases.

- Assisted counsel to more than twenty insurance companies in analyzing potential false laboratory claims against Smith Kline Beecham.

- Assisted outside counsel to group of insurance companies in analyzing potential false claims against large national hospital chain.

- Assisted numerous states in addressing Medicaid hospital litigation matters. Analyzed Medicaid payments, provider financial statements and other health care financial records.

- Assisted numerous states in Medicaid nursing home litigation matters. Analyzed nursing home profitability, occupancy and the effects of chain and out-of-state ownership.

- Assisted numerous states in developing reimbursement methodologies for state Medicaid programs.

- Assisted counsel in a matter where a national equipment leasing company alleged it failed due to actions of a bank. Analyzed the value of the business at two different dates to measure the change in value.

NAVIGANT
CONSULTING

Todd D. Menenberg

## Testimony Experience

Testified in civil, criminal and bankruptcy matters in various state and U.S. courts around the country, including the following:

» U.S. Court of Federal Claims
» U.S. District Court, Middle District of Alabama
» U.S. District Court, Western District of Washington
» U.S. District Court, Eastern District of Washington
» U.S. District Court, District of Utah
» U.S. District Court, Northern District of Illinois
» U.S. District Court, Western District of Kentucky
» U.S. District Court, Northern District of Oklahoma
» U.S. District Court, District of Oregon
» U.S. District Court, District of Arizona
» U.S. District Court, Western District of Pennsylvania
» U.S. District Court, Eastern District of Pennsylvania
» U.S. District Court, Western District of Arkansas
» U.S. District Court, Northern District of California
» U.S. District Court, Central District of California
» U.S. District Court, Eastern District of California
» U.S. District Court, District of Minnesota
» U.S. District Court, District of Alaska
» U.S. District Court, Western District of New York
» U.S. District Court, Eastern District of New York
» U.S. District Court, Southern District of New York
» U.S. District Court, Eastern District of Michigan
» U.S. District Court, Southern District of Florida
» U.S. District Court, Northern District of Illinois, Eastern Division
» U.S. District Court, Middle District of Tennessee
» U.S. Bankruptcy Court, Western District of Washington
» Supreme Court of the State of New York, County of New York
» Superior Court, State of New Hampshire
» Superior Court, State of Alaska
» Grays Harbor Superior Court, Washington
» Benton County Superior Court, Washington
» King County Superior Court, Washington
» Pierce County Superior Court, Washington
» Snohomish County Superior Court, Washington
» Superior Court of County of Los Angeles, California
» Whatcom County Superior Court, Washington
» Circuit Court for Baltimore City, Maryland
» Court of Claims of Ohio
» Court of Common Pleas, Cuyahoga County, Ohio
» Franklin County Court, Ohio
» Clark County District Court, Nevada

Testified in various arbitrations and mediations.

Testimony has included a number of disputes in accounting, financial and economic matters, including the subject of damages.