**Attachment 2**

# TODD D. MENENBERG
## SUMMARY OF TESTIMONY
## 2004 - 2008

| Hearing | Case | Deposition | Live Testimony |
|---|---|---|---|
| Superior Court of Washington Thurston County | Capital Medical Center v. State of Washington | X | X |
| Multnomah County Court State of Oregon | Oregon Eye Specialists v. West Coast Bank | | X |
| West Virginia Circuit Court | Class v. DuPont | | X |
| Arbitration | Hearst Communications, Inc. v. Seattle Times Company | X | |
| US District Court Northern District of Illinois | Radaszewski v. Illinois Department of Healthcare and Family Services | X | X |
| Benton County Superior Court State of Washington | Durabrake Co. LLC v. Energy Northwest, et al. | X | |
| King County Superior Court State of Washington | VersusLaw, Inc. v. Stoel Rives LLP, et al. | X | |
| Superior Court for the State of Alaska | AHTNA v. Deloitte & Touche | X | X |
| Arbitration | Lawson v. Stellar | X | X |
| U.S. District Court Northern District of Oklahoma | Tulsa Regional Medical Center v. Oklahoma Health Care Authority | X | |
| Arbitration | Bluecurrent LLC v. Washington Mutual Bank | X | X |
| Arbitration | Coyote Springs 2, LLC v. Areva T&D, Inc., et al. | X | |
| U.S. District Court Eastern District of Washington | In re River Park Square Project Bond Litigation | X | |
| U.S. District Court Southern District of New York | In re Foreign Currency Conversion Antitrust Litigation | X | |

Attachment 2

# TODD D. MENENBERG
## SUMMARY OF TESTIMONY
## 2004 - 2008

| Hearing | Case | Deposition | Live Testimony |
|---|---|---|---|
| Arbitration | Strategic Wealth v. First Specialty Insurance | X | |
| Arbitration | Thayer v. Ernst & Young | | X |
| U.S. District Court Middle District of Alabama | Russell v. CIGNA | X | |
| Arbitration | Confederated Tribes v. Strategic Wealth Management | | X |
| U.S. District Court, Northern District of Illinois | Memisovski v. Illinois Dept. of Human Services | X | X |
| U.S. District Court State of Utah | Abraham, et al. v. Intermountain Health Care | X | X |