Attachment 4

# Precision Pine Timber, Inc. v. U.S.
## Analysis Of Lost Profits Claimed By Plaintiff, By Contract
## Schematic Of Schedule Flow (Attachment 3 Schedules)

- Schedule 1 — Claimed Lost Profits, By Contract
  - Schedule 2 — Claimed Lost Market Opportunity, By Contract
    - Schedule 3 — Claimed Lost Lumber Sales, By Contract
      - Schedule 3.A. — Claimed Lost Lumber Sales Before Discounts, By Contract, Sept. '95 – Apr. 14, '96
      - Schedule 3.B. — Claimed Lost Lumber Sales Before Discounts, By Contract, Apr. 15, '96 – Jun, '96
      - Schedule 3.C. — Claimed Lost Lumber Sales Before Discounts, By Contract, Jul. '96 – Mar. '97
    - Schedule 4 — Claimed WHB Delivered Log Cost, By Contract
      - Schedule 4.A. — Claimed WHB Delivered Log Cost, By Contract, Sept. '95 – Apr. 14, '96
      - Schedule 4.B. — Claimed WHB Delivered Log Cost, By Contract, Apr. 15, '96 – Jun, '96
      - Schedule 4.C. — Claimed WHB Delivered Log Cost, By Contract, Jul. '96 – Mar. '97
      - Schedule 4.D. — Claimed WHB Severance Tax, By Contract
    - Schedule 5 — Claimed WHB Manufacturing Costs, By Contract
    - Schedule 6 — Claimed Lost By-Product Revenue, By Contract
      - Schedule 6.A. — Claimed Lost Chip Revenue, By Contract
      - Schedule 6.B. — Claimed Lost Bark Revenue, By Contract
      - Schedule 6.C. — Claimed Lost Shavings Revenue, By Contract
  - Schedule 7 — Alleged Post-Suspension Period Profits, By Contract

**Notes:**
- "WHB" means "would have been."
- Schedules 1.A., 1.B., 1.C., 1.D., 1.E., 1.F., and 1.G. are summary level schedules that provide additional insights regarding the results of the overall analysis.
- Schedules 7.A. and 7.B. provide quarterly detail regarding post-suspension period lumber sales and volumes of timber harvested and lumber produced.
- Schedule 8 provides a summary of claimed suspension period harvest and production volumes.
- Schedule 8.A. provides a summary of stipulated volumes remaining on contracts, as of August 25, 1995.



Privileged and Confidential