# In the United States Court of Federal Claims

**No. 98-720 C**

**PRECISION PINE & TIMBER, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion and Order Denying Defendant's Motion for Reconsideration and Directing the Entry of Final Judgment in Favor of Plaintiff, filed May 2, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $3,343,712.00.

John S. Buckley
Acting Clerk of Court

May 5, 2008 By: s/ Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.