ORIGINAL

FILED
JUL 1 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-720C (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from (1) the judgment in Case No. 98-720C entered on May 3, 2008, and (2) the published decisions in Case No. 98-720C entered on July 30, 2001, September 19, 2006, September 14, 2007, and May 2, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Bryant Snee /s

BRYANT G. SNEE
Deputy Director

RECEIVED
DOJ COURIER
JUL 1 2008
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0465
Fax: (202) 305-7644

July 1, 2008

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of July 2008, I caused to served by U.S. mail (first class, postage prepaid) Defendant's Notice of Appeal, addressed as follows:

Alan I. Saltman
Saltman & Stevens, PC
1801 K Street, N.W., Suite M-110
Washington, D.C. 20006