D ORIGINAL #068327

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 7 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | |
| v. | ) | No. 98-720C (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF CONDITIONAL CROSS-APPEAL

Notice is hereby given that Precision Pine & Timber, Inc., plaintiff, in the above-named case hereby cross-appeals to the United States Court of Appeals for the Federal Circuit from (1) the judgment in Case No. 98-720C entered on May 5, 2008; and (2) the published decisions in Case No. 98-720C entered on July 31, 2001, September 19, 2006 September 14, 2007 and May 2, 2008, in so far as the judgment and orders are not affirmed on appeal.

Respectfully submitted,

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Counsel for Plaintiff

RECEIVED
OVER THE COUNTER

JUL 3 2008

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 – facsimile

Dated: July 3, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2008, I caused to be served via hand-delivery, a copy of **PLAINTIFF'S NOTICE OF CONDITIONAL CROSS-APPEAL** on David Harrington, Esq., attorney for defendant, United States of America, U.S. Department of Justice, Commercial Litigation Branch, Civil Division, Attn: Classification Unit, 8th Floor, 1100 L Street, N.W., Washington, D.C. 20530.

Beverly J. Rector